NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Dr. Stewart Lucas Murrey
1217 Wilshire Blvd. # 3655
Santa Monica, CA 90403
Tel.: (310) 994-1711

FILED
2020 JUL 13 PM 1:34
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:

CLEAR FORM

ATTORNEY(S) FOR: Dr. Stewart Lucas Murrey

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Dr. Stewart Lucas Murrey

Plaintiff(s),

v.

WWW.CHEATERREPORT.COM; and DOES 1 through 10, inclusive

Defendant(s)

CASE NUMBER: CV20-6217-PA(SKx)

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Dr. Stewart Lucas Murrey or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Dr. Stewart Lucas Murrey | Plaintiff |
| WWW.CHEATERREPORT.COM; and DOES 1 through 10, inclusive | Defendant(s) |

10 July 2020
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Dr. Stewart Lucas Murrey

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES