Name: Dr. Stewart Lucas Murrey
Address: 1217 Wilshire Blvd. #3655
Santa Monica, CA 90403
Phone Number: (310) 994-1711
Email Address: 2@lucasmurrey.io
*Pro Se*

FILED
CLERK, U.S. DISTRICT COURT
AUG - 3 2020
CENTRAL DISTRICT OF CALIFORNIA
BY  TJ  DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Dr. Murrey

PLAINTIFF(S)

v.

Aaron Minc, et. al.

DEFENDANT(S)

CASE NUMBER: 2:20-cv-06217-PA(SKx)

**APPLICATION FOR PERMISSION FOR ELECTRONIC FILING**

As the ☒ Plaintiff ☐ Defendant in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available on the Court's website at www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers.

2. I understand that once I register for e-filing, I will receive notices and documents in Central District cases only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*
   ☒ A Computer with internet access.
   ☒ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   ☒ A scanner to convert documents that are only in paper format into electronic files.
   ☒ A printer or copier to create required paper copies such as chambers copies.
   ☒ A word-processing program to create documents; and
   ☒ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: 3 August 2020                    Signature: [signature]

CV-005 (02/20)                APPLICATION FOR PERMISSION FOR ELECTRONIC FILING

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Dr. Murrey _____ PLAINTIFF(S) v. Aarron Minc, et.al. _____ DEFENDANT(S) | CASE NUMBER 2:20-cv-06217-PA(SK) ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING |
|---|---|

IT IS ORDERED that the Application for Permission for Electronic Filing by Dr. Stewart Lucas Murray is hereby:

☐ GRANTED

Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order. Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website. Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only. Any documents being submitted under seal must be manually filed with the Clerk.

Dated: _____          _____
                                          United States District/Magistrate Judge

☐ DENIED
*Comments:*




Dated: _____          _____
                                          United States District/Magistrate Judge