

FILED

2020 AUG -3  PM 2: 26

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

1

2  **Dr. Stewart Lucas Murrey**
   1217 Wilshire Blvd. # 3655
3  Santa Monica, CA 90403
   Tel.: (310) 994-1711
4  Email: 2@lucasmurrey.io

5  **Plaintiff & Plaintiff in Pro Se**

6

7            **UNITED STATES DISTRICT COURT**

8            **CENTRAL DISTRICT OF CALIFORNIA**

9

10  DR. STEWART LUCAS MURREY, an      Case No. 2:20-cv-06217-PA (SKx)
    individual;
11              Plaintiff,            **FIRST AMENDED COMPLAINT**
                                      **FOR DAMAGES FOR:**
12  vs.
                                      (1) Violations of Racketeer Influenced
13  AARON MINC, an individual, MINC       and Corrupt Organizations (RICO)
    LAW, a business entity; DOMINGO J.     Act, 18 U.S.C. § 1962(a-d)
14  RIVERA, an individual; RIVERA     (2) Intentional and Fraudulent
    LAW GROUP, PLC a.k.a. DOMINGO         Misrepresentation; Fraud
15  J. RIVERA, ATTORNEY AT LAW,       (3) Civil Conspiracy
    PLC, a limited liability company; (4) Violations of Calif. Bus. & Profs.
16  PRVT L.L.C., a limited liability      Code § 17200, et seq. for Unlawful,
    company, ELIZABETH JORDAN, an         Unfair and Fraudulent Acts
17  individual; INTERNET REPUTATION   (5) Violations of Calif.'s Statutory and
    CONTROL a.k.a. IRC, a business        Common Law Right of Publicity
18  entity; ANTHONY WILL, an
    individual; DIGITAL REVOLUTION    Complaint Filed: 15 July 2020
19  LLC a.k.a. REPUTATION            Honorable Judge Percy Anderson
    RESOLUTIONS, a business entity;  Honorable Magistrate Judge Steve Kim
20  BRANDYOURSELF.COM, INC., a
    limited liability company, TOM    **DEMAND FOR JURY TRIAL**
21  VITOLO, an individual; CHRISTIAN
    TRYON, an individual; and JOHN
22  DOE NUMBERS 1-10;
23
24              Defendants.
25
     The complaint filed by Plaintiff Dr. Stewart Lucas Murrey a.k.a. Dr. Lucas
26
    Murrey (hereinafter referred to as "Dr. Murrey" or "Plaintiff") on 15 July 2020 is hereby
27
    amended and restated as follows:
28
                          **INTRODUCTION**

                                1

1.  This action arises from the fraud perpetrated by Defendants through the actions and conspiracy of various business entities and individuals, which maintain several interactive "websites" for the purpose of gaining profit by extortion. The Plaintiff is published author and leading scholar in his field and a licensed California real estate agent, who has suffered the loss of hundreds of thousands of dollars in commissions from sales of real estate and sales of his intellectual property as the actual and proximate result of activities of the Defendants.

## PARTIES

2.  Plaintiff Dr. Murrey, an individual, is a resident of the State of California.

3.  Defendant Aaron Minc, an individual, is a resident of the State of Ohio.

4.  Defendant Minc Law is a business entity whose principle place of business is in the State of Ohio.

5.  Domingo J. Rivera, an individual, is a resident of the State of Virginia.

6.  Rivera Law Group, PLC a.k.a. Domingo J. Rivera, Attorney at Law, PLC is a limited liability company with its principle place of business in the State of Virginia.

7.  PRVT L.L.C. is a limited liability company in the Territory of Puerto Rico.

8.  Elizabeth Jordan, an individual, is resident of New York.

9.  Internet Reputation Control a.k.a. IRC is a business entity whose principle place of business is in the State of Virginia.

10. Anthony Will, an individual, is a resident of the State of Colorado.

11. Digital Revolution LLC a.k.a. Reputation Resolutions is a business entity whose principle place of business is in the State of Colorado.

12. Brandyourself.com, Inc., is a limited liability company in Delaware.

13. Tom Vitolo, an individual, is a resident of the State of New York.

14. Christian Tryon, an individual, is a resident of the State of New York.

15. WWW.CHEATERREPORT.COM is a website maintained by PRVT L.L.C.

16. Defendants John Doe Numbers 1-10 are any and all individuals and or

2

FIRST AMENDED COMPLAINT

business entities responsible for WWW.CHEATERREPORT.COM.

## JURISDICTION AND VENUE

17. This action arises under the Racketeer Influenced and Corrupt Organizations Act ("Federal RICO"), 18 U.S.C. § 1028 (fraud and related activity) as well as through various state and common laws. This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1964(c), 1331, 1343, 2201 and 2202 and because Dr. Murrey's related state and common law causes of action arise out of the same set of facts as Dr. Murrey's federal claim, this Court has jurisdiction pursuant to 28 U.S.C. § 1367.

18. Defendants are subject to personal jurisdiction in California because they have directed, participated in and provided material support for a scheme to deceive Plaintiff within this District and throughout California. Each Defendant has actively participated in the conspiracy to defraud Plaintiff with intent to injure Plaintiff within this District and throughout California.

19. Further, the parties' citizenship is completely diverse and the amount in controversy exceeds $75,000, exclusive of interest and costs. 28 U.S.C. § 1332.

20. Venue is proper in the Central District of California under 28 U.S.C. § 1391(b)(2) because Plaintiff suffered harm in this District as a direct result of Defendants' wrongful conduct.

21. Venue is further proper given that a substantial part of the events or omissions giving rise to this action occurred in this district (28 U.S.C. § 1391(a)(2)) and because this Court may exercise personal jurisdiction over all Defendants under 18 U.S.C. § 1965(b). The ends of justice require that this conspiracy be tried in a single court and this Court is the only possible location for such a single trial. The overwhelming majority of effects occurred in this district and there is no other district wherein all Defendants would be subject to personal jurisdiction without recourse to § 1965(b).

FIRST AMENDED COMPLAINT

## **FACTS AND ALLEGATIONS COMMON TO ALL CLAIMS**

22. By 2015 Dr. Murrey had successfully published two historical monographs both of which had been praised by leading thinkers in Europe and America such as Noam Chomsky, and both books are found in the most prestigious libraries in America and abroad. By this time Dr. Murrey had spent at least ten (10) years of his life working and researching material relevant to said works, to say nothing of the costs of his education, including his Ph.D from Yale University, which he received in 2011. By 2016 Dr. Murrey was researching for and preparing notes on his next cycle of scholarly monographs.

23. By 2016 family and friends of Dr. Murrey had made it clear that they had several properties, residential and commercial, that they would like him to sell as a real estate agent, including his grandmother's house in Lake Arrowhead. During the course of 2016 Dr. Murrey spent approximately $30,000.00 in obtaining his real estate license and in working toward selling said properties with a brokerage in Beverly Hills, including signing a contract to sell said residential property in Lake Arrowhead.

24. However, by approximately November and December of 2016 egregious defamatory comments which are provably not true, severe transgressions of Dr. Murrey's right of privacy and stolen pictures from Dr. Murrey's personal website, private dating profiles and social media platforms (an excerpt of which is hereto attached as Exhibit 1) appeared on a website WWW.CHEATERREPORT.COM that include, but are not limited to:

    A. Publication on 18 December 2016: Plaintiff is "A Professional Con-artist",

    B. Publication on 20 December 2016: Plaintiff is a "con artist", "pathological liar", "has no empathy", "narcissist", "cheats on all women", "is actually cheating on everyone", "the man will screw you tenfold!!", "he has multiple accounts on dating profiles", "DO NOT TRUST HIIM";

    C. Publication on 31 January 2017: "Lucas Murrey Sociopathe from Yale", "most psycho-daemonic", "Lucas psychologically mistreated me by always putting me down and being bad", "he left me alone when I was pregnant, I had to make an abortion", "he toxic behavior", "he beated strongly on me and stole my blackberry", he left me broken with no support to call anybody", "I contacted Yale", "I always thought this guy would be able to kill someone someday", "HE is a real sociopathe. BEWARE", "Lucas does not have any education", "He will always ask you for money, wine", "he has two kids in Germany and problems with the police there".

