AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Minc Law, a business entity__
was received by me on *(date)* __10 August 2020__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* After Mr. David Gringras, Esq., made it clear on 28 September 2020 that he was representing Minc Law, a business entity, in this action, I emailed Mr. Gingras copies of the complaint and summons on 7 October 2020. There is also signficant evid. that Minc Law was in possession of said legal papers well before 4 September 2020. Please see attached Exhibit "A".

My fees are $ __50.00__ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __11 October 2020__

*Server's signature*

Alexander J. Petale, Esq.
*Printed name and title*

Law Offices of Alexander J. Petale
5478 Wilshire Blvd. Suite No. 223
Los Angeles, CA 90036
*Server's address*

Additional information regarding attempted service, etc:

# EXHIBIT A

From: **David Gingras** david@gingraslaw.com
Subject: Murrey v. Minc, et al., U.S. Dist. Court Case No. 20-cv-6217 (CACD)
Date: September 28, 2020 at 4:58 PM
To: 2@lucasmurrey.io, lucas.murrey@aya.yale.edu, lucasmurrey@moneyandculture.org
Cc: Jane Gingras jane@gingraslaw.com

Dr. Murrey,

My name is David Gingras. I am a lawyer in Phoenix, Arizona.

I've been retained by Aaron Minc, Minc LLC, Anthony Will, and Digital Revolution, LLC with respect to a lawsuit you filed against them in the U.S. District Court in Los Angeles. I trust you're familiar with this.

I would like to meet and confer with you regarding a Motion to Dismiss that my clients intend to file. As you may know, the court's rules require that the parties get together and discuss any motions *before* they are filed. Obviously, the court wants the parties to discuss things first to see if a resolution can be reached prior to asking the court for help. This doesn't need to be a super-formal discussion, but the idea is for me to explain some legal issues and arguments to you, and then you can consider them and let me know your position.

With that in mind, will you please let me know when you're available to talk, hopefully within the next week? This type of meet-and-confer typically needs to be done by phone, so just let me know when would be a good time to call (my schedule is fairly open, so I can probably make time whenever is good for you).

Thanks and I look forward to talking with you.

David Gingras, Esq.
Gingras Law Office, PLLC
David@GingrasLaw.com
https://twitter.com/DavidSGingras
http://gingraslaw.com
Tel.: (480) 264-1400
Fax: (480) 248-3196
*Licensed in Arizona and California



From: **Alexander Petale** <petaleesq@gmail.com>
Date: Wed, Oct 7, 2020 at 5:02 PM
Subject: Murrey v. Minc, et al., U.S. Dist. Court Case No. 20-cv-6217 (CACD)
To: <david@gingraslaw.com>

Dear Mr. Gingras,

attached is Dr. Murrey's Federal Complaint and Summons naming your clients: Aaron Minc, Minc Law, Anthony Will and Digital Revolution LLC aka Reputation Resolutions.

Thanks,

Alex Petale, Esq.

2 Attachments

- **FistAmendedComplvCheaterre1.pdf**
- **FistAmendedComplvCheaterre2.pdf**

# DECLARATION OF ALEXANDER J. PETALE

I, ALEXANDER J. PETALE, declare:

1. I am an attorney admitted to practice within the state of California and I am not a party to this action. I have personal knowledge of the matter set forth herein and would competently testify thereto if called and sworn as a witness.

2. On or about Friday, 4 September 2020 at approximately 3:30 P.M. I received a telephone call from Aaron Minc of the Minc Law firm regarding the lawsuit of Plaintiff Dr. Murrey versus Mr. Minc and his law firm and other defendants.

3. Mr. Minc acknowledged that he has been in receipt of the lawsuit from Dr. Murrey.

4. Although we did not discuss the details of the lawsuit, Mr. Minc did acknowledge that he had received Dr. Murrey's lawsuit via email in his email inbox and I suggested that he read it.

//

//

//

//

//

5. We also discussed the fact that Mr. Minc needs to take all steps necessary to defend the action pursuant to any other action filed in federal court which would include answering the lawsuit and or defending the matter.

6. Thereafter we courteously terminated the telephone conversation.

I declare that under penalty of perjury under the laws of the United States and State of California that the foregoing is true and correct. Executed on 26 September 2020 in Los Angeles, California.

_____
ALEXANDER J. PETALE



```
                OAKWOOD
            265 S WESTERN AVE
        LOS ANGELES, CA 90004-9998
              (800)275-8777
08/26/2020                        02:02 PM
------------------------------------------
Product              Qty   Unit     Pric
                           Price
PM 2-Day              1              $7.75
Flat Rate Env
    Beachwood, OH  44122
    Flat Rate
    Expected Delivery Day
    Saturday 08/29/2020
    USPS Tracking #
    9505 5144 9456 0239 4378 12
Insurance                            $0.00
    Up to $50.00 included
Total                                $7.75

------------------------------------------
Grand Total:                         $7.75
------------------------------------------


------------------------------------------
Cash                              $100.00
Change                             ($92.25)
------------------------------------------


****************************************
        Due to limited transportation
         availability as a result of
          nationwide COVID-19 impacts
         package delivery times may be
        extended. Priority Mail Express®
            service will not change.
****************************************

Includes up to $50 insurance

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.
```

≡ **USPS.COM**

**USPS Tracking**®

Quick Tools    Mail & Ship    Track & Manage    Postal Store    Business    International    Help

English    Locations    Support    Informed Delivery    Register / Sign In

Tracking    FAQs

Track Another Package +

Tracking Number: 9505514449456023943 7812                          Remove ×

Your item was delivered in or at the mailbox at 2:08 pm on August 28, 2020 in BEACHWOOD, OH 44122.

USPS Premium Tracking™ Available ⌄

**Status**

✓ **Delivered**

August 28, 2020 at 2:08 pm
Delivered, In/At Mailbox
BEACHWOOD, OH 44122

Get Updates ⌄

Feedback

Track Packages
Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More

Delivered

Text & Email Updates    ⌄

Tracking History    ⌄