Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Anthony Will, an individual

was received by me on *(date)* 10 August 2020 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* After Mr. David Gringras, Esq., made it clear on 28 September 2020 that he was representing Anthony Will in this action, I emailed Mr. Gingras copies of the complaint and summons on 7 October 2020. Please see attached Exhibit "A".

My fees are $ 50.00 for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11 October 2020

*Server's signature*

Alexander J. Petale, Esq.
*Printed name and title*

Law Offices of Alexander J. Petale
5478 Wilshire Blvd. Suite No. 223
Los Angeles, CA 90036
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

# EXHIBIT A

From: **David Gingras** david@gingraslaw.com
Subject: Murrey v. Minc, et al., U.S. Dist. Court Case No. 20-cv-6217 (CACD)
Date: September 28, 2020 at 4:58 PM
To: 2@lucasmurrey.io, lucas.murrey@aya.yale.edu, lucasmurrey@moneyandculture.org
Cc: Jane Gingras jane@gingraslaw.com

Dr. Murrey,

My name is David Gingras. I am a lawyer in Phoenix, Arizona.

I've been retained by Aaron Minc, Minc LLC, Anthony Will, and Digital Revolution, LLC with respect to a lawsuit you filed against them in the U.S. District Court in Los Angeles. I trust you're familiar with this.

I would like to meet and confer with you regarding a Motion to Dismiss that my clients intend to file. As you may know, the court's rules require that the parties get together and discuss any motions *before* they are filed. Obviously, the court wants the parties to discuss things first to see if a resolution can be reached prior to asking the court for help. This doesn't need to be a super-formal discussion, but the idea is for me to explain some legal issues and arguments to you, and then you can consider them and let me know your position.

With that in mind, will you please let me know when you're available to talk, hopefully within the next week? This type of meet-and-confer typically needs to be done by phone, so just let me know when would be a good time to call (my schedule is fairly open, so I can probably make time whenever is good for you).

Thanks and I look forward to talking with you.

David Gingras, Esq.
Gingras Law Office, PLLC
David@GingrasLaw.com
https://twitter.com/DavidSGingras
http://gingraslaw.com
Tel.: (480) 264-1400
Fax: (480) 248-3196
*Licensed in Arizona and California



From: **Alexander Petale** <petaleesq@gmail.com>
Date: Wed, Oct 7, 2020 at 5:02 PM
Subject: Murrey v. Minc, et al., U.S. Dist. Court Case No. 20-cv-6217 (CACD)
To: <david@gingraslaw.com>

Dear Mr. Gingras,

attached is Dr. Murrey's Federal Complaint and Summons naming your clients: Aaron Minc, Minc Law, Anthony Will and Digital Revolution LLC aka Reputation Resolutions.

Thanks,

Alex Petale, Esq.

**2 Attachments**

- **FistAmendedComplvCheaterre1.pdf**
- **FistAmendedComplvCheaterre2.pdf**