UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-6217 PA (SKx) | Date | October 29, 2020 |
|---|---|---|---|
| Title | Dr. Stewart Lucas Murrey v. Aaron Minc, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Gabriela Garcia | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     IN CHAMBERS - COURT ORDER

     Plaintiff Dr. Stewart Lucas Murrey ("Plaintiff"), who is appearing pro se, submitted through the Court's CM/ECF email inbox, a Declaration and Proposed Order in which he seeks an additional 90 days to serve unidentified defendants.

     As an initial matter, the Court notes that Plaintiff's emailing of the Declaration and Proposed Order is procedurally improper and a violation of the Local Rules. As the Local Rules explain, "all documents filed in civil cases must be filed electronically using the Court's CM/ECF System. Sending a document by email does not constitute an electronic filing." Local Rule 5-4.1.[1/] The Court will not consider a document that is not filed. Moreover, to obtain relief from the Court, a party must, consistent with the Local Rules, do so only through the filing of a stipulation, noticed motion, or ex part application. Local Rule 6-1 states:

> Unless otherwise provided by rule or order of the Court, no oral motions will be recognized and every motion shall be presented by a written notice of motion. The notice of motion shall be filed with the Clerk not later than twenty-eight (28) days before the date set for hearing, and shall be served on each of the parties electronically or, if excepted from electronic filing, either by deposit in the mail or by personal service. If mailed, the notice of motion shall be served not later than thirty-one (31) days before the Motion Day designated in the notice. If served personally, or electronically, the notice of motion shall be served not later than twenty-eight (28) days before the Motion Day designated in the notice.

---

    [1/]    The Court previously granted Plaintiff's Application to Electronically File Documents.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-6217 PA (SKx) | Date | October 29, 2020 |
|---|---|---|---|
| Title | Dr. Stewart Lucas Murrey v. Aaron Minc, et al. | | |

In addition to the filing of a noticed motion in compliance with the applicable Local Rules, a party may seek relief through the filing of an ex parte application pursuant to Local Rule 7-19.

The Court therefore rejects Plaintiff's emailed Declaration and Proposed Order. Additionally, Plaintiff's Declaration, even if the Court were to consider it, does not establish good cause for the extension he seeks. Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed. Fed. R. Civ. P. 4(m).

In the present case, it appears that this time period has not been met. Accordingly, the Court, on its own motion, orders Plaintiff to show cause in writing on or before November 13, 2020, why this action should not be dismissed for lack of prosecution. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of Plaintiff's response. Failure to respond to this Order may result in the imposition of sanctions, including but not limited to dismissal of the action without prejudice.

IT IS SO ORDERED.