AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Domingo J. Rivera, an individual

was received by me on *(date)* 28 October 2020 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: On 10/29/20 pursuant to Cal.CCP§415.20(c) in manner of Bus&ProfC§17538.5(d) I served the first amended summons and complaint to Depamdra S., a 35 year-old male of Indian descent approximately 5'9 and 200 pounds with black hair and eyes, at Parcel Plus, a private mailbox co., located at 1390 Chain Bridge Road, in McLean, VA 22101 to mailbox no. 10042.

My fees are $ 65.00 (bulk) for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 30 October 2020

*Server's signature*

Carlos Zeballos Process Server
*Printed name and title*

1340 Old Chain Bridge Rd #107
McLean, VA 22101
*Server's address*

Additional information regarding attempted service, etc:

[Print] [Save As...] [Reset]