1 | **Dr. Stewart Lucas Murrey**
1217 Wilshire Blvd. # 3655
2 | Santa Monica, CA 90403
Tel.: (310) 994-1711
3 | Email: 2@lucasmurrey.io

4 | **Plaintiff & Plaintiff in Pro Se**



FILED
CLERK, U.S. DISTRICT COURT

OCT 29 2020

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. STEWART LUCAS MURREY, an individual;<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AARON MINC, an individual, MINC LAW, a business entity; DOMINGO J. RIVERA, an individual; RIVERA LAW GROUP, PLC a.k.a. DOMINGO J. RIVERA, ATTORNEY AT LAW, PLC, a limited liability company; PRVT L.L.C., a limited liability company, ELIZABETH JORDAN, an individual; INTERNET REPUTATION CONTROL a.k.a. IRC, a business entity; ANTHONY WILL, an individual; DIGITAL REVOLUTION LLC a.k.a. REPUTATION RESOLUTIONS, a business entity; BRANDYOURSELF.COM, INC., a limited liability company, TOM VITOLO, an individual; CHRISTIAN TRYON, an individual; and JOHN DOE NUMBERS 1-10;<br><br>　　　　　Defendants. | **Case No. 2:20-cv-06217-PA (SKx)**<br>*Hon. Judge Percy Anderson, Ctrm 9A, 9th Fl.*<br>*Hon. Mag. Judge Steve Kim, Ctrm 540, 5th Fl.*<br><br>**DECLARATION OF PLAINTIFF DR. STEWART LUCAS MURREY IN SUPPORT OF PLAINTIFF'S REQUEST FOR AN ORDER EXTENDING TIME TO SERVE DEFEDANTS** |

- 1 -

PLAINTIFF DR. MURREY'S DECLARATION IN SUPPORT OF PLAINTIFF'S REQUEST
FOR AN ORDER EXTENDING TIME TO SERVE DEFENDANTS

## DECLARATION OF DR. STEWART LUCAS MURREY

I, Dr. Stewart Lucas Murrey, declare:

1. That I am the plaintiff in this action; that I am over the age of 18 years and that I have personal knowledge of the facts contained in this declaration. If called upon to testify I could and would testify competently as to the truth of the facts stated herein.

2. I received my Doctorate of Philosophy (Ph.D) from Yale University in 2011. My academic career has involved teaching in Germany and Switzerland at several universities and colleges. I am the author of two monographs available online as well as at libraries at institutions of higher learning and I am presently writing a new series of books. Based upon these achievements I use the title Doctor in front of my name.

3. This declaration is submitted in support of plaintiff's request for an order extending time to serve defendant(s).

4. My research reasonably shows that defendant(s) are aggressively avoiding service through an unusually complex network of mis-directions and abuses of the generally insecure, present state of the Internet and financial industry.

5. Although defendants have been emailed and mailed (with tracking intelligence) the first amended complaint and summons to their confirmed

PLAINTIFF DR. MURREY'S DECLARATION IN SUPPORT OF PLAINTIFF'S REQUEST
FOR AN ORDER EXTENDING TIME TO SERVE DEFENDANTS

email and physical addresses of the defendants, they continue to avoid service. Further, research is ongoing and process servers are still completing their due diligence of making three (3) attempts to serve this lawsuit and summons before plaintiff can file a motion or ex parte application for an order to serve remaining unserved defendants by publication. A true and correct copy of said service attempts to several hostile defendants is hereto attached as Exhibit A.

6.  Nevertheless, I have made significant progress in locating and identifying said defendants avoiding service. As noted, process servers are currently completing their due diligence.

7.  Therefore, I humbly ask the Court for an extension of time: ninety (90) days to have defendant(s) served, either personally or via a motion or ex parte application for publication of lawsuit and summons.


I declare that under penalty of perjury under the laws of the United States that the foregoing is true and correct; executed on 26 October 2020 in Los Angeles, CA.

