1  Dr. Stewart Lucas Murrey
   1217 Wilshire Blvd. # 3655
2  Santa Monica, CA 90403
   Tel.: (310) 994-1711
3  Email: **2@lucasmurrey.io**

4  **Plaintiff & Plaintiff in Pro Se**

5

6

7                    UNITED STATES DISTRICT COURT

8                    CENTRAL DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| 10  DR. STEWART LUCAS MURREY, an individual; | Case No. **2:20-cv-06217-PA (SKx)** |
| 11                            Plaintiff, | *Hon. Judge Percy Anderson, Ctrm 9A, 9th Fl.* |
| 12  vs. | *Hon. Mag. Judge Steve Kim, Ctrm 540, 5th Fl.* |
| 13  AARON MINC, an individual, MINC LAW, a business entity; DOMINGO J. RIVERA, an individual; RIVERA LAW GROUP, PLC a.k.a. DOMINGO J. RIVERA, ATTORNEY AT LAW, PLC, a limited liability company; PRVT L.L.C., a limited liability company, ELIZABETH JORDAN, an individual; INTERNET REPUTATION CONTROL a.k.a. IRC, a business entity; ANTHONY WILL, an individual; DIGITAL REVOLUTION LLC a.k.a. REPUTATION RESOLUTIONS, a business entity; BRANDYOURSELF.COM, INC., a limited liability company, TOM VITOLO, an individual; CHRISTIAN TRYON, an individual; and JOHN DOE NUMBERS 1-10; | **DECLARATION OF PLAINTIFF DR. STEWART LUCAS MURREY IN SUPPORT OF PLAINTIFF'S REQUEST FOR AN ORDER EXTENDING TIME TO SERVE FIRST AMENDED COMPLAINT AND SUMMONS** |
|           Defendants. | |

- 1 -

PLAINTIFF DR. MURREY'S DECLARATION IN SUPPORT OF PLAINTIFF'S REQUEST FOR AN ORDER EXTENDING TIME TO SERVE FIRST AMENDED COMPLAINT AND SUMMONS

# DECLARATION OF DR. STEWART LUCAS MURREY

I, Dr. Stewart Lucas Murrey, declare:

1. That I am the plaintiff in this action; that I am over the age of 18 years and that I have personal knowledge of the facts contained in this declaration. If called upon to testify I could and would testify competently as to the truth of the facts stated herein.

2. I received my Doctorate of Philosophy (Ph.D) from Yale University in 2011. My academic career has involved teaching in Germany and Switzerland at several universities and colleges. I am the author of two monographs available online as well as at libraries at institutions of higher learning and I am presently writing a new series of books. Based upon these achievements I use the title Doctor in front of my name.

3. This declaration is submitted in support of plaintiff's request for an order extending time to serve plaintiff's first amended complaint and summons.

4. By now all but one defendant has been served.

5. Defendants 1) Aaron Minc, 2) Mr. Minc's business entity Minc Law, 3) Anthony Will and 4) Mr. Will's business entity Digital Revolution LLC a.k.a. Reputation Resolutions have been served and I had a telephonic conference with their counsel, Mr. David Gingras, on 10 November 2020 regarding Mr. Gingras' intention to file a motion to dismiss this case on

behalf of his four clients. During said exchange, Mr. Gingras explicitly stated in an email to me dated 30 October 2020 that his clients have waived service of this lawsuit and its summons.

6. A true and correct copy of said waiver of service by Aaron Minc, Minc Law, Anthony Will and Digital Revolution LLC a.k.a. Reputation Resolutions is hereto attached as Exhibit A.

7. Defendants 5) Domingo J. Rivera and Mr. Rivera's business entities: 6) Rivera Law Group, PLC a.k.a. Domingo J. Rivera, Attorney at Law, PLC, a limited liability company, 7) PRVT L.L.C., a limited liability company, and 8) Internet Reputation Control a.k.a. IRC, a business entity, have also been served.

