# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART LUCAS MURREY,<br><br>Plaintiff,<br><br>v.<br><br>AARON MINC, *et al.*,<br><br>Defendants. | Case No. 2:20-cv-06217-PA<br><br>[PROPOSED] ORDER GRANTING DEFENDANT PRVT LLC'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION UNDER FRCP 12(b)(2), and INSUFFICIENT SERVICE OF PROCESS UNDER FRCP 12(b)(5) |

    This cause comes before the Court on the Motion to Dismiss Plaintiff Stewart Murrey's First Amended Complaint by Defendant PRVT LLC.

    Defendant argues that the Court does not have personal jurisdiction over Defendant, and the Court agrees for the reasons stated in the Memorandum of Law filed by Defendant.

Accordingly, it is therefore ORDERED AND ADJUDGED that the Motion to Dismiss for Lack of Personal Jurisdiction by Defendant PRVT, LLC is GRANTED and Defendant PRVT, LLC is DISMISSED from this case.

Dated: _____
UNITED STATES DISTRICT JUDGE