FENTON LAW GROUP, LLP
Nicholas D. Jurkowitz (SBN 261283)
njurkowitz@fentonlawgroup.com
1990 S. Bundy Drive # 777
Los Angeles, CA 90025
Phone 310-444-5244
Fax 310-444-5280

Attorneys for Specially Appearing Defendants Domingo J. Rivera; Domingo J. Rivera, Attorney at Law, PLC; Internet Research Control, Inc.; and PRVT LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART LUCAS MURREY,<br>Plaintiff,<br><br>v.<br><br>AARON MINC, et al.,<br>Defendants. | CASE NO. 2:20-cv-06217-PA<br><br>Hon. Percy Anderson<br><br>(CORRECTED) DECLARATION OF DOMINGO J. RIVERA IN SUPPORT OF MOTIONS TO DISMISS BY DEFENDANTS DOMINGO J. RIVERA; DOMINGO J. RIVERA, ATTORNEY AT LAW, PLC; INTERNET REPUTATION CONTROL, INC.; AND PRVT LLC<br><br>Hearing Date: December 21, 2020<br>Hearing Time: 1:30 p.m.<br>Courtroom: 10A |

The identical Declaration of Domingo J. Rivera had previously been submitted in support of Motions to Dismiss by Defendants Domingo J. Rivera (Dkt # 26), Domingo J. Rivera, Attorney at Law, PLC (Dkt # 27), Internet Reputation Control, Inc. (Dkt # 28), and PRVT LLC (Dkt # 29). However, the Exhibits to the Declaration were inadvertently omitted from those submissions.

The following (Corrected) Declaration of Domingo J. Rivera is the same as the previously submitted Declaration in support of the aforementioned motions, except that the Exhibits are attached.

**DECLARATION OF DOMINGO J. RIVERA**

I, Domingo J. Rivera, being first duly sworn, affirm and state under penalty of perjury the following:

1. My name is Domingo J. Rivera. This affidavit is based upon my personal knowledge.

2. I am over the age of eighteen and a resident of the Commonwealth of Virginia. I do not have any property, business, professional, or personal interests in California.

3. I am an attorney admitted to practice law in Virginia. I am also the director of Domingo J Rivera, Attorney at Law, PLC ("Rivera PLC"). Rivera PLC is a Virginia law firm based in Richmond, Virginia. Rivera PLC was registered as a law firm with the Virginia State Corporation Commission and with the Virginia Supreme Court and operated solely in Virginia. Until on or about 2015, Rivera PLC employed two attorneys, both of whom were only admitted to practice law in Virginia and only practiced law in Virginia.

4. Rivera PLC and its agents and employees served mostly Virginia clients. In the event that a client located outside of Virginia contracted with Rivera PLC, the client was required to sign a written representation agreement indicating that all services were provided pursuant to Virginia law and designating Henrico County, Virginia as the exclusive venue for any legal disputes. At all relevant times, I did not have any clients outside of my capacity as attorney for Rivera PLC.

5. Rivera PLC stopped accepting new clients approximately in 2015 as a result of my accepting in-house counsel employment with a private corporation. Since that time, Rivera PLC has finalized cases for existing clients as well as limited engagements as registered agent for legal notice, also for former clients. During the time Rivera PLC operated, I only practiced law for

2

(CORRECTED) DECLARATION OF DOMINGO J. RIVERA IN SUPPORT OF MOTIONS TO DISMISS BY DEFENDANTS DOMINGO J. RIVERA; DOMINGO J. RIVERA, ATTORNEY AT LAW, PLC; INTERNET REPUTATION CONTROL, INC.; AND PRVT LLC

Rivera PLC and did not practice law for any other entities.

6. As a law firm authorized to practice law solely in Virginia, Rivera PLC did not operate, conduct, engage in, or carry on any business within California. Rivera PLC did not have an office or agency in California. Rivera PLC has not committed a tortious act within California or that was aimed at or caused an injury in California.

7. Rivera PLC, its agents and representatives, including Rivera, have never contacted Plaintiff nor requested or encourage anyone else to contact Plaintiff.

8. Rivera PLC does not have any special business relationships with California.

9. Rivera PLC does not employ anyone who works or resides in California.

10. Rivera PLC has not knowingly had a business relationship with Plaintiff or been hired by Plaintiff. Rivera PLC has never communicated with Plaintiff nor has asked or even suggested for anyone to communicate with Plaintiff. Rivera PLC never consulted with Plaintiff and I have never communicated in any manner with Plaintiff.

11. Rivera PLC never knowingly requested or accepted any money from Plaintiff and never suggested or encouraged anyone else to do so.

12. Rivera PLC's operations were exclusive to the practice of law from its Virginia office, including preparing demand letters, legal negotiations, consulting with other firms, and litigation.

13. Rivera PLC did not direct, participate, or create any posts regarding Plaintiff.

14. I am solely authorized to practice law in Virginia. I do not conduct, engage in, or carry on any business within California. I do not have an office or

3

(CORRECTED) DECLARATION OF DOMINGO J. RIVERA IN SUPPORT OF MOTIONS TO DISMISS BY DEFENDANTS DOMINGO J. RIVERA; DOMINGO J. RIVERA, ATTORNEY AT LAW, PLC; INTERNET REPUTATION CONTROL, INC.; AND PRVT LLC

agency in California.

15.    In my personal capacity, I have never contacted Plaintiff nor have I asked anyone else to do so.

16.    I do not own or operate nor represent any businesses in California.

17.    As registered agent for Domingo J Rivera, Attorney at Law, I followed all corporate formation and registration formalities.  The law firm did not conduct any of its business in California.

18.    I am a member of Internet Reputation Control, Inc ("IRC"), a Virginia-based S-Corporation registered with the Virginia State Corporation Commission and only operating in Virginia.

19.    As a result of my prior experience as an attorney handling Internet defamation matters, at times I was employed under IRC to assist attorneys and public relations firms in consulting related to issues for clients who had negative online posts, including investigation, negotiations, and litigations.

20.    IRC did not operate, conduct, engage in, or carry on any business within California. IRC did not have an office or agency in California. IRC has not committed a tortious act within California or that was aimed at or caused an injury in California.  IRC was structured to primarily work as a consultant for law firms and companies and did not target California customers.  IRC never created any advertisements in third-party websites, much less any advertisements targeted to California customers.

21.    IRC never contacted Plaintiff, never asked Plaintiff for money, and never requested or caused anyone to contact Plaintiff.   IRC never entered into any transactions with Plaintiff.

22.    IRC does not own or operate any offices in California.

23.    IRC does not have any special business relationships with California.

24.    IRC does not employ anyone who works or resides in California.

25.    IRC has not had a business relationship with Plaintiff or been hired by Plaintiff.  IRC has never communicated with Plaintiff nor has asked or suggested for anyone to communicate with Plaintiff.

26.    IRC did not direct, participate, or create any posts regarding Plaintiff.  IRC nor any of its agents knew Plaintiff or Shannyn Poer or any other individuals which Plaintiff has identified as the creators of the posts about him on cheaterreport.com during prior legal proceedings initiated by Plaintiff.

27.    As registered agent for IRC, I have personal knowledge that all formation and registration formalities were followed.  IRC did not conduct its business in California, did not target or solicit any California customers and never had any business dealings with Plaintiff.

28.    Rivera PLC, as a law firm, was a registered agent and corporate contact for PRVT, LLC.  All formalities were followed in forming this entity.

29.    PRVT LLC does not operate nor does it conduct any business in California.  Additionally, PRVT LLC operated as a private/proxy domain registration company to protect the privacy and identity of domain name owners.  Based on my knowledge and experience, Exhibit A generally describes the basics of private domain registration.  PRVT LLC, as a proxy registration entity, does not own the website cheaterreport.com or any of the other websites that were registered through its service and does not control the contents of the website, a public forum.

30.    PRVT was formed on December 17, 2017.  The posts on cheaterreport.com about Plaintiff were allegedly made between December 2016 and October 2017.  At that time PRVT LLC did not manage the cheaterreport.com proxy registration since PRVT LLC did not even exist at the time.

31. Upon information and belief, based on Plaintiff's own sworn admissions, Plaintiff has claimed that the posts in question were authored by a Shannyn Poer. See Exhibit B. Plaintiff has filed affidavits regarding the authorship of the subject posts on cheaterreport.com. See Exhibit C.

32. Based on the personal nature of the content, it is evident that the posts about Plaintiff were made by someone with personal knowledge of Plaintiff. Rivera PLC, IRC, PRVT, any of its agents or employees did not know Plaintiff nor knew anything about Plaintiff's personal life.

33. Rivera PLC, IRC, PRVT, any of its agents or employees and myself have never communicated with Shannyn Poer and never conspired with anyone to take any actions related to Plaintiff.

I, Domingo J. Rivera declare under penalty of perjury under the Laws of the United States that the foregoing is true and correct. Executed on November 19, 2020.

___/s/_Domingo J. Rivera___
Domingo J. Rivera

6

(CORRECTED) DECLARATION OF DOMINGO J. RIVERA IN SUPPORT OF MOTIONS TO DISMISS BY DEFENDANTS DOMINGO J. RIVERA; DOMINGO J. RIVERA, ATTORNEY AT LAW, PLC; INTERNET REPUTATION CONTROL, INC.; AND PRVT LLC

# Rivera Declaration

# EXHIBIT A

Search Articles and Discus... Search Login

(/s/) Product Help My Services (https://www.yahoosmallbusiness.com/services) System Status (/s/system-status) Groups (/s/group/CollaborationGroup/0(

# Important message from Yahoo Small Business

Please click (https://help.smallbusiness.yahoo.net/s/important-message) to read.

Web Hosting (/s/topic/0TO1a000000PJjZGAW/...

## What is Private Domain Registration?

Jan 2, 2020

Private Domain Registration makes it so that interested parties can get in touch with you about your domain while keeping your personal contact information hidden.

With Private Domain Registration, WHOIS lookups show special contact information, like the email address **widgetdesigns.com@contactprivacy.com (mailto:widgetdesigns.com@contactprivacy.com)**. Inquiries sent to these contacts are reviewed for relevance, and we'll send anything that's not spam to your actual contact info. Think of it as a spam filter that covers email, physical mail, and phone calls.

Please note that anonymous information such as your domain name servers will remain public. Furthermore, be aware that Tucows reserves the right to disclose your contact information to comply with laws and other regulations as it deems appropriate. Learn more. (/s/article/SLN18074)

Private Domain Registration is available with all new Yahoo Small Business domain registrations and certain other domains (/s/article/SLN18068) registered through Yahoo Small Business. If you'd like to activate private registration for a domain you have purchased elsewhere and redelegated for use with your Yahoo Small Business service, please contact your domain registrar (/s/article/SLN18095) and ask about the availability of this feature.

**Please note:** Private Domain Registration is not available for all domain extensions due to restrictions surrounding .us and some other domain extensions.

**Note:** Due to the General Data Protection Regulation (GDPR), WHOIS information has been changed to comply with GDPR requirements. Learn more. (/s/article/SLN29334)

Private Domain Registration (/s/topic/0TO1a0000007HDQGA...
Business Mail (/s/topic/0TO1a000000Gw9GGA...
Website Builder (/s/topic/0TO1a000000Gyj5GAC...
Domains (/s/topic/0TO1a000000PJjKGAW...
Web Hosting (/s/topic/0TO1a000000PJjZGAW...

This Article Helped Me This Article has an Issue

Don't see what you're looking for?

Ask the Community

Contact Support

Having trouble with your business email? Click here for help. (https://help.smallbusiness.yahoo.net/s/article/SLN29112)

Ask the Community

### Recommended Articles

Update your Billing (https://help.smallbusiness.yahoo.net/s/article/SLN29637)

Setup Business email in iOS (https://help.smallbusiness.yahoo.net/s/article/SLN17483)

Trouble Logging In? (https://help.smallbusiness.yahoo.net/s/article/SLN17034)

Manage App Passwords (https://help.smallbusiness.yahoo.net/s/article/SLN29264)

Reset your Email Password (https://help.smallbusiness.yahoo.net/s/article/SLN29262)

Advertisements in Yahoo Small Business email (https://help.smallbusiness.yahoo.net/s/article/SLN29633)

### Quick Links

Manage My Services (https://www.yahoosmallbusiness.com/my-services)

Business Email Troubleshooting (https://help.smallbusiness.yahoo.net/s/article/SLN29112)

Store Development Help (https://www.yahoosmallbusiness.com/developers/develop network)

Community Guidelines (https://help.smallbusiness.yahoo.net/s/guidelines)

Gaining Community Reputation (https://help.smallbusiness.yahoo.net/s/gaining-reputation)

Product Updates (https://help.smallbusiness.yahoo.net/s/product-updates)

Small Business Advisor (https://www.yahoosmallbusiness.com/advisor)

### Trending Articles

Sign in to your Yahoo Small Business account (/s/article/SLN19932)

Manage app passwords (/s/article/SLN29264)

View the transaction history report at PayPal (/s/article/SLN19306)

How do I get a Facebook Application ID? (/s/article/SLN18861)

Set up business mail in iOS

# Rivera Declaration

# EXHIBIT B

Dr. Stewart Lucas Murrey
11755 Wilshire Blvd. # 2140
Los Angeles, CA 90025

310-994-1711

FILED
Superior Court of California
County of Los Angeles

NOV 22 2017

Sherri R. Carter, Executive Officer/Clerk
By ________ Deputy

Superior Court of the State of California
For the County of Santa Monica

| | |
|---|---|
| Dr. Stewart Lucas Murrey, an individual, Plaintiff, vs. Shannyn Poer, an individual DOES 1 through 50, inclusive Defendant. | Case No. SC128407<br>UNLIMITED CIVIL, DEMAND OVER $25,000<br>COMPLAINT FOR DAMAGES FOR DEFAMATION<br>1) SLANDER PER SE<br>2) LIBEL PER SE<br>CASE MANAGEMENT CONFERENCE<br>LISA HART COLE 3/22/18<br>DEPT O Date 8:30 AM |

Plaintiff Dr. Stewart Lucas Murrey hereby complains and alleges as follows:

1. Plaintiff Dr. Stewart Lucas Murrey (hereinafter referred to as Plaintiff) is and at all times mentioned herein was, an individual, over the age of majority, residing in the City of Los Angeles, County of Los Angeles, State of California. Plaintiff has always enjoyed a very good reputation in both his personal and professional life, and is respected in his local and international business and scholarly communities, as well as his local community.

2. Defendant Shannyn Poer (hereinafter referred to as Defendant) upon information and belief, is now, and at all times mentioned herein was, an individual, over the age of majority, residing in the City of Los Angeles, County of Los Angeles, State of California.

3. This court is the proper court for trial in this action in that the actions and omissions of

Defendant as alleged herein were made within this Court's jurisdictional area.

4. Plaintiff is at this time aware of multiple, but not all of the true names or capacities, whether they are individuals, of Defendant DOES 1 through 50, and therefore sues them by such fictitious names and will seek leave of this Court to insert true names and capacities once they have been ascertained.

5. At all times mentioned herein, Defendant, and each of them, inclusive of DOES 1 through 50, were empowered by each other to act, and did so act, as agents of each other. Upon information and belief, the Defendant and any such potential accomplices are responsible in some manner for the events described herein and are liable to Plaintiff for the damages they have incurred.

**FIRST CAUSE OF ACTION**

**(Slander Per Se – Civil Code §46)**

6. Plaintiff re-alleges and incorporates by reference paragraphs 1 through 5, above, as though fully set forth herein.

7. Plaintiff is informed and believes that on September 29, 2017, Defendant made the following defamatory statement about, of, and concerning Plaintiff: charged Plaintiff with having been indicted, convicted and punished for multiple felony crimes, including being a threat to the physical safety of persons and stealing from persons.

- Plaintiff intended to poison an anonymous woman with rat poison during an interaction at Lake Arrowhead over a sexual encounter
- Plaintiff physically assaults and verbally abuses women
- Plaintiff steals from women and other persons
- Plaintiff was convicted of felony assault after attacking a woman with a hammer

Defendant made said statement by telephone to a witness, Sherrie Martinez, at which time Defendant admitted to having similar conversations with multiple women from January 2017 through September 2017.

8. The witness, Sherrie Martinez, reasonably understood that the statement referred to Plaintiff and reasonably understood them to mean that Plaintiff had been convicted of a felony charge and is a danger to multiple persons.

9. The aforesaid defamatory statement made allegedly by Defendant was and is false and was not privileged. Defendant made said statement knowing the falsity thereof or without using reasonable care to determine the truth or falsity thereof.

10. Defendant made the aforesaid defamatory statement with malice and with the intent to injure Plaintiff's good name and reputation and to interfere with their personal relationships and employment opportunities in that defendant harbored ill-will toward Plaintiff.

11. The aforesaid defamatory statement has harmed plaintiff's reputation; such a statement has a tendency to injure and has injured Plaintiff in their personal and professional relationships, occupation, their future business and employment prospects have been severely harmed. Plaintiff has had to incur substantial expense, in order to redress the harm they have suffered, all to Plaintiff's general and actual damages, including exemplary and punitive damages, in an amount which far exceeds the jurisdictional minimum of this Court, and which will be proven at trial.

**SECOND CAUSE OF ACTION**

**(Libel Per Se – Civil Code §46)**

12. Plaintiff realleges and incorporates by reference paragraphs 1 through 11, above, as though fully set forth herein.

13.     Plaintiff is informed and believes on or about January 2017 and August and September 2017 that the Defendant made egregious defamatory libel per se statements about, of, and concerning Plaintiff on an unfortunate website called cheaterreport.com and by email correspondence about, of, and concerning Plaintiff: including indicating Plaintiff in unfaithful and cheats on all women he dates, Plaintiff cons money from persons, and Plaintiff assaults and abuses persons, especially women, and had been convicted of a domestic abuse felony.

September 23, 2017 Defendant writes the following statements about the Plaintiff:

- "he's cheated on all women…and for most of us, we wish we had something like Cheater Report to see as a warning"

- "The man is a serial cheater and cannot and will not be faithful. He is textbook NPD (Narcissistic Personality Disorder). He lacks empathy and is misogynistic and will lie, and lie, and lie…it's also not unlike him to con money or whatever else he can get from whatever he uses and abuses. The verbal abuse is the cherry on top"

- "we just all need to be safe and stay careful as he has proven to be retaliatory and dangerous"

- "As I said the man is very dangerous, and for your safety I would cut all ties with him. This man doesn't have one good relationship under his belt (friendly or romantic)."

- "he's had an assault problem in France with another woman…"

14.     The witness, Sherrie Martinez, reasonably understood that the statement referred to the Plaintiff and reasonably understood them to mean that the statements imputes unchastity on the Plaintiff and that the Plaintiff will steal money and abuse persons he is dating or otherwise involved with.

15. The aforesaid defamatory statement made allegedly by Defendant was and is false and was not privileged. Defendant made said statement knowing the falsity thereof or without using reasonable care to determine the truth or falsity thereof.

16. Defendant made the aforesaid defamatory statement with malice and with the intent to injure Plaintiff's good name and reputation and to interfere with their employment, in that defendant harbored ill-will toward Plaintiff.

17. The aforesaid defamatory statement has harmed plaintiff's reputation; such a statement has a tendency to injure and has injured Plaintiff in their person relationships, occupation, their future business and employment prospects have been severely harmed, Plaintiff has had to incur substantial expense, in order to redress the harm they have suffered, all to Plaintiff's general and actual damages, including exemplary and punitive damages, in an amount which far exceeds the jurisdictional minimum of this Court, and which will be proven at trial.

**PRAYER FOR RELIEF**

Plaintiff prays for relief as follows:

1) For economic damages, to be proven at trial;

2) For general and compensatory damages, to be proven at trial;

3) For exemplary and punitive damages to be proven at trial;

4) For costs of suit herein incurred;

5) For interest on all sums awarded at the maximum allowable rate;

6) For such other and further relief as the Court may deem just and proper.

Dated 11/21/17

Dr. Stewart Lucas Murrey

# Rivera Declaration

# EXHIBIT C



Dr. Stewart Lucas Murrey
11755 Wilshire Blvd. # 2140
Los Angeles, CA 90025
Tel.: 310-994-1711

Plaintiff & Plaintiff In Pro Per

FILED
Superior Court of California
County of Los Angeles
JUL 11 2018
Sherri R. Carter, Executive Officer/Clerk
By ______ Deputy
Adam Wiggins

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF LOS ANGELES - WEST**

DR. STEWART LUCAS MURREY, an individual;

Plaintiff,

vs.

SHANNYN POER, an individual; and DOES 1 through 50, inclusive;

Defendant.

Case No. SC128407

Related Case No. SC128444

Dept. O, Honorable Judge Lisa Hart Cole

**DECLARATION OF DR. STEWART LUCAS MURREY IN SUPPORT OF OPPOSITION TO MOTION FOR SANCTIONS UNDER CCP § 128.7**

Date: July 25, 2018
Time: 8:30 a.m.
Dept.: O

Complaint Filed: 11/22/2017

I, Dr. Stewart Lucas Murrey, declare the following:

1. That I am the Plaintiff in this action. I am over the age of 18 years. I have personal knowledge of the facts contained in this declaration, and if called upon to testify I could and would testify competently as to the truth of the facts stated herein.

2. I filed a complaint for defamation against Shannyn Poer and Flor Edwards who have been claiming since late 2016 until the present that I 1) murder women, 2) use rat poison to murder women, 3) used rat poison to murder my significant other, 4) commit felonies in general

07/31/18

against women, 5) vandalize the property of women, 6) attack women with lethal weapons, 7) attacked a woman with a hammer, 8) steal money from women, 9) abuse women physically, 10) abuse women verbally, 11) cheat on women, 12) have STDs (Sexually Transmitted Diseases), 13) have been indicted and charged for such crimes against women, 14) have been found guilty for such crimes against women, 15) have been in jail for having committed such crimes against women, 16) have been indicted and charged for such crimes on multiple continents such as Europe and North America, 17) have been found guilty for such crimes on multiple continents such as Europe and North America, 18) have been in jail for having committed such crimes on multiple continents for having committed such crimes, 19) am mentally ill (pathological), 20) am a con-artist, 21) am a sociopath, 22) predator, etc.

3. The aforesaid statements made by Ms. Poer, Edwards and Lynn from late 2016 until the present were and are false.

4. I believe that Poer, Edwards and Lynn made the aforesaid statements with malice and with the intent to injure my good name and reputation and to interfere with my personal relationships and employment opportunities in that Ms. Poer harbored ill-will toward me.

5. I filed this lawsuit because they have harmed my reputation; such statements have a tendency to injure and have injured me in my personal and professional relationships, occupation, my future business and employment prospects have been severely harmed, I have had to incur substantial expense, in order to redress the harm I have suffered.

6. I met Ms. Poer on an online dating app called "Bumble" in late 2015 and dated her intermittently with long gaps of time, even months, when we would not be in contact with one other. This was a casual relationship at best, and we were never committed exclusively to one another.

07/31/18

7. During the summer of 2016 Ms. Poer offered to let me stay on her father's property in Venice for a reasonable fee of $1,000 per month. There are three bungalows on this property and Ms. Poer and her father and step-mother live next to one another in two of them. Ms. Poer, I later learned, never told her father nor step-mother about the extra cash that she was receiving from me. After about two months of living there, I realized that Ms. Poer was exploiting my living situation not only to make money secretly from me, but also to put pressure on me to be her boyfriend. During this time I was also becoming concerned about Ms. Poer's mental health and resentful nature and by the early autumn of 2016 I freely decided to move out and broke off communication with Ms. Poer.

8. After this unfortunate and concerning experience with Ms. Poer I began work on my new book as I am a well-respected scholar with international standing.

9. Attached as Exhibit 1 is a true and correct copy of the presence and impact of my first two published books regarding the professional level of scholarly praise and standing that had locally and internationally.

10. My scholarly work along with potential real estate work via my family and people I had met in the Hollywood Industry (I had just gotten my real estate license that summer in 2016) were both vital means of me sustaining my life financially.

11. But as I continued to date and use online dating apps during the autumn and winter of 2016, I noticed that someone was anonymously cyber-bulling me online in the form of viciously false comments on a public website called cheaterreport.com. I suspected it was Ms. Poer .

12. Attached as Exhibit 2 is a true and correct copy of this cyber-bullying and false postings on cheaterreport.com from 2016 and throughout 2017 wherein I am called a "predator", :"con

07/31/18

artist", that I cheat on women, that I am a "Pathological Liar", "Narcissist", that I treat people terribly, "Sociopath", "Woman Manipulator", etc. This are just the initial false comments.

13. I had to pay internet reputation companies throughout 2017 upwards of $5,000.00 to remove Ms. Poer's defamations which she was then would initiate again one or two months later, thus making the cycle of defamation and cyber-bullying unending.

14. By the end of 2016 I had met and briefly dated another woman, Flor Edwards, who I had met also on an online dating app. From my time with her, I learned that Ms. Edwards grew up in a cult: The Child of God and she was the primary care-giver of her six-year-old nephew Patrick Edwards as his mother was homeless and the whereabouts of his father (apparently the mother's drug-dealer) were unknown. Instead of being traditionally interested in dating Ms. Edwards, also because I am a scholarly expert on ancient and modern cults, I emphasized with her struggle and especially with the rough go of it that her nephew Patrick had. Any intermittent romance between Ms. Edwards quickly faded while I became a father-figure to Patrick per his request and need. I even loaned Ms. Edwards approximately $20,000.00 to help her help Patrick and herself when she was fired from her job in early 2017.

15. Attached as Exhibit 3 is a true and correct copy of me supporting both of them, in particular the nephew; proof of the money-loan is in an exhibited below and via a court case that will be referenced.

16. Two unsettling developments then occurred: While I learned more about the child abuse, including sexual abuse of child, in the cult in which Ms. Edwards grew up, I noticed that Patrick showed signs of abuse. I also noticed that Ms. Edwards was mentally unstable and that she had no sense of how to evaluate the darker spirit of the Children of God. Finally, as the year progressed, Ms. Edwards made it clear to me that her twin sister Tamar Edwards works

07/31/18

as a prostitute in a prostitution ring in northern and southern California that masks itself as some sort of "massage sanctuary' business. As Flor Edwards would often disappear into this world of prostitution and drugs (later I found out they were close also to sex and human trafficking), often when Ms. Edwards was frustrated that I had no interest in being her boyfriend, it became clear to me that I should look more carefully to see if she was using my money-loan to her for good purposes and we agreed.

17. By the summer of 2017 I realized that Patrick had not benefited at all from the money I loaned to Ms. Edwards, I confronted her and told her that since she had selfishly used the money only on herself superficially, I wanted her to pay it back immediately. I also threatened to call CPS (Child Protective Services), if Ms. Edwards did not show immediate signs of Patrick's well-being improving.

18. What happened next in July of 2017 is something that I only comprehended later in December of 2017 when Ms. Edwards confessed under oath that she had been secretly in touch with Ms. Poer since September of 2016.

19. Attached as Exhibit 4 is a true and correct copy of the court transcript (Case #s 17SMRO00352/17PSRO00546) wherein Ms. Edwards confesses that she had known and been working with Ms. Poer since September of 2016.

20. This means that Ms. Poer who had been cyber-bullying and defaming me anonymous since late 2016 and throughout 2017 (Exhibit 2) may well have already been conspiring with Ms. Edwards throughout 2017 until the present.

21. Ms. Edwards had abandoned Patrick again without telling me if he was all right (and this, after he had been calling my "dad" for well over six (6) months and took a trip to "work" (as a prostitute) with her twin sister Tamar Edwards in northern California. Because I felt that Ms.

07/31/18

Edwards had decided that she essentially wanted to steal $20,000.00 from me and had only interest in being my girlfriend and not taking care of Patrick, upon seeing that I was serious about getting my money back and helping Patrick (and not being her boyfriend). Ms. Edwards conspired secretly with Ms. Poer to have me falsely arrested with the goal of then using my unjustified arrest to amplifying their now civil conspiracy of cyber-bullying and defamation of me which they did on cheaterreport.com.

22. On July 19, 2017, Ms. Edwards agreed to meet me to give me back some of my property and money. But instead of returning some of my property and money to me as she agreed, Ms. Edwards instead met me so that she could then call the police and falsify information on a police report that I had vandalized her property, that I had threatened her life with a lethal weapon (she chose to imagine a hammer), and that I had physically abused her.

23. Attached as Exhibit 5 is a true and correct copy of the police report that shows Ms. Edwards falsifying information about me in this way and that no evidence was found that supports any of her claims. Exhibit 5 also shows a true and correct copy of the court transcript wherein a judge decides this report is pure hearsay, recounts how the District Attorney rejected it, refused to allow Ms. Edwards to keep me from collecting my money-loan from her by giving her a Restraining Order (RO) – whereas I now have a money judgment against Ms. Edwards for $9,900.00 (Case # 17SMSC00429) – that I have sent in a complaint about the arresting officers who had no probable cause for arresting me; Exhibit 5 further shows a true and correct copy of Ms. Edwards' erratic guilty about all this in social media and text messaves and finally my communications with CPS to help Patrick, as it turns out I wasn't the first, nor the last to contact them about this family.

07/31/18

24. Further, Judge Young of the Santa Monica courthouse caught Ms. Edwards perjuring herself in his court of appeal when she appealed the $5,115.00 judgment I had originally received and then which became $9,900.00. During our hearing, Ms. Edwards claimed that she had been the victim of an "abusive relationship". Judge Young insightfully asked her, given that in her police report from 19 July 2017 Ms. Edwards said that I had never abused her, which story she preferred that day: that I had or had not abused her before the incident on July 19th 2017 as well?, since Edwards clearly had two competing realities under oath.

25. But what is critical here is that the record of my unjust arrest by design was immediately exploited by Ms. Edwards and Ms. Poer who wasted no time maliciously posting it online on cheaterreport.com and sent it to as many people as possible while they falsely told and wrote to them that this arrest record was proof that I was a convicted felon and had been in jail, and thus must also be guilty of all the other defamatory claims they made.

26. Attached as Exhibit 6 is a true and correct copy of when Ms. Poer sent Sherrie Martinez this unjust arrest record on 29 September 2017 and then told her that I was a convicted felon.

27. When I met Sherrie Martinez in late July, early August, we were interested in each other's work professionally: She as a head administrator at UCLA Psychiatry Clinic and myself as a scholar writing various new monographs with my first two books already housed, among other places, at UCLA's libraries. Ms. Martinez was unusually interested in my book about brain and where it comes from in evolutionary history (Exhibit 1). Ms. Martinez told me that she thought I should meet a colleague of hers who worked on the brain (a neurologist) and spoke of setting up a meeting and of various professorship to which Ms. Martinez urgently felt I should apply to continue my teaching career as well.

07/31/18

28. Attached as Exhibit 7 is a true and correct copy of how, when one like Ms. Martinez did an online search for my name, the false comments (all the above comments already plu now "mentally disturbed", "abusive", "has STDs", etc.) by Poer and Edwards I had been suffering where destroying my life and work.

29. By this time a third individual, Jessica Lynn, had joined Ms. Poer's and Ms. Edwards' conspiracy to defame me. Although Ms. Martinez and I had not decided to date exclusively by mid-September (we were exclusive soon thereafter), I felt very attracted to her given her rare intellectual and spiritual depths and I had more or less removed myself from the dating world. An aftereffect of this decision was an abortive meeting with a woman with whom I had matched on an online dating app long before meeting Ms. Martinez. Although we had never met, Ms. Lynn suddenly reached out to me in early September 2017. Knowing that I had interest also in real estate, she suggested that I meet her to talk about a particular business opportunity of which she knew. I was deserpate to make money given how Poer and Edwards had decimated my life with their defamations and stealing money from me. I reluctantly agreed to a brief meeting, but when I actually met Ms. Lynn on 20 September 2017, I immediately had a bad feeling in my gut. For some reason there was another woman with her who I did not know and this other woman kept asking me if I was Ms. Lynn's "suitor", etc. I had no interest in a romantic encounter and was rather confused about who this person was and why I was being positioned bizarrely as someone interested romantically in Ms. Lynn. I waited for Ms. Lynn to explain to me what was happening, as if it could have been a joke or something. But Ms. Lynn remained silent and the situation became so awkward that I left, deciding I had better things to do. By the time I returned to my car Ms. Lynn had already begun sending a succession of "hate" text messages to me for having left. I tried to explain

07/31/18

that it felt weird with that other woman and because she didn't explain anything and anyway I felt intuitively that I would like to go home.

30. These events are important because while Ms. Martinez was seeking to help my scholarly career by introducing me to other professors, she was unsure how to think about the increasing defamations of Ms. Poer and Ms. Edwards. At exactly this time, Ms. Lynn joined the conspiracy of Ms. Poer and Ms. Edwards – I presume because Ms. Lynn and Ms. Poer both live in Venice and perhaps they were already acquainted with one another –

31. Attached as Exhibit 8 is a true and correct copy of the false postings that appeared on cheaterreport.com when Ms. Lynn joined Ms. Poer and Ms. Edwards in what they themselves called "The Lucas Murrey Support Group" (See Exhibit 9 below).

32. Ms. Lynn took the defamatory postings that Ms. Poer and Ms. Edwards published on cheaterreport.com one step further by posting first her own email address and then a second, anonymous email address. This opened up the defamation of Ms. Poer and Ms. Edwards (and now Ms. Lynn) so that anyone who found the defamatory posts (which showed up as a first search result for my name "Lucas Murrey" for over a year by then) would be able to get in touch with Ms. Lynn, Ms. Poer and Ms. Edwards directly, and thus also ***hear*** them defame me to them as well (slander per se).

33. Unsure what to think of these postings, Ms. Martinez came across the email address (craigslistreponses3@gmail.com) that Ms. Lynn posted on cheaterreport.com alongside the defamatory posts that Ms. Poer, Ms. Edwards and now Ms Lynn herself published. Because she was not sure what to think yet, Ms. Martinez used a new email address (janeroberts2017@yahoo.com) to email the individual behind the email address posted on cheaterreport.com. Jessica Lynn answered and she and Ms. Martinez exchanged several

07/31/18

emails on 22 September 2017 (Exhibit 9, including information subpoenaed from *Google Co.* confirming that craigslistresponses3@gmail.com is in fact the email address registered to Jessica Lynn with IP address, thus confirmation of the co-conpsirator of Ms. Poer and Ms. Edwards) until Ms. Lynn connected Ms. Martinez directly to Ms. Poer (who was then hiding behind an anonymous identity: Solenne Margot, and using an anonymous email address: solenne2017@yahoo.com) with whom Ms. Martinez then exchanged a second wave of emails beginning on 23 September 2017. The last email that Ms. Poer and Ms. Martinez exchanged was then followed by a telephone call wherein Ms. Poer called Ms. Martinez on 29 September 2017 from her step-mother's telephone.

34. Attached as Exhibit 9 is a true and correct copy of these aforesaid email exchanges between Sherrie Martinez and Jessica Lynn and Sherrie Martinez and Shannyn Poer via Lynn and Poer's connection to cheaterreport.com as they were catfishing any and other people from the public looking at this public website to defame me. Also in this exhibit is a true and correct copy of a google subpoena showing Ms. Lynn is the one behind her anonymous email as Ms. Poer was trying to mask her identity by using her step-mother's telephone number.

35. Ms. Martinez has testified in multiple statements she made in various courts under oath as a witness in cases and she has submitted multiple written statemets to various courts as well.

36. Attached as Exhibit 10 is a true and correct copy of Sherrie Martinez' witness statement of 17 October 2017 as well as a court transcript in my RO case versus Poer wherein much is clarified and the judge explicitly names what Poer, Edwards and Lynn did "defamation", as well as a text message from Edwards confessing how their "operation" worked: Jessica would send over any interested anonymous girls like Sherrie to Shannyn and her so they could defame me.

07/31/18

37. During the phone conversation when Ms. Poer call Ms. Martinez that I also overheard –, Ms. Poer repeated what was by then a long and familiar list of defamatory statements against my person. Specifically, Ms. Poer repeated what she had already being saying and posting about on cheaterreport.com: she claimed, speaking also for Edwards and Lynn, that 1) murder women, 2) use rat poison to murder women, 3) commit felonies in general against women, 4) vandalize the property of women, 5) attack women with lethal weapons, 6) attacked a woman with a hammer, 7) steal money from women, 8) abuse women physically, 9) abuse women verbally, 10) cheat on women, 11) have STDs (Sexually Transmitted Diseases), 12) have been indicted and charged for such crimes, 13) have been found guilty for such crimes, 14) have been in jail for having committed such crimes, 15) have been indicted and charged for such crimes on multiple continents such as Europe and North America, 16) have been found guilty for such crimes on multiple continents such as Europe and North America, 17) have been in jail for having committed such crimes on multiple continents for having committed such crimes, 18) am mentally ill (pathological), 19) am a con-artist, 20) am a sociopath, 21) predator, etc. But in this conversation Ms. Poer added that not only was she proud about how her postings on cheaterreport.com against me and many other people had ruined their lives, but also that since Ms. Poer was now working more feverishly with Ms. Edwards and Ms. Lynn who were also posting with Ms. Poer on cheaterreport.com against me and many other people, that the destruction of my and other peoples' lives would become far worse. Ms. Poer further stated that Jessica's email on cheaterreport.com next to her and Ms. Edwards' and Ms. Lynn's postings about me help her reach out to Ms. Martinez and many other people – something that confirmed a later, if garbled text sent my Ms. Edwards who also admits that "Jessica sent a few girls over, including Sherrie" (Exhibit 10 above).

07/31/18

38. Ms. Martinez then decided that, because of how they were menacing my life and others, Ms. Poer, Ms. Edwards and Ms. Lynn should be brought to justice.

39. When Ms. Martinez submitted her first witness statement blowing the cover of anonymity off the defamatory conspiracy of Ms. Poer, Ms. Edwards and Ms. Lynn against me to a small claims court case on 19 October – one day after Ms. Martinez served Ms. Poer court papers –, Ms. Poer, Ms. Edwards and Ms. Lynn immediately defamed Ms. Martinez on the same website they had been defaming me: cheatererport.com.

40. Attached as Exhibit 11 is a true and correct copy of Poer, Edwards and Lynn defaming Ms. Martinez. Further, at least one of these three co-conspirators has already confessed under oath in court that they were the one behind an anonymous identity publishing postings on cheaterreport.com to defame people, in this case Ms. Martinez.

41. Finally, that fact that Ms. Poer and Ms. Edwards defamed not only me, but she who became the greatest love of my life and who was battling cancer and died tragically and, astonishingly, that Ms. Poer and Ms. Edwards still have no shame about their falsification and continue to conspire together to stalk, harass and defame me is shown by recent events wherein 1) their defamations have caused an needless autopsy report of Ms. Martinez after she clearly died from cancer on 10 March 2018 targeting rat poison (one of their several defamations) and temporarily invented the illusion that I could have murdered Ms. Martinez, a radically destructive social and psychic trauma.

42. Attached as Exhibit 12 is a true and correct copy of this autopsy report.

43. Ms. Poer and Ms. Edwards continue to stalk and harass me in public. Just a few days ago on 7 July 2018 while I was walking one (1) minute away from the apartment where Sherrie and I lived for a half-year until she died (I was there at 3845 Inglewood Blvd. # 203, 90066

07/18/18

checking on her and my things and packaging them for storage), Ms. Poer and Ms. Edwards were caught driving around this neighborhood stalking me (Ms. Edwards lives at least two hours away and Ms. Poer at least twenty minutes away by car).

44. Attached as Exhibit 12 is a true and correct copy of the picture I took with my phone testifying to Poer and Edwards stalking me presently. The picture can be lightened easily and it is %100 clear that this is Ms. Poer and Ms. Edwards conspiring together while stalking me, just days ago!). Specifically when I saw and took this picture to prove that it was Ms. Poer and Ms. Edwards in Ms. Edwards' recognizable car (make, color, dents and stickers), I was at the intersection of Venice Blvd. and Centinnela less than one (1) minute walking distance away from where Sherrie and I used to live. Clearly Ms. Poer and Ms. Edwards have no sense that defaming innocent people is wrong and have every intention of continuing their illegal stalking, harassment and defamation of my person and Sherrie's memory.

45. And in light of the antics that Ms. Poer and Ms. Edwards desperately use to distract the court from these very real and serious defamations of which they are guilty, I would like to say that:

46. I am not a domestic abuser and this is why there is no evidence for this.

47. This action is clearly to protect my life and the spirit of a woman I loved and adored and with whom I had a serious relationship which Ms. Poer and Ms. Edwards could not imagine and of course there were never any issues of domestic abuse. In fact, Ms. Martinez not only thought I was a good person, she never once believed the grotesques defamations of Ms. Poer and Ms. Edwards.

48. Attached as Exhibit 13 is a true and correct copy of text messages that show Ms. Martinez and I had a serious, authentic and loving relationship.

07/31/18

49. I am not extorting payment but seeking reasonable compensation for Ms. Poer's and Ms. Edwards' destruction of my life from their defamations and security that they will finally leave me and those I love along in peace.

50. My complaint was filed with reason as both Ms. Poer and Ms. Edwards are liable.

51. Mr. Feldman, counsel for Ms. Poer, claims that Ms. Poer did not post on cheaterreport.com. This is clearly false, as the metadata of evidence (emails, phone calls, etc.) and witness statements by Ms. Martinez and myself make it clear Ms. Poer has been posting on cheaterreport.com against me and other victims for years now.

52. Mr. Feldman claims that Ms. Poer was "set up". No she was not. Ms. Martinez emailed the email address that Ms. Lynn posted on cheaterreport.com and then Ms. Lynn quickly directed Ms. Martinez to Ms. Poer who had been and still is the creepy ring-leader of cheaterreport.com defamation. Ms. Poer is simply upset and desperate that she got caught red-handed by metadata and Ms. Martinez and then by me via when I overheard her phone conversation when Ms. Poer called Ms. Martinez on 29 September 2017.

53. Feldman is wrong: the immortal (not ending in the mortality of death) power of Ms. Martinez' voice is in her written statements that significantly live on as evidence. Here perhaps I would gesture to the exception to the hearsay rule.

54. The evidence proves Ms. Poer is guilty. Depositions will further prove this. Ms. Poer has sought to hide everything and not answer a single reasonable question during discovery.

55. Attached as Exhibit 14 is a true and correct copy of Poer's refusal to answer discovery -- which I was only unable to compel because this is precisely when Ms. Martinez became deathly ill and I had to take care of her non-stop.

56. This is not a shake down, Ms. Poer is guilty and needs to be stopped, and I am proud that I was never Ms. Poer's boyfriend, nor would I ever be.

57. Since this case has merit it is absurd to ask for attorney fees and especially because they have not worked at all, refusing to answer even the most basic discovery questions (Exhibit 14 above).

58. Mr. Feldman also gets the date that the complaint was filed wrong: it was actually filed on 22 November 2017, not in March of 2017 as Feldman falsely claims.

59. Feldman's Declaration is meaningless as he is the paid attorney and so willing to say anything.

60. I am not and never have been a misogynist as Feldman falsely claims. Why would a great, intelligent and kind woman like Ms. Martinez have loved me so much if it was otherwise? I was lucky to have Sherrie, but she felt lucky too as ours was a reciprocal relationship (Exhibit 13 above). Feldman has no real evidence for his reckless claims, as usual.

61. Ms. Poer's claim that I was "scary and awful" verbally abusive etc. is false; as much of what Poer says is done after the fact that Poer got caught committing a serious crime (defamation and conspiracy) means that she is willing to and does say anything. This is why Ms. Poer and Mr. Feldman have no evidence.

62. Sheryl Martinez, the sister of Sherrie Martinez, is presently a respondent in a bitter probate case against my petition regarding the Estate of Sherrie Martinez (Case # 18STPB02782, 18STPB03778). Sheryl failed to help or even visit her sister Sherrie before she died, Sheryl rightly feels guilty, she is bi-polar, and this is why Sherrie emancipated herself from her family in Oklahoma when she was fifteen (15) years old (Exhibit 15). Sheryl is attacking me heinously since she is resentful that Sherrie loved me more than her. Sheryl Martinez has also

07/31/18

been caught committing tax fraud, beating her children and possibly stealing over $55,000.00 from Sherrie's Estate, is guilty of tax and mail/address fraud.

63. Attached as Exhibit 15 is a true and correct copy of Sheryl Martinez guilty of the above, and I recommend looking into the probate case to further authentic the my true claims.

64. Not only does Sheryl Martinez have a massive conflict of interest, she is not a credible witness, nor a decent person. The fact that Sheryl Martinez declared in favor of an individual (Poer) who defamed her sister says it all (Exhibit 11 above). And the fact that Sheryl Martinez is a fraud and joining the Poer/Feldman team is no surprise.

65. Of course, I have never abused anyone, including past girlfriends. The only Restraining Order I have had was in 2015 from someone trying to get away with stealing my property. But then I was unfamiliar with the law and how to defend myself from entrapment. This particular individual simply took text messages out of context when I was asking for my property back and I did not know then how to ask for a continuance to prepare evidence and submit it to the court. After the RO was granted unjustly and quickly, I brought in evidence and got a TRO against the other individual. But she skipped town being a con-artist and so I continued my TRO for three months until it ran out. Further, I sought to appeal my RO because it was actually senseless and I was innocent, but because I could not serve the other party this too failed. In short, there should never have been an RO or at worst a mutual RO for each party and there were never any problems with this RO during the time when it was in effect. I simply see this individual as a cheap thief and have no interest in her. Feldman's claims are wholly and historically false.

66. I have already addressed how my arrest on 19 July 2017 was unjust so all Feldman's claims and those of Ms. Poer's regarding this arrest are false.

07/31/18

67. Feldman's claims about me being in custody in Germany and the details of which, including calling a judge names, is utterly false and should be stricken from the record.

68. I also never told Ms. Poer I could not go to Germany, so this is also false. I can go to Germany and anywhere else. These claims are bizarre and a waste of the court's time.

69. There are no restrictions on me seeing my children in Germany, so this is also false and should be struck from the record. It also would be irrelevant unless Poer is claiming that she has a right to defame people who cannot see their kids? This kind of senseless, adolescent misuse of the court's time is typical of Feldman and Poer.

70. I have never harassed nor extracted money from girlfriends. Although Ms. Edwards was never my girlfriend, she owes me money (see Case # 17SMSC00429), not the other way around. If Ms. Poer thinks I owe her money, she can use the legal system to obtain it. The fact is I do not and never have.

71. Feldman's claims that I have had at least two domestic violence restraining orders is false. I have had one, not two, and the one is not serious and should be disregarded. Feldman's claim itself should be struck.

72. I never vandalized anyone's property and this is why there is no evidence for this. I never threatened Ms. Edwards with a hammer and this is why there is also no evidence for this.

73. I have never used social-media to harass anyone, so all of these claims by Feldman need be struck as well.

74. I have never posted on cheaterreport.com. Feldman is trying to distract from the fact that his client has been caught red-handed posting on cheaterreport.com for years.

07/31/18

75. Feldman's exhibits prove nothing. Anyone can print anything from the internet. This does not prove that someone published them. I'm not sure why Feldman wastes our time. All Feldman's statements need be disregarded.

76. I never harassed Ms. Poer for money and this is why there is no evidence for this. I never asked Ms. Poer to lease a car, all of this is false.

77. I paid Ms. Poer rent, so this claim is false. I never threatened to take Ms. Poer's home from her. I never claimed I would get a lien on it or "wipe" it away from her family as Feldman falsely claims. Ms. Poer asked me to take pictures of her property and so the idea that I did maliciously is false. I also never took pictures to prove code violations. All of this is false. I left Ms. Poer not the other way around as Feldman falsely claims. All these claims are hearsay because they are concocting them.

78. Feldman's claims about the estate of Sherrie Martinez are ignorant and this case has its own judge and thus all Feldman's comments need be struck.

79. I have been proven innocent of any and all suspicions including forgery and I have not taken any money from Sherrie Martinez' Estate improperly, so again Feldman's comments need be struck.

80. I have never used the legal system to harass anyone. The RO I failed to get still confirmed that this was a defamation case (Exhibit 10) and I dismissed the two small claims cases knowing that this would be the proper venue. Essentially this is the only case I have brought against Ms. Poer and she deserves it.

81. Of course I never verbally nor physically assaulted Ms. Poer at the courthouse (or otherwise), and this is why Feldman and Ms. Poer fail to produce any statements by the deputies and

07/31/18

bailiffs. As usual, Feldman and Ms. Poer are falsifying reality to wiggle out of this. I never spoke to Ms. Poer at the courthouse and I have no interest in her.

82. Feldman often repeats the same falsifications and each time they need be struck.

83. I have not filed 11 cases against ex-girlfriends.

84. Feldman cannot use settlement communications according to evidence code 1152 as examples of extortion as they are inadmissible to court. I have a right to my opinion as long as I do not commit defamation like Ms. Poer, Ms. Edwards and Ms. Lynn did.

85. As for the email I sent on 30 April 2018, this is inadmissible because it was a settlement offer according to evidence code 1152. This is absolutely not extortion. I have never extorted anyone and I am simply navigating this process. Further, I was under an undue burden of stress because Ms. Poer's and Ms. Edwards' defamation insidiously caused me to be misidentified as a murder suspect. I wanted this nightmare to end, though my damages for their defamation, given the loss of real estate business I suffered from such defamation (Exhibit 16) as well as scholarly loss of standing, will far exceed the number I suggested be paid.

86. Attached as Exhibit 16 is a true and correct copy of how Poer, Edwards and Lynn have caused me to lose at least $200,000.00 just in specific real estate work that is just the beginning of what I actually lost.

87. I thought this would be an attractive offer to end this ordeal for all of us. Going forward, because I am not an attorney I continue to seek to obtain counsel and will make sure not innocently confuse settlement offers with California's strict rules of extortion. On this note, I have been financially decimated loaning my last little amount of money to Sherrie for drug trials and while, for instance, Ms. Edwards, the sometimes "escort", has "generous" counsel

07/31/18

Keshmiri while she still owes me over $9,000.00. If Edwards simply paid this money I could obtain counsel, so my situation is truly unjust.

88. Feldman's claim that there was an incident with a woman and rat poison is false (and bizarre). If there was, why can't he be clear? This needs be thrown out.

89. I do not have legal troubles in Europe. Again Feldman's claims are false.

90. Sherrie Martinez did not contact Ms. Poer under false pretenses, she did not coax Ms. Poer and I did not coach her. In fact, I did not even know about Ms. Matinez contacting Lynn and Poer until AFTER it happened and the fact that I was present during their phone conversation was an innocent accident.

91. Feldman's only defense for Ms. Poer not posting on cheaterreport.com is Ms. Poer's own declaration, thus hearsay and needs be struck. Evidence is clear that Ms. Poer got caught red-handed by metadata, Ms. Martinez and myself.

92. I was unable to provide all the evidence I provided here during discovery because I was caring for Sherrie non-stop at this time. This is the same reason I was unable to follow through with a motion to compel that I initiated and wanted to complete. As my significant other was dying I was under an undue burden of stress. Going forward I plan on deposing Ms. Poer and Ms. Edwards which will doubtlessly reveal still more evidence.

93. Ms. Martinez' statements are admissible as they are an exception to the hearsay rule.

94. Sherrie Martinez is vital to this case, but so also is the metadata and my own witness statements as I overheard Ms. Poer confess everything that she and others did illegally when she freely called Ms. Martinez to defame me.

95. Feldman's comments about Ms. Martinez' death are disproven by the autopsy results. As the autopsy report shows, Ms. Martinez died suddenly from a burst ovarian cyst (Exhibit 12

07/31/18

above). Instead of proving I murdered her, the autopsy thus proves that Feldman and Ms. Poer have profoundly caused and continue to cause illegal defamation of me and destroy my life in the most costly of ways.

96. I have never committed fraud and my innocence has been proven by now. The police who probably work with Feldman since he is actually a criminal attorney and not a defamation attorney are now being sued for arresting me without probable cause.

97. Sherrie made me her beneficiary and that's why the will was notarized and the notary has declared its authenticity.

98. Attached as Exhibit 17 is a true and correct copy of text messages from the 6th and 7th of March as well as Palliative Care signatures and with me on her Advanced Directive and not her sister Sheryl that show Sherrie was in a clear state of mind and loved and trusted me more than her sister Sheryl Martinez, which is why Sheryl is upset and working with the likes of Feldman and Poer. I did not steal any cryptocurrency (Bitcoin, etc.) This is all false, Feldman has no proof and this needs to be struck.

99. As of now, Sheryl Martinez only has a light touch of Letters of Special Administration and it is likely she was be disqualified in late August 2018 as a potential executor because of her tax fraud, mail/address fraud and defamations and illegally beating her children. Like usual, Feldman is %100 wrong and he has put together a group of criminals without credibility who say everything under the sun without evidence.

100. Ms. Martinez emancipated herself from her family and Sheryl Martinez did not Sheryl is not mentally healthy, nor a credible person. Sheryl is bitter because Sherrie Martinez loved me far more than her. Sheryl Martinez has also been caught conspiring with an ex-boyfriend illegally grabbing money from Sherrie's estate and defaming me. The clear evidence shows

07/31/18

that Sherrie Martinez felt passionately about stopping Ms. Poer, Ms. Edwards and Ms. Lynn and her sister Sheryl may not even know that Ms. Poer, Ms. Edwards and Ms. Lynn heinously defamed her sister (Exhibit 11 above).

101. Feldman's own declaration has no evidence and needs be struck. I do not abuse women, I have not harassed people as does Ms. Poer, I have not posted on cheaterreport.com, as does Poer, I have not attacked a German judge, actually I've never attacked a judge, I do not abuse the legal system, I do not extort for money, and everything else are familiar falsifications of Feldman without evidence and so should be struck.

102. Regarding Ms. Poer's declaration: It is all false and she knows it. I was never verbally abusive and threatening to her, thus why there is no evidence. I never said or called her those things. I simply ended up not liking Ms. Poer because she is a terrible, resentful person and scheming and dishonest. It's not attractive.

103. I never cared about Ms. Poer's whereabout, and still don't.

104. I never touched Ms. Poer's wrist, this is a joke, nor did I throw her labtop.

105. I have already addressed how everything Ms. Poer says about being harassed for money is false, along with whatever she claims about her house.

106. Since I continue to have no interest in Ms. Poer, it is absurd for her to stage fear, and all this should be thrown out as it is hearsay and without evidence.

107. I have also already addressed the Restraining Order situation, which is not significant as Ms. Poer falsifies.

108. Since Ms. Poer conspired with Ms. Edwards to stage my false arrest, everything Ms. Poer says about it is false and needs be thrown out.

07/31/18

109. Everything Ms. Poer says about Germany is false. I have not posted anything online as she claims. In fact, because Ms. Poer actually has no evidence for what she claims, in contrast to me, she can only provide public documents as proof (of nothing).

110. Ms. Poer claiming that she never defamed me is blatantly false. Evidence shows that Ms. Poer has been posting on cheaterreport.com for years now, and I am sure I am not the only victim.

**111. Ms. Poer fails to explain how she knows Ms. Lynn and why Ms. Poer was the "go to" person for people emailing an email address that Ms. Lynn posted on cheaterreport.com? Why cannot Ms. Poer explain this? Beacuase Ms. Poer is hiding the fact that she was clearly involved in the postings on cheaterreport.com for years.**

112. Ms. Poer was not cautious, she was hiding the shadows of internet defaming people and cyberbullying people.

**113. Ms. Poer fails to admit that I broke off communication with her since 2016. Why would Ms. Poer feel compelled to talk with strangers about me and "inform" them of my life after I had not been in communication with Poer for over a year by then, if Ms. Poer had not been stalking, harassing and defaming me secretly on cheaterreport.com for well over a year by the time Ms Martinez exposed Ms. Poer's defamations?**

114. **How did Ms. Poer get elected leader of her "Lucas Murrey Support Group" well after a year after I refused to speak with her?** Ms. Poer's declaration is false and needs be thrown out.

115. In regard to Sheryl Martinez' declaration: she was not as close to Sherrie Martinez as she says. Sheryl's declaration was written before the autopsy (caused by the defamations of Ms. Poer, Ms. Edwards and Ms. Lynn) was finished and now everything in Sheryl Martinez'

07/31/18

declaration is clearly false, as my innocence of course has been proven. Suspicious death and fraud investigations are now my cases of defamation against Sheryl Martinez and the police for illegally harassing me and brutalizing me without probable cause right after I lost someone vital to my life. I never forged Sheryl Martinez' mother's signature, but I have found and submitted evidence of Sheryl Martinez committing address and mail fraud by knowingly writing her own personal address where her mother's address should have been written in regard to a legal document for the cremation (Exhibit 15).

116. I did not make myself the beneficiary of anything; I was chosen by Sherrie Martinez freely and legally and this is all either proven already or, if disputed, is an open case beyond the opinion of Sheryl Martinez.

117. Ms. Poer referred to herself as "horse bitch" and I still think this is funny. She dances on horses while adding nothing of value to society.

118. Since Sheryl is heinously ignorant that Ms. Poer viciously defamed her sister, Sheryl Martinez has no standing as to whether or not Sherrie's statements are used in this case. They are already admitted and significant and clearly relevant.

119. Like Feldman and Poer's declarations, Sheryl Maritnez' declaration is false.

120. Since Edwards admitted under oath that she defamed Ms. Martinez anonymous and viciously (Exhibit 11 above) and since Ms. Edwards is a co-conpirator to Ms. Poer, it is clear that her declaration wherein she claims that she never defamed anyone is actual perjury.

121. Edwards' counsel Mr. Keshmiri fails to note that Edwards lost her small claims case and owes me still over $9,000.00.

07/31/18

122. Ms. Edwards is not my ex-girlfriend, as I never would have been her boyfriend. It's bizarre both women insist on language that is false. I imagine they are lying to and competing with one another independent of me.

123. Everything Keshmiri says about my experience with Ms. Edwards is false. The only evidence of violence is Ms. Edwards as when she would tear my windshield wiper off my car while she was on hard drugs and while I was trying to protect her nephew Patrick – or when Edwards would tear up a dress that she found from another woman I was dating well within my right, since I was never her boyfriend, nor wanted to be.

124. Attached as Exhibit 18 is a true and correct copy of Edwards' violent and erratic nature.

125. Ms. Edwards' declaration is false and needs be struck.

126. Edwards comments on cheaterreport.com are those both where she names herself in his postings and those where she posts viciously, but anonymously and Keshimir and Edwards both hide this from the court (Exhibit 11). Edwards' propaganda that she was my girlfriend who broke up with me is bizarre, but irrelevant. Edwards knows I prefer to have no association with her and so her lying about a relationship publically that never occurred is harassment of sorts.

127. Keshmiri and Edwards fail to note that Edwards sought a restraining order to harass me because I wanted my money-loan back and had to call CPS to protect Patrick. Later I realized that several other times people had called CPS to protect Patrick from Edwards, and that Edwards and her family may have been sexually abused Patrick for years.

128. Edwards claims she never wrote any incendiary posts on cheatererport.com, but this is perjury since she admitted under oath in court that she did (Exhibit 11).

07/31/18

129. I never harassed Edwards on cheaterreport.com. I am the victim of Edwards and Poer defaming me on cheaterreport.com. Maybe in their desperation after being caught these conspirators tried to entrap me yet again, but the fact is I never posted on this website and they did and I have substantial evidence of this.

130. I never posted on cheaterreport.com, much less about Edwards. This is just another distraction.

131. It is true that some of Edwards letter versus Ms. Martinez is not defamation, however it is defaming of me since she falsely claims I abused.

132. Edwards declaration is false and hearsay. She never broke up with me as we were never together. I never caused injuries to Edwards and all of this is false as usual. Edwards was conspiring with Poer on cheaterrport.com since 2016. In fact, in para. 4 of Edwards' declaration she claims that she never heard of cheaterreport.com before July 2017. This is again blatant perjury. I have evidence that Edwards was aware of cheaterreport.com, aware even of Ms. Poer defaming me on cheaterreport.com in January 2017.

133. Attached as Exhibit 19 is a true and correct copy of text messages from Edwards and me showing that Edwards was well aware of cheaterreport.com in January 2017, not as Edwards falsely claims.

134. Along with falsifying everything, Keshmiri and Edwards, like Feldman and Poer refused to answer any discovery, which was nothing but reasonable and commonsensical questions.

135. Attached as Exhibit 20 is a true and correct copy of Edwards refusal to answer discovery.

07/31/18

136.     And like Poer, Edwards remains obsessed with and stalks me, so for a long time after I stopped talking with Edwards after she had me falsely arrested by design, she continued to call me and blame the missed calls on Patrick (who she would never let see me cruelly).

137.     Attached as Exhibit 17 is a true and correct copy of text messages showing Edwards still trying to contact me long after I broke off communication with her in 2017.

138.     Like Poer, Edwads has a violent nature, she often had "black outs", tried to steal money from me and tore up my property (Exhibit 18 above).

139.     Also like Poer, Edwards defamed not only me, but Ms. Martinez while she battled cancer, and this includes the disgusting letter that Edwards wrote to Ms. Martinez' HR department at UCLA on 26 October 2017 right after Ms. Martinez revealed her testimony that Poer, Edwards and Lynn were behind the anonymous defaming postings on cheaterreport.com.

140.     Attached as Exhibit 22 is a true and correct copy of how far Edwards, Poer and Lynn went to hurt Sherrie's life while she battled cancer and Sherrie's reasonable legal response that makes her position, now immortal, clear.

141.     The defaming damages that Edwards and Poer caused to Ms. Martinez' life while she was battle cancer Ms. Martinez took serious and wanted to bring both of them equally to justice. Thus Ms. Martinez' case against Edwards (Case # 17SMSC01878) was the first of three cases: 1) Sherrie Marteinz versus Flor Edwards; Sherrie Martinez versus Shannyn Poer and Sherrie Marteinz versus Jessica Lynn. Denying Ms. Martinez' right to have her final wishes denied especially when they include bringing to justice those who recklessly defamed her and the person she loved, would be tragic.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 10 July 2018 in Los Angeles, California

DR. STEWART LUCAS MURREY
PLAINTIFF IN PRO PER

07/31/18

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is: [illegible] Wash. Blvd. # 214 LA, CA [illegible].

On this date 6/14/18, I served the foregoing documents described as:

~~**PLAINTIFF'S FORM INTERROGATORIES SET ONE, SPECIAL INTERROGATORIES SET ONE, REQUEST FOR ADMISSION SET ONE, REQUEST FOR PRODUCTION OF DOCUMENTS SET ONE;**~~ OPPOSITION TO MOTION FOR SANCTIONS + DECLARATION

on the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelopes and/or packages addressed as follows:

JASON FELDMAN, ESQ.
233 WILSHIRE BLVD. STE. 750
SANTA MONICA, CA 90401

[x] **BY MAIL**: I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on this date 8/3/18, at the place of Los Angeles California.

[signature]

Signature, Declarant

07/31/18

EXHIBIT

1

**EXHIBIT 1**

07/31/18



© 2014

# Hölderlin's Dionysiac Poetry

The Terrifying-Exciting Mysteries

Authors: **Murray**, Lucas

**Casts a new light on the work of modern German poet Friedrich Hölderlin (1770 – 1843), especially his often neglected translations of Greek tragedy**

– see more benefits

Buy this book

- **eBook** **$99.00**

price for USA in USD (gross)

**Buy eBook**

- ISBN 978-3-319-[illegible]
- Digitally watermarked, DRM-free
- Included format: PDF, EPUB
- ebooks can be used on all reading devices
- Immediate eBook download after purchase

- **Hardcover** **$109.99**
- **Softcover** **$129.00**

- FAQ - Policy

About this book About the authors Reviews

"Lucas Murray shares with his subject, Hölderlin, a vision of the Greeks as bringing something vitally important into our poor world, a vision of which few classical scholars are now capable."

—Richard Seaford, author of *Money and the Early Greek Mind* and *Dionysus*

"Here triumphs a temperament guided by ancient religion and that excavates, in Hölderlin's translations, the central god Dionysus of Greek tragedy."

—Bernhard Böschenstein, author of "Frucht des Gewitters". *Zu Hölderlins Dionysos als Gott der Revolution* and *Paul Celan: Der Meridian*

Book Metrics

Downloads 3726

Provided by **Bookmetrix**

Services for this Book

- Download Product Flyer
- Access an Online Book Review Copy
- Download High-Resolution Cover

About this book About the authors Reviews

"Lucas Murray shares with his subject, Hölderlin, a vision of the Greeks as bringing something vitally important into our poor world, a vision of which few classical scholars are now capable."

—Richard Seaford, author of Money and the Early Greek Mind and Dionysus

"Here triumphs a temperament guided by ancient religion and that excavates, in Hölderlin's translations, the central god Dionysus of Greek tragedy."

—Bernhard Böschenstein, author of "Frucht des Gewitters". *Zu Hölderlins Dionysos als Gott der Revolution* and Paul Celan: *Der Meridian*

"Lucas Murray takes the god of tragedy, Dionysus, finally serious as a manifestation of the ecstatic scream of liberation and visual strategies of dissolution: he pleasantly portrays Hölderlin's idiosyncratic poetic sympathy."

—Anton Bierl, author of *Der Chor in der Alten Komödie. Ritual and Performativität*

"Hölderlin most surely deserved such a book."

—Jean-François Kervégan, author of *Que faire de Carl Schmitt?*

"...fascinating material..."

—Noam Chomsky, author of *Media Control* and *Nuclear War and Environmental Catastrophe*

Book Metrics

Downloads 3726

Provided by Bookmetrix

Services for this Book

- Download Product Flyer
- Access an Online Book Review Copy
- Download High-Resolution Cover

07/31/18





Nietzsche
The Meaning of Earth
NIETZSCHE
Book Details Author TOC Reviews

A congenial and rigorous new landmark study regarding Nietzsche's understanding of Dionysus in Greek tragedy during his Basel year. Well versed in classical scholarship and challenging in its original insights into ancient and modern visual culture.

— **Anton Bierl, University of Basel; author of Dionysos und die griechische Tragödie**

Once again, fascinating material. It is exciting to see the meaning of Orwell's unpublished preface 'The Freedom of the Press' enter into the orbit of German philosophy.

— **Noam Chomsky, Massachusetts Institute of Technology, author of Manufacturing Consent: The Political Economy of the Mass Media and Gaza in Crisis: Reflections on Israel's War against the Palestinians**

07/31/18



Time and Space in Ancient Myth, Religion and Culture

Deeply influenced by his model and teacher, Lucas Murrey draws upon Seaford when emphasizing the role of mysteries in tragedy. In a book on Hölderlin, whose translations of Greek tragedy inspired his new hymnic poetry, he develops an internal three-step evolution based on mystic ritual of three sub-chronotopes from the so-called "Dionysiac chronotope". Disoriented by an overpowering and absolute limitlessness, the initiate overcomes the crisis of death to experience complete unity. Thus, like in a *rite de passage*, the unlimited chronotope, which he extends to visual and abstract thought, facilitates a near death experience from which the ordered, limited chronotope emerges, one equal to Seaford's ritualistic and aetiological chronotope. Moreover, he connects the unlimited, monetised sub-chronotope to the visualized chronotope. In this framework he explores how the visual and the audible are captured in tragedy and modern reception.[12] The Dionysian, as Murrey points out, reveals itself in the distorted utterances of fear and horror as well as in the vocal cry of liberation and the specific visual experiences acting out this moment of limited unity.[13]

Departing from my previous work on Dionysus, I will introduce a Bacchic-chor(a)ic chronotope,[14] which will not be based on socio-cultural construction and internal development, but instead it will focus on the concrete moment of eruptive energy as an expression of choreality. It is thus punctual instead of extensive in the sense of a rite of passage or an internal conflict of different stages. Thus, in a way, it is not constructive diachrony but pure, aesthetic synchrony.

## Dionysus as God of the Other, Ambivalence, Mediation, Performance and Presence

07/31/18





THEOLOGISCHE FAKULTÄT
DEKANAT

UNIVERSITÄT
HEIDELBERG
ZUKUNFT
SEIT 1386

Prof. Dr. Ulrich Duchrow
Heidelberg University
Alfred-Jost-Str. 7
D-69124 Heidelberg
Tel. 06221-786360
Fax 06221-786361
email: ulrich.duchrow@ts.uni-heidelberg.de

July 12, 2015

Dear colleagues,

it is my pleasure writing you a

**Letter of Recommendation for Dr. Lucas Murray**

I know Dr. Murray from his publications, meetings and personal conversations. The first thing to say about him: you would get a brilliant, extraordinarily creative and humane colleague if you would invite him to fill this position. He combines rare competencies in philosophy and literature as you can see from his publications. He knows Greek antiquity, modernity and has the capacity to link this knowledge to an interdisciplinary analysis of today's civilization and thinking. This is why he is part of an international group of researchers who are studying the role of money in the political economy and social life and as a way of thinking and relating, not only in daily life, but in philosophy, literature and theology.

A special feature of his wide horizon is his intercultural capacity. He speaks German fluently, nearly without accent and with idiomatic accuracy. This enables him to have a broad and deep knowledge of German philosophy, literature and history.

I recommend Dr. Murray for your post without reservation.

Respectfully

Ulrich Duchrow

# New Book: The Brain

---

Working Title: **THE BRAIN**

Subtitle: **A New Look at this Ancient, Most Mysterious Organ**

Authors: **Lucas Murrey, Phillip Jacques Braunstein**

---

## Background and purpose

The purpose of this book is to tell the *story of the emergence of the brain and the descent of its power of abstraction into the present.* By way of a discussion of cooking, dreams, desire as well as ancient and modern technologies (from the first coins of ancient Greece, India and China to artificial intelligence and virtual reality today), we bring the unknown source of our everyday lives to light in a new way. This invites the reader to depart on a journey of experiencing and reflecting upon his or her belonging to a uniquely complex and fascinating species whose place is the cosmos is at once heroic.

---

## Expert Evaluations:

"The authors have to be commended for proposing a very innovative approximation to the brain. Instead of the already familiar discourse about its specific qualities, the mysterious and familiar organ is analyzed against the vast landscape of human history, not limited to European thought—and most importantly for me, they shine a light on the many roads that travel the individual brain and society." —**Jorge A. Lazareff MD, FAANS. Emeritus Professor of Neurosurgery. David Geffen School of Medicine, UCLA.**

"Fascinating study on a topic that deserves to be explored and carefully understood." -**Noam Chomsky, MIT Professor of Linguistics**, author of *Media Control* and *Nuclear War and Environmental Catastrophe.*

"Fascinating material indeed!—this work offers a new and much needed perspective on the brain and its secret interrelatedness to the cosmos." -**Ulrich Duchrow, Chair of Theology, Heidelberg University**, author of *Alternatives to Global Capitalism* and *People on the Way to Solidarity: Psychic and Social Destruction in Neoliberalism.*

"This work ingeniously illuminates the still unexplored origins of the unlimitedness of the brain!" -**Richard Seaford, Chair of Classics and Ancient History, Exeter University**, author of *Ritual and Reciprocity* and *Money and the Early Greek Mind.*

"This is a wonderful, interdisciplinary project. Now more than ever is it important for the humanities

and sciences to confront one another." –**Bernhard Böschenstein, Emeritus Professor of Comparative Literature, University of Geneva**, author of *Paul Celan: The Meridian* and *Hölderlin's Dionysus as God of the Revolution*.

---

## Author Information

Lucas Murrey, Ph.D Yale University, has taught at Yale University, UCLA and various universities and colleges throughout Europe, including the Universities of Basel and Heidelberg in Switzerland and Germany, respectively. The author of *Hölderlin's Dionysiac Poetry*, Springer, 2014, $129.00 (hbk), ISBN 9783319102054 and *Nietzsche: The Meaning of Earth*, Lehigh University Press, 2015, $70.00 (hbk), ISBN 9781611461541, he is presently engaged in several new works that includes editing and contributing to *The Axial Age: Rebels of Antiquity and Their Modern Successors* – a volume with contributions from Richard Seaford, Ulrich Duchrow, Barry Powell and Bernhard Böschenstein. For a review of his recent Nietzsche monograph in Cambridge Press' *Classical Review*, see 'Broad-Brush Nietzsche' from October 2016, vol. 66, issue 2: https://www.cambridge.org/core/journals/classical-review/article/broad-brush-nietzsche-murrey-l-nietzsche-the-meaning-of-earth-pp-xxxii-157-bethlehem-lanham-lehigh-university-press-rowman-and-littlefield-2015-cased-4495-us70-isbn-978-1-61146-154-1/2E3B15AC6C6107FC1AA52E253898CB10#

Phillip Jacques Braunstein, Ph.D Boston College, has taught at Boston College and Loyola Marymount University. He is the translator of Martin Heidegger's *Introduction to Philosophy: Thinking and Poetizing*, Indiana University Press, 2011, $29.95 (hbk), ISBN 9780253355911, and is presently finishing his new book: *Cave Painting: Nietzsche's Inverted Platonism* (forthcoming).

---

## Table of contents

| | |
|---|---|
| Introduction: | Fire |
| Chapter One: | Secret Origins of the Brain |
| Chapter Two: | Dreams, Desire & the Unlimited |
| Chapter Three: | Brain Products: Our Ever-Expanding Civilization-Bubble |
| Chapter Four: | Transcending Neurology |
| Conclusion: | Can We Get the Brain to Stop Killing Us? Nuclear War and Global Warming |
| Epilogue: | Did the Brain Write this Book? |

07/31/18

---

## Chapter Summaries

### Introduction:

## Fire

The book opens with the myth of Prometheus. In one version Prometheus sympathizes with humans as they lack claws and teeth to defend themselves. To alleviate their helplessness, the god steals and gives fire to mortals—along with craft, skill and intelligence (*technology*). For his deviousness, however, the king of gods, Zeus, punishes Prometheus by binding him to a rock (and tragic fate) in a remote mountain range.

This brings us to the *real story* that our book tells. The meaning of human vulnerability in nature, divine empathy, theft, secrecy of a primal gift (fire) and redemption need to be revisited. In particular, the way fire (hunting, cooking and seeing), brainpower (craft, skill and intelligence), and guilt (the tragedy that the Titan suffers) are tied to one another needs to be understood in a radically new scientific and spiritual way. This leads to the questions that our first chapter explores: How are we to understand the moment when evolution invented the brain? In what way did humans take possession of their heroic place in the cosmos? How did we come into existence?

## Chapter 1:

## Secret Origins of the Brain

To uncover the true origin of the brain *Chapter One* departs from the familiar "great leap forward" in cognition (abstract thinking and behavior) that occurred when *Homo sapiens* fanned out across the earth circa 200,000-10,000 B.C.E. The problem is that this account distracts from the emergence of the brain—as well as biological and cultural phenomena that are inseparable from this evolution—the origin of women's hips, our concern for the young, obsession with images, burial and burning of the dead, to mention just a few.

The growth in brain mass after our control of fire implicit in the size of the brain-case of *Homo heidelbergensis* suggests that the discovery of *cooked meat* almost quadrupled the brain's power. The result of this leap in energy-capture circa 1.5 million-600,000 B.C.E. *creates the brain*. On the one hand, this separated us from nature. On the other hand, this transformation initiated the spirit of humankind to create the beings that we are today.

## Chapter 2:

## Dreams, Desire & the Unlimited

*Chapter Two* argues that the mortal psyche of humankind, though now familiar to us in modern time, was actually invented *in response* to the unprecedented power of the brain identified in *Chapter One*. Isolated from the natural world by the new, unusual force of cognition, humans departed on a spiritual journey that no other life form has experienced. Enhanced through its confrontation with this new organ of thought, the primitive, pre-human soul *reacted* by creating our human unconscious and imagination. This *original response* is nothing less than *the creation of what we now call humankind.*

Dreams and desire are original windows into the duality between the mortal soul and the limitless abstractions of the brain. Whereas dreams seduce us with reassuring images that function like secret pathways back to a pre-visual nirvana of sorts, desire similarly possesses us with a longing whose release echoes a homecoming that we ultimately seek. To resist this return, the brain builds a layer of its intellect *into* the psyche, subjecting the human body and soul to psychological battle. Through the power of this intellectual masking and colonizing, the mind produces alienating, even lethal technologies.

**Chapter 3:**

**Brain Products:**

**Our Ever-Expanding Civilization-Bubble**

*Chapter Three* turns to the seemingly endless products that the brain (unable to expand further while maintaining our low body mass) externalizes. From ancient, prehistoric techniques of irrigation to modern electronic hallucinations of today (smartphones, tablets, virtual reality, artificial intelligence), the brain seeks to dwell in a self-enclosed matrix and abandon its humble origins in fire. This means that although it arose from the fire that cooked the animal proteins that, in turn, allowed the brain to grow and come into existence (as discussed earlier), its power of endless abstraction itself led to a desire to for a new existence that is exclusively technological.

Here a discussion of artificial intelligence, virtual reality and robotized labor gives way to a search for the technological ancestor of such modern mechanisms. We turn, for instance, to the unexplored invention of abstract, visual technology in antiquity such as irrigation, bronze tools, alphabetic writing, coinage that emerged in ancient Greece, India and China (circa 800-700 B.C.E), and the modern day technology that follows. To conclude, we look further at the narrowed style of language that the brain produces to protect its surface of limitless abstraction.

**Chapter 4:**

**Transcending Neurology**

Opening with a spread of the most current, high resolution (and beautiful) neurological images of the brain, *Chapter Four* begins with the question: Is the field of neurology also a brain product? Following a discussion of the role of the hippocampus and amygdala in dreaming, memory and space-time—and the emergence of language (in the left *pars opercularis*)—, we focus on recent experimentation showing that the emergence of *group-think* has a neurological correlation. This means that when an isolated individual feels threatened by a social group that has no sense of community or nature, his or her brain constructs neural paths that transform hallucination into "reality".

07/31/18

As we argue in this chapter, the tendency of our intellect to deny and even resent its humble, earthly origins plays a key role in this psychosis. The *uprootedness* of the brain that abandons the inner

(terrestrial) core from which it arose creates a species not only unusually clever in its survival, but also frightful in its psychopathy. Only when modern sciences such as neurology take into account this danger of believing in a false picture of reality will they be capable of offering an abstract (and visual) analysis of our place in the cosmos that is truly heroic.

**Conclusion:**

**Can We Get the Brain to Stop Killing Us?**

**Global Warming & Nuclear War**

Having discussed the genesis of the human soul from the explosion of the brain's peculiar power of abstraction—as well as the intellectual products that follow—, we conclude the book by revisiting the debate about the destiny of the human species. From an evolutionary biological perspective, the harmony of the brain and nature has been exceptionally successful, allowing humankind to flourish for hundreds of thousands of years—much longer than most other mammals. Our million-plus-year winning streak, nevertheless, seems to have come to an abrupt halt within approximately the last two thousand years, in particular within the last two-hundred, years – through the onslaught of unprecedented brain products. The invention of potentially dangerous brain products in antiquity with their concentrated presence in modern technological times to nuclear war and global warming seems to be the brain's *coup de grâce* in its war on the human spirit (and life-forms and nature in general).

But before the prow of our species goes down, we need to challenge the tyranny of individuals instituting global policies that satisfy only the unlimited essence of the isolated brain. The goal of this new understanding that our book offers is thus to retrieve that which this intellect has so desperately sought to deny: The power of the human imagination whose mystic wholeness with the cosmos, even in the worst of times, makes ways out of no way back to the secret connectedness at the heart of the universe, that is, the place from where the brain comes.

**Epilogue:**

**Did the Brain Write this Book?**

Given the level of abstraction that all books, in particular this one, necessarily engage—and this includes even the most basic, visual signs (letters of the words on each page) out of which every book is written and preserved—, we confront in the epilogue the inevitable question: Did the brain write this book? To answer this serious, if scurrilous criticism, we return to the rebirth of the human imagination that our new synthesis of science and spirituality suggests.

If the soul is the primal form through which we conceive of the brain, as this work seeks to do, then is not this spiritual enhancement of the intellect itself a unique moment in human history when the brain first comes into authentic existence? Put more simply, perhaps the brain did write this book, but only if by virtue of its new, sustained relation to the soul.

07/31/18

---

## Publishing timeline

The final manuscript can be completed within the next 4-6 months without complication.

## Specifications

Anticipated length of book: 200 pages, but this could be less or more, depending on what is most desirable. **Illustrations**: Perhaps a few select images at the opening of chapter four: 'Transcending Neurology".

## Additional materials

Chapters are forthcoming and available upon request.

---

## Target audience

This new book aims for the following audiences: *Social Sciences, History, Philosophy, Sociology and Economics*. Further target audiences that should also be included are: *Psychology, Anthropology, Political Science, Biology, Cultural Studies, Art History, Technology, Social Media, Social Psychology, History of Science, Religion, Globalization, Banking and the Humanities*. But because the number of target audiences in regard to this work is open, the list could further be expanded to include: *Cultural History, Ancient History, Popular Culture, Earth Sciences, Evolutionary Biology, Clinical Psychology, Social and Cultural Anthropology, Classics, Psychoanalysis, Social History, Economic History, Visual Studies, Self and Identity, Early Christianity, Continental Philosophy, Mysticism, Neurology and Psychiatry, Global Warming, Prehistory, Ritual, Greek Tragedy, German Studies, and Nuclear Weapons.*

## Benefits to audience

Understanding one's relation with the brain is of interest to anyone who is interested in living a better life. The fact that our story of the brain has never been told directly means that it is essential that it reach *as many people as possible.*

## Competition

Although original in its content, the book will compete successfully with other self-help as well as historical and scientific works on humanity, civilization, modernity, science et. al.

0781

EXHIBIT

2

# EXHIBIT 2

**DEFENDANT Shannyn Poer's defamation of PLAINTIFF Dr. Stewart Lucas Murrey beginning in December 2016.**

Lucas Murrey, California | Cheater Report
https://cheaterreport.com/lucas-murrey-california-2/
Dec 20, 2016 - Lucas Murrey, total con artist. Lives in Los Angeles - all women beware!! He will come off at first as a great man in a difficult situation and is oh ...

Lucas Murrey, total con artist. Lives in Los Angeles - all women beware!! He will come off at first as a great man in a difficult situation and is oh so charming .. but he is a pathological liar and cheater. He has no empathy for the other people in his life and will treat anyone like dirt once they aren't of use for him. Huge narcissist. Only cares how you make him appear to others on outside. Will engage in relationships with multiple women at the same time and lie to all of them and say that he's in an exclusive relationship and but is actually cheating on everyone. Us ladies have banded together and realized when he said someone else was crazy that actually Lucas was the only common denominator. This man will screw you over tenfold!! He also has multiple accounts on dating profiles - screwing with that system too. He acts innocent and appears to be ...but when things start to feel weird, trust your instincts! There is a reason this man is in the position he is when you actually find out what he's all about. DO NOT TRUST HIM and run the other direction.



"Lucas Murrey, total con artist. Lives in Los Angeles – all women beware! He will come off at first as a great man in a difficult situation and is oh so charming… but he is a pathological liar and cheater. He has no empathy for the other people in his life and will treat anyone like dirt once they aren't of use for him. Huge narcissist. Only cares how you make him appear to others on outside. Will engage in relationships with multiple women at the same time and lie to all of them and say that he's in an exclusive relationship and but is actually cheating on everyone. Us ladies have banded together and realized when he said someone else was crazy that actually Lucas was the only common denominator. This man will screw you over tenfold!! He also has multiple accounts on dating profiles – screwing with that system too. He acts innocent and appears to be… but when things start to feel weird, trust your I stincts! [Instincts!] There is a reason this man is in the position he is when you actually find out what he's all about. DO NOT TRUST HIM and run the other direction."

Lucas Murray, California | Chester R...

Google
Amazon.com: Lucas Murray: Books, Biography, Blog, Audiobooks ...
Nietzsche: The Meaning of Earth Hardcover - Amazon.com
Lucas Murray, California | Chester Report

lucas murrey

Amazon.com: Lucas Murrey: Books, Biography, Blog, Audiobooks ...

Nietzsche: The Meaning of Earth (9781611461541): Lucas Murrey

Lucas Murrey California | Cheater Report

Images for lucas murrey

All News Images Maps Videos More Settings Tools

Lucas Murrey sociopathe from Yale | Cheater Report

lucas2 | Cheater Report

Images for lucas murrey cheaterreport

A professional Con artist | Cheater Report

Amazon.com: Lucas Murray: Books, Biography, Blog, Audiobooks ...

Lucas Murray, California | Cheater Report

Lucas Murray sociopathe from Yale | Cheater Report

Images for lucas murray

Amazon.com: Lucas Murray: Books, Biography, Blog, Audiobooks ...

Nietzsche: The Meaning of Earth (9781611461947): Lucas Murray

Lucas Murray, California | Cheater Report

Images for lucas murray

Lucas Murray sociopathe from Yale | Cheater Report

**DEFENDANTS Shannyn Poer, Flor Edwards and those they emboldened defaming PLAINTIFF throughout 2017 on cheaterreport.com**

31 January 2017

Lucas Murrey Sociopathe From Yale









Images for lucas murray

Hölderlin's Dionysiac Poetry - The Terrifying-Exciting Mysteries | Lucas ...

Lucas Murray Profiles | Facebook

Lucas Murray sociopath from Yale | Cheater Report

Yale School - Noesph

lucas murrey
Amazon.com: Lucas Murrey: Books, Biography, Blog, Audiobooks ...
Images for lucas murrey
Nietzsche: The Meaning of Earth Hardcover - Amazon.com
Lucas Murrey sociopathe from Yale | Cheater Report



Destroyed any business or social relationships via search online results. Uses private pictures of PLAINTIFF, his friends, and includes those taken by professional photographers for businesses for whom PLAINTIFF worked and then, because of this, he was fired.



lucas murrey
Amazon.com: Lucas Murrey: Books, Biography, Blog, Audiobooks ...
Images for lucas murrey
Nietzsche: The Meaning of Earth Hardcover - Amazon.com
Lucas Murrey sociopathe from Yale | Cheater Report

Google
Hölderlin's Dionysiac Poetry
NIETZSCHE
Lucas Murrey sociopathe from Yale | ...

https://duckduckgo.com/?q=lucas+murrey...

Search

**Chad Michael Murray - Wikipedia**

Chad Michael Murray (born August 24, 1981) is an American actor, spokesperson, writer and former fashion model. He is known for portraying Lucas Scott in The WB/CW ...

https://en.wikipedia.org/wiki/Chad_Michael_Murray

**Nietzsche by Lucas Murrey - OverDrive: eBooks, audiobooks and ...**

In this book, author Lucas Murrey argues that the thinking of the modern German philosopher Friedrich Nietzsche (1844-1900) is not only more grounded in antiquity ...

**Hölderlin's Dionysiac Poetry - The Terrifying-Exciting ...**

Hölderlin's Dionysiac Poetry The Terrifying-Exciting Mysteries ... Lucas Murrey (Ph.D. Yale University) has taught at UCLA (Los Angeles) and Yale University ...

**Lucas Murrey sociopathe from Yale ! Cheater Report**

Lucas Murrey sociopathe from Yale. January 31, 2017 - One of the most psycho-demoniac pathologie ever meet in my life. it was in 2008, I was 19 and he was 34.

cheaterreport.com/lucas-murrey-sociopathe-from-yale/

**Lucas Murrey Real Estate Agent in Beverly Hills, CA | Homes.com**

Lucas Murrey, Engel & Völkers Beverly Hills. Endorsements: 0 Answered Questions: 0. Covers: Beverly Hills. Contact Mr. Engel & Völkers Beverly Hills.

**Nietzsche: The Meaning of Earth | Lucas Murrey - Academia.edu**

Nietzsche: The Meaning of Earth. Uploaded by Lucas Murrey ... Lucas Murrey offers a critical analysis of the catastrophes that this German philosopher prophesied.

19 February 2017

"Lucas Murrey Online Predator and Women Manipulator"

07/31/18





Google
lucas murray
Amazon.com: Lucas Murray: Books, Biography, Blog, Audiobooks ...
Nietzsche: The Meaning of Earth Hardcover - Amazon.com
Images for lucas murray
Lucas Murray sociopaths from Yale | Cheater Report

Cheater Report - The Place to Report a Cheater - Part 8
cheaterreport.com › page

Random Cheater Reports. David Bracht is a cheater · LUCAS MURREY ONLINE PREDATOR AND WOMEN MANIPULATOR, California · Gold digger!! Gold digger!! Elise Brown of Knoxville TN ...

Gold digger!! | Cheater Report
cheaterreport.com › gold-digger

Feb 19, 2017 · Canada; Aurora on LUCAS MURREY ONLINE PREDATOR AND WOMEN MANIPULATOR, California; Anonymous on jill osier, Washington; Aurora on LUCAS MURREY ...

Nietzsche: The Meaning of Earth
https://books.google.com › books

Lucas Murrey · 2015 · Literary Criticism
The Meaning of Earth Lucas Murrey ... they enter back into the innocence of the predator-



Cheater Report - The Place to Report a Cheater - Part 8
cheaterreport.com › page
Random Cheater Reports. David Brachi is a cheater · LUCAS MURREY ONLINE PREDATOR AND WOMEN MANIPULATOR, California · Gold digger!! Gold digger!! Elsa Brown of Knoxville TN ...
Gold digger!! | Cheater Report
cheaterreport.com › gold-digger
Canada: Aurora on LUCAS MURREY ONLINE PREDATOR AND WOMEN MANIPULATOR, California: Anonymous on jill cater, Washington: Aurora on LUCAS MURREY ...
Nietzsche: The Meaning of Earth
https://books.google.com › books
Lucas Murrey
The Meaning of Earth Lucas Murrey ... they enter back into the innocence of the predator-conscience, as happy monsters [frohlockende Ungeheuer] who perhaps after a despicable sequence ...

Uses private pictures of PLAINTIFF, his friends, and includes those taken by professional photographers for businesses for whom he worked and then, because of this, he was fired.

Associated PLAINTIFF with earlier destructive comments about others that date back to 18 December and as well an emboldened other online defamations and hate-bullies that remain from this time until the present and the rest of PLAINTIFF's life now a constant struggle, for instance a post from a little over a month late on 31 January 2017. DEFENDANT Shannyn Poer would then jump on these new posts and add comments. etc.

11 April

One thought on "Lucas Murrey sociopathe from Yale"

"Tina

April 11, 2017 at 02:29 Reply

I'd like to know more"

One thought on "Lucas Murrey sociopathe from Yale"

TINA

April 11, 2017 at 02:29 Reply

I'd like to know more

**Leave a Reply**

Your email address will not be published. Required fields are marked *

Comment

07/31/18

EXHIBIT

3

# EXHIBIT 3

PHOTO
MARKED FOR SCANNING

**PLAINTIFF treating DEFENDANT Flor Edwartds and her nephew during the time when he loaned DEFENDANT Flor Edwards approximately $20,000.00**

EXHIBIT
4

**EXHIBIT 4**

07/31/18

THE COURT: OKAY. LATE JULY. THERE IS YOUR ANSWER.

BY MR. MURREY:

Q WHAT WAS THE CONTEXT THAT, YOU SAID YOU MET HER THROUGH ME?

A YOU INTRODUCED HER TO ME. YOU SENT ME HER INSTAGRAM. YOU TOLD ME SHE WAS -- YOU WERE LIVING WITH HER WHILE YOU WERE DATING ME. AND --

Q THIS HAPPENED IN JULY?

A LAST YEAR IN SEPTEMBER, I BELIEVE.

2016 !

MR. MURREY: THAT HAPPENED AT DIFFERENT TIMES.

THE COURT: PLEASE LIMIT YOUR QUESTION TO JULY.

MR. MURREY: WELL, SHE'S TALKING ABOUT JULY AND ABOUT SOMEHOW GETTING IN TOUCH WITH MISS POER. I HAVE NOT PERSONALLY BEEN IN TOUCH WITH MISS POER.

THE COURT: THAT IS YOUR TESTIMONY. I HAVEN'T HEARD THAT PORTION OF YOUR TESTIMONY AT ALL. SIMPLY PUT, THIS IS CROSS-EXAMINATION. YOU MAY PROCEED FURTHER.

BY MR. MURREY:

Q OKAY. AND DID YOU WORK WITH MISS POER FOR SOMETHING CALLED ONLINE LUCAS MURREY SUPPORT GROUP THAT WAS PART OF THE ONLINE POSTING?

A NO, I DID NOT.

Q AND DID YOU HAVE ANY INVOLVEMENT WITH THE POSTINGS THAT MISS MARTINEZ SUFFERED JUST BEFORE YOU SENT THAT LETTER TO HER H.R. DEPARTMENT?

A YES, I DID.

Q YOU POSTED THOSE POSTINGS?

A YES, I DID.

BY MR. MURREY:

Q WERE YOU INVOLVED IN POSTINGS FOR SHANNYN POER?

A WHICH ONES?

Q ALL OF THEM. THE ONES THAT I REFERRED TO THAT --

A I WAS NOT INVOLVED IN ANY DEFAMATORY POSTINGS AGAINST YOU ONLINE, NO.

THE COURT: THAT'S HER ANSWER.

MR. MURREY: SHE'S USING THE WORD DEFAMATORY.

THE COURT: THAT'S HER ANSWER.

BY MR. MURREY:

Q WHEN DID YOU MEET SHANNYN POER?

A YOU INTRODUCED US.

Q I'M ASKING FOR THE DATE?

THE COURT: A LAWYER WOULD SAY, MOVE TO STRIKE, NON-RESPONSIVE. AND I WOULD SAY SUSTAINED. I AM CUTTING THROUGH THAT BECAUSE I KNOW YOU ARE NOT ATTORNEYS.

BUT IF AN ATTORNEY DIDN'T OBJECT PROPERLY AND I DIDN'T RULE PROPERLY, IT WOULD MAKE FOR A TERRIBLE RECORD. SO I WILL DO IT MYSELF NOW TO KEEP THE RECORD CLEAN. IT WAS NON-RESPONSIVE. LET'S MOVE FORWARD.

MR. MURREY: LOOKING FOR A DATE WHEN THEY ACTUALLY MET?

THE COURT: SIR, OBJECTION, NON-RESPONSIVE. THE QUESTION WAS, WHAT WAS THE DATE?

THE WITNESS: I BELIEVE IT WAS LATE JULY, RIGHT AFTER YOU WERE ARRESTED.

EXHIBIT

5

**EXHIBIT 5**

07/31/18

COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT

A TRADITION OF SERVICE

# INCIDENT REPORT

DATE 07-19-17 PAGE 1 of 8

URN 017 10471 0282 146 — TAG 348

CLASSIFICATION: SPOUSAL BATTERY, 243(e)(1) P.C. / M / 146

CLASSIFICATION: VANDALISM, 594(b)(1) P.C. / F / 263

ADDITIONAL STAT CODES: N/A

DATE / TIME / DAY OF OCCURRENCE: 07-19-17 / 1000 Hours / Wednesday — REPORTED: N/A — TIME: N/A

LOCATION OF OCCURRENCE: 243 South Mednik Avenue, Los Angeles — BUSINESS NAME: Spectrum Cable Company

CODE: V - VICTIM · W - WITNESS · I - INFORMANT · R - REPORTING PARTY · P - PARTY

| CODE | # | LAST NAME | FIRST NAME | MIDDLE NAME | SEX | RACE | DOB | AGE | DRIVER'S LICENSE / STATE |
|---|---|---|---|---|---|---|---|---|---|
| V | 1 of 1 | EDWARDS | FLOR | CHRISTINE | F | W | 12-03-83 | 33 | D2732809/CA |

RESIDENCE ADDRESS: 2439 Oakleaf Canyon Road, Walnut, CA 91789 — RESIDENCE PHONE: N/A

BUSINESS / SCHOOL ADDRESS: Unemployed — BUSINESS PHONE: N/A

ETHNIC ORIGIN: N/A — EMAIL ADDRESS: FLORCHRISTINE@GMAIL.COM — SOCIAL NETWORKING ACCOUNT: Facebook — CELL PHONE: (714) 903-0517

VICTIM OF OFFENSE(S) CLASSIFICATION #: 1, 2 — VICTIM DESIROUS OF PROSECUTION: Yes — VICTIM OF SEX CRIME DESIROUS OF CONFIDENTIALITY: N/A

CODE: S - SUSPECT · SJ - SUBJECT · M - PATIENT · SV - SUSPECT / VICTIM · SJ / V - SUBJECT / VICTIM

| CODE | # | LAST NAME | FIRST NAME | MIDDLE NAME | DOB | DRIVER'S LICENSE / STATE |
|---|---|---|---|---|---|---|
| S | 1 of 1 | MURRAY | STEWART | LUCAS | 06-04-1948 | A7082387/CA |

| SEX | RACE | ETHNIC ORIGIN | HAIR | EYES | HEIGHT | WEIGHT |
|---|---|---|---|---|---|---|
| M | W | N/A | Brown | Blue | 6'00 | 180 |

RESIDENCE ADDRESS: 1171 Montana Avenue, Los Angeles, CA 90049 — RESIDENCE PHONE: N/A

BUSINESS / SCHOOL ADDRESS: Self-Employed — BUSINESS PHONE: (310) 942-9607

AKA: N/A — EMAIL ADDRESS: N/A

MONIKER: NA — CHARGE: 243(e)(1) P.C. — BOOKING NUMBER: 5449440 — WHERE DETAINED: ELA

Entry Lancard [initials] Processed Scanned [initials] 2nd Review

| BY DEPUTY | EMPLOYEE # | DEPUTY | EMPLOYEE # | VACATION DATES |
|---|---|---|---|---|
| PALOMBI | 546543 | CAVILLA, L. | 526345 | Ø |

STATION: SCLA — UNIT: 21A — SHIFT: PM

APPROVED: SGT. VALENCIA 288307 — DATE / TIME: 7/20/17 0630

VACATION DATES: Ø

ASSIGNMENT: D.B.

IDENTIFICATION REQUESTED: No

SR330P - SH-R-49 (Rev. 4/2014)

COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT

A TRADITION OF SERVICE

# INCIDENT REPORT

FILE# 017-10911-2117-?
TAG# 360
DATE 07-19-17 PAGE 2 OF 8

| VEHICLE | LICENSE (STATE & NUMBER) | YEAR | MAKE | MODEL | BODY TYPE | COLOR |
|---|---|---|---|---|---|---|
| VEHICLE FOR VICTIM # ___ VEHICLE FOR SUSPECT # 1 | 7RWA203 | 16 | AUDI | A4 | 4DR | SILV |
| | REGISTERED OWNER: VW CREDIT LSG LTD LSR | | IDENTIFYING FEATURES: N/A | | | |
| STATUS: ☐ STOLEN ☐ STORED ☐ DAMAGED ☐ IMPOUNDED ☐ EMBEZZLED ☐ OUTSTANDING | CHP 180 SUBMITTED? ☐ YES ☒ NO | | GARAGE NAME & PHONE: LEGALLY PARKED AND SECURED AT LOCATION | | | |
| DESCRIPTION OF DAMAGE: N/A | | | | | | |

| VEHICLE | LICENSE (STATE & NUMBER) | YEAR | MAKE | MODEL | BODY TYPE | COLOR |
|---|---|---|---|---|---|---|
| VEHICLE FOR VICTIM # ___ VEHICLE FOR SUSPECT # ___ | | | | | | |
| | REGISTERED OWNER | | IDENTIFYING FEATURES | | | |
| STATUS: ☐ STOLEN ☐ STORED ☐ DAMAGED ☐ IMPOUNDED ☐ EMBEZZLED ☐ OUTSTANDING | CHP 180 SUBMITTED? ☐ YES ☐ NO | | GARAGE NAME & PHONE | | | |
| DESCRIPTION OF DAMAGE | | | | | | |

## SCREENING FACTORS

☒ 1. SUSPECT IN CUSTODY
☐ 2. SUSPECT NAMED / KNOWN
☐ 3. UNIQUE SUSPECT IDENTIFIERS
☐ 4. VEHICLE IN CUSTODY
☐ 5. UNIQUE VEHICLE IDENTIFIERS
☐ 6. WRITER/REVIEWER DISCRETION

## PROPERTY CODE:

S – STOLEN • R – RECOVERED • L – LOST • F – FOUND • E – EMBEZZLED • D – DAMAGED • K – SAFEKEEPING
(Use all applicable Codes; for example, if property is both Stolen and Recovered, Code is S/R)

RELEASED TO

| CODE | ITEM # | QUAN | DESCRIPTION (Include kind of article, trade name, identifying numbers, physical description, material, color, condition, age and present market value) | SERIAL # | VALUE |
|---|---|---|---|---|---|
| | | | REFER TO PAGE 3 | | |

07/31/18

COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT EVIDENCE AND PROPERTY PAGE

East Los Angeles Station
URN FILE#: 017-10671-0282-146

Page 1 of 1 of Listed Evidence

EV = Evidence F = Found F250 = Found greater than $250 S = Surrendered K = Safekeeping P = Inmate Property

| CAT | ITEM # | CII # | QUAN | DESCRIPTION | VALUE | BOOKED BY | BOOKING DATE | BARCODE # |
|---|---|---|---|---|---|---|---|---|
| EV | 1 | | 1 | Phones/Cell - (1) manila envelope containing (1) black broken iPhone. Article: Cell Phone Make: Apple Model: iPhone Serial Number: Unknown Booked At: PATROL STATION | | JOANA PALOMBI #546543 | 07/20/2017 | |
| EV | 2 | | 1 | Computers, equipment, & accessories - (1) manila envelope containing (1) grey broken Apple laptop. Article: LAP TOP COMPUTER Make: Apple Model: A1369 Serial Number: C02SFDCTDJWT Booked At: PATROL STATION | | JOANA PALOMBI #546543 | 07/20/2017 | |
| EV | 3 | | 1 | CDs/Video - (1) compact disc containing photographs depicting the scene and damages | | JOANA PALOMBI #546543 | 07/20/2017 | |

EV 7/20/17

07/31/18

COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
INCIDENT REPORT - NARRATIVE

URN# 017-10071-0282-146 TAG# 360 -4-8

ON THE INDICATED DATE AND TIME, WE RESPONDED TO 243 S MEDNIK AVENUE LOS ANGELES REGARDING A SPOUSAL ASSAULT CALL (7-360). THE CALL INDICATED THE INFORMANTS EX-BOYFRIEND (LUCAS MURRAY MH/43) PULLED INFORMANT BY THE SHIRT, THREATENED HER WITH A HAMMER AND BROKE HER CELL PHONE THEN FLED IN A BLACK AUDI (LP# 7HEW383) SOUTH ON MEDNIK AVENUE.

WE ARRIVED ON SCENE WE SAW A WHITE FEMALE (V/EDWARDS) EXIT HER VEHICLE WHO APPEARED TO BE NERVOUS AND SCARED. SHE POINTED TOWARDS A MALE (S/MURREY) SAYING "THAT'S HIM! HE CAME BACK!" AT THIS POINT WE DETAINED S/MURREY FOR A SPOUSAL ASSAULT INVESTIGATION.

WE RE-CONTACTED V/EDWARDS WHO STATED THE FOLLOWING: V/EDWARDS STATED THAT SHE AND S/MURREY MET AT SPECTRUM CABLE COMPANY TO TRANSFER THE INTERNET SERVICE FROM HER NAME TO HIS. DURING THE PROCESS V/EDWARDS STATED THAT S/MURREY TOOK HER CELL PHONE (EV-1) AND REMOVED THE COVER

07/88/18

SH-R-49 (Rev. 4/2014)

V/EDWARDS TOOK HER PHONE FROM S/MURREY AND WALKED OUT OF THE STORE. S/MURREY ASKED V/EDWARDS TO STAY TO FINISH THE TRANSACTION AT SPECTRUM. V/EDWARDS ASKED S/MURREY "WHY ARE YOU TAKING EVERYTHING AWAY FROM ME?" S/MURREY RESPONDED "MAYBE YOU CAN GET IT BACK, DEPENDS ON HOW YOU ACT." V/EDWARDS WALKED BACK INTO SPECTRUM TO FINISH THE TRANSACTION.

WHEN THE TRANSACTION WAS COMPLETED THEY BOTH WALKED OUT OF SPECTRUM CABLE. AT THIS POINT S/MURREY GRABBED V/EDWARD'S IPHONE (EV1) AND MACBOOK (EV2) AND BEGAN TO SMASH THEM WITH AN UNKNOWN DARK COLORED BLUNT OBJECT.

V/EDWARDS WALKED AWAY AT WHICH POINT S/MURREY GRABBED HER BY THE SHIRT AND FORCEFULLY PULLED HER DOWN TO THE GROUND CAUSING HER TO LAND ON HER BUTTOCKS. V/EDWARDS DID NOT HAVE ANY VISIBLE INJURIES HOWEVER SHE COMPLAINED OF PAIN TO HER LOWER BACK AND BUTTOCKS. I NOTICED THAT V/EDWARDS COLLAR WAS STRETCHED. V/EDWARDS REFUSED MEDICAL TREATMENT ON SCENE AND STATED SHE WOULD SEEK IT AT A LATER TIME IF NEEDED.

07/31/18

COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
INCIDENT REPORT - NARRATIVE

017-10671-0262-[illegible] 3[illegible] — 6 - 8

V/EDWARDS SHOWED ME THE DAMAGE TO HER PHONE AND MACBOOK. BOTH APPEARED TO BE CRACKED AND CAVED IN ON PEN-[illegible]. V/EDWARDS STATED HER PHONE (EV1) WAS VALUED AT $800.00 AND HER MACBOOK (EV2) WAS $1700.00 TOTALING $2500.00 WORTH OF DAMAGE.

BASED ON V/EDWARDS STATEMENT COUPLED WITH V/EDWARDS POSITIVELY IDENTIFYING S/MURREY AS THE PERSON WHO ASSAULTED HER AND DAMAGED HER PROPERTY WE FOUND THAT S/MURREY COMMITTED THE ACT OF SPOUSAL BATTERY 243(e)(1) P.C AND VANDALISM, VIOLATION OF 594(b)(1) P.C

WE PLACED S/MURREY UNDER ARREST FOR THE INDICATED CHARGES

I ASKED S/MURREY IF HE WANTED TO TALK ABOUT THE INCIDENT. S/MURREY AGREED THAT HE WANTED TO SPEAK TO US. AT THIS TIME I ADVISED S/MURREY OF HIS MIRANDA RIGHTS AND READ HIM HIS ADMONITION WAIVER OF RIGHTS PER SH-AD-477. S/MURREY STATED THAT HE UNDERSTOOD HIS RIGHTS AND WANTED TO SPEAK TO US WITHOUT AN ATTORNEY PRESENT

I ASKED S/MURREY WHAT HAPPENED TODAY. S/MURREY STATED NOTHING HAPPENED, THEY HAD AN ARGUMENT. I ASKED IF HE ASSAULTED V/EDWARDS. HE RESPONDED "NO" I ASKED IF HE DAMAGED HER PHONE OR PROPERTY HE STATED "NO". PRIOR TO HIS DETENTION I NOTICED S/MURREY STANDING NEXT TO A SILVER AUDI WITH A LICENSE PLATE OF 7RWA283, I ASKED S/MURREY IF THE CAR WAS HIS HE RESPONDED "YES." I ASKED S/MURREY IF WE CAN CHECK HIS VEHICLE FOR WEAPONS, HE RESPONDED "SURE, GO AHEAD."

07/31/18

WE SEARCHED S/MURREY'S VEHICLE FOR ANY WEAPON OR OBJECT THAT COULD HAVE DAMAGED V/EDWARDS PROPERTY AND WERE NOT ABLE TO LOCATE ANY.

S/MURREY DID NOT PROVIDE US WITH ANY FURTHER DETAILS

PER S/MURREY'S REQUEST HIS VEHICLE WAS LOCKED AND STORED AT THE LOCATION.

I PHOTOGRAPHED V/EDWARDS, HER DAMAGED PROPERTY, AND THE SCENE. I ALSO RECOVERED THE DAMAGED PROPERTY THAT WAS BOOKED INTO PRELIMS.

I ASKED V/EDWARDS IF DRUGS OR ALCOHOL WERE A FACTOR SHE STATED "NO." I ASKED V/EDWARDS IF ANY WEAPONS WERE INVOLVED SHE STATED "NO." I ASKED V/EDWARDS IF THERE'S A HISTORY OF DOMESTIC VIOLENCE SHE SAID JUST "LITTLE" ARGUMENTS BUT NOTHING THAT HAD BEEN REPORTED.

I OFFERED V/EDWARDS AN EMERGENCY PROTECTIVE ORDER WHICH SHE DECLINED. I PROVIDED V/EDWARDS WITH A V.I.NE AND F.A.I.R. PAMPHLET AND ISSUED HER A VICTIM'S BILL OF RIGHTS MEMORANDUM UNDER FILE # 017-10071-0282-146.

I CHECKED THE AREA FOR WITNESSES AND WAS NOT ABLE TO LOCATE ANY.

I CHECKED THE AREA FOR SURVEILLANCE CAMERAS THAT MAY HAVE DEPICTED THE INCIDENT AND WAS NOT ABLE TO LOCATE ANY.

COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
**INCIDENT REPORT - NARRATIVE**

URN# 017-10171-0202-146 TAG# 363 — 8 - 8

WE TRANSPORTED SIMUEREY TO EAST LOS ANGELES STATION WHERE HE WAS BOOKED WITH THE APPROVAL OF LIEUTENANT SALINAS # 280603

07/31/18

LOS ANGELES COUNTY SHERIFF'S DEPARTMENT

CRIME ANALYSIS SUPPLEMENTAL FORM – SUSPECT / SUBJECT INFORMATION

PAGE 1 OF 2

URN 017-10671-0282-146

BY DEP PALOMBI

EMPLOYEE # 546543

SUSPECT / SUBJECT # 1 NAME MURRAY, STEWART

SUSPECT / SUBJECT # ___ NAME N/A

| CLOTHING DESCRIPTION | |
|---|---|
| ITEM TYPE | DESCRIPTION |
| SHIRT | GRAY |
| | |
| | |
| PANTS | BLUE |
| | |

ITEM TYPES: CAP / HAT, COAT / JACKET, DRESS / SKIRT, GLASSES, GLOVES, JEWELRY, PANTS, SHIRT / BLOUSE, SHOES, SHORTS, OTHER

| CLOTHING DESCRIPTION | |
|---|---|
| ITEM TYPE | DESCRIPTION |
| | |
| | |
| | |
| | |
| | |

| L | R | UNK | BODY PART | SCARS / MARKS / TATTOOS / ODDITIES |
|---|---|---|---|---|
| | | | | |
| | | | | N/A |
| | | | | |
| | | | | |
| | | | | |

☐ SUSPECTED GANG MEMBER NAME OF GANG

| L | R | UNK | BODY PART | SCARS / MARKS / TATTOOS / ODDITIES |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

☐ SUSPECTED GANG MEMBER NAME OF GANG

HAIR LENGTH: ☐ COLLAR ☐ LONG ☑ SHORT ☐ SHOULDER

HAIR TYPE: ☒ THICK

HAIR STYLE

COMPLEXION

FACIAL HAIR

TEETH

SPEECH

HANDED

WEAPON: FIREARM — N/A; N/A; N/A; N/A

KNIFE — N/A; Blade: Folding

CHEMICAL — N/A

BLUNT INSTRUMENT — UNK

CUT / STAB — N/A

EXPLOSIVE / INCENDIARY — N/A

OTHER WEAPON: ☒ BODILY FORCE

RELATIONSHIP OF VICTIM TO SUSPECT: VI 1 VI ___ EX-SPOUSE

PAGE 2 OF 2

LOS ANGELES COUNTY SHERIFF'S DEPARTMENT
CRIME ANALYSIS SUPPLEMENTAL FORM -- M. O. FACTORS

URN 017-10671-0202-416

**AREA**

[illegible checklist items]

N/A

**STRUCTURE: RESIDENTIAL**

[illegible checklist items]

N/A

**STRUCTURE: NON - RESIDENTIAL**

[illegible checklist items]

**TARGET: RESIDENTIAL**

[illegible checklist items]

**TARGET: NON - RESIDENTIAL**

[illegible checklist items]

N/A

**POINT OF ENTRY / EXIT**

IN EX

[illegible checklist items]

N/A

**VEHICLE ENTRY / EXIT**

IN EX

[illegible checklist items]

N/A

**METHOD OF ENTRY**

[illegible checklist items]

**METHOD OF ENTRY: TOOLS USED**

[illegible checklist items]

N/A

**SECURITY SYSTEM**

[illegible checklist items]

N/A

**SUSPECT ACTIONS**

[illegible checklist items]

N/A

**SUSPECT WAS / HAD**

[illegible checklist items]

**SUSPECT PRETENDED TO BE**

[illegible checklist items]

N/A

**VICTIM WAS**

[illegible checklist items]

N/A

**BIAS - MOTIVATED INCIDENT**

RACIAL

[illegible checklist items]

RELIGIOUS

[illegible checklist items]

ETHNICITY / NATIONAL ORIGIN

[illegible checklist items]

SEXUAL

[illegible checklist items]

GENDER

[illegible checklist items]

DISABILITY

[illegible checklist items]

N/A

07/31/18

Ex J

AND AT THAT POINT I DID CALL THE POLICE AND THE POLICE CAME. AND HE WAS ARRESTED FOR DOMESTIC VIOLENCE AND VANDALISM.

THE COURT: OKAY.

MS. EDWARDS: WAS JULY 19.

THE COURT: JULY 19. DON'T SAY ANOTHER WORD.

SIR, AS A RESULT OF THAT INCIDENT OF THE PARKING LOT, WERE YOU ARRESTED?

MR. MURREY: BECAUSE OF WHAT SHE TOLD THE POLICE.

THE COURT: NO. WERE YOU ARRESTED? THAT'S ALL I ASKED.

MR. MURREY: YES.

THE COURT: NOT THE RESULT.

AS A RESULT OF THE ARREST, WERE YOU PROSECUTED? IN OTHER WORDS, DID YOU HAVE TO GO THROUGH A COURT SYSTEM TO PLEAD NOT GUILTY OR GUILTY, OR WAS IT RESOLVED WITHOUT GOING TO COURT?

MR. MURREY: IT WAS RESOLVED WITHOUT GOING TO COURT. THEY THREW IT OUT. NO CHARGES -- THE STORY DID NOT SQUARE WITH ANY OF THE EVIDENCE.

THE COURT: SO, WHAT WE CALL THAT IN THE LAW, THAT IS A DISTRICT ATTORNEY REJECT. THEY DID NOT PROCEED WITH THE CASE. CORRECT?

MR. MURREY: CORRECT.

THE COURT: ALL RIGHT.

MS. EDWARDS: I HAVE A POLICE REPORT.

THE COURT: POLICE REPORT IS INADMISSIBLE, IT'S HEARSAY.

AND AT THAT POINT I DID CALL THE POLICE AND THE POLICE CAME. AND HE WAS ARRESTED FOR DOMESTIC VIOLENCE AND VANDALISM.

THE COURT: OKAY.

MS. EDWARDS: WAS JULY 19.

THE COURT: JULY 19. DON'T SAY ANOTHER WORD.

SIR, AS A RESULT OF THAT INCIDENT OF THE PARKING LOT, WERE YOU ARRESTED?

MR. MURREY: BECAUSE OF WHAT SHE TOLD THE POLICE.

THE COURT: NO. WERE YOU ARRESTED? THAT'S ALL I ASKED.

MR. MURREY: YES.

THE COURT: NOT THE RESULT.

AS A RESULT OF THE ARREST, WERE YOU PROSECUTED? IN OTHER WORDS, DID YOU HAVE TO GO THROUGH A COURT SYSTEM TO PLEAD NOT GUILTY OR GUILTY, OR WAS IT RESOLVED WITHOUT GOING TO COURT?

MR. MURREY: IT WAS RESOLVED WITHOUT GOING TO COURT. THEY THREW IT OUT. NO CHARGES -- THE STORY DID NOT SQUARE WITH ANY OF THE EVIDENCE.

THE COURT: SO, WHAT WE CALL THAT IN THE LAW, THAT IS A DISTRICT ATTORNEY REJECT. THEY DID NOT PROCEED WITH THE CASE. CORRECT?

MR. MURREY: CORRECT.

THE COURT: ALL RIGHT.

MS. EDWARDS: I HAVE A POLICE REPORT.

THE COURT: POLICE REPORT IS INADMISSIBLE, IT'S HEARSAY.

DECEMBER. AND YOU STILL WENT BACK TOGETHER. YOU RECONCILED. IT IS THE CYCLE. AND YOU GO THROUGH THAT VOLUNTARILY. YOU ARE ADULTS. AND YOU DON'T HAVE A CHILD TOGETHER. THERE'S ABSOLUTELY NO REASON FOR ANY CONTACT BETWEEN THE TWO OF YOU NOW, EXCEPT THROUGH THE COURT SYSTEM OF YOUR PENDING CASES.

AND YOU SHOULD NOT BE RESTRAINED FROM GOING TO COURT OR TO THE CLERK'S OFFICE TO DO SOMETHING ON THOSE CASES. AND THAT'S WIDE OPEN. AND I WISH YOU BOTH THE VERY BEST OF LEGAL LUCK. IT APPLIES TO THE FACTS OF THE CASE AND NOTHING ELSE.

BUT SIMPLY PUT, I AM NOT GOING TO ISSUE A PERMANENT ORDER. IT DOESN'T MEAN YOU HAVE LOST, PETITIONER. IT DOESN'T MEAN HE HAS WON. IT JUST MEANS THE EVIDENTIARY STANDARD WAS NOT MET. BECAUSE I HAVEN'T FOUND A REASONABLE PROBABILITY OF CONTINUING PROBLEM. IT IS JUST NOT THERE. YOU ARE DONE WITH EACH OTHER. YOU MOVED ON.

IT IS NOW THREE MINUTES TO 4:00. STARTING RIGHT NOW, A NEW AND DIFFERENT ACT OR NEW AND DIFFERENT EVENT CAN BE THE BASIS FOR A NEW AND DIFFERENT CIVIL HARASSMENT OR A NEW AND DIFFERENT DOMESTIC VIOLENCE.

AND IT HAPPENS ALL THE TIME IN THE COURT SYSTEM. I WILL GIVE YOU THE MOST RECENT ONE THAT HAPPENED IN MY COURT WITHIN THE LAST COUPLE OF WEEKS.

I HAD A CASE SUCH AS THIS WHERE THERE WAS ALLEGATION OF, YOU KNOW, THEY RECONCILED, WENT BACK TOGETHER. AND I DENIED THE PERMANENT ORDERS. THE TEMPORARY ORDERS ACCOMPLISHED WHAT I WAS LOOKING FOR. EVERYBODY



OFFICE OF THE SHERIFF

COUNTY OF LOS ANGELES
HALL OF JUSTICE

JIM McDONNELL, SHERIFF

June 8, 2018

Mr. Stewart Murrey
11755 Wilshire Boulevard Suite 2140
Los Angeles, California 900205

Dear Mr. Murrey:

**WATCH COMMANDER'S SERVICE COMMENT REPORT #249647**

I received your complaint regarding personnel assigned to East Los Angeles Sheriff's Station. Your complaint will be immediately reviewed by Lieutenant Anthony Easter, and the results of the review will be conveyed to you upon its completion.

To further assist you in understanding the Sheriff's Department's complaint process, I have included a copy of our "Procedures for Public Complaints" with this correspondence.

My goal is to ensure your complaint is fully investigated in a timely manner. If, at any time, you need assistance, please contact me or Lieutenant Easter, at (323) 264-4151.

Sincerely,

JIM McDONNELL, SHERIFF

Chris J. Perez, Captain
East Los Angeles Station

07/31/18

211 WEST TEMPLE STREET, LOS ANGELES, CALIFORNIA 90012

*A Tradition of Service*
— Since 1850 —

# Guilt about false police report, DEFENDANT Flor Edwards still trying to contact (via telephone) PLAINTIFF in late July, weeks after her malicious police report





Wednesday 5:16 AM

Of course I feel bad about my trip

I actually regret going

Wednesday 11:05 AM

She is toxic for Patrick

Ok

R u mad at me ?

I love you, Lucas

07/31/18



AT&T
12:14 PM
F
flor

I felt bad

I was just overwhelmed w everything

All of you never show any sign of regret

I did feel bad for the record

I was gonna write u a letter or something since we weren't talking

AT&T
12:14 PM
F
flor
Even after I basically saved yr life for months

I remembered that

07/31/18

You just bury your head and hope for the best

Delivered

?

I was feeling excited about tmrw/the next day

Today 2:43 PM

Sent something: let me know what u think

Oh, add to it: I will keep Patrick away from Tamar and her lifestyle/ work choices until her life decisions change or improve. Additionally, I will attempt to protect our family from any unhealthy or vulgar influences that do not serve our interests.

07/31/18



# EXHIBIT

## 6

**EXHIBIT 6**

07/31/18



Clarification about Lucas Murney (56)

RELEASE

Actual Release Date: [illegible] Release Time: [illegible]

CASE INFORMATION

| Case No. | Court Name | Court Address | Court City | Bail Amt. | Fine Amt. | Court Date | Sent. Date | Sent. Days | Step Code |
|---|---|---|---|---|---|---|---|---|---|
| [illegible] | | | | [illegible] | [illegible] | | | [illegible] | |
| [illegible] | | | | [illegible] | [illegible] | | | [illegible] | |

Click on specific Case No. for detailed information.

Here is the police report showing his arrest and the [illegible] in jail before being bailed.

Sent from Yahoo Mail for iPhone

[illegible]

Reply Reply to all Forward More

Shannyn Poer texted/emailed to Sherrie Martinez

MARKED FOR SCANNING

# EXHIBIT 7

07/31/18



PHOTO
MARKER FOR SCANNING

22 August 2017

"Lucas Murrey Online Predator and Women Manipulator"
[exact same title from 19 February 2017, this is clearly DEFENDANT Shannyn Poer again, which she confessed to Sherrie Martinez, see her witness statement]



PHOTO
MARKED FOR SCANNING

"Went on a date with this guy from hinge a while back and sensed something funny. Started out charming but then red flags started to appear. Not sure how many dating profile this man has but keeps popping up on both bumble and tinder. There's been some stuff about him online and looks like some trouble overseas. Something about conning women for money and claiming exclusivity with lots of women while living with a girlfriend. Research before u buy lots of red flags here I'd SWIPE LEFT"



6'0 Yale Writer Investor

Male



MARKED FOR SCANNING
PHOTO







"princessandthetinyp"



Online search results/PLAINTIFF's business and social life utterly destroyed.





PHOTO
MARKED FOR SCANNING

Amazon.com: Lucas Murrey: Books, Biography, Blog, Audiobooks ...

About Lucas Murrey - Lucas Murrey | Professional Overview

Images for lucas murrey

LUCAS MURREY ONLINE PREDATOR AND WOMEN

Lucas Murrey | Professional Profile - LinkedIn

Lucas Murrey

People also search for

Amazon.com: Lucas Murrey: Books, Biography, Blog, Audiobooks ...

About Lucas Murrey - Lucas Murrey | Professional Overview

Images for lucas murrey

LUCAS MURREY ONLINE PREDATOR AND WOMEN

Lucas Murrey | Professional Profile - LinkedIn

Lucas Murrey

People also search for

MARKED FOR SCANNING

PHOTO MARKED FOR SCANNING

the drivel HE'S written about HIMSELF (what a wanker). You can also lose yourself in his ranting, verbal diarrhea and nonsensical manifestos. Now if you REALLY want to waste your time, you can read ALL of the 'books' that he has SELF-published (couldn't get a real book deal I guess) and all of the trumped up reviews from various "academics". This guy is a spurious fraud and complete imposter. You've been warned. https://lucasmurrey.com"

20 September

"Lucas Murrey is Venice and Santa Monica predator and dirtbag. ABORT!"

21 September 2017

Posts

"JANE DOE
September 21, 2017 17:10
I unfortunately had the same experience. He is definitely a Liar, Con artist and mentally disturbed."

Various women have reported he is abusive and impossible to get along with, which is probably why he cant find or maintain a relationship with just one woman.
Most recently he seems to have endeavored a new foray into the real estate world; another tragic attempt to sustain his existence so can continue to self-publish his ludicrous and drivel based books (aka manifestos). He thinks his writing is just too superior for the average person to understand or appreciate.
As for the "houses" he is selling, there seems to be only one. As for driving all over southern California, the house is in Lake Arrowhead. He'll tell you that he has "business" up there, "clients" to see or make it sounds like some sort of ideal weekend jaunt..
Yes, we think he was in jail, we also think he has two children from two different women overseas. I have no idea who or where they are, probably Germany. Again, if you would like to share your story confidentially, there is an email address now dedicated solely to this purpose. Don't be afraid. There are so many women reaching out at this point, its unbelievable. Again, be safe and stay away from this man."

"LAME [?]
September 26, 2017 01:56
Thank you! Thank you for helping! Im in contact with the others now (Im the first Jane Doe. I replied as Lame here)"

07/31/18

"LAME [Flor unable to serve me? Shannyn]
September 25, 2017 1:36
Isn't this man homeless too? How does he drive all over the entire Southern California highways and never be in one place? Doesn't he "sell homes" and squats in them too? Wasn't he also in prison in Germany? How is this man still getting pussy? Is he capable of Being homicidal?"

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

"ANONYMOUS [most likely Shannyn with help from Flor and Jessica]
September 26, 2017 00:10
@LAME There is a growing network of women in contact with each other thanks to cheater report. We aim to stop this guy from preying upon MORE innocent and vulnerable women; nice normal women like you and I! Complete confidentiality is maintained. Trust me, you are NOT alone.
To address a few of your questions. Yes, we think he is homeless but thanks to the generosity of many vulnerable women who think they are dating him exclusively, he manages to find various places to 'crash'. He also mooches off them. It has come to light on a handful of occasions, after quickly (and super inappropriately) ingratiating himself into some woman's life, he asks for money. It could be a loan or he just asks for money out-right with no intention of returning it. Charming, no?

07/31/18





**[illegible]**

[illegible] 2017 at [illegible] Reply

Ladies

Do you recognize this home or place as YOURS...?

Yesterday [illegible] Lucas Murray posted this image on his Instagram account. You'll notice in the first caption he claims to "love HIS new place" and then hashtags "helpthehomeless".
In a comment on this picture, an obviously [illegible] woman (and most likely another one of Lucas' victims whose name I have obscured to respect her privacy) posts about seeing him as a volunteer at Midnight Mission. [illegible] volunteering, Midnight Mission is a highly regarded, reputable and [illegible] organization in Los Angeles. I would also suggest that anyone with time and the desire to be of service to others [illegible] particularly wonderful charity [illegible].

The fact that Lucas is suggesting this place is HIS new home is absurd in both a hilarious and tragic degree. [illegible] the homeless? Lucas, YOU ARE THE [illegible] ... can't help but wonder whose space this really is. The lack of [illegible], minimal art and anything other than overhead lighting makes me think this is a professional space, a lobby or someone has just moved in. But I can assure you, IT WASN'T LUCAS. I mean, it's possible that he moved in for a night or two as is his modus operandi, or perhaps he has found yet another innocent victim, a woman who thinks she is Lucas' girlfriend and that he has moved in with her. If this is the case, I beg you RUN AWAY SCREAMING AT THE TOP OF YOUR LUNGS. This man WILL HURT YOU one way or another. He is capable of anything that doesn't require a conscience. Later in the day he deletes the comment and changes his own caption to "nothing like the casual peacefulness of domesticity". Interesting, in as much as Lucas is far from a man at peace and knows nothing about domesticity. I mean, he's about as domestic as a wild pig in heat. Worth noting: Lucas is always on the run and trying to hide something (everything) from the various women he is juggling. Now that you know that, you'll notice that his captions, posts, and dating app pictures are always changing. This is a man riddled with insecurities and self-loathing who is always trying to scheme and plan different ways to present himself in a [illegible] effort to trick women and probably to try to find 'some' sense of personal identity. He doesn't realize, that as a narcissistic sociopath and a pathological liar he will never find true personal identity or sense of self love. This, of course, is why he is incapable of experiencing true love for or connection with anyone else.

You will not change him. Don't fall for his [illegible] BS, the pseudo-shyness or the 'misunderstood [illegible]' [illegible] crap. Like most narcissistic sociopaths, Lucas is a skilled and adept manipulator. He will get a sense of who and what you are and he will mimic what he thinks you want or need. Either that or he will find your most vulnerable spots or weaknesses and he will exploit them. He is not beyond abusing you mentally or assaulting others close to you. THIS IS A CREEP. Stories from so many women are surfacing. I am offering my personal email address so that women who have been hurt, want to tell their stories or are thinking of dating this man can reach out confidentially for more information. Your privacy WILL be protected and maintained. If you wish to, create a fake email address and name and do not be afraid to reach out. There is help and information available. By the way, you will also notice that the only consistent information that Lucas makes known (at every possible opportunity) is that he went to Yale. While this appears to be true, how pathetic is that? God, the [illegible] must be 30

07/31/18

PHOTO
MARKED FOR SCANNING

29 September

"Lucas Murrey is Venice and Santa Monica predator and dirtbag. ABORT!"

PHOTO
MARKED FOR SCANNING







September 30, 2017 14:34

THANK YOU

Thank you for this!

October 4, 2017 00:19

LIZZIE RAIDER

"@Thank you!
You're welcome?! That's why I posted this. As far as reports go, Lucas is still up to his usual crap. I am contacted by girls who are literally terrified of telling their story. I wish more of you would take a pseudonym and reclaim your power by sharing with others. The truth needs to come out. That's the only way to stop him from exploiting and hurting more women. Lucas today on Instagram, once again likely walking out of some poor unsuspecting woman's home or office and talking about the redistribution of wealth. Lucas doesn't really care about the poor and the only wealth he wants to distribute is YOURS into his bank account. Get wise, girls. He's on the prowl.
AND Lucas, I know you read this because you're a self obsessed narcissist. You brought this upon YOURSELF. Keep trying to retaliate with your smear campaign and legal threats (YES, HE DOES THAT). Poor little Lucas is mad and wants his cheater report taken down. Not only that but he posts fake posts here and lies about others LIKE A MEAN TEENAGE GIRL! Grow up, loser. You cant stop people from telling the truth. It always comes out. You can't silence free speech and NO ONE is scared of your legal threats. You're an idiot! Why don't you just get a job? Maybe get and finance your own living situation. Stop puttering around with court, research on court and wasting everyone's time. You're not a man. A real man doesn't skulk around online, hiding from people and trying to extort women. You are no one. You're just lame and desperate. You could be waiting tables RIGHT now and earning your own money. Stop

07/31/18

October 19, 2017 14:47

AURORA

"I, unfortunately, learned this the hard way. Back in August, prior to my ill-fated Tinder swipe, I had my yearly pap, along w/ a complete STD screening (full panel) and the results came back negative for everything. After my brief and unpleasant acquaintanceship with this contemptible piece of shit was over in Sept., I was more than a little concerned that he'd perhaps left me with a gift—the kind that keeps on giving, if you catch my drift—so I went back and got retested for everything.(Just as an aside: I slept with no one else during this time period). And yes, it's true that he has an STD, one that he also passed on to me-–chlamydia. Never in my life have I had an STD, and this experience has taught me a valuable lesson. There are douchebag guys out there who will promise you the moon, tell you you're the reason they get out of bed in the morning, that they only have eyes for you…meanwhile, their systematically f*cking their way through Greater Metropolitan Los Angeles—so, no matter what ladies, use protection! And steer clear of Lucas Murrey, who truly epitomizes the dregs of society."

October 19, 2017 15:49

AURORA

"Sorry for the double post. I didn't think the first one went through so I re-wrote it :/"

07/31/18

"Sorry for the mix ups in the post. Cheater reports doesn't let you go back and edit it. It won't for you either, Lucas…"

October 5, 2017 07:14

ANONYMOUS

"Ok this is freaky. I just finished searching him to reach out. I grew up with him and he was like a brother. We haven't been in touch since we were about 19. In my searching I came across these posts. I can't believe what I'm reading. Crazy what happens to people over time."

benzie_mack likes this

lucasmurre #thought #for #us - let's get the 2k+ #billionaires #on #our #planet who have over 7.7 #trillion #dollars - over %25 of them live in the #unitedstates - to #redistrubute their #wealth before we go #extinct from #globalwarming and/or #nuclearwar #newerdeal #rooseveltreborn btw I voted for Julie Stein. For whom did you vote? Grandkids may ask..

[illegible]

[illegible]

[illegible]

October 10, 2017 14:24

GRATEFUL

07/31/19

"I just matched with him on tinder. Googled his name to check him out before proceeding any further with texting him and found this site. I didn't even know the cheater report existed until today. SO grateful for you ladies and how brave you are sharing your story. Thank YOU for saving me time and any potential heartache. I hope this guy gets professional help."



October 14, 2017 13:36

ZOE

07/31/18



PHOTO
MARKED FOR SCANNING

# CHEATER REPORT

CheaterReport.com - A Place To Report Cheaters

CheaterReport.com - A Place To Report Cheaters

Personal images taken and abused

07/31/18



2018 – present

Online search results still destroyed today

Searches related to lucas murrey

lucas murrey **los angeles**

lucas murrey **instagram**

lucas murrey **real estate**

lucas murrey **germany**

lucas murrey **million dollar matchmaker**

lucas murrey **predator**

lucas murrey **facebook**

07/31/18

"So after a very odd meeting with him I did some more research. I saw on his website where you can donate money to a charity that doesn't even exist.
I also found the name of this woman—Christine Babette Dorrothea Haack who I believe is the mother of his two sons in Germany. There's an anonymous 8 page essay (for sale $9.99 y'all!) on Amazon that is about a mother who leverages her German citizenship to keep an American father away from his kids and has him incarcerated. HM. Well isn't that interesting. He also has this story on his website. Doesn't take a genius to figure this out.
Ladies-this man has looney tunes written all over him."

October 15, 2017 13:46

ZOE

"Also his real name is Stewart Lucas Murrey."

October 15, 2017 23:40

NEAR MISS

"I also matched with him but avoided a meeting after seeing these posts, so thank you all. Also, as for the Instagram post above, I'm thinking his grandkids will probably ask who "Julie Stein" why he would vote for her since "Jill Stein" was the Green Party nominee in 2016"

**DEFENDANT Flor Edwards' text that reluctantly admits to how it worked: they posted anonymous and personal email addresses, catfished strangers to whom they could concentrated their defamation of PLAINTIFF: "Jessica sent over a few girls"**

saying that stuff. We just
talked. Jessica sent a few girls
over, including Sherrie. I didn't

07/31/18

# EXHIBIT 8

07/31/18

# DEFENDANT Jessica Lynn harassing PLAINTIFF and finding DEFENDANT Shannyn Poer's posts on cheaterreport.com

Cool

They just did last call.

What the hell. Ridiculous

Got any suggestions?

[illegible]

All right

Hey, what happened?

She was just a friendly Australian hanging out in the front and she started up a conversation with me. I've never met her. I think she was just being nice. What's wrong ???

Why did you leave?

If u want to meet someone make space for it

Make space?! Are you kidding? I was really excited to meet you. I

Why did you leave?

[redacted]

Make space?! Are you kidding? I was really excited to meet you. I spent two hours trying to look my best. They refused me a seat because of last call. I was waiting outside for you and her child ran out towards the street and I stopped him. She thanked me and started to chat to me. She had no idea that I was waiting for a date. I didn't tell her. I think when you walked up she just made that assumption and said, "oh, is this your suitor?" and I said "if I'm lucky" and she reached my her hand to be nice. You looked at her hand like it had festering wounds on it and walked off without a word to me! My god, what was that about? I've never seen anything like that in my life.

[illegible]

Stop being stupid if u want to meet someone make sure u're [illegible] focused on that person

Don't focus on [illegible] and [illegible] the person to [illegible] a [illegible]

Are you kidding? She was appalled and so was I. Your behavior was not only rude, it was deplorable. Were you raised by [illegible] savages??? You're not a nice person and a you're a hypocrite with your [illegible] care for your fellow man.

You were the stupid one.

[illegible]

Yeah. Your just an angry sad old man.

07/31/18



PHOTO
MARKED FOR SCANNING

"JEN PARKER
September 21, 2017 20:52
The cad without his (probably fake) glasses."

"JEN PARKER [Jessica]
September 21, 2017 21:17
@Jane Doe, Im eager to hear your story. I had only one very brief interaction but it was creepy and weird. Not only that but he sent me bitter and creepy messages after. I tried to post a screenshot of it but I don't know if it worked. Im in Venice, CA and one of my friends came over and I mentioned it and SHE TOO hung out with him! He likes to use Erewohn for his LIVE and in person picking up. She also had a bad experience. Im starting to see that this guy really gets around. Would you mind sharing your experience? When did you meet him? This was like two nights ago for me. Such a dickhead..."



PHOTO
MARKED FOR SCANNING

"TXT4L
September 20, 2017 15:13

DO NOT GO OUT WITH THIS MAN. WILL CLAIM EXCLUSIVITY UPON FIRST MEET WHEN IN FACT HE IS SEEING AND DATING MULTIPLE WOMEN I CAUGHT HIM RED HANDED HE IS LIAR AND A SERIAL CHEATER"

"Jen Parker
September 20, 2017 23:42
Ladies, This guy is a huge loser. He is literally riddled with psychological and emotional issues. I think its possible that he could be a psychopath but I'm not going to assign that label without confirmation and that will never happen because I will never see this guy again. He's a scumbag. Im not going to get into what he did because I don't want to bore you all to death but please, avoid this guy. He's pathetic. I've included his photo and his website where you can read all of

PHOTO
MARKED FOR SCANNING

20 September 2017

DEFENDANT Jessica Lynn defaming PLAINTIFF on cheaterreport.com





PHOTO
MARKED FOR SCANNING

Online search results/PLAINTIFF's business and social life utterly destroyed.

secret family in Germany.
Should I believe it? I shouldn't
go out with him again, right?

PHOTO
MARKED FOR SCANNING

"Went on a date with this guy from hinge a while back and sensed something funny. Started out charming but then red flags started to appear. Not sure how many dating profile this man has but keeps popping up on both bumble and tinder. There's been some stuff about him online and looks like some trouble overseas. Something about conning women for money and claiming exclusivity with lots of women while living with a girlfriend. Research before u buy lots of red flags here I'd SWIPE LEFT"

6'0 Yale Writer Investor
Male

**FLOR EDWARDS**

*August 11, 2017 at 14:44 Reply*

I'm sorry things had to end the way they did so intensely, Lucas Murrey. It was never my intention. I just didn't see a future with you, but I never planned to cut you out completely. I didn't know you'd be so upset about me visiting my sister upon our breakup. I am aware of your recent slew of online attacks, and I still wish you the very best for your future.

15.12

**FLOR EDWARDS**

*August 11, 2017 at 15:12 Reply*

Lucas Murrey, thank you for paying and letting me use BrandYourself to build my online presence and promote myself as an author. For the time I had it it was very useful and helpful. You taught me a lot about image, both visually and perceptively, and gave me a new understanding about my book, writing, grad school, etc. Things are tough right now, but I wish you all the best in your future endeavors. Thank you.

15.15

**FLOR EDWARDS**

*August 11, 2017 at 15:15 Reply*

I understand, Lucas Murrey that you are very upset about some past choices my family made and I wish I could apologize for all of them, but the truth is I can't. The past is the past and now all I can do is move forward. I'm sorry if I misled you into thinking we had more of a future "a family" together, like you said all along, maybe I was incapable of being the mother/caregiver/wife that you needed me to be, but I needed time to figure it out on my own.

Thank you for paying and letting me use BrandYourself to build my online presence and promote myself as an author. For the time I had it it was very useful and helpful. You taught me a lot about image, both visually and perceptively, and gave me a new understanding about my book, writing, grad school, etc. Things are tough right now, but I wish you all the best in your future endeavors, writing, real estate, etc.

15.21

07/31/18



Lucas, 42
3 miles away
6'0 Yale University
https://lucasmurney.com/
#lucasmurney

"JANE DOE
September 22, 2017 14:24
@Jen Parker, what's ur email. ?"

"JANE DOE 2 [sherrie]
September 22, 2017 20:03
I'd also like to find out more about this situation. What is contact info and I can reach out to find out more about this potential scammer?"

07/31/18

"LAME [Flor unable to serve me? Shannyn]
September 25, 2017 1:36
Isn't this man homeless too? How does he drive all over the entire Southern California highways and never be in one place? Doesn't he "sell homes" and squats in them too? Wasn't he also in prison in Germany? How is this man still getting pussy? Is he capable of Being homicidal?"

JANE DOE
[illegible]

JANE DOE 2
[illegible]

JEN PARKER
[illegible]

NOPE
[illegible]

LAME
[illegible]

"ANONYMOUS [most likely Shannyn with help from Flor and Jessica]
September 26, 2017 00:10
@LAME There is a growing network of women in contact with each other thanks to cheater report. We aim to stop this guy from preying upon MORE innocent and vulnerable women; nice normal women like you and I! Complete confidentiality is maintained. Trust me, you are NOT alone.
To address a few of your questions. Yes, we think he is homeless but thanks to the generosity of many vulnerable women who think they are dating him exclusively, he manages to find various places to 'crash'. He also mooches off them. It has come to light on a handful of occasions, after quickly (and super inappropriately) ingratiating himself into some woman's life, he asks for money. It could be a loan or he just asks for money out-right with no intention of returning it. Charming, no?

07/31/18

**ANONYMOUS**

**LIZZIE RAIDER**

Ladies,

"LIZZIE RAIDER [most likely Shannyn/Jessica with help from Floe]
September 29, 2017 14:10
Ladies,
Do you recognize this home or office? Is it YOURS…?
Yesterday, predator Lucas Murrey posted this image on his Instagram account. You'll Notice, in the first caption he claims to "love HIS new place" and then hashtags "helpthehomeless".
In a comment on this picture, an obviously nice woman (and most likely another one of Lucas' victims whose name I have obscured to respect her privacy) posts about joining her as a volunteer at Midnight Mission. For those wondering, Midnight Mission is a highly regarded, reputable and charitable organization in Los Angeles. I would also suggest that anyone with time and the desire to be of service to others look into this particularly wonderful charity but I digress…
The fact that Lucas is suggesting this space is HIS new home is absurd to both a hilarious and tragic degree. Help the homeless? Lucas, YOU ARE THE HOMELESS! I can't help but wonder whose space this really is. The lack of windows, minimal art and anything other than overhead

**LIZZIE RAIDER**

September 28, 2017 at [illegible] Reply

Ladies,

Do you recognize this home or office? Is it YOURS...?

Yesterday, predator Lucas Murray posted this image on his Instagram account. You'll notice, in the first caption he claims to "love HIS new place" and then hashtags "helpthehomeless".
In a comment on this picture, an obviously nice woman (and most likely another one of Lucas' victims whose name I have obscured to respect her privacy) posts about giving her as a volunteer at Midnight Mission.
For those wondering, Midnight Mission is a highly regarded, reputable and charitable organization in Los Angeles. I would also suggest that anyone with time and the desire to be of service to others look into this particularly wonderful charity but I digress...

The fact that Lucas is suggesting this space is HIS new home is absurd to both a hilarious and tragic degree. Help the homeless? Lucas, YOU ARE THE HOMELESS! I can't help but wonder whose space this really is. The lack of artwork, minimal art and anything other than overhead lighting makes me think this is a professional space, a lobby or someone has just moved in. Still, I can assure you, IT WASN'T LUCAS. I mean, it's possible that he moved in for a night or two as is his modus operandi, or perhaps he has found yet another innocent victim; a woman who thinks she is Lucas' girlfriend and that he has moved in with her. If this is the case, I beg you RUN AWAY SCREAMING AT THE TOP OF YOUR LUNGS. This man WILL HURT YOU one way or another. He is capable of anything that doesn't require a conscience. Later in the day he deletes the comment and changes his own caption to "nothing like the casual peacefulness of domesticity". Interesting, in as much as Lucas is far from a man at peace and knows nothing about domesticity. I mean, he's about as domestic as a wild dog in heat. Worth noting, Lucas is always on the run and trying to hide something (everything) from the various women he is juggling. Now that you know that, You'll notice that his captions, posts, and dating app pictures are always changing. This is a man riddled with insecurities and self loathing who is always trying to reframe and plan different ways to present himself in a fruitless effort to trick women and probably to try to find "some" sense of personal identity. He doesn't realize, that as a narcissistic sociopath and a pathological liar, he will never find true personal identity or sense of self love. This, of course, is why he is incapable of experiencing true love for or connection with anyone else.

You will not change him. Don't fall for his [illegible] BS, his pseudo-shyness or his "misunderstood man and writer" crap. Like most narcissistic sociopaths, Lucas is a skilled and adept manipulator. He will get a sense of who and what you are and he will mimic what he thinks you want or need. Either that or he will find your most vulnerable spots or weaknesses and he will exploit them. He is not beyond abusing you mentally or attacking others close to you. HE IS A CREEP. Stories from so many women are surfacing. I am offering my personal email address so that women who have been hurt, want to tell their stories or are thinking of dating this man can reach out confidentially for more information. Your privacy WILL be protected and maintained. If you wish to, create a fake email address and name and do not be afraid to reach out. There is help and information available. By the way, you will also notice that the only consistent information that Lucas makes known (at every possible opportunity) is that he went to Yale. While this appears to be true, how pathetic is that? Gosh, the career this must be SO

07/31/18



www.cheaterreport.com

lucasmums love my new place, but we need to find a home for everyone #helpthehomeless

Are you familiar with The Midnight Mission? They do some of the best work around for the homeless. Fantastic organization and I'm always looking for people to come volunteer with me if you're ever interested.

Share:

Facebook Reddit Twitter Pinterest

Sep 30, 2017

sponging. Incubo

[illegible]

**THANK YOU**

[illegible]

[illegible]

**LIZZIE RAIDER**

[illegible]

[illegible]

[illegible]

[illegible]

October 4, 2017 00:21

LIZZIE RAIDER

"I just matched with him on tinder. Googled his name to check him out before proceeding any further with texting him and found this site. I didn't even know the cheater report existed until today. SO grateful for you ladies and how brave you are sharing your story. Thank YOU for saving me time and any potential heartache. I hope this guy gets professional help."

AT&T LTE 6:43 PM
cheaterreport.com

Lucas...

↪ Reply

Anonymous on October 5, 2017 at 07:14

Ok this is freaky. I just finished searching him to reach out. I grew up with him and he was like a brother. We haven't been in touch since we were about 19. In my searching I came across these posts. I can't believe what I'm reading. Crazy what happens to people over time.

↪ Reply

Grateful on October 10, 2017 at 14:24

I just matched with him on tinder. Googled his name to check him out before proceeding any further with texting him and found this site. I didn't even know the cheater report existed until today. SO grateful for you ladies and how brave you are sharing your story. Thank YOU for saving me time and any potential heartache. I hope this guy gets professional help.

↪ Reply

New Cheater Report Facebook Page

Cheater Report

October 14, 2017 13:36

ZOE

07/31/18

October 14, 2017 13:36

ZOE

"So after a very odd meeting with him I did some more research. I saw on his website where you can donate money to a charity that doesn't even exist.
I also found the name of this woman—Christine Babette Dorrothea Haack who I believe is the mother of his two sons in Germany. There's an anonymous 8 page essay (for sale $9.99 y'all!) on Amazon that is about a mother who leverages her German citizenship to keep an American father away from his kids and has him incarcerated. HM. Well isn't that interesting. He also has this story on his website. Doesn't take a genius to figure this out.
Ladies-this man has looney tunes written all over him."

October 15, 2017 13:46

ZOE

"Also his real name is Stewart Lucas Murrey."

October 15, 2017 23:40

NEAR MISS

"I also matched with him but avoided a meeting after seeing these posts, so thank you all. Also, as for the Instagram post above, I'm thinking his grandkids will probably ask who "Julie Stein" why he would vote for her since "Jill Stein" was the Green Party nominee in 2016"

October 18, 2017 14:12

CONCERNED

"He has STDs. How was he on Millionaire Matchmaker?"

07/31/18

October 19, 2017 14:47

AURORA

"I, unfortunately, learned this the hard way. Back in August, prior to my ill-fated Tinder swipe, I had my yearly pap, along w/ a complete STD screening (full panel) and the results came back negative for everything. After my brief and unpleasant acquaintanceship with this contemptible piece of shit was over in Sept., I was more than a little concerned that he'd perhaps left me with a gift—the kind that keeps on giving, if you catch my drift—so I went back and got retested for everything.(Just as an aside: I slept with no one else during this time period). And yes, it's true that he has an STD, one that he also passed on to me—chlamydia. Never in my life have I had an STD, and this experience has taught me a valuable lesson. There are douchebag guys out there who will promise you the moon, tell you you're the reason they get out of bed in the morning, that they only have eyes for you…meanwhile, their systematically f*cking their way through Greater Metropolitan Los Angeles—so, no matter what ladies, use protection! And steer clear of Lucas Murrey, who truly epitomizes the dregs of society."

October 19, 2017 15:49

AURORA

"Sorry for the double post. I didn't think the first one went through so I re-wrote it :/"

07/31/18



CheaterReport.com - A Place To Report Cheaters

07/31/18





Personal images taken and abused

07/31/18



PHOTO
MARKED FOR SCANNING

2018 – present

Online search results still destroyed today

Searches related to lucas murrey

lucas murrey **los angeles**

lucas murrey **instagram**

lucas murrey **real estate**

lucas murrey **germany**

lucas murrey **million dollar matchmaker**

lucas murrey **predator**

lucas murrey **facebook**

MARKED FOR SCANNING





5 November 2017



October 19, 2017 12:05

CONCERNED2

"I, unfortunately, learned this the hard way. I had a full screening for STDs done at
the end of July and they came back negative for everything. After my brief and
unpleasant time with this piece of sh*t, I was concerned that he may have given me
the kind of gift that keeps on giving, so I got retested and…yes, he definitely has
one STD—chlamydia. I've never in my life had an STD and this nightmare has
taught me a valuable lesson. There are douchebags out there who will promise you
the moon, tell you you're the reason they wake up in the morning, that you're the
only one…meanwhile, they are systematically f*cking their way through Greater
Metropolitan Los Angeles—so, no matter what, use protection."

07/31/18

"Sorry for the mix ups in the post. Cheater reports doesn't let you go back and edit it. It won't for you either, Lucas..."

October 5, 2017 07:14

ANONYMOUS

"Ok this is freaky. I just finished searching him to reach out. I grew up with him and he was like a brother. We haven't been in touch since we were about 19. In my searching I came across these posts. I can't believe what I'm reading. Crazy what happens to people over time."

October 10, 2017 14:24

GRATEFUL

September 30, 2017 14:34

THANK YOU

Thank you for this!

October 4, 2017 00:19

LIZZIE RAIDER

"@Thank you!
You're welcome?! That's why I posted this. As far as reports go, Lucas is still up to his usual crap. I am contacted by girls who are literally terrified of telling their story. I wish more of you would take a pseudonym and reclaim your power by sharing with others. The truth needs to come out. That's the only way to stop him from exploiting and hurting more women. Lucas today on Instagram, once again likely walking out of some poor unsuspecting woman's home or office and talking about the redistribution of wealth. Lucas doesn't really care about the poor and the only wealth he wants to distribute is YOURS into his bank account. Get wise, girls. He's on the prowl.
AND Lucas, I know you read this because you're a self obsessed narcissist. You brought this upon YOURSELF. Keep trying to retaliate with your smear campaign and legal threats (YES, HE DOES THAT). Poor little Lucas is mad and wants his cheater report taken down. Not only that but he posts fake posts here and lies about others LIKE A MEAN TEENAGE GIRL! Grow up, loser. You cant stop people from telling the truth. It always comes out. You can't silence free speech and NO ONE is scared of your legal threats. You're an idiot! Why don't you just get a job? Maybe get and finance your own living situation. Stop puttering around with court, research on court and wasting everyone's time. You're not a man. A real man doesn't skulk around online, hiding from people and trying to extort women. You are no one. You're just lame and desperate. You could be waiting tables RIGHT now and earning your own money. Stop

07/31/19

You will not change him. Don't fall for his 'aw shucks' BS, his pseudo-shyness or his 'misunderstood loan wolf writer' crap. Like most narcissistic sociopaths, Lucas is a skilled and adept manipulator. He will get a sense of who and what you are and he will mimic what he thinks you want or need. Either that or he will find your most vulnerable spots or weaknesses and he will exploit them. He is not beyond abusing you mentally or attacking others close to you. HE IS A CREEP. Stories from so many women are surfacing. I am offering my personal email address so that women who have been hurt, want to tell their stories or are thinking of dating this man can reach out confidentially for more information. Your privacy WILL be protected and maintained. If you wish to, create a fake email address and name and do not be afraid to reach out. There is help and information available. By the way, you will also notice that the only consistent information that Lucas makes known (at every possible opportunity) is that he went to Yale. While this appears to be true, how pathetic is that? God, the other Elis must be SO proud. NOT!

Yours truly,
Lizzie Raider
LizzieRaider90210@gmail.com

apologies for grammar and spelling. I wrote this quickly and I actually DIDN'T go to Yale but if I did I wouldn't need to tell everyone every five minutes!

lucasmurre love my new place, but we need to find a home for everyone #helpthehomeless

Are you familiar with The Midnight Mission? They do some of the best work around for the homeless. Fantastic organization and I'm always looking for people to come volunteer with me if you're ever interested.

29 September

"Lucas Murrey is Venice and Santa Monica predator and dirtbag. ABORT!"

07/31/18

lighting makes me think this is a professional space, a lobby or someone has just moved in. Still, I can assure you, IT WASN'T LUCAS. I mean, it's possible that he moved in for a night or two as is his modus operandi, or perhaps he has found yet another innocent victim; a woman who thinks she is Lucas' girlfriend and that he has moved in with her. If this is the case, I beg you, RUN AWAY SCREAMING AT THE TOP OF YOUR LUNGS. This man WILL HURT YOU one way or another. He is capable of anything that doesn't require a conscience. Later in the day he deletes the comment and changes his own caption to "nothing like the casual peacefulness of domesticity". Interesting, in as much as Lucas is far from a man at peace and knows nothing about domesticity. I mean, he's about at domestic as a wild pig in heat. Worth noting; Lucas is always on the run and trying to hide something (everything) from the various women he is juggling. Now that you know that, You'll notice that his captions, posts, and dating app. Pictures are always changing. This is a man riddled with insecurities and self-loathing who is always trying to scheme and plan different ways to present himself in a fruitless effort to trick women and probably to try to find 'some' sense of personal identity. He doesn't realize, that as a narcissistic sociopath and a pathological liar, he will never find true personal identity or sense of self love. This, of course, is why he is incapable of experiencing true love for or connection with anyone else.

You will not change him. Don't fall for his 'aw, shucks' BS, his pseudo-shyness or his 'misunderstood loan wolf writer' crap. Like most narcissistic socios, Lucas is a skilled and adept manipulator. He will get a sense of who and what you are and he will mimic what he thinks you want or need. Either that or he will find your most vulnerable spots or weaknesses and he will exploit them. He is not beyond abusing you mentally or attacking others close to you. HE IS A CREEP. Stories from so many women are surfacing. I am offering my personal email address so that women who have been hurt, want to tell their stories or are thinking of dating this man can reach out confidentially for more information. Your privacy WILL be protected and maintained. If you wish to, create a fake email address and name and do not be afraid to reach out. There is help and information available. By the way, you will also notice that the only consistent information that Lucas makes knowns (at every possible opportunity) is that he went to Yale. While this appears to be true, how pathetic is that? God, the other Elis must be SO proud. NOT!

Yours truly,

Lizzie Raider

LizzieRaider90291@gmail.com

Apologies for grammar and spelling, I wrote this quickly and actually DIDN'T go to Yale but if I did I wouldn't need to tell everyone every five minutes!"

07/31/18

Various women have reported he is abusive and impossible to get along with, which is probably why he cant find or maintain a relationship with just one woman.
Most recently he seems to have endeavored a new foray into the real estate world; another tragic attempt to sustain his existence so can continue to self-publish his ludicrous and drivel based books (aka manifestos). He thinks his writing is just too superior for the average person to understand or appreciate.
As for the "houses" he is selling, there seems to be only one. As for driving all over southern California, the house is in Lake Arrowhead. He'll tell you that he has "business" up there, "clients" to see or make it sounds like some sort of ideal weekend jaunt..
Yes, we think he was in jail, we also think he has two children from two different women overseas. I have no idea who or where they are, probably Germany. Again, if you would like to share your story confidentially, there is an email address now dedicated solely to this purpose. Don't be afraid. There are so many women reaching out at this point, its unbelievable. Again, be safe and stay away from this man."

"LAME [?]
September 26, 2017 01:56
Thank you! Thank you for helping! Im in contact with the others now (Im the first Jane Doe. I replied as Lame here)"

07/31/18

**JEN PARKER**

[illegible]

[illegible]

**JANE DOE**

[illegible]

[illegible]

**JANE DOE 2**

[illegible]

[illegible]

**JEN PARKER**

[illegible]

@Jane Doe

"JEN PARKER [Jessica]
September 22, 2017 16:48 [immediately, less than 30 min after someone asks for an email to communicate secretly]

@Jane Doe

craigslistresponses3@gmail.com

I design so I keep this one as sort of a generic one for buying and selling. If you email mer there, I will give you one of my personal ones and we can communicate. Thanks."

"NOPE September 24, 2017 16:46
Thanks for posting this. If this man claims to be your boyfriend DO NOT BELIEVE HIM. Sleeps around with multiple women (prob unprotected) while claiming to be your boyfriend. Wouldn't be surprised if he's spreading diseases. Misogynistic, pathological liar, abuser and narcissist (prob has Narcissistic Personality Disorder NPD-my therapist told me about it, look it up) only uses people for his own good. Full on con artist. Thinks he's better than everyone else Rude and dismissive of any opinion he doesn't agree with. Should probably just stick to writing his unreadable books to satisfy his ego for his audience of none."

07/31/18

# Exhibit P

## Defaming posts on cheaterreport.com by DEFENDANTS Shannyn Poer, Flor Edwards and Jessica Lynn, including email addresses of Jessica Lynn etc. to catfish anonymous third parties to further defame PLAINTIFF

11 August 2017

Flor Edwards explicitly posting about PLAINTIFF on cheaterreport.com
Although bizarre and inaccurate, she is trying to apologize, confess, also for a money-loan that she cannot articulate, still playing the victim and of course no mention of the story she since tried in court, etc.

14.37

**One thought on "Flor Christine Edwards, California"**

**FLOR EDWARDS**

*August 11, 2017 at 14:37 Reply*

I'm sorry things had to end they way they did so intensely, Lucas Murray. It was never my intention. I just didn't see a future with you, but I never planned to cut you out completely. I didn't know you'd be so upset about me visiting my sister upon our breakup. I am aware of your recent slew of online attacks, and I still wish you the very best for your future.

14.42

**FLOR EDWARDS**

*August 11, 2017 at 14:42 Reply*

I'm sorry things had to end the way they did, Lucas Murray. It was never my intention, nor did I frame you. I just didn't see a future anymore, but I never planned to cut you out completely. I didn't know you'd be so upset about me visiting my sister upon our breakup. I am aware of your recent slew of online attacks, and I still wish you the very best for your future.

14.44

07/18/18





PHOTO
MARKED FOR SCANNING

FLOR EDWARDS

[illegible]

[illegible]

22 August 2017

"Lucas Murrey Online Predator and Women Manipulator"
[exact same title from 19 February 2017, this is clearly DEFENDANT Shannyn Poer again, which she confessed to Sherrie Martinez, see her witness statement]







MARKED FOR SCANNING





"princessandthetinyp"

MARKED FOR SCANNING





PHOTO
MARKED FOR SCANNING

the drivel HE'S written about HIMSELF (what a wanker). You can also lose yourself in his ranting, verbal diarrhea and nonsensical manifestos. Now if you REALLY want to waste your time, you can read ALL of the 'books' that he has SELF-published (couldn't get a real book deal I guess) and all of the trumped up reviews from various "academics". This guy is a spurious fraud and complete imposter. You've been warned. https://lucasmurrey.com"

20 September

"Lucas Murrey is Venice and Santa Monica predator and dirtbag. ABORT!"

21 September 2017

Posts

"JANE DOE
September 21, 2017 17:10
I unfortunately had the same experience. He is definitely a Liar, Con artist and mentally disturbed."

sponging, Incubu

THANK YOU

LIZZIE RAIDER

October 4, 2017 00:21

LIZZIE RAIDER

"Sorry for the mix ups in the post. Cheater reports doesn't let you go back and edit it. It won't for you either, Lucas..."

October 5, 2017 07:14

ANONYMOUS

"Ok this is freaky. I just finished searching him to reach out. I grew up with him and he was like a brother. We haven't been in touch since we were about 19. In my searching I came across these posts. I can't believe what I'm reading. Crazy what happens to people over time."

kenzie_mack likes this

lucasmurre #thought #for #us - let's get the 2k+ #billionaires #on #our #planet who have over 7.7 #trillion #dollars - over %25 of them live in the #unitedstates - to #redistrubute their #wealth before we go #extinct from #globalwarming and/or #nuclearwar #newerdeal #rooseveltreborn btw I voted for Julie Stein. For whom did you vote? Grandkids may ask..

[illegible]

[illegible]

[illegible]

[illegible]

ANONYMOUS

[illegible]

[illegible]

[illegible]

[illegible]

October 10, 2017 14:24

GRATEFUL

07/31/18

sponging, Incubu

[redacted]

**THANK YOU**

September 20, 2017 at 14:34 Reply

Thank you for this!

**LIZZIE RAIDER**

October 4, 2017 at 00:19 Reply

@Thank you!

You're welcome! That's why I posted this. As far as reports go, Lucas is still up to his usual crap. I am contacted by many of u who are literally terrified of telling their story. I wish more of you would take a pseudonym and reclaim your power by sharing with others. The truth needs to come out. That's the only way to stop him from assaulting and hurting more women. Lucas today on instagram, once again likely walking out of some poor unsuspecting woman's home or office and talking about the redistribution of wealth. Lucas doesn't really care about the poor and the only wealth he wants to distribute is YOURS into his bank account. Get wise, girls. He's on the prowl.

AND Lucas, I know you read this because you're a self obsessed narcissist. You brought this upon YOURSELF. Keep trying to retaliate with your smear campaigns and your legal threats (YES, HE DOES THAT). Poor little Lucas is mad and wants his cheater report taken down. Not only that but he posts fake posts here and lies about others LIKE A MEAN TEENAGE GIRL. Grow up, loser. You can't stop people from telling the truth. It always comes out. You can't silence free speech and NO ONE is scared of your legal threats. You're an idiot. Why don't you just get a job? Maybe get and finance your own living situation. Stop bumming around with your research or court and wasting everyone's time. You're not a man. A real man doesn't skulk around online hiding from people and trying to bash women. You are no one. You're just lame and desperate. You could be waiting tables RIGHT now and earning your own money! Stop sponging, Incubus.

October 4, 2017 00:21

LIZZIE RAIDER



October 19, 2017 12:05

CONCERNED2

"I, unfortunately, learned this the hard way. I had a full screening for STDs done at the end of July and they came back negative for everything. After my brief and unpleasant time with this piece of sh*t, I was concerned that he may have given me the kind of gift that keeps on giving, so I got retested and…yes, he definitely has one STD—chlamydia. I've never in my life had an STD and this nightmare has taught me a valuable lesson. There are douchebags out there who will promise you the moon, tell you you're the reason they wake up in the morning, that you're the only one…meanwhile, they are systematically f*cking their way through Greater Metropolitan Los Angeles—so, no matter what, use protection."

07/31/18

October 14, 2017 13:36

ZOE

"So after a very odd meeting with him I did some more research. I saw on his website where you can donate money to a charity that doesn't even exist.
I also found the name of this woman—Christine Babette Dorrothea Haack who I believe is the mother of his two sons in Germany. There's an anonymous 8 page essay (for sale $9.99 y'all!) on Amazon that is about a mother who leverages her German citizenship to keep an American father away from his kids and has him incarcerated. HM. Well isn't that interesting. He also has this story on his website. Doesn't take a genius to figure this out.
Ladies-this man has looney tunes written all over him."

October 15, 2017 13:46

ZOE

"Also his real name is Stewart Lucas Murrey."

October 15, 2017 23:40

NEAR MISS

"I also matched with him but avoided a meeting after seeing these posts, so thank you all. Also, as for the Instagram post above, I'm thinking his grandkids will probably ask who "Julie Stein" why he would vote for her since "Jill Stein" was the Green Party nominee in 2016"

October 18, 2017 14:12

CONCERNED

"He has STDs. How was he on Millionaire Matchmaker?"

07/31/18



5 November 2017

07/31/18

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

"LIZZIE RAIDER [most likely Shannyn/Jessica with help from Flor]
September 29, 2017 14:10
Ladies,
Do you recognize this home or office? Is it YOURS…?
Yesterday, predator Lucas Murrey posted this image on his Instagram account. You'll Notice, in the first caption he claims to "love HIS new place" and then hashtags "helpthehomeless".
In a comment on this picture, an obviously nice woman (and most likely another one of Lucas' victims whose name I have obscured to respect her privacy) posts about joining her as a volunteer at Midnight Mission. For those wondering, Midnight Mission is a highly regarded, reputable and charitable organization in Los Angeles. I would also suggest that anyone with time and the desire to be of service to others look into this particularly wonderful charity but I digress…
The fact that Lucas is suggesting this space is HIS new home is absurd to both a hilarious and tragic degree. Help the homeless? Lucas, YOU ARE THE HOMELESS! I can't help but wonder whose space this really is. The lack of windows, minimal art and anything other than overhead

07/31/18

lighting makes me think this is a professional space, a lobby or someone has just moved in. Still, I can assure you, IT WASN'T LUCAS. I mean, it's possible that he moved in for a night or two as is his modus operandi, or perhaps he has found yet another innocent victim; a woman who thinks she is Lucas' girlfriend and that he has moved in with her. If this is the case, I beg you, RUN AWAY SCREAMING AT THE TOP OF YOUR LUNGS. This man WILL HURT YOU one way or another. He is capable of anything that doesn't require a conscience. Later in the day he deletes the comment and changes his own caption to "nothing like the casual peacefulness of domesticity". Interesting, in as much as Lucas is far from a man at peace and knows nothing about domesticity. I mean, he's about at domestic as a wild pig in heat. Worth noting; Lucas is always on the run and trying to hide something (everything) from the various women he is juggling. Now that you know that, You'll notice that his captions, posts, and dating app. Pictures are always changing. This is a man riddled with insecurities and self-loathing who is always trying to scheme and plan different ways to present himself in a fruitless effort to trick women and probably to try to find 'some' sense of personal identity. He doesn't realize, that as a narcissistic sociopath and a pathological liar, he will never find true personal identity or sense of self love. This, of course, is why he is incapable of experiencing true love for or connection with anyone else.

You will not change him. Don't fall for his 'aw, shucks' BS, his pseudo-shyness or his 'misunderstood loan wolf writer' crap. Like most narcissistic socios, Lucas is a skilled and adept manipulator. He will get a sense of who and what you are and he will mimic what he thinks you want or need. Either that or he will find your most vulnerable spots or weaknesses and he will exploit them. He is not beyond abusing you mentally or attacking others close to you. HE IS A CREEP. Stories from so many women are surfacing. I am offering my personal email address so that women who have been hurt, want to tell their stories or are thinking of dating this man can reach out confidentially for more information. Your privacy WILL be protected and maintained. If you wish to, create a fake email address and name and do not be afraid to reach out. There is help and information available. By the way, you will also notice that the only consistent information that Lucas makes knowns (at every possible opportunity) is that he went to Yale. While this appears to be true, how pathetic is that? God, the other Elis must be SO proud. NOT!

Yours truly,

Lizzie Raider

LizzieRaider90291@gmail.com

Apologies for grammar and spelling, I wrote this quickly and actually DIDN'T go to Yale but if I did I wouldn't need to tell everyone every five minutes!"

07/31/18

"JEN PARKER
September 21, 2017 20:52
The cad without his (probably fake) glasses."

"JEN PARKER [Jessica]
September 21, 2017 21:17
@Jane Doe. Im eager to hear your story. I had only one very brief interaction but it was creepy and weird. Not only that but he sent me bitter and creepy messages after. I tried to post a screenshot of it but I don't know if it worked. Im in Venice, CA and one of my friends came over and I mentioned it and SHE TOO hung out with him! He likes to use Erewohn for his LIVE and in person picking up. She also had a bad experience. Im starting to see that this guy really gets around. Would you mind sharing your experience? When did you meet him? This was like two nights ago for me. Such a dickhead..."



"TXT4L
September 20, 2017 15:13

DO NOT GO OUT WITH THIS MAN. WILL CLAIM EXCLUSIVITY UPON FIRST MEET WHEN IN FACT HE IS SEEING AND DATING MULTIPLE WOMEN I CAUGHT HIM RED HANDED HE IS LIAR AND A SERIAL CHEATER"

"Jen Parker
September 20, 2017 23:42
Ladies, This guy is a huge loser. He is literally riddled with psychological and emotional issues. I think its possible that he could be a psychopath but I'm not going to assign that label without confirmation and that will never happen because I will never see this guy again. He's a scumbag. Im not going to get into what he did because I don't want to bore you all to death but please, avoid this guy. He's pathetic. I've included his photo and his website where you can read all of

PHOTO
MARKED FOR SCANNING

20 September 2017

DEFENDANT Jessica Lynn defaming PLAINTIFF on cheaterreport.com



# EXHIBIT 9

07/31/18

22 September 2017

Email # 1
Jessica Lynn <craigslistresponses3@gmail.com>
11:00 PM
"You're not the only one I have spoken to. I just tried to Facebook you. It's hard to determine if you are real or if you are Lucas Murrey. How can you verify your identity?"
..
-Jessica Lynn speaking not only to Sherrie but others. Who?
-J aggressively trying to create a social-media hate group
-J trying to make sure that I never find out what she and other are doing

Email # 2
Jessica Lynn <craigslistresponses3@gmail.com>
11:01 PM
"oh, and warnings? Oh yeah… stay away. He's horrible"
..
-J aggressively warning people who she has never met that nobody should interact with me socially
-J says I'm horrible, and clearly intends to secretly get all other people to feel the same, without any examples or reason

Email # 3
Jessica Lynn <craigslistresponses3@gmail.com>
11:09 PM
"do you want to meet tomorrow. A few of us are"
..
-J aggressively a part of initiating a hate group who meet online and then in person, so online libel and then in person slander
-did shannyn and flor meet with Jessica? Who met? If there was a meet right after sherrie contacted them, then this was obviously in full swing. So how many meetings, since when, with who, when was the first and last ones?

Email # 4
Jessica Lynn <craigslistresponses3@gmail.com>
11:11 PM
"Its gotten pretty deep for some of the others. He is downright dangerous."
..

07/31/18

-J confessing that she is defaming me and wants to know she can victimize another person with defamation against me so she knows I'm not getting evidence of her and their defamation

Jane Roberts <janeroberts2017@yahoo.com> [Sherrie Martinez]
11:29 PM
"Yes, I'm still in contact with him. Something didn't feel right which is why I looked into him a bit more and found these posts."

Email # 8
Jessica Lynn <craigslistresponses3@gmail.com>
11:37 PM
"He's a monster and I got off easy compared to the other girls. The truth is, when you feel like something is off, its usually accurate."
..
-I'm a monster? No evidence? Recruiting an army of hatred

Jane Roberts <janeroberts2017@yahoo.com> [Sherrie Martinez]
11:44 PM
"If the phone works for you, the number is 424-259-3742"

23 September 2017

Email # 9
Jessica Lynn <craigslistresponses3@gmail.com>
12:03 AM
"one of the other girls will call you. One is literally terrified and the other is further back. Basically he cheated on the one is going to contact you with the other girl who is currently afraid of him. They're both bice girls and they found each other online, same as you, same as me… They'll give you all the dirt."
..
-other girls, who? Why terrified? Why spreading aggressively these false rumors? Cheated? And if this was true why would these girls work with each other? Nice girls? They found each other through cheaterreport too. What dirt?

Email # 10
Jessica Lynn <craigslistresponses3@gmail.com>
12:11 AM

07/31/18

22 September 2017

Email # 1
Jessica Lynn <craigslistresponses3@gmail.com>



Email # 2
Jessica Lynn <craigslistresponses3@gmail.com>



Email # 3

Jessica Lynn <craigslistresponses3@gmail.com>



Email # 4

Jessica Lynn <craigslistresponses3@gmail.com>

Email # 5

PHOTO
MARKED FOR SCANNING

Jessica Lynn <craigslistresponses3@gmail.com>

Email # 6

Jessica Lynn <craigslistresponses3@gmail.com>

Email # 7

PHOTO MARKED FOR SCANNING

Jessica Lynn <craigslistresponses3@gmail.com>



Email # 8
Jessica Lynn <craigslistresponses3@gmail.com>



Email # 9
Jessica Lynn <craigslistresponses3@gmail.com>



PHOTO
MARKED FOR SCANNING

Email # 10
Jessica Lynn <craigslistresponses3@gmail.com>

Email # 11
Jessica Lynn <craigslistresponses3@gmail.com>

[illegible]

[illegible]

[illegible]

Email # 12
Jessica Lynn <craigslistresponses3@gmail.com>



23 September 2017

Email # 1
Solenne Margot <solenne2017@yahoo.com> [Shannyn Poer]
12:01 AM
"Hi Jane, this isn't my real email account nor my name… we can get to our real identities later if you feel comfortable doing so. I'm one of the women who had a, shall we say, deeper cut with my experiences with Lucas. I'm a safe person to speak with and I had enough experience with the man to answer your inquiries. I'm sure there are many!
Thank you for bearing with the process of what is rapidly becoming a Lucas Murrey Support Group… we just all need to be safe and stay careful as he has proven to be retaliatory and dangerous.
Let me know what you want to know! Hell, I'll have questions as well… curious to know what other women are dealing with.
Looking forward to hearing from you,
S"
..
-S confessing that she is using a fake email and name and acting as if this is legitimate because I am dangerous. Why? Priming strangers for defamation
-S claims, bizarrely to have authoritative knowledge about me and my life that I was careful not to share everything with her because I found her mentally unstable and dangerous
-S's language is bizarre: "depper cut"?
-S falsely claims to offer strangers who know me safety before she defames me: so the psychological preparation of victims of Shannyn and others' defamation was also significant and effective, where gossip meets the actually illegal destruction of an innocent's life
-"the man" = S's hatred of men, gender sexism at play here
-"with which to speak" - so libel and slander
-"Lucas Murrey Support Group"? initiating a hate group, hate speech (gender, age, class, etc.), on a hate website
**Hate speech** is **speech** which attacks a person or group on the basis of attributes such as race, religion, ethnic origin, sexual orientation, disability, or **gender**. ... A website which uses **hate speech** may be called a **hate** site
A **hate group** is a social group that advocates and practices hatred, hostility, or violence towards members of a race, ethnicity, nation, religion, gender, gender identity, sexual orientation or any other designated sector of society
-S feigns fear and acts as if I am dangerous
-S seeks to crib more details from strangers about me to intensify the defamation

07/31/18

Are you aware Lucas has two children in Europe from two different
mothers? One of whom has a restraining order on him. He was put into
German Jail (custody) for two weeks and fled the country afterwards
and is under the impression that he can't enter the EU. He's had an
assault problem in France with another woman…"

..
-"Are you aware Lucas has two children in Europe from two different
mothers?" - I never told S this, who told her, must have been Flor,
and why is she telling this to strangers and as if this makes me a bad
person?
-"One of whom has a restraining order on him." False. Textbook
defamation.
-"He was put into German Jail (custody)" False. Textbook defamation.
-"He's had an assault problem in France with another woman…" False.
Textbook defamation. To how many people did S defame me? Cite the
"more than we could imagine" for how many.
-request documentation from shannyn of how and from whom she learned
of these defamatory comments: flor? charlotte?


Email # 5
Solenne Margot <solenne2017@yahoo.com> [Shannyn Poer]
12:47 AM
"You felt compelled to look him up because of his behavior, and came
across the Cheater Report… a while ago there were three reports on
Lucas from different women. Lucas paid to have those removed and has
since used it as a platform to defame the women he has taken issue
with or those he deems to have crossed him. Please be wary of his
retaliatory nature."

..
-S aggressively projecting why people look me up online, excluding the
possibility that it could be for professional or interested reasons
not sketchy ones, this is absurd and not why sherrie and others look
me up
-"a while ago there were three reports on Lucas from different women.
Lucas paid to have those removed and has since used it as a platform
to defame the women" - so S is well aware of cheaterreport from a
while ago, when did S first use it and post on it, against how many
men and women has she and her friends secretly attacked? What is her
evidence of this, if any? And if not, this is more defamation
-"Please be wary of his retaliatory nature." Defamation.
-S is also not answering any of the simple and direct questions that
Sherrie poses: was he ever violent with or the other women, how does S
know all this? How does S know about cheaterreport, how long did S
date me? etc.

07/31/18

1:04 AM
"Shock is normal. This isn't something one usually goes through when dating… We are all in some state of shock!"
-S priming strangers to accept her group defamation as truth; S and others playing the victim while violently destroying my life

Email # 9
Solenne Margot <solenne2017@yahoo.com> [Shannyn Poer]
1:07 AM
"Tell me some of your experience! Yes, he's cheated on all women… and for most of us, we wish we had something like Cheater Report to see as a warning and make some sense of what our gut was trying to tell us."
..
-"Tell me some of your experience!" S using cheatrereport and defamation as a means to get personal information about me that I had a right to not tell her
-"Yes, he's cheated on all women…" False. Defamation. Bizarre, psychologically ill too, so like "the man" and "this man" = polarized psyche unable to separate her sexism from her everyday experiences, here the criminal destruction of my life is the symptom
-"and for most of us, we wish we had something like Cheater Report to see as a warning and make some sense of what our gut was trying to tell us." S supports cheaterreport as a vital and noble public service to help society, in particular for people to get in touch with their secret inner spirit. You can't make this stuff up.

Email # 10
Solenne Margot <solenne2017@yahoo.com> [Shannyn Poer]
1:17 AM
"We dated for about six months. The notable abuse started around two months. The cheating was throughout (and that is about the same for all women involved, particularly regarding the cheating)."
..
-"We dated for about six months." So I thought the red flags occurred immediately?
-"The notable abuse" False. Defamation.
-"The cheating was throughout (and that is about the same for all women involved, particularly regarding the cheating)." False. Defamation? Sexism. "all women"

Email # 11
Solenne Margot <solenne2017@yahoo.com> [Shannyn Poer]
1:19 AM

07/31/18

regard to romantic relationships, I don't think he is capable of them whatsoever."

..
-"Yes, his defensiveness and peculiar social media is indeed indicative of his mental health." Defensiveness? Peculiar social media? False. Defamation? S is self-appointed judge of all social media? Mental health?
-"The man" bizarre sexist defamation again, S's mental illness
-"can't maintain a friendly relationship with other men/women" What? False. Defamation? And why does Shannyn think this is true? That she has authority to say this?
-"he has no longtime friends either." What? False. Defamation? And why does Shannyn think this is true? That she has authority to say this?
-"Everyone seems to pass through and distance themselves to a great degree when they realize his instability (this is his male friends)." What? False. Defamation? And why does Shannyn think this is true? That she has authority to say this?
-"And with regard to romantic relationships, I don't think he is capable of them whatsoever." What? False. Defamation? And why does Shannyn think this is true? That she has authority to say this?

Email # 15
Solenne Margot <solenne2017@yahoo.com> [Shannyn Poer]
1:36 AM
"That's his pattern! He is very charming and quite persistent and all will at least briefly, feel effortless. He will claim exclusivity and he will pursue you and it's all very flattering, but it's an utter sham and facade."

..
-"That's his pattern! He is very charming and quite persistent and all will at least briefly, feel effortless. He will claim exclusivity and he will pursue you and it's all very flattering, but it's an utter sham and facade." What? False. Defamation? And why does Shannyn think this is true? That she has authority to say this?

Email # 16
Solenne Margot <solenne2017@yahoo.com> [Shannyn Poer]
1:42 AM
"There are many more of us than we can imagine. But right now mainly two/three of us who went through quite a lot of trauma from him.
He told some of us immediately about his kids in Germany, of course the story he told was somewhat different and in his favor. HE was however quite candid about his jail time.
When did you two meet? I presume you met on either Bumble/Tinder?"

07/31/18

Email # 19
Solenne Margot <solenne2017@yahoo.com> [Shannyn Poer]
1:59 AM
"I'm under the impression you two aren't living together? That's where more of the issues happened. As I said, he is retaliatory and abusive, the way he channels his bitter resentment is to be seen. At the very least he will write some mean texts."

..
-"I'm under the impression you two aren't living together?" Creepy psycho secretly stalking my life to destroy it.
-"That's where more of the issues happened. As I said, he is retaliatory and abusive," False. Defamation.
-"the way he channels his bitter resentment is to be seen. At the very least he will write some mean texts." False. Defamation?

Email # 20
Solenne Margot <solenne2017@yahoo.com> [Shannyn Poer]
2:00 AM
"He can make some threats toward you as well… say he wants to sue you or something like that."

..
-"He can make some threats toward you as well… say he wants to sue you or something like that." False. Defamation?

Email # 21
Solenne Margot <solenne2017@yahoo.com> [Shannyn Poer]
2:03 AM
"Trust me, those get out sooner are better off. I've seen it otherwise. Totally understand being emotionally spent… in the meantime, take care and feel free to reach out to me if you have any questions or want to vent - anything at all!"

..
-"Trust me, those get out sooner are better off. I've seen it otherwise." What is she talking about? To whom is she referring?
-"feel free to reach out to me if you have any questions or want to vent - anything at all!" - so how long was her defamatory fly catcher open for business? First and last day/second? How many flies did she catch? Names, etc.?

29 September 2017

Jane Roberts <janeroberts2017@yahoo.com> [Sherrie Martinez]

07/31/18

PHOTO
MARKED FOR SCANNING

23 September 2017

Email # 1
Solenne Margot <solenne2017@yahoo.com> [Shannyn Poer]

Email # 2
Solenne Margot <solenne2017@yahoo.com> [Shannyn Poer]



Email # 3
Solenne Margot <solenne2017@yahoo.com> [Shannyn Poer]



Email # 4
Solenne Margot <solenne2017@yahoo.com> [Shannyn Poer]



MARKED FOR SCANNING

Email # 5
Solenne Margot <solenne2017@yahoo.com> [Shannyn Poer]

Email # 6
Solenne Margot <solenne2017@yahoo.com> [Shannyn Poer]

Certification about Lucas Murray [illegible]

solenne margot [illegible]

[illegible]

Reply Reply to All Forward More

Jane Roberts [illegible]

[illegible]

Email # 7

PHOTO
MARKED FOR SCANNING

Solenne Margot <solenne2017@yahoo.com> [Shannyn Poer]

Emails # 8-9
Solenne Margot <solenne2017@yahoo.com> [Shannyn Poer]

Email # 10

PHOTO
MARKED FOR SCANNING

Solenne Margot <solenne2017@yahoo.com> [Shannyn Poer]



Email # 11
Solenne Margot <solenne2017@yahoo.com> [Shannyn Poer]



Email # 12

Solenne Margot <solenne2017@yahoo.com> [Shannyn Poer]

Email # 13

Solenne Margot <solenne2017@yahoo.com> [Shannyn Poer]

Email # 14

Solenne Margot <solenne2017@yahoo.com> [Shannyn Poer]



PHOTO
MARKED FOR SCANNING

Clarification about Lucas Murray (56)

Jane Roberts [illegible]

[illegible]

Reply Reply to All Forward More

solenne margot [illegible]

[illegible]

Emails # 15-16
Solenne Margot <solenne2017@yahoo.com> [Shannyn Poer]

Clarification about Lucas Murray (56)

solenne margot [illegible]

[illegible]

Reply Reply to All Forward More

solenne margot [illegible]

[illegible]

Email # 17
Solenne Margot <solenne2017@yahoo.com> [Shannyn Poer]



PHOTO
MARKED FOR SCANNING

Email # 18
Solenne Margot <solenne2017@yahoo.com> [Shannyn Poer]

Emails # 19-20
Solenne Margot <solenne2017@yahoo.com> [Shannyn Poer]



Email # 21
Solenne Margot <solenne2017@yahoo.com> [Shannyn Poer]

Email # 22
Solenne Margot <solenne2017@yahoo.com> [Shannyn Poer]



PHOTO
MARKED FOR SCANNING

Emails # 23-24
Solenne Margot <solenne2017@yahoo.com> [Shannyn Poer]

Certification about Lucas Murray (56)

[illegible]

[illegible]

Sent from Yahoo Mail for iPhone

Reply Reply to All Forward More

solenne margot [illegible]

Hi

[illegible]

Sent from Yahoo Mail for iPhone

Email # 25
Solenne Margot <solenne2017@yahoo.com> [Shannyn Poer]









Clarification about Lucas Murrey (56)

Sheriff's Department

Inmate Information Center

Booking No.: 5047948 Last Name: MURREY First Name: STEWART Middle Name: LUCAS

Sex: M Race: W Date Of Birth: 06/04/1974 Age: 43 Hair: BRO Eyes: BLU Height: 600 Weight: 180

Charge Level: F (Felony)

ARREST

Arrest Date: 07/19/2017 Arrest Time: 1716 Arrest Agency: 0201 Agency Description: LASD-ELA STATION PATROL

Clarification about Lucas Murrey (56)

ARREST

Arrest Date: 07/19/2017 Arrest Time: 1716 Arrest Agency: 0201 Agency Description: LASD-ELA STATION PATROL

Date Booked: 07/19/2017 Time Booked: 1755 Booking Location: ELA Location Description: STA - EAST LOS ANGELES

BAIL

Total Bail Amount: 25,000.00 Total Hold Bail Amount: 0.00 Grand Total: 25,000.00

HOUSING LOCATION

Housing Location: -

Permanent Housing Assigned Date: 07/19/2017 Assigned Time: 1755 Visitor Status: N

Facility:

Address: City:

Public Visiting Guidelines

For County facility visiting hours, Please call (213) 473-6080 at Inmate Information Center

Address: City:
Public Visiting Guidelines
For County facility visiting hours, Please call (213) 473-6080 at Inmate Information Center
COURT
Next Court Code: Next Court Date: Next Court Time: 0000 Next Court Case:
Court Name:
Court Address: Court City:
RELEASE
CASE INFORMATION
Click on specific Case No. for detailed information

RELEASE
CASE INFORMATION

PHOTO
MARKED FOR SCANNING

Proof that DEFENDANT Shannyn Poer called and spoke to Sherrie Martinez from telephone number: 213 220 6707, her step-mother's telephone number



PHOTO
MARKED FOR SCANNING

Possible Relatives

Beverly B Poer, Charles E Poer, Kathryn E Anthony, Kathryn E Poer, Sean Charl Poer, Shannyn Poer

Kathryn Anthony

Los Angeles, CA

Get notified when there are updates for this profile!

Contact Info

(213) 220-4707

Los Angeles, CA 90013

PHOTO
MARKED FOR SCANNING

## Contact Info

[illegible]

(213) [illegible]

[illegible]

Los Angeles, CA [illegible]

[illegible]

## Court Records

**818-766-1224 | 8187661224 is a LandLine/Services phone | US ...**

https://www.usphonebook.com/818-766-1224 ▾

... owner Pacific Bell Telephone Company . The international number for this cell phone is +1 818 766 1224. Charles Poer may also go by the names Charles Stephen Poer, Chas E Poer, Charles Poer, Chas Poer. Charles Poer is related to Beverly B Poer, Charles E Poer, Kathryn E Anthony, Kathryn E Poer, Shannyn Poer ...

**Charles Poer | Whitepages**

https://www.whitepages.com/name/Charles-Poer ▾

View phone, address history, email, public records for the 150+ people named Charles Poer. Whitepages is the ... Age 49. Lives in Westport, IN. Used to live in North Vernon, IN; Wichita Falls, TX; Rapid City, SD. Related to Robert A Poer, Barbara Gail Poer, Shannon L Poer. View Full ... Kathryn Elaine Anthony. M Anthony.

**Chuck Poer | Whitepages**

https://www.whitepages.com/name/Chuck-Poer ▾

View phone, address history, email, public records for the 150+ people named Chuck Poer. Whitepages is the ... Age 49. Lives in Westport, IN. Used to live in North Vernon, IN; Wichita Falls, TX; Rapid City, SD. Related to Robert A Poer, Barbara Gail Poer, Shannon L Poer. View Full ... Kathryn Elaine Anthony. M Anthony.

**Charles Poer - Get current address, phone & more free!**

https://www.truepeoplesearch.com/find/poer/charles

Possible Relatives. Brothers, sisters, mother, father, wife, husband and exes for Charles Poer. Beverly B Poer; Charles E Poer; Kathryn E Anthony; Kathryn E Poer; Sean Charl Poer; Shannyn Poer ...

07/31/18
07/31/18

################ * Google Confidential and Proprietary * ################

GOOGLE SUBSCRIBER INFORMATION
Name: Jessica Lynn
e-Mail: craigslistresponses3@gmail.com
Recovery e-Mail: Jessicalynnauditions@gmail.com
Created on: 2013/07/24-22:52:57-UTC
Terms of Service IP: 76.94.207.66, on 2013/07/24-22:52:57-UTC
SMS: +13104630315 [US]
Google Account ID: 551690284054
Last Logins: 2016/09/11-10:16:26-UTC, 2016/07/27-03:47:03-UTC, 2016/07/27-02:30:23-UTC

################ * Google Confidential and Proprietary * ################

07/31/18

# EXHIBIT 10

October 17, 2017

To whom it may concern,

This letter is my testimony in regards to witnessing written and verbal defamation of Lucas Murrey by Shannyn Poer and Flor Edwards as outlined below:

- Allegations that Lucas physically assaults and verbally abuses women
- Allegations that Lucas has been incarcerated for threatening and physically assaulting a women named Flor Edwards with a hammer
- Allegations that Lucas Murrey intended to poison an anonymous women with rat poison during an interaction at Lake Arrowhead over a sexual encounter
- Allegations that Lucas steals from women
- Allegations that Lucas has restraining orders from multiple women in the US and Europe

The following is a more detailed account of the interactions I experienced during multiple email correspondences and a telephone call with Shannyn Poer on September 23, 2017 and September 29, 2017 respectively. As presented to the court, Shannyn Poer and I were connected by an anonymous person using the name Jessica Lynn, email address craigslistresponses3@gmail.com, after I discovered concerning allegations regarding Lucas Murrey on a website called cheaterreport.com. The proceeding email was posted online as a source for additional inquiries and details regarding the claims posted online. This website was discovered by me through a basic web search for Dr. Murrey's books online which I intended to forward to a professional colleague. The information on cheaterreport became of interest both personally and professionally as Dr. Murrey and I were engage in social and professional interactions.

As outlined in the documents presented to the court, I created the email address of janeroberts2017@yahoo.com to correspond with the anonymous sources listed, with the primary contact being Shannon Poer, whom was using the email address solenne2077@yahoo.com and telephone number (213) 220-6707. Shannon Poer identified herself to me during our phone call on 9/29/17 and also indicated that she and Flor Edwards had been in regular contact and collaborated on the postings online as well as initiating the "Lucas Murrey support Group" where they defamed Lucas to other woman and any other general contact through the website or email contact.

While requesting specific examples of inappropriate behavior by Lucas Murrey, I became increasingly concerned during my initial email correspondence with this group of women, including Shannyn Poer, after being asked to provider personal information regarding myself, online profiles, interaction with Lucas-including whether or not I was in current contact with him and being asked to meet the next day; an invitation I immediately declined but was told that other women had recently accepted. The focus of the conversation seemed to be around my current relationship with Lucas versus providing concrete examples of behavior that they deemed inappropriate or dangerous. I was not presented with any specific examples of wrong-doing by Lucas Murrey during this interaction, but instead was warned to stay away from him, that he was dangerous, that he physically, verbally, and emotionally abused women, and stole from women. Trying to determine the validity of the sources of this information, I asked Shannyn the number of women involved in this group and was told that there were "more than I

07/31/18

could imagine", but then was told that there were 2-3 actively involved in the group. This again was of great concern to me as specifics were not provided, yet Shannyn was actively participating in defaming Lucas with serious accusations both via email and multiple postings online.

As the presence of this website hindered the professional opportunities Dr. Lucas and I were developing, I brought the site to his attention and also checked to see if it was still posted during the next few weeks. This was done to determine whether this website would influence a thorough background check needed for Dr. Murrey to engage in professional activities with my employer and other professional contacts. I became increasingly concerned regarding the level of vulgar and heinous and ever bizarre accusations and threatening comments on the website, many of which directly matched the written and verbal conversations I had with Shannyn Poer and what she said of Flor Edwards and her online contributions. I once again asked for additional information from the email listed on the site.

I was called by Shannyn Poer on 9/29/17.

During that conversation Shannyn indicated that she and this group were collecting information from a variety of women, including reaching out to women Lucas had been involved with *over the last decade*. **They were doing this to intentionally harm Lucas' future reputation and prospects.** She indicated that Lucas had fathered two sons in Germany, a fact I was aware of from Lucas, but still regarded as a private matter, and that there was a woman in France whom he had physically assaulted. She also indicated that she had corresponded with Flor Edwards regarding their past relationship. The correspondence between Shannyn and Flor seemed to be very recent and ongoing, as Shannyn shared details of how Lucas had to contact CPS to make sure that Flor's nephew Patrick Edwards was not being abused or neglected. Shannyn claimed that Patrick was doing well, however, the fact that she would share these details with me seemed alarming, as she seemed to have no knowledge of experience of Patrick and was in fact using this eight year-old boy only as a way to further defame Lucas. It is my understanding that the ongoing CPS investigation is based on legitimate concerns by CPS, as Flor and her family were part of a cult called The Children of God, directly tied to child physical and sexual abuse.

She also indicated that Flor Edwards indicated that Lucas had threatened and assaulted her with a hammer, also destroying her property. Shannyn tried to direct me to a website to find the police report, giving me step by step instructions on how to access the information. I indicated that I did not need to look into the matter further. However, after our call, Shannyn forwarded me a screenshot that showed incomplete information from that portal, making it look as though Lucas had been arrested and/or for a felony charge. There was no mention that he was in fact never charged with breaking any law, much less assaulting a woman or any other of the outlandish crimes Flor Edwards claimed.

Shannyn also indicated that Lucas had a Narcissistic personality disorder and shouldn't be trusted.

When asking for concrete examples of inappropriate behavior, Shannyn also indicated that a woman had reported to her that Lucas may have been using rat poison in a threatening manner. It was implied that Lucas would poison or otherwise harm a woman in this manner if she decided not to have sex with him. This statement was of great concern to me, as it implied Lucas would potentially inflict serious harm on a woman.

07/31/18

Additional information was given regarding Shannyn and Lucas' relationship, including that they lived together and that she kicked him out after 5 months. She indicated that they have not been in direct correspondence since, but that she intended for the cheaterreport profile to remain up.

It is my opinion and experience that the inappropriate defamation being disseminated by Shannyn Poer and Flor Edwards (as well as a 3rd source whom may well be Jessica Lynn) has already and will continue to seriously hinder Lucas' current professional opportunities and should be considered unsupported and stopped by the court.

Sincerely,

Sherrie Martinez

07/31/18

Dear Judge Christian,

In response to the declaration submitted by Flor Edwards in case number 17PSRO00546, this letter outlines the facts in regards to her false accusations regarding me both personally and professionally. This declaration also outlines the events between October 2017 through November 2017 during which time Flor Edwards repeatedly defames me, online and through other written material, after learning my identity through court proceedings on October 18, 2017:

**August 2017:** I met Stewart Lucas Murrey. Over August and September, we established a personal and profession relationship where I intended to introduce Dr. Murrey and his work to my professional colleagues.

**September 2017:** Through a basic google search for Dr. Murrey's books, I found concerning comments regarding Dr. Stewart Lucas Murrey on a site called cheaterreport.com. I contacted, via email, someone who posted an email address on this website for anyone, not just me, seeking to understand the very concerning comments publically posted about Dr. Murrey, i.e. to learn more regarding the accusations printed online. A detailed account of this interaction can be found in my statement from October 17, 2017. In contract to Flor Edward's claims, **Dr. Murrey did not ask me to make contact with this group of women, including Flor Edwards, Shannyn Poer, and Jessica Lynn, nor did he influence me in any capacity regarding this matter.**

After concluding that the information online and via telephone and text were seriously defaming in nature, I brought the online postings to Dr. Murrey's attention as I believed they would seriously hinder any professional opportunities he was exploring.

In her open statement and declaration to the court, Flor Edwards repeatedly states that I am using my professional status to make false claims regarding her nephew's well-being and am working with Stewart Lucas Murrey to take away this child from her family. This is unfounded as my statement from October 17, 2017 actually outline my discussion with another woman whom states she had been in contact with Flor Edwards. My statement indicates that I am very concerned regarding the details given to me by that woman, after her communication with Flor Edwards, as it seemed very inappropriate to share this type of information in an attempt to defame Stewart Lucas Murrey to multiple people and the public in general. With regards to the CPS investigation mentioned by Flor Edwards, I was not involved in the report and my statement indicated that, at the time the statement was written, I knew it to be ongoing.

In late August 2017, I did notify Stewart Lucas Murrey that if there were concerns regarding this child's well-being, and the family voluntarily elected to have him evaluated at UCLA, with appropriate permissions for care waivers signed, I'd be able to facilitate a scholarship for care within the UCLA Child Psychiatry Division. These programs include everything from family therapy, children's groups on how to make and keep friends, appropriate parenting and conflict resolution styles, educational evaluations, as well as many others world renowned evidence-based programs. It was my understanding that the family may be of limited financial means and if an evaluation or program was deemed appropriate, this could be of great benefit to both the

OCT/31/18

family and the child. While I do have advance degrees in Education and Psychology, I am not a child psychiatrist, nor am I involved in the clinical components of medical care as Flor Edwards falsely and repeatedly claims I use to harm others. I have not lied to the court in any capacity and have not used my professional position to help steal or otherwise take this child away from his caregivers.

At no time did I use my professional credentials, education, place of employment, or professional experience to identify myself to Flor Edwards or to the court. I believe this is why Flor Edwards completely fails to understand and misrepresents my profession in the statements she used to defame me online, to my employer, and submissions to the court. After she and Stewart Lucas Murrey exchanged all potential evidence to be used in a small claims case at the Santa Monica Courthouse, including my written statement (which was not officially used in that hearing nor was a called as a witness for court proceedings), on October 18, 2017, Flor Edwards used this privileged information to search my name online and found my LinkedIn and other social media profiles, including repeatedly looking at my Instagram profile and "liking" my pictures from past years.

This last point deserves special attention because of the timing when Flor Edwards "liked" my Instagram post—as recently as a few weeks ago. I'm sure if she is taking a close look at pictures I am posted from years ago that it is likely that she has no restraint with her stalking of my life in the present and future.

She then started to use this information, including taking my personal pictures from these sites, to defame me to the public on the site cheaterreport.com. These postings are included here. The evidence for her behavior, as presented in the attached documents, after learning my identity, is in direct contradiction to the claims Flor Edwards makes to the court, including:

"I have not stalked nor harassed any witnesses of Mr. Murrey. I simply wished his witness 'good luck' outside the courthouse on 10/18/17. I have no desire to engage with Ms. Martinez and would prefer she be kept out of this" and

"I wished Ms. Martinez 'good luck with that man.' Nile Fields, the server who served Mr. Murrey, did not say a word to Ms. Martinez, as she falsely claims in her letter to the court."

Flor Edwards, and the man she identified as Nile Fields, did in fact yell at me after court from their car, a black Toyota Prius, on 10/18/17 while leaving the parking lot. This happened after I appropriately served Flor Edwards on behalf of Stewart Lucas Murrey, after whom she immediately screamed profanities before turning her anger to me when she yelled at me from across the Santa Monica Court parking lot while he went to move his car. I was asked by Nile Fields if I could take a packet of papers for Stewart Lucas Murrey, to whom I indicated I could not do so, as I was following the legal procedure.

Since Flor Edwards accuses me of a serious crime within her posting about me online, as well as to my employer, including statements that I lied to the court, and am acting as a "phony UCLA psychiatrist", as an assertion of fact, constituting libel as outlined by California State Law, I contacted a lawyer for a cease and desist letter. Since Flor Edwards has not complied with the terms of this letter, I have since filed a small claim defamation case against Flor Edwards as she

07/31/18

has harmed my professional and personal reputation i.e. damages that go well beyond $9,999.99. A copy of that court case is included in the attached documents.

I have never knowingly been in contact with Flor Edwards, her employer(s), or her family outside of court proceedings. I am willing to provide more information as deemed necessary by the court.

Sincerely,

Sherrie Martinez

07/31/18

MR. MURREY: WHO ARE YOU TALKING ABOUT?

THE COURT: SHE.

MR. MURREY: SHANNYN?

THE COURT: THE RESPONDENT.

MR. MURREY: DON'T --

THE COURT: SIR, YOU CAN'T INTERRUPT ME. ALL RIGHT. SHE SAID THAT SHE DID NOT WANT ANYONE TO DISCLOSE THAT SHE HAD TALKED -- HAD DISCLOSED THIS INFORMATION TO SHERRIE MARTINEZ.

MR. MURREY: BECAUSE SHE DIDN'T WANT TO GET CAUGHT.

THE BAILIFF: SIR.

THE COURT: SIR, YOU CAN'T INTERRUPT. AND SO, I SIMPLY DO NOT FIND THAT THIS ARISES TO THE LEVEL OF DISTURBING THE PEACE. I DON'T FIND THAT THE ELEMENTS HAVE BEEN MET. AND, YOU KNOW, IS IT DEFAMATION IF NOT TRUE? YES. BUT THAT BELONGS IN A DIFFERENT COURT, DIFFERENT PROCEEDING, NOT IN A DOMESTIC VIOLENCE COURT, NOT ALL DEFAMATION IS DOMESTIC VIOLENCE OR ABUSE WITHIN THE MEANING OF THE DOMESTIC VIOLENCE PROTECTION ACT.

SO THE MATTER IS DISMISSED.

ANY -- WERE THERE TEMPORARY ORDERS ISSUED?

MR. FELDMAN: NO.

THE COURT: MATTER IS DISMISSED.

MR. MURREY: COULD I ALSO HAVE THE OTHER MATTER DISMISSED? SHE'S TRYING TO RETALIATE WITH A RESTRAINING ORDER AGAINST ME. I HAVE NO CONTACT WITH THIS WOMAN --

07/31/19

THE COURT: ARE YOU INCLINED TO DISMISS THAT MATTER JUST TO CLEAN THINGS UP AND TO MOVE FORWARD? THERE WERE NO ORDERS ISSUED IN THAT CASE EITHER.

MR. MURREY: IT WAS JUST RETALIATION, AND I AGREE IT'S --

MR. FELDMAN: YEAH, WE'LL CONSIDER THAT, YOUR HONOR. WE'RE NOT PREPARED TO DISMISS THAT.

MR. MURREY: I MOVE FOR THAT TO BE DISMISSED. THIS IS RIDICULOUS. SHE HAS NO CASE, NO EVIDENCE.

MR. FELDMAN: NOT AT THIS TIME, YOUR HONOR.

MR. MURREY: IT HAS TO BE DISMISSED.

THE COURT: IT VERY WELL MAY BE, SIR, BUT IT'S NOT EVEN ON CALENDAR TODAY.

MR. MURREY: OKAY. COULD YOU THROW IT OUT?

THE COURT: WHAT?

MR. MURREY: COULD YOU THROW IT OUT IN THE FUTURE?

THE COURT: SIR, LOOK, NO ORDERS WERE ISSUED.

OKAY. GOOD LUCK, EVERYONE.

(PROCEEDINGS ADJOURNED.)

THE WITNESS: SHERRIE MARTINEZ, S-H-E-R-R-I-E M-A-R-T-I-N-E-Z.

THE COURT: MA'AM, PLEASE TAKE THE WITNESS STAND. THANK YOU.

SIR, YOU MAY PROCEED.

SHERRIE MARTINEZ,

CALLED AS A WITNESS BY THE PETITIONER, WAS EXAMINED AND TESTIFIED AS FOLLOWS:

DIRECT EXAMINATION

BY MR. MURREY:

Q WOULD YOU BE SO KIND TO EXPLAIN HOW YOU CAME INTO CONTACT WITH SHANNYN POER AND THE OTHER PEOPLE THAT SHE WAS WORKING WITH?

A YES. SO AS I STATED IN THE STATEMENT THAT I ALREADY SUBMITTED TO THE COURT, LUCAS AND I HAD ENGAGED IN A PROFESSIONAL AND SOCIAL RELATIONSHIP. I INTENDED TO FORWARD HIS DOSSIER TO SOME OF MY COLLEAGUES, AND IN A QUICK GOOGLE SEARCH ONLINE I CAME --

THE COURT: IT SAYS "LUCAS."

MR. MURREY: STEWART LUCAS MURREY. I GO BY "LUCAS."

THE COURT: OH, YOU DO? OKAY. I DIDN'T KNOW THAT.

OKAY. THANK YOU. SO YOU HAD A PROFESSIONAL RELATIONSHIP WITH THE PETITIONER?

07/31/18

THE WITNESS: ALSO A SOCIAL RELATIONSHIP.

THE COURT: AND A SOCIAL. THANK YOU.

OKAY. GO AHEAD, SIR.

Q BY MR. MURREY: IF YOU COULD CONTINUE, PLEASE.

A SURE. SO WHEN I -- BEFORE FORWARDING HIS INFORMATION, AND I WAS LOOKING UP HIS BOOKS ONLINE, I CAME ACROSS A WEBSITE CALLED CHEATERREPORT.COM. IT HAD SOME PRETTY --

THE COURT: CHEATERREPORT.COM?

THE WITNESS: YES.

THE COURT: OKAY. THANK YOU.

THE WITNESS: IT WAS ONE OF THE TOP WEBSITES ON THE GOOGLE REPORT, SO I CLICKED ON IT BEFORE KIND OF PUTTING MY REPUTATION ON THE LINE, TO SEE WHAT WAS ON THERE.

I LOOKED AT IT AND IT HAD SOME PRETTY CONCERNING COMMENTS. SO THERE WAS A -- THERE WAS AN E-MAIL ADDRESS ON THAT SITE TO CONTACT IF I HAD ADDITIONAL CONCERNS, WHICH I DID AT THE TIME. SO I DID THAT.

THE PERSON THAT I CONTACTED IS -- IT'S IN THE STATEMENT, I BELIEVE, THAT -- THAT E-MAIL ADDRESS.

Q BY MR. MURREY: EXCUSE ME. COULD I JUST --

A SURE.

Q -- BECAUSE THE EVIDENCE WAS NECESSARILY SO ABSTRACTING, BECAUSE I DIDN'T NAME YOU, HE'S ASKING US TO SORT OF REPRESENT IT AND START FROM SCRATCH.

07/31/18

A OKAY. SO --

MR. FELDMAN: OBJECTION; CALLS FOR A NARRATIVE.

THE COURT: ASK YOUR NEXT QUESTION. SUSTAINED.

Q BY MR. MURREY: IF YOU CAN CONTINUE YOUR DESCRIPTION OF HOW YOU CAME IN CONTACT WITH A SHANNYN POER, WHAT SHE --

A ABSOLUTELY. A PERSON FROM CHEATERREPORT.COM PUT ME IN CONTACT WITH SHANNYN POER. WE HAD AN E-MAIL EXCHANGE.

MR. FELDMAN: OBJECTION; HEARSAY; AND LACK OF FOUNDATION AS TO CONTACT WITH SHANNYN POER.

THE COURT: SUSTAINED. THE CONCLUSION THAT THE PERSON THAT SHE CONTACTED WAS SHANNYN POER IS SUSTAINED.

MR. MURREY: SHE WILL GET THERE. I'M SORRY ABOUT THAT.

THE WITNESS: ON A PHONE CALL SHANNYN IDENTIFIED HERSELF AS SHANNYN POER. THAT WAS AFTER E-MAIL EXCHANGES AND -- ORIGINALLY E-MAIL EXCHANGES AND THEN WE HAD A TELEPHONE CALL WHERE SHE IDENTIFIED HERSELF AS SHANNYN POER.

THE COURT: WHAT DATE, MA'AM?

THE WITNESS: IS IT OKAY IF I REFERENCE THE STATEMENTS? BECAUSE I DON'T WANT TO MAKE A MISTAKE.

THE COURT: IF YOU NEED TO LOOK AT SOMETHING TO REFRESH YOUR RECOLLECTION, YOU MAY. JUST TELL US EXACTLY WHAT YOU'RE LOOKING AT AND THE PAGE AND A LINE.

MR. MURREY: SHE SUBMITTED A STATEMENT WITH THE

07/31/18

ORIGINAL DOCUMENTATION. I THINK THAT WAS --

THE WITNESS: I'M LOOKING AT A STATEMENT THAT I WROTE ON OCTOBER 17 FOR STEWART LUCAS MURREY. THE TELEPHONE CALL WAS ON 9-29-17.

THE COURT: 9-29-17 --

THE WITNESS: THAT'S CORRECT.

THE COURT: -- WAS THE DATE OF THE PHONE CALL?

THE WITNESS: THAT'S CORRECT.

THE COURT: AND YOU SPOKE WITH SOMEONE WITH A FEMALE VOICE, I'M TAKING IT?

THE WITNESS: THAT IS CORRECT.

THE COURT: DID THEY TELL YOU WHO THEY WERE?

THE WITNESS: YES. SHANNYN IDENTIFIED HERSELF ON THAT CALL.

THE COURT: AS WHAT? HOW DID -- WHAT DID SHE IDENTIFY --

THE WITNESS: SHANNYN POER.

THE COURT: DID SHE SPELL THE NAME OR JUST SAID IT?

THE WITNESS: SHE DID NOT. SHE JUST SAID IT AT THE END OF THE CALL.

THE COURT: DID YOU KNOW HER BEFORE?

THE WITNESS: I DID NOT.

THE COURT: CONTINUE, SIR.

Q BY MR. MURREY: CAN YOU TELL US, DID YOU RECEIVE ANY TEXT MESSAGES FROM HER, ALONG WITH THE PHONE CALLS AND E-MAILS?

07/31/18

A --DURING THAT CALL, SHE TOLD ME HOW TO LOOK UP AN ARREST OR SHE TOLD ME THAT STEWART LUCAS MURREY HAD BEEN ARRESTED FOR DOMESTIC VIOLENCE AND CHARGES WERE BROUGHT AGAINST HIM FOR THAT.

AFTER THAT CALL, DIRECTLY AFTER THAT CALL, AT THE E-MAIL ADDRESS THAT WE HAD CORRESPONDED WITH EACH OTHER ON -- BEFORE THE TELEPHONE CALL, SHE SENT ME A SCREEN SHOT OF THAT ARREST.

Q WAS THAT ARREST EVIDENCE OF AN ACTUAL -- ACTUAL CHARGES BEING BROUGHT AGAINST ME?

A NO.

Q BUT THAT'S WHAT SHE CLAIMED?

A YES.

Q SO SHE WAS IMPLYING --

THE COURT: I'M SORRY. I MISSED THE LAST QUESTION AND ANSWER. COULD I HAVE IT READ BACK, PLEASE.

(RECORD READ.)

MR. MURREY: THE POINT WAS SHE WAS MISREPRESENTING.

THE COURT: SHE DOESN'T KNOW THAT. ALL SHE CAN SAY IS SHE -- SHE CLAIMED THAT YOU HAD BEEN ARRESTED FOR DOMESTIC VIOLENCE, SO THAT PART OF THE ANSWER WILL REMAIN.

Q BY MR. MURREY: WELL, DO YOU KNOW THAT -- DO YOU KNOW THE ANSWER TO THAT QUESTION, BECAUSE SUBSEQUENTLY WE'VE INVESTIGATED THE REALITY, AND THERE'S DOCUMENTATION

07/31/18

THAT PROVES THAT IT'S ACTUALLY NOT THE WAY SHANNYN WAS PRESENTING IT TO YOU.

MR. FELDMAN: OBJECTION; LEADING.

THE COURT: SUSTAINED. AND IT ALSO SEEMS TO CALL FOR A CONCLUSION.

Q BY MR. MURREY: SO SHANNYN WAS PRESENTING IMAGES OF AN ARREST RECORD TO YOU AS IF I WAS A CONVICTED FELON?

A THAT'S CORRECT.

Q AND LATER ON WHEN YOU NATURALLY WANTED --

THE COURT: I'M SORRY. SHE SAID SHE HAD ARREST RECORDS? I MISSED WHAT YOU SAID.

THE WITNESS: SHE -- SHE ASKED ME IF I WANTED TO BE LED THROUGH HOW TO LOOK UP ARREST -- ARREST RECORDS FOR STEWART. I -- AT THE TIME, SHE SAID YOU CAN GO TO THIS WEBSITE AND DO THIS AND CLICK THAT. I SAID I'M NOT IN FRONT OF A COMPUTER. THAT'S NOT SOMETHING I'M INTERESTED IN.

AFTER THE CALL ENDED, SHE SENT ME A SCREEN SHOT OF THAT INFORMATION WHERE SHE HAD SAID THAT HE HAD BEEN ARRESTED FOR DOMESTIC VIOLENCE.

Q BY MR. MURREY: WAS SHE ALSO IMPLYING THAT I WAS CHARGED FOR THOSE ACTIONS?

A YES, I BELIEVE SO.

Q YES?

MR. FELDMAN: WELL, OBJECTION; NONRESPONSIVE.

Q BY MR. MURREY: DID SHANNYN SAY SHE WAS --

THE COURT: SUSTAINED.

MR. MURREY: WHAT I'M TRYING TO ESTABLISH, YOUR HONOR, IS SIMPLY THAT SHE WAS INTENTIONALLY MISS --

THE COURT: OKAY. JUST ASK HER.

Q BY MR. MURREY: WAS SHANNYN IN TOUCH WITH ANYONE ELSE?

A SHE DID INDICATE THAT SHE WAS IN TOUCH WITH MANY WOMEN.

Q ANYONE IN PARTICULAR?

A SHE INDICATED THAT SHE WAS IN TOUCH WITH FLOR EDWARDS.

THE COURT: I'M SORRY WITH WHO?

THE WITNESS: FLOR EDWARDS.

Q BY MR. MURREY: AND WHAT WAS HER RELATIONSHIP WITH FLOR EDWARD?

A I DON'T KNOW THEIR PERSONAL RELATIONSHIP, BUT I DO KNOW THAT THEY WERE TALKING ABOUT THE STEWART OR -- AT THAT TIME I KNEW HIM AS LUCAS -- SO LUCAS MURREY SUPPORT GROUP, AS WHAT SHE CALLED IT; THAT THEY WOULD GET TOGETHER OR TALK TO OTHER WOMEN ABOUT LUCAS AND WARN THEM THAT HE WAS DANGEROUS.

Q BY MR. MURREY: DID SHANNYN CONFESS THAT SHE WAS BEHIND MANY OF IT -- IF NOT ALL -- OF THE ONLINE POSTINGS?

A SHANNYN INDICATED THAT SHE -- I'M SORRY.

MAY I REFERENCE MY STATEMENT?

THE COURT: YES, MA'AM. JUST REFER TO EXACTLY WHERE YOU'RE LOOKING.

THE WITNESS: I'M LOOKING AT THE SAME STATEMENT THAT I WROTE ON OCTOBER 17, 2017.

THE COURT: IS THERE A PAGE NUMBER? IS IT JUST ONE PAGE? IT'S JUST ONE PAGE?

THE WITNESS: IT'S TWO PAGES.

THE COURT: WHICH PAGE ARE YOU LOOKING AT, MA'AM?

THE WITNESS: CURRENTLY I'M LOOKING AT PAGE 1, BUT I MAY ALSO LOOK AT PAGE 2.

THE COURT: ALL RIGHT. WHILE WE'RE WAITING FOR THAT, SIR, I JUST WANT TO MOVE THINGS AHEAD AS QUICKLY AS WE CAN.

MR. MURREY: I JUST HAVE --

THE COURT: HOLD ON, HOLD ON. I JUST WANT TO ASK YOU A QUESTION.

MR. MURREY: PLEASE.

THE COURT: I JUST WANT TO GET THROUGH THIS AS QUICKLY AS WE CAN.

WHAT IS YOUR RELATIONSHIP TO THE RESPONDENT?

MR. MURREY: WE DATED BRIEFLY IN LATE 2016; AND SINCE THAT TIME I HAVE HAD NO CONTACT WITH HER WHILE SHE'S BEEN HARASSING -- STALKING, HARASSING AND DEFAMING ME.

THE COURT: WHEN IS THE LAST TIME -- SIR, JUST TRY TO ANSWER THE QUESTION. DON'T ADD ADDITIONAL TIME.

WHEN IS THE LAST TIME YOU SAW HER?

07/31/18

MR. MURREY: I THINK IT MUST HAVE BEEN NOVEMBER, NOVEMBER OF 2016.

THE COURT: NOVEMBER 2016. OKAY. AND WHEN DID YOU FIRST HEAR THAT -- SOMETHING ABOUT YOU HAD BEEN POSTED ON THE INTERNET, YOU KNOW, ALLEGING THAT MAYBE YOU HAD BEEN ARRESTED FOR DOMESTIC VIOLENCE? WHEN DID YOU FIRST HEAR ABOUT THAT?

MR. MURREY: I ACTUALLY WAS AWARE THAT I WAS BEING HARASSED AND STALKED ONLINE THROUGHOUT 2017, WITH SERIOUS SUSPICIONS THAT IT WAS SHANNYN POER. HOWEVER, AFTER SO MANY JOBS --

THE COURT: SIR, WHEN DID YOU FIRST LEARN THAT ANYONE MADE A CLAIM THAT YOU HAD BEEN ARRESTED FOR DOMESTIC VIOLENCE?

MR. MURREY: JANUARY 2017.

THE COURT: JANUARY.

MR. MURREY: OH, WAIT, FOR DOMESTIC VIOLENCE -- YEAH, SO IT WAS KIND OF GARBLED, BUT THE MOST EXPLICIT VERSION OF THAT WAS PROBABLY A COUPLE MONTHS AGO, OR A MONTH AGO, I'D SAY.

THE COURT: SO IN OCTOBER OR SEPTEMBER?

MR. MURREY: I'D SAY SEPTEMBER.

THE COURT: SO, MA'AM, WERE YOU READY?

THE WITNESS: MAY I ASK THAT THE QUESTION BE REREAD TO ME?

THE COURT: OKAY. CAN YOU REREAD THE QUESTION?

(RECORD READ.)

THE WITNESS: SHE DID NOT SAY THAT SHE WAS BEHIND ALL OF IT, BUT SHE DID SAY SHE HAD POSTED ON THE SITE AND THAT SHE HAD WISHED SHE HAD HAD SOMETHING SIMILAR WHEN SHE WAS DATING LUCAS.

MR. MURREY: I JUST HAVE A FEW MORE QUESTIONS, YOUR HONOR.

THE COURT: YES. DID SHE INDICATE THAT OTHER PEOPLE HAD POSTED ON THE SITE, TOO?

THE WITNESS: SHE INDICATED THAT FLOR EDWARDS HAD ALSO POSTED ON THE SITE.

Q BY MR. MURREY: AND THERE WAS ANOTHER --

A AND JESSICA LYNN.

Q JESSICA LYNN.

A AND I DO NOT KNOW ANY OF THESE WOMEN.

MR. MURREY: TWO MORE QUICK QUESTIONS.

THE COURT: JUST OUT OF CURIOSITY, HOW DO YOU REMEMBER THE NAMES THAT SHE --

A I HAVE THEM IN MY STATEMENT.

THE COURT: YOU WROTE THEM DOWN?

THE WITNESS: YES.

MR. MURREY: TWO MORE QUICK QUESTIONS, AND I'LL BE DONE.

Q WE DID TRY TO KEEP YOUR NAME OUT OF THE

07/31/18

REPORT --

AND I'M SORRY FOR THAT, YOUR HONOR.

-- WHEN I FILED THE RESTRAINING ORDER, CAUSE IT SEEMED LIKE AN UNUSUAL CASE. WHEN YOU DID COME FORWARD AND PRESENT YOUR NAME AND SHANNYN AND FLOR HAD ACCESS TO IT, DID THEY ATTACK YOU IN ANY WAY ONLINE ON THIS VERY SAME WEBSITE?

A YES. TWO POSTS WERE THEN POSTED ON CHEATERREPORT.COM.

Q AFTER YOU SERVED SHANNYN POER PAPERS?

A THAT IS CORRECT.

Q AND ON THOSE POSTINGS, DO THEY REFER TO YOU AS BEING -- DO THEY ATTACK YOU FOR LEGALLY SERVING THE COURT PAPERS?

A THEY DO.

MR. FELDMAN: OBJECTION. USE OF THE WORD "THEY," LACK OF FOUNDATION.

THE COURT: SUSTAINED.

Q BY MR. MURREY: DID SHANNYN POER AND FLOR EDWARDS ATTACK YOU AFTER SERVING THE PAPERS ONLINE?

A IT IS MY BELIEF THAT THEY DID. I'VE SINCE HAD A CEASE AND DESIST.

THE COURT: MA'AM, I'M GOING TO SUSTAIN THE OBJECTION. WE'RE NOT GOING INTO YOUR BELIEF.

THE WITNESS: YEAH.

THE COURT: IF YOU'RE GOING TO SAY SOMETHING, I

07/31/18

NEED TO KNOW WHAT THE EVIDENCE IS.

MR. MURREY: THAT IS THE THREE PAPERS I WANT TO SUBMIT TODAY.

THE COURT: ALL RIGHT.

MR. MURREY: DO I GIVE THESE TO THE --

THE COURT: LET'S MARK THEM AS EXHIBITS, THEN. WHY DON'T YOU MARK THEM AS PETITIONER'S -- EACH ONE INDIVIDUALLY -- 1, 2 AND 3. TELL US THE DATES. TELL ME THE DATE THAT'S ON 1, 2 AND 3.

SO WHAT IS THE DATE ON ONE? JUST GIVE THEM TO ME, SIR. JUST GIVE THE EXHIBITS TO ME.

ALL RIGHT. SO WE'LL MARK AS EXHIBIT 1 -- I'M NOT ACTUALLY QUITE SURE WHAT THIS IS. IT LOOKS LIKE -- LIKE A SCREEN SHOT.

MR. MURREY: IT'S A SCREEN SHOT.

THE COURT: AND I DON'T THINK IT HAS A DATE, BUT THE FIRST -- FIRST WORDS ARE "THE WAY SHANNYN POER." OKAY. SO THAT WILL BE 1. IS THIS A CONTINUANCE, THE SECOND PAGE IS A CONTINUANCE?

MR. MURREY: IT'S A CONTINUATION.

THE COURT: SO THAT WILL BE EXHIBIT 1, AND I'M GOING TO PUT PAGE 1, AND THEN THE FOLLOWING PAGE, EXHIBIT 1 -- ACTUALLY, IT WOULD BE PAGE 3; RIGHT?

MR. MURREY: I'M SORRY, YOUR HONOR, THERE IS ONE MORE PAGE, BUT IF I COULD JUST ADD THAT -- I'M SORRY. I DIDN'T KNOW I WAS GOING TO HAVE TO PARE IT DOWN.

07/31/18

THE COURT: WELL, IF IT'S NOT RELEVANT, YOU DON'T HAVE TO INCLUDE IT.

MR. MURREY: HERE'S THIS ONE.

THE COURT: I HAVE THAT. IT'S FRONT AND BACK. OKAY. SO --

MR. MURREY: THERE'S A DIFFERENCE.

THE COURT: EXHIBIT 1, PAGE -- EXHIBIT 1.

MR. MURREY: THIS IS A DIFFERENT --

THE COURT: -- PAGE 3. IT'S DIFFERENT?

MR. MURREY: YEAH.

THE WITNESS: THERE ARE TWO POSTINGS.

THE COURT: IT LOOKS THE SAME, KIND OF LOOKS THE SAME.

MR. MURREY: DOES IT START WITH "UNFORTUNATELY"?

THE COURT: NO. "FOR A WOMAN WHO PRETENDS TO HAVE BEST INTEREST OF CHILDREN IN MIND."

MR. MURREY: THIS IS THE VERY LAST PAGE.

THE COURT: OKAY. I'M NOT SURE IF IT'S IDENTICAL. IT COULD BE. SO THAT WILL BE EXHIBIT 1, PAGE -- PAGE 3, PAGE 4.

MR. FELDMAN: YOUR HONOR, IS THIS DOCUMENT HERE 3 AND 4?

THE COURT: I THINK THAT THEY'RE THE SAME -- I MARKED EXHIBIT 1, PAGE 3 --

MR. FELDMAN: OKAY.

THE COURT: -- IS THE BACK SIDE OF EXHIBIT 1. OH,

07/31/18

YOU KNOW, I'M SORRY, THAT SHOULD BE PAGE 4 AND THEN THE NEXT ONE SHOULD BE PAGE 5. BUT IT LOOKS LIKE PAGE 4 AND 5 LOOKS IDENTICAL TO ME, MAYBE THEY'RE NOT.

(WHEREUPON, PETITIONER'S EXHIBIT 1 WAS MARKED FOR IDENTIFICATION.)

MR. MURREY: THEY WERE THE SAME POSTING WITH THE SAME PICTURE ONLINE.

THE COURT: IT'S THE SAME PICTURE, BUT THE TEXT LOOKS, AT LEAST THE -- IT LOOKS LIKE IT'S THE SAME.

MR. MURREY: WOULD THE JUDGE LIKE A COPY OF HER STATEMENT THAT SHE WAS READING FROM?

THE COURT: NO. AND THEN THERE'S A DOCUMENT THAT SAYS HERE'S --

MR. MURREY: IT SAYS CEASE AND DESIST.

THE COURT: -- DAY LAW FIRM DATED NOVEMBER 7, 2017. I'LL MARK THAT AS EXHIBIT 2.

MR. MURREY: OKAY.

(WHEREUPON, PETITIONER'S EXHIBIT 2 WAS MARKED FOR IDENTIFICATION.)

THE COURT: OKAY. THANK YOU, SIR. YOU MAY CONTINUE.

Q BY MR. MURREY: ONE FINAL QUESTION. WAS IT

07/31/18

THE INTENTION --

THE COURT: DID YOU WANT HER TO LOOK AT THESE?

THE WITNESS: I'VE SEEN THEM ENOUGH.

THE COURT: RIGHT NOW THE EXHIBITS ARE NOT IN EVIDENCE; THEY'VE JUST BEEN MARKED.

MR. MURREY: GOT TO.

Q DID SHANNYN TALK ABOUT HOW IT WAS IMPORTANT TO KEEP HER IDENTITY UNDISCLOSED SO THAT SHE COULD --

THE COURT REPORTER: I'M SORRY. CAN YOU REPEAT THAT?

MR. MURREY: DID SHANNYN --

MR. FELDMAN: OBJECTION; LEADING.

THE COURT: SUSTAINED.

Q BY MR. MURREY: OKAY. DID SHANNYN EVER CONFESS THAT SHE WANTED YOU TO KEEP HER IDENTITY SECRET BECAUSE THAT WOULD BLOW THIS OPERATION?

A YES.

MR. FELDMAN: OBJECTION; LEADING.

THE WITNESS: WHAT I CAN SAY --

MR. MURREY: THAT'S A FACT.

THE COURT: SIR. OVERRULED.

THE WITNESS: WHAT I CAN STATE IS THAT SHANNYN ASKED ME TO MAKE SURE THAT YOU DID NOT RECEIVE ANY INFORMATION ABOUT WHAT SHE WAS TALKING TO ME ABOUT OR POSTING ONLINE.

MR. MURREY: THANK YOU.

07/31/18

ROMANTIC CONTEXT?

Q BY MR. FELDMAN: AND SO THIS WEBSITE THAT YOU CAME ACROSS, CHEATERREPORT.COM --

A UH-HUH, CORRECT.

Q -- WOULD YOU AGREE IT APPEARED TO BE A WEBSITE POSTING WARNINGS ABOUT MR. MURREY?

A IT HAD WARNINGS, BUT IT ALSO HAD THINGS THAT IN MY -- OR THAT SEEMED LIKE DEFAMATION AND SERIOUS CONCERNS.

Q AND THE DEFAMATION THAT YOU'RE TALKING ABOUT?

A STD'S WOULD BE THE PRIMARY.

Q SO THE DEFAMATION THAT YOU'RE TALKING ABOUT REGARDED STD'S AND ALSO PROCLIVITY FOR VIOLENCE BY MR. MURREY?

A I'D HAVE TO REVIEW THE WEBSITE AGAIN, TO BE VERY HONEST. I HAVE NOT REVIEWED IT FOR SOME TIME, SO I CAN'T SPEAK TO THAT.

Q WHEN YOU SAID YOU HAD CONCERNS ABOUT WHAT WAS ON THAT WEBSITE, WHAT WAS IT THAT GAVE YOU CONCERNS?

A MY CONCERN IS THAT MY PROFESSIONAL COLLEAGUES WOULD GOOGLE DR. MURREY'S BOOKS AND COME ACROSS THIS WEBSITE.

Q WHAT ABOUT THE WEBSITE WAS CONCERNING?

A FOR ME THE FACT THAT IT WAS THERE, AND IT SPOKE TO THE FACT THAT HE WAS -- I BELIEVE THAT IT SAID SOMETHING ABOUT CON ARTIST, THOSE KINDS OF WORDS. I THINK

THAT IF I WERE TO FORWARD HIS INFORMATION TO A PROFESSIONAL COLLEAGUE, THEY WOULD FIND THAT CONCERNING. THAT'S WHY I WANTED TO FIND OUT MORE BEFORE FORWARDING HIS PROFESSIONAL -- TO MY PROFESSIONAL CONTACT.

Q DID THE WEBSITE EXPLAIN WHY IT WAS CALLED CHEATERREPORT.COM?

A I CANNOT SPEAK TO THAT. I DID NOT GO TO THAT LENGTH OF -- I'M SORRY. CAN YOU REPHRASE THE QUESTION?

Q DID ANYTHING IN THE WEBSITE INDICATE WHY IT WAS CALLED CHEATERREPORT.COM?

A I DID NOT LOOK THAT FAR INTO THE WEBSITE.

Q SO YOU JUST GLANCED AT IT AND YOU SAW SOME THINGS THAT WERE DISTURBING AND YOU E-MAILED THE E-MAIL ADDRESS THAT WAS ON THE WEBSITE?

A THAT IS CORRECT.

Q AND IS THERE ANYTHING ON THAT WEBSITE INDICATING WHO WROTE IT?

A MOST OF THE -- I BELIEVE THAT IT'S AN ANONYMOUS WEBSITE. HOWEVER, I FOUND THAT -- I FOUND OUT WHO THESE PEOPLE WERE THROUGH MY E-MAIL CORRESPONDENCE WITH THEM AND A PHONE CALL, NOT THROUGH THE ACTUAL WEBSITE.

Q AND YOU'RE USING A PLURAL FOR MULTIPLE PEOPLE. WHY DO YOU BELIEVE THAT THERE WERE MULTIPLE PEOPLE BEHIND THIS WEBSITE?

A BEHIND THE WEBSITE OR BEHIND THE POST OR BEHIND WHAT?

PRESENT MY FINAL LIKE --

THE COURT: NO. IF YOU'D LIKE TO TESTIFY, YOU MAY. YOU WANT TO TESTIFY?

MR. MURREY: NO.

THE COURT: BUT YOU WANT TO CALL MS. POER AS A WITNESS?

MR. MURREY: THERE WAS A QUESTION THAT MY WITNESS WASN'T ANSWERING THAT YOU SAID SHE COULD, YOU KNOW -- I'M FINE. IT'S OKAY.

THE COURT: YOU DON'T WANT TO CALL HER AS A WITNESS?

MR. MURREY: WE CAN MOVE FORWARD.

THE COURT: SIR, DO YOU REST YOUR CASE?

MR. MURREY: SO MY CASE IS THAT --

THE COURT: SIR, DO YOU REST? THAT MEANS YOU FINISHED PUTTING ON ALL THE EVIDENCE THAT I'M GOING TO HEAR. HAVE YOU FINISHED?

MR. MURREY: I'D LIKE TO GET -- BECAUSE YOU STRUCK ALL THE EVIDENCE FROM THIS CASE, I'D LIKE TO AT LEAST STATE WHAT -- WHERE I THINK THIS IS AT.

THE COURT: THAT WOULD BE TESTIFYING. SO IF YOU WANT TO TESTIFY, GO AHEAD.

MR. MURREY: I'D LIKE TO. SO I HAVEN'T BEEN IN CONTACT WITH SHANNYN SINCE LATE 2016. IT TURNS OUT SHE'S BEEN STALKING AND HARASSING AND DEFAMING ME ON THIS WEBSITE, SPECIFICALLY SINCE POSTING IN JANUARY 2017, EARLIER THIS

07/31/18

YEAR, ALL THE WAY TILL THE LAST TWO OR THREE MONTHS. IT'S INCREASED IN INTENSITY IN THE STALKING, HARASSING, AND DEFAMATION OF MY CHARACTER, EXPONENTIALLY, IN THE LAST TWO TO THREE MONTHS, AND ESPECIALLY IN THE LAST COUPLE WEEKS WHEN SHANNYN COMBINED HER ACTIONS WITH FLOR EDWARDS AND JESSICA LYNN AND EVEN ATTACKED THE COURT WITNESS JUST FOR SERVING THEM LEGAL COURT PAPERS. AND THE FACT THAT SHE'S TRYING TO ACT AS IF SHE'S NOT A PART OF IT TODAY IS UTTERLY ABSURD. I MEAN, SHE'S BEEN CAUGHT RED-HANDED, SO IT'S TIME FOR HER TO --

THE COURT: SIR, THIS IS MORE OF AN ARGUMENT. AGAIN, TESTIMONY WOULD BE THINGS THAT YOU SAW, WITNESSED --

MR. MURREY: OKAY. SO I'D LIKE TO -- I LOOKED OVER HER EVIDENCE, AND I'D LIKE TO SAY THAT YOU CAN CHECK THE CELL PHONE RECORDS OR IP ADDRESSES, AND I WAS NOWHERE ANYWHERE NEAR ALL THE THINGS SHE CLAIMS. SHE SAID I WAS OUTSIDE HER HOUSE ONCE, WHICH IS COMPLETE UTTER FALSE --

THE COURT: SIR, THAT'S GOING TO BE FOR ANOTHER DATE AND ANOTHER TIME.

MR. MURREY: OKAY. SO I GUESS THAT'S IT.

THE COURT: ALL RIGHT. THANK YOU, SIR.

DO YOU HAVE ANY CROSS-EXAMINATION BASED ON THAT? I WOULD GUESS NO.

MR. FELDMAN: NO.

THE COURT: ALL RIGHT. THANK YOU.

SIR, HAVE YOU RESTED YOUR CASE?

07/31/18

MR. MURREY: DOES THIS MEAN THAT THE --

THE COURT: IT MEANS THAT I HEARD ALL THE EVIDENCE THAT YOU'RE GOING TO PRESENT I HEARD. THAT'S WHAT IT MEANS. YOU CAN STILL ARGUE, IF YOU WANTED TO, BUT ARGUMENT IS NOT EVIDENCE.

HAVE YOU PRESENTED ALL THE EVIDENCE I NEED TO HEAR?

MR. MURREY: SO SHOULD I REPRESENT EVIDENCE THAT SHOULD HAVE BEEN EARLIER?

THE COURT: I -- I --

MR. MURREY: I REST MY CASE, YOUR HONOR. IT'S FINE.

THE COURT: ALL RIGHT. THANK YOU.

COUNSEL.

MR. FELDMAN: YOUR HONOR, I AM PREPARED TO CALL MS. POER TO THE STAND, BUT I MOVE TO DISMISS AT THIS TIME. I DON'T BELIEVE IT'S NECESSARY. I DON'T THINK THAT THE PETITIONER CAN POSSIBLY MEET THE LEGAL STANDARD FOR A RESTRAINING ORDER BASED ON THE EVIDENCE THAT'S BEEN PRESENTED.

THE COURT: SIR, THEY'RE MAKING A MOTION TO DISMISS FOR INSUFFICIENCY OF EVIDENCE. WOULD YOU LIKE TO RESPOND?

MR. MURREY: I WOULD. THE EVIDENCE IS TEXTBOOK EXAMPLE OF EVIDENCE. WE HAVE A WITNESS, WE HAVE TELEPHONE RECORDS, WE HAVE TEXT RECORDS, WE HAVE E-MAILS, WE HAVE IP ADDRESSES THAT HAVE BEEN BROUGHT TO LIGHT. SHANNYN HAS BEEN

PHOTO
MARKED FOR SCANNING

...HT, AND IT'S TIME FOR HER TO KNOW THAT THIS KIND OF ...VIOR IS NOT TOLERABLE IN SOCIETY. AND I NEED TO GET ... TO LIVING MY LIFE. MY LIFE IN 2017 IS UTTERLY ...OYED JUST BECAUSE OF THIS RESENTFUL, UNPRODUCTIVE ...ON.

THE COURT: THANK YOU, SIR. ALL RIGHT. I'M GOING ...PLAIN IN DETAIL, IN SOME DETAIL, THE COURTS RULING IN ... MATTER. AND I'LL START BY SAYING THAT THE COURT DOES ... -- AND THIS IS A RULING ON YOUR MOTION TO DISMISS -- ...NOT APPROVE OF THE CONDUCT HERE, AND I AGREE IT'S ...LY -- ASSUMING IT'S NOT TRUE, WHICH I DON'T ...ARILY KNOW -- IT'S ENTIRELY INAPPROPRIATE.

I STRONGLY ADVISE THAT YOU DON'T ENGAGE IN ...CONDUCT, AND YOU'RE GOING TO GET SUED. YOU ARE BEING ... YOU'RE GOING TO GET SUED. IT'S GOING TO BE A GIANT ...MARE FOR YOU, BUT THAT'S NOT WHAT I'M HERE TO DECIDE. ...NOT HERE TO DECIDE WHETHER I THINK THIS IS GOOD, WHETHER ...K THIS IS BAD. I THINK IT'S BAD. THAT'S NOT WHAT I'M ...TO DECIDE. I'M HERE TO DECIDE IS IT ABUSE WITHIN THE ...G OF THE DOMESTIC VIOLENCE PROTECTION ACT, FAMILY CODE ... 6211? AND I FIND THAT IT IS NOT. I'M GOING TO ... WHY THAT IS.

IN ORDER TO ISSUE A RESTRAINING ORDER UNDER ..., THE PARTIES MUST HAVE ONE OF THE RELATIONSHIPS ...ED IN FAMILY CODE 6211, WHICH THEY DO. I'M ACCEPTING ...AT'S BEEN MET, AND THEY WERE IN A FORMER DATING

RELATIONSHIP. BUT THE COURT MUST FIND THAT THERE WAS ABUSE THAT HAS OCCURRED WITHIN THE SPECIFIC MEANING OF FAMILY CODE SECTION 6203, AND SUCH ABUSE OCCURS -- AND I'M GOING TO GO THROUGH ALL OF IT -- INTENTIONALLY OR RECKLESSLY CAUSING HER -- OR ATTEMPTING TO CAUSE BODILY INJURY. AND THAT DOESN'T APPLY.

SEXUAL ASSAULT. THAT DOESN'T APPLY.

PUTTING A PERSON IN REASONABLE APPREHENSION OF IMMINENT OR SERIOUS BODILY INJURY. THAT DOES NOT APPLY. IT DOES INVOLVE ALSO ENGAGING IN BEHAVIOR THAT CAN BE ENJOINED UNDER SECTION 6320, WHICH INCLUDES MOLESTING, ATTACKING, STRIKING, STALKING. NONE OF THOSE APPLY. I KNOW THAT YOU SAID STALKING, BUT STALKING HAS A SPECIFIC DEFINITION OF FOLLOWING SOMEONE.

THREATENING. THAT DOESN'T APPLY.

SEXUALLY ASSAULTING. CREDIBLY IMPERSONATING, AS DESCRIBED IN PENAL CODE 528.5 OR 529.

BATTERING, HARASSING, TELEPHONIC -- INCLUDING BUT NOT LIMITED TO ANNOYING TELEPHONE CALLS. NONE OF THOSE APPLY.

DESTROYING PERSONAL PROPERTY OF AND THEN, FINALLY, OF COURSE, WE GET TO WHAT I SOMETIMES REFER TO AS THE CATCHALL, DISTURBING THE PEACE OF THE OTHER PARTY. AND THAT'S WHERE THE FOCUS OF THE COURT'S ANALYSIS WOULD BE. DISTURBING THE PEACE HAS BEEN DEFINED AS ENGAGING IN CONDUCT THAT DESTROYS THE OTHER PARTY'S MENTAL OR EMOTIONAL CALM.

07/31/18

THE COURT DID NOT ACTUALLY HEAR ANY EVIDENCE THAT YOUR MENTAL OR EMOTIONAL CALM HAS BEEN DESTROYED.

MR. MURREY: CAN I --

THE COURT: SIR, NO. YOU'VE RESTED. THAT'S IT. I'M NOT GOING TO -- I'M NOT GOING TO SUDDENLY, YOU KNOW, LET PEOPLE REOPEN AND WHEN THEY FIND OUT THE MISTAKE THEY MADE AND THEN ADD OR EMBELLISH THE TESTIMONY TO ADDRESS THIS. THAT'S NOT FAIR. THEN, IN ESSENCE, THE COURT IS HELPING YOU, POTENTIALLY PROMPTING YOU TO GIVE OTHER EVIDENCE THAT YOU OTHERWISE WOULDN'T HAVE GIVEN.

MR. MURREY: YOUR HONOR --

THE COURT: HOLD ON, SIR, I HAVEN'T FINISHED RULING. AND THE COURT IS WELL AWARE, OF COURSE, OF ALL OF THE CASES ON THE ISSUE OF DISTURBING THE PEACE, AND I WOULD CITE THE BOOK "KEYS TO THE KINGDOM: CALIFORNIA FAMILY LAW FINDINGS, ORDERS, AND PRACTICE POINTERS," WRITTEN BY JUDGE HANK GOLDBERG, ON PAGE 131, WHERE I DISCUSSED IN DETAIL THE CASE LAW ON THIS ISSUE, STARTING WITH THE NADKARNI CASE, AND WOULD INCORPORATE MY DISCUSSION ON THAT, PAGE 131 THROUGH 132, BY REFERENCE INTO THIS RULING.

I UNDERSTAND THAT DISTURBING THE PEACE IS AN INCREDIBLY BROAD TOPIC. IT HAS BEEN DEFINED VERY BROADLY, AND THERE HAVE BEEN SOME FAIRLY EXTENSIVE CASES, INCLUDING THE NADKARNI CASE, INCLUDING IN RE: THE MARRIAGE OF EVILSIZOR, E-V-I-L-S-I-Z-O-R, AND SWEETING, INCLUDING "ALTAFULLA" VS. IRVING. AND WHAT IS INTERESTING ABOUT ALL

07/31/18

PHOTO
MARKED FOR SCANNING

OF THESE CASES IS IN ALL OF THESE CASES THERE WERE CONDUCT AND COMMUNICATION THAT WERE INTENDED AND DIRECTED AGAINST THE PETITIONER IN THOSE CASES. IN THE EVILSIZOR CASE THERE WAS AN UNLAWFUL ACCESSING OF PRIVATE INFORMATION THAT -- CONFIDENTIAL INFORMATION OF THE PETITIONER THAT WAS THEN DISSEMINATED OVER THE INTERNET AND THAT WAS FOUND TO BE ABUSE IN THAT CASE.

IN "ALTAFULLA" THERE WAS -- WERE E-MAILS THAT WERE E-MAILS THAT WERE SENT TO THE GIRLFRIEND'S EMPLOYER, MUTUAL FRIENDS, A SURVEILLANCE REPORT THAT WAS SENT TO MUTUAL ACQUAINTANCES AND FRIENDS OF THE PARTIES. AND SO, IT WAS VERY CLEAR THAT THIS INFORMATION WAS GOING TO REACH THE PETITIONER IN THOSE CASES. BECAUSE THE E-MAILS CAUSED GREAT EMOTIONAL DISTRESS, THEY WERE ABUSED, ACCORDING THE COURT OF APPEALS IN THAT CASE, AND NOT PROTECTED BY THE FIRST AMENDMENT --

MR. MURREY: MY LIFE WAS DESTROYED, YOUR HONOR.

THE COURT: HOLD ON. THERE WAS ALSO SOME INCREDIBLY OUTRAGEOUS CONDUCT THAT WAS CLEARLY ABUSE THAT WAS DIRECTED AGAINST THE PETITIONER'S CHILDREN IN THAT CASE. SO IT'S CLEARLY DISTINGUISHABLE FROM WHAT WE HAVE HERE.

MR. MURREY: MENTAL AND EMOTIONAL.

THE COURT: IN FACT, THE EVIDENCE SHOWS THAT SHE DID NOT WANT YOU, SPECIFICALLY DID NOT WANT YOU, AND MADE IT A POINT OF NOT WANTING ANYONE TO KNOW THAT SHE MADE THESE STATEMENTS.

**DEFENDANT F[illegible] Edwards' text that relucta[illegible]ly admits to how it worked: they posted anonymous and personal email addresses, catfished strangers to whom they could concentrated their defamation of PLAINTIFF: "Jessica sent over a few girls"**

saying that stuff. We just
talked. Jessica sent a few girls
over, including Sherrie. I didn't

07/31/18

# EXHIBIT 11

07/31/18

**DEFENDANTS Flor Edwards, Shannyn Poer and Jessica Lynn defame Sherrie Martinez also on cheaterreport.com for testifying about their conspiracy of defamation of PLAINTIFF on cheaterreport.com i.e. they further obstruct justice by seeking to bully and silence WITNESS**

gle sherrie martinez

All Images News Videos Maps More Settings Tools

Page 2 of about 4,000,000 results (0.39 seconds)

Sherrie Martinez - Faculty Database | David Geffen School of Medicine ...
people.healthsciences.ucla.edu/institution/personnel?personnel_id=711923 ▾
**Sherrie Martinez**. Edit your Faculty Profile. Work Titles. UCLA Clinical Administrator, Child and Adolescent Psychiatry. Contact Information: Email Address:.

Sherrie Martinez from UCLA lies to court and creates false testimony ...
cheaterreport.com/sherrie-martinez-from-ucla-lies-to-court-and-creates-false-testimony/ ▾
2 days ago · **Sherrie Martinez** directly lied to the court system on 10/18/17. She included a false testimony about a young boy she doesn't know and his ...

Sherrie Martinez is a liar and phony UCLA neuroscientist | Cheater ...
cheaterreport.com/sherrie-martinez-is-a-liar-and-phony-ucla-neuroscientist/ ▾
**Sherrie Martinez** is a liar and phony UCLA neuroscientist. October 21, 2017 -. For a woman who pretends to have the best interest of children in mind, it's ironic ...

07/31/18









Sherna Martinez directly lied to the court system on 10/19/17. She included a false testimony about a young boy she doesn't know and his caretaker to the court system. She will also stop at nothing to defame and stalk other women, including going undercover and serving women papers of restraining orders that have been denied by the judge. It makes one wonder how she has time for this activity. Her behavior demonstrates that although she claims to have a degree in neuroscience and works in child and adolescent psychiatry at UCLA Ms. Martinez is weak in character, cannot think for herself, and knows nothing about true intelligence (or the court system). She must not know that blatantly write a false testimony for the court is a serious criminal offense of no small matter and she could be charged with perjury. She must also think that lying about Child Protective Services and investigations and claiming that a caretaker is using an 8-year-old to defame a man she is desperately trying to date is no small matter. Interesting for someone who claims to have a career in child psychiatry. I would check her credentials and see what else she does in her free time.

PHOTO
MARKED FOR SCANNING

For a woman who pretends to have the best interest of children in mind, it's ironic that this phony vote psychiatrist will [illegible] and unabashedly lie to the court system about a child she doesn't know to manipulate a man whose affection she is desperately seeking to gain. Perhaps because she is too unattractive to attract a real man and incapable of having a child of her own, she'll do whatever it takes to impress in a desperate attempt to hang on to whatever might be left of her dwindling childbearing years.

Sherrie Martinez makes false statements to the court about people she doesn't know without solid research or information. For someone whose field relies heavily on research, she should probably quit her corrupt academic administrative job and find a new profession, perhaps a sleazy process server? Like Sherrie, process servers are immoral scum and usually lacking in the [illegible] department. It will suit her well.

SUTHERLAN

Sandyra

Chris Mcmillan

Scott Novans, North Carr

Auhen Delahoussaye

Philip D Welch Jr., Tex

Charles Aaron Lahndell

Tommie Campbell, New...

BE CAREFUL HE IS A STR

Amanda on Amanda Ale

Guatemala City

Anonymous on [illegible]

Anonymous on [illegible]

... on BE CAREFUL HE IS A S

... on Tommie Campbell, Ne

Alabama

Angola

Arizona

Arkansas

Australia

Brazil

Business

California

Canada

Celebrity

Cheater Report TV

China

07/31/18





For a woman who pretends to have the best interest of children in mind, it's ironic that this phony cute psychiatrist will blatantly and unabashedly lie to the court system about a child she doesn't know to manipulate a man whose affection she is desperately seeking to gain. Perhaps because she is too undesirable to attract a real man and incapable of having a child of her own, she'll do whatever it takes to impress in a desperate attempt to hang on to whatever might be left of her dwindling childbearing years.

Sharmie Martinez makes false statements to the court about people she doesn't know without solid research or information. For someone whose field relies heavily on research, she should probably quit her corrupt academic administrative job and find a new profession, perhaps a sleazy process server? Like Shame, process servers are immoral scum and usually lacking in the ethics department. It will suit her well.

PHOTO
MARKED FOR SCANNING

CHEATER REPORT
CheaterReport.com - A Place To Report Cheaters

Suite 715
Dallas
www.fnlawfirm.com

FEARS NACHAWATI
LAW FIRM

214-461-6153 // Fax
kargo@fnlawfirm.com

November 07, 2017

Ms. Shannyn Poer
575 Grande Blvd.
Venice, CA 90291

Re: Cease and Desist Contact

Dear Ms. Poer:

We have been contacted by Ms. Sherrie Martinez and have advised her regarding her legal rights. As you are aware, Ms. Martinez served process upon you on behalf of a third party. Ms. Martinez believes that you are behind several online posts and communications made to her friends, family, and business regarding her personal character. Ms. Martinez believes that this constitutes defamation of her character, and has caused material damage to her reputation.

Ms. Martinez also demands that you remove your posts on cheaterreport.com and other sites which pertain to her or which use her picture. She also demands reimbursement for the money she spent having the posts removed from the internet, which cost her a total of $800. Please contact my law firm for instructions on how to make payments.

If you do not remove said posts and contact the law firm regarding payment arrangements within two (2) weeks of receipt of this letter, Ms. Martinez will be forced to pursue all remedies to which she may be entitled at law or in equity, including attorney's fees, court costs, and reimbursement for the money she paid to remove your past posts from the internet.

Please comply by no later than November 21, so that this matter may be cleared up at the earliest possible convenience.

Very truly yours,

Kayla Argo,
Attorney at Law

07/31/18

4725 Greenville Ave.,
Suite 715
Dallas, TX 75206
www.fnlawfirm.com

FEARS NACHAWATI
LAW FIRM

214-461-6153 // Fax
kargo@fnlawfirm.com

November 07, 2017

Ms. Flor Edwards
2459 Oakleaf Canyon Road
Walnut, CA 91789

Re: Cease and Desist Contact

Dear Ms. Edwards:

We have been contacted by Ms. Sherrie Martinez and have advised her regarding her legal rights. As you are aware, Ms. Martinez served process upon you on behalf of a third party. Ms. Martinez believes that you are behind several online posts and communications made to her friends, family, and business regarding her personal character. Ms. Martinez believes that this constitutes defamation of her character, and has caused material damage to her reputation.

Ms. Martinez is now demanding that you cease and desist the above-mentioned harassing behavior, including contacting or communicating about her through websites or social media. You are not to post pictures of her, you are not to comment about her or her character, you are to cease and desist all contact with her or with her family, friends, and place of business.

Ms. Martinez also demands that you remove your posts on cheaterreport.com and other sites which pertain to her or which use her picture. She also demands reimbursement for the money she spent having the posts removed from the internet, which cost her a total of $800. Please contact my law firm for instructions on how to make payments.

If you do not remove said posts and contact the law firm regarding payment arrangements within two (2) weeks of receipt of this letter, Ms. Martinez will be forced to pursue all remedies to which she may be entitled at law or in equity, including attorney's fees, court costs, and reimbursement for the money she paid to remove your past posts from the internet.

Please comply by no later than November 21, 2017, so that this matter may be cleared up at the earliest possible convenience.

Very truly yours,

Kayla Argo,
Attorney at Law

07/31/18

**Internet Reputation Control, Inc.**
U.S.A

# INVOICE

**# INV-000018**

**Balance Due**
**$0.00**

| | |
|---|---|
| Invoice Date : | 20 Oct 2017 |
| Terms : | Due on Receipt |
| Due Date : | 20 Oct 2017 |

Bill To
**Sherrie Martinez**

| # | Item & Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 1 | Professional Services (CR Package) | 1.00 | 399.00 | 399.00 |

| | |
|---|---|
| Sub Total | 399.00 |
| **Total** | **$399.00** |
| Payment Made | (-) 399.00 |
| **Balance Due** | **$0.00** |

Notes

Thank you for your payment. We look forward to assisting you.

Terms & Conditions

Once payment is received, we will begin work. No refunds unless we confirm to you via email that we can't handle your case. Thank you for your business and with trusting us.

4925 Greenville Ave.,
Suite 715
Dallas, TX 75206
www.fnlawfirm.com

FEARS NACHAWATI
LAW FIRM

214-461-6223 // Phone
214-461-6153 // Fax
kargo@fnlawfirm.com

November 07, 2017

Ms. Shannyn Poer
575 Grande Blvd.
Venice, CA 90291

Re: Cease and Desist Contact

Dear Ms. Poer:

We have been contacted by Ms. Sherrie Martinez and have advised her regarding her legal rights. As you are aware, Ms. Martinez served process upon you on behalf of a third party. Ms. Martinez believes that you are behind several online posts and communications made to her friends, family, and business regarding her personal character. Ms. Martinez believes that this constitutes defamation of her character, and has caused material damage to her reputation.

Ms. Martinez also demands that you remove your posts on cheaterreport.com and other sites which pertain to her or which use her picture. She also demands reimbursement for the money she spent having the posts removed from the internet, which cost her a total of $800. Please contact my law firm for instructions on how to make payments.

If you do not remove said posts and contact the law firm regarding payment arrangements within two (2) weeks of receipt of this letter, Ms. Martinez will be forced to pursue all remedies to which she may be entitled at law or in equity, including attorney's fees, court costs, and reimbursement for the money she paid to remove your past posts from the internet.

Please comply by no later than November 21, so that this matter may be cleared up at the earliest possible convenience.

Very truly yours,

Kayla Argo,
Attorney at Law

07/31/18

Internet Reputation Control, Inc.
U.S.A

# INVOICE

# INV-000019

**Balance Due**
$0.00

Invoice Date : 22 Oct 2017
Terms : Due on Receipt
Due Date : 22 Oct 2017

Bill To
**Sherrie Martinez**

| # | Item & Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 1 | Professional Services (CR Package) | 1.00 | 399.00 | 399.00 |

| | |
|---|---|
| Sub Total | 399.00 |
| **Total** | **$399.00** |
| Payment Made | (-) 399.00 |
| **Balance Due** | **$0.00** |

Notes

Thank you for your payment. We look forward to assisting you.

Terms & Conditions

Once payment is received, we will begin work. No refunds unless we confirm to you via email that we can't handle your case. Thank you for your business and with trusting us.

THE COURT: OKAY. LATE JULY. THERE IS YOUR ANSWER.

BY MR. MURREY:

Q WHAT WAS THE CONTEXT THAT, YOU SAID YOU MET HER THROUGH ME?

A YOU INTRODUCED HER TO ME. YOU SENT ME HER INSTAGRAM. YOU TOLD ME SHE WAS -- YOU WERE LIVING WITH HER WHILE YOU WERE DATING ME. AND --

Q THIS HAPPENED IN JULY?

A LAST YEAR IN SEPTEMBER, I BELIEVE.

MR. MURREY: THAT HAPPENED AT DIFFERENT TIMES.

THE COURT: PLEASE LIMIT YOUR QUESTION TO JULY.

MR. MURREY: WELL, SHE'S TALKING ABOUT JULY AND ABOUT SOMEHOW GETTING IN TOUCH WITH MISS POER. I HAVE NOT PERSONALLY BEEN IN TOUCH WITH MISS POER.

THE COURT: THAT IS YOUR TESTIMONY. I HAVEN'T HEARD THAT PORTION OF YOUR TESTIMONY AT ALL. SIMPLY PUT, THIS IS CROSS-EXAMINATION. YOU MAY PROCEED FURTHER.

BY MR. MURREY:

Q OKAY. AND DID YOU WORK WITH MISS POER FOR SOMETHING CALLED ONLINE LUCAS MURREY SUPPORT GROUP THAT WAS PART OF THE ONLINE POSTING?

A NO, I DID NOT.

Q AND DID YOU HAVE ANY INVOLVEMENT WITH THE POSTINGS THAT MISS MARTINEZ SUFFERED JUST BEFORE YOU SENT THAT LETTER TO HER H.R. DEPARTMENT?

A YES, I DID.

Q YOU POSTED THOSE POSTINGS?

A YES, I DID.

Q ON CHEATER REPORT.COM?

A YES, I DID.

Q TO BE CLEAR FOR THE COURT, YOU POSTED ON CHEATER REPORT.COM THOSE POSTINGS ABOUT MISS MARTINEZ?

A YES, I DID.

MR. MURREY: YOUR HONOR, ALL I WOULD LIKE TO SAY IS THAT ALTHOUGH I FEEL I HAVE STRONG EVIDENCE, OBVIOUSLY YOUR OPINION IS THE FINAL ONE.

BUT FOR A CIVIL R.O. AGAINST MISS EDWARDS, THE SITUATION IS, I WOULD DEFINITELY WELCOME MEDIATION. AND IF THERE IS ANY WAY TO GET THESE CASES DISMISSED, THAT WOULD BE GREAT. I KNOW WE'RE GOING TO GET THROUGH BOTH OF THEM. I AM NOT --

THE COURT: I APPRECIATE YOUR ARGUMENT, SIR. BUT IT IS A LITTLE PREMATURE.

MR. MURREY: AND ONE LAST COMMENT. I WAS A FATHER FIGURE TO HER NEPHEW FOR A WHILE. MISS MARTINEZ AND I HAD NO INTENTION OF EVERY TAKING HIM FROM MISS EDWARDS OR HER FAMILY. AND --

THE COURT: THANK YOU FOR THAT. I HAVE READ YOUR MOVING PAPERS, I HAVE READ YOUR DECLARATION. I WILL RULE ON IT RIGHT NOW.

IT IS IRRELEVANT AS TO THE ISSUE OF THE CIVIL HARASSMENT ISSUE. YOU ARE NOT RELATED TO THIS CHILD AND YOU ARE NOT MARRIED. YOU ARE NOT A FAMILY MEMBER. THERE IS NO GUARDIANSHIP PENDING, NO CONSERVATORSHIP PENDING. THERE'S NO DEPARTMENT OF CHILDREN AND FAMILY SERVICES CASES PENDING. SO THEREFORE, IT IS IRRELEVANT TO

NEXT ONE.

MR. MURREY: SO, THE QUESTIONABLE POSTINGS ONLINE AND THE LETTER TO MISS --

THE COURT: YOU USE THE TERM "QUESTIONABLE POSTINGS ON LINE." THERE HAS BEEN NOTHING PROVEN OTHER THAN YOUR EXHIBITS OF WHAT WAS POSTED ON LINE.

MR. MURREY: OKAY.

Q SO, IN REGARD TO THE POSTINGS THAT I BROUGHT UP IN THIS COURTROOM, DID YOU DO ANY OF THOSE WITH SHANNYN POER OR DID YOU HAVE, LIKE, SO FOR MISS MARTINEZ, THOSE POSTINGS AGAINST HER, WERE YOU INVOLVED IN ANY OF THOSE?

A I PLEAD THE FIFTH.

THE COURT: YOU PLEAD THE WHAT?

THE WITNESS: THE FIFTH.

THE COURT: DO YOU HAVE A CRIMINAL CASE PENDING?

THE WITNESS: NO.

THE COURT: THAT'S DENIED.

THE WITNESS: OKAY.

THE COURT: THIS IS A CIVIL PROCEEDING. THE FIFTH AMENDMENT DOESN'T APPLY.

THAT MEANS -- MAYBE YOU HAVE BEEN WATCHING TOO MANY MOVIES. BUT THE REALITY IS, THIS IS CIVIL. THOSE TYPES OF QUESTIONS ARE FORESEEABLE AND ARE PART OF THE CIVIL PROCEEDING. SO YOU CANNOT INVOKE THE 5TH AMENDMENT ON THAT ISSUE, UNLESS YOU ARE BEING CHARGED CRIMINALLY WITH DOING SOMETHING THAT WOULD INVOLVE THAT ACT.

# EXHIBIT 12

07/31/18

**AUTOPSY POST SERVICES, INC.**
2629 Foothill Blvd., Site 387
La Crescenta, Ca 91214
Tel: (800) 288-6779; Fax: (818) 957-3672

# FINAL AUTOPSY REPORT

**CASE # APS-JH-51-18**

| | |
|---|---|
| **Name:** | **SHERRIE MARTINEZ** |
| **Sex:** | Female |
| **Race:** | Hispanic |
| **Age:** | [illegible] |

| | |
|---|---|
| **Date of Autopsy:** | [illegible] |
| **Time of Autopsy:** | 05:00 a.m. |
| **Place of Autopsy:** | Autopsy Post Services, 5134 Valley Blvd, Alhambra, CA 90032 |

**FINAL ANATOMIC DIAGNOSES:**

- Primary breast adenocarcinoma with extensive hematogenous and lymphatic metastases to:
  - Liver, bilateral lungs and pleural linings, bilateral adrenal glands, thyroid gland, pancreatic tail, gallbladder, cerebral meninges and cerebellum.
  - Bilateral breast implants.
  - Jaundice.
- Bilateral ovarian cysts (both serous and chocolate):
  - Large chocolate cyst, left ovary, with rupture and hemorrhage.
    - 600 cc of frank blood is present in pelvic/abdominal cavities.
- Bilateral pleural effusions: Left = 500 cc; Right = 500 cc.
- Combined drug toxicity:
  - Fentanyl, Norfentanyl, Hydomorphone and Gabapentin are present in post mortem blood.
  - See toxicology report.
- Blunt force injuries (bruises) are present on upper lip, lateral neck, torso and extremities.
- Status/post cardiopulmonary resuscitation.

John C. Hiserodt, M.D., Ph.D., FCAP
Pathologist
Electronic signature on file

**Death Summary:** Ms. Martinez died as a result of advanced metastatic breast cancer. A ruptured chocolate ovarian cyst was a significant contributory factor. In addition, post-mortem blood contained multiple drugs (including hydromorphone, fentanyl and gabapentin). A combined drug toxicity cannot be ruled out, with certainty, as an additional contributory factor.

07/31/18

**EXTERNAL EXAMINATION:**

The body is that of a well-developed, well-nourished Hispanic female appearing to be the stated age of 36 years. The body is identified by an ankle tags. The body is not embalmed. The height is approximately 65 inches (165 cm) and the weight is approximately 130 pounds. There are no signs of decomposition. The body is cool to the touch. Pale, purple, fixed livor mortis is present posteriorly, except in areas exposed to pressure, where it is absent.

The body is naked.

The head/face exhibits no trauma. The hair is dark brown and relatively long. The eyes are brown with cloudy cornea. The sclerae and conjunctivae are not congested, but show jaundice. No petechial hemorrhages are seen. The ears and external auditory canals are unremarkable. The pinnae of both ears are pierced. The teeth are natural and show a relatively good state of dental hygiene. All teeth are present. The oral cavity and tongue are free of trauma. The upper lip shows a 2.0 x 0.6 cm bruise in the left central portion of the lip.

The neck is symmetrical. There is no swelling. A 7 x 5 cm fresh bruise is present in the left lower lateral neck/medial trapezius area.

The shoulders are symmetrical and exhibit no trauma.

The chest shows no evidence of trauma. The A-P diameter is normal. Bilateral breast implants are present. The abdomen is flat. There is no fluid wave. No abdominal masses can be palpated.

The back is symmetrical and shows no evidence of trauma. No decubitus ulcers are present.

The external genitalia are that of a normal adult female. There is no trauma

The anus is unremarkable. There is no evidence of trauma.

The extremities are symmetrical and show evidence of trauma, listed below.

The fingernails are clean and short. The toenails are clean and short. The skin of the lower legs shows no signs of brown discoloration, ulcers or dystrophic changes. Little or no pitting edema is present in the ankles and lower legs.

**Evidence of recent trauma:**

- A 2 x 2 cm bruise present on the right lower abdomen.
- A 4 x 3 cm bruise is present on the left medial knee, just above the patella.
- A 7 x 6 cm bruise is present on the lateral aspect of the right lower leg, just below the knee.
- A 6 x 6 cm bruise is present on the left medical calf area.
- As mentioned above, bruises are present on the left lateral neck and upper lip areas.

**Evidence of recent medical/surgical treatment/organ procurement:** None.

**Other identifying features:**

- A 17 cm horizontal scar is present on the anterior left chest area.
- A 3 cm horizontal scar is present on the anterior right lateral chest area.
- Three 2 x 2 cm scars are present on the right antero-lateral abdominal wall area.

07/31/18

## INTERNAL EXAMINATION:

### BODY CAVITIES:

The body is opened through the standard Y-shaped incision. The thoracic paniculus is 2.5 cm thick and the abdominal paniculus is 3.0 cm thick. The muscles of the chest and abdominal wall are normal in color and consistency. The ribs and sternum exhibit fractures secondary to cardiopulmonary resuscitation. These include fractures of ribs 3-5 on the left side and ribs 2-4 on the right side. The sternum is fractured at the manubrium. The pleural cavities are smooth and glistening. Both pleural cavities contain approximately 500 cc of thin blood tinged fluid. The abdominal and pelvic cavities are also smooth and glistening. The lower abdominal and pelvic cavities contain approximately 600 cc of blood. The organs of the thoracic and abdominal cavities are present in their normal anatomic position in-situ.

### NECK STRUCTURES:

The soft tissues of the anterior neck, thyroid, and cricoid cartilage, larynx and hyoid bone show no hemorrhage or evidence of traumatic injury. The larynx and trachea contain a small amount of aspirated gastric contents. The epiglottis and vocal cords are free of swelling and traumatic injuries and are otherwise unremarkable. The lower trachea and main bronchial bifurcations are free of foreign material and blood and are otherwise unremarkable.

### CARDIOVASCULAR SYSTEM:

The heart weighs 275 grams. The pericardial sac contains approximately 20 cc of thin amber fluid. The epicardial fat is smooth and glistening. The endocardium is smooth and glistening and shows no mural thrombi or fibrosis. The valve leaflets are smooth and glistening and free of vegetations, fibrosis or prolapse. The trabeculae carne are unremarkable. The papillary muscles and chordae tendinae are normal. The right ventricle is 0.3-0.4 cm in maximal thickness and the left ventricle is 1.2 cm in maximal thickness. The interventricular septum is 1.4 cm in maximal thickness. The coronary ostia are appropriately positioned and each measures approximately 2-3 mm in diameter. Multiple sections through the left and right coronary arteries at 0.2 cm intervals reveal essentially no atherosclerosis. There is no evidence of hemorrhage or thrombosis throughout the coronary artery system. The myocardium is generally light brown throughout. There is no evidence of acute infarcts or grossly visible scars.

The aortic arch shows focal fatty streaking. Distally, the aorta reveals patchy fatty streaking and mild atherosclerosis with a few scattered plaques. All major bifurcations are patent. There are no aneurysms.

### RESPIRATORY SYSTEM:

The right lung weighs 500 grams and the left lung weighs 500 grams. Both lungs show normal lobation. The pleural surfaces of both lungs are smooth and glistening. The lungs show congestion and edema with posterior hypostasis. No emphysematous changes or granulomas are identified. Tissue from both lungs fractures with finger pressure. Tissue from both lungs sinks when placed into formalin. The extra and intrapulmonary bronchi are filled with mucus. No foreign material is seen. The pulmonary arteries are free of fatty streaks. There is no evidence of thromboemboli. The pulmonary veins are unremarkable. Hilar lymph nodes are not enlarged.

07/31/18

**HEPATOBILIARY SYSTEM:**

The liver weighs 1700 grams. The liver is very soft. The capsule is smooth and glistening and the borders are sharp. The right lobe reveals a large central depressions representing a tumor mass. Cut sections show a large tumor, 13 x 8 x 8 cm with central necrosis and hemorrhage. Additional variably sized satellite tumors are also present. No tumors are present in the left lobe. A gallbladder is present. The serosa is smooth and glistening. The wall is generally thin and pliable. However, tumor from the main liver metastasis has extended into the posterior (hepatic) connection of the gallbladder. The gallbladder contains approximately 20 cc of dark green very thick (sludge-like) bile. No stones are present.

**HEMATOLYMPHATIC SYSTEM:**

The spleen is weighs 350 grams. The capsule is smooth and glistening. The parenchyma is dark red and firm. No granulomas or tumors are seen. Lymph nodes throughout the body are not enlarged and are otherwise unremarkable.

**GASTROINTESTINAL SYSTEM:**

The esophagus is grossly unremarkable throughout its course. The stomach contains approximately 200 cc of partially digested food and brown thick fluid. The mucosa of the stomach shows focal congested areas. The rugal folds are flattened. The gastric mucosa is otherwise free of ulcers, polyps or tumors. No blood is present. The remainder of the gastrointestinal is unremarkable. The small and large intestines are otherwise free of tumors, polyps or inflammatory changes. No blood is present. A normal vermiform appendix is present.

**UROGENITAL SYSTEM:**

The left kidney weighs 150 grams and the right kidney weighs 150 grams. Both kidneys are of normal size and shape. The capsules strip with relative ease revealing smooth and glistening cortical surfaces. No cortical cysts are present. Both kidneys reveal a well-demarcated cortico-medullary junction with the usual amount of pelvic fat. The pyramids and calyces are grossly unremarkable. The renal arteries show no atherosclerotic changes. The ureters are grossly unremarkable.

The urinary bladder is small and contains only a small amount of pale yellow urine. The bladder mucosa is unremarkable. The muscular wall is thin and pliable. The ureteral orifices are probe patent. The trigone area is grossly unremarkable.

The uterus is small and grossly unremarkable. No tumors are present. The left and right ovaries each show multiple cysts, both serous cysts and chocolate cysts. These range in size from 3 x 3 cm (serous) to 6 x 5 cm (chocolate). The left ovary, in particular, reveals a chocolate cyst that has ruptured and caused bleeding into the pelvic/peritoneal cavity. Approximately 600 cc of blood is present. Both Fallopian tubes are grossly unremarkable.

**ENDOCRINE SYSTEM:**

The thyroid gland is firm and shows multiple small white nodules representing tumor metastases (sections taken). The pancreas shows a 2.5 x 2.2 cm firm nodule in the tail, likely representing metastatic cancer (sections taken). Both adrenal glands show variably sized metastatic tumor nodules, 5 to 7 mm in diameter (sections taken).

07/31/18

**MUSCULOSKELETAL SYSTEM:**

There are no bony deformities. The muscles are well developed and of the usual color and consistency. The sternum, ribs and spine exhibit the usual bone density and marrow.

**CENTRAL NERVOUS SYSTEM:**

The scalp is reflected, revealing no evidence of trauma. The calvarium is not fractured. After removing the calvarium, no blood is present. The brain weighs 1325 grams. On sectioning, normal anatomy and normal landmarks are identified. No focal or diffuse lesions are noted. The ventricular system is patent and non-compressed. The cerebellum shows normal anatomy. The brainstem is also grossly unremarkable. The vessels at the base of the brain are free of atherosclerotic changes. No aneurysms are identified. The pituitary gland is of normal size and is grossly unremarkable.

**SPECIAL STUDIES:**

- Numerous photographs are taken.
- Representative tissue sections are preserved in neutral buffered Formalin.

**MICROSCOPIC EXAMINATION:**

Multiple sections are taken from representative organs and stained with H/E. The results of microscopic evaluation are consistent with the gross and final anatomic diagnoses.

Heart: Sections reveal hypertensive myocyte changes. There is no evidence of acute infarct or microscopic scars.

Lungs: Sections from both lungs reveal extensive intravascular and lymphatic spread of adenocarcinoma. This includes intra-pulmonary lymphatics and well and visceral pleural lymphatics. Tumor emboli are also noted within pulmonary artery vascular spaces.

Liver: Sections reveal extensive metastatic adenocarcinoma with extensive necrosis.

Kidney: Sections reveal poorly preserved renal parenchyma. No tumor is identified.

Pancreas: Sections reveal metastatic adenocarcinoma with extension into the peri-pancreatic fat and soft tissue.

Thyroid gland: Sections reveal extensive metastatic adenocarcinoma.

Adrenal gland: Sections reveal extensive metastatic adenocarcinoma with extension into the peri-adrenal soft tissue.

Spleen: No significant histologic abnormality.

Brain (Cortex and Cerebellum): Sections reveal intra-lymphatic spread of adenocarcinoma into the overlying cortical meninges as well as the cerebellum.

07/31/18



CENTRAL VALLEY
TOXICOLOGY, INC.

**Case Name:** Martinez, Sherrie B.

**TOXICOLOGY NUMBER:** CVT-18-5055

**Specimen Description:** 7.5 ml femoral blood (1 gray top vial & 1 red top vial) & 5.25 ml bile each labeled "Martinez, S; JH-51-18; 3-30-18"

**Delivered by** UPS **Date** 03-Apr-18 **Received by** Bill Posey **Date** 03-Apr-18

**Request:** Complete Drug Screen

**Agency Case #** APS-JH-51-18

**Requesting Agency**
Autopsy/Post Services, Inc.
2629 Foothill Blvd., Ste 387
La Crescenta CA 91214

**Report To**
Autopsy/Post Services, Inc.
2629 Foothill Blvd., Ste 387
La Crescenta CA 91214

## RESULTS

Specimen: Femoral Blood Sample

Complete Drug Screen: Fentanyl, Gabapentin and Opiate detected.
No other common acidic, neutral or basic drugs detected.
No Ethyl Alcohol detected.

Fentanyl = 0.3 ng/mL
Norfentanyl = 6.3 ng/mL

Gabapentin = 2.8 mg/L

(Free) Hydromorphone = 0.06 mg/L

Note: Femoral blood (Red Top Vial) sent on (04/19/18) for Arsenic testing; See Attached Report:

| Blood Fentanyl | Ranges |
|---|---|
| Effective Level: | (0.3 - 10 ng/mL) |
| Potentially Toxic: | ( > 10 ng/mL) |

| Blood Norfentanyl | Ranges |
|---|---|
| Effective Level: | Not Known |
| Potentially Toxic: | Not Known |

| Blood Gabapentin | Ranges |
|---|---|
| Effective Level: | ( 6 - 21 mg/L) |
| Potentially Toxic: | Not Known |

| Blood Hydromorphone | Ranges |
|---|---|
| Effective Level: | (0.008 - 0.032 mg/L) |
| Potentially Toxic: | (> 0.032 mg/L) |

OT/91/18

B. L. Posey April 19, 2018

B.L. POSEY
S.N. KIMBLE
Directors

NMS

CONFIDENTIAL

| | |
|---|---|
| Workorder | 181102 |
| Chain | 12032452 |
| Patient ID | CVT-18-5055 |

**Detailed Findings:**

**Examination of the specimen(s) submitted did not reveal any positive findings of toxicological significance by procedures outlined in the accompanying Analysis Summary.**

Chain of custody documentation has been maintained for the analyses performed by NMS Labs.

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded six (6) weeks from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed.

**Analysis Summary and Reporting Limits:**

All of the following tests were performed for this case. For each test, the compounds listed were included in the scope. The Reporting Limit listed for each compound represents the lowest concentration of the compound that will be reported as being positive. If the compound is listed as None Detected, it is not present above the Reporting Limit. Please refer to the Positive Findings section of the report for those compounds that were identified as being present.

Acode 0460B - Arsenic, Blood

-Analysis by Inductively Coupled Plasma/Mass Spectrometry(ICP/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Arsenic | 5.0 mcg/L | | |

07/31/18

CONFIDENTIAL

NMS

NMS Labs
3701 Welsh Road, PO Box 433A, Willow Grove, PA 19090-0437
Phone: (215) 657-4900 Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, F-ABFT, DABCC-TC, Laboratory Director

## Toxicology Report

**Report Issued** 04/25/2018 14:30

**To:** **60218**
Central Valley Toxicology Inc.
Attn: Sydney N. Kimble
1580 Tollhouse Road
Clovis, CA 93611

**Patient Name** MARTINEZ, SHERRIE BEA
**Patient ID** CVT-18-5055
**Chain** 12032452
**Age** 38 Y **DOB** Not Given
**Gender** Female
**Workorder** 18116271

**Page 1 of 2**

**Positive Findings:**

| None Detected |
|---|

See Detailed Findings section for additional information

Disclaimer: Specimens for elemental testing should be collected in certified metal-free containers. Elevated results for elemental testing may be caused by environmental contamination at the time of specimen collection and should be interpreted accordingly. It is recommended that unexpected elevated results be verified by testing another specimen.

**Testing Requested:**

| Analysis Code | Description |
|---|---|
| 0490B | Arsenic, Blood |

**Specimens Received:**

| ID | Tube/Container | Volume/ Mass | Collection Date/Time | Matrix Source | Miscellaneous Information |
|---|---|---|---|---|---|
| 001 | Red Vial | 2.25 mL | 03/30/2018 | Blood | |

All sample volumes/weights are approximations.

Specimens received on 04/21/2018

07/31/18



Imported on July 7, 2018 at 8:13 PM 1 item







PHOTO
MARKED FOR SCANNING

PHOTO
MARKED FOR SCANNING

# EXHIBIT 13

MARKED FOR SCANNING

Sherrie and Dr. Murrey had a great, sophisticated relationship since at least August of 2017 until her untimely, sudden passing on 10 March 2018 – and one that was also supportive of others less fortunate, for instance, an ex-girlfriend had a nephew who had a rough go of it and needed a father and I filled this role for him (and me) and Sherrie was sweet enough to want to help him as well.



We enjoyed being attracted to one another and each other's humor and intellect on many levels: social, psychological, scientific, emotional, etc. We even spoke directly about using money to make the world a better place, so it

PHOTO
MARKED FOR SCANNING

**is clear that Sherrie and I moved on together with our lives into a new, serious relationship.**



PHOTO
MARKED FOR SCANNING

Sherrie and I were so close since at least the summer of 2017 until she passed in March 2018, that any time we were apart we longed for one another. I ceaselessly cared for her while she battled cancer because I loved her and with no one else helping (minus only a mother she did not want to see days before she died), I had no choice to stay by her side and do everything I could to protect her. And we had a nice rhythm of both caring and loving for each in the times when she suffered less and seemed to recover. That we truly loved each other and wanted to have a happy post-cancer life is indisputable.



Sherrie and I truly thought she would beat the cancer and we would have a happy life together. I loved treating her and we had a private relationship, so there is no surprise is others do not have all the details. For instance, Sherrie and I were in court cases as Plaintiffs together (see Judge Judy reference who wanted one of them, bizarrely) and we tried to help a friend of mine who has autism Marcel Dugas get tickets to a UCLA basketball game (his dream). I was there for Sherrie when she had to tell people at work about her cancer, we used humor to alleviate the horror, and Sherrie helped advise me when a family member needed spinal surgery.

Lucas

Sherrie and I enjoyed a passionate long-term relationship where we fell for each other fast in the summer of 2017 and remained together without any serious problems up until her passing. I often brought her to my grandmother's house in Lake Arrowhead which I was able to use that summer in 2017, and we immediately began to fight her cancer together, both expecting she would survive and we would have a life together: marrying and having children. We even went to in institute to check on how soon she could have children after the chemo, and I am getting this paperwork (in process).







MARKED FOR SCANNING

More evidence that Sherrie and I were in a loving, reciprocal relationship that supports all the legal decisions she made before she died suddenaly and tragically. Here also is evidence that I helped Sherrie with legal issues long before her passing – actually our legal collaborations go back to the autumn of 2017.



PHOTO MARKED FOR SCANNING

I mostly slept at the hospital the entire time, often against the door so when Sherrie finally slept nurses and doctors would not break in and wake her brutally. Since nobody else ever stayed over, I could only get a few scarce moments to run back to our apartment and do laundry and catch a little sleep. I brought her flowers several times, neither her family (not Sheryl, not her other sister Shannan and not her Mom and Step-Dad, much less Stephen Clarke, they all never sent a single flower or anything for her). I also gave her a vase I had from Europe and we shared our private lives carefully with each other – here a picture I sent Sherrie of me and a couple of my friends in Los Angeles, including Phillip Braunstein who met and they (Phillip and Sherrie) really liked each other. Phillip has been aware of all of this and is willing to sign any declarations necessary to make sure the truth comes to light. Our love at the end reflected the seed of itself from when Sherrie and I first met.



EXHIBIT 14

THE LAW OFFICE OF JASON K. FELDMAN, PC
Jason Feldman (State Bar No. 213386)
225 Santa Monica Blvd., 11th Floor
Santa Monica, CA 90401
Tel. (844) 553-5342
Fax. (310) 564-2004
jason@jkflegal.com

Attorney for Defendant

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF LOS ANGELES**

| | |
|---|---|
| DR. STEWART LUCAS MURREY, an individual;<br>Plaintiff,<br>vs.<br>SHANNYN POER, an individual; and DOES 1-50, inclusive,<br>Defendants. | Case No.: SC128407<br>[Assigned to Hon. Judge Lisa Hart Cole]<br>Dept. O<br>DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSIONS<br>Complaint Filed: May 14, 2013 |

PROPOUNDING PARTY: Plaintiff DR. STEWART LUCAS MURREY

RESPONDING PARTY: Defendant SHANNYN POER

SET NO.: ONE

07/31/18

Defendant Shannyn Poer ("Defendant" or "Responding Party") responds to the Requests for Admissions, Set No. One, propounded by Plaintiff Dr. Stewart Lucas Murrey ("Plaintiff") as follows:

**PRELIMINARY STATEMENT**

Defendant's investigation of the facts relating to this Action is ongoing and continuing, and Defendant has not completed her preparation for trial. These responses to the Requests for Admissions are based upon the information currently available to Defendant after a diligent inquiry, and these responses should not be construed to necessarily reflect all facts or documents that relate to such Requests. Facts and evidence now known may be imperfectly understood or the relevance of consequences of such facts and evidence may be imperfectly understood, and, accordingly, such facts and evidence may, in good faith, not be included in the following responses. Defendant reserves the right to refer to, conduct discovery with reference to, or offer into evidence at trial any and all such witnesses, facts and evidence, notwithstanding the absence of reference to such witnesses, facts and evidence in these responses. These responses therefore should not be deemed, and do not constitute, a waiver of Defendant's right to amend these responses or to rely on additional or different information or documents at trial.

**RESPONSES TO REQUESTS FOR ADMISSIONS**

**REQUEST FOR ADMISSION NO. 1:**

Admit that the family court at the Santa Monica courthouse stated that, although the restitution PLAINTIFF seeks from YOU "belongs in a different court, different proceeding, not in a domestic violence court", that what YOU have done to PLAINTIFF is "defamation".

07/31/18

**RESPONSE TO REQUEST FOR ADMISSION NO. 1:**

Not a proper request for admission, but DENY.

**REQUEST FOR ADMISSION NO. 2:**

Admit that the family court at the Santa Monica courthouse stated that it "does not approve" of YOUR "conduct" in regard to PLAINTIFF and the website cheaterreport.com, in particular that YOUR behavior was "entirely inappropriate", warned YOU to "not engage in this conduct", told YOU that "[y]ou're going to get sued" and that "it's going to be a giant nightmare for you".

**RESPONSE TO REQUEST FOR ADMISSION NO. 2:**

Not a proper request for admission, but DENY.

**REQUEST FOR ADMISSION NO. 3:**

Admit that YOU communicated verbally and/or in written form with Jessica Lynn in regard to the plaintiff and the website cheaterreport.com.

**RESPONSE TO REQUEST FOR ADMISSION NO. 3:**

Objection, vague and ambiguous.

Notwithstanding the foregoing objections, Responding Party responds as follows. Deny.

**REQUEST FOR ADMISSION NO. 4:**

Admit that YOU communicated verbally and/or in written form with Flor Edwards in regard to the plaintiff and the website cheaterreport.com.

07/31/18

**RESPONSE TO REQUEST FOR ADMISSION NO. 4:**

Objection, vague and ambiguous.

Notwithstanding the foregoing objections, Responding Party responds as follows. Deny.

**REQUEST FOR ADMISSION NO. 5:**

Admit that YOU created and used the email address solenne2017@yahoo.com to correspond with a third party regarding PLAINTIFF.

**RESPONSE TO REQUEST FOR ADMISSION NO. 5:**

Objection, vague and ambiguous.

Notwithstanding the foregoing objections, Responding Party responds as follows. Deny.

**REQUEST FOR ADMISSION NO. 6:**

Admit that YOU emailed from solenne2017@Yahoo.com in regard to PLAINTIFF to the email address janeroberts2017@Yahoo.com. ["janeroberts2017@yahoo.com" shall refer to WITNESS SHERRIE MARTINEZ]

**RESPONSE TO REQUEST FOR ADMISSION NO. 6:**

Admit.

**REQUEST FOR ADMISSION NO. 7:**

Admit that YOU initiated contact with janeroberts2017@yahoo.com after Jessica Lynn provided YOU with this email address.

07/31/18

**RESPONSE TO REQUEST FOR ADMISSION NO. 7:**

Objection, vague and ambiguous, compound.

Notwithstanding the foregoing objections, Responding Party responds as follows.

Deny.

**REQUEST FOR ADMISSION NO. 8:**

Admit that YOU emailed janeroberts2017@yahoo.com on September 23, 2017 using the email address solenne2017@yahoo.com.

**RESPONSE TO REQUEST FOR ADMISSION NO. 8:**

Objection, vague and ambiguous.

Notwithstanding the foregoing objections, Responding Party responds as follows.

Responded to emails from person posing as janeroberts2017@yahoo.com.

**REQUEST FOR ADMISSION NO. 9:**

Admit that YOU wrote to another person that PLAINTIFF "has two children in Europe from two different mothers", that "[o]ne of whom has a restraining order on him" and that "[h]e was put into German Jail (custody) for two weeks and fled the country afterwards."

**RESPONSE TO REQUEST FOR ADMISSION NO. 9:**

Objection. Vague and ambiguous. Vague as to the term "another person."

07/31/18

**REQUEST FOR ADMISSION NO. 10:**

Admit that YOU wrote to another person that the PLAINTIFF has had an "assault problem in France with another woman".

**RESPONSE TO REQUEST FOR ADMISSION NO. 10:**

Objection. Vague and ambiguous. Vague as to the term "another person."

**REQUEST FOR ADMISSION NO. 11:**

Admit that YOU wrote to another person that the PLAINTIFF "is a serial cheater and cannot and will not be faithful."

**RESPONSE TO REQUEST FOR ADMISSION NO. 11:**

Objection. Vague and ambiguous. Vague as to the term "another person."

**REQUEST FOR ADMISSION NO. 12:**

Admit that YOU wrote regarding the PLAINTIFF that "it's also not unlike him to con money or whatever else he can get from whatever women he uses and abuses. The verbal abuse is the cherry on top."

**RESPONSE TO REQUEST FOR ADMISSION NO. 12:**

Objection. Vague and ambiguous. Vague as to place, time, context.

07/31/18

**REQUEST FOR ADMISSION NO. 13:**

Admit that YOU wrote to another person in regard to PLAINTIFF: "Physical violence was also experienced by a few women, yes."

**RESPONSE TO REQUEST FOR ADMISSION NO. 13:**

Objection. Vague as to place, time, context. Vague as to "another person."

**REQUEST FOR ADMISSION NO. 14:**

Admit that YOU wrote that the PLAINTIFF has cheated on all women.

**RESPONSE TO REQUEST FOR ADMISSION NO. 14:**

Objection. Vague as to place, time, context.

**REQUEST FOR ADMISSION NO. 15:**

Admit that YOU are the user of the telephone number (213) 220-6707.

**RESPONSE TO REQUEST FOR ADMISSION NO. 15:**

Objection. You are a domestic abuser and Responding Party will not confirm or deny any personal contact information.

**REQUEST FOR ADMISSION NO. 16:**

Admit that YOU had a telephone conversation with Sherrie Martinez, the person using the email addressjaneroberts2017@yahoo.com. on September 29,2017.

07/31/18

**RESPONSE TO REQUEST FOR ADMISSION NO. 16:**

Unable to answer.

**REQUEST FOR ADMISSION NO. 17:**

Admit that during the phone conversation with Sherrie Martinez on 9/29/17 that YOU stated that PLAINTIFF physically assaults women.

**RESPONSE TO REQUEST FOR ADMISSION NO. 17:**

Unable to answer.

**REQUEST FOR ADMISSION NO. 18:**

Admit that during the phone conversation with Sherrie Martinez on 9/29/17 that YOU stated that PLAINTIFF had been arrested, charged and convicted for physically assaulting a woman named Flor Edwards with a hammer.

**RESPONSE TO REQUEST FOR ADMISSION NO. 18:**

Unable to answer.

**REQUEST FOR ADMISSION NO. 19:**

Admit that during the phone conversation with Sherrie Martinez on 9/29/17 that YOU stated that the PLAINTIFF intended to poison an anonymous woman with rat poison during an interaction at Lake Arrowhead over a sexual encounter.

**RESPONSE TO REQUEST FOR ADMISSION NO. 19:**

Unable to answer.

07/31/18

**REQUEST FOR ADMISSION NO. 20:**

Admit that during the phone conversation with Sherrie Martinez on 9/29/17 that YOU stated that the PLAINTIFF steals money from women.

**RESPONSE TO REQUEST FOR ADMISSION NO. 20:**

Unable to answer.

**REQUEST FOR ADMISSION NO. 21:**

Admit that during the phone conversation with Sherrie Martinez on 9/29117 that YOU stated that the PLAINTIFF has restraining orders from multiple women in the United States and in Europe.

**RESPONSE TO REQUEST FOR ADMISSION NO. 21:**

Unable to answer.

**REQUEST FOR ADMISSION NO. 22:**

Admit that during the phone conversation with Sherrie Martinez on 9/29117 that YOU stated that you were doing this to intentionally harm the PLAINTIFF's reputation.

**RESPONSE TO REQUEST FOR ADMISSION NO. 22:**

Unable to answer.

**REQUEST FOR ADMISSION NO. 23:**

Admit that during the phone conversation with Sherrie Martinez on 9/29117 that YOU stated that YOU had been posting on cheaterreport.com in regard to PLAINTIFF since December 2016.

07/31/18

**RESPONSE TO REQUEST FOR ADMISSION NO. 23:**

Unable to answer.

**REQUEST FOR ADMISSION NO. 24:**

Admit that during the phone conversation with Sherrie Martinez on 9/29117 that YOU stated that Flor Edwards had been posting on cheaterreport.com in regard to PLAINTIFF.

**RESPONSE TO REQUEST FOR ADMISSION NO. 24:**

Unable to answer.

**REQUEST FOR ADMISSION NO. 25:**

Admit that during the phone conversation with Sherrie Martinez on 9/29/17 that YOU stated that Jessica Lynn had been posting on cheaterreport.com in regard to PLAINTIFF.

**RESPONSE TO REQUEST FOR ADMISSION NO. 25:**

Unable to answer.

**REQUEST FOR ADMISSION NO. 26:**

Admit that during the phone conversation with Sherrie Martinez on 9 September 2017 that YOU directed her to a website regarding the PLAINTIFF's arrest on 19 July 2017, indicating that he had been convicted and sentenced for felony assault.

07/31/18

**RESPONSE TO REQUEST FOR ADMISSION NO. 26:**

Unable to answer.

**REQUEST FOR ADMISSION NO. 27:**

Admit that YOU sent a screenshot of the PLAINTIFF's arrest record from 19 July 2017 to the email address janeroberts2017@yahoo.com on 29 of September 2017.

**RESPONSE TO REQUEST FOR ADMISSION NO. 27:**

Responding Party is not sure of any dates but does recall sending a screenshot of Plaintiffs arrest record via email upon request.

**REQUEST FOR ADMISSION NO. 28:**

Admit that YOU wrote to another person that the PLAINTIFF was retaliatory and dangerous and that Plaintiff is "very dangerous, and for your safety I would cut all ties with him. This man doesn't have one good relationship under his belt (friendly or romantic)."

**RESPONSE TO REQUEST FOR ADMISSION NO. 28:**

Objection. Vague as to place, time, context. Vague as to "another person."

**REQUEST FOR ADMISSION NO. 29:**

Admit that YOU posted multiple times on cheaterreport.com in regard to PLAINTIFF.

07/31/18

**RESPONSE TO REQUEST FOR ADMISSION NO. 29:**

Deny.

**REQUEST FOR ADMISSION NO. 30:**

Admit that YOU are aware of monetary costs PLAINTIFF incurred from the removal of postings about him on cheaterreport.com.

**RESPONSE TO REQUEST FOR ADMISSION NO. 30:**

Deny.

**REQUEST FOR ADMISSION NO. 31:**

Admit that through cheaterreport.com YOU made contact with women in regard to PLAINTIFF who claimed to know PLAINTIFF from over a decade ago.

**RESPONSE TO REQUEST FOR ADMISSION NO. 31:**

Objection, vague and ambiguous, compound.

Notwithstanding the foregoing objections, Responding Party responds as follows.

Deny.

**REQUEST FOR ADMISSION NO. 32:**

Admit that through cheaterreport.com YOU offered a "support group" in regard to PLAINTIFF, sometimes referred to as a "Lucas Murrey Support Group".

07/31/18

**RESPONSE TO REQUEST FOR ADMISSION NO. 32:**

Objection, vague and ambiguous.

Notwithstanding the foregoing objections, Responding Party responds as follows.

Deny.

**REQUEST FOR ADMISSION NO. 33:**

Admit that YOU initiated contact with multiple women in regard to PLAINTIFF after Jessica Lynn provided YOU with their email addresses/contact information.

**RESPONSE TO REQUEST FOR ADMISSION NO. 33:**

Objection, vague and ambiguous.

Notwithstanding the foregoing objections, Responding Party responds as follows.

Deny.

**REQUEST FOR ADMISSION NO. 34:**

Admit that Jessica Lynn obtained access to multiple women in regard to PLAINTIFF by posting email address(es)oncheaterreport.com.

**RESPONSE TO REQUEST FOR ADMISSION NO. 34:**

Unable to answer.

**REQUEST FOR ADMISSION NO. 35:**

Admit that during the phone conversation with Sherrie Martinez on 9/29/17

07/31/18

that YOU admitted to having had similar conversations regarding PLAINTIFF with multiple women from January 2017 to September 2017.

**RESPONSE TO REQUEST FOR ADMISSION NO. 35:**

Unable to answer.

DATED: March 15, 2018

The Law Office Of Jason K. Feldman, PC

By: ______________________
Jason Feldman
Attorney for Plaintiff

07/31/18

**VERIFICATION**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am Shannyn Poer, a party to this action. I make this verification for the purpose of verifying the within

DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSIONS

(hereinafter referred to as the "Responses").

I have read the foregoing Responses and I declare them to be true and correct to the best of my knowledge, information and belief.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 14 day of March 2018, at Los Angeles, California.

By: Shannyn Poer

07/31/18

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 225 Santa Monica Blvd., 11th Floor, Santa Monica, CA 90401.

On March 15, 2018, I served the foregoing document(s) described as **DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSIONS** on the interested parties in this action, at the following addresses:

Dr. Stewart Lucas Murrey
11755 Wilshire Blvd., #2140
Los Angeles, CA 90025

(X) (For Collection). By placing a true copy (copies) thereof enclosed in a sealed envelope(s), addressed as above, and by placing said sealed envelope(s) for collection and mailing on that date following ordinary business practices. I am "readily familiar" with the business' practice for collection and processing of correspondence for mailing the U.S. Postal Service. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.

( ) (Overnight Delivery). By placing a true copy(ies) thereof enclosed in a sealed envelope(s) or package(s) as designated by Federal Express, addressed as above, and depositing said envelope(s) or package(s), with delivery fees provided for, in a box regularly maintained by Federal Express at 100 Wilshire Blvd., Suite 950, Santa Monica, CA 90401.

( ) (Courtesy copy via Facsimile). By transmitting a true copy(ies) thereof to each of the designated counsel on the service list to their facsimile number(s) as listed above.

( ) (Personal Delivery). I caused to be served by messenger for personal delivery that same day the foregoing documents in a sealed envelope to the above persons at the address(es) listed above.

( X ) (State) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 15, 2018 at Santa Monica, California.

07/31/18

THE LAW OFFICE OF JASON K. FELDMAN, PC
Jason Feldman (State Bar No. 213386)
225 Santa Monica Blvd., 11th Floor
Santa Monica, CA 90401
Tel. (844) 553-5342
Fax. (310) 564-2004
jason@jkflegal.com

Attorney for Defendant

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF LOS ANGELES

DR. STEWART LUCAS MURREY, an individual;

Plaintiff,

vs.

SHANNYN POER, an individual; and DOES 1-50, inclusive,

Defendants.

Case No.: SC128407

[Assigned to Hon. Judge Lisa Hart Cole]
Dept. O

DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

PROPOUNDING PARTY: Plaintiff, DR. STEWART LUCAS MURREY
RESPONDING PARTY: Defendant, SHANNYN POER
SET NO: One

Defendant Shannyn Poer ("Defendant" or "Responding Party") responds to the first set of Requests for Production of Documents propounded by Plaintiff, Dr. Stewart Lucas Murrey's ("Plaintiff").

07/31/18

## PRELIMINARY STATEMENT

Defendant's investigation of the facts relating to this Action is ongoing and continuing, and Defendant has not completed her preparation for trial. These responses to the Requests for Production of Documents are based upon the information currently available to Defendant after a diligent inquiry, and these responses should not be construed to necessarily reflect all facts or documents that relate to such Requests. These responses therefore should not be deemed, and do not constitute, a waiver of Defendant's right to amend these responses or to rely on additional or different information or documents at trial.

## GENERAL OBJECTIONS

1. Defendant objects to these Requests, and each of them, to the extent that any Request seeks documents equally available to the Propounding Party.

2. Defendant objects to these Requests, and each of them, to the extent that any Request seeks documents protected by the attorney-client privilege or the attorney work-product doctrine. Defendant hereby asserts and claims the attorney-client privilege and the attorney work-product doctrine with respect to all protected documents called for by these Requests, and each of them. Defendant will not undertake to provide privileged or otherwise protected information, and any inadvertent disclosure of such information shall not be deemed a waiver of any applicable privilege.

3. Defendant objects to these Requests, and to each of them, to the extent that any demand is overly broad and unduly burdensome.

4. Defendant objects to these Requests, and each of them, to the extent that any demand seeks documents that are not relevant to the subject matter of this action, nor reasonably calculated to lead to the discovery of admissible evidence.

5. Defendant objects to these Requests, and each of them, to the extent that they seek confidential information, trade secret, proprietary, financial, or

07/31/18

commercially sensitive information, the disclosure of which could result in substantial competitive injury to Defendant.

**RESPONSES TO REQUESTS FOR PRODUCTION**

**REQUEST FOR PRODUCTION NO. 1:**

Any and all DOCUMENTS related to Flor Edwards and YOUR communications with Ms. Edwards from 2016 until the present, including any and all electronic documents such as emails, text messages and those via social media as well as documentation of any and all in-person meetings.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

Responding party objects to this request as overly broad and unduly burdensome. Responding Party further objects to this request as it is not relevant to the subject matter of this action, nor reasonably calculated to lead to the discovery of admissible evidence. Flor Edwards is not a party and no allegations involve communications with Responding Party. Further, Ms. Edwards is another of your domestic victims and this request invades the privacy of Ms. Edwards and is harassing to Responding Party.

**REQUEST FOR PRODUCTION NO. 2:**

Any and all DOCUMENTS related to Jessica Lynn and YOUR communications with Ms. Lynn from 2017 until the present, including any and all electronic documents such as emails, text messages and those via social media as well as documentation of any and all in-person meetings.

07/31/18

**RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

Responding party objects to this request as overly broad and unduly burdensome. Responding Party objects to this request as it is not relevant to the subject matter of this action, nor reasonably calculated to lead to the discovery of admissible evidence. Jessica Lynn is not a party and no allegations involve communications with Responding Party. This request tends to invade the privacy of Ms. Lynn and is harassing to Responding Party.

**REQUEST FOR PRODUCTION NO. 3:**

Any and all DOCUMENTS related to cheaterreport.com, YOUR communications regarding cheaterreport.com and YOUR postings on cheaterreport.com. Include any and all electronic user names, identities, anonymous ones, documents such as emails, text messages, those via social media as well as documentation of any and all in-person meetings.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

Responding Party objects to this request as overly broad and unduly burdensome and compound and unintelligible. Responding Party further objects to this request to the extent that any demand seeks documents that are not relevant to the subject matter of this action, nor reasonably calculated to lead to the discovery of admissible evidence.

Notwithstanding the foregoing objections, Responding Party will provide any cheaterreport.com postings by a party to this action in her possession.

**REQUEST FOR PRODUCTION NO. 4:**

Any and all DOCUMENTS regarding the women with whom Jessica Lynn put YOU and/or Flor Edwards in contact. Include any and all electronic user

07/31/18

names, identities, anonymous ones, documents such as emails, text messages, those via social media as well as documentation of any and all in-person meetings.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

Responding Party objects to this request as it is not relevant to the subject matter of this action, nor reasonably calculated to lead to the discovery of admissible evidence. Flor Edwards and Jessica Lynn are not a parties and no allegations involve communications with Responding Party. Further, Ms. Edwards and/or Jessica Lynn are your domestic victims and this request is a fishing expedition for further means to harass those parties and intends to harass Responding Party.

**REQUEST FOR PRODUCTION NO. 5:**

Any and all DOCUMENTS related to the following electronic identities and postings on cheaterreport.com:

a) Tina

b) TXT4L

c) JEN PARKER

d) Jane Doe

e) NOPE

f) LAME

g) ANONYMOUS

h) LIZZIE RAIDER

i) THANK YOU

j) GRATEFUL

k) ZOE

07/31/18

l) CONCERNED

m) NEAR MISS

n) CONCERNED2

0) AURORA

Those associated with the following posts:

a) Lucas Murrey, total con artist

b) Lucas Murrey Online Predator and Women Manipulator

c) Lucas Murrey1

d) Lucas Murrey2

e) Lucas Murrey3

f) Lucas Murrey is Venice and Santa Monica predator and dirtbag. ABORT!

And communication between YOURSELF: solenne2017@yaboo.com (Solenne Margot) and the telephone number (213) 220-6707, all YOUR personal email addresses, and:

a) craigslistresponses3@gmail.com

b) LizzieRaider90291 @gmail.com

c) florasinflower@hotmail.com

d) florchristine@gmail.com

Including all pseudonyms, anonymous and "fake" email addresses as well as documentation of any and all in-person meetings.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

Responding Party objects to this request as overly broad and unduly burdensome and compound. Responding Party further objects to this request to the extent that any demand seeks documents that are not relevant to the subject matter of this action, nor reasonably calculated to lead to the discovery of admissible evidence.

07/31/18

Notwithstanding the foregoing objections, Responding Party will provide any cheaterreport.com postings by a party to this action in her possession.

**REQUEST FOR PRODUCTION NO. 6:**

Any and all DOCUMENTS related to YOUR communications about PLAINTIFF's arrest on 19 July 2017. Include any and all electronic user names, identities, anonymous ones, documents such as emails, text messages, those via social media as well as documentation of any and all in-person meetings.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

Responding Party objects to this request as vague, ambiguous, overly broad and unduly burdensome and compound. Responding Party further objects to this request to the extent that any demand seeks documents that are not relevant to the subject matter of this action, nor reasonably calculated to lead to the discovery of admissible evidence.

**REQUEST FOR PRODUCTION NO. 7:**

Any and all DOCUMENTS related to YOUR communications about PLAINTIFF's physical and verbal abuse. Include any and all electronic user names, identities, anonymous ones, documents such as emails, text messages, those via social media as well as documentation of any and all in- person meetings.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

Responding Party objects to this request as vague, ambiguous, overly broad and unduly burdensome and compound. Responding Party further objects to this request to the extent that any demand seeks documents that are not relevant to the subject matter of this action, nor reasonably calculated to lead to the discovery of

07/31/18

admissible evidence. Responding Party further objects to the extent this request seeks documents protected by attorney-client privilege or doctor-patient privilege.

**REQUEST FOR PRODUCTION NO. 8:**

Any and all DOCUMENTS related to YOUR communications about PLAINTIFF's Restraining Order(s). Include any and all electronic user names, identities, anonymous ones, documents such as emails, text messages, those via social media as well as documentation of any and all in-person meetings.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

Responding Party objects to this request as vague, ambiguous, overly broad and unduly burdensome and compound. Responding Party further objects to this request to the extent that any demand seeks documents that are not relevant to the subject matter of this action, nor reasonably calculated to lead to the discovery of admissible evidence. Responding Party objects to the extent this request calls for communications protected by the attorney-client privilege.

**REQUEST FOR PRODUCTION NO. 9:**

Any and all DOCUMENTS related to YOUR communications about PLAINTIFF cheating on women. Include any and all electronic user names, identities, anonymous ones, documents such as emails, text messages, those via social media as well as documentation of any and all in-person meetings.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

Responding Party objects to this request as vague, ambiguous, overly broad and unduly burdensome and compound. Responding Party further objects to this request to the extent that any demand seeks documents that are not relevant to the

07/31/18

subject matter of this action, nor reasonably calculated to lead to the discovery of admissible evidence. Responding Party objects to the extent this request calls for communications protected by the attorney-client privilege.

**REQUEST FOR PRODUCTION NO. 10:**

Any and all DOCUMENTS related to YOUR communications about PLAINTIFF vandalizing property. Include any and all electronic user names, identities, anonymous ones, documents such as emails, text messages, those via social media as well as documentation of any and all in-person meetings.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

Responding Party objects to this request as vague, ambiguous, overly broad and unduly burdensome and compound. Responding Party further objects to this request to the extent that any demand seeks documents that are not relevant to the subject matter of this action, nor reasonably calculated to lead to the discovery of admissible evidence. There are no allegations in your Complaint that Responding Party defamed you with accusations of vandalism. Responding Party further objects to the extent this request calls for communications protected by the attorney-client privilege.

**REQUEST FOR PRODUCTION NO. 11:**

Any and all DOCUMENTS related to YOUR communications about PLAINTIFF seeking to harm or murder a woman with rat poison. Include any and all electronic user names, identities, anonymous ones, documents such as emails, text messages, those via social media as well as documentation of any and all in-person meetings.

07/31/18

**RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

Responding Party objects to this request as vague, ambiguous, overly broad and unduly burdensome and compound. Responding Party further objects to this request to the extent that any demand seeks documents that are not relevant to the subject matter of this action, nor reasonably calculated to lead to the discovery of admissible evidence. Responding Party objects to the extent this request calls for communications protected by the attorney-client privilege.

**REQUEST FOR PRODUCTION NO. 12:**

Any and all DOCUMENTS related to YOUR communications about PLAINTIFF having and/or transmitting sexually transmitted diseases. Include any and all electronic user names, identities, anonymous ones, documents such as emails, text messages, those via social media as well as documentation of any and all in-person meetings.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

Responding Party objects to this request as overly broad and unduly burdensome and compound. Responding Party further objects to this request to the extent that any demand seeks documents that are not relevant to the subject matter of this action, nor reasonably calculated to lead to the discovery of admissible evidence. Responding Party objects to the extent this request calls for communications protected by the attorney-client privilege.

Notwithstanding the foregoing objections, Responding Party will provide any relevant communications by Responding Party in her possession about you having or transmitting sexually transmitted diseases.

07/31/18

**REQUEST FOR PRODUCTION NO. 13:**

Any and all DOCUMENTS related to YOUR communications about PLAINTIFF stealing money. Include any and all electronic user names, identities, anonymous ones, documents such as emails, text messages, those via social media as well as documentation of any and all in-person meetings.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 13:**

Responding Party objects to this request as vague, ambiguous, overly broad and unduly burdensome and compound. Responding Party further objects to this request to the extent that any demand seeks documents that are not relevant to the subject matter of this action, nor reasonably calculated to lead to the discovery of admissible evidence.  Responding Party objects to the extent this request calls for communications protected by the attorney-client privilege.

**REQUEST FOR PRODUCTION NO. 14:**

Any and all DOCUMENTS related to YOUR communications about PLAINTIFF being retaliatory and dangerous. Include any and all electronic user names, identities, anonymous ones, documents such as emails, text messages, those via social media as well as documentation of any and all in-person meetings.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 14:**

Responding Party objects to this request as vague, ambiguous, overly broad and unduly burdensome and compound. Responding Party further objects to this request to the extent that any demand seeks documents that are not relevant to the subject matter of this action, nor reasonably calculated to lead to the discovery of admissible evidence.  Responding Party objects to the extent this request calls for

communications protected by the attorney-client privilege and doctor-patient privilege.

**REQUEST FOR PRODUCTION NO. 15:**

Any and all DOCUMENTS related to women who claimed to know PLAINTIFF from over a decade ago. Include any and all electronic user names, identities, anonymous ones, documents such as emails, text messages, those via social media as well as documentation of any and all in-person meetings.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

Responding Party objects to this request as vague, ambiguous, overly broad and unduly burdensome and compound. Responding Party further objects to this request to the extent that any demand seeks documents that are not relevant to the subject matter of this action, nor reasonably calculated to lead to the discovery of admissible evidence. There are no allegations in your Complaint that Responding Party defamed you with comments regarding women who knew you over a decade ago. Responding Party objects to the extent this request calls for communications protected by the attorney-client privilege.

**REQUEST FOR PRODUCTION NO. 16:**

Any and all DOCUMENTS related to the support group, also called the Lucas Murrey support group. Include any and all electronic user names, identities, anonymous ones, documents such as emails, text messages, those via social media as well as documentation of any and all in-person meetings.

07/31/18

**RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

Responding Party objects to this request as vague, ambiguous, overly broad and unduly burdensome and compound. Responding Party further objects to this request to the extent that any demand seeks documents that are not relevant to the subject matter of this action, nor reasonably calculated to lead to the discovery of admissible evidence. There are no allegations in your Complaint that Responding Party defamed you with comments regarding a support group. Responding Party objects to the extent this request calls for communications protected by the attorney-client privilege.

**REQUEST FOR PRODUCTION NO. 17:**

Any and all DOCUMENTS related to all YOUR online social media identities, including those that were/are secret and anonymous, since early 2016 until the present. Include any and all electronic user names, identities, anonymous ones, documents such as emails, text messages, those via social media as well as documentation of any and all in-person meetings.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 17:**

Responding Party objects to this request as overly broad and unduly burdensome and compound. Responding Party further objects to this request to the extent that any demand seeks documents that are not relevant to the subject matter of this action, nor reasonably calculated to lead to the discovery of admissible evidence. This request is a harassing invasion of privacy.

**REQUEST FOR PRODUCTION NO. 18:**

Any and all DOCUMENTS related to Patrick Edwards and YOUR communications about Patrick Edwards. Include any and an electronic user names,

07/31/18

identities, anonymous ones, documents such as emails, text messages, those via social media as well as documentation of any and all in-person meetings.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 18:**

Responding Party objects to this request as it is not relevant to the subject matter of this action, nor reasonably calculated to lead to the discovery of admissible evidence. Patrick Edwards is not a party and no allegations involve communications with Responding Party.

**REQUEST FOR PRODUCTION NO. 19:**

Any and all DOCUMENTS in regard to ANYONE about whom you have posted on cheaterreport.com and/or any other such website. Include any and all electronic user names, identities, anonymous ones, documents such as emails, text messages, those via social media as well as documentation of any and all in-person meetings.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 19:**

Responding Party objects to this request as overly broad and unduly burdensome and compound and unintelligible. Responding Party further objects to this request to the extent that any demand seeks documents that are not relevant to the subject matter of this action, nor reasonably calculated to lead to the discovery of admissible evidence.

Notwithstanding the foregoing objections, Responding Party will provide any cheaterreport.com postings by a party to this action in her possession.

**REQUEST FOR PRODUCTION NO. 20:**

Any and all DOCUMENTS in regard to the Instagram account

@princessandthetinyp. Include any and all electronic user names, identities, anonymous ones, documents such as emails, text messages, those via social media as well as documentation of any and all in-person meetings.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 20:**

Responding Party objects to this request as vague, ambiguous, overly broad and unduly burdensome and compound and unintelligible. Responding Party further objects to this request to the extent that any demand seeks documents that are not relevant to the subject matter of this action, nor reasonably calculated to lead to the discovery of admissible evidence.

Notwithstanding the foregoing objections, Responding Party responds as follows. Responding Party is not in possession or control of Instagram account @princessandthetinyp.

Dated: March 15, 2018

THE LAW OFFICE OF
JASON K. FELDMAN, PC

By: ______________________
Jason Feldman, Esq.
Attorneys for Defendant

**PROOF OF SERVICE**

07/31/18

**VERIFICATION**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am Shannyn Poer, a party to this action. I make this verification for the purpose of verifying the within DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS (hereinafter referred to as the "Responses").

I have read the foregoing Responses and I declare them to be true and correct to the best of my knowledge, information and belief.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 14 day of March 2018, at Los Angeles, California.

By: Shannyn Poer

07/31/18

I am employed in the County of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 225 Santa Monica Blvd., 11th Floor, Santa Monica, CA 90401.

On March 15, 2018, I served the foregoing document(s) described as **DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** on the interested parties in this action, at the following addresses:

Stewart L. Murrey
11755 Wilshire Blvd., #2140
Los Angeles, CA 90025

(X) (For Collection). By placing a true copy (copies) thereof enclosed in a sealed envelope(s), addressed as above, and by placing said sealed envelope(s) for collection and mailing on that date following ordinary business practices. I am "readily familiar" with the business' practice for collection and processing of correspondence for mailing the U.S. Postal Service. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.

( ) (Overnight Delivery). By placing a true copy(ies) thereof enclosed in a sealed envelope(s) or package(s) as designated by Federal Express, addressed as above, and depositing said envelope(s) or package(s), with delivery fees provided for, in a box regularly maintained by Federal Express at 100 Wilshire Blvd., Suite 950, Santa Monica, CA 90401.

( ) (Courtesy copy via Facsimile). By transmitting a true copy(ies) thereof to each of the designated counsel on the service list to their facsimile number(s) as listed above.

( ) (Personal Delivery). I caused to be served by messenger for personal delivery that same day the foregoing documents in a sealed envelope to the above persons at the address(es) listed above.

( X ) (State) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 15, 2018 at Santa Monica, California.

07/31/18

THE LAW OFFICE OF JASON K. FELDMAN, PC
Jason Feldman (State Bar No. 213386)
225 Santa Monica Blvd., 11th Floor
Santa Monica, CA 90401
Tel. (844) 553-5342
Fax. (310) 564-2004
jason@jkflegal.com

Attorney for Defendant

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF LOS ANGELES**

| | |
|---|---|
| DR. STEWART LUCAS MURREY, an individual;<br>Plaintiff,<br>vs.<br>SHANNYN POER, an individual; and DOES 1-50, inclusive,<br>Defendants. | Case No.: SC128407<br>[Assigned to Hon. Randolph M. Hammock]<br>Dept. 47<br>DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST SET OF SPECIAL INTERROGATORIES<br>Complaint Filed: May 14, 2013 |

PROPOUNDING PARTY: Plaintiff, DR. STEWART LUCAS MURREY

RESPONDING PARTY: Defendant, SHANNYN POER

SET NO: One

07/31/18

## PRELIMINARY STATEMENT

Defendant Shannyn Poer ("Responding Party") has not completed her investigation and discovery of the facts relating to this case, and he has not completed his preparation for trial. Accordingly, all of the responses contained herein are based only upon such information and documents as are presently known and available to Responding Party. It is anticipated that further discovery, independent investigation, legal research and analysis will supply additional facts, add meaning to known facts, and establish entirely new factual conclusions and legal contentions, all of which may reveal information which, if presently within Responding Party's knowledge, would have been included in this response. Responding Party specifically reserves the right to present additional documents and/or information as may be disclosed through HER continuing discovery and investigation. However, in accord with the Discovery Statute, Responding Party states that she has no obligation, and is assuming no obligation to supplement or amend the responses herein to reflect documents, information, and/or evidence discovered following the date of these responses.

## GENERAL OBJECTIONS

1. Responding Party objects to these Special Interrogatories, and each of them, to the extent that any Special Interrogatory seeks information protected by the attorney-client privilege or the attorney work-product doctrine. Responding Party hereby asserts and claims the attorney-client privilege and the work-product doctrine with respect to all protected information called for by these Special Interrogatories, and each of them. Responding Party will not undertake to provide privileged or otherwise protected information, and any inadvertent disclosure of such information shall not be deemed a waiver of any applicable privilege.

07/31/18

2. Responding Party objects to each Special Interrogatory to the extent it seeks to impose obligations beyond those imposed by the California Code of Civil Procedure.

3. Responding Party objects to these Special Interrogatories, and each of them, to the extent that any Special Interrogatory seeks information that is neither relevant to the subject matter of this action, nor reasonably calculated to lead to the discovery of admissible evidence.

4. Responding Party objects to these Special Interrogatories on the grounds and to the extent this request requires Plaintiff to set forth legal opinions or conclusions as to Defendant's alleged negligence. *Flora Crane Service, Inc. v. Superior Court* (1965) 234 Cal.App.2d 767, 780-782. Responding Party further objects to this request on the grounds and to the extent that it improperly requires or purports to have Responding Party reveal his entire theory of the case. *Burke v. Superior Court of Sacramento County* (1969) 71 Cal.2d 276, 286. Responding Party has yet to complete his discovery, including the depositions of Defendants. To the extent this request seeks the application of specialized and/or technical knowledge and experience in the field of police practices and procedure, the request also seeks premature disclosure of expert opinion in violation of California Code of Civil Procedure sections 2034.210, 2034.220 and 2034.270.

The Objections set forth above are specifically and generally incorporated in each response below, and any response to any interrogatory shall not be deemed a waiver of any of the aforementioned objections. Responding Party's responses herein are made in a good faith effort to supply as much factual information as is presently known, but should in no way be to the prejudice of Responding Party in relation to further discovery, research or analysis.

///

07/31/18

## RESPONSES TO SPECIAL INTERROGATORIES

**SPECIAL INTERROGATORY NO. 1:**

Identify the full name, address (residential and work addresses), email(s), telephone number(s) of anyone with whom you have communicated in regard to the website cheaterreport.com since 2016, including anyone with whom you have communicated while using the email address solenne2017@yahoo.com. Include all social media platforms in regard to this explanation: times, dates and forms of communication.

**RESPONSE TO SPECIAL INTERROGATORY NO. 1:**

Responding Party objects to the extent this interrogatory seeks information that is neither relevant to the subject matter of this action, nor reasonably calculated to lead to the discovery of admissible evidence. Responding Party further objects as vague and ambiguous. Responding Party further objects to the extent it requires the private information of third parties. This interrogatory is compound in violation of CCP § 2030.060(f). Responding Party specifically objects to the term "communicated" as vague and ambiguous.

**SPECIAL INTERROGATORY NO. 2:**

Identify the full name, address (residential and work addresses), email(s), telephone number(s) of anyone with whom you have communicated that PLAINTIFF has a and/or multiple restraining orders and/or was in jail. Include all details of communications: date and time and all social media platforms in regard to these communications.

**RESPONSE TO SPECIAL INTERROGATORY NO. 2:**

07/31/18

Responding Party objects to the extent this interrogatory seeks information that is neither relevant to the subject matter of this action, nor reasonably calculated to lead to the discovery of admissible evidence. Responding Party further objects as vague and ambiguous. Responding Party further objects to the extent it requires the private information of third parties. This interrogatory is compound in violation of CCP § 2030.060(f). Responding Party specifically objects to the term "communicated" as vague and ambiguous.

**SPECIAL INTERROGATORY NO. 3:**

Identify the full name, address (residential and work addresses), email(s), telephone number(s) of anyone with whom you have communicated that PLAINTIFF has had assaulted a and/or women in Europe. Include all details of communications: date and time and all social media platforms in regard to these communications.

**RESPONSE TO SPECIAL INTERROGATORY NO. 3:**

Responding Party objects to the extent this interrogatory seeks information that is neither relevant to the subject matter of this action, nor reasonably calculated to lead to the discovery of admissible evidence. Responding Party further objects as vague and ambiguous. Responding Party further objects to the extent it requires the private information of third parties. This interrogatory is compound in violation of CCP § 2030.060(f). Responding Party specifically objects to the term "communicated" as vague and ambiguous.

**SPECIAL INTERROGATORY NO. 4:**

Identify the full name, address (residential and work addresses), email(s), telephone number(s) of anyone with whom you have communicated that

07/31/18

PLAINTIFF cheats on women. Include all details of communications: date and time and all social media platforms in regard to these communications.

**RESPONSE TO SPECIAL INTERROGATORY NO. 4:**

Responding Party objects to the extent this interrogatory seeks information that is neither relevant to the subject matter of this action, nor reasonably calculated to lead to the discovery of admissible evidence. Responding Party further objects as vague and ambiguous. Responding Party further objects to the extent it requires the private information of third parties. This interrogatory is compound in violation of CCP § 2030.060(f). Responding Party specifically objects to the term "communicated" as vague and ambiguous.

**SPECIAL INTERROGATORY NO. 5:**

Identify the full name, address (residential and work addresses), email(s), telephone number(s) of anyone with whom you have communicated that PLAINTIFF steals money from women. Include all details of communications: date and time and all social media platforms in regard to these communications.

**RESPONSE TO SPECIAL INTERROGATORY NO. 5:**

Responding Party objects to the extent this interrogatory seeks information that is neither relevant to the subject matter of this action, nor reasonably calculated to lead to the discovery of admissible evidence. Responding Party further objects as vague and ambiguous. Responding Party further objects to the extent it requires the private information of third parties. This interrogatory is compound in violation of CCP § 2030.060(f). Responding Party specifically objects to the term "communicated" as vague and ambiguous.

07/31/18

**SPECIAL INTERROGATORY NO. 6:**

Identify the full name, address (residential and work addresses), email(s), telephone number(s) of anyone with whom you have communicated that PLAINTIFF physically and verbally abuses women. Include all details of communications: date and time and all social media platforms in regard to these communications.

**RESPONSE TO SPECIAL INTERROGATORY NO. 6:**

Responding Party objects to the extent this interrogatory seeks information that is neither relevant to the subject matter of this action, nor reasonably calculated to lead to the discovery of admissible evidence. Responding Party further objects as vague and ambiguous. Responding Party further objects to the extent it requires the private information of third parties. This interrogatory is compound in violation of CCP § 2030.060(f). Responding Party specifically objects to the term "communicated" as vague and ambiguous.

**SPECIAL INTERROGATORY NO. 7:**

Identify the full name, address (residential and work addresses), email(s), telephone number(s) of anyone with whom you have communicated in regard to PLAINTIFF while using an anonymous and/or "fake" online social media identity, including when you sent emails to the email address janeroberts2017@yahoo.com and when you were using the telephone number (213) 220- 6707. Include all details of communications: date and time and all social media platforms in regard to these communications.

**RESPONSE TO SPECIAL INTERROGATORY NO. 7:**

Responding Party objects to the extent this interrogatory seeks information

07/31/18

that is neither relevant to the subject matter of this action, nor reasonably calculated to lead to the discovery of admissible evidence. Responding Party further objects as vague and ambiguous. Responding Party further objects to the extent it requires the private information of third parties. This interrogatory is compound in violation of CCP § 2030.060(f). Responding Party specifically objects to the term "communicated" as vague and ambiguous.

**SPECIAL INTERROGATORY NO. 8:**

Identify the full name, address (residential and work addresses), email(s), telephone number(s) of anyone with whom you have communicated about Sherrie Martinez. Include all details of communications: date and time and all social media platforms in regard to these communications.

**RESPONSE TO SPECIAL INTERROGATORY NO. 8:**

Responding Party objects to the extent this interrogatory seeks information that is neither relevant to the subject matter of this action, nor reasonably calculated to lead to the discovery of admissible evidence. Responding Party further objects as vague and ambiguous. Responding Party further objects to the extent it requires the private information of third parties. This interrogatory is compound in violation of CCP § 2030.060(f). Responding Party specifically objects to the term "communicated" as vague and ambiguous.

**SPECIAL INTERROGATORY NO. 9:**

Identify the full name, address (residential and work addresses), email(s), telephone number(s) of anyone with whom you have communicated that PLAINTIFF abused Flor Edwards in any way. Include all details of communications: date and time and all social media platforms in regard to these

07/31/18

communications.

**RESPONSE TO SPECIAL INTERROGATORY NO. 9:**

Responding Party objects to the extent this interrogatory seeks information that is neither relevant to the subject matter of this action, nor reasonably calculated to lead to the discovery of admissible evidence. Responding Party further objects as vague and ambiguous. Responding Party further objects to the extent it requires the private information of third parties. This interrogatory is compound in violation of CCP § 2030.060(f). Responding Party specifically objects to the term "communicated" as vague and ambiguous.

**SPECIAL INTERROGATORY NO. 10:**

Identify the full name, address (residential and work addresses), email(s), telephone number(s) of anyone with whom you have communicated that PLAINTIFF sought to harm a woman with rat poison during an interaction in Lake Arrowhead over a sexual encounter. Include all details of communications: date and time and all social media platforms in regard to these communications.

**RESPONSE TO SPECIAL INTERROGATORY NO. 10:**

Responding Party objects to the extent this interrogatory seeks information that is neither relevant to the subject matter of this action, nor reasonably calculated to lead to the discovery of admissible evidence. Responding Party further objects as vague and ambiguous. Responding Party further objects to the extent it requires the private information of third parties. This interrogatory is compound in violation of CCP § 2030.060(f). Responding Party specifically objects to the term "communicated" as vague and ambiguous.

**SPECIAL INTERROGATORY NO. 11:**

Identify the full name, address (residential and work addresses), email(s), telephone number(s) of anyone with whom you have communicated that PLAINTIFF has sexually transmitted diseases and has infected a woman and/or women with his sexually transmitted diseases. Include all details of communications: date and time and all social media platforms in regard to these communications.

**RESPONSE TO SPECIAL INTERROGATORY NO. 11:**

Responding Party objects to the extent this interrogatory seeks information that is neither relevant to the subject matter of this action, nor reasonably calculated to lead to the discovery of admissible evidence. Responding Party further objects as vague and ambiguous. Responding Party further objects to the extent it requires the private information of third parties. This interrogatory is compound in violation of CCP § 2030.060(f). Responding Party specifically objects to the term "communicated" as vague and ambiguous.

**SPECIAL INTERROGATORY NO. 12:**

Identify the full name, address (residential and work addresses), email(s), telephone number(s) of anyone with whom you communicated about and/or sent a copy of PLAINTIFF's arrest from 19 July 2017. Include all details of communications: date and time and all social media platforms in regard to these communications.

**RESPONSE TO SPECIAL INTERROGATORY NO. 12:**

Responding Party objects to the extent this interrogatory seeks information that is neither relevant to the subject matter of this action, nor reasonably

07/31/18

calculated to lead to the discovery of admissible evidence. Responding Party further objects as vague and ambiguous. Responding Party further objects to the extent it requires the private information of third parties. This interrogatory is compound in violation of CCP § 2030.060(f). Responding Party specifically objects to the term "communicated" as vague and ambiguous.

**SPECIAL INTERROGATORY NO. 13:**

Identify all postings that you have ever posted on cheaterreport.com, including all YOUR electronic identities/usernames. Include all details of communications: date and time and all social media platforms in regard to these communications.

**RESPONSE TO SPECIAL INTERROGATORY NO. 13:**

Responding Party objects to the extent this interrogatory seeks information that is neither relevant to the subject matter of this action, nor reasonably calculated to lead to the discovery of admissible evidence. Responding Party further objects as vague and ambiguous. Responding Party further objects to the extent it requires the private information of third parties. This interrogatory is compound in violation of CCP § 2030.060(f). Responding Party specifically objects to the term "communicated" as vague and ambiguous.

**SPECIAL INTERROGATORY NO. 14:**

Identify the date, form of communication, and the full name of any and all person(s) and/or entity(ies), his, her, it's and/or their address (residential and occupational) to whom you communicated in regard to a support group, sometimes called the Lucas Murrey support group, in regard to PLAINTIFF. For instance, explain the circumstances of how this group came into being: who initiated it and

07/31/18

your role in its initiation. Include all details of communications: date and time and all social media platforms in regard to these communications.

**RESPONSE TO SPECIAL INTERROGATORY NO. 14:**

Responding Party objects to the extent this interrogatory seeks information that is neither relevant to the subject matter of this action, nor reasonably calculated to lead to the discovery of admissible evidence. Responding Party further objects as vague and ambiguous. Responding Party further objects to the extent it requires the private information of third parties. This interrogatory is compound in violation of CCP § 2030.060(f). Responding Party specifically objects to the term "communicated" as vague and ambiguous.

**SPECIAL INTERROGATORY NO. 15:**

Identify the date, form of communication, and the full name of any and all person(s) and/or entity(ies), his, her, it's and/or their address (residential and occupational) with whom you communicated in regard to PLAINTIFF, specifically women who claim to have known PLAINTIFF for over a decade ago. Include all details of communications: date and time and all social media platforms in regard to these communications.

**RESPONSE TO SPECIAL INTERROGATORY NO. 15:**

Responding Party objects to the extent this interrogatory seeks information that is neither relevant to the subject matter of this action, nor reasonably calculated to lead to the discovery of admissible evidence. Responding Party further objects as vague and ambiguous. Responding Party further objects to the extent it requires the private information of third parties. This interrogatory is compound in violation of CCP § 2030.060(f). Responding Party specifically

OT/31/18

objects to the term "communicated" as vague and ambiguous.

**SPECIAL INTERROGATORY NO. 16:**

Identify the date, form of communication, and the full name of any and all person(s) and/or entity(ies), his, her, it's and/or their address (residential and occupational) whose contact information was obtained and forwarded to you by Jessica Lynn. Include all details of communications: date and time and all social media platforms in regard to these communications.

**RESPONSE TO SPECIAL INTERROGATORY NO. 16:**

Responding Party objects to the extent this interrogatory seeks information that is neither relevant to the subject matter of this action, nor reasonably calculated to lead to the discovery of admissible evidence. Responding Party further objects as vague and ambiguous. Responding Party further objects to the extent it requires the private information of third parties. This interrogatory is compound in violation of CCP § 2030.060(f). Responding Party specifically objects to the term "communicated" as vague and ambiguous.

**SPECIAL INTERROGATORY NO. 17:**

Explain the circumstance around how and when YOU first became aware of Patrick Edwards, including the date, form of communication, and the full name of any and all person(s) and/or entity(ies), his, her, it's and/or their address (residential and occupational) with whom you had communications about Patrick Edwards. Include all social media platforms in regard to this communication, times, dates and forms of communication.

**RESPONSE TO SPECIAL INTERROGATORY NO. 17:**

07/31/18

Responding Party objects to the extent this interrogatory seeks information that is neither relevant to the subject matter of this action, nor reasonably calculated to lead to the discovery of admissible evidence. Responding Party further objects as vague and ambiguous. Responding Party further objects to the extent it requires the private information of third parties. This interrogatory is compound in violation of CCP § 2030.060(f). Responding Party specifically objects to the term "communicated" as vague and ambiguous.

**SPECIAL INTERROGATORY NO. 18:**

Identify all your online social media identities, including those that were/are secret and anonymous, since early 2016 until the present, including those on Instagram and all other social media platforms.

**RESPONSE TO SPECIAL INTERROGATORY NO. 18:**

Responding Party objects to the extent this interrogatory seeks information that is neither relevant to the subject matter of this action, nor reasonably calculated to lead to the discovery of admissible evidence. Responding Party further objects as vague and ambiguous.

Notwithstanding the foregoing objections, the Responding Party responds as follows:

None.

**SPECIAL INTERROGATORY NO. 19:**

Identify the individual(s) associated with the following cheaterreport.com identities and postings in regard to PLAINTIFF:

a) Tina

b) TXT4L

c) JENPARKER

d) Jane Doe

c) NOPE

f) LAME

g) ANONYMOUS

h) LIZZIE RAIDER

i) THANK YOU

j) GRATEFUL

k) ZOE

l) CONCERNED

m) NEARMISS

n) CONCERNED2

0) AURORA

As well as those associated with the following posts:

a) Lucas Murrey, total con artist

b) Lucas Murrey Online Predator and Women Manipulator

c) Lucas Murrey 1

d) Lucas Murrey2

c) Lucas Murrey3

f) Lucas Murrey is Venice and Santa Monica predator and dirtbag. ABORT!

And disclose all communications between yourself/solenne2017@yahoo.com (Solenne Margot) and:

a) craigslistresponses3@gmail.com

b) LizzieRaider90291@gmail.com

c) florasinflower@hotmail.com

d) florchristine@gmail.com

Including all pseudonyms, anonymous and "fake" email addresses as well as

07/31/18

all social media platforms in regard to this communication. Include all social media platforms in regard to this communication. Include all social media platforms in regard to this communication, times, dates and forms of communication.

**RESPONSE TO SPECIAL INTERROGATORY NO. 19:**

Responding Party objects to the extent this interrogatory seeks information that is neither relevant to the subject matter of this action, nor reasonably calculated to lead to the discovery of admissible evidence. Responding Party further objects as vague and ambiguous. Responding Party further objects to the extent it requires the private information of third parties. This interrogatory is compound in violation of CCP § 2030.060(f). Responding Party specifically objects to the term "associated" as vague and ambiguous.

**SPECIAL INTERROGATORY NO. 20:**

Explain the circumstances in which YOU became the individual to whom anonymous women who came across cheaterreport.com posts in regard to PLAINTIFF would be sent for personal information about PLAINTIFF's personal and romantic life? Include all social media platforms in regard to this communication, times, dates and forms of communication.

**RESPONSE TO SPECIAL INTERROGATORY NO. 20:**

Responding Party objects to the extent this interrogatory seeks information that is neither relevant to the subject matter of this action, nor reasonably calculated to lead to the discovery of admissible evidence. This interrogatory is compound in violation of CCP § 2030.060(f). Responding Party objects for lack of foundation and assuming facts not in evidence. Responding Party further objects as vague and ambiguous and unintelligible.

07/18/18

**SPECIAL INTERROGATORY NO. 21:**

How and when did YOU learn of and get access to PLAINTIFF's arrest record from 19 July 2017? Include all social media platforms in regard to this communication, times, dates and forms of communication.

**RESPONSE TO SPECIAL INTERROGATORY NO. 21:**

Responding Party objects to the extent this interrogatory seeks information that is neither relevant to the subject matter of this action, nor reasonably calculated to lead to the discovery of admissible evidence. Responding Party further objects as vague and ambiguous, lacking in foundation. This interrogatory is compound in violation of CCP § 2030.060(f). Responding Party specifically objects to the term "communication" as vague and ambiguous.

**SPECIAL INTERROGATORY NO. 22:**

Explain how you came to believe that PLAINTIFF paid for the removal of cheaterreport.com posts? Include all social media platforms in regard to this explanation: times, dates and forms of communication.

**RESPONSE TO SPECIAL INTERROGATORY NO. 22:**

Responding Party objects to the extent this interrogatory seeks information that is neither relevant to the subject matter of this action, nor reasonably calculated to lead to the discovery of admissible evidence. Responding Party further objects as vague and ambiguous and lacking in foundation. This interrogatory is compound in violation of CCP § 2030.060(f). Responding Party specifically objects to the term "communication" as vague and ambiguous.

07/31/18

**SPECIAL INTERROGATORY NO. 23:**

Identify the full name, address (residential and work addresses), email(s), telephone number(s) of anyone other than Jessica Lynn through whom you obtained contact information of anonymous women via cheaterreport.com and/or otherwise, including whether or not you are still in communication. Include all social media platforms in regard to this explanation: times, dates and forms of communication.

**RESPONSE TO SPECIAL INTERROGATORY NO. 23:**

Responding Party objects to the extent this interrogatory seeks information that is neither relevant to the subject matter of this action, nor reasonably calculated to lead to the discovery of admissible evidence. Responding Party further objects as vague and ambiguous. Responding Party further objects to the extent it requires the private information of third parties. This interrogatory is compound in violation of CCP § 2030.060(f). Responding Party specifically objects to the term "anonymous women" as vague and ambiguous.

**SPECIAL INTERROGATORY NO. 24:**

Identify the full name, address (residential and work addresses), email(s), telephone number(s) of every person about whom YOU have posted (anonymously or not) on cheaterreport.com and/or any such websites. Include all social media platforms in regard to this explanation: times, dates and forms of communication.

**RESPONSE TO SPECIAL INTERROGATORY NO. 24:**

Responding Party objects to the extent this interrogatory seeks information that is neither relevant to the subject matter of this action, nor reasonably

07/31/18

calculated to lead to the discovery of admissible evidence. Responding Party further objects as vague and ambiguous. Responding Party further objects to the extent it requires the private information of third parties. This interrogatory is compound in violation of CCP § 2030.060(f). Responding Party specifically objects to the term "communication" as vague and ambiguous.

**SPECIAL INTERROGATORY NO. 25:**

Explain everything you know in regard to the postings about Sherrie Martinez on cheaterreport.com. Include all social media platforms in regard to this explanation: times, dates and forms of communication.

**RESPONSE TO SPECIAL INTERROGATORY NO. 25:**

Responding Party objects to the extent this interrogatory seeks information that is neither relevant to the subject matter of this action, nor reasonably calculated to lead to the discovery of admissible evidence. Responding Party further objects as vague and ambiguous and lacking in foundation, unintelligible. Responding Party further objects to the extent it requires the private information of third parties. This interrogatory is compound in violation of CCP § 2030.060(f). Responding Party specifically objects to the term "the postings" as vague and ambiguous and the term "everything you know" as vague, ambiguous, overly broad and oppressive.

**SPECIAL INTERROGATORY NO. 26:**

Explain everything you know in regard to the postings of PLAINTIFF's arrest record from 19 July 2017 on cheaterreport.com. Include all social media platforms in regard to this explanation: times, dates and forms of communication.

07/31/18

**RESPONSE TO SPECIAL INTERROGATORY NO. 26:**

Responding Party objects to the extent this interrogatory seeks information that is neither relevant to the subject matter of this action, nor reasonably calculated to lead to the discovery of admissible evidence. Responding Party further objects as vague and ambiguous. Responding Party further objects to the extent it requires the private information of third parties. Responding Party specifically objects to the term "everything you know" as vague and ambiguous, overly broad and oppressive.

**SPECIAL INTERROGATORY NO. 27:**

Identify all IP addresses and internet provider(s) which you have used since January 2016 until the present, in particular that of your residence(s).

**RESPONSE TO SPECIAL INTERROGATORY NO. 27:**

Responding Party objects to the extent this interrogatory seeks information that is neither relevant to the subject matter of this action, nor reasonably calculated to lead to the discovery of admissible evidence. Responding Party further objects as harassing and an abuse of process and an invasion of privacy.

Dated: March 15, 2018

THE LAW OFFICE OF
JASON K. FELDMAN, PC

By: ______________________
Jason Feldman, Esq.
Attorneys for Defendant

07/31/18

**VERIFICATION**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am Shannyn Poer, a party to this action. I make this verification for the purpose of verifying the within DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST SET OF SPECIAL INTERROGATORIES (hereinafter referred to as the "Responses").

I have read the foregoing Responses and I declare them to be true and correct to the best of my knowledge, information and belief.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 14 day of March 2018, at Los Angeles, California.

By: Shannyn Poer

07/31/18

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 225 Santa Monica Blvd., 11th Floor, Santa Monica, CA 90401.

On March 15, 2018, I served the foregoing document(s) described as **DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST SET OF SPECIAL INTERROGATORIES** on the interested parties in this action, at the following addresses:

Dr. Stewart Lucas Murrey
11755 Wilshire Blvd., #2140
Los Angeles, CA 90025

(X) (For Collection). By placing a true copy (copies) thereof enclosed in a sealed envelope(s), addressed as above, and by placing said sealed envelope(s) for collection and mailing on that date following ordinary business practices. I am "readily familiar" with the business' practice for collection and processing of correspondence for mailing the U.S. Postal Service. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.

( ) (Overnight Delivery). By placing a true copy(ies) thereof enclosed in a sealed envelope(s) or package(s) as designated by Federal Express, addressed as above, and depositing said envelope(s) or package(s), with delivery fees provided for, in a box regularly maintained by Federal Express at 100 Wilshire Blvd., Suite 950, Santa Monica, CA 90401.

( ) (Courtesy copy via Facsimile). By transmitting a true copy(ies) thereof to each of the designated counsel on the service list to their facsimile number(s) as listed above.

( ) (Personal Delivery). I caused to be served by messenger for personal delivery that same day the foregoing documents in a sealed envelope to the above persons at the address(es) listed above.

( X ) (State) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 15, 2018 at Santa Monica, California.

07/31/18

# EXHIBIT 15

07/31/18

Form **3949-A** (April 2016)

Department of the Treasury - Internal Revenue Service

# Information Referral

(See instructions on reverse)

OMB Number 1545-1960

Use this form to report suspected tax law violations by a person or a business.

**CAUTION: READ THE INSTRUCTIONS BEFORE COMPLETING THIS FORM. There may be other more appropriate forms specific to your complaint. (For example, if you suspect your identity was stolen, use Form 14039.)**

## Section A – Information About the Person or Business You Are Reporting

Complete 1, if you are reporting an individual. Complete 2, if you are reporting a business only. Complete 1 and 2 if you are reporting a business and its owner. *(Leave blank any lines you do not know.)*

| 1a. Name of individual | b. Social Security Number/TIN | c. Date of birth | |
|---|---|---|---|
| Sheryl A. Martinez | | 34 years old 2018 | |
| d. Street address | e. City | f. State | g. ZIP code |
| 205 Phoenix Village Rd. | Muskogee | OK | 74403 |
| h. Occupation | i. Email address | | |
| Stripper/Studying to become a nurse | sherylmartinez119@yahoo.com | | |

j. Marital status *(check one, if known)*: ☐ Married ☒ Single ☐ Head of Household ☒ Divorced ☒ Separated

k. Name of spouse: She has two children by two different men.

| 2a. Name of business | b. Employer Tax ID number (EIN) | c. Telephone number | |
|---|---|---|---|
| | | | |
| d. Street address | e. City | f. State | g. ZIP code |
| | | | |
| h. Email address | i. Website | | |
| | | | |

## Section B – Describe the Alleged Violation of Income Tax Law

1. Alleged violation of income tax law. *(Check all that apply.)*

- ☐ False Exemption
- ☒ False Deductions
- ☐ Multiple Filings
- ☐ Organized Crime
- ☐ Unsubstantiated Income
- ☐ Earned Income Credit
- ☐ Public/Political Corruption
- ☐ False/Altered Documents
- ☐ Unreported Income
- ☐ Narcotics Income
- ☐ Kickback
- ☐ Wagering/Gambling
- ☐ Failure to Withhold Tax
- ☐ Failure to File Return
- ☐ Failure to Pay Tax
- ☒ Other (describe in 5)

4. Unreported income and tax years

Fill in Tax Years and dollar amounts, if known *(e.g., TY 2010- $10,000)*

TY 2017 $ 4,000.00 TY 2018 $ 4,000.00 TY ____ $ ________ TY ____ $ ________ TY ____ $ ________ TY ____ $ ________

5. Comments *(Briefly describe the facts of the alleged violation-Who/What/Where/When/How you learned about and obtained the information in this report. Attach another sheet, if needed.)*

Weeks before my significant other, Sherrie Martinez (our residence: 3845 Inglewood Blvd. # 203, Los Angeles, CA 90066, Social Security # 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), abruptly passed from cancer on 10 March 2018 in Los Angeles, California, she made me aware of how her sister Sheryl Martinez from Oklahoma (address above and tel. # 918 348 0534) had leeched from Sherrie more than $50,000.00 since 2000. To alleviate the ongoing attempts of Sheryl to take money from her, Sherrie succumbed to Sheryl's pressure and claimed Sheryl's two children on her 2018 tax return to give Sheryl approximately $4,000.00. Apparently, this was not the first time Sheryl pressured Sherrie and received this illegal money taken from the IRS. I sought to convince Sherrie not to do this, but also her cancer increased and we had more immediate concerns that left this conversation, among others, unfinished. Nevertheless, I wanted to let you know so that proper action can be taken against Sheryl Martinez for her knowingly committing financial fraud with the IRS. Sheryl has further been conspiring with an individual Stephen D. Clarke (Social Security # 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, birthdate: 03/03/1980, address: 1825 Glendon Ave. # 7, Los Angeles, CA 90025 (more, see attached page)

6. Additional information. Answer these questions, if possible. Otherwise, leave blank.

a. Are books/records available? *(If available, do not send now. We will contact you, if they are needed for an investigation.)* ☒ Yes ☐ No

b. Do you consider the taxpayer dangerous? ☒ Yes ☐ No

c. Banks, Financial institutions used by the taxpayer

| Name | | | Name | | |
|---|---|---|---|---|---|
| | | | | | |
| Street address | | | Street address | | |
| | | | | | |
| City | State | ZIP code | City | State | ZIP code |
| | | | | | |

## Section C – Information About Yourself

*(We never share this information with the person or business you are reporting.)*

This information is not required to process your report, but would be helpful if we need to contact you for any additional information.

| a. Your name | b. Telephone number | c. Best time to call | |
|---|---|---|---|
| Stewart Lucas Murrey | 3109941711 | Anytime | |
| d. Street address | e. City | f. State | g. ZIP code |
| 1753 Wilshire Blvd. # 2140 | Los Angeles | CA | 90025 |

Please print and send your completed form to: **Internal Revenue Service**
**Stop 31313**
**Fresno, CA 93888**

Weeks before my signficant other, Sherrie Martinez (our residence: 3845 Inglewood Blvd. # 203, Los Angeles, CA 90066, Social Security # 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), abruptly passed from cancer on 10 March 2018 in Los Angeles, California, she made me aware of how her sister Sheryl Martinez from Oklahoma (address above and tel. # 918 348 0514) had loaned from Sherrie more than $50,000.00 since 2000. To alleviate the ongiong attempts of Sheryl to take money from her, Sherrie succumbed to Sheryl's pressure and claimed Sheryl's two children on her 2018 tax return to give Sheryl approximately $4,000.00. Apparently, this was not the first time Sheryl pressured Sherrie and received this illegal money taken from the IRS. I sought to convince Sherrie not to do this, but alas her cancer increased and we had more immediate concerns that left this conversation, among others, unfinished. Nevertheless, I wanted to let you know so that proper action can be taken against Sheryl Martinez for her knowingly committing financial fraud with the IRS. Sheryl has further been conspiring with an individual Stephen D. Clarke (Social Security # 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, birthdate: 03/03/1980, address: 1825 Glendon Ave. # 2, Los Angeles, CA 90025, **tel. 818 448 3204) are both being sued for defamation, address fraud and conspiracy (falsely and destructively misrepresenting innocent people, Case # 18STLC05174, under the Los Angeles legal jurisdiction of Civil Court) and a deep dive into Clarke is unfortunately necessary given that Stephen Clarke has been conspiring with Sheryl Martinez.** (Below one of several text messages that point to Sheryl Martinez' IRS Fraud via using my significant other and her sister Sherrie Martinez while she knew Sherrie and I were battling for her life against cancer).

07/31/18



CRIMINAL INVESTIGATIONS SERVICE CENTER
ATTN: MAIL FRAUD
222 S RIVERSIDE PLZ STE 1250
CHICAGO IL 60606-6100

Dear Sir/Madam,

During the time after my significant other, Sherrie Martinez, passed on 10 March 2018, her estranged sister, Sheryl Martinez, along with an ex-boyfriend, Stephen Clarke, illegally sought to grab monies from Sherrie's estate, life insurance policies as well as retirement, payroll funds, bank accounts etc. Unfortunately, one of the criminal techniques that both used is address/mail fraud. As the attached exhibit clear shows, Mr. Clark, who actually lives at 1825 Glendon Ave. # 2, Los Angeles, CA 90025 postured to several financial institutions since Sherrie's death and may well be still doing so today as if he had lived with Sherrie instead of me at 3845 Inglewood Blvd., Los Angeles, CA 90066. As Mr. Clark never lived with Sherrie at this address since she lived there with me since we both moved in during the autumn of 2017, this flagrantly illegal use of an address to grab money needs be investigated so Clarke's criminal behavior stops.

Similarly sketchy the estranged sister of Sherrie Martinez, Sheryl Martinez, intentionally falsely presented her personal address: 205 Phoenix Village Rd., Muskogee, OK 74403 as if it was her mother's address as required in a legal document for the cremation of decedent. Evidence for this is also attached. Again, as the last thing that the spirit of a great person needs who passed, especially one who passed tragically and abruptly from cancer at the tender age of thirty-six (36) years old, the last thing one needs are such unproductive criminal shenanigans. As might be expected, both are also defendants in an ongoing defamation Case (No. 18STLC05174).

07/31/18

Thank you for investigating the above and I look forward to hearing from you as more evidence will be forthcoming.

I declare under penalty of perjury that the above is true.

Dated 25 Jan 18'

Dr. Stewart Lucas Murrey
11755 Wilshire Blvd. # 2140
Los Angeles, CA 90025
Tel.: 310-994-1711

- 2 -
STEPHEN CLARKE AND SHERYL MARTINEZ COMMITTED ADDRESS/MAIL FRAUD

07/31/18

PHOTO
MARKED FOR SCANNING

**Below the true addresses of the respective individuals named in this letter:**

| Name and relationship to decedent | Age | Address |
|---|---|---|
| Sheryl A. Martinez, Sister, Petitioner | 34 | 205 Phoenix Village Rd., Muskogee, OK 74403 |
| Shannan Lomax, Sister | 39 | 1317 Samuel Drive, Muskogee, Oklahoma 74403 |
| Janet Mildred Blackwood, Mother | 57 | Rt 1, Box 33-01, Gore, Oklahoma 74435 |
| Ricardo Martinez, Father | 62 | 212 South Chaclow Street, Tucumcari, New Mexico [illegible] |
| Stewart Lucas Murray | Adult | 3845 Inglewood Blvd., Apt 203, Los Angeles, California 90066 |

**Below Stephen Clarke falsely using my address to grab money from various financial institutions.**

March 13, 2018

Steve Clark
3845 Inglewood Blvd., Apt 203
Los Angeles, CA 90066

Dear Mr. Clark,

I was sorry to learn of Sherrie Martinez's death, and I want to express my sympathy to you and your family on behalf of the University of California.

**Beneficiary's Information**

First Name: Steve
Last Name: Clark
Street: 3845 Inglewood Blvd
Apt: 203
City: Los Angeles
State: CA
ZIP Code: 90066
Telephone Number: [illegible]
Date of Birth: [illegible]



Prudential

The Prudential Insurance Company of America

March 16, 2018

Insured: Sherrie B. Martinez

Steve Clarke
3645 Inglewood Blvd
Apt 203
Los Angeles, CA 90066

Dear Mr. Steve Clark:

We were recently notified of the passing of Sherrie B. Martinez. Our sincere condolences go out to the family and friends.

According to our records, Sherrie B. Martinez did not name a beneficiary for this insurance policy. Therefore, in accordance with the group contract, Prudential is obligated to pay the insurance proceeds to the first of the following surviving heirs in this order of preference: (1) surviving spouse; (2) surviving child(ren) in equal shares; (3) surviving parents in equal shares; (4) surviving siblings in equal shares; (5) the estate.

We would like to make the processing of this claim as prompt and convenient for you as possible. In order to do so, please provide us with the following information:

Below Sheryl Martinez knowingly fraudulently writing in her personal address in place of her mother's address which, above accoding to the true documents of the court in probate, is blatantly false.



MARKED FOR SCANNING

AUTHORIZATION FOR CREMATION AND DISPOSITION

MARTINEZ, Shante Bae — 06/10/1981 — 03/10/2018

SIGNATURE OF PERSON(S) AUTHORIZING CREMATION AND DISPOSITION

Janet Blackwood

Mother

205 PHOENIX VILLAGE RD

MUSKOGEE, OK 74403

Neptune Society – 4312 Woodman Avenue 3rd floor, Sherman Oaks CA 91423

PHOTO
MARKED FOR SCANNING

**Sheryl Martinez failed to visit her sister Sherrie Martinez before she passed, but she also did not come visit her for weeks before though she knew that Sherrie was very ill. Sheryl instead visited about a month before, but only for herself, for her own doctor's appointment (presumably to get a fat reduction operation) unrelated to Sherrie. Sheryl rightly feels very guilty about this, as Sheryl did not even send flowers, nor lift a finger to help in this tragic time.**

13 March 18

Sorry, I'm just feeling very guilty for not being there when she was so sick! I don't know when Sherrie actually left her person, and was just became a shell of herself. I should have been there in her last days!



Sherrie Martinez gave Dr. Murrey her phone and no one else. For better or worse our phones are the key to our lives now, so the significance of this should be clear. Like with all else, Sherrie knew she could trust Dr. Murrey. Here also Dr. Murrey's 22-karat gold family ring that he used when they married in spirit in the hospital according, precisely, to Sherrie's final wishes and which harmonizes with the fact that they visited clinics to see about having children after Sherrie recovered. Because of a loop-hole wherein Sherrie did not use the word "cremation" in her Will, Sheryl Martinez (conspiring with Stephen Clarke) cruelly and destructively hijacked Sherrie's body after neither lifted a finger to help her and never told Dr. Murrey what happened to it. Although he has asked, presumably Sheryl and Stephen Clarke have stolen Dr. Murrey's family ring/Sherrie's wedding ring in spirit worth at least $6,000.00 to say nothing of its sentimental value.

PHOTO
MARKED FOR SCANNING





**Sheryl Martinez aware that Dr. Murrey sold Sherrie his Volvo SUV for $8,000.00 and that Sherrie was going to SELL her car, possibly to Sheryl i.e. NOT GIFT IT TO HER, and also many text messages that show Sheryl is only concerned about bleeding Sherrie for money while she battles cancer**

PHOTO



Sheryl Martinez beating her children.



PHOTO
MARKED FOR SCANNING



PHOTO
MARKED FOR SCANNING

Sheryl Martinez
Monday, November 20, 2017
PICTURES
Save
Share

PHOTO
MARKED FOR SCANNING

**Text Messages that Sherrie Martinez exchanged with friends who, although they were well-informed of her tragic state weeks and even months before she passed, failed to be there for her, much less alleviate Dr. Murrey's exhausted state of ceaseless care-giving. Nobody (not family, nor friends) truly helped Sherrie Martinez, not Dr. Murrey and they were left to battle for her survival on their own.**

**Here an example of Sherrie reaching out to a "friend", directly begging her for help. The "friend" casually refuses while bizarrely presuming it was an easy and manageable situation for Dr. Murrey.**

PHOTO
MARKED FOR SCANNING



**Significantly, this "friend" was aware Sherrie was in great pain and suffering since January 2018.**

PHOTO
MARKED FOR SCANNING





Ex R

**Sheryl Martinez thankful to Dr. Murrey although Sheryl didn't really comprehend his deep relationship with Sherrie Martinez.**

I want to thank you for being there for my sister these past few months! I know it was hard. I appreciate you being there for her especially at the end! Things were meant to happen this way! You made things easier for her and enjoyable! Thank you for everything you did and what you meant to my sister!

**Sheryl Martinez actually saw the Will, Power of Attorney, Life Insurance Policy, etc. on the 12th of March 2018, and accepted all of them.**

Mon, Mar 12,

# EXHIBIT 16

07/31/18

**Emails showing that I lost signicant business in real estate from my family and friends who had wanted to use my good name, but could not given that I was being defamed so viciously online, also a "con-artist" and criminal who steals money**

**RE: Your listing at Arrowhead.**

Date Today, 11:38:41 AM MDT
From Gordon Murrey <gordon@gkmintl.com>
To 'Lucas Murrey' <author@lucasmurrey.com>

Text (2 KB)

Lucas,
I get it, but my hands are tied. I'm sorry this is happening to you, but we need to move on.
Again, good luck.

Gordon Murrey, Executor of the Rosemary Murrey Trust

Email: <mailto:gordon@gkmintl.com> gordon@gkmintl.com

Cell: 310 292-9657Gordon Murrey

-----Original Message-----
From: Lucas Murrey [mailto:author@lucasmurrey.com]
Sent: Sunday, October 22, 2017 10:32 AM
To: Gordon Murrey <gordon@gkmintl.com>
Subject: Re: Your listing at Arrowhead.

Hi Gordon,
Although I understand, I have worked for a half year on selling this property, and this is a big loss of money for me: %2.5 for a property sell for $800k this means that I will be losing anywhere from $15-$30k as well as future business from you and the trust--to say nothing about the commercial property that sold for $6 million earlier this year. Is there anything I can do? I assure you that the postings have nothing to do with fact and are just defamation.
Best,
Lucas

Quoting Gordon Murrey <gordon@gkmintl.com>:

[Hide Quoted Text]

07/31/18

[Hide Quoted Text]

Dear Lucas,

Similar to the commercial real estate sale we had negotiated with you earlier this year, I've had to make the difficult decision of not being able to engage your services for the Lake Arrowhead property. Due to the postings on cheaterreport.com and its presence on a basic internet web search, we simply cannot have you as an effective listing agent now. I hope you are able to have those unfair postings removed. I'm sorry, but this is a just a question of optics in the business world, even if it's not your fault.

Good luck,

Gordon Murrey, Executor of the Rosemary Murrey Trust

Email: <mailto:gordon@gkmintl.com> gordon@gkmintl.com

Cell: 310 292-9657

--
Author of 'Hölderlin's Dionysiac Poetry' (2014/15) and 'Nietzsche: The Meaning of Earth'(2015) New Book: 'Secret Germany 1889 - 1933' (2017-) https://lucasmurrey.com/

07/31/18

**RE: Your listing at Arrowhead.**

Date Today, 12:27:52 PM MDT
From Gordon Murrey <gordon@gkmintl.com>
To 'Lucas Murrey' <author@lucasmurrey.com>

Text (3 KB)

I know, so sorry you are going through all this as it eats up time and money!

Gordon Murrey
GKM International, LLC
Email: gordon@gkmintl.com
Office: 310 791-7092
Cell: 310 292-9657
www.gkmintl.com
www.profitplatform.biz

-----Original Message-----
From: Lucas Murrey [mailto:author@lucasmurrey.com]
Sent: Monday, October 23, 2017 10:59 AM
To: Gordon Murrey <gordon@gkmintl.com>
Subject: Re: Your listing at Arrowhead.

This feels like deja vu. This is precisely what happened with the commercial building that I was not able to sell for the family. It ended up selling for approx. 6 million dollars earlier this year -- and that could have been hundreds of thousands of dollars! To say nothing of the fact that I had to spend money on getting these vile posts removed.

Quoting Gordon Murrey <gordon@gkmintl.com>:

[Hide Quoted Text]

| Lucas,
| I get it, but my hands are tied. I'm sorry this is happening to you

07/18/18

**Business**

Date Today, 09:53:53 AM MDT
From Phillip Braunstein <pjb@colossal.la>
To Lucas Murray <author@lucasmurray.com>

Text (1 KB)

Lucas,

I have considered using your real estate agent services, but have decided we cannot conduct business together. Your online reputation makes it impossible for me to associate any properties with you. Thank you for your interest, and sorry it didn't work out.

Best,
Phillip

Sent from my BlackBerry 10 smartphone.

Phillip Jacques Braunstein, Ph.D., Principal
Colossal Property Group
11755 Wilshire Blvd., #2140
Office: 310-444-4999
www.colossal.la

07/31/18

**Re: Business**

Date Today, 12:14:28 PM MDT
From Lucas Murrey <author@lucasmurrey.com>
To Phillip Braunstein <pb@colossal.la>

Text (3 KB)

I understand and respect your perspective. And to be honest, I can hardly believe the money devastation -- to say nothing of the havoc that these online defaming postings have and continue to wreak socially. This last year and my ongoing suffering is so egregious.. from hundreds of thousands of dollars (at least) to personal relationships that can never get that time back, or even repaired and rescued, I'm in a protracted state of shock.

Quoting Phillip Braunstein <pb@colossal.la>:

[Hide Quoted Text]

> Sorry, but that time has come and gone.
>
> Sent from my BlackBerry 10 smartphone.
>
> Phillip Jacques Braunstein, Ph.D., Principal
> Colossal Property Group
> 11755 Wilshire Blvd., #2140
> Office: 310-444-4999
> www.colossal.la
> Original Message
> From: Lucas Murrey
> Sent: Tuesday, October 24, 2017 9:24 AM
> To: Phillip Braunstein
> Subject: Re: Business
>
> Phillip,
> I get that it looks bad, but you know that this is out of my control.
> I guess I was hoping that you would reconsider since this first
> happened early this year and I lost many opportunities, including
> those of meeting your investors and possibly get other listings from

07/31/18

From: Lucas Murrey
Sent: Tuesday, October 24, 2017 9:24 AM
To: Phillip Braunstein
Subject: Re: Business

Phillip,
I get that it looks bad, but you know that this is out of my control. I guess I was hoping that you would reconsider since this first happened early this year and I lost many opportunities, including those of meeting your investors and possibly get other listings from them and their business colleagues. Your building projects in Brentwood and elsewhere are staggering, well beyond the $8,000,000.00 million dollar range, so of course I'd take them serious regardless of any online postings. With a usual percentage of %2.5 — and even %5 on both ends selling and buying —, this would have been real money that changed my life, including helping me do real good in society, like the kid I'm willing to help and adopt and write my new books. Is there anything, I can do to get back this lost year?
Thanks for hearing me out man,
Lucas

Quoting Phillip Braunstein <pb@colossal.la>:

> body { font-family: "Calibri","Slate Pro",sans-serif,"sans-serif"; color:#262626 }Lucas,
>
> I have considered using your real estate agent services, but have decided we cannot conduct business together. Your online reputation makes it impossible for me to associate any properties with you.
> Thank you for your interest, and sorry it didn't work out.
>
> Best,
> Phillip
>
> Sent from my BlackBerry 10 smartphone.
>
> Phillip Jacques Braunstein, Ph.D., Principal
> Colossal Property Group
> 11755 Wilshire Blvd., #2140
> Office: 310-444-4999
> www.colossal.la

--

07/31/18

anything, I can do to get back this lost year?
Thanks for hearing me out man,
Lucas

Quoting Phillip Braunstein <pb@colossal.la>:

> body { font-family: "Calibri","Slate Pro",sans-serif,"sans-serif"; color:#262626 }Lucas,
>
> I have considered using your real estate agent services, but have decided we cannot conduct business together. Your online reputation makes it impossible for me to associate any properties with you.
> Thank you for your interest, and sorry it didn't work out.
>
> Best,
> Phillip
>
> Sent from my BlackBerry 10 smartphone.
>
> Phillip Jacques Braunstein, Ph.D., Principal
> Colossal Property Group
> 11755 Wilshire Blvd., #2140
> Office: 310-444-4999
> www.colossal.la

--
Author of 'Hölderlin's Dionysiac Poetry' (2014/15) and 'Nietzsche: The Meaning of Earth'(2015)
New Book: 'Secret Germany 1889 - 1933' (2017-)
https://lucasmurrey.com/

--
Author of 'Hölderlin's Dionysiac Poetry' (2014/15) and 'Nietzsche: The Meaning of Earth'(2015)
New Book: 'Secret Germany 1889 - 1933' (2017-)
https://lucasmurrey.com/

07/31/18

# EXHIBIT 17

07/31/18

INFORMED CONSENT AND TREATMENT AUTHORIZATION

This agreement is entered into by and between Roze Room Palliative Care, Inc (hereinafter called "RRPC") and Sherrie Martinez (hereinafter called "Patient.") This agreement is entered into pursuant to my desire as Patient to obtain palliative care services. I request admission to RRPC and understand and agree to the following conditions:

I understand that the RRPC program emphasizes the relief of symptoms such as pain and physical discomfort and addresses the emotional strain which may accompany a life-threatening illness.

I understand I am encouraged to participate in the development and implementation of the approved plan of care. I understand that RRPC services are not intended to replace my family members or others who are important to me, but rather to help and support them in the care they provide to me. I understand that the person designated as my "caregiver" will provide me with around-the-clock care at my residence. If twenty-four hour care is not available, the caregiver will arrange for another caregiver to provide it. The caregiver will also participate in decisions about my care. I fully understand that the RRPC Interdisciplinary Team supplements rather than replaces care provided by my caregivers.

I accept the conditions of RRPC as described, understanding that I may choose not to remain in the program and that RRPC may discharge me from the program if RRPC care is no longer appropriate. This means there will be no further liability to me or to RRPC. I understand, however, that I may request to be readmitted at a later date. I have been able to discuss the above conditions with a member of the RRPC staff and had all my questions answered to my satisfaction.

I understand and accept that RRPC does not participate in End of Life Option Act, but RRPC will continue to provide palliative care services to me irrespective of my choices under the Act.

Treatment Authorization. I or my authorized representative hereby consent to any and all examinations and treatments prescribed by my physician (or RRPC physician) rendered by the RRPC's licensed nurses, social workers or any other disciplines. I understand that RRPC is an adjunct therapy to the therapies and treatments I am currently receiving from my physician and other providers.

FINANCIAL AGREEMENT: In consideration of the mutual promises and obligations related to treatment rendered to Patient by RRPC, it is agreed and understood that reimbursement for RRPC services will be made through my medical group or through Medicare Part B. I understand that in order to receive RRPC services, I do not have to forgo other curative treatments.

AUTHORIZATION FOR USE AND DISCLOSURE OF PATIENT RECORDS: I understand that RRPC may need to obtain medical records and related information from hospitals, nursing homes, hospices, physicians, pharmacies, home health agencies, insurance companies, health care benefit plans, or others in order to assure continuity of care and proper reimbursement. I authorize the above persons and entities to release to RRPC and its representatives my protected health information, medical records and related information helpful or necessary to the provision of palliative care. I also authorize RRPC and its representatives to release medical records and related information to others for the purposes of my health care, administration and management of my health care (including utilization review), or processing and obtaining payment for services and supplies rendered to me. I understand and agree that these authorizations specifically include my permission and consent to release any information regarding my diagnosis, including but not limited to diagnosis of AIDS or results of Human Immunodeficiency Virus (HIV) tests to the extent permitted by law. I also authorize RRPC to release my protected health information to the fullest extent permitted by law. A photocopy of this authorization shall be as valid as the original.

ADVANCE DIRECTIVES

☑ I have been provided the following information regarding advance directives:

- ☑ Informed of my rights to formulate an Advance Directive.
- ☑ That I am not required to have an Advance Directive in order to receive RRPC care.
- ☑ That the terms of any Advance Directive that I have executed will be followed by any healthcare provider and my caregivers to the extent permitted by law.

☑ The patient has an Advance Directive:

- ☑ Power of Attorney for Health Care (copy obtained: ☐ Yes ☑ No)
- ☐ Living Will (copy obtained: ☐ Yes ☐ No)

Name and Address of Agent: Lucas [illegible] Murray, 3845 Inglewood Blvd Apt 303, LA, CA 90066

☐ The patient does not have an Advance Directive

PATIENT: Martinez (Last) Sherrie (First) MR#: ____________ Page 1 of 3

07/31/18

rev 01/17

# PATIENT RIGHTS AND RESPONSIBILITIES

## Patient Rights

As a RRPC patient, you have the right to:

1. Be informed of your rights in a manner, which you understand.
2. Make informed decisions regarding proposed and ongoing care and services.
3. Choose whether or not to participate in research, investigational or experimental studies, or clinical trials.
4. Have your communication needs met.
5. Have complaints heard, reviewed, and if possible, resolved.
6. Confidentiality of information, privacy and security.
7. Be fully informed, as evidenced by your written acknowledgement or by that of your appointed representative, of these rights and of all rules and regulations governing patient conduct, prior to or at time of admission.
8. Be involved in the care planning process.
9. Be fully informed by a physician of your medical condition, unless medically contraindicated, and to be afforded the opportunity to participate in your medical treatment.
10. Formulate advance directives.
11. Have an appropriate assessment and management of pain.
12. Keep and use personal clothing and possessions.
13. An environment that preserves dignity and contributes to a positive self-image and unlimited contact with visitors and others.
14. Be fully informed, prior to or at time of admission, of services available through RRPC, and related charges, including services not covered under Titles XVIII or XIX of the Social Security Act.
15. Refuse treatment to the extent permitted by law and to be informed of the medical consequences of such refusal.
16. Be advised of what RRPC services are to be rendered and by what discipline, e.g., registered nurse, counselor, chaplain, etc.
17. Be advised in advance of any change in treatment, care, or services.
18. Be assured confidential treatment of personal and clinical records and to approve or refuse their release to any individual outside the RRPC, except in the case of transfer to another health care provider, or as required by law or third-party payment contract.
19. Be treated with consideration, respect, and full recognition of dignity and individuality, including privacy in treatment and in care for personal needs.
20. Not be subjected to verbal or physical abuse of any kind, and to be informed that corporal punishment is prohibited.
21. Be informed by RRPC of the provisions of the law regarding complaints and procedures for registering complaints confidentially, including, but not limited to, the address and telephone number of the local District office of the Dept of Public Health
22. Be informed of the provisions of the law pertaining to advanced directives, including but not limited to living wills, power or attorney for health care, withdrawal or withholding of treatment and/or life support.
23. Be assured the personnel who provide care are qualified through education and experience to carry out the services for which they are responsible.

## Patient Responsibilities

As a RRPC patient, you have the responsibility to:

1. Remain under a doctor's care while receiving RRPC services.
2. Inform the RRPC of any advance directives, or any changes in advance directives, and provide the RRPC with a copy.
3. Cooperate with your primary doctor, RRPC staff and other caregivers by providing information, following instructions and asking questions.
4. Advise the RRPC of any problems or dissatisfaction you have with the care provided, without being subject to discrimination or reprisal. The RRPC will investigate all grievances and document the existence of the complaint and findings. Findings will be communicated to the patient/family
5. Notify the RRPC of address or telephone changes or when you are unable to keep appointments.
6. Provide a safe home environment in which care can be given. Not to conduct oneself in a manner that threatens the staff's welfare or safety.
7. Obtain medications, supplies and equipment ordered by your physician if they cannot be obtained or supplied by the RRPC.
8. Treat RRPC personnel with respect and consideration.
9. Sign the required consents and releases for insurance billing, and provide insurance and financial records as required.
10. Accept the consequences for any refusal of treatment or choice of non-compliance.

**RRPC is an equal opportunity employer and service provider and does not discriminate on the basis of race, color, age, national origin, ancestry, religion, sex, sexual orientation, gender, marital or military status, or disability.**

RRPC cumple con las leyes federales de derechos civiles aplicables y no discrimina por motivos de raza, color, nacionalidad, edad, discapacidad o sexo. ATENCIÓN: si habla español, tiene a su disposición servicios gratuitos de asistencia lingüística. Llame al 1-323-938-1155.

RRPC 遵守適用的聯邦民權法律規定，不因種族、膚色、民族血統、年齡、殘障或性別而歧視任何人。注意：如果您使用繁體中文，您可以免費獲得語言援助服務。請致電 1-323-938-1155.

PATIENT: Martinez (Last) Sherrie (First) MR#: ______

07/31/18

rev 01/17

# AUTHORIZATION
[ROZE ROOM PALLIATIVE CARE]
## FOR USE AND DISCLOSURE OF HEALTH INFORMATION

I understand that I am under no obligation to sign this form and that the person(s) and/or organization(s) described below whom I am authorizing to use and/or disclose my health information may not condition services, treatment, payment, enrollment in a health plan or eligibility for health care benefits on my decision to sign this authorization.

1. I Authorize the Following Health Information to be Used and/or Disclosed.

☑ Any and all of my health information OR Other: (please specify and/or restrict) ______________

2. I Authorize the Following Persons/Organizations to Receive, Use and/or Disclose My Health Information.

☐ My current and former employer(s).
☐ My or my family's attorneys, accountants or financial planners.
☑ Life, disability, worker's compensation and health insurance brokers, agents and insurers.
☐ Any and all involved in production of advertising and marketing products/services.
☐ Displaying thank you card, funeral notification and my image on company's memory board.
☐ Others: ______________________________

3. I Authorize My Health Information to Be Used and/or Disclosed for the Following Purpose(s).

☑ For any and all insurance purposes (e.g., processing claims for life, disability, worker's compensation, health insurance).
☐ Legal and financial matters as may be requested by my attorneys, accountants, financial planners.
☐ Other ______________________

4. My Right to Revoke This Authorization. I understand that I have the right to revoke this authorization at any time. I also understand that my revocation of this authorization must be in writing. To obtain a copy of an authorization revocation form I may contact Roze Room Palliative Care Privacy Officer at Roze Room Palliative Care, 5000 Overland Avenue, Suite 103, Culver City, CA 90230 (310) 815-1927. I am aware that my revocation will not be effective if (i) this authorization was obtained as a condition for obtaining insurance and applicable law permits the insurer to contest the claim or the policy itself or (ii) to the extent the person(s) and/or organization(s) identified above have already acted in reliance upon this authorization.

5. Redisclosure of My Health Information. I understand that if the person(s) and/or organization(s) listed above are not health care providers, health plans or health care clearinghouses that are subject to the federal privacy standards, the health information disclosed pursuant to this authorization may no longer be protected by the federal privacy standards and such person(s) and/or organization(s) may redisclose my health information without obtaining my authorization.

6. Disclosure of Direct or Indirect Remuneration Received By Any Person and/or Organization Authorized to Use and/or Disclose My Health Information. I understand that no one will be receiving direct or indirect remuneration in connection with the use and/or disclosure of my health information.

7. Expiration of Authorization. This authorization will be effective until the following date or event: (i) 7 years after my death or (ii) 7 years after termination or cessation of Roze Room Palliative Care services.

If Patient is unable to sign, give reason: ______________________________

I, ______________________, am the ______________________ (state familial or legal relationship) of the patient and am authorized to sign this authorization on the patient's behalf. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[signature] 3/7/18 Stephanie Martinez ________

Patient or Authorized Representative Signature Date Print Patient Name MR#

07/31/18

## RECEIPT OF INFORMATION AND ACKNOWLEDGEMENTS

RRPC services have been explained to me. I have been given the opportunity to ask any questions I have concerning the RRPC program, and my questions have been answered to my satisfaction I acknowledge separately receipt, explanation and understanding of and agreement with the terms and conditions described in each of the following:

- ☑ Informed Consent and Treatment Authorization
- ☑ Financial Agreement
- ☑ Advance Directives
- ☑ Notice of Privacy Practices
- ☑ Materials about patient's legal rights to accept or refuse medical treatments
- ☐ Patient Rights

I declare under penalty of perjury under California and federal laws that all statements made in this document are true.

Executed this 7 day of March (month), 2018, at Santa Maria (city), CA (state).

[signature] 3/7/18

SIGNATURE OF PATIENT DATE

IF PATIENT UNABLE TO SIGN, STATE REASON: ______

SIGNATURE OF AUTHORIZED REPRESENTATIVE (If Applicable) DATE

NAME AND ADDRESS OF AUTHORIZED REPRESENTATIVE (If Applicable) RELATIONSHIP

RRPC REPRESENTATIVE SIGNATURE AND TITLE (for witnessing purposes only)

PATIENT: Martinez (Last) Sherrie (First) MR#: ______

rev 01/07

07/31/18

Yolanda Thunderwolf
Public Notary
4533 Van Nuys Blvd.
Los Angeles, CA 91403
Tel.: 818-802-8980

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**
**FOR THE COUNTY OF LOS ANGELES - CENTRAL**

In re the Estate of

SHERRIE B. MARTINEZ,

Deceased.

Case No. 18STPB02782

Related Case No. 18STPB03778

The Honorable Judge Daniel Juarez

**DECLARATION OF YOLANDA THUNDERWOLF, PUBLIC NOTARY**

Date: June 13, 2018
Time: 8:30 a.m.
Dept.: 67

I, Yolanda Thunderwolf, declare the following:

I arrived early on the morning of the ninth (9) of March at the home of Sherrie B. Martinez and her significant other, Dr. Stewart Lucas Murrey, at 3845 Inglewood Blvd. # 203 in Los Angeles, California, 90066 and found Ms. Martinez to be in pain, but of sound mind. I witnessed her sitting up and looking at the documents that she signed. Although her hands were weak, Ms. Martinez completed this task and I have full confidence that, given my observations that morning as a witness to her signatures, that I was right to proceed with my notarizations,

07/31/18

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 6-28-2018

YOLANDA THUNDERWOLF,
PUBLIC NOTARY

07/31/18

Although she did not want to use her phone, understandably, especially during the final days, Sherrie continued to be cognizant and reliable in her thoughts up until a chocolate ovarian cyst spontaneously ruptured in the early morning of the 10th March, almost twenty for hours after she signed and had notarized her Will and re-signed and re-notarized her Power of Attorney and Advanced Directive (which were both done previously at the UCLA hospital days before).

**6 March 2018**




**7 March 2018**

PHOTO
MARKED FOR SCANNING

PHOTO
MARKED FOR SCANNING




EXHIBIT 18

07/31/18



PHOTO
MARKED FOR SCANNING

**Threatening to frame and entrap me with her parents (and later with a false police report)**

[illegible]

[illegible]

My parents now think u attacked me - good job, Lucas

Shooting urself in the foot - nice

[illegible]

Mom wants an explanation - good job ruining everything.

[illegible]

So, if that was ur plan to see p again it just backfired

**"Blackouts", unreliable parenting**

**Trying to "strike deals" to not have to pay the money back**

**Acting violent: tearing up my property, from clothing to windshield wipers**

So if you tore up that dress with yr bare hands why didn't you tell me this before giving it back?

I forgot

Sorry

# EXHIBIT 19

07/31/18

**Texts messages from January 2017 showing that DEFENDANT Shannyn Poer's defamation of PLAINTIFF on cheaterreport.com caused damages to both PLAINTIFF and Patrick Edwards (a young to whom PLAINTIFF was a father-figure). This also shows tht DEFENDANT Flor Edwards knew about cheaterreport.com since early, January 2017.**

DEFENDANT Flor Edwards [speaking to PLAINTIFF about her parents coming across the defamation about him after doing an online search with his name]: "**So, They looked u up.../They are absolutely 100% convinced** that Patrick cannot see you anymore – I tried to talk to them, they are not budging./I'm pretty pissed and also at a loss of what to do..."

PLAINTIFF Dr. Stewart Lucas Murrey: "Why **cheaterreport**?"



# EXHIBIT 20

KAVEH KESHMIRI (SBN 285348)
LAW OFFICE OF KAVEH KESHMIRI
5777 W Century Blvd Ste 930
Los Angeles, CA 90045
Tel: 424-393-4260
Fax: 424-393-4262

Attorney for Defendant
FLOR EDWARDS

**SUPERIOR COURT OF CALIFORNIA**

**COUNTY OF LOS ANGELES - WEST**

DR STEWART LUCAS MURREY

Plaintiff,

v.

FLOR EDWARDS

Defendant.

Case No. SC128444

**DEFENDANT'S RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS SET ONE**

PROPOUNDING PARTY: Plaintiff Stewart Lucas Murrey

RESPONDING PARTY: Defendant Flor Edwards

SET NO.: ONE (1)

DEFENDANT FLOR EDWARDS ("Defendant") hereby responds to Plaintiff Stewart Lucas Murrey ("Plaintiff") Request for Production of Documents Set One, as follows:

Defendant has not fully completed its investigation into this action, discovery in this action, or preparation for potential motions and trial. Defendant's responses are based upon and necessarily limited to records and information still in existence, presently available, and obtained in the course of preparing these responses. Consequently, Defendant expressly reserves the right to change, amend,

0974931489

modify, or supplement these responses in the event of error, mistake, or omission, and as Defendant ascertains additional facts, makes analyses, completes legal research, or obtains documents. Defendant also reserves the right to make any changes to these responses if, at any time, additional or more accurate documents become available, and to establish at a later date any additional facts that may be contained within or discovered as a result of any additional documents.

**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS**

1. Defendant objects to Plaintiff's definition of the term "NOTICE" as vague, ambiguous, overbroad, and not reasonably tailored to lead to the discovery of admissible evidence.

2. Defendant objects to Plaintiff's Requests to the extent they seek documents equally accessible and available to Plaintiff.

3. Defendant objects to Plaintiff's Request in its entirety to the extent it seeks documents that are not relevant to the subject matter of this litigation and are not reasonably calculated to lead to the discovery of admissible evidence.

4. Defendant objects to Plaintiff's request in its entirety to the extent that it calls for the production of documents that are protected from disclosure by the attorney-client privilege and/or work product doctrine, and/or any other applicable privilege or immunity.

5. Defendant objects to Plaintiff's request in its entirety to the extent that it is overly broad and requires Defendant to make an unreasonable and unduly burdensome investigation.

07/31/18

6. Defendant objects to Plaintiff's Request in its entirety to the extent that it seeks documents, the disclosure of which would constitute an unwarranted invasion of the affected persons' constitutional, statutory and/or common-law rights of privacy and confidentiality.

7. Defendant objects to this Request in its entirety to the extent that it seeks private, privileged, or confidential commercial, financial, and/or proprietary business information.

All General Objections are incorporated by reference into each Response as though set forth in full therein.

**DEFENDANT'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS**

**Response to Request for Production No. 1:**

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

**Response to Request for Production No. 2:**

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

**Response to Request for Production No. 3:**

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

**Response to Request for Production No. 4:**

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

**Response to Request for Production No. 5:**

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

**Response to Request for Production No. 6:**

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

07/31/18

**Response to Request for Production No. 7:**

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

**Response to Request for Production No. 8:**

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

**Response to Request for Production No. 9:**

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

**Response to Request for Production No. 10:**

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

**Response to Request for Production No. 11:**

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

**Response to Request for Production No. 12:**

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

**Response to Request for Production No. 13:**

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

**Response to Request for Production No. 14:**

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

LAW OFFICE OF KAVEH KESHMIRI

Date: 3.5.18

Kaveh Keshmiri Attorney for Defendant, FLOR EDWARDS

07/31/18

Kaveh Keshmiri (SBN 285348)
Law Office of Kaveh Keshmiri
5777 W Century Blvd Ste 930
Los Angeles, CA 90045
T: 424-393-4260
F: 424-393-4262
Kaveh@kkdap.com

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF LOS ANGELES – WEST**

Dr. Stewart Lucas Murrey,

Plaintiff,

vs.

Flor Edwards,

Defendant.

Case No. SC128444

**DEFENDANT'S RESPONSES TO SPECIAL INTERROGATORIES - SET ONE**

PROPOUNDING PARTY: Plaintiff Stewart Lucas Murrey

RESPONDING PARTY: Defendant Flor Edwards

Set Number: One (1)

Pursuant to Sections 2031.010, *et seq.*, of the California Code of Civil Procedure, Defendant Flor Edwards ("Responding Party"), subemits these responses and objections to the Special Interrogatories by Plaintiff Dr. Stewart Lucas Murrey ("Propounding Party").

**PRELIMINARY STATEMENT**

Responding Party has not completed its investigation of the facts relating to this case, its

07/31/18

discovery or its preparation for trial. All responses and objections contained herein are based only upon information that is presently available to and specifically known by Responding Party. It is anticipated that further discovery, independent investigation, legal research and analysis will supply additional facts and add meaning to known facts, as well as establish entirely new factual conclusions and legal contentions, all of which may lead to substantial additions to, changes in and variations from the responses set forth herein.

These responses, while based on diligent inquiry and investigation by Responding Party, reflect only the current state of Responding Party's knowledge, understanding, and belief, based upon the information reasonably available to it at this time. As this action proceeds, and further investigation and discovery are conducted, additional or different facts and information could be revealed to Responding Party. Moreover, Responding Party anticipates that Propounding Party may make legal or factual contentions presently unknown to and unforeseen by Responding Party which may require Responding Party to adduce further facts in rebuttal to such contentions. Consequently, Responding Party may not yet have knowledge and may not fully understand the significance of information potentially pertinent to these responses. Accordingly, these responses are provided without prejudice to Responding Party's right to rely upon and use any information that it subsequently discovers, or that was omitted from these responses as a result of mistake, inadvertence, surprise, or excusable neglect. Without in any way obligating it to do so, Responding Party reserves the right to modify, supplement, revise, or amend these responses, and to correct any inadvertent errors or omissions which may be contained herein, in light of the information that Responding Party may subsequently obtain or discover.

Nothing in this response should be construed as an admission by Responding Party with respect to the admissibility or relevance of any fact or document, or of the truth or accuracy of any characterization or statement of any kind contained in Propounding Party's demands.

Each of the following responses is made solely for the purpose of this action. Each response is subject to all objections as to relevance, materiality, and admissibility, and to any and all objections on any ground that would require exclusion of any response if it were introduced in

court. All objections and grounds are expressly reserved and may be interposed at the time of trial, hearing, or otherwise. Furthermore, each of the objections contained herein is incorporated by reference as though fully set forth in each response.

The following objections and responses are made without prejudice to Responding Party's right to produce at trial, or otherwise, evidence regarding any subsequently discovered information. Responding Party accordingly reserves the right to modify and amend any and all responses herein as research is completed and contentions are made.

Nothing contained herein is to be construed as a waiver of any attorney-client privilege, work product doctrine, or any other applicable privilege or doctrine. To the extent any interrogatory may be construed as calling for disclosure of information protected from discovery by the attorney-client privilege, the work product doctrine, or any other privilege or protection, a continuing objection to each and every such interrogatory is hereby interposed.

## GENERAL OBJECTIONS

1. Plaintiff objects to all interrogatories that attempt to require Plaintiff to provide information not within its possession, custody or control, or any of its representatives, employees, agents or attorneys.

2. The absence of an objection that an interrogatory is irrelevant is not intended to be a waiver of that objection and Plaintiff reserves the right to object on relevancy grounds at any stage of these proceedings.

3. When Plaintiff objects to an interrogatory, a subsequent response to the Interrogatories shall not constitute a waiver of the objection. Furthermore, the failure to restate a general objection in response to a specific interrogatory does not waive the general objection.

4. Plaintiff objects to each and every interrogatory to the extent same seeks information protected by the right to privacy, the attorney-client privilege, the attorney-work product doctrine and/or any other applicable privilege or doctrine. The foregoing objections are incorporated into all responses set forth below.

07/31/18

5. Plaintiff objects to each and every interrogatory which seeks information pertaining to the non-operative original COMPLAINT.

**RESPONSES TO SPECIAL INTERROGATORIES**

RESPONSE TO SPECIAL INTERROGATORY NO. 1

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

RESPONSE TO SPECIAL INTERROGATORY NO. 2

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

RESPONSE TO SPECIAL INTERROGATORY NO. 3

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

RESPONSE TO SPECIAL INTERROGATORY NO. 4

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

RESPONSE TO SPECIAL INTERROGATORY NO. 5

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

RESPONSE TO SPECIAL INTERROGATORY NO. 6

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

RESPONSE TO SPECIAL INTERROGATORY NO. 7

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

RESPONSE TO SPECIAL INTERROGATORY NO. 8

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

RESPONSE TO SPECIAL INTERROGATORY NO. 9

07/31/18

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

RESPONSE TO SPECIAL INTERROGATORY NO. 1

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

RESPONSE TO SPECIAL INTERROGATORY NO. 11

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

RESPONSE TO SPECIAL INTERROGATORY NO. 12

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

RESPONSE TO SPECIAL INTERROGATORY NO. 13

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

RESPONSE TO SPECIAL INTERROGATORY NO. 14

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

RESPONSE TO SPECIAL INTERROGATORY NO. 15

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

RESPONSE TO SPECIAL INTERROGATORY NO. 16

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

RESPONSE TO SPECIAL INTERROGATORY NO. 17

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

RESPONSE TO SPECIAL INTERROGATORY NO. 18

Objection: This request is not reasonably calculated to lead to the discovery of admissible

07/31/18

evidence.

RESPONSE TO SPECIAL INTERROGATORY NO. 19

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

RESPONSE TO SPECIAL INTERROGATORY NO. 20

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

RESPONSE TO SPECIAL INTERROGATORY NO. 21

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

RESPONSE TO SPECIAL INTERROGATORY NO. 22

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

Date: 3.5.18

LAW OFFICE OF KAVEH KESHMIRI

KAVEH KESHMIRI
Attorneys for Plaintiff/Cross Defendant
MARIO AMMIRATI

07/31/18

KAVEH KESHMIRI (SBN 285348)
LAW OFFICE OF KAVEH KESHMIRI
5777 W Century Blvd Ste 930
Los Angeles, CA 90045
Tel: 424-393-4260
Fax: 424-393-4262

Attorney for Defendant
Flor Edwards

**SUPERIOR COURT OF CALIFORNIA**

**COUNTY OF LOS ANGELES - WEST**

| | |
|---|---|
| DR STEWART LUCAS MURREY<br>Plaintiff,<br>v.<br>FLOR EDWARDS<br>Defendant. | Case No. SC128444<br>**DEFENDANT'S RESPONSES TO REQUESTS FOR ADMISSION SET ONE** |

PROPOUNDING PARTY: Plaintiff Stewart Lucas Murrey

RESPONDING PARTY: Defendant Flor Edwards

SET NO.: ONE (1)

Defendant Flor Edwards ("Defendant") hereby responds to Plaintiff Dr. Stewar Lucas Murrey ("Plaintiff") Requests for Admission, Set No. One, as follows:

**RESPONSES TO REQUESTS FOR ADMISSIONS**

**RESPONSE TO REQUEST FOR ADMISSION NO. 1:**

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

07/31/18

**RESPONSE TO REQUEST FOR ADMISSION NO. 2:**

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

**RESPONSE TO REQUEST FOR ADMISSION NO. 3:**

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

**RESPONSE TO REQUEST FOR ADMISSION NO. 4:**

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

**RESPONSE TO REQUEST FOR ADMISSION NO. 5:**

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

**RESPONSE TO REQUEST FOR ADMISSION NO. 6:**

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

**RESPONSE TO REQUEST FOR ADMISSION NO. 7:**

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

**RESPONSE TO REQUEST FOR ADMISSION NO. 8:**

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

**RESPONSE TO REQUEST FOR ADMISSION NO. 9:**

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

**RESPONSE TO REQUEST FOR ADMISSION NO. 10:**

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

07/31/19

**RESPONSE TO REQUEST FOR ADMISSION NO. 11:**

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

**RESPONSE TO REQUEST FOR ADMISSION NO. 12:**

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

**RESPONSE TO REQUEST FOR ADMISSION NO. 13:**

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

**RESPONSE TO REQUEST FOR ADMISSION NO. 14:**

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

**RESPONSE TO REQUEST FOR ADMISSION NO. 15:**

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

**RESPONSE TO REQUEST FOR ADMISSION NO. 16:**

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

**RESPONSE TO REQUEST FOR ADMISSION NO. 17:**

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

**RESPONSE TO REQUEST FOR ADMISSION NO. 18:**

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

**RESPONSE TO REQUEST FOR ADMISSION NO. 19:**

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

07/31/18

**RESPONSE TO REQUEST FOR ADMISSION NO. 20:**

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

**RESPONSE TO REQUEST FOR ADMISSION NO. 22:**

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

**RESPONSE TO REQUEST FOR ADMISSION NO. 23:**

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

**RESPONSE TO REQUEST FOR ADMISSION NO. 24:**

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

**RESPONSE TO REQUEST FOR ADMISSION NO. 25:**

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

**RESPONSE TO REQUEST FOR ADMISSION NO. 26:**

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

**RESPONSE TO REQUEST FOR ADMISSION NO. 27:**

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

**RESPONSE TO REQUEST FOR ADMISSION NO. 28:**

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

**RESPONSE TO REQUEST FOR ADMISSION NO. 29:**

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

**RESPONSE TO REQUEST FOR ADMISSION NO. 30:**

07/31/18

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

**RESPONSE TO REQUEST FOR ADMISSION NO. 31:**

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

**RESPONSE TO REQUEST FOR ADMISSION NO. 32:**

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

**RESPONSE TO REQUEST FOR ADMISSION NO. 33:**

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

**RESPONSE TO REQUEST FOR ADMISSION NO. 34:**

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

**RESPONSE TO REQUEST FOR ADMISSION NO. 35:**

Objection: This request is not reasonably calculated to lead to the discovery of admissible evidence.

DATED: 3.5.18

LAW OFFICE OF KAVEH KESHMIRI

KAVEH KESHMIRI,
Attorneys for Defendant FLOR EDWARDS

07/31/18

# EXHIBIT 21

07/31/18

And can u stop calling my cell
I didn't
Was an accident
Or maybe Patrick accidentally dialed
Ok. Do u need a quick phone conversation for me to explain? You sound like you're freaking out
So it's clear you're trying to hide all your potential revenue which is why I'm reasonably concerned
Nope. Let's handle it through the court
There is nothing I can do

# EXHIBIT 22

07/31/18

Flor Edwards
2459 Oakleaf Canyon Road
Walnut, CA 91789
florchristine@gmail.com
(714) 483-0517

October 26, 2017
Human Resources
UCLA Semel Institute
760 Westwood Plaza
Los Angeles, CA 90095

Dear Department of Child and Adolescent Psychiatry,

I am writing this letter to make a formal complaint about one of your employees, Ms. Sherrie Maritnez. Ms. Martinez is using her expertise as a child psychiatrist to give false information to the court, essentially seeking to remove a child from his family without thoroughly investigating the situation. I am asking you to take this matter seriously and investigate it fully and seek disciplinary action as needed.

I was a victim in a domestic dispute and a restraining order hearing is pending. Ms. Martinez who knows nothing about the situation and is now working closely with the man who assaulted me, wrote a false testimony to the court on October 18, 2017 in an attempt to criminalize the victim (me), essentially supporting the domestic violence I encountered.

Additionally, what's more alarming is that Ms. Martinez also inserted herself into a situation involving a child using false information to claim that I, as his caretaker, am abusing him and using him to defame this person with whom she is working. This accusation is completely false and alarming, especially for a person working in the field of child psychiatry. Calling CPS and making a false claim of abuse, which is what this man did, is a serious offense and in her letter Ms. Martinez supports this action. If this was a personal letter to me I would not be so alarmed, but lying to the court in an attempt to criminalize a person she does not know and support a matter she has not fully investigated is a serious matter and must be noticed. Whether her claims were based on negligence or intentional deceit, Ms. Martinez should know that both are serious offenses.

This case is involving a personal dispute and I would prefer that Ms. Martinez be advised to stay out of the matter completely.

07/31/18

I urge you to pay full attention to this matter.

I will be following up and taking further legal action as needed. Please contact me if you have any further questions.

Sincerely,

Flor Edwards
(714) 483-0517
florchristine@gmail.com

Date: 10/27/17

07/31/18

**Martinez, Sherrie B.**

| | |
|---|---|
| **From:** | Rodriguez, Monica I. |
| **Sent:** | Tuesday, October 31, 2017 12:54 PM |
| **To:** | Martinez, Sherrie B. |
| **Subject:** | phone call |

Hi Sherrie:
I hope you are well! When you get a sec can you give me a call? I need to talk to you about a letter I received from someone named Flor Edwards. Thanks,
Monica

Monica I. Rodriguez
Director
Human Resources & Office of Education
UCLA Semel Institute for Neuroscience &
Resnick Neuropsychiatric Hospital
760 Westwood Plaza, Ste. B7-370
Los Angeles, CA 90024

T.: 310.206.5258
F.: 310.206.5394

07/31/18

**Martinez, Sherrie B.**

**From:** Martinez, Sherrie B.
**Sent:** Tuesday, October 31, 2017 2:24 PM
**To:** Rodriguez, Monica I.
**Subject:** RE: phone call
**Attachments:** Untitled; Untitled

Hi Monica,

Thanks for speaking with me. I'll contact my lawyer and ask that the cease and desist goes out promptly (I contacted for legal help last week after this women yelled profanities at me outside a courtroom-I was there in a personal capacity, not representing UCLA or my position in any way!). This woman looked me up online, stole images from my social media and has been actively harassing me since. She's posted really terrible things about me online as well. I've attached a copy for your records.

This is a very unfortunate personal matter and I apologize for all components you've had to be involved in!

Best regards,

Sherrie

**From:** Rodriguez, Monica I.
**Sent:** Tuesday, October 31, 2017 12:54 PM
**To:** Martinez, Sherrie B. <SBMartinez@mednet.ucla.edu>
**Subject:** phone call

Hi Sherrie:
I hope you are well! When you get a sec can you give me a call? I need to talk to you about a letter I received from someone named Flor Edwards. Thanks,
Monica

Monica I. Rodriguez
Director
Human Resources & Office of Education
UCLA Semel Institute for Neuroscience &
Resnick Neuropsychiatric Hospital
760 Westwood Plaza, Ste. B7-370
Los Angeles, CA 90024

T.: 310.206.5258
F.: 310.206.5394

07/31/18

Ex AB

**Martinez, Sherrie B.**

**Subject:** FW: Sherrie Martinez's request for cease and desist letters

**From:** Kayla Argo [mailto:kargo@fnlawfirm.com]
**Sent:** Monday, November 27, 2017 6:57 AM
**To:** Martinez, Sherrie B. <SBMartinez@mednet.ucla.edu>
**Subject:** RE: Sherrie Martinez's request for cease and desist letters

Sherrie:

I have not received any communication. She called once, which I returned, but I never got a second call.

Thanks,

Kayla Argo

**From:** Martinez, Sherrie B. [mailto:SBMartinez@mednet.ucla.edu]
**Sent:** Wednesday, November 22, 2017 2:42 PM
**To:** Kayla Argo
**Subject:** RE: Sherrie Martinez's request for cease and desist letters

Hi Kayla,

I hope you are having a great week and with you a Happy Thanksgiving!

Can you confirm whether Flor Edwards contacted you for any type of payment arrangement? If not, I'll proceeding with a small claims against her.

Thank you for everything!

Best,

Sherrie

**From:** Kayla Argo [mailto:kargo@fnlawfirm.com]
**Sent:** Friday, November 17, 2017 6:43 AM
**To:** Martinez, Sherrie B. <SBMartinez@mednet.ucla.edu>
**Subject:** RE: Sherrie Martinez's request for cease and desist letters

Will do.

-Kayla

**From:** Kayla Argo <kargo@fnlawfirm.com>
**Sent:** Wednesday, November 8, 2017 1:28:44 PM

07/31/18

# SC-150 Request to Postpone Trial

Clerk stamps here when form is filed.

FILED
Superior Court of California
County of Los Angeles
12/11/2017
Sherri R. Carter, Executive Officer / Clerk
By: Charlene Vital Deputy

Fill in the court name and street address:
Superior Court of California, County of
Los Angeles
Santa Monica Courthouse
1725 Main Street
Santa Monica, CA 90401

Fill in your case number and case name:
Case Number: 17SMSC01878
Case Name: SHERRIE MARTINEZ VS. FLOR CHRISTINE EDWARDS

See instructions on other side.

① My name is: SHERRIE MARTINEZ
Mailing address: 760 WESTWOOD PLAZA SEMEL 48-240 LOS ANGELES, CA 90024
Phone: 818-448-3204
I am a *(check one)*: ☒ plaintiff ☐ defendant in this case.

② My trial is now scheduled for *(date)*: 12/21/17

③ I ask the court to postpone my trial until *(approximate date)*: 1/10/18

④ I am asking for this postponement because *(explain)*:
☐ *If your answer will not fit in the space below, check this box and attach your answer on a separate sheet of paper. Write "SC-150, Item 4" at the top.*
NOT ABLE TO SERVE DEFENDANT WITHIN 15 DAYS OF COURT DATE

⑤ If your trial is scheduled within the next 10 days, explain why you did not ask for a postponement sooner.
☐ *If your answer will not fit in the space below, check this box and attach your answer on a separate sheet of paper. Write "SC-150, Item 5" at the top.*

⑥ **Has your claim been served by a method allowed by law?** *(See form SC-104B, What Is "Proof of Service"?, for information about how the claim can be served. Check and complete all that apply)*
☐ *If your answer will not fit in the space below, check this box and attach your answer on a separate sheet of paper. Write "SC-150, Item 6" at the top.*

a. ☐ No. I am a defendant and have not filed a claim in this case.
b. ☐ Yes. The parties listed below have been served:
(1) ______ *name*, who lives in: ______ *county*, was served on: ______ *date*
(2) ______ *name*, who lives in: ______ *county*, was served on: ______ *date*
c. ☒ No. The parties listed below have not been served *(list names)*:
(1) FLOR CHRISTINE EDWARDS (2) ______
d. ☐ I do not know. The court clerk mailed my claim, and I do not know if the court received the signed receipt for these parties *(list names)*:
(1) ______ (2) ______

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: 12/11/17

SHERRIE MARTINEZ
*Type or print your name*

[signature]
*Sign here*

07/31/18

Los Angeles, CA 90066
310-825-0016

In Pro Per

Superior Court of the State of California
For the County of Los Angeles

| | |
|---|---|
| Sherrie Martinez, Plaintiff, vs. Flor Christine Edwards, Defendant. | Case No. 17SMSC01878 COMPLAINT FOR DAMAGES FOR LIBEL PER SE |

Plaintiff, Sherrie Martinez, hereby complains and alleges as follows:

1. Plaintiff, Sherrie Martinez (hereinafter referred to as Plaintiff) is and at all times mentioned herein was, an individual, over the age of majority, residing in the City of Los Angeles, County of Los Angeles, State of California. Plaintiff has always enjoyed a very good reputation in both their personal and professional life, and is well respected in both their local business community, as well as their local community.

2. Defendant Flor Christine Edwards, (hereinafter referred to as Defendant), upon information and belief, is now, and at all times mentioned herein was, an individual, over the age of majority, residing in the City of Walnut, County of Los Angeles, State of California.

3. This court is the proper court for trial in this action in that the actions and omissions of Defendant as alleged herein were made within this Court's jurisdictional area.

07/31/18

4. Plaintiff re-alleges and incorporates by reference paragraphs 1 through 3, above, as though fully set forth herein.

5. Plaintiff is informed and believes that on October 20, 2017, Defendant made the following defamatory statement about, of, and concerning Plaintiff on the public website CheaterReport.com:

*"SHERRIE MARTINEZ FROM UCLA LIES TO COURT AND CREATES FALSE TESTIMONY Sherrie Martinez directly lied to the court system on 10/18/17. She included a false testimony about a young boy she doesn't know and his caretaker to the court system. She will also stop at nothing to defame and stalk other women. She must not know that blatantly write a false testimony for the court is a serious criminal offense of no small matter and she could be charged with perjury. She must also think that lying about Child Protective services..." (full text in Exibit A)*

6. Plaintiff is informed and believes that on October 21, 2017, Defendant made the following defamatory statement about, of, and concerning Plaintiff on the public website CheaterReport.com:

*"SHERRIE MARTINEZ IS A LIAR AND PHONY UCLA NEUROSCIENTIST For a woman who pretends to have the best interest of children in mind, it's ironic that this phony ucla psychiatrist will blatantly and unabashedly lie to the court system about a child she doesn't know to manipulate a man whose affection she is desperately seeking to gain...Sherrie Martinez makes false statements to the court about people she doesn't know without solid research or information..." (full text in Exibit B)*

7. The Defendant admitted to being the responsible party for both postings while under oath during another court proceeding, case number 17PSRO00546, on December 12, 2017 in Pomona, CA.

8. A person searching for the Plaintiff online would have reasonably understood that the statements referred to Plaintiff as the Defendant also included a picture of the Plaintiff and this information was easily obtainable through a basic search engine search (google.com) for the Plaintiff's name and/or profession (Exibit C).

07/31/18

privileged. Defendant made said statement [illegible] without using reasonable care to determine the truth or falsity thereof. The Plaintiff did not lie to the court, did not make false testimony to the court, did not stalk other women, nor defame other women as the Defendant asserts as fact online. Plaintiff alleges that the Defendant published these postings as statements of fact, charging the Plaintiff with serious crimes, qualify these statements as Libel Per Se under California Civil Code §45.

10. Defendant made the aforesaid defamatory statement with negligence and malice and with the intent to injure Plaintiff's good name and reputation and to interfere with her employment, in that defendant harbored ill-will toward the Plaintiff. The Defendant learned of the Plaintiff's identity on October 18, 2017, after being given a statement made by the Plaintiff during a potential evidence exchange for another small claims proceeding. The Defendant then searched for the Plaintiff online, using social media sites, including LinkedIn.com and Instagram.com, where the Defendant learned the occupation and employer of the Plaintiff (Exibit D).

11. Plaintiff is informed and believes that on October 26, 2017, Defendant sent a letter to Plaintiff's employer, making false defamatory statement about, of, and concerning Plaintiff:

*"Ms. Martinez is using her expertise as a child psychiatrist to give false information to the court, essentially seeking to remove a child from his family without thoroughly investigating the situation. I am asking you to take this matter seriously and investigate it fully and seek disciplinary action as needed... (Ms. Martinez) wrote a false testimony to the court on October 18, 2017 in an attempt to criminalize the victim (me-Flor Edwards), essentially supporting the domestic violence I encountered..." (full text in Exibit E)*

11. The aforesaid defamatory statement has harmed plaintiff's reputation; such statements have a tendency to injure and has injured Plaintiff in their occupation, their future employment advancement prospects, and professional organization reputation, all of which have been harmed. Plaintiff has had to incur substantial expense to remove the postings online, in order to redress the harm they have suffered, all to Plaintiff's general and actual damages, including exemplary and punitive damages as requested in the small

07/31/18

embarrassment ... and personal ... intentional actions of the Defendant.

PRAYER FOR RELIEF

Plaintiff prays for relief as follows:

1) For economic damages, to be proven in court proceedings;

2) For general and compensatory damages, to be proven through court proceedings;

3) For exemplary and punitive damages to be proven through court proceedings;

4) For costs of suit herein incurred;

5) For interest on all sums awarded at the maximum allowable rate;

6) For such other and further relief as the Court may deem just and proper.

Dated 1/10/18

Sherrie Martinez

07/31/18

760 Westwood Plaza, Suite [illegible]-240
Los Angeles, CA 90095

310-825-0016

In Pro Per

**Superior Court of the State of California**

**For the County of Los Angeles**

| | |
|---|---|
| Sherrie Martinez,<br><br>Plaintiff,<br><br>vs.<br><br>Flor Christine Edwards,<br><br>Defendant. | Case No. 17SMSC01878<br><br>**COMPLAINT FOR DAMAGES FOR LIBEL PER SE** |

Plaintiff, Sherrie Martinez, hereby complains and alleges as follows:

1. Plaintiff, Sherrie Martinez (hereinafter referred to as Plaintiff) is and at all times mentioned herein was, an individual, over the age of majority, residing in the City of Los Angeles, County of Los Angeles, State of California. Plaintiff has always enjoyed a very good reputation in both their personal and professional life, and is well respected in both their local business community, as well as their local community.

2. Defendant Flor Christine Edwards, (hereinafter referred to as Defendant), upon information and belief, is now, and at all times mentioned herein was, an individual, over the age of majority, residing in the City of Walnut, County of Los Angeles, State of California.

3. This court is the proper court for trial in this action in that the actions and omissions of Defendant as alleged herein were made within this Court's jurisdictional area.

07/31/18

**(Slander-Libel Per Se – Civil Code §46 & §45)**

4. Plaintiff re-alleges and incorporates by reference paragraphs 1 through 3, above, as though fully set forth herein.

5. Plaintiff is informed and believes that on October 20, 2017, Defendant made the following defamatory statement about, of, and concerning Plaintiff on the public website CheaterReport.com:

*"SHERRIE MARTINEZ FROM UCLA LIES TO COURT AND CREATES FALSE TESTIMONY Sherrie Martinez direcly lied to the court system on 10/18/17. She included a false testimony about a young boy she doesn't know and his caretaker to the court system. She will also stop at nothing to defame and stalk other women. She must not know that blatantly write a false testimony for the court is a serious criminal offense of no small matter and she could be charged with perjury. She must also think that lying about Child Protective services..." (full text in Exibit A)*

6. Plaintiff is informed and believes that on October 21, 2017, Defendant made the following defamatory statement about, of, and concerning Plaintiff on the public website CheaterReport.com:

*"SHERRIE MARTINEZ IS A LIAR AND PHONY UCLA NEUROSCIENTIST For a woman who pretends to have the best interest of children in mind, it's ironic that this phony ucla psychiatrist will blatantly and unabashedly lie to the court system about a child she doesn't know to manipulate a man whose affection she is desperately seeking to gain...Sherrie Martinez makes false statements to the court about people she doesn't know without solid research or information..." (full text in Exibit B)*

7. The Defendant admitted to being the responsible party for both postings while under oath during another court proceeding, case number 17PSRO00546, on December 12, 2017 in Pomona, CA.

8. A person searching for the Plaintiff online would have reasonably understood that the statements referred to Plaintiff as the Defendant also included a picture of the Plaintiff and this information was easily obtainable through a basic search engine search (google.com) for the Plaintiff's name and/or profession (Exibit C).

07/31/18

9. The [illegible] defamatory statement made [illegible] was not privileged. Defendant made said statement knowing the falsity thereof or without using reasonable care to determine the truth or falsity thereof. The Plaintiff did not lie to the court, did not make false testimony to the court, did not stalk other women, nor defame other women as the Defendant asserts as fact online. Plaintiff alleges that the Defendant published these postings as statements of fact, charging the Plaintiff with serious crimes, qualify these statements as Libel Per Se under California Civil Code §45.

10. Defendant made the aforesaid defamatory statement with negligence and malice and with the intent to injure Plaintiff's good name and reputation and to interfere with her employment, in that defendant harbored ill-will toward the Plaintiff. The Defendant learned of the Plaintiff's identity on October 18, 2017, after being given a statement made by the Plaintiff during a potential evidence exchange for another small claims proceeding. The Defendant then searched for the Plaintiff online, using social media sites, including LinkedIn.com and Instagram.com, where the Defendant learned the occupation and employer of the Plaintiff (Exibit D).

11. Plaintiff is informed and believes that on October 26, 2017, Defendant sent a letter to Plaintiff's employer, making false defamatory statement about, of, and concerning Plaintiff:

*"Ms. Martinez is using her expertise as a child psychiatrist to give false information to the court, essentially seeking to remove a child from his family without thoroughly investigating the situation. I am asking you to take this matter seriously and investigate it fully and seek disciplinary action as needed...(Ms. Martinez) wrote a false testimony to the court on October 18, 2017 in an attempt to criminalize the victim (me-Flor Edwards), essentially supporting the domestic violence I encountered..." (full text in Exibit E)*

11. The aforesaid defamatory statement has harmed plaintiff's reputation; such statements have a tendency to injure and has injured Plaintiff in their occupation, their future employment advancement prospects, and professional organization reputation, all of which have been harmed. Plaintiff has had to incur substantial expense to remove the postings online, in order to redress the harm they have suffered, all to Plaintiff's general and actual damages, including exemplary and punitive damages as requested in the small

07/81/18

claims filing (Exhibit [illegible]) [illegible] Plaintiff has experienced great emotional [illegible] professional and personal embarrassment, due to the reckless and intentional actions of the Defendant.

**PRAYER FOR RELIEF**

Plaintiff prays for relief as follows:

1) For economic damages, to be proven in court proceedings;

2) For general and compensatory damages, to be proven through court proceedings;

3) For exemplary and punitive damages to be proven through court proceedings;

4) For costs of suit herein incurred;

5) For interest on all sums awarded at the maximum allowable rate;

6) For such other and further relief as the Court may deem just and proper.

Dated 1/10/18 ______________________
Sherrie Martinez

07/31/18

October 21, 2017

To whom it may concern,

I am becoming increasing concerned about Flor Edwards behavior. After I attended court with Lucas Murrey on 10/18/17, and served Flor Edwards thereafter, she yelled profanities and insults at me and Lucas just outside of the courthouse. Once Lucas was outside the immediate area, Flor, and the man she was with, shouted threatening obscenities at me as they left the court parking lot. I did not respond. I am concerned that Flor may continue this inappropriate behavior after the next court date as well. Since learning my name through court documents, Flor has started to defame me online, posting false claims that I've lied to the court. The attacks seem to be escalating.

Sincerely,

Sherrie Martinez

07/31/18