David S. Gingras, CSB #218793
**Gingras Law Office, PLLC**
4802 E. Ray Road, #23-271
Phoenix, AZ 85044
Tel.: (480) 264-1400
Fax: (480) 248-3196
David@GingrasLaw.com

Attorney for Defendants
Aaron Minc; Minc Law;
Anthony Will; & Digital Revolution, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. STEWART LUCAS MURREY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AARON MINC, an individual, MINC LAW, a business entity, DOMINGO J. RIVERA, an individual, RIVERA LAW GROUP, PLC a/k/a DOMINGO RIVERA, ATTORNEY AT LAW, PLC, a limited liability company, ELIZABETH JORDAN, an individual; INTERNET REPUTATION CONTROL a/k/a IRC, a business entity, ANTHONY WILL, an individual, DIGITAL REVOLUTION LLC a/k/a REPUTATION RESOLUTIONS, a business entity, BRANDYOURSELF.COM, INC., a limited liability company, TOM VITOLO, an individual; CHRISTIAN TRYON, an individual; and JOHN DOE NUMBERS 1–10.<br><br>Defendants. | Case No: 2:20-cv-6217-PA-SK<br><br>**DECLARATION OF ANTHONEY WILL IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>Date:      December 21, 2020<br>Time:      1:30 P.M.<br>Courtroom: 9A<br>Judge:     Hon. Percy Anderson |

I, Anthony Will, hereby state and declare as follows:

1. My name is Anthony Will. I am a United States citizen, a resident of the State of Colorado, I am over the age of 18 years, and if called to testify in court or other proceeding I could and would give the following testimony which is based upon my own personal knowledge.

2. I currently reside in Denver, Colorado.

3. I am the co-founder and CEO of Digital Revolution LLC which does business as ReputationResolutions.com, an online reputation management firm founded in 2013 that specializes in helping companies and individuals repair, protect and manage their online reputation.

4. I have reviewed the First Amended Complaint filed against me in this matter by Dr. Stewart Lucas Murrey.

5. Dr. Murrey hired Reputation Resolutions in February 2017. At that time, he entered into a written agreement with us, a true and correct copy of which is attached hereto as <u>Exhibit A</u>. Paragraph 14 of this agreement contains a venue and choice of law provision which provides, among other things, for "exclusive jurisdiction and venue of the courts of Charlotte, NC."

6. The agreement between Dr. Murrey and Reputation Resolutions was entirely "arm's length". We did not pressure Dr. Murrey in any way into hiring us, nor did I or anyone else at my company make any false statements to Dr. Murrey about any aspect of the agreement including, but not limited to, the venue provision.

7. Other than the fact that Dr. Murrey claims he was a resident of California at the time he contracted with Reputation Resolutions, nothing about my company's agreement with Dr. Murrey involved any contacts with the State of California. The agreement did not require us to perform any work in California, nor did it require us to have any contacts with anyone located in California (other than Dr. Murrey).

8. Rather, the focus of the agreement was to help Dr. Murrey remove several links from a website called www.CheaterReport.com.

9. To my knowledge, CheaterReport.com, or the individual(s) who own/operate that site, is not located in California. A public "WHOIS" search performed on the date of this declaration indicates the site's current "registrant" (which may or may not be the same as the owner/operator of the site) is a privacy company located in Chitre, Panama. Other than this, I do not know who owns or operates CheaterReport.com.

10. To the best of my memory, Reputation Resolutions was completely successful in completing the work Dr. Murrey hired us to perform. Prior to the filing of this lawsuit, I had no idea that Dr. Murrey was unhappy with the services we performed or the manner in which those results were accomplished.

11. Since it was founded in 2013, Reputation Resolutions has helped thousands of people with matters relating to their online reputations. However, our work generally involves matters in "cyberspace" and we do nothing to specifically target customers in California. Over the years, I am certain we have helped some number of customers in California, but we typically do not track the location of each individual customer since that is normally not relevant to the services we offer.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

Executed on November 20, 2020.            /s/ Anthony Will
                                              Anthony Will