David S. Gingras, CSB #218793
**Gingras Law Office, PLLC**
4802 E. Ray Road, #23-271
Phoenix, AZ 85044
Tel.: (480) 264-1400
Fax: (480) 248-3196
David@GingrasLaw.com

Attorney for Defendants
Aaron Minc; Minc Law;
Anthony Will; & Digital Revolution, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. STEWART LUCAS MURREY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AARON MINC, et al.,<br><br>Defendants. | Case No: 2:20-cv-6217-PA-SK<br><br>**NOTICE OF ERRATA** |

Notice is given of a clerical error affecting two recently-filed pleadings: Doc. 31-1 (Declaration of Aaron Minc) and 31-2 (Declaration of Anthony Will). These declarations referenced exhibits that were not inadvertently not attached to the filed documents. Complete versions of both declarations including exhibits are submitted herewith.

DATED November 20, 2020.

                                                         **GINGRAS LAW OFFICE, PLLC**

                                                         /s/ David S. Gingras
                                                         David S. Gingras
                                                         Attorney for Attorney for Defendants
                                                         Aaron Minc; Minc Law;
                                                         Anthony Will; &
                                                         Digital Revolution, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2020 I transmitted the foregoing to the clerk's office for filing via ECF and for service to:

Dr. Stewart Lucas Murrey
1217 Wilshire Blvd., #3655
Santa Monica, CA 90403
Plaintiff *Pro Se*

Nicholas D. Jurkowitz, Esq.
FENTON LAW GROUP, LLP
njurkowitz@fentonlawgroup.com
1990 S. Bundy Drive # 777
Los Angeles, CA 90025
Attorney for Defendant Domingo J. Rivera

_____