David S. Gingras, CSB #218793
**Gingras Law Office, PLLC**
4802 E. Ray Road, #23-271
Phoenix, AZ 85044
Tel.: (480) 264-1400
Fax: (480) 248-3196
David@GingrasLaw.com

Attorney for Defendants
Aaron Minc; Minc Law;
Anthony Will; & Digital Revolution, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. STEWART LUCAS MURREY, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> AARON MINC, an individual, MINC LAW, a business entity, DOMINGO J. RIVERA, an individual, RIVERA LAW GROUP, PLC a/k/a DOMINGO RIVERA, ATTORNEY AT LAW, PLC, a limited liability company, ELIZABETH JORDAN, an individual; INTERNET REPUTATION CONTROL a/k/a IRC, a business entity, ANTHONY WILL, an individual, DIGITAL REVOLUTION LLC a/k/a REPUTATION RESOLUTIONS, a business entity, BRANDYOURSELF.COM, INC., a limited liability company, TOM VITOLO, an individual; CHRISTIAN TRYON, an individual; and JOHN DOE NUMBERS 1–10. <br><br> Defendants. | Case No: 2:20-cv-6217-PA-SK <br><br> **DECLARATION OF ANTHONEY WILL IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** <br><br> Date:     December 21, 2020 <br> Time:     1:30 P.M. <br> Courtroom:  9A <br> Judge:    Hon. Percy Anderson |

I, Anthony Will, hereby state and declare as follows:

1. My name is Anthony Will. I am a United States citizen, a resident of the State of Colorado, I am over the age of 18 years, and if called to testify in court or other proceeding I could and would give the following testimony which is based upon my own personal knowledge.

2. I currently reside in Denver, Colorado.

3. I am the co-founder and CEO of Digital Revolution LLC which does business as ReputationResolutions.com, an online reputation management firm founded in 2013 that specializes in helping companies and individuals repair, protect and manage their online reputation.

4. I have reviewed the First Amended Complaint filed against me in this matter by Dr. Stewart Lucas Murrey.

5. Dr. Murrey hired Reputation Resolutions in February 2017. At that time, he entered into a written agreement with us, a true and correct copy of which is attached hereto as Exhibit A. Paragraph 14 of this agreement contains a venue and choice of law provision which provides, among other things, for "exclusive jurisdiction and venue of the courts of Charlotte, NC."

6. The agreement between Dr. Murrey and Reputation Resolutions was entirely "arm's length". We did not pressure Dr. Murrey in any way into hiring us, nor did I or anyone else at my company make any false statements to Dr. Murrey about any aspect of the agreement including, but not limited to, the venue provision.

7. Other than the fact that Dr. Murrey claims he was a resident of California at the time he contracted with Reputation Resolutions, nothing about my company's agreement with Dr. Murrey involved any contacts with the State of California. The agreement did not require us to perform any work in California, nor did it require us to have any contacts with anyone located in California (other than Dr. Murrey).

8. Rather, the focus of the agreement was to help Dr. Murrey remove several links from a website called www.CheaterReport.com.

9. To my knowledge, CheaterReport.com, or the individual(s) who own/operate that site, is not located in California. A public "WHOIS" search performed on the date of this declaration indicates the site's current "registrant" (which may or may not be the same as the owner/operator of the site) is a privacy company located in Chitre, Panama. Other than this, I do not know who owns or operates CheaterReport.com.

10. To the best of my memory, Reputation Resolutions was completely successful in completing the work Dr. Murrey hired us to perform. Prior to the filing of this lawsuit, I had no idea that Dr. Murrey was unhappy with the services we performed or the manner in which those results were accomplished.

