UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-6217 PA (SKx) | Date | November 20, 2020 |
|---|---|---|---|
| Title | Dr. Stewart Lucas Murrey v. Aaron Minc, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Gabriela Garcia | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

**Proceedings:**    IN CHAMBERS - COURT ORDER

    Plaintiff Dr. Stewart Lucas Murrey ("Plaintiff"), who is appearing pro se, commenced this action on July 13, 2020. On October 29, 2020, the Court issued an Order to Show Cause requiring Plaintiff to show cause in writing why this action should not be dismissed for lack of prosecution as a result of his apparent failure to comply with Federal Rule of Civil Procedure ("Rule") 4(m).

    On October 29, 2020, the same day that the Court issued the Order to Show Cause, Plaintiff filed Proofs of Service purportedly establishing service of the Summons and Complaint (but not the operative First Amended Complaint ("1st AC") on defendants Aaron Minc, Minc Law, Digital Revolution LLC, and Anthony Will. On October 30, 2020, Plaintiff filed Proofs of Service purporting to establish service of the Summons and Complaint (but, again, not the operative 1st AC) on defendants Domingo Rivera, Rivera Law Group PLC, PRVT LLC, and Internet Reputation Control. Those defendants filed Motions to Dismiss on November 19, 2020.

    On November 13, 2020, the deadline to respond to the Court's October 29, 2020 Order to Show Cause, Plaintiff filed Proofs of Service purporting to establish that he served defendants Brandyourself.com Inc., Christian Tryon, and Tom Vitolo with the Summons and 1st AC on November 2, 2020. According to the Proofs of Service, the deadline for Brandyourself.com Inc., Christian Tryon, and Tom Vitolo to appear in this action is November 23, 2020.

    Plaintiff also filed a Declaration on November 13, 2020 in response to the Court's October 29, 2020 Order to Show Cause. According to Plaintiff's Declaration, counsel for defendants Aaron Minc, Minc Law, Digital Revolution LLC, and Anthony Will, has communicated to Plaintiff that those defendants have waived service and intended to file a Motion to Dismiss. Those defendants filed their Motion to Dismiss on November 20, 2020. Plaintiff's Declaration states that he has begun the process of issuing a subpoena to locate and serve defendant Elizabeth Jordan with the Summons and First Amended Complaint, and asks for additional time to complete those efforts.

    Without deciding whether Plaintiff has properly served any of the defendants, an issue that is raised, among other grounds, in the Motions to Dismiss filed by Domingo Rivera, Rivera Law Group PLC, PRVT LLC, and Internet Reputation Control, the Court will not, at this time, dismiss this action or any of the defendants as a result of Plaintiff's potential failure to adequately serve defendants in compliance with Rule 4(m). The Court grants Plaintiff's request for an extension to properly serve the

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-6217 PA (SKx) | Date | November 20, 2020 |
|---|---|---|---|
| Title | Dr. Stewart Lucas Murrey v. Aaron Minc, et al. | | |

defendants who have not yet appeared in the action. Plaintiff shall have until December 14, 2020, to file Proofs of Service establishing service of the Summons and 1st AC in accordance with the applicable requirements for service. After that date, if Plaintiff has not established service as provided by the applicable requirements for service, the Court will issue a further Order to Show Cause why any defendant who has not appeared and has not been properly served should not be dismissed for lack of prosecution pursuant to Rule 4(m).

    IT IS SO ORDERED.