David S. Gingras, CSB #218793
**Gingras Law Office, PLLC**
4802 E. Ray Road, #23-271
Phoenix, AZ 85044
Tel.: (480) 264-1400
Fax: (480) 248-3196
David@GingrasLaw.com

Attorney for Defendants
Aaron Minc; Minc Law;
Anthony Will; & Digital Revolution, LLC

Gingras Law Office, PLLC
4802 East Ray Road, #23-271
Phoenix, AZ 85044

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. STEWART LUCAS MURREY, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>AARON MINC, et al.,<br><br>    Defendants. | Case No: 2:20-cv-6217-PA-SK<br><br>**NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT** |

Pursuant to California Central District Local Rule LR 7.1–1 Defendants give notice that the following persons and corporations may have a pecuniary interest in the outcome of the case:

| NAME | ROLE |
|---|---|
| Aaron Minc | Defendant |
| Minc Law LLC | Defendant |
| Anthony Will | Defendant |
| Digital Revolution, LLC | Defendant |

In addition, pursuant to Fed. R. Civ. P. 7.1, Minc Law, LLC and Digital Revolution, LLC state that neither entity has a parent corporation and no publicly held corporation owns 10% or more of the stock or membership interests in either company.

DATED November 25, 2020.

GINGRAS LAW OFFICE, PLLC

*/s/ David S. Gingras*

David S. Gingras
Attorney for Attorney for Defendants
Aaron Minc; Minc Law;
Anthony Will; &
Digital Revolution, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on November 25, 2020 I transmitted the foregoing to the clerk's office for filing via ECF and for service to:

Dr. Stewart Lucas Murrey
1217 Wilshire Blvd., #3655
Santa Monica, CA 90403
Plaintiff *Pro Se*

Nicholas D. Jurkowitz, Esq.
FENTON LAW GROUP, LLP
njurkowitz@fentonlawgroup.com
1990 S. Bundy Drive # 777
Los Angeles, CA 90025
Attorney for Defendant Domingo J. Rivera

