Nicholas D. Jurkowitz, State Bar No. 261283
**FENTON LAW GROUP, LLP**
1990 S. Bundy Drive, Suite 777
Los Angeles, CA 90025
Telephone: (310) 444-5244
Facsimile: (310) 444-5280
njurkowitz@fentonlawgroup.com

Attorneys for Defendants Domingo J. Rivera; Domingo J. Rivera, Attorney at Law, PLC; Internet Reputation Control, Inc.; and PRVT LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART LUCAS MURREY,<br><br>Plaintiff,<br><br>vs.<br><br>AARON MINC, et al.,<br><br>Defendants. | Case No. 2:20-cv-06217-PA<br><br>Hon. Percy Anderson<br><br>**NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS DOMINGO J. RIVERA; DOMINGO J. RIVERA, ATTORNEY AT LAW, PLC; INTERNET REPUTATION CONTROL, INC.; AND PRVT LLC**<br><br>Date: December 21, 2020<br>Time: 1:30 pm<br>Courtroom: 10A |

FENTON LAW GROUP LLP

- 1 -
**NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS DOMINGO J. RIVERA; DOMINGO J. RIVERA, ATTORNEY AT LAW, PLC; INTERNET REPUTATION CONTROL, INC.; AND PRVT LLC**

Pursuant to Local Rule 7.1-1 of the Central District of California, the undersigned, counsel of record for Defendants Domingo J. Rivera, Domingo J. Rivera, Attorney at Law, PLC, Internet Reputation Control, Inc., and PRVT LLC, certifies that following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

Domingo J. Rivera, Defendant

Domingo J. Rivera, Attorney at Law, PLC, Defendant

Internet Reputation Control, Inc., Defendant

PRVT LLC, Defendant

In addition, pursuant to F.R.C.P. Rule 7.1, Domingo J. Rivera, Attorney at Law, PLC; Internet Reputation Control, Inc.; and PRVT LLC state that none of them has a parent corporation, and no publicly held corporation owns 10 percent or more of the stock or membership interests in any of them.

DATED: November 25, 2020            FENTON LAW GROUP, LLP

By    /s/   Nicholas D. Jurkowitz
NICHOLAS D. JURKOWITZ
Attorneys for Defendants Domingo J. Rivera;
Domingo J. Rivera, Attorney at Law, PLC;
Internet Reputation Control, Inc.; and PRVT LLC

- 2 -

**NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS DOMINGO J. RIVERA; DOMINGO J. RIVERA, ATTORNEY AT LAW, PLC; INTERNET REPUTATION CONTROL, INC.; AND PRVT LLC**