**Dr. Stewart Lucas Murrey**
1217 Wilshire Blvd. # 3655
Santa Monica, CA 90403
Tel.: (310) 994-1711
Email: **2@lucasmurrey.io**

**Plaintiff & Plaintiff in Pro Se**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. STEWART LUCAS MURREY, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>AARON MINC, an individual, MINC LAW, a business entity; DOMINGO J. RIVERA, an individual; RIVERA LAW GROUP, PLC a.k.a. DOMINGO J. RIVERA, ATTORNEY AT LAW, PLC, a limited liability company; PRVT L.L.C., a limited liability company, ELIZABETH JORDAN, an individual; INTERNET REPUTATION CONTROL a.k.a. IRC, a business entity; ANTHONY WILL, an individual; DIGITAL REVOLUTION LLC a.k.a. REPUTATION RESOLUTIONS, a business entity; BRANDYOURSELF.COM, INC., a limited liability company, TOM VITOLO, an individual; CHRISTIAN TRYON, an individual; and JOHN DOE NUMBERS 1-10;<br><br>Defendants. | **Case No. 2:20-cv-06217-PA (SKx)**<br>*Hon. Judge Percy Anderson, Ctrm 9A, 9th Fl.*<br>*Hon. Mag. Judge Steve Kim, Ctrm 540, 5th Fl.*<br><br>**PLAINTIFF DR. STEWART LUCAS MURREY'S DECLARATION IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS** |

## DECLARATION OF DR. STEWART LUCAS MURREY

I, Dr. Stewart Lucas Murrey, declare:

1. That I am the plaintiff in this action; that I am over the age of 18 years and that I have personal knowledge of the facts contained in this declaration. If called upon to testify I could and would testify competently as to the truth of the facts stated herein.

2. I received my Doctorate of Philosophy (Ph.D) from Yale University in 2011. My academic career has involved teaching in Germany and Switzerland at several universities and colleges. I am the author of two monographs available online as well as at libraries at institutions of higher learning and I am presently writing a new series of books. Based upon these achievements I use the title Doctor in front of my name.

3. This declaration is submitted in support of plaintiff's opposition to defendant's/defendants' motion(s) to dismiss.

4. On 19 November 2020 I received an email from Domingo J. Rivera requesting a conference regarding his intended motions to dismiss my case. Understanding the requirements of L.R. 7-3 I responded hours later that same day with three (3) possible dates and times within the next ten (10) days when I would be available to participate in the required telephonic conference could. However, despite my good faith – and perhaps even before I responded that same day –, specially appearing

PLAINTIFF DR. MURREY'S DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS

counsel for Mr. Rivera and his entities: Nick Jurkowitz, who has never contacted me, also not by email, filed four (4) motions to dismiss my case against Mr. Rivera and his entities.

5. A true and correct copy of said email exchange between myself and defendant Domingo J. Rivera is hereto attached as Exhibit 1.

6. In August of 2019 I needed to remove postings from the website **WWW.CHEATERREPORT.COM** which has had a powerful presence online in all fifty states and beyond, including California, from at least 2016 through 2020. And because those who operate this revenge-porn/"shaming"-website maintain absolute anonymity and non-responsiveness to anyone who tries to contact them, victims of its shaming postings are rendered helpless in regard to 1) finding out who defamed them and 2) questioning those who operate this nationwide criminal online infrastructure. Like all of Mr. Minc's "clients" i.e. victims, I had no recourse then other than to be extorted by Aaron Minc and Minc Law whose advertisements for their "online posting removal services" targeted me in California. Said ads appeared by design adjacent to online references to **WWW.CHEATERREPORT.COM**.

7. I was forced to sign a contract in August of 2019 with Mr. Minc and Minc Law which I did without any legal representation. Said contract had a

PLAINTIFF DR. MURREY'S DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS

forum selection clause that I was also and specifically forced to accept under duress during this act of extortion.

8.  My friend at the time, Mr. Alexander J. Petale, Esq., who happens to be an attorney, temporarily lent me the sum of $7,000.00 to pay Mr. Minc and Minc Law, which I then paid back to Mr. Petale in September of 2019.

9.  Mr. Minc and Minc Law further extorted me insofar as they refused to accept payment from Mr. Petale on my behalf unless I wrote and signed the handwritten words: "I authorize Alexander J. Petale, Esq., as my representative herein." These words exclusively and only referred to Mr. Petale's payment to Mr. Minc and Minc Law on my behalf. Mr. Minc and his attorney Mr. Gingras deceitfully misrepresent these words to mean something other than their exclusive reference to a money payment.

