1  **Dr. Stewart Lucas Murrey**
   1217 Wilshire Blvd. # 3655
2  Santa Monica, CA 90403
   Tel.: (310) 994-1711
3  Email: **2@lucasmurrey.io**

4  **Plaintiff & Plaintiff in Pro Se**

5

6              **UNITED STATES DISTRICT COURT**

7             **CENTRAL DISTRICT OF CALIFORNIA**

8

9  DR. STEWART LUCAS MURREY, an       **Case No. 2:20-cv-06217-PA (SKx)**
   individual;                        *Hon. Judge Percy Anderson, Ctrm 9A, 9th Fl.*
10              Plaintiff,            *Hon. Mag. Judge Steve Kim, Ctrm 540, 5th Fl.*

11 vs.

12 AARON MINC, an individual, MINC    **PLAINTIFF DR. STEWART LUCAS**
   LAW, a business entity; DOMINGO J. **MURREY'S DECLARATION IN**
13 RIVERA, an individual; RIVERA LAW  **SUPPORT OF PLAINTIFF'S**
   GROUP, PLC a.k.a. DOMINGO J.        **OPPOSITION TO MOTION TO**
14 RIVERA, ATTORNEY AT LAW, PLC,       **DISMISS**
   a limited liability company; PRVT
15 L.L.C., a limited liability company;
   ELIZABETH JORDAN, an individual;
16 INTERNET REPUTATION
   CONTROL a.k.a. IRC, a business
17 entity; ANTHONY WILL, an
   individual; DIGITAL REVOLUTION
18 LLC a.k.a. REPUTATION
   RESOLUTIONS, a business entity;
19 BRANDYOURSELF.COM, INC., a
   limited liability company, TOM
20 VITOLO, an individual; CHRISTIAN
   TRYON, an individual; and JOHN DOE
21 NUMBERS 1-10;
22
23              Defendants.

24

25

26
              **DECLARATION OF DR. STEWART LUCAS MURREY**
27

28

- 1 -
PLAINTIFF DR. MURREY'S DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS

# EXHIBIT 5

Click on the ID Number to select your record.

# Business Search Results

## Found 14 matching record(s). Viewing page 1 of 1.

| # | ID Number | Document Number | Name ▲ | Event | Status | Form | Formation Date ' |
|---|-----------|-----------------|--------|-------|--------|------|------------------|
| 1 | 2011054408 | 2011054408 | Digital Revolution | Trade Name | Expired | Individual | 01/26/2011 |
| 2 | 2016106463 5 | 2016106463 5 | Digital Revolution, LLC | Articles of Organization | Name Changed | DLLC | 01/26/2016 |
| 3 | 2016159183 6 | 2016159183 6 | Digital Revolution, LLC | Statement of Conversion - no authority | Converted | FLLC | |
| 4 | 2016159183 6 | 2016159183 6 | Digital Revolution, LLC | Combined Conversion | Good Standing | DLLC | 08/30/2016 |
| 5 | 2016106463 5 | 2016159177 7 | Digital Revolution, LLC, Dissolved August 30, 2016 | Articles of Dissolution | Voluntarily Dissolved | DLLC | 01/26/2016 |
| 6 | 2004108344 3 | 2011134582 1 | DIGITAL REVOLUTION MARKETING, LLC | Statement Curing Delinquency | Name Changed | DLLC | 03/05/2004 |
| 7 | 2004108344 3 | 2004108344 3 | DIGITAL REVOLUTION MARKETING, LLC | Articles of Organization | Name Changed | DLLC | 03/05/2004 |
| 8 | 2004108344 3 | | DIGITAL REVOLUTION MARKETING, LLC, Delinquent March 1, 2010 | Batch Event | Name Changed | DLLC | 03/05/2004 |
| 9 | 2004108344 3 | | DIGITAL REVOLUTION MARKETING, LLC, Delinquent November 1, 2018 | Batch Event | Delinquent | DLLC | 03/05/2004 |
| 10 | 1448109534 7 | 1448109534 7 | DIGITAL REVOLUTIONS | Trade Name | Expired | Individual | 06/01/2004 |
| 11 | 2009106168 4 | 2009106168 4 | Digital Revolutions | Trade Name | Expired | Individual | 01/30/2009 |
| 12 | 2018112565 5 | 2018112565 5 | Revolutions Digital LLC | Articles of Organization | Name Changed | DLLC | 02/12/2018 |
| 13 | 2018112565 5 | 2019154834 1 | Revolutions Digital LLC, Dissolved July 5, 2019 | Articles of Dissolution | Voluntarily Dissolved | DLLC | 02/12/2018 |
| 14 | 2006146510 3 | 2006146510 3 | The Digital Revolution | Statement of Reservation of Name | Expired | RSRV | 11/14/2006 |

