Dr. Stewart Lucas Murrey
1217 Wilshire Blvd. # 3655
Santa Monica, CA 90403
Tel.: (310) 994-1711
Email: **2@lucasmurrey.io**

**Plaintiff & Plaintiff in Pro Se**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. STEWART LUCAS MURREY, an individual;<br>    Plaintiff,<br>vs.<br>AARON MINC, an individual, MINC LAW, a business entity; DOMINGO J. RIVERA, an individual; RIVERA LAW GROUP, PLC a.k.a. DOMINGO J. RIVERA, ATTORNEY AT LAW, PLC, a limited liability company; PRVT L.L.C., a limited liability company, ELIZABETH JORDAN, an individual; INTERNET REPUTATION CONTROL a.k.a. IRC, a business entity; ANTHONY WILL, an individual; DIGITAL REVOLUTION LLC a.k.a. REPUTATION RESOLUTIONS, a business entity; BRANDYOURSELF.COM, INC., a limited liability company, TOM VITOLO, an individual; CHRISTIAN TRYON, an individual; and JOHN DOE NUMBERS 1-10;<br>    Defendants. | Case No. 2:20-cv-06217-PA (SKx)<br>*Hon. Judge Percy Anderson, Ctrm 9A, 9th Fl.*<br>*Hon. Mag. Judge Steve Kim, Ctrm 540, 5th Fl.*<br><br>**PLAINTIFF DR. STEWART LUCAS MURREY'S DECLARATION IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS** |

**DECLARATION OF DR. STEWART LUCAS MURREY**

- 1 -
PLAINTIFF DR. MURREY'S DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS

# EXHIBIT 11





September 04, 2020 09:41  Page: 1
Receipt #: 4893183878
VISA #: XXXXXXXXXXXX7602
2020/09/04 09:34

| Qty | Description | Amount |
|---|---|---|
| 188 | ES B&W S/S White 8.5 x11 | 24.44 |

|  | SubTotal | 24.44 |
|---|---|---|
|  | Taxes | 2.33 |
|  | Total | 26.77 |

The Cardholder agrees to pay the Issuer of the charge card in accordance with the agreement between the Issuer and the Cardholder.

5550 Wilshire Blvd
Los Angeles, CA 90036
323-937-0126
www.FedExOffice.com

Tell us how we're doing and receive $5 off your next $30 print order at fedex.com/welisten or 1-800-398-0242
Offer Code:_____ Offer expires 12/31/2020

By submitting your project to FedEx Office or by making a purchase in a FedEx Office store, you agree to all FedEx Office terms and conditions, including limitations of liability. Request a copy of our terms and conditions from a team member or visit fedex.com/officeserviceterms for details.

Please Recycle This Receipt

**USPS PRIORITY MAIL 2-DAY®**

US POSTAGE PAID: $7.75
Origin: 90006
09/04/20
0546010006-11
0 Lb 9.2 Oz
1004

EXPECTED DELIVERY DAY: 09/08/20

09/11/20 ✱ RFS ✱

-R-T-S-
20147-RFS-1N
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
RETURN TO SENDER

USPS TRACKING NUMBER: 9505 5138 0722 0248 4711 48

FROM:
Mr Stewart Lucas Murrey
1217 Wilshire Blvd.
Santa Monica, CA 90[...]

TO: Internet Reputation[...]

Refused — Return to Sender

PS00001000014
EP14F Oct 2018
OD: 12 1/2 x 9 1/2
USPS.COM/PICKUP
Label 228, March 2016
FOR DOMESTIC AND INTER[NATIONAL USE]

From: **Alexander Petale** <petaleesq@gmail.com>
Date: Sun, Oct 11, 2020 at 2:53 PM
Subject: Complaint and Summons Dr. Murrey v. CheaterReport.com, Et. A. U.S. Dist. Court Case No. 20-cv-6217 (CACD)
To: <djr@icyberlaw.com>, <internet.reputation.control@gmail.com>, <admin-1987889@icyberlaw.com.whoisprivacyservice.org>, <tech-1987889@icyberlaw.com.whoisprivacyservice.org>

Mr. Domingo J. Rivera, Rivera Law Group, PRVT LLC, Internet Reputation Control,

See attached lawsuit and summons.

Thank you,
Mr. Alexander J. Petale



2 Attachments

FistAmendedComplvCheaterre1.pdf
FistAmendedComplvCheaterre2.pdf

From: **Alexander Petale** <petaleesq@gmail.com>
Date: Sun, Oct 11, 2020 at 2:59 PM
Subject: Complaint and Summons Dr. Murrey v. CheaterReport.com, Et. A. U.S. Dist. Court Case No. 20-cv-6217 (CACD)
To: <liarscheatersrus@protonmail.com>

Ms. Elizabeth Jordan,

See attached lawsuit and summons.

Thank you,
Mr. Alexander J. Petale

2 Attachments


FistAmendedComplvCheaterre1.pdf

FistAmendedComplvCheaterre2.pdf


FistAmendedComp...

FistAmendedComp...

