1  **Dr. Stewart Lucas Murrey**
2  1217 Wilshire Blvd. # 3655
   Santa Monica, CA 90403
3  Tel.: (310) 994-1711
   Email: **2@lucasmurrey.io**
4  **Plaintiff & Plaintiff in Pro Se**

5

6              UNITED STATES DISTRICT COURT
7              CENTRAL DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| 9  DR. STEWART LUCAS MURREY, an individual;<br>10              Plaintiff,<br>11  vs.<br>12  AARON MINC, an individual, MINC LAW, a business entity; DOMINGO J.<br>13  RIVERA, an individual; RIVERA LAW GROUP, PLC a.k.a. DOMINGO J.<br>14  RIVERA, ATTORNEY AT LAW, PLC, a limited liability company; PRVT<br>15  L.L.C., a limited liability company, ELIZABETH JORDAN, an individual;<br>16  INTERNET REPUTATION CONTROL a.k.a. IRC, a business<br>17  entity; ANTHONY WILL, an individual; DIGITAL REVOLUTION<br>18  LLC a.k.a. REPUTATION RESOLUTIONS, a business entity;<br>19  BRANDYOURSELF.COM, INC., a limited liability company, TOM<br>20  VITOLO, an individual; CHRISTIAN TRYON, an individual; and JOHN DOE<br>21  NUMBERS 1-10;<br>22<br>23              Defendants. | **Case No. 2:20-cv-06217-PA (SKx)**<br>*Hon. Judge Percy Anderson, Ctrm 9A, 9th Fl.*<br>*Hon. Mag. Judge Steve Kim, Ctrm 540, 5th Fl.*<br><br>**PLAINTIFF DR. STEWART LUCAS MURREY'S DECLARATION IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS** |

24
25
26
27          **DECLARATION OF DR. STEWART LUCAS MURREY**
28

- 1 -
PLAINTIFF DR. MURREY'S DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS

# EXHIBIT 13

Marc J. Randazza, CA Bar No. 269535
Alex J. Shepard, CA Bar No. 295058
RANDAZZA LEGAL GROUP, PLLC
4035 South El Capitan Way
Las Vegas, Nevada 89147
Telephone: 702-420-2001
Facsimile: 305-437-7662
ecf@randazza.com

*Attorneys for Plaintiff,
Consumer Opinion LLC*

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| CONSUMER OPINION LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>FRANKFORT NEWS CORP, an entity of unknown origin;<br>FRANKFORT HERALD NEWS CORP, an entity of unknown origin;<br>HEARST MEDIA LLC, an entity of unknown origin;<br>HEART BROADCASTING NETWORKS, an entity of unknown origin;<br>HEARST BROADCASTING NETWORKS, an entity fo unknown origin;<br>ALF MAURITZSON, an individual;<br><br>*(continued on following page)* | Case No. 5:16-cv-05100-BLF<br><br>**SECOND AMENDED COMPLAINT FOR:**<br><br>(1) VIOLATION OF 17 U.S.C. § 512(f);<br>(2) UNLAWFUL, UNFAIR, AND FRAUDULENT BUSINESS PRACTICE UNDER CALIFORNIA BUSINESS AND PROFESSIONS CODE § 17200;<br>(3) CIVIL CONSPIRACY;<br>(4) ABUSE OF PROCESS;<br>(5) BREACH OF FIDUCIARY DUTY<br>(6) RESPONDEAT SUPERIOR<br><br>**DEMAND FOR JURY TRIAL** |

| | |
|---|---|
| 1 | MUHAMMAD ASHRAF; an individual; |
| | SHEENA WILLIAM, an individual; |
| 2 | JUUSO HAGGMAN, an individual; |
| | JOHN MATHEW, an individual; |
| 3 | BRAD KUSKIN, an individual; |
| 4 | AMERICAN TRUCK GROUP, LLC d/b/a |
| | AMERICAN TRUCK SHOWROOMS, |
| 5 | a Nevada entity; |
| | PROFIT MARKETING INC., |
| 6 | a Canadian corporation; |
| 7 | AARON MINC, an individual; |
| | MEYERS, ROMAN, FRIEDBERG & LEWIS, |
| 8 | an Ohio legal professional association; |
| | DINN, HOCHMAN & POTTER, LLC, |
| 9 | an Ohio limited liability company; |
| 10 | JOHN DOES 1-10; and |
| | ROE CORPORATIONS 11-20, |
| 11 | |
| 12 | Defendants. |

