1  Dr. Stewart Lucas Murrey
   1217 Wilshire Blvd. # 3655
2  Santa Monica, CA 90403
   Tel.: (310) 994-1711
3  Email: **2@lucasmurrey.io**

4  **Plaintiff & Plaintiff in Pro Se**

5

6                    UNITED STATES DISTRICT COURT

7                    CENTRAL DISTRICT OF CALIFORNIA

8

|  |  |
|---|---|
| DR. STEWART LUCAS MURREY, an individual;<br>         Plaintiff,<br><br>vs.<br><br>AARON MINC, an individual, MINC LAW, a business entity; DOMINGO J. RIVERA, an individual; RIVERA LAW GROUP, PLC a.k.a. DOMINGO J. RIVERA, ATTORNEY AT LAW, PLC, a limited liability company; PRVT L.L.C., a limited liability company, ELIZABETH JORDAN, an individual; INTERNET REPUTATION CONTROL a.k.a. IRC, a business entity; ANTHONY WILL, an individual; DIGITAL REVOLUTION LLC a.k.a. REPUTATION RESOLUTIONS, a business entity; BRANDYOURSELF.COM, INC., a limited liability company, TOM VITOLO, an individual; CHRISTIAN TRYON, an individual; and JOHN DOE NUMBERS 1-10;<br><br>                       Defendants. | Case No. 2:20-cv-06217-PA-(SKx)<br>*Hon. Judge Percey Anderson, Ctrm 9A, 9th Fl.*<br>*Hon. Mag. Judge Steve Kim, Ctrm 540, 5th Fl.*<br><br>**DECLARATION OF ALEXANDER J. PETALE, ESQ., IN SUPPORT OF PLAINTIFF DR. MURREY'S OPPOSITION TO DEFENDANT'S(S') MOTION TO DISMISS**<br><br>Complaint Filed:  13 July 2020<br>Trial Date:            TBD |

- 1 -

ALEXANDER J. PETALE'S DECLARATION IN SUPPORT OF PLAINTIFF DR. MURREY'S
OPPOSITION TO MOTION TO DISMISS

## DECLARATION OF ALEXANDER J. PETALE

I, Alexander J. Petale, declare:

1. I am an attorney admitted to practice within the state of California and I am not a party to this action. I have personal knowledge of the matter set forth herein and would competently testify thereto if called and sworn as a witness.

2. I did not represent, nor advise Dr. Stewart Lucas Murrey in regard to the contract that Dr. Murrey signed with Minc Law in August of 2019. I merely loaned Dr. Murrey $7,000.00 at this time, which Dr. Murrey paid back to me within the following month during September 2019.

3. Seeking information regarding the services that Mr. Minc and Minc Law provided to Dr. Murrey in exchange for $7,000.00 in August of 2019, Dr. Murrey had a telephone call with Mr. Minc on 15 July 2020.

4. I was present during the entirety of said phone conversation, Mr. Minc was made aware of my presence and Mr. Mince freely spoke with me as well as with Dr. Murrey.

5. During this conversation Dr. Murrey asked how Mr. Minc and Minc Law provided him with online removal services regarding postings on **WWW.CHEATERREPORT.COM** in exchange for Dr. Murrey's payment of $7,000.00.

ALEXANDER J. PETALE'S DECLARATION IN SUPPORT OF PLAINTIFF DR. MURREY'S OPPOSITION TO MOTION TO DISMISS

6. Mr. Minc reluctantly explained that he and his firm worked with a man named Domingo J. Rivera.

7. Mr. Minc freely offered this information to Dr. Murrey.

8. Mr. Minc further strangely stated to Dr. Murrey: "I suggest you don't sue."

I declare that under penalty of perjury under the laws of the United States that the foregoing is true and correct; executed on 29 November 2020 in Los Angeles, CA.

_____
ALEXANDER J. PETALE, ESQ.

- 3 -
ALEXANDER J. PETALE'S DECLARATION IN SUPPORT OF PLAINTIFF DR. MURREY'S OPPOSITION TO MOTION TO DISMISS