Dr. Stewart Lucas Murrey
1217 Wilshire Blvd. # 3655
Santa Monica, CA 90403
Tel.: (310) 994-1711
Email: **2@lucasmurrey.io**

**Plaintiff & Plaintiff in Pro Se**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. STEWART LUCAS MURREY, an individual;<br>Plaintiff,<br><br>vs.<br><br>AARON MINC, an individual, MINC LAW, a business entity; DOMINGO J. RIVERA, an individual; RIVERA LAW GROUP, PLC a.k.a. DOMINGO J. RIVERA, ATTORNEY AT LAW, PLC, a limited liability company; PRVT L.L.C., a limited liability company, ELIZABETH JORDAN, an individual; INTERNET REPUTATION CONTROL a.k.a. IRC, a business entity; ANTHONY WILL, an individual; DIGITAL REVOLUTION LLC a.k.a. REPUTATION RESOLUTIONS, a business entity; BRANDYOURSELF.COM, INC., a limited liability company, TOM VITOLO, an individual; CHRISTIAN TRYON, an individual; and JOHN DOE NUMBERS 1-10;<br><br>Defendants. | Case No. 2:20-cv-06217-PA (SKx)<br>*Hon. Judge Percy Anderson, Ctrm 9A, 9th Fl.*<br>*Hon. Mag. Judge Steve Kim, Ctrm 540, 5th Fl.*<br><br>**PLAINTIFF DR. STEWART LUCAS MURREY'S DECLARATION IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS** |

**DECLARATION OF DR. STEWART LUCAS MURREY**

- 1 -
PLAINTIFF DR. MURREY'S DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS

**EXHIBIT 14**

The Intercept_

# THE CIA'S MOP-UP MAN: L.A. TIMES REPORTER CLEARED STORIES WITH AGENCY BEFORE PUBLICATION

A Los Angeles Times intelligence reporter routinely submitted story drafts to the CIA for review.

Ken Silverstein
September 4 2014, 10:22 a.m.



A prominent national security reporter for the *Los Angeles Times* routinely submitted drafts and detailed summaries of his stories to CIA press handlers prior to publication, according to documents obtained by *The Intercept*.

Email exchanges between CIA public affairs officers and Ken Dilanian, now an Associated Press intelligence reporter who previously covered the CIA for the *Times*, show that Dilanian enjoyed a closely collaborative relationship with the agency, explicitly promising positive news coverage and sometimes sending the press office entire story drafts for review prior to publication. In at least one instance, the CIA's reaction appears to have led to significant changes in the story that was eventually published in the *Times*.

"I'm working on a story about congressional oversight of drone strikes that can present a good opportunity for you guys," Dilanian wrote in one email to a CIA press officer, explaining that what he intended to report would be "reassuring to the public" about CIA drone strikes. In another, after a series of back-and-forth emails about a pending story on CIA operations in Yemen, he sent a full draft of an unpublished report along with the subject line, "does this look better?" In another, he directly asks the flack: "You wouldn't put out disinformation on this, would you?"

# EXHIBIT 15





Rivera Law Group - Domingo Rive...

Home - Internet Law & Cyber S.... Computer Crimes ∨ More ∨

# Domingo J Rivera and AVM Cyber Law - A leading National Internet Law Firm that has paved the way in the development of Internet law with leading case decisions.

## Some recent highlights of our Internet Law Practice:



- The **first law firm in the United States** to win a jury trial involving allegations of Internet copyright infringement (piracy) against the U.S. Department of Justice. They spent several years preparing their prosecution... we had a few months! - This case was initially heard in the United States District Court for the Eastern District of Virginia but the jury trial occurred in the United States District Court for the Southern District of Texas

- Obtained an **Internet defamation judgment** involving defamatory Internet posts against a New York plastic surgeon. We also obtained Injunctive relief prohibiting the individual from further postings regarding our client. This case was heard in New York.

- Obtained Summary Judgment in favor of our client in a case involving **computer trespass**, including the Computer Fraud and Abuse Act and the Stored Communications Act - This case was heard in the United States District Court for the Western District of Arkansas.

- Obtained the identity of various individuals creating *anonymous defamatory posts* against our client - This case was heard in Virginia.

- Obtained Summary Judgment and Injunctive relief in an Internet defamation, invasion of privacy, and Trademark Infringement case. The case was heard in the United States District Court for the Middle District of Florida.

- We are frequently consulted by the media for our expertise in Cyber Law and Cyber Security.

