UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-6217 PA (SKx) | Date | December 3, 2020 |
|---|---|---|---|
| Title | Stewart Murrey v. Aaron Minc, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Gabriela Garcia | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

**Proceedings:**   IN CHAMBERS - COURT ORDER

Plaintiff Stewart Murrey, Ph.D. ("Plaintiff") has filed Oppositions to the Motions to Dismiss filed by defendants Domingo Rivera ("Rivera") (Docket No. 26), Rivera Law Group PLC ("Rivera Law") (Docket No. 27), Internet Reputation Control ("IRC") ("Docket No. 28), and PRVT LLC ("PRVT") (Docket No. 29), in which he complains that those defendants filed their Motions to Dismiss in violation of Local Rule 7-3.  Local Rule 7-3 provides:

> In all cases not listed as exempt in L.R. 16-12, and except in connection with discovery motions (which are governed by L.R. 37-1 through 37-4) and applications for temporary restraining orders or preliminary injunctions, counsel contemplating the filing of any motion shall first contact opposing counsel to discuss thoroughly, preferably in person, the substance of the contemplated motion and any potential resolution.  The conference shall take place at least seven (7) days prior to the filing of the motion.
>
> If the parties are unable to reach a resolution which eliminates the necessity for a hearing, counsel for the moving party shall include in the notice of motion a statement to the following effect:
>
> "This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on (date)."

Local Rule 7-3.  According to the Notices of Motion filed by Rivera, Rivera Law, IRC, and PRVT, those defendants filed their Motions to Dismiss "following the conference of counsel pursuant to L.R. 7-3 which took place on November 19, 2020."  However, the Motions to Dismiss were filed that same day, November 19, 2020.  As a result, those defendants did not comply with Local Rule 7-3's requirement that the meeting of counsel occur at least 7 days prior to the filing of the Motions.

Plaintiff's Oppositions to the Motions to Dismiss filed by Rivera, Rivera Law, IRC, and PRVT, were filed on December 2, 2020, just 19 days prior to the scheduled December 21, 2020 hearing date. Plaintiff's Opposition to the Motion to Dismiss filed by defendants Digital Revolution LLC, Aaron Minc, Minc Law, and Anthony Will was filed on December 3, 2020, just 18 days prior to the scheduled

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-6217 PA (SKx) | Date | December 3, 2020 |
|---|---|---|---|
| Title | Stewart Murrey v. Aaron Minc, et al. | | |

hearing date. Local Rule 7-9, however, requires that Oppositions to Motions be filed "not later than twenty-one (21) days before the date designated for the hearing of the motion . . . ." No party should ignore a deadline established by the Local Rules or the Court's Orders or not wait until the expiration of a deadline to seek an extension. See Fed. R. Civ. P. 6(b)(1) ("(1) When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.").

The Court expects the parties to comply with both the letter and the spirit of the Local Rules, the Federal Rules of Civil Procedure, and the Court's Orders. However, given the level of vitriol and depth of disagreement between the parties concerning their respective positions as stated in the Motions and Oppositions, the Court concludes that the violation of Local Rule 7-3 has not resulted in the Court having to resolve an issue that the parties would have resolved had Rivera, Rivera Law, IRC, and PRVT waited the required 7 days prior to filing their Motions. The Court will therefore not sanction the moving parties for their violation of the Local Rules on this occasion. Nor will the Court sanction Plaintiff for his untimely filing of his Oppositions. Instead, the Court extends the deadline for defendants to file their Replies to Plaintiff's Opposition from December 7, 2020, to December 10, 2020.

The Court cautions the parties that future violations of the Local Rules, Federal Rules of Civil Procedure, and the Court's Orders may result in the imposition of sanctions.

IT IS SO ORDERED.