1  **Dr. Stewart Lucas Murrey**
   1217 Wilshire Blvd. # 3655
2  Santa Monica, CA 90403
   Tel.: (310) 994-1711
3  Email: 2@lucasmurrey.io

4  **Plaintiff & Plaintiff in Pro Se**

5

6              **UNITED STATES DISTRICT COURT**

7              **CENTRAL DISTRICT OF CALIFORNIA**

8

| | |
|---|---|
| 9  DR. STEWART LUCAS MURREY, an individual; | Case No. 2:20-cv-06217-PA (SKx) |
| 10          Plaintiff, | ***EX PARTE* APPLICATION FOR LEAVE TO FILE A BRIEF SUR-REPLY & NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANTS' "INTERNET REPUTATION CONTROL" (IRC), DOMINGO J. RIVERA ("DJ"), PRVT LLC, RIVERA PLC, AARON MINC, MINC LAW, ANTHONY WILL AND REPUTATION RESOLUTIONS A.K.A. DIGITAL REVOLUTION'S MOTION TO DIMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| 11  vs. | |
| 12  AARON MINC, an individual, MINC LAW, a business entity; DOMINGO J. | |
| 13  RIVERA, an individual; RIVERA LAW GROUP, PLC a.k.a. DOMINGO J. | |
| 14  RIVERA, ATTORNEY AT LAW, PLC, a limited liability company; PRVT | |
| 15  L.L.C., a limited liability company, ELIZABETH JORDAN, an individual; | |
| 16  INTERNET REPUTATION CONTROL a.k.a. IRC, a business | |
| 17  entity; ANTHONY WILL, an individual; DIGITAL REVOLUTION | |
| 18  LLC a.k.a. REPUTATION RESOLUTIONS, a business entity; | |
| 19  BRANDYOURSELF.COM, INC., a limited liability company, TOM | [Proposed] Order and Declaration of Dr. Stewart Lucas Murrey filed concurrently herewith |
| 20  VITOLO, an individual; CHRISTIAN TRYON, an individual; and JOHN DOE | |
| 21  NUMBERS 1-10; | |
| 22 | |
| 23          Defendants. | Hearing Date:  21 December 2020 |
| 24 | Hearing Time:  1:30 p.m. |
| 25 | Judge:  Hon. Percy Anderson |

26

27  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

28

PLEASE TAKE NOTICE THAT in accordance with Central District of California Local Rule 7-19, plaintiff hereby seeks leave to file a brief Sur-Reply showing defendants' "new arguments" and "new documents" raised in and submitted with their Replies are not only meritless, but attempts to openly deceive this court, and thus their motions to dismiss this lawsuit must be denied. On 10 December 2020 plaintiff gave notice of this application to opposing counsels for Defendants.

Contact Information for Counsel for Defendants:
Nicholas D. Jurkowitz (njurkowitz@fentonlawgroup.com)
1990 S. Bundy Drive # 777
Los Angeles, CA 90025
Telephone: (310) 444-5244
Fax: (310) 444-5280

David S. Gingras (david@gringaslaw.com)
4802 E. Ray Rd. #23-271
Phoenix, AZ 85044
Telephone: (480) 264-1400
Fax: (480) 248-3196

DATED: 11 December 2020                          Respectfully submitted,

                                        By:  _____
                                             Stewart Lucas Murrey

                                             Dr. Stewart Lucas Murrey
                                             1217 Wilshire Blvd. # 3655
                                             Santa Monica, CA 90403
                                             Telephone: (310) 994-1711
                                             *Plaintiff & Plaintiff in Pro Se*

**Argument**

## A. Dr. Murrey Has Met His Burden of Proof Regarding Personal Jurisdiction Over All of the Defendants

Avoiding RICO case law, the "new", but finally specious and repetitive arguments and documents of Rivera, his Entities and the other defendants in their Replies (including Rivera's "Second Declaration") support plaintiff's contention that defendants seek to create an umbrella that avoids detection of their RICO activity. The "minimum contacts" test to which Rivera refers is easily in plaintiff's favor. 1) To maintain the revenge-porn website WWW.CHEATERREPORT.COM, Rivera and his entities do business with Cloudflare, Inc. which has its principle, executive office located in California at 101 Townsend St. in San Francisco, California and is a registered corporation within the California Secretary of State (See Exhibit 21 to the Decl. of Dr. Murrey, Par. 4). The map of Cloudflare locations provided even by Rivera shows that approximately four (4) of Cloudflare's locations are in California and countless within the 9th Circuit. (See Exhibit 22 to the Decl. of Dr. Murrey, Par. 5). The services that Rivera and his entities pay for to operate revenge-porn/shaming websites to extort people across all fifty states is also provided across all fifty states, including California.

