# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 20-6217 PA (SKx) | Date | December 11, 2020 |
|---|---|---|---|
| Title | Stewart Murrey v. Aaron Minc, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Gabriela Garcia | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

**Proceedings:**     IN CHAMBERS - COURT ORDER

Plaintiff Stewart Murrey, PhD ("Plaintiff") has filed an Ex Parte Application for Leave to File Sur-Reply (Docket No. 49), in which he seeks to respond to the Replies submitted in support of the Motions to Dismiss filed by defendants Domingo Rivera, Rivera Law Group PLC, Internet Reputation Control, PRVT LLC, Digital Revolution LLC, Aaron Minc, Minc Law, and Anthony Will. Having reviewed the Motions, Oppositions, and Replies, the Court concludes that Plaintiff's proposed Sur-Reply repeats arguments made in his Oppositions, includes documents and arguments that could have been asserted in his Oppositions, is otherwise unnecessary for the Court's consideration of the issues raised in the Motions to Dismiss, Oppositions, and Replies, and that the Replies do not raise "new matter" to which a Sur-Reply is warranted. The Court therefore denies Plaintiff's Ex Parte Application and will not consider the proposed Sur-Reply.

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that the Motions to Dismiss (Docket Nos. 26, 27, 28, 29, and 31) are appropriate for decision without oral argument. The hearing calendared for December 21, 2020, is vacated, and the matters taken off calendar. The Court will notify the parties once it issues an Order on the pending Motions.

IT IS SO ORDERED.