Vincent Cox (SBN 070511)
   *CoxV@ballardspahr.com*
Loralee Sundra (SBN 162732)
   *SundraL@ballardspahr.com*
**Ballard Spahr LLP**
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Tel.: 424.204.4400; Fax: 424.204.4350

Attorneys for Defendants
BRANDYOURSELF.COM, INC.,
CHRISTIAN TRYON, and TOM VITOLO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DR. STEWART LUCAS MURREY, an individual, <br><br> Plaintiff, <br><br> v. <br><br> AARON MINC, an individual, MINC LAW, a business entity; DOMINGO J. RIVERA, an individual; RIVERA LAW GROUP, PLC a.k.a. DOMINGO J. RIVERA, ATTORNEY AT LAW, PLC, a limited liability company; PRVT L.L.C., a limited liability company, ELIZABETH JORDAN, an individual; INTERNET REPUTATION CONTROL a.k.a. IRC, a business entity; ANTHONY WILL, an individual; DIGITAL REVOLUTION LLC a.k.a. REPUTATION RESOLUTIONS, a business entity; BRANDYOURSELF.COM, INC., a limited liability company, TOM VITOLO, an individual; CHRISTIAN TRYON, an individual; and JOHN DOE NUMBERS 1-10; <br><br> Defendants. | Case No. 2:20-cv-06217-PA (SKx) <br><br> **DECLARATION OF CHRISTIAN TRYON** <br><br> **JUDGE**: Hon. Percy Anderson <br> **DATE**: January 25, 2021 <br> **TIME**: 1:30 PM <br> **CTRM**: 9A |

DMWEST#40765833 v1

**DECLARATION OF CHRISTIAN TRYON**

# DECLARATION OF CHRISTIAN TRYON

I, Christian Tryon, declare:

1. The facts stated herein are personally known to me, and if called as a witness I could testify competently thereto.

2. I am a Senior Reputation Advisor for BrandYourself.com, Inc., a defendant in this action. I have held that position since October 2016. I make this Declaration in support of its Motion to Transfer the action to the Southern District of New York.

3. I reside in Pennsylvania, and when pandemic rules are not in effect, I work from the Lancaster, Pennsylvania offices of BrandYourself.com, Inc., located at 53 W. James Street, Lancaster, PA 17603.

4. As Senior Reputation Advisor, my job duties include taking what are referred to internally as intake calls. An intake call is a phone call initiated unsolicited, by a potential customer of my employer, and my job is to find out what the customer needs, and to match the customer with the services that are provided by BrandYourself.com, Inc. ("BrandYourself"). BrandYourself sells moderately priced reputation management services aimed at giving our customers online personal branding, and the improvement of their Google results, by moving negative results down, with the intention that people Googling our customers will be less likely to see negative information concerning them. We do not offer negative result removal services.

5. On February 6, 2017, I received a phone call from the Plaintiff in this action, who identified himself as Lucas Murrey. He said that he was a Yale Ph.D, who had published two works of scholarship. He said that the issue that prompted him to call me stemmed from the fact that a negative posting or postings regarding him had been made on the website cheaterreport.com. He said that he was going to be working with a company called Reputation Resolutions to attempt to get the

negative posting or postings removed.

6. I described for Murrey the services that Brand Yourself could provide for him, and the price for those services. I told him about the services that could be provided pursuant to a concierge agreement, lasting 12 months, at $399 a month. Specifically, Brand Yourself would build Murrey a website, and provide him with social media assistance that would enable him to build his brand, and establish authority. Such postings would also have the effect of moving negative content regarding Murrey farther down his Google results. Murrey said that he was interested in such a contract, and I caused Exhibit 1 to be sent to him for signature. Exhibit 1 is the BrandYourself Concierge Agreement, in the form in which it has been executed by both sides. Of course, when it was sent to Murrey, it had not yet been executed.

7. To the best of my knowledge, I had no further communications with Murrey. Signing of the contract was handled by the Director of Customer Relations, Tom Vitolo, and I believe that the BrandYourself services that Murrey had contracted for were provided by BrandYourself employees Lewis Kelley, Megan Webb, and Ryan Woerner.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed in Lancaster, Pennsylvania, on December 14, 2020.

