Vincent Cox (SBN 070511)
  CoxV@ballardspahr.com
Loralee Sundra (SBN 162732)
  SundraL@ballardspahr.com
**Ballard Spahr LLP**
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Tel.: 424.204.4400; Fax: 424.204.4350

Attorneys for Defendants
BRANDYOURSELF.COM, INC.,
CHRISTIAN TRYON, and TOM VITOLO

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| DR. STEWART LUCAS MURREY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AARON MINC, an individual, MINC LAW, a business entity; DOMINGO J. RIVERA, an individual; RIVERA LAW GROUP, PLC a.k.a. DOMINGO J. RIVERA, ATTORNEY AT LAW, PLC, a limited liability company; PRVT L.L.C., a limited liability company, ELIZABETH JORDAN, an individual; INTERNET REPUTATION CONTROL a.k.a. IRC, a business entity; ANTHONY WILL, an individual; DIGITAL REVOLUTION LLC a.k.a. REPUTATION RESOLUTIONS, a business entity; BRANDYOURSELF.COM, INC., a limited liability company, TOM VITOLO, an individual; CHRISTIAN TRYON, an individual; and JOHN DOE NUMBERS 1-10;<br><br>Defendants. | Case No. 2:20-cv-06217-PA (SKx)<br><br>**DECLARATION OF TOM VITOLO**<br><br>**JUDGE**: Hon. Percy Anderson<br>**DATE**: January 25, 2021<br>**TIME**: 1:30 PM<br>**CTRM**: 9A |

# **DECLARATION OF TOM VITOLO**

I, Tom Vitolo, declare:

1. The facts stated herein are personally known to me, and if called as a witness I could testify competently thereto.

2. I am Director of Customer Relations for BrandYourself.com, Inc., a defendant in this action. I have held that position since March 2016. I make this Declaration in support of its Motion to Transfer the action to the Southern District of New York.

3. I reside in the borough of Brooklyn in New York City, New York, and when pandemic rules are not in effect, I work from the New York City headquarters of BrandYourself.com, Inc., located at 336 W. 37th Street, Suite 1200, NYC, NY 10018.

4. In my capacity as Director of Customer Relations I typically receive all customer contracts for review and execution by me. With the exception of those customer contracts that were signed while I was out of the office on vacation, or due to illness, I sign all such contracts.

5. Attached hereto marked Exhibit 1, which is the February 8, 2017 contract between BrandYourself.com, Inc. and Lucas Murrey. Exhibit 1 incorporated by reference the Terms of Service for the website then in effect (Exhibit 2). I signed on behalf of my employer, and the log of contacts that is attached as Exhibit 3 sets forth the date and time in which the contract was transmitted to and from me, and to and from Mr. Murrey.

6. I did not have any conversations with Mr. Murrey, nor did I have any email communications with him. Until this lawsuit was filed, I had no contact with Mr. Murrey, other than in connection with my signing of Exhibit 1.

7. I am informed and believe that Mr. Murrey terminated his contract with BrandYourself.com, Inc. on May 20, 2017, and transferred its services to a friend of

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

1  his named Flor Edwards on that date. He paid for her contract for approximately two
2  months thereafter, and then terminated any relationship with BrandYourself.com,
3  Inc.
4      I declare under penalty of perjury that the foregoing is true and correct, and
5  that this Declaration was executed in New York City, New York, on December 13,
6  2020.

                                                Tom Vitolo

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

DMWEST #40755392 v1

2

**DECLARATION OF TOM VITOLO**

# EXHIBIT 1

**BRANDYOURSELF.COM, INC.**
**CONCIERGE AGREEMENT**

THIS CONCIERGE AGREEMENT ("Agreement") is made as of the 02/08/2017 by and between Lucas Murrey ("Client"), and BRANDYOURSELF.COM, INC., a Delaware limited liability company (the "Company").

**Payment Plan Option:**

☑ Monthly Payment Plan: 12 monthly payments of $399.99/mo.

❏ Upfront Payment Plan: single payment of $4,560 ($240 savings)

1. Services. Pursuant to the terms and conditions hereof, Company shall provide the package of online reputation management services set forth in Schedule A attached hereto (the "Services").

