Vincent Cox (SBN 070511)
 *CoxV@ballardspahr.com*
Loralee Sundra (SBN 162732)
 *SundraL@ballardspahr.com*
**Ballard Spahr LLP**
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Tel.: 424.204.4400; Fax: 424.204.4350

Attorneys for Defendants
BRANDYOURSELF.COM, INC.,
CHRISTIAN TRYON, and TOM VITOLO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DR. STEWART LUCAS MURREY, an individual,<br><br>                    Plaintiff,<br><br>    v.<br><br>AARON MINC, an individual, MINC LAW, a business entity; DOMINGO J. RIVERA, an individual; RIVERA LAW GROUP, PLC a.k.a. DOMINGO J. RIVERA, ATTORNEY AT LAW, PLC, a limited liability company; PRVT L.L.C., a limited liability company, ELIZABETH JORDAN, an individual; INTERNET REPUTATION CONTROL a.k.a. IRC, a business entity; ANTHONY WILL, an individual; DIGITAL REVOLUTION LLC a.k.a. REPUTATION RESOLUTIONS, a business entity; BRANDYOURSELF.COM, INC., a limited liability company, TOM VITOLO, an individual; CHRISTIAN TRYON, an individual; and JOHN DOE NUMBERS 1-10,<br><br>                    Defendants. | Case No. 2:20-cv-06217-PA (SKx)<br><br>**CORPORATE DISCLOSURE STATEMENT [F.R.C.P. 7.1] AND NOTICE OF INTERESTED PARTIES [L.R. 7.1-1]** |

DMWEST #40770703 v1

**CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES**

**TO THE COURT AND ALL PARTIES OF RECORD HEREIN:**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for BrandYourself.com, Inc., Tom Vitolo, and Christian Tryon, certifies that there is no publicly-held corporation that owns 10 percent or more of the stock of BrandYourself.com, Inc.

Further, pursuant to Rule 7.1-1 of this Court's Local Rules, the undersigned counsel of record of BrandYourself.com, Inc., Tom Vitolo, and Christian Tryon, certify that the following parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| PARTY | CONNECTION/INTEREST |
| --- | --- |
| Dr. Stewart Lucas Murrey | Plaintiff |
| Aaron Minc | Defendant |
| Minc Law | Defendant |
| Domingo J. Rivera | Defendant |
| Rivera Law Group, PLC a.k.a. Domingo J. Rivera, Attorney at Law, PLC | Defendant |
| Prvt L.L.C. | Defendant |
| Elizabeth Jordan | Defendant |
| Internet Reputation Control a.k.a. IRC | Defendant |
| Anthony Will | Defendant |
| Digital Revolution LLC a.k.a. Reputation Resolutions | Defendant |
| Brandyourself.Com, Inc. | Defendant |
| Tom Vitolo | Defendant |
| Christian Tryon | Defendant |

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

| | |
|---|---|
| Coalition, Inc. | Insurer of Brandyourself.Com, Inc. |

DATED:  December 14, 2020     **BALLARD SPAHR LLP**

By:    /s/ *Vincent Cox*
       VINCENT COX
       LORALEE SUNDRA

Attorneys for Defendants
BRANDYOURSELF.COM, INC.,
CHRISTIAN TRYON, and TOM VITOLO

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

DMWEST #40770703 v1

2

**CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES**