1  **Dr. Stewart Lucas Murrey**
   1217 Wilshire Blvd. # 3655
2  Santa Monica, CA 90403
   Tel.: (310) 994-1711
3  Email: **2@lucasmurrey.io**

4  **Plaintiff & Plaintiff in Pro Se**

5

6                     UNITED STATES DISTRICT COURT

7                     CENTRAL DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| DR. STEWART LUCAS MURREY, an individual; <br> Plaintiff, <br><br> vs. <br><br> AARON MINC, an individual, MINC LAW, a business entity; DOMINGO J. RIVERA, an individual; RIVERA LAW GROUP, PLC a.k.a. DOMINGO J. RIVERA, ATTORNEY AT LAW, PLC, a limited liability company; PRVT L.L.C., a limited liability company, ELIZABETH JORDAN, an individual; INTERNET REPUTATION CONTROL a.k.a. IRC, a business entity; ANTHONY WILL, an individual; DIGITAL REVOLUTION LLC a.k.a. REPUTATION RESOLUTIONS, a business entity; BRANDYOURSELF.COM, INC., a limited liability company, TOM VITOLO, an individual; CHRISTIAN TRYON, an individual; and JOHN DOE NUMBERS 1-10; <br><br> Defendants. | Case No. 2:20-cv-06217-PA (SKx) <br><br> **PLAINTIFF'S *EX PARTE* MOTION TO EXPEDITE DISCOVERY AND PLAINTIFF'S REQUEST FOR ORDERS EXTENDING TIME TO SERVE DEFEDANT ELIZABETH JORDAN AND FOR WWW.CHEATERREPORT.COM TO DISCLOSURE ITS IDENTITY AND AUTHORSHIP OF MALICIOUS POSTINGS** <br><br> **EXPEDITED RULING REQUESTED** |

Although plaintiff does not know the identity of all the defendants – and as such is unable to confer with those still unknown –, defendants who plaintiff

presently seeks to add to this case have either already conferred with plaintiff or plaintiff will request a conference pursuant to Fed. Rules Civ. Proc. governing subpoena, written and or deposition discovery protocols. Plaintiff has given notice of this motion to the opposing parties and their counsels. And given that their position is that they are wholly innocent of any wrongdoing, that they have nothing to do with WWW.CHEATERREPORT.COM and that this extortion ring is "imaginary", it is hard to imagine why they would object and or oppose this motion.

## PLAINTIFF'S *EX PARTE* MOTION TO EXPEDITE DISCOVERY

Pursuant to Federal Rule of Civil Procedure 26 and 45, plaintiff moves the Court *ex parte* for an order permitting plaintiff to take limited discovery to ascertain the identity of defendants in the complaint. Limited discovery prior to the Rule 26(f) conference is necessary as per the reasons stated in the accompanying Memorandum of Law.

Plaintiff respectfully requests the Court to grant his *Ex Parte* Motion for leave to take discovery prior to the Rule 26 conference and enter an Order allowing plaintiff to subpoena records for the following reasons set forth here:

Although WWW.CHEATERREPORT.COM's *registration did not expire until June of 2021* wherein it associated with EasyDNS Technologies, WWW.MYPRIVACY.CA, PRVT LLC (in Panama) and Cloudflare, Inc. in San Francisco, just when defendants filed their motions to dismiss this case in late

- 2 -

PLAINTIFF'S *EX PARTE* MOTION TO EXPEDITE DISCOVERY AND REQUEST FOR ORDERS

November in regard to jurisdiction and venue, WWW.CHEATERREPORT.COM erratically reappeared after being down for several weeks prior. Now said revenge-porn website shows that it has erratically "re-registered" on 24 November 2020 across the Caribbean Sea from Panama on Saint Kitts and Nevis i.e. next to Puerto Rico. (Exhibit "A" to the Declaration of Dr. Murrey, Par. 4). Although still associated with Cloudflare, Inc. in San Francisco, the new "friend" of WWW.CHEATERREPORT.COM is Tucows Domains, Inc. and its details are now more heavily redacted, although ContactPrivacy.Com implicit in Tucows Domains, Inc. has become relevant. (*Ibid*).

Plaintiff respectfully requests the Court grant his *Ex Parte* Motion for leave to take discovery prior to the Rule 26 conference and enter an Order allowing plaintiff to subpoena records from the following entities, all of whom are directly linked to this criminal organization, including the unprecedented "big tech" super-predators about which it coalesces:

Amazon.com, Inc.

Amazon Web Services ("AWS")

Amazon Technologies LLC

Amazon Technologies, Inc.

Cloudflare, Inc. (Defendant whose executive office is in San Francisco, CA)

WWW.CHEATERREPORT.COM

LIARSCHEATERRUS.COM

Wordpress

PRVT LLC (Puerto Rico, Panama and now Saint Kitts and Nevis)

EasyDNS Technologies, Inc.

WWW.MYPRIVACY.CA

Tucow Domains, Inc.

Namecheap, Inc.

Whoisguard.com

Infosecusa.com

AMV Technologies (associated with defendant Rivera, located in Santa Clarita, California)

PROTONMAIL.COM

Rena – Jane Doe

As Defendants Brandyourself, Inc., Christian Tyron and Tom Vitolo and plaintiff have agreed to defendants having already waived notice of service of this lawsuit on 1 December 2020 and their counsel Mr. Vox is presently filing their first motion. (Exhibit "B" to the Declaration of Dr. Murrey, Par. 5), the only concern regarding service of defendants already added to this case has to do with defendant Elizabeth Jordan.

As detectives have been overburdened with the pandemic and election-aftermath – and although plaintiff continues his due diligence (Exhibit "C" to the Declaration of Dr. Murrey, Par. 6) –, plaintiff needs more time to locate and serve Ms. Jordan. This is why protonmail.com is included in the list above. With this order plaintiff will be able to locate and service Ms. Jordan more efficiently as her email is registered with Protonmail, Inc. Plaintiff thus also requests an order for an extension of time to serve Ms. Jordan.

Plaintiff and this case would further benefit from a direct order from this Court for WWW.CHEATERREPORT.COM and any and all individuals and entities aware of its details to disclose its identity and any and all details of authorship regarding the malicious and severely harmful postings plaintiff and his girlfriend suffered from 2016 through 2018 and after i.e. before and after she passed cancer on 10 March 2018.

//

Plaintiff requests an expedited ruling on this matter. Defendants and WWW.CHEATERREPORT.COM have betrayed erratic movement within the network of financial secrecy jurisdictions beloved by countless criminals and since defendants intend to continue to severely harm any and all individuals, plaintiff in

- 5 -
PLAINTIFF'S *EX PARTE* MOTION TO EXPEDITE DISCOVERY AND REQUEST FOR ORDERS

California included, via their conspicuous extortion ring. Plaintiff also requests said order for the disclosure of said website's identity and details of authorship of said malicious postings and order for an extension of time to serve defendant Jordan.

DATED: 14 December 2020            Respectfully submitted,

                                   By: _____
                                   Dr. Stewart Lucas Murrey
                                   *Plaintiff & Plaintiff in Pro Se*