D. Publication on 19 February 2017: "Lucas Murrey Online Predator and Women Manipulator", "Gold Digger!",

E. Publication on 22 August 2017: "Lucas Murrey Online Predator and Women Manipulator", "Not sure how many dating profile this man has but keeps popping up on both bumble and tinder. There's been some stuff about him online and looks like some trouble overseas. Something about conning women for money and claiming exclusivity with lots of women while living with a girlfriend. Research before u buy lots of red flags here I'd SWIPE LEFT"

F. Publication on 20 September 2017: "Lucas Murrey Online Predator and Women Manipulator", "DO NOT GO OUT WITH THIS MAN. I CAUGHT HIM RED HANDED HE IS LIAR AND A SERIAL CHEATER", "This guy is a huge loser. He is literally riddled with psychological and emotional issues. I think […] he could be a psychopath […] He's a scumbag. Im not going to get into what he did because I don't want to bore you all to death but please, avoid this guy. He's pathetic. I've included his photo and his website where you can read all of the drivel HE'S written about HIMSELF (what a wanker). You can also lose yourself in his ranting, verbal diarrhea and nonsensical manifestos. Now if you REALLY want to waste your time, you can read ALL of the 'books' that he has SELF- published (couldn't get a real book deal I guess) and all of the trumped up reviews from various "academics". This guy is a spurious fraud and complete imposter. You've been warned. https://lucasmurrey.com", "Lucas Murrey is Venice and Santa Monica predator and dirtbag. ABORT!", "I unfortunately had the same experience. He is definitely a Liar, Con artist and mentally disturbed."

G. Publication on 21 September 2017: Plaintiff is "creepy and weird […] Such a dickhead..."

H. Publication on 24 September 2017: Plaintiff "Sleeps around with multiple women (prob unprotected) while claiming to be your boyfriend. Wouldn't be surprised if he's spreading diseases. Misogynistic, pathological liar, abuser and narcissist (prob has Narcissistic Personality Disorder NPD-my therapist told me about it, look it up) only uses people for his own good. Full on con artist. Thinks he's better than everyone else Rude and dismissive of any opinion he doesn't agree with. Should probably just stick to writing his unreadable books to satisfy his ego for his audience of none."

I. Publication on 25 September 2017: In regard to Plaintiff: "Isn't this man homeless too? How does he drive all over the entire Southern California highways and never be in one place? Doesn't he "sell homes" and squats in them too? Wasn't he also in prison in Germany? How is this man still getting pussy? Is he capable of Being homicidal?"

J. Publication on 25 September 2017: In regard to Plaintiff: "Yes, we think he is homeless but thanks to the generosity of many vulnerable women who think they are dating him exclusively, he manages to find various places to 'crash'. He also mooches off them. It has come to light on a handful of occasions, after quickly (and super inappropriately) ingratiating himself into some woman's life, he asks for money. It could be a loan or he just asks for money out-right with no intention of returning it. Charming, no? Various women have reported he is abusive and impossible to get along with, which is probably why he cant find or maintain a relationship with just one woman. Most recently he seems to have endeavored a new foray into the real estate world; another tragic attempt to sustain his existence so can continue to self-publish his ludicrous and drivel based books (aka manifestos). He thinks his writing is just too superior for the average person to understand or appreciate. As for the "houses" he is selling, there seems to be only one. As for driving all over southern California, the house is in Lake Arrowhead. He'll tell you that he has "business" up there, "clients" to see or make it sounds like some sort of ideal weekend jaunt.. Yes, we think he was in jail, we also think he has two children from two different women overseas. I have no idea who or where they are, probably Germany. Again, if you would like to share your story confidentially, there is an email address now dedicated solely to this purpose. Don't be afraid. There are so many women reaching out at this point, its unbelievable. Again, be safe and stay away from this man."

K. Publication on 25 September 2017: In regard to Plaintiff: "Do you recognize this home or office? Is it YOURS...? Yesterday, predator Lucas Murrey posted this image on his Instagram account. You'll Notice, in the first caption he claims to "love HIS new place" and then hashtags "helpthehomeless". In a comment on this picture, an obviously nice woman (and most likely another one of Lucas' victims whose name I have obscured to respect her privacy) posts about joining her as a volunteer at Midnight Mission. For those wondering, Midnight Mission is a highly regarded, reputable and charitable organization in Los Angeles. I would also suggest that anyone with time and the desire to be of service to others look into this particularly wonderful charity but I digress... The fact that Lucas is suggesting this space is HIS new home is absurd to both a hilarious and tragic degree. Help the homeless? Lucas, YOU ARE THE HOMELESS!

5

FIRST AMENDED COMPLAINT

*I can't help but wonder whose space this really is. The lack of windows, minimal art and anything other than overhead lighting makes me think this is a professional space, a lobby or someone has just moved in. Still, I can assure you, IT WASN'T LUCAS. I mean, it's possible that he moved in for a night or two as is his modus operandi, or perhaps he has found yet another innocent victim; a woman who thinks she is Lucas' girlfriend and that he has moved in with her. If this is the case, I beg you, RUN AWAY SCREAMING AT THE TOP OF YOUR LUNGS. This man WILL HURT YOU one way or another. He is capable of anything that doesn't require a conscience. Later in the day he deletes the comment and changes his own caption to "nothing like the casual peacefulness of domesticity". Interesting, in as much as Lucas is far from a man at peace and knows nothing about domesticity. I mean, he's about at domestic as a wild pig in heat. Worth noting; Lucas is always on the run and trying to hide something (everything) from the various women he is juggling. Now that you know that, You'll notice that his captions, posts, and dating app. Pictures are always changing. This is a man riddled with insecurities and self-loathing who is always trying to scheme and plan different ways to present himself in a fruitless effort to trick women and probably to try to find 'some' sense of personal identity. He doesn't realize, that as a narcissistic sociopath and a pathological liar, he will never find true personal identity or sense of self love. This, of course, is why he is incapable of experiencing true love for or connection with anyone else. You will not change him. Don't fall for his 'aw, shucks' BS, his pseudo-shyness or his 'misunderstood loan wolf writer' crap. Like most narcissistic socios, Lucas is a skilled and adept manipulator. He will get a sense of who and what you are and he will mimic what he thinks you want or need. Either that or he will find your most vulnerable spots or weaknesses and he will exploit them. He is not beyond abusing you mentally or attacking others close to you. HE IS A CREEP. Stories from so many women are surfacing. I am offering my personal email address so that women who have been hurt, want to tell their stories or are thinking of dating this man can reach out confidentially for more information. Your privacy WILL be protected and maintained. If you wish to, create a fake email address and name and do not be afraid to reach out. There is help and information available. By the way, you will also notice that the only consistent information that Lucas makes knowns (at every possible opportunity) is that he went to Yale. While this appears to be true, how pathetic is that? God, the other Elis must be SO proud. NOT! Yours truly, Lizzie Raider LizzieRaider90291@gmail.com. Apologies for grammar and spelling, I wrote this quickly and actually DIDN'T go to Yale but if I did I wouldn't need to tell everyone every five minutes!"*

L.  Publication on 29 September 2017: In regard to Plaintiff: "Lucas Murrey is Venice and Santa Monica predator and dirtbag. ABORT!"

M.  Publication on 4 October 2017: In regard to Plaintiff: "Lucas is still up to his usual crap. I am contacted by girls who are literally terrified of telling their story. I wish more of you would take a pseudonym and reclaim your power by sharing with others. The truth needs to come out. That's the only way to stop him from exploiting and hurting more women. Lucas today on Instagram, once again likely walking out of some poor unsuspecting woman's home or office and talking about the redistribution of wealth. Lucas doesn't really care about the poor and the only wealth he wants to distribute is YOURS into his bank account. Get wise, girls. He's on the prowl. AND Lucas, I know you read this because you're a self obsessed narcissist. You brought this upon YOURSELF. Keep trying to retaliate with your smear campaign and legal threats (YES, HE DOES THAT). Poor little Lucas is mad and wants his cheater report taken down. Not only that but he posts fake posts here and lies about others LIKE A MEAN TEENAGE GIRL! Grow up, loser. You cant stop people from telling the truth. It always comes out. You can't silence free speech and NO ONE is scared of your legal threats. You're an idiot! Why don't you just get a job? Maybe get and finance your own living situation. Stop puttering around with court, research on court and wasting everyone's time. You're not a man. A real man doesn't skulk around online, hiding from people and trying to extort women. You are no one. You're just lame and desperate. You could be waiting tables RIGHT now and earning your own money. Stop sponging, Incubus."