_____
DR. STEWART LUCAS MURREY

PLAINTIFF DR. MURREY'S DECLARATION IN SUPPORT OF PLAINTIFF'S REQUEST FOR AN ORDER EXTENDING TIME TO SERVE DEFENDANTS

# EXHIBIT A

From: **Alexander Petale** <petaleesq@gmail.com>
Date: Sun, Oct 11, 2020 at 2:53 PM
Subject: Complaint and Summons Dr. Murrey v. CheaterReport.com, Et. A. U.S. Dist. Court Case No. 20-cv-6217 (CACD)
To: <djr@icyberlaw.com>, <petaleesq@gmail.com>, <internet.reputation.control@gmail.com>, <admin-1987889@icyberlaw.com.whoisprivacyservice.org>, <tech-1987889@icyberlaw.com.whoisprivacyservice.org>

Mr. Domingo J. Rivera, Rivera Law Group, PRVT LLC, Internet Reputation Control,

See attached lawsuit and summons.

Thank you,

Mr. Alexander J. Petale

**2 Attachments**

📄 FistAmendedComplvCheaterre1.pdf

📄 FistAmendedComplvCheaterre2.pdf

From: **Alexander Petale** <petaleesq@gmail.com>
Date: Sun, Oct 11, 2020 at 2:59 PM
Subject: Complaint and Summons Dr. Murrey v. CheaterReport.com, Et. A. U.S. Dist. Court Case No. 20-cv-6217 (CACD)
To: <liarscheatersrus@protonmail.com>

Ms. Elizabeth Jordan,

See attached lawsuit and summons.

Thank you,

Mr. Alexander J. Petale

## Attachments



FistAmendedComplvCheaterre1.pdf

FistAmendedComplvCheaterre2.pdf

FistAmendedComp...

FistAmendedComp...



September 11, 2020 14:36                    Page: 1
Receipt #: 4893184571
VISA #: XXXXXXXXXXXX7602
2020/09/11 14:34

| Qty | Description | Amount |
|-----|-------------|--------|
| 47  | ES B&W S/S White 8.5 x11 | 6.11 |

|  | SubTotal | 6.11 |
|  | Taxes | 0.59 |
|  | Total | 6.70 |

The Cardholder agrees to pay the Issuer of the charge
card in accordance with the agreement between the
Issuer and the Cardholder.

5550 Wilshire Blvd
Los Angeles,CA 90036
323-937-0126
www.FedExOffice.com

Tell us how we're doing and receive
$5 off your next $30 print order
at fedex.com/welisten or 1-800-398-0242
Offer Code:_____ Offer expires 12/31/2020

By submitting your project to FedEx Office or by
making a purchase in a FedEx Office store, you
agree to all FedEx Office terms and conditions,
including limitations of liability.  Request a copy
of our terms and conditions from a team member
or visit fedex.com/officeserviceterms for details.

Please Recycle This Receipt



MIRACLE MILF
5350 WILSHIRE BLVD
LOS ANGELES, CA 90036-9998
(800)275-8777

09/11/2020                         03:00 PM

Product            Qty      Unit      Price
                            Price

PM 3-Day            1                 $7.75
Flat Rate Env
   San Juan, PR  00918
   Flat Rate
   Expected Delivery Day
   Tuesday 09/15/2020
   USPS Tracking #
   9505 5138 0722 0255 4737 77
                                      $0.00
Insurance
   Up to $50.00 included
Total                                 $7.75

Grand Total:                          $7.75

Cash                                 $10.00
Change                               ($2.25)

**********************************************
Due to limited transportation
availability as a result of
nationwide COVID-19 impacts
package delivery times may be
extended. Priority Mail Express®
service will not change.
**********************************************

Includes up to $50 insurance

The timeliness of service to or from
destinations outside the contiguous US
may be affected by the limited
availability of transportation.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.



September 04, 2020 09:41                  Page: 1
Receipt #: 4893183878
VISA #: XXXXXXXXXXXX7602
2020/09/04 09:34

| Qty | Description | Amount |
|-----|-------------|--------|
| 188 | ES B&W S/S White 8.5 x11 | 24.44 |

SubTotal          24.44
Taxes              2.33
Total             26.77

The Cardholder agrees to pay the Issuer of the charge
card in accordance with the agreement between the
Issuer and the Cardholder.