8. Further, Mr. Rivera has meanwhile contacted Mr. Gingras (counsel for the four other defendants noted above) and thus Mr. Rivera is fully aware of i.e. in receipt of this lawsuit and its summons. Alexander J. Petale, Esq. who was a welcome participant in the telephonic conference from 10 November 2020 noted above in regard to Gingras' intention to file a motion to dismiss this case on behalf of his clients also overheard Mr. Gingras' reference to Mr. Rivera having contacted Mr. Gingras in regard to this lawsuit.

PLAINTIFF DR. MURREY'S DECLARATION IN SUPPORT OF PLAINTIFF'S REQUEST FOR AN ORDER EXTENDING TIME TO SERVE DEFENDANTS

9. A true and correct copy of emails wherein Mr. Gingras refers to Mr. Rivera contacting him in regard to (i.e. being aware and in receipt of) this lawsuit – as well as a declaration by Alexander J. Petale, Esq. is hereto attached as Exhibit B.

10. Defendants 9) Brandyourself, Inc. and its present and or former employees 10) Christian Tyron and 11) Tom Vitolo have also been served.

//

//

11. The only defendant remaining who has not yet been served is defendant 12) Elizabeth Jordan. However, the proper companies and authorities have been contacted to locate and serve Ms. Jordan via a federal subpoena and police report and the required conference prior to a motion to compel is underway.

12. A true and correct copy plaintiff's due diligence in his reasonable attempts to locate and serve Ms. Jordan is hereto attached as Exhibit C.

13. Plaintiff humbly asks the court for time to continue said due diligence to locate and personally serve – and or file a motion and or ex parte

- 4 -

PLAINTIFF DR. MURREY'S DECLARATION IN SUPPORT OF PLAINTIFF'S REQUEST FOR AN ORDER EXTENDING TIME TO SERVE DEFENDANTS

application to service by publication – to bring who is as of now the last remaining defendant into the jurisdiction of this case.

I declare that under penalty of perjury under the laws of the United States that the foregoing is true and correct; executed on 26 October 2020 in Los Angeles, CA.

_____
DR. STEWART LUCAS MURREY

# EXHIBIT A

**From:** David Gingras david@gingraslaw.com
**Subject:** FW: Activity in Case 2:20-cv-06217-PA-SK Dr. Stewart Lucas Murrey v. WWW.Cheaterreport.com et al Minutes of In Chambers Order/Directive - no proceeding held
**Date:** October 30, 2020 at 2:14 PM
**To:** Dr. Lucas Murrey 2@lucasmurrey.io

Dr. Murrey,

I assume you've already received a copy of this order, but it appears the court agrees with my position that you have not completed service yet. Of course, it's also possible that this order was issued before you filed the proofs of service yesterday (the timing isn't clear since this order was entered *today*, but the order itself was signed yesterday).

In any event, as I already explained, process cannot be served via email in California so your efforts to use that method are not effective. I understand you may not like that rule, but that does not give you the right to simply ignore it. The court will not tolerate your refusal to comply with the rules, and neither will I.

Having said that, here's the deal – I am leaving the country tomorrow on a pre-planned vacation that cannot be changed. I will be gone all next week and will return to work on Monday, November 9th. I will be able to access email during this time, but I will not be working during my vacation.

Even though my clients are under no obligation to respond to your lawsuit due to a lack of service, after consulting with them they have agreed to authorize me to waive service by appearing in the case. Based on that authorization, my current plan is to prepare a Motion to Dismiss that will be filed on or before Friday, November 13th. As I explained before, when that motion is filed, it constitutes an appearance in the case by defendants, so that will moot any issues relating to service. I remain willing to meet and confer with you about the Motion to Dismiss, but based on your actions so far, I do not believe that conversation would be helpful.

Having said all this, I renew my prior comments – if you attempt to seek entry of a default judgment despite knowing that you have no legal right to such relief, I will oppose that effort and will ask the court to hold you responsible for all attorney's fees my clients incur as a result. I hope that will not be necessary.