11. Since it was founded in 2013, Reputation Resolutions has helped thousands of people with matters relating to their online reputations. However, our work generally involves matters in "cyberspace" and we do nothing to specifically target customers in California. Over the years, I am certain we have helped some number of customers in California, but we typically do not track the location of each individual customer since that is normally not relevant to the services we offer.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

Executed on November 20, 2020.        /s/ Anthony Will
                                          Anthony Will

GINGRAS LAW OFFICE, PLLC
4802 EAST RAY ROAD, #23-271
PHOENIX, AZ 85044

# Exhibit A



http://reputationresolutions.com/



# Reputation Resolutions Removal Service Agreement

| **Client:** Lucas Murrey | **Phone:** 424-303-1201<br>**Email:**<br>lucasmurrey@moneyandculture.org |
|---|---|

| Job Description | Amount |
|---|---|
| **Reputation Resolutions will remove the negative postings on cheaterreport.com at the below URL's:**<br><br>http://cheaterreport.com/lucas-murrey-sociopathe-from-yale/<br><br>http://cheaterreport.com/lucas-murrey-california/<br><br>http://cheaterreport.com/lucas-murrey-california/<br><br>The amount of $1,500 is due upon successful removal of the above postings from the above website. The card provided below will be pre-authorized for the $1,500 amount at the initiation of this contract. Client will only be charged for this service if Reputation Resolutions is successful in removing the above postings from the above website. | $1,500 |
| **Reputation Monitoring & Insurance**<br>Email alerts will be sent when client is mentioned on social media, Google and online review sites. Future postings on the above website will be removed at no charge. See Term 2B for details. | Included |

## TERMS AND CONDITIONS

1. This Reputation Resolution Removal Service Agreement ("Agreement") is made between the Client and Digital Revolution, LLC (Reputation Resolutions) to provide services as outlined herein (Collectively the "Parties"). This Agreement, together with any exhibits, supplements, or schedules attached hereto, constitutes the whole agreement between the Parties. This Agreement will begin on the date set forth below ("Effective Date") and continue until terminated pursuant to this Agreement.
2. **Service Details:**
    a. Reputation Resolutions achieves removals on behalf of the client in various, case specific ways. Strategies for removal are proprietary but may include, but are not limited to, engaging attorneys or third party firms to send letters or otherwise petition websites for removal on our clients' behalf.  Reputation Resolutions strategies, contacts, and pricing are considered proprietary and confidential information ("Confidential Information").
    b. Reputation Resolutions will send email alerts when any content appears online about the client. Monitored sites will include forums, blogs, Twitter, Facebook, Social Media, news media, Google search results and local directories.  An alert on newly registered or deleted domains containing words with the clients name will also be included. The insurance plan will remove any posting about client on the above website for a full year after the initiation of this contract. The insurance plan does not cover photos or comments "client" may be listed in on other individual's posting.

Reputation Resolutions Initial: __AW_____   Page 2 of 2                          Client Initials: _____