10. On 15 July 2020 Aaron Minc freely sent me an email confirming what he had just said to me verbally and freely during a telephone conversation earlier that same day. Specifically, Mr. Minc explained that to remove harmful postings from **WWW.CHEATERREPORT.COM**, such as the postings for whose removal I was forced to pay Mr. Minc $7,000.00 (which I did via Mr. Petale), Mr. Minc and Minc Law had and continues to "work with" (i.e. pay money to) the individual and entities Domingo J. Rivera, Mr. Rivera's law office: The Rivera Group, PLC, IRC (Internet

- 4 -

PLAINTIFF DR. MURREY'S DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS

Reputation Control), et. al. During said conversation Mr. Petale was present and Mr. Minc was aware of Mr. Petale's presence.

11. A true and correct copy of said email Mr. Minc sent to me from 15 July 2020 is hereto attached as Exhibit 2.

12. Research shows that Mr. Rivera and his entities, including his offshore entity PRVT LLC, do business in California, for instance with Cloudflare, Inc., and are responsible for operating, enhancing and maintaining the secrecy and impact of **WWW.CHEATERREPORT.COM** on the public.

13. A true and correct copy of Cloudflare's billing information to PRVT LLC which pays for services in California and which it receives said services in California via its operation of **WWW.CHEATERREPORT.COM** as well as the Registry of Corporations and Entities information showing that PRVT LLC is linked to Mr. Rivera and his other entities is hereto attached as Exhibit 3.

14. It is also clear that "DJ Rivera" has another secret entity within another financial secrecy jurisdiction, this time in Panama, also named "PRVT LLC" and through which **WWW.CHEATERREPORT.COM** maintains its Domain, Registrant, Administrative and Technical Contacts.

- 5 -

15. A true and correct copy of Mr. Rivera's PRVT LLC in Panama directly linked to **WWW.CHEATERREPORT.COM** is hereto attached as Exhibit 4.

16. It should be noted that in their attempts to elude public scrutiny and justice, it is common practice of those involved in this crime organization, defendants all included, to rapidly open and dissolve countless business entities. Defendant Anthony Will's entity "Digital Revolution" a.k.a. "Reputation Resolutions", for instance, has been opened and dissolved countless times within the last ten (10) years by him and other individuals.

17. A true and correct copy the questionable succession of opening and dissolving "Digital Revolution" a.k.a. "Reputation Resolutions" by Mr. Will and others is hereto attached as Exhibit 5.

18. **WWW.CHEATERREPORT.COM** is a revenge-porn and politically motivated "shaming"-website that, in anonymously and quickly consuming one's online identity (as links to postings about a person shamed on it rapidly consume any and all Google search results within days), any serious, hard and productive work that a person has done to establish a respectable career and life are instantly erased along with any and all future social-political connections this person may undertake.

PLAINTIFF DR. MURREY'S DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS

19. A true and correct copy of exemplary images of the revenge-porn and politically motivated website **WWW.CHEATERREPORT.COM** and its ilk is hereto attached as Exhibit 6.

20. After my girlfriend passed from cancer on 10 March 2018 – and this was after she was also assaulted on **WWW.CHEATERREPORT.COM** while "DJ Rivera" and his co-conspirators operated this website –, I continued to be targeted on **WWW.CHEATERREPORT.COM** well into 2018 and after, the online effects of damages this website caused continue still today.

21. A true and correct copy of a post on **WWW.CHEATERREPORT.COM** wherein not only myself, but also the death of my girlfriend is assaulted on 12 April 2018 is hereto attached as Exhibit 7.

22. From 2016 to and after 2018 countless malicious, defamatory, anonymous postings by individuals on **WWW.CHEATERREPORT.COM** the authors of which unknown to me resulted in damages to my life and ability to earn money as a scholar, in real estate, etc. not only during this time, but for the rest of my life.

23. Individuals who seemed to post on **WWW.CHEATERREPORT.COM** contacted my girlfriend in 2017 to further defame me to her by telephone and email directly. These individuals (Shannyn Poer and Flor Edwards)

PLAINTIFF DR. MURREY'S DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS

later signed declarations in 2019 claiming that they had never posted on **WWW.CHEATERREPORT.COM**.