Back

sos.state.co.us/biz/BusinessEntityDetail.do?quitButtonDestination=BusinessEntityResults&nameTyp=EN&masterFileId=2016 t

# Summary

## Details

| | | | |
|---|---|---|---|
| **Name** | Digital Revolution, LLC. Dissolved August 30, 2016 | | |
| **Status** | Voluntarily Dissolved | **Formation date** | 01/26/2016 |
| **ID number** | 20161064635 | **Form** | Limited Liability Company |
| **Periodic report month** | January | **Jurisdiction** | Colorado |
| **Principal office street address** | 333 W. Hampden Ave. Suite 1020, Englewood, CO 80110, United States | | |
| **Principal office mailing address** | n/a | | |

## Registered Agent

| | |
|---|---|
| **Name** | Anthony Will |
| **Street address** | 333 West Hampden Avenue, Suite 1020, Englewood, CO 80110, United States |
| **Mailing address** | n/a |

Filing history and documents

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

Back

Colorado
Secretary of State
Jena Griswold

or this Record....
ing history and
cuments
e a form
bscribe to email
tification
usubscribe from email
tification

isiness Home
isiness Information
isiness Search

Qs, Glossary and
formation

## Summary

### Details

| | | | |
|---|---|---|---|
| **Name** | Digital Revolution, LLC, Dissolved August 30, 2016 | | |
| **Status** | Voluntarily Dissolved | **Formation date** | 01/26/2016 |
| **ID number** | 20161064635 | **Form** | Limited Liability Company |
| **Periodic report month** | January | **Jurisdiction** | Colorado |
| **Principal office street address** | 333 W. Hampden Ave. Suite 1020, Englewood, CO 80110, United States | | |
| **Principal office mailing address** | n/a | | |

### Registered Agent

| | | |
|---|---|---|
| **Name** | Anthony Will | |
| **Street address** | 333 West Hampden Avenue, Suite 1020, Englewood, CO 80110, United States | |
| **Mailing address** | n/a | |

Filing history and documents

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification



Colorado
Secretary of State
Jena Griswold

# Summary

or this Record...

ling history and
cuments
e a form
bscribe to email
tification
sunsubscribe from email
tification

siness Home
siness Information
siness Search

Qs, Glossary and
formation

**Details**

| | | |
|---|---|---|
| **Trade name** | Digital Revolutions | |
| **Registrant name** | William D Blankenship | |
| **Status** | Expired | **Formation Date** 01/30/2009 |
| **ID number** | 2009106684 | **Form** Individual |
| **Renewal month** | November | **Expiration Date** 02/01/2010 |
| **Primary residence or usual place of business street address** | 7608 Lamar St, Arvada, CO 80003, United States | |
| **Primary residence or usual place of business mailing address** | n/a | |

Filing history and documents

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

Back

sos.state.co.us/biz/BusinessEntityDetail.do?quitButtonDestination=BusinessEntityResults&nameTyp=ENT&masterFi