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* PRVT L.L.C., a limited liability company

was received by me on *(date)* 28 October 2020 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Depamdra S. at Parcel Plus, a private mailbox co., who is designated by law to accept service of process on behalf of *(name of organization)* PRVT L.L.C., a limited liability compan on *(date)* 10/29/20   1390 Chain Bridge Road, # 10042— McLean, VA 22101

☐ I returned the summons unexecuted because pursuant to Cal.CCP§415.20(c) in manner of Bus&ProfC§17538.5(d)

☐ Other *(specify)*:

My fees are $ 65.00 (Lulk) for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 30 October 2020

*Server's signature*

Carlos Zeballos  Process Server
*Printed name and title*

1340 Old Chain Bridge Rd #107 Mclean VA 22101
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Internet Reputation Control a.k.a. IRC, a business entity

was received by me on *(date)* 28 October 2020

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Depamdra S. at Parcel Plus, a private mailbox co., who is designated by law to accept service of process on behalf of *(name of organization)* Internet Reputation Control a.k.a. IRC, a business entity
on *(date)* 10/29/20 1390 Chain Bridge Road, # 10042. McLean, VA 22101 ; or

☐ I returned the summons unexecuted because pursuant to Cal.CCP§415.20(c) in manner of Bus&ProfC§17538.5(d)

☐ Other *(specify)*:

My fees are $ 65.00 (bulk) for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 30 October 2020

Server's signature

Carlos Zeballos Process Server
Printed name and title

1340 Old Chain Bridge Rd #107 McLean, VA 22101
Server's address

Additional information regarding attempted service, etc:

Print    Save As...    Reset

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Domingo J. Rivera, an individual

was received by me on *(date)* 28 October 2020 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: On 10/29/20 pursuant to Cal.CCP§415.20(c) in manner of Bus&ProfC§17538.5(d) I served the first amended summons and complaint to Depamdra S., a 35 year-old male of Indian descent approximately 5'9 and 200 pounds with black hair and eyes, at Parcel Plus, a private mailbox co., located at 1390 Chain Bridge Road, in McLean, VA 22101 to mailbox no. 10042.

My fees are $ 65.90 (bulk) for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 30 October 2020

*Server's signature*

Carlos Zeballos Process Server
*Printed name and title*

1340 Old Chain Bridge Rd #107
McLean, VA 22101
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rivera Law Group, PLC, a limited liability company
was received by me on *(date)* 28 October 2020 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Depamdra S. at Parcel Plus, a private mailbox co. , who is designated by law to accept service of process on behalf of *(name of organization)* Rivera Law Group, PLC, a limited liability company
on *(date)* 10/29/20    1390 Chain Bridge Road, # 10042
McLean, VA 22101

☐ I returned the summons unexecuted because pursuant to Cal.CCP§415.20(c) in manner of Bus&ProfC§17538.5(d)

☐ Other *(specify):*

My fees are $ 65.00 (bulk) for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 30 October 2020

_____
Server's signature

Carlos Zeballos    Process Server
Printed name and title

1340 Ad Chain Bridge Rd #107
McLean, VA 22101
Server's address

Additional information regarding attempted service, etc:

# EXHIBIT 12

**From:** David Gingras david@gingraslaw.com
**Subject:** RE: Activity in Case 2:20-cv-06217-PA-SK Dr. Stewart Lucas Murrey v. WWW.Cheaterreport.com et al Minutes of In Chambers Order/Directive - no proceeding held
**Date:** November 11, 2020 at 2:35 PM
**To:** Dr. Lucas Murrey 2@lucasmurrey.io



I actually mentioned this on the phone, but I'm happy to repeat – I do NOT represent Rivera, and I do not know who his counsel is (he did say he had retained someone, but I don't know who).

David Gingras, Esq.
Gingras Law Office, PLLC
David@GingrasLaw.com
https://twitter.com/DavidSGingras
http://gingraslaw.com
Tel.: (480) 264-1400
Fax: (480) 248-3196
*Licensed in Arizona and California



**From:** Dr. Lucas Murrey <2@lucasmurrey.io>
**Sent:** Wednesday, November 11, 2020 3:08 PM
**To:** David Gingras <david@gingraslaw.com>
**Subject:** Re: Activity in Case 2:20-cv-06217-PA-SK Dr. Stewart Lucas Murrey v. WWW.Cheaterreport.com et al Minutes of In Chambers Order/Directive - no proceeding held

Hi David, glad we could have a civil conversation yesterday. I wanted to ask if are you representing Domingo J. Rivera? You mentioned that he has also contacted you recently. Perhaps this decision is in process. Thanks,

Dr. Lucas Murrey
Ph.D Yale University
Author of Hölderlin's Dionysiac Poetry and Nietzsche: The Meaning of Earth
https://lucasmurrey.io
(310) 994-1711
2@lucasmurrey.io

> On Nov 10, 2020, at 9:43 AM, David Gingras <david@gingraslaw.com> wrote:

## Motion to Dismiss - Meet and Confer  Inbox ×

**Domingo Rivera**  Thu, Nov 19, 8:23 AM (12 days ago)
to me, 2, Dennis ▼

| | |
|---|---|
| from: | **Domingo Rivera** <djr@icyberlaw.com> |
| to: | drlucasmurrey@gmail.com, 2@lucasmurrey.io |
| cc: | Dennis Lee <dlee@fentonlawgroup.com> |
| date: | Nov 19, 2020, 8:23 AM |
| subject: | Motion to Dismiss - Meet and Confer |
| signed-by: | icyberlaw-com.20150623.gappssmtp.com |
| security: | 🔒 Standard encryption (TLS) Learn more |

: Important according to Google magic.

Dr. Murrey,

Pursuant to the [...] motions to dismiss that will be filed on behalf of myself, Domingo [...] PRVT LLC. We will be moving to dismiss as it is our position that the [...]

Based on a revi[ew...] 're represented this case, I am not sure that a meeting would be helpful [...] and certainly prior to the filing of the motions. Additionally, ple[ase...] Eastern District of Virginia, a court that has personal jurisdiction, whic[h...]

Sincerely,

Domingo J. Rivera, Esq.