Plaintiff CONSUMER OPINION LLC ("Opinion") hereby files this complaint against Defendants FRANKFORT NEWS CORP. ("Frankfort"), FRANKFORT HERALD NEWS CORP ("Frankfort Herald"), HEARST MEDIA LLC ("Hearst"), HEART BROADCASTING NETWORKS ("Heart"), Hearst Broadcasting Networks, ALF MAURITZSON, MUHAMMAD ASHRAF, SHEENA WILLIAM, JUUSO HAGGMAN, JOHN MATHEW, BRAD KUSKIN, AMERICAN TRUCK GROUP, LLC d/b/a AMERICAN TRUCK SHOWROOMS, PROFIT MARKETING INC.; AARON MINC; MEYERS, ROMAN, FRIEDBERG & LEWIS ("Meyers, Roman"); DINN, HOCHMAN & POTTER, LLC ("Dinn"); John Does 1-10, and Roe Corporations 11-20, for violation of 17 U.S.C. § 512(f); unlawful, unfair, and fraudulent business practices under California Business and Professions Code § 17200; civil conspiracy; abuse of process; breach of fiduciary duty; and respondeat superior.

. . .

. . .

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------x

Rahul Manchanda,

                Plaintiff,

-against-

Nicole Matties, Nicola Shapiro, Douglas Senderoff, Roger Blank, Aaron Minc, Daniel Powell, Matt O'Buck, Sharie O'Buck, Kate Bose, New York FBI, NYPD, Joe Hendrix, Andre De Castro, Jamie Wozman, Mark Anesh, Corey Cohen, A Michael Furman, Paula Ashcraft.

                Defendants.
------------------------------------x

Index No.: 101501-18

SUMMONS

Plaintiff's Address:
30 Wall Street, 8th Floor
New York, NY 10005

NEW YORK
COUNTY CLERK'S OFFICE

NOV 13 2018

NOT COMPARED
WITH COPY FILE

The basis of the venue is the Address of Plaintiff

To the Above-named Defendant:

    **YOU ARE HEREBY SUMMONED** to appear in the Supreme Court of the City of New York, County of New York at the office of the said court at 60 Centre Street, New York, New York, 10007, in the County of New York, within the time provided by the law as noted below and to file your answer to the annexed complaint with the Clerk; upon your failure to answer, judgment will be taken against you together with the costs of this action.

Dated: New York, New York
       November 11, 2018

By: Rahul Manchanda, Esq.
30 Wall Street, 8th Floor
New York, New York 10005
Tel: (212) 968-8600
Fax: (212) 968-8601

Roger Blank, Esq.
387 Park Avenue South 5th Floor
New York, New York 10026

NOTE: The law provides that (a) if this summons is served by its delivery to you personally within the City of New York, you must appear and answer within TWENTY (20) days after such service; or

    (b) if this summons is served by delivery to any person other than you personally, or is served outside the City of New York, or by publication, or by any means other than personal delivery to you within the City of New York, you are allowed THIRTY (30) days after proof of service thereof is filed with the Clerk of the Court within which to appear and answer.

# MANCHANDA v. MATTIES

No. 18 Civ. 11092 (PGG).

Email | Print | Comments (0)

**View Case** | Cited Cases

RAHUL MANCHANDA, Plaintiff, v. NICOLE MATTIES, NICOLA SHAPIRO, DOUGLAS SENDEROFF, ROGER BLANK, AARON DANIEL POWELL, MATT O'BUCK, SHARIE O'BUCK, KATE BOSE, NEW YORK FBI, NYPD, JOE HENDRIX, ANDRE DE CASTRO, JAMIE WOZMAN, MARK ANESH, COREY COHEN, A. MICHAEL FURMAN, and PAULA ASHCRAFT, Defendants.

United States District Court, S.D. New York.

April 22, 2020.

# The Volokh Conspiracy

Mostly law professors | Sometimes contrarian | Often libertarian | Always independent

About The Volokh Conspiracy

FREE SPEECH

## "Fraudulent Lawsuits and Illegal Hacks to Silence Online Consumer Complaints"

A new story from Fox 11 (L.A.).

**EUGENE VOLOKH** | 1.20.2020 12:30 PM

Some of it may be familiar to our readers (see here for my brief on the "fraudulent lawsuits" side of the analysis), but there's a new item, too:

[Aaron] Minc advertises himself as an internet defamation attorney, capable of "removing damaging content from the internet."