**EXHIBIT 16**

(2) A description of the copyrighted work that you claim has been infringed;

(3) The exact URL or web address where the alleged infringing material is located, and a description of the work that is sufficient to permit us to locate the infringing material;

(4) A statement by you that you have a good faith belief that the disputed use has not been authorized by you, your agent, or the law;

(5) Your electronic or physical signature or the electronic or physical signature of the person authorized to act on your behalf (it's OK to just type your full name at the end of your notice); and

(6) A statement by you made under penalty of perjury, that the information in your notice is accurate, that you are the copyright owner or authorized to act on the copyright owner's behalf.

*Please email your DMCA removal request to our registered DMCA Agent: David Gingras, Esq. at: dmca@gingraslaw.com.*

*Alternatively, you can mail a copy of your notice to: Gingras Law Office, PLLC, 4802 E. Ray Road, #23-271, Phoenix, AZ 85044; Tel: (480) 264-1400; Fax: (480) 248-3196; email: david@gingraslaw.com*

NOTE – mailing/faxing/FedEx'ing DMCA notices is strongly discouraged and may delay processing of your request. Notices sent by mail/fax/FedEx do not receive any higher priority than notices sent by email.

Please be patient. DMCA notices are usually reviewed only during normal business hours from 9-5 Monday through Friday (Arizona time). We try to review notices the same day they are received, but it may take up to 72 hours to process your request. However, we DO NOT respond to notices or explain why a particular notice was not honored.

Repeat Infringer Policy: In addition to removing infringing content when appropriate, we will block access to the site (to the extent possible) by any user who we determine to be a repeat infringer. For the purposes of this policy, a "repeat infringer" is defined as any person who is deemed to have uploaded infringing content three (3) or more times within a period of six (6) months.

7.  NO WARRANTIES

**EXHIBIT 17**



# Acosta dodges when asked if Epstein was an 'intelligence asset'

by Jerry Dunleavy, Justice Department Reporter | July 10, 2019 05:50 PM

   







newsweek.com/alex-acosta-epstein-sex-trafficking-department-labor-1448568

**Newsweek**  intelligence

"As you watch these victim interviews it was very obvious they feel this was not a sufficient outcome," he continued. "You always look back and say 'what if'. What I can say is that at the time... this was the view of the office. There is a value to a sure guilty plea because letting him walk would have been absolutely awful."

New allegations from The Daily Beast and journalist Vicky Ward reported that Acosta told the Trump administration during the screening process for his current role that he was asked to cut a deal with Epstein because he was told the financier "belonged to intelligence," and that the issue was above his "pay grade."

NEWSWEEK SUBSCRIPTION OFFERS >



anyone. In a report for the Daily Beast, Ward shed light on the Justice Department's 2007 non-prosecution agreement with Epstein, that sweetest of sweet deals, since it got Epstein a laughably lenient sentence—for crimes which any normal person would have gone away for decades after admitting to.

Alexander Acosta, the current U.S. Labor Secretary, is in the hot seat, since a dozen years ago he was the U.S. Attorney for South Florida who cut that deal with Epstein. Ward explained the background of that deal, which is now a noose for Acosta. Specifically, she elaborated that the Epstein issue came up when Acosta was appointed to the cabinet by President Donald Trump. Ward writes:

He'd cut the non-prosecution deal with one of Epstein's attorneys because he had "been told" to back off, that Epstein was above his pay grade. "I was told Epstein 'belonged to intelligence' and to leave it alone," he told his interviewers in the Trump transition, who evidently thought that was a sufficient answer and went ahead and hired Acosta. (The Labor Department had no comment when asked about this.)

≡ **OBSERVER**  ARTS | ENTERTAINMENT | INNOVATION  intelligence

**OBSERVER MUST-READS**


Prince William Is Not Happy With the New Season of 'The Crown'


Ex-Google CEO Eric Schmidt, Other Tech Execs' Roles For Biden Draw Outrage



The question about Epstein's possible status as a potential intelligence asset was prompted by a report this week of comments from a few years ago by a former senior White House official who told the Daily Beast that Acosta said during interviews for the administration position he had been told during the 2008 case that Epstein "belonged to intelligence."

Epstein faces new charges in the Southern District of New York, including allegedly "sexually exploited and abused dozens of minor girls at his homes in Manhattan, New York, and Palm Beach, Florida, among other locations" between 2002 and 2005, according to a 14-page federal indictment. Epstein pleaded not guilty in federal court Monday. In a search of Epstein's Manhattan mansion over the weekend, investigators say they also uncovered what appeared to large amounts of nude photographs, including some of underage girls.