After Rivera's revenge-porn/shaming website severely harmed plaintiff in California by posting defamation which appeared online in California, defendants Minc, Minc Law, Will, Reputation Resolutions, Rivera's Internet Reputation Control ("IRC"), etc. targeted plaintiff in California knowing that plaintiff had no other recourse but to pay them from California for their online "removal services",

_EX PARTE_ APPLICATION FOR LEAVE TO FILE A SUR-REPLY

which plaintiff did. (Decl. Dr. Murrey, Par. 6, Exhibit 23, par. 7). Thus not only

have defendants performed some act or consummated some transaction within the

forum, the claim arises out of or results from the defendant's forum-related

activities. And finally, the exercise of justice is reasonable because all of the

activities of which plaintiff is complaining are all from California.

Without telling their "client"-victims, defendants like Minc work fraudulently

work with defendants like Rivera and his secret entities ("PRVT LLC") secretly

running these anonymous revenge-porn/shaming websites to extort people across all

fifty states. And this case is just the tip of an iceberg that goes back decades that

needs come to light. Consider the anonymous revenge-porn/shaming website

"ExposingJohns.com" and its secret "Admin" who asked Aaron Minc in an email

from 23 July 2013: "Is there anything we can do to help bring you more clients?"

i.e. "Can we target and severely harm people across all fifty states more efficiently

for you Mr. Minc?" (Decl. Dr. Murrey, Par. 8, Exhibit 24). By secretly operating his

own revenge-porn website, Rivera secretly brings Minc and other defendants clients

like plaintiff in California. (Decl. Dr. Murrey, Par. 9, Exhibit 25). For all we know,

Rivera could also be the anonymous "Admin" of the other shame-website as well.

Evidence for this online nationwide extortion ring that targets those who have

little to no resources and or legal training is staggering and unavoidable. This case

already has countless similar victims contacting plaintiff as well as newspapers like

*The New York Times* requesting interviews. It is time the suffering of the countless

*EX PARTE* APPLICATION FOR LEAVE TO FILE A SUR-REPLY

victims of this criminal organization that targeted the poor and helpful by design be brought to light and the central district of California is the proper venue and jurisdiction. This is clear from the beginning, e.g. the *International Shoe* case. It is reckless Rivera et. al. wrongly cited several cases, most of which are either irrelevant or falsely applied to this case, such *Pebble Beach*. When Rivera refers to *Johnson and Arden* he is also and again painfully wrong, as "acts performed for the very purpose of having their consequences felt in the forum state" is exactly what occurred to plaintiff by design in California, just as it did and continues to do to countless other victims across all fifty states. Rivera is painfully wrong in his "new" attempt to avoid the fact that this is a RICO action against the severe harm caused by defendants across all fifty states, including to plaintiff California. Rivera wrongly refers to *Giles v. Custom Creative Plastics* because Rivera and other defendants *did directly solicit California residents or target appellant as a customer*. (Decl. Dr. Murrey, Par. 6, Exhibit 23, par. 7). It is irrelevant if Rivera or his entities personally knew plaintiff as defendants intentionally conspired to engage in an extortion ring that targets countless victims across all fifty states, plaintiff in California included, that fall under an umbrella of private and public entities.

### The More Rivera Tries to Deceive this Court About Himself, His Entities and the Other Defendants, The Worse They Look and More Questions Arise

It does not take much thought to see why Rivera and the other defendants are desperate to avoid the aspects and power of this RICO action. Rivera, Minc, et. al.,

despite the truck-load of declarations they dump onto this court, never deny their connections to the revenge-porn and shaming website in question. Rivera himself admits that all his entities are also engaged in "removal services", if "rarely" (Rivera's Decl. to his Reply). This raises several questions: *Why did Rivera refuse to mention his business with Cloudflare, Inc. in his original motion to dismiss? Why has Rivera failed to tell the court about all his entities, especially given that some are offshore and caught up with business in California for revenge-porn websites that are, in turn, caught up in an extortion ring? If Rivera is an advanced computer and information engineer, why is he secretly operating revenge-porn websites through his secret offshore entities? Why does Rivera have public and secret entities called "Internet Reputation Control" and "PRVT LLC" if he is not breaking the law? Why are all the defendants fighting so hard for technicalities, if they can prove their innocence if this case goes forward? Why not stand and fight directly if they are innocent instead of wasting the court's time and recourses? Why is Rivera not transparent regarding who else he works with to operate WWW.CHEATERREPORT.COM and what other websites he has helped to "keep secret"? If Rivera and his co-conspirators are so sophisticated with technical means and business accounts, why do the websites they secretly operate look like they are poorly designed? Finally, if defendants really have nothing to do with this extortion ring, then why are their names and names of their entities appearing on documents clearly related to this California tragedy?*