Christian Tryon

2

# EXHIBIT 1

**BRANDYOURSELF.COM, INC.**
**CONCIERGE AGREEMENT**

THIS CONCIERGE AGREEMENT ("Agreement") is made as of the 02/08/2017 by and between Lucas Murrey ("Client"), and BRANDYOURSELF.COM, INC., a Delaware limited liability company (the "Company").

**Payment Plan Option:**

☑ Monthly Payment Plan: 12 monthly payments of $399.99/mo.

❏ Upfront Payment Plan: single payment of $4,560 ($240 savings)

1. Services. Pursuant to the terms and conditions hereof, Company shall provide the package of online reputation management services set forth in Schedule A attached hereto (the "Services").

2. Term; Fees; Payment.
   a. **Monthly Payment Plan:** The fees for the Services shall be $399.99 per month for twelve (12) months (the "Initial Term") with the first such payment payable on the date hereof and each subsequent payment due the same day of each subsequent month. The fees shall be charged to Client's credit card on file with Company's third party payment processing company. In the event of non-payment, Client shall remain responsible for all fees it owes to Company hereunder as well as any and all costs incurred by Company arising from or related to such non-payment, and Company shall have the right to cease providing the Services until Client is current on all such fees and costs owed to Company. If any such payment obligation is outstanding for 30 days or if the client wishes to terminate the agreement before the end of the Initial Term, they will not be responsible for paying the remainder of the engagement. The client will only be responsible for the equivalent of 3 months of fees. In either case, the Company reserves the right to terminate the agreement.

   b. **Upfront Payment Plan:** The fees for the Services shall be $4,560.00 for twelve (12) months (the "Initial Term.") The fees shall be charged to Client's credit card on file with Company's third party payment processing company on the date first written above.

   c. At the end of the Initial Term, unless the Client provides the Company email notice to support@brandyourself.com or written notice prior to the end of the Initial Term, the Services shall continue on a month to month basis at $399.99/month until the Client provides the Company with thirty (30) days email notice to the above address or by written notice. By way of clarification and not by limitation, the purpose of this subsection is meant to ensure that there is no period where the Client's websites, profiles and online presence for which the Company provides the Services are left stagnant.

3. Terms of Service; Privacy Policy. Company's Terms of Service and Privacy Policy, each as updated from time to time and posted on Company's website brandyourself.com (respectively, the "Terms of Service" and "Privacy Policy"), are incorporated herein by reference as an integral part of this Agreement.

4. Limitation of Warranties. Except as specifically stated in this Agreement, the Terms of Service or Privacy Policy, the Services are provided "as is" without warranty of any kind. **Company expressly disclaims all express, implied and statutory warranties. The total liability of Company for any claim made under this Agreement is limited to the amount Client paid to Company hereunder or, at Company's election, to supply the goods or Services to Client again.**

5. Consent to Use of Social Media. To assist Company in providing the Services, Client consents to Company's creation, accessing, use and updating of any social media in the name of Client. Client may revoke any portion of such consent by emailing support@brandyourself.com with the subject line "Revocation of Consent – Concierge". Company shall use commercially reasonable efforts to adhere to such revocation within 10 days thereafter. By granting this consent described in this Section, Client disclaims any claims under the Communications Decency Act of 1996, as amended, and for defamation and rights to privacy and publicity.

6. Miscellaneous. This Agreement shall be governed by, and construed and enforced in accordance with, the laws of the State of Delaware, excluding conflict of laws principles, and all actions or proceedings arising in

Doc ID: 879bfa677efadcc4eae173423d929e55412fd5e9

connection with this Agreement shall be tried and litigated exclusively in the federal or state courts located in New York, New York. This Agreement will bind and inure to the benefit of and be enforceable by Company and Client and their respective permitted assigns; provided that Client may not assign Client's rights or delegate Client's duties under this Agreement without the prior written consent of Company.

7. <u>Non Disparagement</u>. Neither Party shall make, publish or communicate to any person or entity or in any public forum any comments or statements (written or oral) that intentionally seek to denigrate or disparage, or are detrimental to, the reputation or stature of the other Party or its businesses, or any of its employees, directors and officers and existing and prospective Clients, suppliers, investors and other associated third parties.