2. Term; Fees; Payment.
   a. **Monthly Payment Plan:** The fees for the Services shall be $399.99 per month for twelve (12) months (the "Initial Term") with the first such payment payable on the date hereof and each subsequent payment due the same day of each subsequent month. The fees shall be charged to Client's credit card on file with Company's third party payment processing company. In the event of non-payment, Client shall remain responsible for all fees it owes to Company hereunder as well as any and all costs incurred by Company arising from or related to such non-payment, and Company shall have the right to cease providing the Services until Client is current on all such fees and costs owed to Company. If any such payment obligation is outstanding for 30 days or if the client wishes to terminate the agreement before the end of the Initial Term, they will not be responsible for paying the remainder of the engagement. The client will only be responsible for the equivalent of 3 months of fees. In either case, the Company reserves the right to terminate the agreement.

   b. **Upfront Payment Plan:** The fees for the Services shall be $4,560.00 for twelve (12) months (the "Initial Term.") The fees shall be charged to Client's credit card on file with Company's third party payment processing company on the date first written above.

   c. At the end of the Initial Term, unless the Client provides the Company email notice to support@brandyourself.com or written notice prior to the end of the Initial Term, the Services shall continue on a month to month basis at $399.99/month until the Client provides the Company with thirty (30) days email notice to the above address or by written notice. By way of clarification and not by limitation, the purpose of this subsection is meant to ensure that there is no period where the Client's websites, profiles and online presence for which the Company provides the Services are left stagnant.

3. Terms of Service; Privacy Policy. Company's Terms of Service and Privacy Policy, each as updated from time to time and posted on Company's website brandyourself.com (respectively, the "Terms of Service" and "Privacy Policy"), are incorporated herein by reference as an integral part of this Agreement.

4. Limitation of Warranties. Except as specifically stated in this Agreement, the Terms of Service or Privacy Policy, the Services are provided "as is" without warranty of any kind. **Company expressly disclaims all express, implied and statutory warranties. The total liability of Company for any claim made under this Agreement is limited to the amount Client paid to Company hereunder or, at Company's election, to supply the goods or Services to Client again.**

5. Consent to Use of Social Media. To assist Company in providing the Services, Client consents to Company's creation, accessing, use and updating of any social media in the name of Client. Client may revoke any portion of such consent by emailing support@brandyourself.com with the subject line "Revocation of Consent – Concierge". Company shall use commercially reasonable efforts to adhere to such revocation within 10 days thereafter. By granting this consent described in this Section, Client disclaims any claims under the Communications Decency Act of 1996, as amended, and for defamation and rights to privacy and publicity.

6. Miscellaneous. This Agreement shall be governed by, and construed and enforced in accordance with, the laws of the State of Delaware, excluding conflict of laws principles, and all actions or proceedings arising in

connection with this Agreement shall be tried and litigated exclusively in the federal or state courts located in New York, New York. This Agreement will bind and inure to the benefit of and be enforceable by Company and Client and their respective permitted assigns; provided that Client may not assign Client's rights or delegate Client's duties under this Agreement without the prior written consent of Company.

7. <u>Non Disparagement</u>. Neither Party shall make, publish or communicate to any person or entity or in any public forum any comments or statements (written or oral) that intentionally seek to denigrate or disparage, or are detrimental to, the reputation or stature of the other Party or its businesses, or any of its employees, directors and officers and existing and prospective Clients, suppliers, investors and other associated third parties.

The parties have executed this Agreement as of the date first written above.

| Company: BRANDYOURSELF.COM, INC. | Client: Lucas Murrey |
|---|---|
| Signature: | Signature: |
| Name: Tom Vitolo, Director of Customer Relations | Name: Lucas Murrey |



**Payment Authorization:**

You authorize your American Express, Visa, MasterCard, or other major credit card to be charged the amount indicated below for payment.

By signing this agreement, I Lucas Murrey, cardholder, authorize BRANDYOURSELF.COM, INC. to charge the following card for online reputation management services for Lucas Murrey as outlined in the Concierge Agreement above.

**Complete Billing Address as it appears on your statement (Street Address, City, State, ZIP):**

1521 Concord Pike, Suite 303

Wilmington, DE 19803

**Credit Card Number to be used for payment**: 5348930000013142

**Expiration Date**: 01/20      **CVV (3 digit code on back of card, 4 digit code for AMEX)**: 485

**Card Type (American Express, Discover, MasterCard, Visa, other)**: Mastercard

**Cardholder's Signature**: [signature]      **Date**: 02/08/2017

Doc ID: 879bfa677efadcc4eae173423d929e55412fd5e9

## SCHEDULE A
## SERVICES

1. <u>Custom Strategy</u>
    a. Strategy sessions to identify which content to create based on your situation.
    b. Creation of a custom link structure to interlink all current and new websites, profiles and content in a way that is optimal for search engines.