N.  Publication on 5 October 2017: In regard to Plaintiff: "ANONYMOUS. Ok this is freaky. I just finished searching him to reach out. I grew up with him and he was like a brother. We haven't been in touch since we were about 19. In my searching I came across these posts. I can't believe what I'm reading. Crazy what happens to people over time."

O.  Publication on 14 October 2017: In regard to Plaintiff: "I just matched with him on tinder. Googled his name to check him out before proceeding any further with texting him and found this site. I didn't even know the cheater report existed until today. SO grateful for you ladies and how brave you are sharing your story. Thank YOU for saving me time and any potential heartache. I hope this guy gets professional help."

6

FIRST AMENDED COMPLAINT

P.   Publication on 14 October 2017: In regard to Plaintiff: "So after a very odd meeting with him I did some more research. I saw on his website where you can donate money to a charity that doesn't even exist. I also found the name of this woman—Christine Babette Dorrothea Haack who I believe is the mother of his two sons in Germany. There's an anonymous 8 page essay (for sale $9.99 y'all!) on Amazon that is about a mother who leverages her German citizenship to keep an American father away from his kids and has him incarcerated. HM. Well isn't that interesting. He also has this story on his website. Doesn't take a genius to figure this out. Ladies-this man has looney tunes written all over him."

Q.   Publication on 15 October 2017: In regard to Plaintiff: "Also his real name is Stewart Lucas Murrey."

R.   Publication on 15 October 2017: In regard to Plaintiff: "I also matched with him but avoided a meeting after seeing these posts, so thank you all. Also, as for the Instagram post above, I'm thinking his grandkids will probably ask who "Julie Stein" why he would vote for her since "Jill Stein" was the Green Party nominee in 2016"

S.   Publication on 18 October 2017: In regard to Plaintiff: "He has STDs. How was he on Millionaire Matchmaker?"

T.   Publication on 19 October 2017: In regard to Plaintiff: "I, unfortunately, learned this the hard way. I had a full screening for STDs done at the end of July and they came back negative for everything. After my brief and unpleasant time with this piece of sh*t, I was concerned that he may have given me the kind of gift that keeps on giving, so I got retested and...yes, he definitely has one STD—chlamydia. I've never in my life had an STD and this nightmare has taught me a valuable lesson. There are douchebags out there who will promise you the moon, tell you you're the reason they wake up in the morning, that you're the only one...meanwhile, they are systematically f*cking their way through Greater Metropolitan Los Angeles—so, no matter what, use protection."

U.   Publication on 19 October 2017: In regard to Plaintiff:  "I, unfortunately, learned this the hard way. Back in August, prior to my ill-fated Tinder swipe, I had my yearly pap, along w/ a complete STD screening (full panel) and the results came back negative for everything. After my brief and unpleasant acquaintanceship with this contemptible piece of shit was over in Sept., I was more than a little concerned that he'd perhaps left me with a gift—the kind that keeps on giving, if you catch my drift—so I went back and got retested for everything.(Just as an aside: I slept with no one else during this time period). And yes, it's true that he has an STD, one that he also passed on to me—chlamydia. Never in my life have I had an STD, and this experience has taught me a valuable lesson. There are douchebag guys out there who will promise you the moon, tell you you're the reason they get out of bed in the morning, that they only have eyes for you...meanwhile, their systematically f*cking their way through Greater Metropolitan Los Angeles—so, no matter what ladies, use protection! And steer clear of Lucas Murrey, who truly epitomizes the dregs of society."

25. The above comments published by WWW.CHEATERREPORT.COM immediately consumed any and all "google search results" for Dr. Murrey's name, life and work, thus severely harming his reputation and ending his ability to earn money, as a scholar as well as a real estate agent i.e. he lost said residential contract and any and all other such serious prospect.

26. At this time, anyone who performed an everyday "google search" for Dr. Murrey's name was intentionally led to endless "pages" of "google search results" which pointed to said website WWW.CHEATERREPORT.COM and above-stated egregious comments about Plaintiff i.e. all of malice one expects from the illusion of anonymity that drives bad actors online, in particular those who, for external reasons,

suffer a sentiment of rejection.

27. WWW.CHEATERREPORT.COM also published harassing statements about Plaintiff's girlfriend in 2017 who was battling cancer at the time and, after she passed tragically on 10 March 2018 from said cancer, WWW.CHEATERREPORT.COM continued to published harassing statements about Plaintiff, including jokes about how Plaintiff's girlfriend had passed from cancer and how he was trying to mourn her here to attached as Exhibit 2.

28. Unknown to Plaintiff at the time, WWW.CHEATERREPORT.COM conspires with several individuals and business entities who pretend to dislike said such website(s) and offer to remove online libel and rehabilitate one's online reputation for substantial fees. From approximately February 2017 until April of 2018 Anthony Will, the business entity Digital Revolution LLC a.k.a. Reputation Resolutions; Tom Vitolo, Christian Tryon, the business entity Brandyourself.com, Inc., along with several other unknown individuals and business entities, solicited and received payments from Plaintiff of more than $10,000.00 while they themselves worked illegally with other individuals and business entities operating and maintaining said website WWW.CHEATERREPORT.COM.

29. While the possibility that one or more of the above-noted identities may be fraudulent i.e. spoofed and or faked individual and or business profile(s), it is clear that among the individuals and business entities conspiring with the extortion ring of WWW.CHEATERREPORT.COM and said "removal business enterprises" is also Elizabeth Jordan and the Virginia-based attorney and individual: Domingo Juan Rivera, Mr. Rivera's Virginia-based business entity "Rivera Law Group, PLC", the Rivera Law Group's Puerto Rico-based business entity "PRVT L.L.C.", the business entity "Internet Reputation Control, Inc." a.k.a. "I.R.C., Inc.", of which Mr. Rivera also seems to have a significant interest.

30. While conspiring with and receiving money alongside said "removal business

enterprises", "PRVT L.L.C." (which is owned by the business entity "Rivera Law Group, PLC" – which is itself owned, in turn, by Domingo Juan Rivera—) as well as other individuals and business entities pay for, operate and maintain the website WWW.CHEATERREPORT.COM.

31. Unaware of the above-noted organized conspiracy of extortion, as this corrupt pattern continued through 2018 and into 2019, Plaintiff paid the Ohio-based business entity "Minc Law LLC" whose DBA Mr. Aaron Minc claims is "Minc Law in Ohio" $7,000.00 in August of 2019 for Mr. Minc's business entity to have the website WWW.CHEATERREPORT.COM stop harming the Plaintiff. Continuing the afore-mentioned pattern of corruption among individuals and enterprises–and while conspiring with above-noted individuals and business entities, including but not limited to, Domingo Juan Rivera and his business entities–including those owned by Mr. Rivera's business entities in offshore territories such as Puerto Rico–, Mr. Minc and his business entity conspired with said website WWW.CHEATERREPORT.COM and Mr. Rivera and Mr. Rivera's business entities (and the business entities of Mr. Rivera's business entities) to extort a substantial sum of money from the Plaintiff.

32. The damages this extortion ring caused are severe and unprecedented. Along with the aforementioned monies lost, said website WWW.CHEATERREPORT.COM emboldened anonymous hate-groups who even went as far as to claim that Plaintiff "murdered women with rat poison", a knowingly false story that WWW.CHEATERREPORT.COM aggressively promoted and circulated since the summer of 2017 and which, after Plaintiff's girlfriend succumbed to cancer in March of 2018, was brutally used to harm Plaintiff's reputation by claiming that "he had murdered her with rat poison" as well. The unusually severe defamation of Plaintiff reached such a pitch that it emboldened civilians to defame Plaintiff to the police on several occasions and the police, in turn, falsely arrested Plaintiff twice: once in 2017

9

FIRST AMENDED COMPLAINT

and another time in 2018. Although Plaintiff was able to sue and settle in his favor lawsuits against some of the civilians and police identified as responsible for these egregious acts (the other still lurk in the shadows), the settlements did not cover the costs of Plaintiff's bails, much less the costs of litigation, nor compensate him for the time-consuming nature of the lawsuits he had to bring in pro per.

33. The damages this organized extortion ring and conspiracy caused includes further the cost of attorney fees – over $21,000.00 – that Plaintiff had to bear to defend his right to money that was rightfully his while the Plaintiff suffered said severe defamatory assaults on his person all of which have their origin in WWW.CHEATERREPORT.COM and the pattern of organized illegality to which this website and its related bad actors belongs.