5550 Wilshire Blvd
Los Angeles,CA 90036
323-937-0126
www.FedExOffice.com

Tell us how we're doing and receive
$5 off your next $30 print order
at fedex.com/welisten or 1-800-398-0242
Offer Code:_____ Offer expires 12/31/2020

By submitting your project to FedEx Office or by
making a purchase in a FedEx Office store, you
agree to all FedEx Office terms and conditions,
including limitations of liability.  Request a copy
of our terms and conditions from a team member
or visit fedex.com/officeserviceterms for details.

Please Recycle This Receipt



MIRACLE MILE
5350 WILSHIRE BLVD
LOS ANGELES, CA 90036-9998
(800)275-8777

09/04/2020                          10:19 AM

| Product | Qty | Unit Price | Price |
|---------|-----|-----------|-------|
| PM 2-Day | 1 | | $7.75 |

Flat Rate Env
  McLean, VA  22101
  Flat Rate
  Expected Delivery Day
  Tuesday 09/08/2020
  USPS Tracking #
  9505 5138 0722 0248 4711 31
Insurance                           $0.00
  Up to $50.00 included
Total                               $7.75

PM 2-Day          1                 $7.75
Flat Rate Env
  Ashburn, VA  20147
  Flat Rate
  Expected Delivery Day
  Tuesday 09/08/2020
  USPS Tracking #
  9505 5138 0722 0248 4711 48
Insurance                           $0.00
  Up to $50.00 included
Total                               $7.75

PM 3-Day          1                 $7.75
Flat Rate Env
  San Juan, PR  00917
  Flat Rate
  Expected Delivery Day
  Wednesday 09/09/2020









PRESS FIRMLY TO SEAL

**UNITED STATES POSTAL SERVICE.**

**P**

**US POSTAGE PAID**

**$7.75**

Origin: 90◻6
09/04/20
05460100◻6-11

**PRIORITY MAIL 2-DAY®**

0 Lb 9.2) Oz

1034

R F S

EXPECTED DELIVERY DAY: 09/08/20

2014/-RFS-1N        09/11/20

-R-T-S-

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
RETURN TO SENDER

USPS TRACKING® NUMBER

9505 5138 0722 0248 4711 48

PS00001000014

■ Date of

■ USPS Tr
internati

■ Limited international insurance.

■ Pick up available.*

■ Order supplies online.*

■ When used internationally, a customs
declaration label may be required.

* Domestic only

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

To schedule free
Package Pickup,
scan the QR code.

USPS.COM/PICKUP

**PRIORITY MAIL**

VISIT US
ORDER FRE

PRIORITY MA
FLAT RATE
POSTAGE REQU

FROM: Mr Shaul Laufer
1217 Wilshire Blvd.
Santa Monica, CA 9◻
69/◻

Refused

Return to Sender

TO: Internet Reputa

-R-T-S-

20147-RFS-1N

RETURN TO SENDER
REFUSED
UNABLE TO
FORWARD
RETURN TO SENDER

Label 228, March 2016

FOR DOMESTIC AND INTER

$7.50

R2304M116556-06

1006   90012

POSTAL SERVICE

**PRIORITY MAIL**

TRACKED INSURED

UNITED STATES POSTAL SERVICE®

For Domestic and International Use

Label 107R, May 2014

Wes Perry
17 Wilshire Blvd. #3655
anta Monica, CA 90403

RECEIVED
CLERK US DISTRICT COURT

OCT 2 9 2020

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

T-134
Attention: Filing, Civil Case
Roybale Courthouse
255 East Temple St.
Los Angeles, CA 90012

EXPECTED DELIVERY DAY: 10/29/20
USPS TRACKING® NUMBER

9505 5151 8174 0302 4058 25

**PRIORITY MAIL**

TRACKED INSURED

UNITED STATES POSTAL SERVICE®

For Domestic and International Use

Label 107R, May 2014

PA 1st