David Gingras, Esq.
Gingras Law Office, PLLC
David@GingrasLaw.com
https://twitter.com/DavidSGingras
http://gingraslaw.com
Tel.: (480) 264-1400
Fax: (480) 248-3196
*Licensed in Arizona and California



**EXHIBIT B**

**From:** David Gingras david@gingraslaw.com
**Subject:** RE: Activity in Case 2:20-cv-06217-PA-SK Dr. Stewart Lucas Murrey v. WWW.Cheaterreport.com et al Minutes of In Chambers Order/Directive - no proceeding held
**Date:** November 11, 2020 at 2:35 PM
**To:** Dr. Lucas Murrey 2@lucasmurrey.io

I actually mentioned this on the phone, but I'm happy to repeat – I do NOT represent Rivera, and I do not know who his counsel is (he did say he had retained someone, but I don't know who).

David Gingras, Esq.
Gingras Law Office, PLLC
David@GingrasLaw.com
https://twitter.com/DavidSGingras
http://gingraslaw.com
Tel.: (480) 264-1400
Fax: (480) 248-3196
*Licensed in Arizona and California



**From:** Dr. Lucas Murrey <2@lucasmurrey.io>
**Sent:** Wednesday, November 11, 2020 3:08 PM
**To:** David Gingras <david@gingraslaw.com>
**Subject:** Re: Activity in Case 2:20-cv-06217-PA-SK Dr. Stewart Lucas Murrey v. WWW.Cheaterreport.com et al Minutes of In Chambers Order/Directive - no proceeding held

Hi David, glad we could have a civil conversation yesterday. I wanted to ask if are you representing Domingo J. Rivera? You mentioned that he has also contacted you recently. Perhaps this decision is in process. Thanks,

Dr. Lucas Murrey
Ph.D Yale University
Author of Hölderlin's Dionysiac Poetry and Nietzsche: The Meaning of Earth
https://lucasmurrey.io
(310) 994-1711
2@lucasmurrey.io


On Nov 10, 2020, at 9:43 AM, David Gingras <david@gingraslaw.com> wrote:

# DECLARATION OF ALEXANDER J. PETALE

I, ALEXANDER J. PETALE, declare:

1. I am an attorney admitted to practice within the state of California and I am not a party to this action. I have personal knowledge of the matter set forth herein and would competently testify thereto if called and sworn as a witness.

2. On 10 November 2020 at approximately 10:20 A.M. I joined a telephone conversation between Dr. Stewart Lucas Murrey and the attorney Mr. David Gingras who is counsel for defendants Aaron Minc, Minc Law, Anthony Will and Digital Resolutions in plaintiff Dr. Murrey's federal lawsuit case no.: 2:20-cv-06217-PA (SKx). I greeted Mr. Gingras and he was aware of my presence during said telephonic conference.

3. As the conversation proceeded Mr. Gingras revealed that he had been contacted by another defendant: Domingo J. Rivera who is fully aware of the above noted lawsuit.

I declare that under penalty of perjury under the laws of the United States and State of California that the foregoing is true and correct. Executed on 11 November 2020 in Los Angeles, California.

_____
ALEXANDER J. PETALE

**EXHIBIT C**

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Dr. Stewart Lucas Murrey

*Plaintiff*

WWW.CHEATERREPORT.COM; and DOES 1 through 10, inclusive.

*Defendant*

Civil Action No. CV20-6217-PA(SKx)

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Proton Technologies AG

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: The identity and contact information of the owner of the email address: liarscheatersrus@protonmail.com

| Place: Dr. Stewart Lucas Murrey<br>1217 Wilshire Blvd. # 3655<br>Santa Monica, CA 90403 | Date and Time:<br>21 September 2020, 8:00 A.M. Pacific Standard Time |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 7-13-20

CLERK OF COURT

_____     OR     _____
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____, who issues or requests this subpoena, are:
Dr. Stewart Lucas Murrey
1217 Wilshire Blvd. # 3655, Santa Monica, CA 90403, Email: 2@lucasmurrey.io, Tel.: (310) 994-1711

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**ProtonMail Legal**   2:14 AM

Re: US Federal Subpoena

To: Dr. Lucas Murrey

Hello,

Thank you for reaching out.