3. **Duration of Service:** This Agreement will be effective on the Effective Date, and the services will commence immediately upon successful pre-authorization of client credit/debit card. Average Completion time would be within 14 business days from the initiation of this contract.
4. **Late Payments:** If payment is not received within 14 business days of the billing date and/or bill charge date, a late payment fee of 3% a month may apply for all late payments.
5. **Search engine cleansing** – After the postings have been removed, Reputation Resolutions will submit the negative links associated with the posts to be removed from search engines. The removal of the negative links typically take 30 days on average – client will be charged for this service once the content hosted at the links in the job description have been removed from the site.
6. Reputation Resolutions shall have the right to disclose all information obtained from the Client to credit reporting agencies in case of non-payment by the Client.
7. Reputation Resolutions reserves the right to charge and collect remaining balance including late charges.
8. **Refunds and Guarantees:** Reputation Resolutions will guarantee to provide the service as stated in the Job description above. Reputation Resolutions guarantees the negative postings above will be removed within 14 business days of sign up or client can cancel.
9. **Personal Brand Audit** - As a valued Reputation Resolutions customer, you will receive a free personal brand audit ($250 value) from a BrandYourself.com specialist. The detailed audit provides actionable suggestions for improving, building, protecting, and enhancing your online reputation.
10. Client designates Reputation Resolutions to act as their agent and represent them solely related to this service in case Reputation Resolutions needs to send any legal notices to Google, search engines, review sites or any other parties.
11. Client agrees to not hold Reputation Resolutions liable for any indirect, incidental, consequential, or punitive damages or losses as a result of this service even if Reputation Resolutions has been advised of the possibility of such damages. Reputation Resolutions liability, regardless of the form of action, will be limited to actual damages. Reputation Resolutions does not make any express or implied warranties with respect to the services provided unless otherwise enumerated within this contract. Client agrees that the services offered by Reputation Resolutions are unique, and because of the nature of the Internet other parties may be adversely affected and therefore Reputation Resolutions can make no guarantees or bear responsibility for actions that may be caused by other parties. Client agrees to comply with all city, state and federal laws and requirements and not hold Reputation Resolutions liable for any violations, as Reputation Resolutions is only acting as an agent of the client and performing work as per their instructions.
12. Any claim or legal action arising out of failure, malfunction, or defect or omission in Reputation Resolutions services must be brought within one (1) year of such occurrence, or such claim shall be deemed waived.
13. **Confidential Information**. Client may receive certain Confidential Information and/or Proprietary Information of Reputation Resolutions. The Confidential Information and/or Proprietary Information may include, but is not limited to, pricing structures, marketing plans, removal techniques, sources of supply (including affiliates or agents), trade secrets, design, and sensitive information about Reputation Resolutions. Client agrees to keep all Confidential Information and Proprietary Information strictly confidential. Client agrees it will not use any Confidential Information and/or Proprietary Information for its own, or another's, financial gain and will not solicit any employee, supplier, vendor, or affiliate of Reputation Resolutions without its prior written consent.
14. This Agreement and all acts and transactions pursuant hereto and the rights and obligations of the parties hereto shall be governed, construed, and interpreted in accordance with the laws of the State of North Carolina, without giving effect to principles of conflicts of law. Each of the parties hereto consents to the exclusive jurisdiction and venue of the courts of Charlotte, NC. The prevailing party in any action shall be awarded its reasonable attorneys' fees and costs in any lawsuit or dispute arising out of or related to this Agreement.
15. If any part of this Agreement becomes invalid, illegal, or unenforceable it shall in no way affect the legality or validity of the remaining provisions. No waiver by either party of any breach shall be deemed a waiver of any preceding or succeeding breach of the same or any other provision hereof. Any provision that would reasonably be expected to survive the termination of this Agreement shall survive and remain in full force until completed. Reputation Resolutions may assign or transfer its rights under this Agreement in the event it is sold, acquired, dissolved or similar.
16. The person signing below agrees to all the terms and conditions stated in this agreement.

In WITNESS WHEREOF, the parties have executed this Agreement as of the Effective Date.

**Reputation Resolutions**                                          **Client:**

Signature: *Anthony Will*                                            Signature: _____

Type Name:  Anthony Will                                             Name: Lucas Murrey

Title:  CEO                                                          Title:  Client

Date:  02 / 07 / 2017                                                Date:  02 / 07 / 2017

Reputation Resolutions Initial:  __AW__   Page 2 of 2                Client Initials: ___



# Audit Trail

| | |
|---|---|
| **TITLE** | Lucas Murrey Contract Agreement |
| **FILE NAME** | Lucas Murrey Contract Agreement .pdf |
| **DOCUMENT ID** | 0b1cae3ba2fefeb06b105f77bf3ce30a124feeec |
| **STATUS** | ● Completed |

## Document History

**SIGNED**  
**02/08/2017**  
19:01:58 UTC-5  
Signed by Anthony Will (info@reputationresolutions.com)  
IP: 73.3.183.93

**SENT**  
**02/08/2017**  
19:02:01 UTC-5  
Sent for signature to Lucas Murrey (lucasmurrey@moneyandculture.org)  
IP: 73.3.183.93

**VIEWED**  
**02/08/2017**  
19:29:51 UTC-5  
Viewed by Lucas Murrey (lucasmurrey@moneyandculture.org)  
IP: 4.15.165.222

**SIGNED**  
**02/08/2017**  
19:49:53 UTC-5  
Signed by Lucas Murrey (lucasmurrey@moneyandculture.org)  
IP: 4.15.165.222

**COMPLETED**  
**02/08/2017**  
19:49:53 UTC-5  
The document has been completed.