24. A true and correct copy of Ms. Poer and Ms. Edwards declarations in 2019 that they had never posted on **WWW.CHEATERREPORT.COM** is hereto attached as Exhibit 8.

25. The cyberbullying of Mr. Rivera's **WWW.CHEATERREPORT.COM** emboldened individuals to take *the exact language and defamation* from posts that appeared on said website and make two (2) false police reports about my person and for which I was twice falsely arrested: once in 2017 and another time in 2018. Although I was never charged – as there was no evidence that I had done anything wrong (and although I settled both of the lawsuits that I subsequently filed against the county and city in my favor (See Case No.s 19STCV06357 and 2:19-CV-02501-FMO-(ASx)) –, my life is forever damaged because of this online crime organization and the terrorist behavior it emboldens, aids and abets.

26. Just as Mr. Rivera and his co-conspirators try to wiggle out of their clear guilt for their interstate – California included – RICO as well as their clear guilt for aiding and abetting defamation, etc., the individuals who made the false police reports falsely claimed that their reports were "privileged"

PLAINTIFF DR. MURREY'S DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS

and therefore were not defamation. However, their motions to strike (Anti-SLAPP) and dismiss all failed.

27. A true and correct copy of an adopted tentative ruling in said case is hereto attached as Exhibit 9.

28. What drew me to my girlfriend who succumbed to cancer in March of 2018 was her ability to think for herself and not give into online brainwashing. Her belief and devotion to the real person I am versus the false image that this crime organization aggressively and maliciously created to consume my identity on **WWW.CHEATERREPORT.COM** gave me the strength to seek legal recourse and remain by her side during her tragic decline, despite the fact that both of us continued to be targeted and assaulted by **WWW.CHEATERREPORT.COM** – and extorted by "removal" and "reputation" companies even during the final months of her life.

29. Although I undertook, for the first time in my life, an extraordinary volume of litigation beginning in 2017, every case in which I have been involved has resulted in either a judgment or settlement in my favor. I am a scholar of ancient Greece and modern Europe by trade. I deal in evidence and reason. Unlike the defendants who see the law as an opportunity to hide their online crime organization that profits from the

PLAINTIFF DR. MURREY'S DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS

harm they cause to the American citizenry nationwide, I do not litigate frivolously.

30. Prior to the postings on **WWW.CHEATERREPORT.COM** in 2016 and 2017, I had never heard the term or concept of a "removal" or "reputation management" company.

31. Only after I was severely harmed in California by Mr. Rivera's California based website **WWW.CHEATERREPORT.COM** whose anonymous and non-responsive nature left me (like all its victims) with no recourse to remove said postings and ways to rehabilitate my online identity – and only after I suffered advertisements including those from defendants and their businesses that targeted me in California –, was I forced under duress to sign various contracts, accept forum selection clauses and forced to send money from California to defendants Anthony Will, his business entity "Reputation Resolutions" a.k.a. "Digital Revolution" et. al. in a desperate attempt to survive the lethal assault that their criminal organization had unleashed upon me.

32. Regarding the sufficiency of service: As a courtesy of good faith and to start a conversation in the hope of avoiding court intervention I emailed the First Amended Complaint and Summons to Mr. Rivera who is also responsible for all his entities on 20 August 2020 and then I sent a second

PLAINTIFF DR. MURREY'S DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS

courtesy email to both of "DJ"'s known email address (were confirmed by Mr. Minc, See Exhibit 2 above) on 25 August 2020.

33. A true and correct copy of said emails to Mr. Rivera is hereto attached as Exhibit 10.

34. Mr. Rivera and all his entities were mailed said lawsuit via United States Priority Mail with Tracking on 4 September 2020 and on 11 October 2020 Alexander J. Petale, Esq., emailed Mr. Rivera and all his entities the first amended complaint and summons again and finally a professional process server was engaged who finally on 28 October 2020, after diligent attempts to find Mr. Rivera, properly left the lawsuit and summons at Mr. Rivera's professional mailbox. (See Decl. Dr. Murrey, Par. 34, and Exhibit 11).

35. A true and correct copy of mailings, emails and process service is hereto attached as Exhibit 11.

36. As required by Cal. B&P Code section 17538.5(d)(1), the CMRA owner or operator, within 48 hours of receipt of process, placed the documents in Rivera's mailbox and, within five days of receipt, I then had all documents sent to Rivera's last known personal or home address.