# Colorado
## Secretary of State
### Jena Griswold

**or this Record...**

iling history and
ocuments
ile a form
ubscribe to email
otification
nsubscribe from email
otification

usiness Home
usiness Information
usiness Search

AQs, Glossary and
nformation

## Summary

### Details

| | | | |
|---|---|---|---|
| **Name** | DIGITAL REVOLUTION MARKETING, LLC, Delinquent November 1, 2018 | | |
| **Status** | Delinquent | **Formation date** | 03/05/2004 |
| **ID number** | 20041083443 | **Form** | Limited Liability Company |
| **Periodic report month** | June | **Jurisdiction** | Colorado |
| **Principal office street address** | 20561 E Union Ave, Aurora, CO 80015, Colorado, United States | | |
| **Principal office mailing address** | 20561 E Union Ave, Aurora, CO 80015, Colorado, United States | | |

### Registered Agent

| | |
|---|---|
| **Name** | Kendra June Lewis |
| **Street address** | 20561 E Union Ave, Aurora, CO 80015, United States |
| **Mailing address** | 20561 E Union Ave, Aurora, CO 80015, United States |

Filing history and documents

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification



# Colorado
## Secretary of State
Jena Griswold

r this Record...

ing history and
cuments
e a form
bscribe to email
tification
:subscribe from email

siness Home
siness Information
siness Search

Qs, Glossary and
formation

tification

# Summary

## Details

| | | | |
|---|---|---|---|
| **Trade name** | DIGITAL REVOLUTIONS | | |
| **Registrant name** | WILLIA BLANKENENSHIP | | |
| **Status** | Expired | **Formation Date** | 06/01/2004 |
| **ID number** | 14481095347 | **Form** | Individual |
| **Renewal month** | April | **Expiration Date** | 07/01/2008 |
| **Primary residence or usual place of business street address** | 7608 LAMAR, ARVADA, CO 80003-2337, United States | | |
| **Primary residence or usual place of business mailing address** | n/a | | |

- Filing history and documents
- Get certified copies of documents
- File a form
- Set up secure business filing
- Subscribe to email notification
- Unsubscribe from email notification

Back

Colorado
Secretary of State
Jena Griswold

or this Record...
ling history and
cuments
ade names
t a certificate of good
anding
e a form
bscribe to email
tification
subscribe from email
tification

usiness Home
usiness Information
usiness Search

\Qs, Glossary and
formation

Filing history and documents

Trade names

Get a certificate of good standing

Get certified copies of documents

File a form

# Summary

## Details

| | Name | Digital Revolution, LLC | | |
|---|---|---|---|---|
| | Status | Good Standing | **Formation date** | 08/30/2016 |
| | ID number | 20161591836 | **Form** | Limited Liability Company |
| | **Periodic report month** | August | **Jurisdiction** | Colorado |
| **Principal office street address** | | 333 W. Hampden Ave., Suite 1020, Englewood, CO 80110, United States | | |
| **Principal office mailing address** | n/a | | | |

## Registered Agent

| | Name | Herrick K. Lidstone Jr. |
|---|---|---|
| | **Street address** | 6400 S. Fiddlers Green Circle, Ste. 1000, Greenwood Village, CO 80111, United States |
| | **Mailing address** | n/a |

Colorado
Secretary of State
Jena Griswold




# Summary

## Details

| | |
|---|---|
| **Trade name** | Digital Revolution |
| **Registrant name** | Andrew Michael Hebenstreit |
| **Status** | Expired |
| **Formation Date** | 01/26/2011 |
| **ID number** | 20111054408 |
| **Form** | Individual |
| **Renewal month** | November |
| **Expiration Date** | 02/01/2012 |
| **Primary residence or usual place of business street address** | 4327 S. Sherman St., Englewood, CO 80113, United States |
| **Primary residence or usual place of business mailing address** | n/a |