He can be seen in an advertisement with a man named Pierre Zarokian, who runs a reputation management company called Submit Express. "We've helped many companies get rid of Ripoff Report, and we've been successful in doing this," Zarokian says in an online video. In 2018, the FBI [charged Zarokian] with felony conspiracy after he was caught paying an international hacker in [Cyprus] to remove Ripoff Report complaints for his clients.

A FBI search warrant obtained by FOX 11 reveals chat logs between Zarokian and the hacker, in which Zarokian provides Ripoff Report links for the hacker to remove.Federal documents reveal that hacker used brute force methods to get into

the hacker, in which Zarokian provides Ripoff Report links for the hacker to remove. Federal documents reveal that hacker used brute force methods to get into Ripoff Report's system and remove over 100 complaints in total.....

Zarokian [has] pleaded guilty to his felony charges. In a sworn statement he signed with the feds, Zarokian admitted to paying the hacker $1,000 per complaint removal, then charging his client a removal fee of between $1,000 and $5,000.

[UPDAET 7/10/20, 7:46 am: I originally quoted the Fox L.A. story as saying that the FBI had "arrested Zarokian and charged him," but it appears that Zarokian was charged, and pleaded guilty, without being arrested; I've edited the story excerpt accordingly.]

Check out the whole story, either in text or on video (at link). Here's an excerpt from the Zarokian plea agreement:

> I, Pierre Zarokian, worked with Joshua Polloso Epifaniou during October 2016 through May 2017 to obtain unauthorized access to Ripoff Report (ROR)'s database and delete information. ROR is a company based in Phoenix, Arizona, that hosts a website where customers can post anonymous complaints about people and businesses. I operated a search engine marketing company in California that offered "reputation management services/ including the removal of negative customer complaints from ROR. In Octooer 2016 Epifaniou—a computer hacker living in Cyprus—gained unauthorized access to ROR computer servers in Phoemx, Anzona, and then contacted me. In furtherance of the conspiracy, and to achieve the object of the conspiracy, Epifaniou and I committed an overt act—namely that I paid him $1000 per complaint removal and then charged my clients a fee for removal between $1000 to $5000. I knew that Epifaniou was deleting the records through unauthorized access to the ROR computer servers, and I acknowledge that the ROR computer servers were used in and affected interstate commerce.

FOX11 | Live | COVID-19 | News | Weather | Good Day LA | Contests | More

# FOX 11 Investigates: Reputation defense companies utilizing fraudulent lawsuits and illegal hacks to silence online consumer complaints

By Bill Melugin | Published January 19 | News | FOX 11



Ad
Medical Malpractice; Accidents
Karasik Law Group, P.C.
Open

2020 Elections
View More

The lawsuit includes an affidavit allegedly signed by Cerna in which she supposedly admits to being the author of the online complaint, but Ripoff Report confirmed to FOX 11 that Cerna was not the author, and when our investigative team tracked her down in Benicia, California, and showed her the lawsuit, she denied any involvement. "I have no idea what you are talking about, I don't even know what to say," Cerna said. "I'm not answering any questions, I have no idea, you're freaking me out."

Cerna then walked away and refused to say another word.

FOX 11 tracked Mascot down in Palm Desert and questioned him on accusations of filing fraudulent lawsuits.

He called a FOX 11 producer a "mother****er" and said he had no comment. Mascot isn't the only attorney accused of using these schemes, and they aren't always successful. In Wayne Altman's case, a Blue Haven representative confirmed to FOX 11 that they hired an Ohio attorney named Aaron Minc to remove negative online reviews about their company.

Minc advertises himself as an internet defamation attorney, capable of "removing damaging content from the internet."

He can be seen in an advertisement with a man named Pierre Zarokian, who runs a reputation management company called Submit Express. "We've helped many companies get rid of Ripoff Report, and we've been successful in doing this," Zarokian says in an online video. In 2018, the FBI arrested Zarokian and charged him with felony conspiracy after he was caught paying an international hacker in Cypress to remove Ripoff Report complaints for his clients.

A FBI search warrant obtained by FOX 11 reveals chat logs between Zarokian and the hacker, in which Zarokian provides Ripoff Report links for the hacker to remove. Federal documents reveal that hacker used brute force methods to get into Ripoff Report's system and remove over 100 complaints in total. One of them was Wayne Altman's against Blue Haven Pools.