Acosta defended his handling of the Epstein case Wednesday, claiming that "facts are important and facts are being overlooked" and that "these cases are complex especially when they involve children."



MARKETS | BUSINESS | INVESTING | TECH | POLITICS | CNBC TV | WATCHLIST | PRO

POLITICS

# Trump Labor Secretary Alex Acosta resigns amid pressure from Jeffrey Epstein sex traffic case

PUBLISHED FRI, JUL 12 2019·9:39 AM EDT | UPDATED FRI, JUL 12 2019·1:13 PM EDT



**Kevin Breuninger**
@KEVINWILLIAMB

**Valerie Block**
@VALERIEBLOCK

SHARE f 🐦 in ✉

**KEY POINTS**

- Labor Secretary Alex Acosta says he will resign amid controversy over the way he handled a sex crimes case against wealthy businessman Jeffrey Epstein a decade ago when Acosta was U.S. attorney for southern Florida.

- The issue resurfaces when the politically connected Epstein, whose friends have included President Trump and former President Bill Clinton, is arrested on sex trafficking charges on July 6.

- Leading Democratic presidential candidates, including Joe Biden and Sen. Elizabeth Warren, as well as House Speaker Nancy Pelosi and Senate Minority Leader Chuck Schumer, have demanded that Acosta quit.





# Shameful Way That Trump's New Labor Secretary Pick Protected Pedophile Billionaire Jeffrey Epstein

RACHEL STOCKMAN | Feb 16th, 2017, 3:37 pm | ●1



When I first heard the name **Alexander Acosta**, Trump's new pick for Labor Secretary, I knew it sounded eerily familiar. And then it dawned on me. He was the U.S. Attorney in charge of the Southern District of Florida from 2006 through 2009, and oversaw a sweetheart deal for **Jeffrey Epstein**. Yes, that Jeffrey Epstein, the convicted billionaire

# EXHIBIT 18

# Internet Reputation Control
## A Solution to Internet Defamation

# Remove Negative Online Posts

### We Protect Your Online Reputation

**CLICK TO BEGIN**

internetreputationcontrol.com

# State Corporation Commission
## Clerk's Information System

### Entity Information

| | |
|---|---|
| Entity Name: | Internet Reputation Control, Inc. |
| Entity Type: | Nonstock Corporation |
| Formation Date: | 05/16/2008 |
| VA Qualification Date: | 05/16/2008 |
| Industry Code: | 0 - General |
| Jurisdiction: | VA |
| Registration Fee Due Date: | Not Required |
| Entity ID: | 06948525 |
| Entity Status: | Inactive |
| Reason for Status: | Auto Terminated - Annual Report and/or Fees - Can Reinstate |
| Status Date: | 09/30/2018 |
| Period of Duration: | Perpetual |
| Annual Report Due Date: | 05/31/2018 |
| Charter Fee: | $50.00 |

### Registered Agent Information

| | |
|---|---|
| RA Type: | Individual |
| RA Qualification: | Officer of the Corporation |
| Name: | DOMINGO JUAN RIVERA |
| Locality: | LOUDOUN COUNTY |
| Registered Office Address: | 20422 ROSLINDALE DR, ASHBURN, VA, 20147 - 0000, USA |

### Principal Office Address

Address: 1390 CHAIN BRIDGE RD., #10042, MCLEAN, VA, 22101 - 0000, USA

# State Corporation Commission
## Clerk's Information System

### Entity Information

| | |
|---|---|
| Entity Name: | IRC, Inc |
| Entity Type: | Fictitious Name |
| Formation Date: | 02/12/2020 |
| VA Qualification Date: | 02/12/2020 |
| Industry Code: | 0 - General |
| Registration Fee Due Date: | Not Required |

| | |
|---|---|
| Entity ID: | 11021749 |
| Entity Status: | Active |
| Reason for Status: | Fictitious name |
| Status Date: | 02/12/2020 |
| Period of Duration: | Perpetual |
| Annual Report Due Date: | N/A |
| Charter Fee: | N/A |

### Applicant Information

| Name | Address | Last Updated |
|---|---|---|
| Francisco Faustino Coronel | 7306 Appletree Ln, Norfolk, VA, 23505, USA | 02/12/2020 |

Page 1 of 1, records 1 to 1 of 1