*EX PARTE* APPLICATION FOR LEAVE TO FILE A SUR-REPLY

Plaintiff understands that the comparison of this online criminal organization to that to which Epstein belonged is uneasy for defendants. But just like Acosta was hailed for stopping "trafficking" before he gave Epstein his infamous "sweetheart deal" because Acosta was told that "he [Epstein] belonged to intelligence" – thus causing countless more sex-trafficking victims –, "Mr. Rivera" hails himself as an "ethical hacker" while doubling as a secret liaison for a revenge-porn/shaming extortion ring that Rivera and gang clearly intend to continue across all fifty states.

//

Pointing out the waste of tax-payer dollars on those who work in "cyber-security" in the "navy" and corporations with "intelligence contracts" who are secretly harming our society via revenge-porn and shame extortion rings is hardly vitriolic. Nobody intelligent would believe the patina of civility that these monsters project, just like nobody intelligent would misidentify plaintiff's legitimate outrage, nor its place in the Central District of California.

## Conclusion

For the reasons and arguments presented herein, Dr. Murrey respectfully requests the Court to deny defendants Internet Reputation Control, Domingo J. Rivera a.k.a "DJ", PRVT LLC, Rivera PLC, Aaron Minc, Minc Law, Anthony Will and

*EX PARTE* APPLICATION FOR LEAVE TO FILE A SUR-REPLY

1  Reputation Resolutions a.k.a. Digital Revolution's motion and find that defendants

2  are subject to jurisdiction.

3

4

5  DATED: 11 December 2020                    Respectfully submitted,

6

7                                        By:  _____

8                                             Stewart Lucas Murrey
                                              *Plaintiff & Plaintiff in Pro Se*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 8 -

## DECLARATION OF DR. STEWART LUCAS MURREY

I, Dr. Stewart Lucas Murrey, declare:

1. That I am the plaintiff in this action; that I am over the age of 18 years and that I have personal knowledge of the facts contained in this declaration. If called upon to testify I could and would testify competently as to the truth of the facts stated herein.

2. I received my Doctorate of Philosophy (Ph.D) from Yale University in 2011. My academic career has involved teaching in Germany and Switzerland at several universities and colleges. I am the author of two monographs available online as well as at libraries at institutions of higher learning and I am presently writing a new series of books. Based upon these achievements I use the title Doctor in front of my name.

3. This declaration is submitted in support of plaintiff's *ex parte* application for leave to file a brief sur-reply in opposition to defendants' motions to dismiss.

4. A true and correct copy of Cloudflare, Inc.'s Registration with the State of California's Secretary of State is hereto attached as Exhibit 21.

5. A true and correct copy of the significant overlap of Cloudflare, Inc.'s locations and the 9th Circuit's territory is hereto attached as Exhibit 22.

6. After being defamed on WWW.CHEATERREPORT.COM while living in
   Los Angles and realizing that said revenge-porn/shaming anonymous
   website had no way for me to contact them to request removals much less
   find out who was operating it, I suddenly was the recipient of countless
   advertisements for "online removal" services, including those from Minc
   and Will and their entities. Often said advertising appeared even on the
   same website as WWW.CHEATERREPORT.COM and or any and all
   "google" searches for ways to remove said severely harmful postings. The
   combination of said targeted advertising to me in California along with the
   intentional anonymity and non-responsiveness of said website and the
   severe ongoing harm to my reputation caused me to be extorted by
   defendants and pay money from California to them to have said harmful
   postings removed.

7. A true and correct copy of non-responsive nature of the anonymous
   website WWW.CHEATERREPORT.COM is hereto attached as Exhibit
   23.


   //

   //

PLAINTIFF DR. MURREY'S DECLARATION

8. A true and correct copy of Aaron Minc secretly conspiring with yet

another revenge-porn/shaming website is hereto attached as Exhibit 24.


I declare that under penalty of perjury under the laws of the United States

that the foregoing is true and correct; executed on 26 October 2020 in Los

Angeles, CA.