The parties have executed this Agreement as of the date first written above.

| **Company: BRANDYOURSELF.COM, INC.** | **Client:** Lucas Murrey |
|---|---|
| **Signature:** *[signature]* | **Signature:** *[signature]* |
| **Name:** Tom Vitolo, Director of Customer Relations | **Name:** Lucas Murrey |



**Payment Authorization:**

You authorize your American Express, Visa, MasterCard, or other major credit card to be charged the amount indicated below for payment.

By signing this agreement, I Lucas Murrey, cardholder, authorize BRANDYOURSELF.COM, INC. to charge the following card for online reputation management services for Lucas Murrey as outlined in the Concierge Agreement above.

**Complete Billing Address as it appears on your statement (Street Address, City, State, ZIP):**

1521 Concord Pike, Suite 303

Wilmington, DE 19803

**Credit Card Number to be used for payment**: 5348930000013142

**Expiration Date**: 01/20     **CVV (3 digit code on back of card, 4 digit code for AMEX)**: 485

**Card Type (American Express, Discover, MasterCard, Visa, other)**: Mastercard

**Cardholder's Signature**: _[signature]_     **Date**: 02/08/2017

Doc ID: 879bfa677efadcc4eae173423d929e55412fd5e9

**SCHEDULE A**
**SERVICES**

1. <u>Custom Strategy</u>
    a. Strategy sessions to identify which content to create based on your situation.
    b. Creation of a custom link structure to interlink all current and new websites, profiles and content in a way that is optimal for search engines.

2. <u>Content Creation</u>
    a. Creation of profiles and web properties across the web based on the client's custom strategy, using unique content and ensuring those properties are built to be optimized for search engines.
        i. *The initial build of your branded properties (websites and Web 2.0 profiles) takes 30 - 45 days after the onboarding call takes place. The Company reserves the right to make these properties live online 45 days after first billing date, regardless of Client approval.*
    b. 1 Custom Websites (including domains and hosting).
    c. Up to 8 profiles: *There are core essential profiles that are created and linked back to your custom websites in the first month.*
    d. Ongoing Content Creation and Link Building: *In order to build authority in search engines, content needs to be updated regularly and new links need to be developed to increase the authority of the content that is created. The Company will continually update your profiles over the course of the campaign and build new, high quality links on a monthly basis.*
        i. Includes 1 piece of unique monthly content.

3. <u>Maintenance & Monthly Reports</u>
    a. Monitoring results and updating strategy accordingly.
    b. Updating content so it doesn't become stagnant.
    c. Updating link structure to keep it fresh.
    d. Written updates and personal phone calls every month.
    e. Building and maintenance of new links, profiles and websites every month based on Company's outlined strategy.



# Audit Trail

| | |
|---|---|
| **TITLE** | Lucas Murrey contract |
| **FILE NAME** | StandardTierConciergeAgreement.pdf |
| **DOCUMENT ID** | 879bfa677efadcc4eae173423d929e55412fd5e9 |
| **STATUS** | ● Completed |

## Document History

**SENT** — **02/08/2017** 16:38:48 UTC-5 — Sent for signature to Lucas Murrey (lucasmurrey@moneyandculture.org) and Tom Vitolo (tvitolo@brand-yourself.com)
IP: 173.163.6.229

**VIEWED** — **02/08/2017** 19:39:08 UTC-5 — Viewed by Lucas Murrey (lucasmurrey@moneyandculture.org)
IP: 4.15.165.222

**SIGNED** — **02/08/2017** 19:59:00 UTC-5 — Signed by Lucas Murrey (lucasmurrey@moneyandculture.org)
IP: 4.15.165.222

**VIEWED** — **02/09/2017** 10:15:32 UTC-5 — Viewed by Tom Vitolo (tvitolo@brand-yourself.com)
IP: 173.163.6.229

**SIGNED** — **02/09/2017** 10:15:59 UTC-5 — Signed by Tom Vitolo (tvitolo@brand-yourself.com)
IP: 173.163.6.229

**COMPLETED** — **02/09/2017** 10:15:59 UTC-5 — The document has been completed.