2. <u>Content Creation</u>
    a. Creation of profiles and web properties across the web based on the client's custom strategy, using unique content and ensuring those properties are built to be optimized for search engines.
        i. *The initial build of your branded properties (websites and Web 2.0 profiles) takes 30 - 45 days after the onboarding call takes place. The Company reserves the right to make these properties live online 45 days after first billing date, regardless of Client approval.*
    b. 1 Custom Websites (including domains and hosting).
    c. Up to 8 profiles: *There are core essential profiles that are created and linked back to your custom websites in the first month.*
    d. Ongoing Content Creation and Link Building: *In order to build authority in search engines, content needs to be updated regularly and new links need to be developed to increase the authority of the content that is created. The Company will continually update your profiles over the course of the campaign and build new, high quality links on a monthly basis.*
        i. Includes 1 piece of unique monthly content.

3. <u>Maintenance & Monthly Reports</u>
    a. Monitoring results and updating strategy accordingly.
    b. Updating content so it doesn't become stagnant.
    c. Updating link structure to keep it fresh.
    d. Written updates and personal phone calls every month.
    e. Building and maintenance of new links, profiles and websites every month based on Company's outlined strategy.

**HELLOSIGN**                                                                 Audit Trail

| | |
|---|---|
| **TITLE** | Lucas Murrey contract |
| **FILE NAME** | StandardTierConciergeAgreement.pdf |
| **DOCUMENT ID** | 879bfa677efadcc4eae173423d929e55412fd5e9 |
| **STATUS** | ● Completed |

Document History

**SENT**
**02/08/2017**
16:38:48 UTC-5
Sent for signature to Lucas Murrey (lucasmurrey@moneyandculture.org) and Tom Vitolo (tvitolo@brand-yourself.com)
IP: 173.163.6.229

**VIEWED**
**02/08/2017**
19:39:08 UTC-5
Viewed by Lucas Murrey (lucasmurrey@moneyandculture.org)
IP: 4.15.165.222

**SIGNED**
**02/08/2017**
19:59:00 UTC-5
Signed by Lucas Murrey (lucasmurrey@moneyandculture.org)
IP: 4.15.165.222

**VIEWED**
**02/09/2017**
10:15:32 UTC-5
Viewed by Tom Vitolo (tvitolo@brand-yourself.com)
IP: 173.163.6.229

**SIGNED**
**02/09/2017**
10:15:59 UTC-5
Signed by Tom Vitolo (tvitolo@brand-yourself.com)
IP: 173.163.6.229

**COMPLETED**
**02/09/2017**
10:15:59 UTC-5
The document has been completed.

# EXHIBIT 2



PERSONAL    BUSINESS    ABOUT         LOG IN    GET STARTED

# Terms of Service

Last updated: November 21, 2013

By accessing or using the website brandyourself.com (the "Website"), you agree to abide by these Terms of Service ("Agreement") prepared by Brand-Yourself.com, LLC, a Delaware limited liability company ("Company" or "BrandYourself"). If you do not agree to abide by this Agreement, please do not access or use the Website. If you are accessing or using the Website on behalf of a business or other entity, by access or use, that business or entity accepts these terms and you warrant that you are authorized to accept these terms on behalf of such business or other entity. This Agreement is effective as of the date you access the Website and, each time you access or use the Website, you agree to abide by this Agreement as the date of such use or access.

You have the right to receive this Agreement in non-electronic form. You may request a non-electronic copy of this Agreement either before or after you electronically sign the Agreement. To receive a non-electronic copy of this Agreement, please contact us at support@brandyourself.com.

The Website includes a number of services regarding search engine optimization ("Services") which are made available after registration. You agree to provide accurate and current information for such registration, and to update such information completely and timely as needed. You agree not to deceive or obfuscate in making such registration.

By accessing the Website or using the Services, you consent to have this Agreement provided to you in electronic form.

## Section I: Do's and Don'ts When Using BrandYourself:

1. **Do use our services in a professional manner, comply with all applicable laws, post accurate info about yourself, and comply with our Privacy Policy. Specifically:**

    - Comply with all applicable laws, including, without limitation, privacy laws, intellectual property laws, export control laws, tax laws, and regulatory requirements;
    - Provide accurate information to us and update it as necessary to keep it accurate;
    - Review and comply with our Privacy Policy;
    - Review and comply with emails or notices sent by BrandYourself concerning our services;
    - Use our Services in a professional manner.