34. It is also clear that those involved in this organized extortion ring aggressively engage in tactics like Search Engine Optimization (SEO) so that the individuals they target suffer radically. This causes the usually brutal and irreparable damage that websites such as and related to WWW.CHEATERREPORT.COM intentionally promote to spike and drives individuals desperate to rehabilitate their dismembered lives to pay anyone anything. Those responsible for operating and maintaining WWW.CHEATERREPORT.COM as well as those with whom they conspire have remained, until now, wholly anonymous to elude the justice they deserve. It is also significant that said shadowy actors intentionally flood the internet with misinformation that misdirects anyone reasonably searching for them to waste his or her time and resources and return to the state of despair that is, for those involved in this pattern of organized crimes, *most profitable*. For instance, there is a website falsely suggesting that to remove posts from WWW.CHEATERREPORT.COM one has to contact the Finnish Secret Service. As noted, many of those involved in this pattern of crime and scam are either fraudulent or out-right fake identities; many present themselves as great attorneys and champions of internet defamation whereas

it is not even clear where they are doing business and or if they are even attorneys.

35. For some time now big data has surpassed oil in monetary value. With the advent of the Corvid-19 pandemic, whereas the value of oil has fallen off a cliff, the amount of time spent on the internet has skyrocketed. The livelihood of people is now, more than ever, beholden to how our identities are treated (and mistreated) online. Defendants and John Does 1-10 involved in this internet extortion ring damaged not only the public, but also private and intimate life and work Plaintiff. While online dating, for instance, Plaintiff would receive abusive texts when, for instance, he refused to meet someone for a date, exercising his right as a private citizen, and then the other party would "google" him and, emboldened by heinous defamatory statements regarding Plaintiff on WWW.CHEATERREPORT.COM, harass and assault the Plaintiff via text messages and or verbally via telephone. This pattern of corrupt organization has, in other words, created an unprecedented online environment, atmosphere and custom of protracted harassment and abuse whose monetary damage continue.

36. This scam and pattern of extortion for which Defendants are responsible continues and expands in the present, insecure state of the Internet.

37. Defendants refuse to stop their organized scam and extortion.

## FIRST CLAIM FOR RELIEF

(VIOLATION OF RACKETEER INFLUENCED AND CORRUPT ORGANIZATION (RICO) ACT, 18 U.S.C. § 1962(a)

38. Plaintiff incorporates and realleges paragraphs 1 through 37, inclusive, as though fully set forth herein.

39. 18 U.S.C. § 1962(a) makes it "unlawful for any person who has received any income derived, directly or indirectly, from a pattern of racketeering activity . . . to use or invest, directly or indirectly, any part of such income, or the proceeds of such income, in acquisition of any interest in, or the establishment or operation of, any

11

enterprise which is engaged in, or the activities of which affect, interstate or foreign commerce." 18 U.S.C. § 1962(a).

40. Each Defendant, at all relevant times, is and has been a "person" and or an "enterprise" within the meanings of 18 U.S.C. § 1961(3) and 18 U.S.C. § 1961(4), respectively.

41. Defendants' conduct constitutes a "pattern" of racketeering activity. 18 U.S.C. § 1961(5).

42. At all times relevant hereto, beginning on or around February 2017 and continuing at least through the August of 2019, Defendants received income derived from a pattern of racketeering activity to use or invest a part of such income or the proceeds of such income in the establishment and operation of an enterprise that is engaged in, or the activities of which affect, interstate or foreign commerce, in violation of 18 U.S.C. § 1962(a).

43. Specifically, Anthony Will, Digital Revolution LLC a.k.a. Reputation Resolutions, Brandyourself.com, Inc., Tom Vitolo, Christian Tryon, Internet Reputation Control a.k.a. IRC Inc., Aaron Minc, Minc Law received money from Plaintiff, a part of which they used to pay those operating and maintaining the website WWW.CHEATERREPORT.COM, including but not limited to Domingo J. Rivera, the Rivera Law Group, PLC a.k.a., PRVT L.L.C., Elizabeth Jordan, et. al.

44. All Defendants agreed to and did use income received directly from a pattern of racketeering activity to control, establish and operate the website WWW.CHEATERREPORT.COM and "removal" enterprises, which were engaged in and affected interstate commerce, including wire and Internet fraud as defined by 18 U.S.C. § 1343, and for the unlawful purpose of intentionally defrauding Plaintiff.

45. The Intentional Misrepresentation, Fraud, Civil Conspiracy, Violations of Calif. Bus. & Profs. Code § 17200, et seq. for Unlawful, Unfair and Fraudulent Acts, Violations of Calif. Penal Code § 632 and Violations of Calif.'s Statutory and

FIRST AMENDED COMPLAINT

Common Law Right of Publicity committed by Defendants is set forth in the corresponding claims below and are incorporated by reference herein.

46. As a direct and proximate consequence of the conduct of Defendants and each of them as alleged herein, Plaintiff has been injured in its business and property, causing Plaintiff to suffer monetary damages in an amount not less than $1,500,00, said damages to be proven at the time of trial.

47. Because of Defendants' violations of 18 U.S.C. § 1962(a), Defendants are liable to Plaintiff for three times the damages Plaintiff has sustained, plus the cost of this suit, including reasonable attorneys' fees.

## SECOND CLAIM FOR RELIEF

(VIOLATION OF RACKETEER INFLUENCED AND CORRUPT ORGANIZATION (RICO) ACT, 18 U.S.C. § 1962(b)

48. Plaintiff incorporates and realleges paragraphs 1 through 47, inclusive, as though fully set forth herein.

49. 18 U.S.C. § 1962(b) makes it "unlawful for any person through a pattern of racketeering activity or through collection of an unlawful debt to acquire or maintain, directly or indirectly, any interest in or control of any enterprise which is engaged in, or the activities of which affect, interstate or foreign commerce."

50. Each Defendant, at all relevant times, is and has been a "person" and or an "enterprise" within the meanings of 18 U.S.C. § 1961(3) and 18 U.S.C. § 1961(4), respectively.

51. In violation of § 1962(b) Defendants acquired and maintained control over the website WWW.CHEATERREPORT.COM and "removal" enterprises. The multiple acts of racketeering activity that Defendants committed and/or conspired to, or aided and abetted in the commission of, were related to each other, were long-running, and therefore constitute a "pattern of racketeering activity."

52. By gaining control over the website WWW.CHEATERREPORT.COM and

"removal" enterprises through this pattern of racketeering activity, Defendants directly damaged Dr. Murrey by aggressively publishing defamatory and knowingly false statements about him and by taking his money as alleged herein, and by directing the implementation of various aspects of hosting, operating and maintaining the website WWW.CHEATERREPORT.COM and "removal" enterprises as described above.

53. As a direct and proximate consequence of the conduct of Defendants and each of them as alleged herein, Plaintiff has been injured in its business and property, causing Plaintiff to suffer monetary damages in an amount not less than $1,500,000, said damages to be proven at the time of trial.

54. Defendants are accordingly liable to Dr. Murrey for three times its actual damages as proved at trial plus interest, punitive damages, and attorney's fees.

### THIRD CLAIM FOR RELIEF

(VIOLATION OF RACKETEER INFLUENCED AND CORRUPT ORGANIZATION (RICO) ACT, 18 U.S.C. § 1962(c)

55. Plaintiff incorporates and realleges paragraphs 1 through 54, inclusive, as though fully set forth herein.

56. 18 U.S.C. § 1962(c) makes it "unlawful for any person employed by or associated with any enterprise engaged in, or the activities of which affect, interstate or foreign commerce, to conduct or participate, directly or indirectly, in the conduct of such enterprise's affairs through a pattern of racketeering activity[.]"

57. Each Defendant, at all relevant times, is and has been a "person" and or an "enterprise" within the meanings of 18 U.S.C. § 1961(3) and 18 U.S.C. § 1961(4), respectively.

58. Defendants' activities include at least two acts of racketeering activity since 2017. Accordingly, Defendants' conduct constitutes a "pattern" of racketeering activity. 18 U.S.C. § 1961(5).

FIRST AMENDED COMPLAINT

59. One such act took place in February 2017 when Anthony Will and the business entity Digital Revolution LLC a.k.a. Reputation Resolutions, along with several other unknown individuals and business entities, solicited and received payments from Plaintiff of more than $3,500.00 while they themselves and or they worked illegally with other individuals and business entities operating and maintaining said website WWW.CHEATERREPORT.COM.