We acknowledge the receipt of your request and would be happy to assist.

However, under Swiss law, we can only comply with requests duly instructed by law enforcement. We advise you to contact your local law enforcement authority. It will be required from them to act through international police cooperation to request the relevant data. We can also preserve data of an account in anticipation of proceedings, but we require to be contacted by law enforcement (https://protonmail.com/law-enforcement).

If you would like us to investigate the account for a breach of our Terms & Conditions, please forward the evidence of abuse to our anti-abuse team (abuse@protonmail.com) so appropriate action can be taken.

We stay at your disposal for any information.

Best regards,

--

Marc Løebekken
Legal Counsel
Proton Technologies AG


------- Original Message -------
On Saturday, September 5, 2020 5:13 PM, Dr. Lucas Murrey <2@lucasmurrey.io> wrote:

> Dear Proton Technologies AG,
> Attached is a US Federal Subpoena seeking information and documentation that should be relatively easy for you to locate. I am open to discussing the possibility of you emailing me said information and documentation via email to forego any mailing costs. If you have any questions, please feel free to contact me.
> Thank you,
>
> Dr. Lucas Murrey
> Ph.D Yale University
> Author of Hölderlin's Dionysiac Poetry and Nietzsche: The Meaning of Earth
> https://lucasmurrey.io

We acknowledge the receipt of your request and would be happy to assist.

However, under Swiss law, we can only comply with requests duly instructed by law enforcement. We advise you to contact your local law enforcement authority. It will be required from them to act through international police cooperation to request the relevant data. We can also preserve data of an account in anticipation of proceedings, but we require to be contacted by law enforcement (https://protonmail.com/law-enforcement).

If you would like us to investigate the account for a breach of our Terms & Conditions, please forward the evidence of abuse to our anti-abuse team (abuse@protonmail.com) so appropriate action can be taken.

We stay at your disposal for any information.

Best regards,

--
Marc LØebekken
Legal Counsel
Proton Technologies AG


------- Original Message -------
On Saturday, September 5, 2020 5:13 PM, Dr. Lucas Murrey <2@lucasmurrey.io> wrote:

> Dear Proton Technologies AG,
> Attached is a US Federal Subpoena seeking information and documentation that should be relatively easy for you to locate. I am open to discussing the possibility of you emailing me said information and documentation via email to forego any mailing costs. If you have any questions, please feel free to contact me.
> Thank you,
>
>
> Dr. Lucas Murrey
> Ph.D Yale University
> Author of Hölderlin's Dionysiac Poetry and Nietzsche: The Meaning of Earth
> https://lucasmurrey.io
> (310) 994-1711
> 2@lucasmurrey.io



USFedSubpoen
aDrMurrey.pdf

**Lucas Murrey** <drlucasmurrey@gmail.com>　　　　　　　　　　Wed, Sep 16, 8:45 PM

to legal

Dear Mr. Loebeken,

although I am thankful for your response on 7 September 2020, it is rather cryptic. I doubt that law enforcement in Switzerland would be instructing you as to how to proceed regarding your response to a subpoena in your jurisdiction. Please clarify your statement wherein you claim that you can "only comply" with my (or any) subpoena, only after you have been "duly instructed by law enforcement". I know for a fact that law enforcement does not instruct attorneys at law not only in California, but also in any federal jurisdiction in the United States, of which I am aware. This raises the question: What do you mean exactly you claim that local law enforcement in Switzerland must be contacted for you to respond to any and all subpoenas, including mine? As you can see from the courtesy attached scanned copy of my federal lawsuit, this is a serious case, and my subpoena is reasonable. Since at this point I am only asking you to produce information concerning the identity and registration of the individual(s) and or entity(ies) responsible for just one email address, I don't see why this process has to be difficult and or costly. Also, please provide me with a physical address so that I am aware of where you and or your agent for service of process is located. Thank you,

📎 FistAmendedComplvCheaterre1.pdf

📎 FistAmendedComplvCheaterre2.pdf

3 Attachments





**ProtonMail Legal** <legal@protonmail.com>

to me

Thu, Sep 17, 4:30 AM

Dear Dr. Murrey,

As a communication service provider located in Switzerland, we can be liable for a violation of the secret of telecommunications (art. 321ter of Swiss Criminal Code) or acts performed unlawfully for a foreign state (art. 271 of Swiss Criminal Code).