37. Counsel for Minc, et. al., Mr. Gingras, informed me via email that before 10 November 2020 Mr. Rivera had contacted him and Mr. Rivera finally

PLAINTIFF DR. MURREY'S DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS

emailed me directly from the same email address with which Mr. Rivera received this lawsuit and summons in August and then again in October of 2020.

38. A true and correct copy of said emails is hereto attached as Exhibit 12.

39. I further engaged other investigators to look into Mr. Rivera and leave more copies at his network of addresses. However, given what they perceived as Mr. Rivera's "shady ties to intelligence" they hesitated and I did not want to put them in an uneasy situation.

40. As it turns out "DJ's friend Aaron Minc is often sued alongside the "NY FBI" for civil conspiracies, fraud, etc. and has appeared in an advertisement with a California businessman who has been charged with felonies for his own "online posting removal" extortion ring. Like "DJ", Minc likes to abuse the law if he's caught committed criminal acts, thus his lawsuits in Ohio filed after I filed this case, based on Minc's delusional claim that his "trade secrets" were appropriated. The last time I checked exposing someone's extortion ring is not stealing a trade secret.

41. A true and correct copy of said documents is hereto attached as Exhibit 13.

42. A true and correct copy of the LA Times journalist shamed is hereto attached as Exhibit 14.

PLAINTIFF DR. MURREY'S DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS

43. A true and correct copy of an excerpt of "DJ"s news appearance is hereto attached as Exhibit 15.

44. A true and correct copy of "Gingras" on "Name-Shame" is hereto attached as Exhibit 16.

45. A true and correct copy of excerpts of Acosta's downfall is hereto attached as Exhibit 17.


I declare that under penalty of perjury under the laws of the United States that the foregoing is true and correct; executed on 26 October 2020 in Los Angeles, CA.

_____

DR. STEWART LUCAS MURREY

PLAINTIFF DR. MURREY'S DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS

# EXHIBIT 1

# Motion to Dismiss - Meet and Confer  Inbox ×



**Domingo Rivera**

to me, 2, Dennis ▾

Thu, Nov 19, 8:23 AM (11 days ago)

Dr. Murrey,

Pursuant to the local rules, the purpose of this email is to meet and confer regarding motions to dismiss that will be filed on behalf of myself, Domingo J Rivera Attorney at Law PLC, Internet Reputation Control Inc and PRVT LLC. We will be moving to dismiss as it is our position that the court lacks personal jurisdiction to adjudicate this case.

Based on a review of the pleadings filed as well as concerns regarding how you have represented this case, I am not sure that a meeting would be helpful. However, I am willing to discuss and would prefer to do so today and certainly prior to the filing of the motions. Additionally, please let me know if you are willing to have the case transferred to the Eastern District of Virginia, a court that has personal jurisdiction, which would avoid the need for the filings.

Sincerely,

--

Domingo J. Rivera, Esq.

**Lucas Murrey** <drlucasmurrey@gmail.com>

to Domingo, Lucas, Dennis ▼

Thu, Nov 19, 1:30 PM (11 days ago)    ☆    ↑



Mr. Domingo,

thank you for your email. I understand your intentions and I am available for a telephonic conference on the 27th, 28th and 29th of this month (mostly next week). Because a few of those dates fall on a weekend, if you would like to schedule said conference after the 29th, please let me know. As of now, I am unaware of any reason why a motion to dismiss my action would be reasonable.

--

Dr. Lucas Murrey

Ph.D Yale University

Author of Hölderlin's Dionysiac Poetry and Nietzsche: The Meaning of Earth

https://lucasmurrey.io

(310) 994-1711

https://lucasmurrey.io

2@lucasmurrey.io

# EXHIBIT 2



**From:** **Aaron Minc** Aminc@minclaw.com  📎
**Subject:** RE:
**Date:** July 15, 2020 at 10:49 AM
**To:** Dr. Lucas Murrey 2@lucasmurrey.io

No problem, Lucas. Just wanted to make sure I gave you best advice/information possible when disclosing all this.

Domingo's e-mail that we use to contact him is djr@icyberlaw.com.

The third party neutral company that the site requests we work with, is called IRC (Internet Reputation Control, Inc.?). My understanding is that Domingo is (or at least used to be) a part owner email is: internet.reputation.control@gmail.com

As I mentioned on the phone, they are not the most responsive bunch. Domingo has really come through for us with for probably at least a dozen clients over the years acting as an intermediary to help us get IP information from the websites for posters. He's a very private individual. This line of work/association has gotten him targeted by nut cases often… including other shaming site website owners. I wouldn't believe what's online about him (although I don't keep tabs on what if anything is still out there).