Filing history and documents

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

Back

r this Record...
ng history and
uments
: a form
scribe to email
ification
subscribe from email
ification

usiness Home
usiness Information
usiness Search

?s, Glossary and
ormation



Colorado
Secretary of State
Jena Griswold



r this Record...
ng history and
cuments
: a form
scribe to email
ification
subscribe from email
ification

siness Home
siness Information
siness Search

Qs, Glossary and
ormation

# Summary

## Details

| | |
|---|---|
| **Name** | DIGITAL REVOLUTION MARKETING, LLC, Delinquent November 1, 2018 |
| **Status** | Delinquent |
| **Form** | Limited Liability Company |
| **Formation date** | 03/05/2004 |
| **ID number** | 20041083443 |
| **Periodic report month** | June |
| **Jurisdiction** | Colorado |
| **Principal office street address** | 20561 E Union Ave, Aurora, CO 80015, Colorado, United States |
| **Principal office mailing address** | 20561 E Union Ave, Aurora, CO 80015, Colorado, United States |

## Registered Agent

| | |
|---|---|
| **Name** | Kendra June Lewis |
| **Street address** | 20561 E Union Ave, Aurora, CO 80015, United States |
| **Mailing address** | 20561 E Union Ave, Aurora, CO 80015, United States |

Filing history and documents

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

sos.state.co.us/biz/businessEntityDetail.do?quitButtonDestination=BusinessEntityResults&nameTyp=EN&masterFileId=20

# Summary

## Details

| | |
|---|---|
| **Name** | Digital Revolution, LLC |

| | | **Formation date** | 08/30/2016 |
|---|---|---|---|
| **Status** | Good Standing | | |

| | | **Form** | Limited Liability Company |
|---|---|---|---|
| **ID number** | 20161591836 | | |

| | | **Jurisdiction** | Colorado |
|---|---|---|---|
| **Periodic report month** | August | | |

| | |
|---|---|
| **Principal office street address** | 333 W. Hampden Ave., Suite 1020, Englewood, CO 80110, United States |

| | |
|---|---|
| **Principal office mailing address** | n/a |

## Registered Agent

| | |
|---|---|
| **Name** | Herrick K. Lidstone Jr. |

| | |
|---|---|
| **Street address** | 6400 S. Fiddlers Green Circle, Ste. 1000, Greenwood Village, CO 80111, United States |

| | |
|---|---|
| **Mailing address** | n/a |

Filing history and documents

Trade names

Get a certificate of good standing

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

Back

this Record...

ng history and
uments
te names
a certificate of good
nding
a form
scribe to email
fication
ubscribe from email
fication

iness Home
iness Information
iness Search

s, Glossary and
rmation

Colorado
Secretary of State
Jena Griswold



## Summary

### Details

| | |
|---|---|
| **Name** | Revolutions Digital LLC, Dissolved July 5, 2019 |
| **Status** | Voluntarily Dissolved | **Formation date** | 02/12/2018 |
| **ID number** | 20181125655 | **Jurisdiction** | Colorado | **Form** | Limited Liability Company |
| **Periodic report month** | February | | |
| **Principal office street address** | 5996 S Walden Ct., Aurora, CO 80016, United States |
| **Principal office mailing address** | 5996 S Walden Ct., Aurora, CO 80016, FL, United States |

### Registered Agent

| | |
|---|---|
| **Name** | Richard Mitchell |
| **Street address** | 5996 S Walden Ct., Aurora, CO 80016, United States |
| **Mailing address** | 5996 S Walden Ct., Aurora, CO 80016, United States |

Filing history and documents

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

r this Record...
ing history and
cuments
e a form
bscribe to email
tification
subscribe from email
tification

siness Home
siness Information
siness Search

Qs, Glossary and
formation

# Summary

## Details

| | | | | |
|---|---|---|---|---|
| **Name** | Revolutions Digital LLC, Dissolved July 5, 2019 | | | |
| **Status** | Voluntarily Dissolved | **Formation date** | 02/12/2018 | |
| **ID number** | 20181125655 | **Form** | Limited Liability Company | |
| **Periodic report month** | February | **Jurisdiction** | Colorado | |
| **Principal office street address** | 5996 S Walden Ct., Aurora, CO 80016, United States | | | |
| **Principal office mailing address** | 5996 S Walden Ct., Aurora, CO 80016, FL, United States | | | |