FOX 11's investigative team tracked Zarokian down in Glendale, where he pushed the camera away, and refused to answer any questions. Months after that confrontation, Zarokian pleaded guilty to his felony charges. In a sworn statement he signed with the feds, Zarokian admitted to paying the hacker $1,000 per complaint removal, then charging his client a removal fee of between $1,000 and $5,000.

Zarokian's sentencing hearing is set for March. Aaron Minc never responded to FOX 11's numerous requests for comment.

### In a statement to FOX 11, Blue Haven Pools explained why they hired him.

*"After successfully building and remodeling nearly 90,000 pools in the last 25 years, we wanted to explore legitimate options for addressing a handful of very old, anonymous, online posts. We found an attorney who represented that he had deep expertise addressing these types of issues. We hired him to appropriately handle the work. We had no knowledge about the alleged improper methods that were apparently utilized by the attorney and others to whom he referred us. Had we had any reason to question his integrity, we never would have hired him,"* Blue Haven wrote.

"They're hacking down a consumer complaint," Beebe said. "When the whole scheme was found out, then the reports go back up so the consumer has spent money, and may not be receiving

# REMOVAL POLICY

### Somebody Posted Me On This Site! How Do I Get The Content Removed?

Deadbeats Exposed will only remove a post(s) via arbitration through one of our authorized law firm or reputation management partners. If you or somebody on your behalf files a complaint with Google or any other search engine provider, a law enforcement agency, a court of law, our web host provider, any of our authorized arbitration attorneys or reputation companies, our domain name provider or our web site security provider, the post(s) will automatically be marked as "ineligible for arbitration". Once Busted Cheaters receives any violation as mentioned above we will then immediately add the individual post(s) to our "Ineligible For Arbitration list". This means that we will NEVER accept any arbitration request to remove said post now or anytime in the future.

The Deadbeats Exposed web site is not hosted in the U.S. which means we are not bound to many U.S. laws, we will give everyone the arbitration opportunity so long as our policies and procedures are followed. The Deadbeats Exposed web site contains all anonymous user-submitted content.

Deadbeats Exposed does not promote censorship or get involved with poster disputes. According to Section 230 of the Communications Decency Act, forum sites like Deadbeats Exposed are not legally responsible for the content that any other party posts on our site.

### Contacting a Firm

If you want content about you removed from this site, you will need to contact an authorized law firm or reputation management based 3rd party arbitration service listed on this page to resolve this matter. 3rd-party arbitration services provide a neutral service to determine the validity of

# AUTHORIZED REPUTATION MANAGEMENT COMPANIES

Expert Removals
Phoenix, AZ
(888) 447-4949
ExpertRemovals.com

Guaranteed Removals
(844) 627-3794
GuaranteedRemovals.com

## AUTHORIZED LAW FIRM

Minc Law
200 Park Ave
Suite 200
Orange Village, OH 44122
(216) 373-7706
minclaw.com

I went through the arbitration process but now somebody posted more false statements about me on this site again. Now what do I do?

You are only required to go through the arbitration process once! If you successfully went through the arbitration process already, we will then make every effort to block the original poster from posting more content. Our arbitration process offers lifetime protection and we never charge to remove content! Just contact your attorney or reputation company who handled the original arbitration and have them contact us, we will then expedite the content removal for you!

This page last updated April 9, 2020

Displaying 1 through 20 (out of 291) matching your search criteria.

| Name | Address | Role | Case Number | Case Caption |
|---|---|---|---|---|
| MINC, ESQ. AARON M. | 200 PARK AVE, SUITE 200 | PLAINTIFF | CV-20-937433 | AARON M. MINC AND MINC LLC, ET AL v STEWART LUCAS MURREY |
| MINC AARON | 4005 ELLENDALE ROAD | PLAINTIFF | CV-16-857623 | AARON M. MINC, ET AL. v LARRY CORBUS |
| MINC AARON | 200 PARK AVENUE, SUITE 200 | DEFENDANT | CV-20-928072 | LASERX LLC, ET AL. v AARON MINC, ET AL. |
| MINC AARON M | 200 PARK AVE, SUITE 200 | PLAINTIFF | CV-20-937026 | MINC LLC v MELISSA FARMER |
| MINC AARON M | 200 PARK AVENUE, SUITE 200 | PLAINTIFF | CV-20-937730 | AARON M. MINC, ESQ v JOHN DOE |

# CASE INFORMATION

## CV-20-937730 AARON M. MINC, ESQ vs. JOHN DOE

Case Summary | Docket | Parties | Costs / Payments | Service | All | New Search |