DR. STEWART LUCAS MURREY

PLAINTIFF DR. MURREY'S DECLARATION

# EXHIBIT 21



| F |

# State of California
## Secretary of State

### Statement of Information
(Foreign Corporation)
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

## GC59293
# FILED
In the office of the Secretary of State
of the State of California

### JAN-28 2020

1. **CORPORATE NAME**
CLOUDFLARE, INC.

2. **CALIFORNIA CORPORATE NUMBER**    C3274841

*This Space for Filing Use Only*

**No Change Statement**  (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 13**.

**Complete Addresses for the Following**  (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. | STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| | 101 TOWNSEND STREET, SAN FRANCISCO, CA 94107 | | | |
| 5. | STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |
| | 101 TOWNSEND STREET, SAN FRANCISCO, CA 94107 | | | |
| 6. | MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |

**Names and Complete Addresses of the Following Officers**  (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form may not be altered.)

| | | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 7. | CHIEF EXECUTIVE OFFICER/ MATTHEW PRINCE | 101 TOWNSEND STREET, SAN FRANCISCO, CA 94107 | | | |
| 8. | SECRETARY DOUGLAS KRAMER | 101 TOWNSEND STREET, SAN FRANCISCO, CA 94107 | | | |
| 9. | CHIEF FINANCIAL OFFICER/ THOMAS SEIFERT | 101 TOWNSEND STREET, SAN FRANCISCO, CA 94107 | | | |

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 11 must be left blank.

10. NAME OF AGENT FOR SERVICE OF PROCESS
REGISTERED AGENT SOLUTIONS, INC.

11. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL**   CITY   STATE   ZIP CODE

**Type of Business**

12. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
GLOBAL CLOUD PLATFORM PROVIDER

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| 01/28/2020 | TJ ALLEN | AUTHORIZED FILER | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-350 (REV 01/2013)                                           APPROVED BY SECRETARY OF STATE

# EXHIBIT 22

12/2/2020                                    Data Center Map | CDN Pop Locations Map | Cloudflare



# The Cloudflare Global Anycast Network

The Cloudflare network spans over 200 cities in more than 100 countries. View system status ›



The larger the network, the better performance and security we can deliver to our customers.

Each location improves the performance, security and reliability of millions of Internet properties, as we expand our surface area to fight growing attacks and serve web requests even closer to the Internet user.

Read about the latest network news >

# UNITED STATES COURTS
## for the NINTH CIRCUIT

Elizab

| COURT OF APPEALS | DISTRICT & BANKRUPTCY COURTS | JUDICIAL COUNCIL & CONFERENCE | LII |

Home     About the Court     Attorneys     News Media     Employment

### What is the Ninth Circuit?

Ni

The United States Courts for the Ninth Circuit consists of the Ninth Circuit Court of Appeals along with district and bankruptcy courts in the 15 federal judicial districts that comprise the circuit, and associated administrative units that provide various court services.



**Ninth Circuit Districts**
1. Alaska
2. Arizona
3. Central District of California
4. Eastern District of California
5. Northern District of California
6. Southern District of California
7. Guam
8. Hawaii
9. Idaho
10. Montana
11. Nevada
12. Northern Mariana Islands
13. Oregon
14. Eastern District of Washington
15. Western District of Washington

# EXHIBIT 23

# CheaterReport.com - A Place To Report Cheaters

| HOME | ABOUT | CHEATER REPORT TV | CONTACT US | REPORT CHEATER |

Search …

## RANDOM CHEATER REPORTS

Joanne's Bates Maui Memorial, Hawaii



Connie Ambroselli



Joe Kane and Patch



Christopher (Chris) Jay Perry, Gastonia, NC

Maria Raymond FKA Maria Timko

## RECENT POSTS

Brandon Schmidt. Dangerous Peophile and Child Molester.

More from Home Wrecker below- read the comments

Shawn Murray. Dangerous Pedophile.

## CONTACT US

You may contact us with any questions and suggestions for out site. We may or may not response and if we get too many contacts in one day, we may not even see your message at all!

All posts in the site are the opinion of their authors, we do not represent that any information is true, use your own discretion. Also, do not threaten us, deal with the person who posted. If you threaten us, we will post your threats. If you contact our service providers, we will find out and will let our audience discuss you openly (there are hundreds of web hosting companies, do you really think that you can keep us down?) We value First Amendment rights and enjoy immunity under U.S. Law, Section 230 of the Communications Decency Act and Anti-SLAPP laws.