    The Company reserves the right to investigate and terminate your membership or use of our Website if you have misused the Website, or behaved in a way which could be regarded as inappropriate or whose conduct is unlawful or illegal, as determined in the Company's sole discretion.

2. **Don't post inappropriate content, misrepresent who you are or harass other users.**

    You are solely responsible for the Content (as defined below) that you publish or display (hereinafter, "Post") on the Website, or transmit to other users of the Website ("Users"). You will not Post on the Website, or transmit to other Users, any defamatory, inaccurate, abusive, obscene, profane, offensive, sexually oriented, threatening, harassing, racially offensive, or illegal material, or any material that infringes or violates another party's rights (including, but not limited to, intellectual property rights, and rights of privacy and publicity). You will not provide inaccurate, misleading or false information to the Company or to any other User. If information provided to the Company, or another User, subsequently becomes inaccurate, misleading or false, you will promptly notify the Company of such change.

 BrandYourself        PERSONAL    BUSINESS    ABOUT         LOG IN    GET STARTED

By Posting Content to any public area of the Company, you automatically grant, and you represent and warrant that you have the right to grant, to the Company, its affiliates, licensees and successors, an irrevocable, perpetual, non-exclusive, fully paid, worldwide license to use, copy, perform, display, reproduce, adapt, modify and distribute such information and content and to prepare derivative works of, or incorporate into other works, such information and content, and to grant and authorize sublicenses of the foregoing. You further represent and warrant that public Posting and use of your content by the Company will not infringe or violate the rights of any third party.

The following is a partial list of the kind of Content and other actions that are illegal or prohibited on the Website. The Company reserves the right to investigate and take appropriate legal action in its sole discretion against anyone who violates this provision, including without limitation, removing the offending communication from the Website, terminating the membership of such violators or preventing their use of the Website. It includes, but is not limited to

i. Content that:

   a. is patently offensive to the online community, such as Content that promotes racism, bigotry, hatred or physical harm of any kind against any group or individual;

   b. is an unwelcome communication sent to others using BrandYourself;

   c. promotes information that is false, misleading or promotes illegal activities or conduct that is abusive, threatening, obscene, defamatory or libelous;

   d. promotes an illegal or unauthorized copy of another person's copyrighted work, such as providing pirated computer programs or links to them, providing information to circumvent manufacture-installed copy-protect devices, or providing pirated images, audio or video, or links to pirated images, audio or video files;

   e. contains restricted or password only access pages, or hidden pages or images (those not linked to or from another accessible page);

   f. provides material that exploits people under the age of 18 in a sexual or violent manner, or solicits personal information from anyone under the age of 18;

   g. provides instructional information about illegal activities such as making or buying illegal weapons, violating someone's privacy, or providing or creating computer viruses;

   h. solicits passwords or personal identifying information for commercial or unlawful purposes from other Users; and

   i. engages in commercial activities and/or sales without our prior written consent such as contests, sweepstakes, barter, advertising, and pyramid schemes.

ii. the following actions:

   a. create a user profile for anyone other than yourself, or create a profile for a business;

   b. upload a profile image that is not your likeness or a headshot photo;

   c. use or attempt to use another's account without authorization from the Company, or create a false identity on the Website;

   d. falsely state, impersonate or otherwise misrepresents your identity, including but not limited to the use of a pseudonym, or misrepresenting your current or previous positions and qualifications, or your affiliations with a person or entity, past or present;

   e. add to a content field content that is not intended for such field (i.e. submitting a telephone number in the "title" or any other field, or including telephone numbers, email addresses, street addresses or any personally identifiable information for which there is not a field provided by BrandYourself). At your own discretion protect personal information you deem sensitive, such as your email address, phone number, street address, or other information that is confidential in nature;

   f. include information that you do not have the right to disclose or make available under any law or under contractual or fiduciary relationships (such as insider. information, or proprietary and confidential information learned or disclosed as part of employment relationships or under nondisclosure agreements);

   g. infringe upon patents, trademarks, trade secrets, copyrights or other proprietary rights;

   h. include any unsolicited or unauthorized advertising, promotional materials, "junk mail," "spam," "chain letters," "pyramid schemes," or any other form of solicitation.

   i. make any Post that contains software viruses, worms, or any other computer code, files or programs that interrupt, destroy or limit the functionality of any computer software or hardware or telecommunications equipment of BrandYourself or any User of BrandYourself;

   j. forge headers or otherwise manipulate identifiers in order to disguise the origin of any communication transmitted through the Services;