60. A second such act took place in February 2017 when Tom Vitolo, Christian Tryon, the business entity Brandyourself.com, Inc., along with several other unknown individuals and business entities, solicited and received payments from Plaintiff of more than $6,500.00 while they themselves and or they worked illegally with other individuals and business entities operating and maintaining said website WWW.CHEATERREPORT.COM.

61. A third such act took place in February 2017 when Plaintiff paid the Ohio-based business entity "Minc Law LLC" $7,000.00 in August of 2019 for Mr. Minc's business entity to have the website WWW.CHEATERREPORT.COM take action so that it would stop harming the Plaintiff.

62. Other such acts are described further above and below. All of these acts were continuous from February 2017 until August 2019.

63. At all times relevant hereto, beginning on or around February 2017 and continuing through August 2019, each Defendant conducted and participated in the affairs of an enterprise through a pattern of racketeering activity, in violation of 18 U.S.C. § 1962(c).

64. Prior to February 2017, Defendants formed an association-in-fact enterprise, described herein as **THE CHEATER EXTORTION RING** that included, but is not limited to, Digital Revolution LLC a.k.a. Reputation Resolutions, Brandyourself.com, Inc., "Minc Law", the Rivera Law Group, PLC, PRVT L.L.C., et. al. within the meaning of 18 U.S.C. § 1961(4).

15

FIRST AMENDED COMPLAINT

65. The above-noted enterprise consists of a group of "persons" associated together for the common purpose of intentionally and willfully defrauding Plaintiff by creating and conducting a scheme to fraudulently and mortally shame Plaintiff to then, in turn, solicit his "removal" payments.

66. The above-noted enterprise is an ongoing organization that functions as a continuing unit. The enterprise was created and used as a tool to effectuate Defendants' pattern of racketeering activity.

67. All Defendants agreed to and did conduct and participate in the conduct of ***THE CHEATER EXTORTION RING***'s affairs through a pattern of racketeering activity including wire fraud as defined by 18 U.S.C. § 1343, and for the unlawful purpose of intentionally defrauding Plaintiff.

68. The fraud committed by Defendants is based on a scheme developed and carried out by ***THE CHEATER EXTORTION RING*** wherein the website WWW.CHEATERREPORT.COM operated by Domingo Juan Rivera and his business entities, et. al. aggressively and brutally shame individuals and then the "removal business" enterprise component of the organization then receives payments for removals of said lethal defamations, at which point individuals and entities involved in this pattern of crime turn back to those operating and maintaining said websites, including but not limited to Domingo Juan Rivera and his business entities, et. al. who then receive "kickbacks" and use monies obtained illegally to operate said website, for instance through the Virginia-based Rivera Law Group PLC's PRVT L.L.C. in Puerto Rico which pays for operations of WWW.CHEATERREPORT.COM and other such illegal and life-threatening websites.

69. Defendants used the Internet and other electronic facilities to carry out and to conceal their ongoing fraudulent activities.

70. At all times discussed herein, Defendants have been involved in a plan to

FIRST AMENDED COMPLAINT

scheme or defraud; have had the intent to defraud and have willfully participated in the scheme to defraud with actual knowledge of its fraudulent nature and with specific intent to defraud.

71. **THE CHEATER EXTORTION RING** engaged in and affected interstate commerce by way of said Internet fraud.

72. The online Internet transmissions described herein were made in furtherance of Defendants' scheme and common course of conduct.

73. To achieve their common goals, Defendants knowingly and willfully concealed from the public and Plaintiff the unlawfulness of **THE CHEATER EXTORTION RING**'s conduct, which was committed at the instruction of, and through the directions of, its aforementioned various individual Defendants.

74. As a direct and proximate consequence of the conduct of Defendants and each of them as alleged herein, Plaintiff has been injured in its business and property, causing Plaintiff to suffer monetary damages in an amount not less than $1,500,000, said damages to be proven at the time of trial.

75. Because of Defendants' violations of 18 U.S.C. § 1962(c), Defendants are liable to Plaintiff for three times the damages Plaintiff has sustained, plus the cost of this suit, including reasonable attorneys' fees.

## FOURTH CLAIM FOR RELIEF

(VIOLATION OF RACKETEER INFLUENCED AND CORRUPT ORGANIZATION (RICO) ACT, 18 U.S.C. § 1962(d)

76. Plaintiff incorporates and realleges paragraphs 1 through 75, inclusive, as though fully set forth herein.

77. 18 U.S.C. § 1962(d) makes it "unlawful for any person to conspire to violate any of the provisions of subsection (a), (b) or (c) of this section."

78. Each Defendant, at all relevant times, is and has been a "person" and or an "enterprise" within the meanings of 18 U.S.C. § 1961(3) and 18 U.S.C. § 1961(4),

FIRST AMENDED COMPLAINT

respectively.

79. At all relevant times, beginning in or around February 2017 and continuing at least through August of 2019, the Defendants and each Defendant agreed to and did conspire to violate 18 U.S.C. §§§ 1962 (a), (b) and (c), as alleged above and incorporated herein, in violation of 18 U.S.C. § 1962(d). The object of this conspiracy has been and is to conduct or participate in, directly or indirectly, the conduct of the affairs of the enterprise described above; and to receive income derived from a pattern of racketeering activity and to use such income or the proceeds of such income in the establishment and operation of that enterprise.

80. Defendants have knowingly, willfully and intentionally conspired and agreed to conduct and participate in the conduct of the affairs of the enterprise described previously through a pattern of racketeering activity (Internet fraud).

81. Defendants have knowingly, willfully and intentionally conspired and agreed to receive income derived from a pattern of racketeering activity (Internet fraud) and to use such income or the proceeds of such income in the establishment and operation of the enterprise described previously.

82. Defendants knew that their actions as alleged above were part of a pattern of racketeering activity and agreed to the commission of those acts to further the conspiratorial scheme described above.

83. Defendants' conduct constitutes a conspiracy to violate 18 U.S.C. §§§ 1962(c), (b) and (a), in violation of 18 U.S.C. § 1962(d).

84. As a direct and proximate consequence of the Defendants' conspiracy, the overt acts taken in furtherance of that conspiracy, and violations of 18 U.S.C. § 1962(d), Plaintiff has been injured in its business and property, causing Plaintiff to suffer monetary damages in an amount not less than $1,500,000, said damages to be proven at the time of trial.

85. Because of Defendants' violations of 18 U.S.C. § 1962(d), Defendants are

FIRST AMENDED COMPLAINT

liable to Plaintiff for three times the damages Plaintiff has sustained, plus the cost of this suit, including reasonable attorneys' fees.

## **FIFTH CLAIM FOR RELIEF**

(INTENTIONAL AND FRAUDULENT MISREPRESENTATION;
FRAUD—Against Anthony Will, Digital Revolution LLC a.k.a. Reputation
Resolutions, Brandyourself.com, Inc., Tom Vitolo, Christian Tryon, Internet
Reputation Control a.k.a. IRC Inc., Aaron Minc, Minc Law)

86. Plaintiff incorporates and realleges paragraphs 1 through 85, inclusive, as though fully set forth herein.

87. Defendants intentionally misrepresented themselves on their websites and or to Plaintiff directly that they had nothing to do with WWW.CHEATERREPORT.COM nor anyone and or any entity involved in operating and maintaining said website.

88. Defendants intentionally misrepresented themselves on their websites and or to Plaintiff directly that they strongly did not like WWW.CHEATERREPORT.COM nor anyone and or any entity involved in operating and maintaining said website.

89. Defendants intentionally misrepresented themselves on their websites and or to Plaintiff directly that they had no contact and or connections with WWW.CHEATERREPORT.COM nor anyone and or any entity involved in operating and maintaining said website.

90. When Defendants made these representations, they knew them to be false and made these representations with the intention to deceive and induce Plaintiff to act in reliance on these representations.

91. At the time when Defendants made these representations and at the time of the actions herein alleged, Plaintiff was not aware of the falsity of the Defendants' representations and believed them to be true.

92. In reliance on Defendants' misrepresentations, Plaintiff provided Defendants with money payments of $15,000.00.

FIRST AMENDED COMPLAINT

93. As a result of Defendants' wrongful acts, Plaintiff suffered economic harm.

94. Defendants' fraudulent acts include those set forth above. Defendants intentionally concealed from Plaintiff that they would work with and transact with individuals and entities responsible for operating and maintaining the website WWW.CHEATERREPORT.COM because they intended to mislead Plaintiff into relying upon their services. Defendants, through their concealment of their fraud, further sought to induce Plaintiff to pay for "removal services" purchased from Defendants.