The only way for us to lawfully comply with your request without breaking the law is if your subpoena is addressed according to applicable rules of international cooperation. Depending on the character of your case (civil or criminal), we invite you to refer to the Budapest Convention on Cybercriminality (criminal) or the Hague Convention of 1970 (civil).

We understand well that your demand is reasonable, however, our company is required to strictly follow those processes that are binding legally.

We remain available.



Reply    Forward

# Los Angeles Police Department
## INVESTIGATIVE REPORT

| Page ___ of ___ | 03.01.00 (03/18) | REPORT OF: GRAN THEFT | UCR CODE: ___ | COMBINED AGE REPORT ☐ |
| --- | --- | --- | --- | --- |
| | | | CC: ___ | MULTIPLE DRS ON THIS REPORT ☐ |

| CASE SCREENING FACTOR(S) | | INVEST DIV. W2L | INC # 111100395 | DR # |
| --- | --- | --- | --- | --- |
| ☒ SUSPECT/VEHICLE NOT SEEN | VICTIM | LAST NAME, FIRST, MIDDLE (OR NAME OF BUSINESS) MURREYS STEWART | SEX M | DESC W | HT | WT | AGE | DOB |
| ☐ PRINTS OR OTHER EVIDENCE NOT PRESENT | | ADDRESS R - 6476 WILSHIRE BLVD | ZIP | PHONE | X |
| ☐ MO NOT DISTINCT | | B - | | | |
| ☐ PROPERTY LOSS LESS THAN $5,000 | | E-MAIL ADDRESS | CELL PHONE | | |
| ☐ NO SERIOUS INJURY TO VICTIM | | DR. LIC. NO. (IF NONE, OTHER ID & NO.) | FOREIGN LANGUAGE SPOKEN | OCCUPATION | |
| ☒ ONLY ONE VICTIM INVOLVED | | | | | |

| PREMISES (SPECIFIC TYPE) HOME | ☐ ATM |
| --- | --- |

| ENTRY | 459/BFV POINT OF ENTRY | POINT OF EXIT | LOCATION OF OCCURRENCE | SAME AS V'S ☒ | RES. ☐ | BUS. ☐ | R.D. | PRINTS BY PREL. INV. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ☐ FRONT | | | | | | | | ATTEMPT ☐Y ☐N |
| ☐ REAR | METHOD | DATE & TIME OF OCCURRENCE 12/2016 - 11/20 | | DATE & TIME REPORTED TO PD 11/17/20 | OBTAINED ☐Y ☐N |
| ☐ SIDE | | | | | |
| ☐ ROOF | INSTRUMENT/TOOL USED | TYPE PROPERTY STOLEN/LOST/DAMAGED  03.04.00 GIVEN | STOLEN/LOST $90,000 | RECOVERED $ | EST. DAMAGED ARSON / VAND. $ |
| ☐ FLOOR | | | | | |
| ☐ OTHER | | | | | |

| VICT'S VEH. (IF INVOLVED) YEAR, MAKE, TYPE, COLOR, LIC. NO. | NOTIFICATION(S) (PERSON & DIVISION) | CONNECTED REPORT(S) (TYPE & DR #) |
| --- | --- | --- |

**MO** IF LONG FORM, LIST UNIQUE ACTIONS. IF SHORT FORM, DESCRIBE SUSPECT'S ACTIONS IN BRIEF PHRASES, INCLUDING WEAPON USED. DO NOT REPEAT ABOVE INFO BUT CLARIFY REPORT AS NECESSARY. IF ANY OF THE MISSING ITEMS ARE POTENTIALLY IDENTIFIABLE, ITEMIZE AND DESCRIBE ALL ITEMS MISSING IN THIS INCIDENT IN THE NARRATIVE.