Generally, if you want the site or Domingo to be helpful and work with you to remove content or assist in providing IP information for posts the LAST thing you want to do is threaten them legally. Especially since generally speaking claims, regardless of how well intentioned they are, basically never succeed in these situations.

If there is anything else we can assist with, please do not hesitate to reach out and let me know.

Regards,


**Aaron Minc**
Principal

**IlIiI Minc**    Defamation Removal Law
                 Online Reputation &
                 Brand Protection Lawyers

Aminc@MincLaw.com
**Main:** (216) 373-7706
**Cell:** (330) 703-0214
**Fax:** (440) 792-5327

200 Park Avenue
Suite 200
Orange Village, Ohio 44122
Minclaw.com

This transmission is: (i) subject to attorney-client privilege, (ii) contains attorney work product, and/or (iii) is otherwise confidential. If you are not the intended recipient, use and disclosure of this message is prohibited. If you have received this in error, please (i) do

# EXHIBIT 3



**CLOUDFLARE**

07/17/2019

To Whom It May Concern:

Please find enclosed Cloudflare's response to the subpoena with Case No. **[SC128407]**. All time stamps are UTC.

Session times, connection time, connection date, and other connection information is included in the document folder(s) named:

**cheaterreport.com**
**audit_log_info.csv**
**single_zone_info.csv**

The current IP addresses for the domain(s) in question are:

**cheaterreport.com is hosted at 52.90.63.226**

Subscriber information including name, address, email address, and any other user-provided information are included in the document named:

**user_info.csv**

Billing information is included in the document named:

**basic_billing_info.csv**

The information returned in the documents mentioned above are representative of all readily accessible data in Cloudflare's possession. In some cases, additional and similar usage data related to newer Cloudflare products, notably rate limiting and load balancing, may not be accessible from the search we have conducted. If you have a need for that specific information or have any other questions or concerns, please feel free to contact Justin Paine, Head of Trust & Safety, at (415) 713-9307 or abuse+law@cloudflare.com.

Regards,

Son Lam
Trust and Safety
Cloudflare, Inc.

| User ID: | Method of Payment: | Status: | First Name: | Last Name: | Company: | Address1: | Address2: | City: | State: | Zip: | Country: | CC |
|----------|--------------------|---------|-------------|------------|----------|-----------|-----------|-------|--------|------|----------|-----|
| 115 | BF | | Active | PRVT | LLC | | 220 Calle Manuel Domenech | Unit #631 | San Juan | PR | 918 | US | |

basic_billing_info

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS
## PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, Son Lam, attest under penalty of perjury (or criminal punishment for false statement or false attestation) that I am employed by Cloudflare, Inc., and that my official title is Sr. Trust and Safety Analyst. I am a Sr. Trust and Safety Analyst for Cloudflare, Inc. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of Cloudflare, Inc., and that I am the custodian of the attached records consisting of 1 zip file.

I further state that:

A.    all records attached to this certificate were made at or near the time of the occurrence of the matters set forth, by, or from information transmitted by, a person with knowledge of those matters;

B.    such records were kept in the course of a regularly conducted business activity of Cloudflare, Inc.; and

C.    such records were made by Cloudflare, Inc. as a regular practice.

I further state that this certification is intended to satisfy the Rule 902(11) of the Federal Rules of Evidence.

_____07/17/2019_____

Date

_____

Son Lam

Puerto Rico Online

8/19/20, 5:21 AM

Government of Puerto Rico    Home (/) | PRDOS | Contact Us | Administration | Español | Help (/Help/Help_en.htm#MAININFO)

# Registry of Corporations and Entities

**Corporations and Entities**

Search (/CorporationSearch.aspx)

Create / Authorize
/CreationFilings/NameAvailability.aspx)

Amend (/CorporationSearch.aspx?
n=ca)

Dissolve / Withdraw
/CorporationSearch.aspx?m=dis)

Convert (/CorporationSearch.aspx?
n=cnv)

Merge / Consolidate
/Mergers/Selection.aspx)

Restore (/CorporationSearch.aspx?
n=rst)

Reserve Name
/NameReservation/Prep.aspx)

Create Account
/Admin/Register.aspx)

**Annual Filings**

2019 Annual Report
/AnnualReportStart.aspx)

2019 LLC Fees
/AnnualReportStart.aspx?m=ad)

LLP Renewal
/CorporationSearch.aspx?m=lr)

Prior Years
/CorporationSearch.aspx?m=pyf)

**Certificates**

Order Good Standing
/CorporationSearch.aspx?m=gc)

Order Existence
/CorporationSearch.aspx?m=oce)

Validate (/Validate/Default.aspx)

## CORPORATION INFORMATION

PRVT L.L.C.