## Registered Agent

| | |
|---|---|
| **Name** | Richard Mitchell |
| **Street address** | 5996 S Walden Ct., Aurora, CO 80016, United States |
| **Mailing address** | 5996 S Walden Ct., Aurora, CO 80016, United States |

Filing history and documents

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

Back

siness Home
siness Information
siness Search

Qs, Glossary and
formation

r this Record...
ing history and
cuments
e a form
bscribe to email
tification
subscribe from email
tification

# EXHIBIT 6



RICH LIPSCHUTZ, FLORIDA

August 23, 2016 -

Mr. Lipschutz is a habitual cheater vwatches porn un his office while Boca Little league parents and families are signing the kids up. He only comes out to get the check. Mr Lipschutz is also a convicted felon from tax evation charges. He tells all the woman in his life that his marriage is complicated and pretty much non existent. No love lost, says she's a JAP (Jewish American Principle)



cheaterreport.com



Cheater Report
278 likes

Be the first of your friends to like this

Like Page

Cheater Report

Please To Report Cheaters

NEW CHEATER REPORT FACEBOOK PAGE



http://legallyspanked.com/claire nce-simms-huawei-technologi.../

Cheater Report
about 1 month ago



RANDOM CHEATER RE- PORTS



Joanna Slebor, Connecticut

Janet Garcia, Miami Lakes/Hialeah Florida

Raynaldo Stocker

Marcus S Taylor, Colorado

Search









reportcheatingonline.com/cheater/blowjob-woburn/?_cf_chl_jschl_tk_=85cde95f86540icdcc68d27c4feb25b7bae95fa0-1587934770-...

# Kill Yourself Danielle Doe, Woburn, MA

By

February 21, 2019

1 Comment






# CHEATER REPORT

*A Place to Report Cheaters*

## CheaterReport.com - A Place To Report Cheaters



HOME

HOME    ABOUT    CHEATER REPORT TV    CONTACT US    REPORT CHEATER

Search ...

NEW CHEATER REPORT FACEBOOK PAGE

### CheaterReport.com – A Place to Report Cheaters!

This is the number one online site to Report Cheaters and lookup reported cheaters. You can use this site to report a cheating husband or wife, to find out if your boyfriend or girlfriend is cheating, or even to check out your date before finding your-

# EXHIBIT 7

## WOMEN BEWARE

*April 12, 2018 at 10:00 Reply*

Thanks for the information, "Truth"! And cheer up, dude! Other men have been dumped before!

BTW are you Lucas Murrey, son of a urn salesman?

# EXHIBIT 8

## DECLARATION OF SHANNYN POER

I, Shannyn Poer, declare the following:

1. I am a defendant case numbers SC128407 (consolidated with SC128444) and 18SMCV00140. I make in this declaration regarding settlement of the foregoing matters. I have first hand knowledge of the information below.

2. I have reviewed the documents provided by plaintiff Murrey as well as the website, www.cheaterreport.com, and hereby declare that I am not responsible for any current postings on www.cheaterreport.com regarding plaintiff Murrey.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 14, 2019

Shannyn Poer

- 1 -
DECLARATION OF SHANNYN POER

## DECLARATION OF FLOR EDWARDS

I, FLOR EDWARDS, declare the following:

1.  I am a defendant case numbers SC128407 (consolidated with SC128444) and 18SMCV00140. I make in this declaration regarding settlement of the foregoing matters. I have first hand knowledge of the information below.