View Printer Friendly Version

### Summary

| Field | Value |
|---|---|
| Case Number: | CV-20-937730 |
| Case Title: | AARON M. MINC, ESQ vs. JOHN DOE |
| Case Designation: | MISCELLANEOUS - OTHER |
| Filing Date: | 09/24/2020 |
| Judge: | DANIEL GAUL |
| Magistrate | N/A |
| Mediator: | N/A |
| Room: | 19D JUSTICE CENTER |
| Next Action: | CMC BY PHONE on 12/08/2020 at 10:45 AM |
| File Location: | PEND.FILE |
| Last Status: | ACTIVE |
| Last Status Date: | 09/24/2020 |
| Last Disposition: | NEWLY FILED |
| Last Disposition Date: | 09/24/2020 |
| Prayer Amount: | $.00 |
| Court of Appeals Case: | N/A |
| Original Case: | N/A |
| Refiled Case: | N/A |

# CASE INFORMATION

## CV-20-937433 AARON M. MINC AND MINC LLC, ET AL vs. STEWART LUCAS MURREY

Case Summary | Docket | Parties | Costs / Payments | Service | All | New Search |

View Printer Friendly Version

### Summary

| Field | Value |
|---|---|
| Case Number: | CV-20-937433 |
| Case Title: | AARON M. MINC AND MINC LLC, ET AL vs. STEWART LUCAS MURREY |
| Case Designation: | TORT-MISCELLANEOUS |
| Filing Date: | 09/18/2020 |
| Judge: | DEBORAH M TURNER |
| Magistrate | N/A |
| Mediator: | N/A |
| Room: | N/A |
| Next Action: | N/A |
| File Location: | PEND.FILE |
| Last Status: | ACTIVE |
| Last Status Date: | 09/18/2020 |
| Last Disposition: | NEWLY FILED |
| Last Disposition Date: | 09/18/2020 |
| Prayer Amount: | $25,000.00 |
| Court of Appeals Case: | N/A |
| Original Case: | N/A |
| Refiled Case: | N/A |

# CASE INFORMATION

**CV-20-937026 MINC LLC vs. MELISSA FARMER**

Case Summary | Docket | Parties | Costs / Payments | Service | All | New Search |

View Printer Friendly Version

## Summary

| Field | Value |
|---|---|
| Case Number: | CV-20-937026 |
| Case Title: | MINC LLC vs. MELISSA FARMER |
| Case Designation: | TORT-MISCELLANEOUS |
| Filing Date: | 09/09/2020 |
| Judge: | EMILY HAGAN |
| Magistrate | N/A |
| Mediator: | N/A |
| Room: | N/A |
| Next Action: | CMC BY PHONE on 12/16/2020 at 02:00 PM |
| File Location: | PEND.FILE |
| Last Status: | ACTIVE |
| Last Status Date: | 09/09/2020 |
| Last Disposition: | NEWLY FILED |
| Last Disposition Date: | 09/09/2020 |
| Prayer Amount: | $25,000.00 |
| Court of Appeals Case: | N/A |
| Original Case: | N/A |
| Refiled Case: | N/A |

COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| AARON M. MINC, ESQ.<br>200 Park Avenue, Suite 200<br>Orange Village, Ohio 44122<br><br>and<br><br>MINC LLC<br>200 Park Avenue, Suite 200<br>Orange Village, Ohio 44122<br><br>*Plaintiffs,*<br><br>v.<br><br>STEWART LUCAS MURREY<br>1217 Wilshire Blvd. #3655<br>Santa Monica, CA 90403<br><br>*Defendant.* | CASE NO.<br><br>JUDGE:<br><br><br><br>**COMPLAINT FOR ABUSE OF PROCESS, BREACH OF CONTRACT, & MISAPPROPRIATION OF TRADE SECRETS**<br><br>**JURY TRIAL REQUESTED** |

For his Complaint against Defendant Stewart Lucas Murrey ("Defendant"), Plaintiffs Aaron M. Minc ("Aaron Minc") and Minc LLC ("Minc Law") (collectively, "Plaintiffs") allege as follows:

### PARTIES, JURISDICTION, & VENUE

1. Plaintiff Aaron Minc is an attorney licensed to practice law in Ohio and owns and operates Minc Law at the above captioned address.

2. Plaintiff Minc LLC d/b/a Minc Law is an Ohio law firm comprised of attorneys that focus primarily on the field of internet defamation. Minc Law is located at the above captioned address.

3. Defendant is a former client of Minc Law and resides in California at the above captioned address.