We will entertain removal requests for the following content:

1. Posts or photos of children

2. Nude photographs posted without the authorization of the person pictured

3. Content found to be in violation of the law by a Court of competent jurisdiction.

4. Content that violates Intellectual Property rights and is not subject to a fair use exemption under the law (we are not lawyers, but believe us, it's pretty easy to tell which is which)

5. We reserve the right but not the obligation to remove other content that under our sole discretion is not acceptable.

To request removal under conditions 1 through 3, please contact us below, all other requests will be ignored and discarded.

[contact-form][contact-field label="Name" type="name" required="1"/][contact-field label="Email" type="email" required="1"/] [contact-field label="Issue" type="select" options="Defamation (Court Order Required),Copyright (Registration Required),Removal of Minors,Other"/][contact-field label="Comment" type="textarea" required="1"/][/contact-form]

# EXHIBIT 24

Case 2:20-cv-06217-PA-SK    Document 49    Filed 12/11/20    Page 20 of 21    Page ID
#:1495
Case 2:18-cv-02423-RFB-BNW    Document 177-8    Filed 05/29/20    Page 2 of 2

## Darcy Buxton

| | |
|---|---|
| **From:** | Exposing Johns <exposingjohnscom@gmail.com> |
| **Sent:** | Thursday, July 23, 2015 9:44 AM |
| **To:** | Aaron Minc |
| **Subject:** | Re: Removal Request for three posts |

Also with wires we can just send them in batches to make things easier/cheaper on the wire transfer fees.

Is there anything we can do to help bring you more clients?  Anything we can do to help just let us know!

On Thu, Jul 23, 2015 at 9:41 AM, Exposing Johns <exposingjohnscom@gmail.com> wrote:
Hey Aaron,

Very sorry about the slow response, we had some issues with our email and have to get it fixed.  Got lucky and saw you emailed here, thanks for the removals.  Did you receive my last couple of emails from the support@exposingjohns.com email?  I never heard back so I don't think you did?

Just got those removals taken care of, will make sure I check here more often so I can remove them immediately after you email.

By the way for the future transfers could you please start doing wire transfers?  Bitcoin is a bit difficult for both of us I think and this might make it easier?

Account Number: ████████████
Routing Number: ███████████

Beneficiary:
Rep Ten, LLC
199 E Flagler, St
Miami, FL 33131

Thanks and have a great day!

On Wed, Jul 22, 2015 at 12:17 PM, <aminc@dhplaw.com> wrote:
ExposingJohns Admin,

I need the following three posts removed:

https://www.exposingjohns.com/████████████

https://www.exposingjohns.com/████████████

http://exposingjohns.com/████████████

Please confirm receipt of this e-mail and that you are ready to proceed with the removal. I will send three payments of $295.97 (or one for $887.91) to the following bitcoin address upon confirmation:
17oqZb94W89cvJR8yWxT93sLX5gvXG9Pmm

Regards,

1

From: **Aaron Minc** Aminc@minclaw.com 🖉
Subject: RE:
Date: July 15, 2020 at 10:49 AM
To: Dr. Lucas Murrey lucas@lucasmurrey.io



No problem, Lucas. Just wanted to make sure I gave you best advice/information
possible when disclosing all this.

Domingo's e-mail that we use to contact him is djr@icyberlaw.com.

The third party neutral company that the site requests we work with, is called IRC
(Internet Reputation Control, Inc.?). My understanding is that Domingo is (or at least used
to be) a part owner email is: internet.reputation.control@gmail.com

As I mentioned on the phone, they are not the most responsive bunch. Domingo has
really come through for us with for probably at least a dozen clients over the years acting
as an intermediary to help us get IP information from the websites for posters. He's a very
private individual. This line of work/association has gotten him targeted by nut cases
often… including other shaming site website owners. I wouldn't believe what's online
about him (although I don't keep tabs on what if anything is still out there).

Generally, if you want the site or Domingo to be helpful and work with you to remove
content or assist in providing IP information for posts the LAST thing you want to do is
threaten them legally. Especially since generally speaking claims, regardless of how well
intentioned they are, basically never succeed in these situations.

If there is anything else we can assist with, please do not hesitate to reach out and let me
know.

Regards,


**Aaron Minc**
Principal

**|||||| Minc**    Defamation Removal Law
Online Reputation &
Brand Protection Lawyers

Aminc@MincLaw.com
**Main:** (216) 373-7706
**Cell:** (330) 703-0214
**Fax:** (440) 792-5327

200 Park Avenue
Suite 200
Orange Village, Ohio 44122
Minclaw.com

This transmission is: (i) subject to attorney-client privilege, (ii) contains attorney work
product, and/or (iii) is otherwise confidential. If you are not the intended recipient, use and
disclosure of this message is prohibited. If you have received this in error, please (i) do