**3. Don't steal, reverse engineer, monetize or falsely associate with our product/content. Specifically, don't:**

- Duplicate, license, sublicense, publish, broadcast, transmit, distribute, perform, display, sell, rebrand, or otherwise transfer information found on BrandYourself (excluding content posted by you) except as expressly authorized by BrandYourself;



PERSONAL    BUSINESS    ABOUT         LOG IN     GET STARTED

- any service that is competitive, in BrandYourself's sole discretion, with BrandYourself;
- Imply or state, directly or indirectly, that you are affiliated with or endorsed by BrandYourself unless you have entered into a written agreement with BrandYourself;
- Adapt, modify or create derivative works based on BrandYourself or technology underlying the Services, or other Users' content, in whole or part;
- Rent, lease, loan, trade, sell/re-sell access to BrandYourself or any information therein, or the equivalent, in whole or part;
- Sell, sponsor, or otherwise monetize any service or functionality of BrandYourself, without the express written permission of BrandYourself.

**4. Don't interfere with the proper working of our product, hack us, scrape us, or infringe on our copyright.**

**Specifically, don't:**

All copyrightable text, audio, video, graphics, charts, photographs, icons, and the design, selection and arrangement of content in any medium on the Website are copyrighted by the Company, unless otherwise noted. The distinctive and original layout and presentation of the Website also constitutes protectable trade dress under applicable federal law. In addition, proprietary names and marks belonging to the Company may appear throughout the Website.

The Website may also contain references to third-party marks, and copies of third-party copyrighted materials, which are the property of their respective owners. Any unauthorized use of any trade dress, marks, or any other intellectual property belonging to the Company or any third party is strictly prohibited to the fullest extent of the law.

Opinions, advice, statements, offers, or other information or content made available through the Services, but not directly by the Company, are those of their respective authors, and should not necessarily be relied upon. Such authors are solely responsible for such content. The Company does not: (i) guarantee the accuracy, completeness, or usefulness of any information on the Website, or (ii) adopt, endorse or accept responsibility for the accuracy or reliability of any opinion, advice, or statement made by any party that appears on the Website. Under no circumstances will the Company or its affiliates be responsible for any loss or damage resulting from your reliance on information or other content Posted on the Website or transmitted to or by any User.
The following is a partial list of the kind of actions that are illegal or prohibited on the Website because they interfere with the proper working of our Services and/or our intellectual property. The Company reserves the right to investigate and take appropriate legal action in its sole discretion against anyone who violates this provision, including without limitation, removing the offending communication from the Website, terminating the membership of such violators or preventing their use of the Website. It includes, but is not limited to

- Collecting, using, copying or transferring any information, including, but not limited to, personally identifiable information obtained from the Website or BrandYourself except as expressly permitted in this Agreement or as the owner of such information may expressly permit;
- Sharing information of non-Users without their express consent;
- Infringing or using BrandYourself's brand, logos and/or trademarks, including, without limitation, using the word "BrandYourself" in any business name, email, or URL or including BrandYourself's trademarks and logos except as expressly permitted by BrandYourself;
- Using manual or automated software, devices, scripts robots, other means or processes to access, "scrape," "crawl" or "spider" any web pages or other services contained in the Website or in any way reproduce or circumvent the navigational structure or presentation of the Website;
- Using bots or other automated methods to access the Website, add content to the Website or perform other activities through the Website or BrandYourself, unless explicitly permitted by BrandYourself;
- Accessing, via automated or manual means or processes, the Website for purposes of monitoring BrandYourself's availability, performance or functionality for any competitive purpose;
- Engaging in "framing," "mirroring," or otherwise simulating the appearance or function of the Website;
- Attempting to or actually override any security component included in or underlying the Website;
- Engaging in any action that directly or indirectly interferes with the proper working of or places an unreasonable load on the Website or any of BrandYourself's infrastructure, including, but not limited to, sending unsolicited communications to other Users or BrandYourself personnel, attempting to gain unauthorized access to the Website, or transmitting or activating computer viruses through or on the Website;
- Interfering with or disrupting or gaming the Website, BrandYourself or the Services, including, but not limited to, any servers or networks connected to the Website;
- Posting, distributing or reproducing in any way any copyrighted material, trademarks, or other proprietary information without obtaining the prior consent of the owner of such proprietary rights;
- Removing any copyright, trademark or other proprietary rights notices contained in the Website.
- Posting, emailing or otherwise transmitting any material that contains software viruses or any other computer code, files or programs designed to interrupt, destroy or limit the functionality of any computer software or hardware or telecommunications equipment.