95. Defendants' failure to disclose that they would work with and transact with and pay individuals and entities responsible for operating and maintaining the website WWW.CHEATERREPORT.COM was material because Plaintiff relied upon the honest services of its individuals and entities in the conduct of its business. In addition, one or more individuals and or entities who received bribes were in a position to cause Plaintiff to agree to pay excessive prices for "removal services" from Defendants as well as influence negotiations involving transactions with individuals and entities responsible for operating and maintaining the website WWW.CHEATERREPORT.COM.

96. In doing the acts herein alleged, Defendants acted willfully and wantonly with oppression, fraud and malice and thus their actions constitute malice and oppression, as defined under California Civil Code § 3294(c).

97. Punitive damages are therefore appropriate to punish Defendants and deter others from engaging in similar misconduct.

## SIXTH CLAIM FOR RELIEF

### (CIVIL CONSPIRACY)

98. Plaintiff incorporates and realleges paragraphs 1 through 97, inclusive, as though fully set forth herein.

99. Defendants and Defendants' co-conspirators knowingly and willfully

conspired and/or agreed among themselves to defraud Plaintiff and to injure Plaintiffs with a pattern of fraudulent and malicious conduct, including but not limited to:

A. By setting up sham companies PRVT L.L.C., Rivera Law Group, PLC L.L.C., INTERNET REPUTATION CONTROL a.k.a. IRC Inc., MINC LAW L.L.C. dba MINC LAW, DIGITAL REVOLUTION LLC a.k.a. REPUTATION RESOLUTIONS, BRANDYOURSELF.COM, Inc., et. al.

B. By making false and misleading promises and representations to Plaintiff concerning the website CHEATERREPORT.COM and "the removal process" which Defendants did from February 2017 through August 2019;

C. By giving and sending false information to Plaintiff during the time mentioned above;

D. By setting up false websites prior to and during 2016 through 2019;

E. By setting up misinformation online through various websites prior to and during 2016 through 2019;

F. Individual overt acts by the Defendants in furtherance of their conspiracy include also, but are not limited to, the defamatory publications from at least, but not limited to December 2016 until April 2018 as stated in paragraphs 24-26 above.

G. Despite Plaintiff's countless good faith efforts to contact said website to have said destructive and illegal publications taken down, which he did from Feburary 2017 through August 2019, to further their conspiracy Defendants delayed, obfuscated and confused said process.

H. While communicating with the Plaintiff via multiple email, texts and telephone conversations from February 2017 until August 2019 Defendants continued to intentionally misrepresent to Plaintiff that they had no connection with, much less did not support nor transact with those who

21

FIRST AMENDED COMPLAINT

host, operate and or maintain said website.

100.     As a proximate result of the wrongful acts herein alleged, Plaintiffs have diverted and expended substantial resources to address the consequences of Defendants' fraud, thereby suffering pecuniary loss.

101.     Each Defendant committed at least one overt act in furtherance of such conspiracy including misleading Plaintiff.

102.     Each Defendant acted with the common intent to defraud Plaintiff and understood that all other Defendants shared in that common purpose.

103.     Defendants' ongoing conspiracy to defraud, as described above, presents a continuing threat to Plaintiffs. If Defendants are allowed to continue their wrongful acts, Plaintiffs will suffer further irreparable injury and loss.

104.     Defendants and Defendants' co-conspirators did the acts and things herein alleged pursuant to, and in furtherance of, the conspiracy and the above-alleged agreement. In doing the things herein alleged, Defendants acted with malice, oppression, willfulness, and wantonness with the intent to cause injury to Plaintiffs, thereby warranting an assessment of punitive damages in an amount appropriate to punish Defendants and deter others from engaging in similar misconduct.

105.     This tort was committed through concerted action by two or more persons to accomplish a criminal or unlawful purpose and/or to accomplish a lawful purpose by criminal or unlawful means.

106.     Specifically, as described above, Defendants conspired to unfairly compete with legitimate companies within the billion-dollar online reputation management industry in order to corrupt the collective bargaining process and obtain unfair competitive advantages.

107.     As a result of this conspiracy, Plaintiff has been directly harmed.

108.     Defendants' unlawful conspiracy has directly, legally, and proximately caused and continues to cause injuries to Plaintiff in its business and property.

Plaintiff seeks an award of damages for, among other things, the tens of thousands of dollars that Defendants stole from Plaintiff, which occurred as a result of Defendants' conduct. Further, Plaintiff seeks the imposition of punitive damages sufficient to deter Defendants from committing such unlawful conduct in the future.

### SEVENTH CLAIM FOR RELIEF

(VIOLATIONS OF CALIF. BUS. & PROFS. CODE § 17200, ET SEQ. FOR UNLAWFUL, UNFAIR, AND FRAUDULENT ACTS)

109.    Plaintiff incorporates and realleges paragraphs 1 through 108, inclusive, as though fully set forth herein.

110.    By taking advantage of a new billion-dollar industry of online identity and reputation management, Defendants have committed "unlawful" business acts as defined by California Business and Professions Code § 17200, by: (1) violating 18 U.S.C. § 1962(c); (2) violating 18 U.S.C. § 2511; and (3) violating California Penal Code §§ 632 and 634.

111.    Plaintiffs reserve the right to allege other violations of law which constitute unlawful business practices. Defendants have committed "unfair" and "fraudulent" acts of unfair competition, as defined by California Business and Professions Code § 17200, by engaging–and continuing to engage–in conduct that is likely to deceive members of the public. This conduct includes, but is not limited to, conspiring to defraud and defrauding the public and Plaintiff for the purpose of receiving money from Plaintiff. Defendants engaged in such conduct with the intent of harassing and intimidating Plaintiff, effectively destroying his online identity i.e. today this unfortunately means the totality of one's life and work.

112.    As a result of Defendants' "unlawful," "unfair," and "fraudulent" acts, Plaintiffs have been damaged, including by being forced to expend additional, extensive resources on security and IT services, property damage, and responding to multiple state and federal investigations and inquiries. Plaintiffs have thus suffered

injury in fact and have lost money and property as a direct result of Defendants' unlawful, unfair, and fraudulent conduct.

113.     Defendants' unlawful, unfair, and fraudulent conduct is ongoing. They have publicly boasted that they have no concern regarding even legal attempts to bring them to justice, and thus make explicit threats that they intend to continue to engage in unlawful and fraudulent acts meant to harm Plaintiff and the public in general through further wrongful invasions and malicious lies.

114.     Further, by providing substantial assistance and encouragement to fake websites, identities and entities perpetrating the scam, Defendants engage in fraudulent business practices under § 17200.

115.     The fake websites, identities and entities commit fraud by soliciting people to send money to "removal businesses" in exchange for a benefit not only of removal, but also of good faith and due diligence regarding contacting and honest negotiation with those responsible for operating and maintaining WWW.CHEATERREPORT.COM that does not materialize.

116.     Those responsible for operating and maintaining WWW.CHEATERREPORT.COM know these fake websites, identities and entities commit fraud because it has seen reports and received takedown demands from the public and countless scam victims.

117.     Further, along with Defendants, various social media platforms give substantial assistance or encouragement to the scam by selling "discovery ads" to the bad actors who control and operate the fake websites, identities and entities related to WWW.CHEATERREPORT.COM and or its "removal businesses". By selling such ads, social media platforms insures that more users will engage with the fake websites, identities and entities, thereby increasing the scam's reach.

118.     Defendants' conduct thus constitutes unfair business practices under § 17200.

FIRST AMENDED COMPLAINT

119.    Defendants' unlawful, unfair, and fraudulent practices, as described above, present a continuing threat to Plaintiffs. If Defendants are allowed to continue their wrongful acts, Plaintiff will suffer further irreparable injury and loss.

120.    Plaintiffs further seek any and all available damages awards, including restitution.

## EIGHTH CLAIM FOR RELIEF

(VIOLATION OF STATUROTY AND COMMON LAW MISAPPROPRIATION OF THE RIGHT OF PUBLICITY, CAL CIVIL CODE § 3344)

121.    Plaintiff incorporates and realleges paragraphs 1 through 120, inclusive, as though fully set forth herein.

122.    Defendants essentially appropriated the identity of Plaintiff, his private photographs and likeness, to consume and irreparably harm his entire life, for instance, as experienced by anyone interested in his scholarly books, real estate ventures, images, etc. performing a "google search" of his name.