| TRANSIT-RELATED INCIDENT ☐ | MANDATORY MARSY'S RIGHTS CARD PROVIDED TO THE VICTIM ☒ | MOTIVATED BY HATRED/PREJUDICE ☐ | DOMESTIC VIOLENCE ☐ |
| --- | --- | --- | --- |

| REPORTING EMPLOYEE(S) | INITIALS, LAST NAME | SERIAL NO. | DIV./DETAIL | PERSON REPORTING | SIGNATURE | OR RECEIVED BY PHONE ☐ |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | NOTE: IF SHORT FORM AND VICTIM/PR ARE NOT THE SAME, ENTER PR INFORMATION IN INVOLVED PERSONS SECTION. | | |

## THIS REPORT DOES NOT CONSTITUTE VALID IDENTIFICATION

KEEP THIS REPORT FOR REFERENCE. INSTRUCCIONES EN ESPAÑOL AL REVERSO.

*Your case will be assigned to a detective for follow-up investigation based upon specific facts obtained during the initial investigation. Studies have shown that the presence of these facts can predict whether a detailed follow-up investigation would likely result in the arrest and prosecution of the suspect(s) or the recovery of property, in a manner that is cost-effective to you, the taxpayer. Significant decreases in personnel have made it impossible for detectives to personally discuss each and every case with all crime victims. A detective will not routinely contact you, unless the detective requires additional information.*

**TO REPORT ADDITIONAL INFORMATION:** If you have specific facts to provide which might assist in the investigation of your case, please contact the detective Monday through Friday, between 8:00 A.M. and 9:30 A.M., or between 2:30 P.M. and 4:00 P.M. at telephone number _____. If the detective is not available when you call, please leave a message and include the telephone number where you can be reached.

**COPY OF REPORT:** If you wish to purchase a copy of the complete report, phone (213) 486-8130 to obtain the purchase price. Send a check or money order payable to the Los Angeles Police Department to Records and Identification Division, Box 30158, Los Angeles, CA 90030. Include a copy of this report or the following information with your request: 1) Name and address of victims; 2) Type of report and DR number (if listed above); 3) Date and location of occurrence. NOTE: Requests not accompanied by proper payment will not be processed.

**DR NUMBER:** If not entered on this form, the DR number may be obtained by writing to Records and Identification Division and giving the information needed to obtain a copy of the report (see above paragraph). Specify that you only want the DR number. It will be forwarded without delay. There is no charge for this service.

**CREDIT CARDS/CHECKS:** Immediately notify concerned credit corporation or banks to avoid possibility of being liable for someone else using your stolen or lost credit card or check.

**HOW YOU CAN HELP THE INVESTIGATION OF YOUR CASE:**
* Keep this memo for reference.
* If stolen items have serial numbers not available at time of report, attempt to locate them and phone them to the detective at the listed number.
* If you discover additional losses, complete and mail in the Supplemental Property Loss form given to you by the reporting employee.
* Promptly report recovery of property.
* Promptly report additional information such as a neighbor informing you of suspicious activity at time crime occurred.

**VICTIM ASSISTANCE PROGRAM:** The Los Angeles City Attorney's Victim Assistance Program and Los Angeles District Attorney's Office Bureau of Victim Services can help determine if you qualify for victim compensation. If you are a victim of a qualifying crime, they will assist with filing your claim application. If you are a victim or a witness to a crime and will be going to court, they will explain the court procedures to you. To find the program location nearest you, call the Los Angeles City Attorney's Victim Assistance Program at (213) 978-4537, or the Los Angeles County District Attorney's Office, Bureau of Victim Services, at (800) 380-3811.

**CALIFORNIA VICTIM COMPENSATION BOARD:** Refer to paragraph at bottom of reverse side.

www.LAPDOnline.org
www.joinLAPD.com