Return to Search Results

*PRVT LLC* *(handwritten)*

I want to: Select    Next

**Details    Articles    Annual Filings    Certificates**

### General Information

| Name | PRVT L.L.C. | | |
|---|---|---|---|
| Register No. | 402490 | Status | ACTIVE |
| Formation Date | 17-Dec-2017 1:20 AM | Effective Date | 17-Dec-2017 1:20 AM |
| Expiration Date | Does not expire | | |
| Class | Limited Liability Company | | |
| Type | For Profit | Jurisdiction | Domestic |

### Designated Office Address

| Street Address | 165 Ponce de Leon Ave. STE 201 SAN JUAN, PR 00917 | Mailing Address | 1390 Chain Bridge Rd #10042 MC LEAN, VA 22101 |
|---|---|---|---|

### Resident Agent

| Name | Northwest Registered Agent, LLC. | | |
|---|---|---|---|
| Street Address | 165 Ponce de Leon Ave. STE 201 SAN JUAN, PR 00917 | Mailing Address | 165 Ponce de Leon Ave. STE 201 SAN JUAN, PR 00917 |

*Puerto Rico (handwritten)*

### Administrators

| Name / Title(s) | Street Address | Mailing Address |
|---|---|---|
| No records on file | | |

### Authorized Persons

| Name | Street Address | Mailing Address |
|---|---|---|
| Rivera Law Group, PLC | 1390 Chain Bridge Road, #10042, MC LEAN, VA, 22101 | 1390 Chain Bridge Road, #10042, MC LEAN, VA, 22101 |

### Purpose

For any lawful purpose authorized under the law.

*Rivera Law Group (handwritten)*

*Mclean, VA (handwritten)*

Return to Search Results

# EXHIBIT 4

website.informer.com/Privacy+Department+PRVT+LLC.html

website.informer.com

Search for domain or keyword:

# Company: **PRVT LLC (Privacy Department)**

**Address:** Ave. Perez, Azuero BC St. 819 Chitre HE 00395 PA

**Phone:** +1.8029621687

**Email:** cyberprivacy@myprivacy.ca

whois.com/whois/cheaterreport.com





whois
Identity for everyone

DOMAINS    WEBSITE    CLOUD    HOSTING    SERVERS    EMAIL    SECURITY    WHOIS    SUPPORT    LOGIN

# cheaterreport.com

Updated 34 days ago

## Domain Information

| | |
|---|---|
| Domain: | cheaterreport.com |
| Registrar: | easyDNS Technologies Inc. |
| Registered On: | 2013-06-10 |
| Expires On: | 2021-06-10 |
| Updated On: | 2019-01-29 |
| Status: | clientTransferProhibited<br>clientUpdateProhibited |
| Name Servers: | ali.ns.cloudflare.com<br>drew.ns.cloudflare.com |

## Registrant Contact

| | |
|---|---|
| Name: | Privacy Department |
| Organization: | PRVT LLC |
| Street: | Ave. Perez, Azuero BC St. 819 |
| City: | Chitre |



On Sale!

.space
$~~24.88~~ $0.88
BUY NOW
*Offer ends 30th April 2020

.FUN @ $1.48 $23.88

fun

Introducing
WORDPRESS HOSTING




Name Servers: alins.cloudflare.com
drew.ns.cloudflare.com

## Registrant Contact

Name: Privacy Department

Organization: PRVT LLC

Street: Ave. Perez, Azuero BC St. 819

City: Chitre

State: HE

Postal Code: 00395

Country: PA

Phone: +1.8029621687

Email: **cyberprivacy**@myprivacy.ca

## Administrative Contact

Name: Privacy Department

Organization: PRVT LLC

Street: Ave. Perez, Azuero BC St. 819

City: Chitre

State: HE

Postal Code: 00395





WORDP
HOST
$3.5
VIEW MO

.INFO @ $4.8