2.  I have reviewed the documents provided by plaintiff Murrey as well as the website, www.cheaterreport.com, and hereby declare that I am not responsible for any current postings on www.cheaterreport.com regarding plaintiff Murrey.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 14, 2019

_____

FLOR EDWARDS

- 1 -

DECLARATION OF FLOR EDWARDS

# EXHIBIT 9

**Case Name:** Dr. Stewart Lucas Murrey v. Sheryl Martinez et al.
**Case No.:** 18SMCV00140

Background

Plaintiff alleges that Defendants submitted a false police report accusing him of murder, fraud, and financial crimes. Defendant Poer has filed an anti-SLAPP motion under Cal. Code of Civ. Proc. §426.15. Defendant Poer argues that a police report, even a false one, constitutes a "statement made before a[n] . . . executive . . . proceeding[,]" and is therefore protected under the anti-SLAPP statute and privileged under Cal. Code of Civ. Proc. §47(b). (Motion at pgs. 4:20-4:27.)

Analysis

Courts resolving an anti-SLAPP motion under Cal. Civ. Code §425.16 must follow a two-step process. (Jarrow Formulas, Inc. v. LaMarche (2003) 31 Cal.4th 728, 733.) First, the court determines whether the conduct underlying the plaintiff's cause of action arises from the defendant's constitutional rights of free speech or petition. (Baral v. Schnitt (2016) 1 Cal. 5th 376, 395.) This is a threshold issue—if the moving party fails to show that the conduct is constitutionally protected, then the court need not address prong two. (Jarrow, supra 31 Cal.4th at 733.)

Under the second prong, the burden shifts to plaintiff to prove that he or she has a legally sufficient claim and to prove with admissible evidence a probability that the plaintiff will prevail. (E.g. Navellier v. Sletten (2002) 29 Cal.4th 82, 88.) To fulfill prong two, a Plaintiff cannot rely on the allegations of the complaint, but must produce evidence that is admissible at trial. (HMS Capital, Inc. v. Lawyers Title Co. (2004) 118 Cal.App.4th 204, 212.)

The facts and legal issues before the court are similar to those in Lefebvre v. Lefebvre (2011) 199 Cal.App.4th 696. In Lefebvre, the court held that filing a false police report was not protected by the constitutional right of petition or free speech, and therefore the anti-SLAPP statute was not implicated. (Id. at 703.) The Lefebvre court also held that even if filing a false police report constituted privileged activity under CCP §47(b), it was not constitutionally protected activity and therefore could not form the basis of an anti-SLAPP motion. (Id.).

Defendant's constitutional rights are not implicated, and therefore an anti-SLAPP motion is not the appropriate vehicle to challenge Plaintiff's complaint. The motion is therefore DENIED.

1

# EXHIBIT 10

# Complaint, Summons and Notice and Waiver of Receipt

**Lucas Murrey** <drlucasmurrey@gmail.com>

to djr, internet.reputation.control ▾

| from: | **Lucas Murrey** <drlucasmurrey@gmail.com> |
|---|---|
| to: | djr@icyberlaw.com, internet.reputation.control@gmail.com |
| date: | Aug 20, 2020, 4:43 PM |
| subject: | Complaint, Summons and Notice and Waiver of Receipt |
| mailed-by: | gmail.com |

Mr. Rivera, Rivera Law Group, F

please see the attached federal

Thanks,

Dr. Lucas Murrey
Ph.D Yale University
Author of Hölderlin's Dionysiac Poetry and Nietzsche: The Meaning of Earth
https://lucasmurrey.io
(310) 994-1711
2@lucasmurrey.io

**7 Attachments**

🖼 Thu, Aug 20, 4:43 PM

☆

↗

**Lucas Murrey** <drlucasmurrey@gmail.com>

to Domingo, internet.reputation.control, 2 ▾

Tue, Aug 25, 8:09 AM

Mr. Rivera,

federal law makes it clear that, should you refuse service of the federal lawsuit that was sent to you via email on 20 August 2020, any and all costs incurred to serve you and your business entities can be recovered in court.