Live Chat   64    Menu



PERSONAL   BUSINESS   ABOUT     LOG IN   GET STARTED

otherwise disassembling any portion of the Website or any software used on or for the Service or the Website or cause others to do so.

In order to protect the integrity of the Service and Website, the Company reserves the right at any time in its sole discretion to block Users from certain IP addresses from accessing the Website.

The Company shall respond to notices of alleged copyright infringement and terminate accounts of repeat infringers according to the process set out in the U.S. Digital Millennium Copyright Act. If you have a good faith belief that your work has been copied in a way that constitutes copyright infringement, or that your intellectual property rights have been otherwise violated, you can submit a notice of claimed infringement to the Company's designated agent by email at support@brandyourself.com. The notice must contain, at least, the following information:

   a. An identification of the copyrighted work claimed to have been infringed.
   b. An identification of the material that is claimed to be infringing and information reasonably sufficient to permit the Company to locate the material.
   c. Information reasonably sufficient to permit the Company to contact you, such as an address, telephone number, and, if available, an email address.
   d. An express statement that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner.
   e. An express statement that the information in the notice is accurate, and under penalty of perjury, that you are authorized to act on behalf of the owner of the copyright that you claim is being infringed upon.
   f. A physical or electronic signature (i.e., /s/NAME) of the owner or person authorized to act on behalf of the owner of the copyright that you claim is being infringed upon.

## Section II: Additional Key Terms Regarding the Website:

1. **Warranty.** The Company does not warrant the accuracy, currency or completeness of the information or the reliability of any advice, opinion, statement or other materials displayed on, or distributed through, the Website. The information set forth in the Website may contain inaccuracies and typographical errors. You acknowledge that any reliance on any such opinion, advice, statement, memorandum or materials shall be at your sole risk. The Company does not provide any warranty, representation or user assurance as to the completeness or accuracy of data downloaded or information obtained or from or available on the Website. The Company does not provide any warranty, representation or user assurance that your use of the Website, results you may obtain from use of the Website, or material, information, or data downloaded or otherwise obtained from the Website will be uninterrupted, timely, without delays, secure, error free, or will meet any user's requirement.

   YOU EXPRESSLY AGREE THAT YOUR USE OF, OR INABILITY TO USE, THE WEBSITE IS AT YOUR SOLE RISK. THE WEBSITE AND THE INFORMATION AND MATERIALS ON THE WEBSITE ARE PROVIDED "AS IS." WHERE PERMITTED BY LAW, THE COMPANY SPECIFICALLY DISCLAIMS ANY REPRESENTATION OR WARRANTY, EXPRESS OR IMPLIED, OF ANY KIND, INCLUDING, BUT NOT LIMITED TO, WARRANTIES OF MERCHANTABILITY, NONINFRINGEMENT OR FITNESS FOR ANY PARTICULAR PURPOSE.

2. **Indemnification and Release.** By accessing and using the Website, you, and any other person or entity on behalf of whom you are accessing the Website, agree to indemnify the Company and any parent, subsidiary or affiliated entities, and their respective members, managers, partners, shareholders, officers, directors, employees, representatives and agents ("Indemnified Persons"), and hold them harmless from any and all claims and expenses, including without limitation attorney's fees, arising from your use of the Website. In addition, you hereby release each of the Indemnified Persons from any and all claims, demands, debts, obligations, damages (actual or consequential), costs and expenses of any kind or nature whatsoever, whether known or unknown, suspected or unsuspected, disclosed or undisclosed, that you may have against them arising out of or in any way related to such disputes. You hereby agree to waive all laws that may limit the efficacy of such releases. If you are a California resident, you waive California Civil Code § 1542, which states "A general release does not extend to claims which the creditor does not know or suspect to exist in his favor, at the time of executing the release, which if known by him must have materially affected his settlement with the debtor."