123.    Defendants also used the unprecedented harm caused to Plaintiff to increase traffic to the totality of their fraudulent platform enterprise here named ***THE CHEATER EXTORTION RING*** and this includes serving advertisements that generate revenue for its countless interrelated platforms. Defendants responsible for hosting, operating and maintaining WWW.CHEATERREPORT.COM and other related fraudulent websites also sold advertising space directly to the bad actors perpetuating the scam.

124.    Plaintiff has not consented to WWW.CHEATERREPORT.COM, nor any of its related websites to use of his likeness on its platform and he and his agents have informed defendants of his non-consent.

125.    Defendants responsible for hosting, operating and maintaining ***THE CHEATER EXTORTION RING*** know that it has generated further online damages regarding accounts associated with other social media platforms which further violate

Plaintiff's right to publicity.

126.     Defendants responsible for hosting, operating and maintaining **THE CHEATER EXTORTION RING** encouraged and emboldened other online (and off-line) defamation and assaults of and on Plaintiff.

127.     Defendants responsible for hosting, operating and maintaining **THE CHEATER EXTORTION RING** and other related websites have thus violated Plaintiff's right of publicity under both California Civil Code § 3344(a) and the common law.

128.     This violation irreparably harmed Plaintiff's reputation and goodwill, which Plaintiff has been committed to protecting and developing.

129.     The irreparable harm to Plaintiff's reputation is evidenced by the ongoing defamatory tone that plagues Plaintiff's identity online, especially in regard to various social media platforms, amongst other sources.

130.     Plaintiff also request any and all available damages.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays for the following relief:

1.  That judgment be entered in favor of Plaintiff and against Defendants on each and every claim in this Complaint;

2.  Damages, under RICO and the state law claims, in an amount to be determined at trial, including but not limited to the hundreds of thousands of dollars in damages Dr. Murrey suffered as a result of Defendant's pattern of racketeering and other unlawful acts;

3.  An award of punitive and/or exemplary damages as Defendants acted with malice and willful disregard for Dr. Murrey's rights;

4.  Restitution of all monies expended by Plaintiff as a result of Defendants' unlawful, unfair and fraudulent business practices as provided by California Business Code § 17203.

FIRST AMENDED COMPLAINT

5.  Compensatory, consequential, exemplary and punitive damages to Plaintiff in such amounts as the Court deems just and proper.

6.  Statutory penalties and damages in such amounts as the Court deems just and proper.

7.  On Plaintiff's Civil RICO claim and California Penal Code claims, three times the damages Plaintiff has sustained as a result of Defendants' conduct.

8.  Punitive damages pursuant to state laws.

9.  That the Court award Plaintiff costs and disbursements for this lawsuit, including for reasonable attorneys' fees as permitted by law.

10. For pre- and post-judgment interest as allowed by law.

11. Equitable relief, including, restitution;

12. For a recovery in restitution equal to any unjust enrichment enjoyed by Defendants; and

13. Any such other relief as the Court may deem just and proper.


Dated: 2 August 2020                          Respectfully Submitted,

                                              By _____

                                              Dr. Stewart Lucas Murrey
                                              Plaintiff & Plaintiff in Pro Se

FIRST AMENDED COMPLAINT

# EXHIBIT 1

28

# 20 December 2016

## Lucas Murrey, California | Cheater Report

https://cheaterreport.com/lucas-murrey-california-2/

Dec 20, 2016 - **Lucas Murrey**, total con artist. Lives in Los Angeles - all women beware!! He will come off at first as a great man in a difficult situation and is oh ...

Posted

Lucas Murrey, total con artist. Lives in Los Angeles – all women beware!! He will come off at first as a great man in a difficult situation and is oh so charming... but he is a pathological liar and cheater. He has no empathy for the other people in his life and will treat anyone like dirt once they aren't of use for him. Huge narcissist. Only cares how you make him appear to others on outside. Will engage in relationships with multiple women at the same time and lie to all of them and say that he's in an exclusive

29



LUCAS MURREY-SOCIOPATHE FROM YALE





GARY BEEBE FROM LINCOLN  CA

MO Rep Donald Gose



RANDOM CHEATER
REPORTS



You can always count on
cheaterreport.com to always be

Cheater Report
feeling beautiful

Be the first of your friends to like this

Like Page



Cheater Report
39 likes



NEW CHEATER REPORT
FACEBOOK PAGE

31



Google

lucas murrey

All   News   Images   Videos   Shopping   More          Settings   Tools

About 139,000 results (0.57 seconds)

**Amazon.com: Lucas Murrey: Books, Biography, Blog, Audiobooks ...**
https://www.amazon.com/Lucas-Murrey/e/B00M6SNPBA ▾
Visit Amazon.com's Lucas Murrey Page and shop for all Lucas Murrey books and other Lucas
Murrey ... See search results for author "Lucas Murrey" in Books ...

**Nietzsche: The Meaning of Earth Hardcover - Amazon.com**
https://www.amazon.com/Nietzsche-Meaning-Earth-Lucas-Murrey/dp/1611461545 ▾
In this book, author Lucas Murrey argues that the thinking of the modern German philosopher Friedrich
Nietzsche (1944—1900) is not only more grounded in ...

**Images for lucas murrey**









→ More images for lucas murrey                                    Report images

**Lucas Murrey, California | Cheater Report**
https://cheaterreport.com/lucas-murrey-california-2/
Dec 20, 2016 - Lucas Murrey: total con artist. Lives in Los Angeles - all women beware!! He will come
off at first as a great man in a difficult situation and is oh ...

Sign in

31

## Cheater Report - The Place to Report a Cheater - Part 8

cheaterreport.com › page

Random Cheater Reports. David Bracht is a cheater · LUCAS MURREY ONLINE PREDATOR AND WOMEN MANIPULATOR, California · Gold digger!! Gold digger!! Elise Brown of Knoxville TN ...



## Gold digger!! | Cheater Report

cheaterreport.com › gold-digger

Feb 19, 2017 · Canada; Aurora on LUCAS MURREY ONLINE PREDATOR AND WOMEN MANIPULATOR, California; Anonymous on jill osier, Washington; Aurora on LUCAS MURREY  ...

22



**JANE DOE**

*September 21, 2017 at 17:10 Reply*

I unfortunately had the same experience. He is definitley a Liar, Con artist and mentally disturbed. I am oozing with regrets.



**JEN PARKER**

*September 21, 2017 at 20:52 Reply*

The cad without his (probably fake) glasses.



33

# EXHIBIT 2

34

## CHEATER REPORT

*A Place to Report Cheaters*

*CheaterReport.com - A Place To Report Cheaters*

HOME   ABOUT   CHEATER REPORT TV   CONTACT US   REPORT CHEATER

Sherrie Martinez directly lied to the court system on 10/18/17. She included a false testimony about a young boy she doesn't know and his caretaker to the court system. She will also stop at nothing to defame and stalk other women, including going undercover and serving women papers of restraining orders that have been denied by the judge. It makes one wonder how she has time for this activity. Her behavior demonstrates that although she claims to have a degree in neuroscience and works in child and adolescent psychiatry at UCLA Ms. Martinez is weak in character, cannot think for herself, and knows nothing about true intelligence (or the court system). She must not know that blatantly write a false testimony for the court is a serious criminal offense of no small matter and she could be charged with perjury. She must also think that lying about Child Protective Services and investigations and claiming that a caretaker is using an 8-year-old to defame a man she is desperately trying to date is no small matter. Interesting for someone who claims to have a career in child psychiatry. I would check her credentials and see what else she does in her free time.

35





Nicholas DeGeorge,
Chicago IL



Mirhad Suljevic, Georgia

Sherrie Martinez directly lied to the court system on 10/16/17. She included a false testimony about a young boy she doesn't know and his caretaker to the court system. She will also stop at nothing to defame and stalk other women, including going undercover and serving women papers of restraining orders that have been denied by the judge. It makes one wonder how she has time for this activity. Her behavior demonstrates that although she claims to have a degree in neuroscience and works in child and adolescent psychiatry at UCLA Ms. Martinez is weak in character, cannot think for herself, and knows nothing about the intelligence (or the court system). She must not know that blatantly write a false testimony for the court is a serious criminal offense of no small matter and she could be charged with perjury. She must also think that lying about Child Protective Services and investigations and claiming that a caretaker is using an 8-year-old to defame a man she is desperately trying to date is no small matter. Interesting for someone who claims to have a career in child psychiatry. I would check her credentials and see what else she does in her free time.