3. **Limitation of Damages.** TO THE FULLEST EXTENT PERMITTED BY LAW, IN NO EVENT SHALL THE COMPANY BE LIABLE FOR SPECIAL, INCIDENTAL, CONSEQUENTIAL, INDIRECT, EXEMPLARY, PUNITIVE OR TORT DAMAGES, INCLUDING, BUT NOT LIMITED TO, DAMAGES RESULTING FROM LOSS OF USE, LOSS OF DATA, LOSS OF PROFITS OR LOSS OF BUSINESS OR DIMINUTION OF VALUE ARISING OUT OF OR IN CONNECTION WITH THAT ARE RELATED TO OR ARISE IN ANY MANNER OUT OF THE USE OF, OR THE INABILITY TO USE, OR ANY DECISION OR ACTION TAKEN IN RELIANCE UPON, THE INFORMATION, CONTENT, MATERIALS, AND FUNCTIONS OF THE WEBSITE OR ANY LINKED WEBSITE, AND WHETHER BASED IN TORT, CONTRACT, NEGLIGENCE, STRICT LIABILITY OR OTHERWISE, EVEN IF WE ARE OR HAVE BEEN EXPRESSLY ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.





PERSONAL    BUSINESS    ABOUT    LOG IN    GET STARTED

4. **Third-Party Sites.** In the event the Website provides links to other websites, if you use these sites, you will leave the Website. If you decide to visit any linked site, you do so at your own risk. In addition, third-party sites may be linked to the Website, with or without our consent. The Company makes no warranty or representation regarding, does not endorse, and does not accept any responsibility for, any websites linked to or from the Website or the information appearing thereon or any of the products or services described thereon. Links do not imply that the Company endorses, is affiliated or associated with, the owner of such linked websites or that the Company is legally authorized to use any trademark, trade name, logo or copyright symbol displayed in or accessible through the links, or that any linked site is authorized to use any trademark, trade name, logo or copyright symbol of the Company or any of its affiliates.

If you operate another website and are interested in linking to our Website, you agree to be bound by the following rules: (a) the link must be a text-only link clearly marked; (b) the link must "point" to the URL "www.brandyourself.com" and not to any other pages; (c) the link, and use thereof, must be in connection with a website of appropriate subject matter which furthers the mission of the Company; (d) the link, and use thereof, may not be such that may damage or dilute the goodwill associated with the Company's names and marks; (e) the link, and use thereof, may not create the false appearance that an entity other than the Company is associated with or sponsored by the Company; (f) the link, when activated by a User, must display this site full-screen and not with a "frame" on the linked website; (g) you must obtain the prior written consent of the Company, and (h) the Company reserves the right to revoke consent to the link at any time in its sole discretion, either by amending these terms and conditions of use or through other notice.

5. **User Disputes.** You are solely responsible for your interactions with other the Users. The Company reserves the right, but has no obligation, to monitor disputes between you and other Users.

6. **Disclaimers.** The Company is not responsible for any incorrect or inaccurate Content Posted on the Website or in connection with the Service, whether caused by Users of the Website, members or by any of the equipment or programming associated with or utilized in the Service. The Company is not responsible for the conduct, whether online or offline, of any User. The Company assumes no responsibility for any error, omission, interruption, deletion, defect, delay in operation or transmission, communications line failure, theft or destruction or unauthorized access to, or alteration of, User communications. The Company is not responsible for any problems or technical malfunction of any telephone network or lines, computer online systems, servers or providers, computer equipment, software, failure of email or players on account of technical problems or traffic congestion on the Internet or at any Website or combination thereof, including injury or damage to Users or to any other person's computer related to or resulting from participating or downloading materials in connection with the Web and/or in connection with the Service. Under no circumstances will the Company or any of its affiliates, advertisers, promoters or distribution partners be responsible for any loss or damage, including personal injury or death, resulting from anyone's use of the Website or the Service, any Content Posted on the Website or transmitted to Users, or any interactions between Users of the Website, whether online or offline. The Website and the Service are provided "AS-IS" and the Company expressly disclaims any warranty of fitness for a particular purpose or non-infringement. The Company cannot guarantee and does not promise any specific results from use of the Website and/or the Service.

In addition to the preceding paragraph and other provisions of this Agreement, any advice that may be Posted on the Website is for informational and entertainment purposes only and is not intended to replace or substitute for any professional financial, medical, legal, or other advice. The Company makes no representations or warranties and expressly disclaims any and all liability concerning any treatment, action by, or effect on any person following the information offered or provided within or through the Website. If you have specific concerns or a situation arises in which you require professional or medical advice, you should consult with an appropriately trained and qualified specialist.

7. **No Agency.** You hereby agree and acknowledge that your provision of services and/or your use of the site, does not confer or imply any contractor (independent or otherwise), agency, partnership, joint venture, employee-employer or franchiser-franchisee relationship with us and furthermore that no affiliation, association or connection exists between you and us. In no event shall you have authority to bind, commit, contract for, or otherwise obligate the Company in any manner whatsoever.