RECENT POSTS

Sherrie Martinez from UCLA lies to court and creates false testimony

Scam to get into the US

Edward Goldmann in Portland, Oregon is a womanizer

Ciro Aliperti, Medford NY

Doris Falcone (Stankewitz), New Hampshire

RECENT COMMENTS

Anonymous on jill osier, Washington
Anonymous on jill osier, Washington
A New Way Of Business on Mark Edwards, Realpage, Inc. Carrollton TX
Crystal on Tami Lamerd bisexual cheater with whiskey dick
pam on Charlie Coletta, Atlanta, GA and China

CATEGORIES

Alabama



HOME    ABOUT    CHEATER REPORT TV    CONTACT US    REPORT CHEATER

SHERRIE MARTINEZ IS A LIAR AND PHONY UCLA NEUROSCIENTIST
October 31, 2017 ·



NEW CHEATER REPORT FACEBOOK PAGE



Be the first of your friends to like this





http://legallyspanked.com/clarence-simms-huawei-technologie...

RANDOM CHEATER REPORTS


Tamar Edwards 36 Yr Old Prostitute in Northern California under "Shocktiva"


DOUGLAS THE DOG HOLBERGER & HIS BEST FRIEND KENNETH SUTHERLAND!

Sandyla

Chris Mcmillan, Texas

Brett Norem, North Carolina

For a woman who pretends to have the best interest of children in mind, it's ironic that this phony ucla psychiatrist will blatantly and unabashedly lie to the court system about a child she doesn't know to manipulate a man whose affection she is desperately seeking to gain. Perhaps because she is too undesirable to attract a real man and incapable of having a child of

For a woman who pretends to have the best interest of children in mind, it's ironic that this phony ucla psychiatrist will bla-tantly and unabashedly lie to the court system about a child she doesn't know to manipulate a man whose affection she is desperately seeking to gain. Perhaps because she is too undesirable to attract a real man and incapable of having a child of her own, she'll do whatever it takes to impress in a desperate attempt to hang on to whatever might be left of her dwindling childbearing years.

Sherrie Martinez makes false statements to the court about people she doesn't know without solid research or information. For someone whose field relies heavily on research, she should probably quit her corrupt academic administrative job and find a new profession, perhaps a sleazy process server ? Like Sherrie, process servers are immoral scum and usually lack-ing in the looks department. It will suit her well.





For a woman who pretends to have the best interest of children in mind, it's ironic that this phony ucla psychiatrist will bla-tantly and unabashedly lie to the court system about a child she doesn't know to manipulate a man whose affection she is desperately seeking to gain. Perhaps because she is too undesirable to attract a real man and incapable of having a child of her own, she'll do whatever it takes to impress in a desperate attempt to hang on to whatever might be left of her dwindling childbearing years.

Sherrie Martinez makes false statements to the court about people she doesn't know without solid research or information. For someone whose field relies heavily on research, she should probably quit her corrupt academic administrative job and find a new profession, perhaps a sleazy process server ? Like Sherrie, process servers are immoral scum and usually lack-ing in the looks department. It will suit her well.



FRIEND KEN
SUTHERLA

Sandyia

Chris Mcmillan,

Brett Norem, North Caro

RECENT POST

Autmn Delahoussaye
Philip D Welch jr., Tex
Charles Aaron Lehnhoff,
Tommas Campbell, New
BE CAREFUL HE IS A STA

RECENT COMME

Amanda on Amanda Ala
Guatemala City
Anonymous on jill osler, Was
Anonymous on jill osler, Was
.. on BE CAREFUL HE IS A S
.. on Tommas Campbell, Nev

CATEGORIES

Alabama
Angola
Arizona
Arkansas
Australia
Brazil
Business
California
Canada
Celebrity
Cheater Report TV
China



**sherrie martinez**

All   Images   News   Videos   Maps   More       Settings   Tools

Page 2 of about 4,050,000 results (0.39 seconds)

**Sherrie Martinez - Faculty Database | David Geffen School of Medicine ...**
people.healthsciences.ucla.edu/institution/personnel/personnel_id=711923 ▾
Sherrie Martinez. Edit your Faculty Profile. Work Titles. UCLA Clinical Administrator, Child and
Adolescent Psychiatry. Contact Information: Email Address:.

**Sherrie Martinez from UCLA lies to court and creates false testimony ...**
cheaterreport.com/sherrie-martinez-from-ucla-lies-to-court-and-creates-false-testimony/ ▾
2 days ago - Sherrie Martinez directly lied to the court system on 10/18/17. She included a false
testimony about a young boy she doesn't know and his ...

**Sherrie Martinez is a liar and phony UCLA neuroscientist | Cheater ...**
cheaterreport.com/sherrie-martinez-is-a-liar-and-phony-ucla-neuroscientist/ ▾
Sherrie Martinez is a liar and phony UCLA neuroscientist. October 21, 2017 -. For a woman who
pretends to have the best interest of children in mind, it's ironic ...



**sherrie martinez cheaterreport**

All   Images   News   Videos   Maps   More       Settings   Tools

About 637 results (0.46 seconds)

**Sherrie Martinez from UCLA lies to court and creates ... - Cheater Report**
cheaterreport.com/sherrie-martinez-from-ucla-lies-to-court-and-creates-false-testimony/ ▾
Oct 20, 2017 - Sherrie Martinez directly lied to the court system on 10/18/17. She included a false
testimony about a young boy she doesn't know and his ...

**Sherrie Martinez is a liar and phony UCLA ... - Cheater Report**
cheaterreport.com/sherrie-martinez-is-a-liar-and-phony-ucla-neuroscientist/ ▾
Sherrie Martinez is a liar and phony UCLA neuroscientist. October 21, 2017 -. For a woman who
pretends to have the best interest of children in mind, it's ironic ...

**Screen Shot 2017-10-20 at 9.06.12 AM | Cheater Report**
cheaterreport.com/sherrie-martinez...to.../screen-shot-2017-10-20-at-9-06-12-am/ ▾
Screen Shot 2017-10-20 at 9.06.12 AM. October 20, 2017 1114 × 1278 Sherrie Martinez from UCLA lies
to court and creates false testimony ...

**Screen Shot 2017-10-20 at 8.39.33 PM | Cheater Report**
https://www.cheaterreport.com/sherrie-martinez.../screen-shot-2017-10-20-at-8-39-33... ▾
Screen Shot 2017-10-20 at 8.39.33 PM. October 20, 2017 1350 × 1370 Sherrie Martinez is a liar and
phony UCLA neuroscientist ...

**Images for sherrie martinez cheaterreport**



### Staff - Sherry Martinez - Long Beach Area Council
www.longbeachbsa.org/martinez ▾
Sherry has been with the Long Beach Area Council since 2005. A native of Michigan, she attended high school in Pomona, CA, and now lives in Long Beach.

### 10+ Sherrie Martinez profiles | LinkedIn
https://www.linkedin.com/pub/dir/Sherrie/Martinez
View the profiles of professionals named Sherrie Martinez on LinkedIn. There are 10+ professionals named Sherrie Martinez, who use LinkedIn to exchange ...

### Sherrie Martinez | Professional Profile - LinkedIn
https://www.linkedin.com/in/sherrie-martinez-8663b3ba
Los Angeles, California · Administrative Director · UCLA
Sherrie Martinez, MA is the Administrative Director for the Child & Adolescent Psychiatry Division at UCLA. In this role, she manages all aspects of human ...

### Sherrie Martinez | Whitepages
https://www.whitepages.com/name/Sherrie-Martinez ▾
41 results · View phone, address history, email, public records for the 41 people named Sherrie Martinez. Whitepages is the most trusted directory.

### Sherrie Martinez from UCLA lies to court and creates false testimony ...
cheaterreport.com/sherrie-martinez-from-ucla-lies-to-court-and-creates-false-testimony/ ▾
Oct 20, 2017 - Sherrie Martinez directly lied to the court system on 10/18/17. She included a false testimony about a young boy she doesn't know and his ...



1  2  3  4  5  6  7  8  9  10        Next





40



**WOMEN BEWARE**

*April 12, 2018 at 10:00 Reply*

Thanks for the information, "Truth"! And cheer up, dude! Other men have been dumped before!

BTW are you Lucas Murrey, son of a urn salesman?

41