8. **Right to Reject or Remove Users.** We reserve the absolute right to reject your participation, or remove you from your current participation, in the Website or Concierge Services at any time and for any reason (including, but not limited to, felony convictions or sex offenses) or for no reason and without notice to you. Actions that may result in the rejection or removal of your participation can include, but are not limited to: any violation of the terms of this Agreement; your creation, maintenance and/or management of more than one account; your non-payment in full any unpaid fees; any attempt by you to improperly influence, or cause another to improperly influence the feedback of Users; or any attempt by you to harass, or cause another to harass, or have inappropriate communications with a User.

9. **9. Miscellaneous:** This Agreement shall be governed by the laws of the State of Delaware, without giving effect to its conflict of laws provisions. These terms and conditions of use constitute the entire agreement between the Company and you with respect to your use of the Website. To the fullest extent permitted by applicable law, you agree that these terms and conditions of use and any other documentation may be provided to you electronically. Any claim you may have with respect to your use of the Website must be commenced within one (1) year after the claim or cause of action arises. You agree that any claims arising out of or relating to these terms or your use of the Website will be litigated exclusively in the federal or state courts located in New York, New York, USA, and you and the Company consent to personal jurisdiction in those courts, and you agree to waive a trial by jury.



PERSONAL  BUSINESS  ABOUT      LOG IN      GET STARTED

similar group of plaintiffs whether or not constituting a class against the other party).

If any provision hereof to be unenforceable, that provision shall be enforced to the maximum extent permissible so as to effect the intent of these terms and conditions of use, and the remainder shall continue in full force and effect.

In any action or proceeding instituted by a party arising in whole or in part under, related to, based on or in connection with this Agreement or the subject matter hereof, the prevailing party will be entitled to receive from the losing party reasonable attorney's fees, costs and expenses incurred in connection therewith, including any appeals therefrom.

Information displayed on the Website is subject to modification without notice. The Company reserves the right to modify the Website without any obligation to notify past, current or prospective Website Users. The Company may also terminate, suspend or discontinue any aspect of the Website, including your use, the availability of any features of the Website, at any time. We may also impose limits on certain features and services or restrict your access to parts of or the entire Website without notice or liability.

### ABOUT US
About
Team
Press
Careers
BrandYourself Reviews
How it Works
Concierge Services

### RESOURCES
BrandYourself University
Frequently Asked Questions
Why Your Google Results Matter
Online Reputation Management
Reputation Monitoring
Online Reputation Repair
Our SEO Philosophy
Privacy Policy
Terms of Service

### CONTACT US
Call us at (646) 863-8226
Contact Us
Partners
Facebook
Twitter
Google+
LinkedIn

### OUR BLOG
All Posts
Company News
Online Reputation
Personal Branding

Common Searches:   Branding Yourself   Google My Name   How to Brand Yourself   Your Brand   What is Personal Branding   Online Reputation

 Live Chat  ☎ 646-863-8226

# EXHIBIT 3

# HELLOSIGN

# Audit Trail

| | |
|---|---|
| **TITLE** | Lucas Murrey contract |
| **FILE NAME** | StandardTierConciergeAgreement.pdf |
| **DOCUMENT ID** | 879bfa677efadcc4eae173423d929e55412fd5e9 |
| **STATUS** | ● Completed |

## Document History

**SENT**
**02/08/2017**
16:38:48 UTC-5
Sent for signature to Lucas Murrey (lucasmurrey@moneyandculture.org) and Tom Vitolo (tvitolo@brand-yourself.com)
IP: 173.163.6.229

**VIEWED**
**02/08/2017**
19:39:08 UTC-5
Viewed by Lucas Murrey (lucasmurrey@moneyandculture.org)
IP: 4.15.165.222

**SIGNED**
**02/08/2017**
19:59:00 UTC-5
Signed by Lucas Murrey (lucasmurrey@moneyandculture.org)
IP: 4.15.165.222

**VIEWED**
**02/09/2017**
10:15:32 UTC-5
Viewed by Tom Vitolo (tvitolo@brand-yourself.com)
IP: 173.163.6.229

**SIGNED**
**02/09/2017**
10:15:59 UTC-5
Signed by Tom Vitolo (tvitolo@brand-yourself.com)
IP: 173.163.6.229

**COMPLETED**
**02/09/2017**
10:15:59 UTC-5
The document has been completed.

HELLOSIGN

Audit Trail