1  **Dr. Stewart Lucas Murrey**
   1217 Wilshire Blvd. # 3655
2  Santa Monica, CA 90403
   Tel.: (310) 994-1711
3  Email: **2@lucasmurrey.io**

4  **Plaintiff & Plaintiff in Pro Se**

5

6                    **UNITED STATES DISTRICT COURT**

7                    **CENTRAL DISTRICT OF CALIFORNIA**

8

9  DR. STEWART LUCAS MURREY, an         | **Case No. 2:20-cv-06217-PA (SKx)**
   individual;
10                         Plaintiff,   | **DR. LUCAS MURREY'S
                                        | DECLARATION IN SUPPORT OF
11 vs.                                  | PLAINTIFF'S EX PARTE MOTION
                                        | TO EXPEDITE DISCOVERY AND
12 AARON MINC, an individual, MINC      | PLAINTIFF'S REQUEST FOR
   LAW, a business entity; DOMINGO J.   | ORDERS EXTENDING TIME TO
13 RIVERA, an individual; RIVERA LAW    | SERVE DEFEDANT ELIZABETH
   GROUP, PLC a.k.a. DOMINGO J.         | JORDAN AND FOR
14 RIVERA, ATTORNEY AT LAW, PLC,        | WWW.CHEATERREPORT.COM
   a limited liability company; PRVT    | TO DISCLOSURE ITS IDENTITY
15 L.L.C., a limited liability company, | AND AUTHORSHIP OF
   ELIZABETH JORDAN, an individual;     | MALICIOUS POSTINGS
16 INTERNET REPUTATION
   CONTROL a.k.a. IRC, a business
17 entity; ANTHONY WILL, an
   individual; DIGITAL REVOLUTION
18 LLC a.k.a. REPUTATION
   RESOLUTIONS, a business entity;
19 BRANDYOURSELF.COM, INC., a
   limited liability company, TOM
20 VITOLO, an individual; CHRISTIAN
   TRYON, an individual; and JOHN DOE
21 NUMBERS 1-10;

22                         Defendants.

23

24

25

26

27

28

- 1 -

## DECLARATION OF DR. LUCAS MURREY

I, Dr. Lucas Murrey, declare:

1. That I am the plaintiff in this action; that I am over the age of 18 years and that I have personal knowledge of the facts contained in this declaration. If called upon to testify I could and would testify competently as to the truth of the facts stated herein.

2. I received my Doctorate of Philosophy (Ph.D) from Yale University in 2011. My academic career has involved teaching in Germany and Switzerland at several universities and colleges. I am the author of two monographs available online as well as at libraries at institutions of higher learning and I am presently writing a new series of books. Based upon these achievements I use the title Doctor in front of my name.

3. This declaration is submitted in support of plaintiff's *ex parte* motion for expedited discovery and request for orders extending time and for disclosure of websites identity and authorship of malicious postings.

4. A true and correct copy of the erratic and seemingly unnecessary and recent re-registration of WWW.CHEATERREPORT.COM and re-association and redaction of said website's movements in the Caribbean and its direct links to businesses in San Francisco, California (Cloudflare, Inc.), Canada, etc. is hereto attached as Exhibit A.

PLAINTIFF DR. MURREY'S DECLARATION IN SUPPORT OF PLAINTIFF'S *EX PARTE* MOTION TO EXPEDITE DISCOVERY AND REQUEST FOR ORDERS

5. A true and correct copy of defendants Brandyourself, Inc., Christian Tyron and Tom Vitolo having waived notice of service of this lawsuit on 1 December 2020 and their counsel Mr. Vox is presently filing their first motion is hereto attached as Exhibit B.

6. A true and correct copy of my diligent efforts to locate and serve defendant is hereto attached as Exhibit C.

I declare that under penalty of perjury under the laws of the United States that the foregoing is true and correct; executed on 26 October 2020 in Los Angeles, CA.

_____
DR. LUCAS MURREY

---

PLAINTIFF DR. MURREY'S DECLARATION IN SUPPORT OF PLAINTIFF'S *EX PARTE* MOTION TO EXPEDITE DISCOVERY AND REQUEST FOR ORDERS

# EXHIBIT A

whois.com

DOMAINS | WEBSITE | CLOUD | HOSTING | SERVERS | EMAIL | SECURITY | WHOIS | SUPPORT | LOGIN

# cheaterreport.com

## Domain Information

| | |
|---|---|
| Domain: | cheaterreport.com |
| Registrar: | easyDNS Technologies Inc. |
| Registered On: | 2013-06-10 |
| Expires On: | 2021-06-10 |
| Updated On: | 2019-01-29 |
| Status: | clientTransferProhibited<br>clientUpdateProhibited |
| Name Servers: | ali.ns.cloudflare.com<br>drews.ns.cloudflare.com |

## Registrant Contact

| | |
|---|---|
| Name: | Privacy Department |
| Organization: | PRVT LLC |
| Street: | Ave. Perez, Azuero BC St. 819 |
| City: | Chitre |

Updated 34 days ago

On Sale!

.fun

.FUN @ $1.48 $23-88

.space $24.88 $0.88

*Offer ends 30th April 2020

Sale



WORDPRESS HOSTING





Name Servers: ali.ns.cloudflare.com
drew.ns.cloudflare.com

## Registrant Contact

Name: Privacy Department

Organization: PRVT LLC

Street: Ave. Perez, Azuero BC St. 819

City: Chitre

State: HE

Postal Code: 00395

Country: PA

Phone: +1.8029621687

Email: cyberprivacy@myprivacy.ca

## Administrative Contact

Name: Privacy Department

Organization: PRVT LLC

Street: Ave. Perez, Azuero BC St. 819

City: Chitre

State: HE

Postal Code: 00395





.INFO @ $4.8

WORDP
HOST
$3.5

Email:  **cyberprivacy@myprivacy.ca**

## Administrative Contact

| | |
|---|---|
| Name: | Privacy Department |
| Organization: | PRVT LLC |
| Street: | Ave. Perez, Azuero BC St. 819 |
| City: | Chitre |
| State: | HE |
| Postal Code: | 00395 |
| Country: | PA |
| Phone: | +1.8029621687 |
| Email: | **cyberprivacy@myprivacy.ca** |

## Technical Contact

| | |
|---|---|
| Name: | Privacy Department |
| Organization: | PRVT LLC |
| Street: | Ave. Perez, Azuero BC St. 819 |
| City: | Chitre |
| State: | HE |
| Postal Code: | 00395 |
| Country: | PA |

# Raw Whois Data

```
Domain Name: CHEATERREPORT.COM
Registry Domain ID: 1807337660_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.easydns.com
Registrar URL: http://www.easydns.com
Updated Date: 2019-01-29T04:08:21
Creation Date: 2013-06-10T00:02:49
Registrar Registration Expiration Date: 2021-06-10T00:02:49
Registrar: easyDNS Technologies, Inc.
Registrar IANA ID: 469
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransfer
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProh
Registry Registrant ID:
Registrant Name: Privacy Department
Registrant Organization: PRVT LLC
Registrant Street: Ave. Perez, Azuero BC St. 819
Registrant City: Chitre
Registrant State/Province: HE
Registrant Postal Code: 00395
Registrant Country: PA
Registrant Phone: +1.8029621687
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: cyberprivacy@myprivacy.ca
Registry Admin ID:
Admin Name: Privacy Department
Admin Organization: PRVT LLC
Admin Street: Ave. Perez, Azuero BC St. 819
Admin City: Chitre
Admin State/Province: HE
Admin Postal Code: 00395
Admin Country: PA
Admin Phone: +1.8029621687
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: cyberprivacy@myprivacy.ca
Registry Tech ID:
Tech Name: Privacy Department
Tech Organization: PRVT LLC
Tech Street: Ave. Perez, Azuero BC St. 819
Tech City: Chitre
Tech State/Province: HE
Tech Postal Code: 00395
```

Admin City: Chitre
Admin State/Province: HE
Admin Postal Code: 00395
Admin Country: PA
Admin Phone: +1.8029621687
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: cyberprivacy@myprivacy.ca
Registry Tech ID:
Tech Name: Privacy Department
Tech Organization: PRVT LLC
Tech Street: Ave. Perez, Azuero BC St. 819
Tech City: Chitre
Tech State/Province: HE
Tech Postal Code: 00395
Tech Country: PA
Tech Phone: +1.8029621687
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: cyberprivacy@myprivacy.ca
Name Server: ali.ns.cloudflare.com
Name Server: drew.ns.cloudflare.com
DNSSEC: unsigned
Registrar Abuse Contact Email: abuse@easydns.com
Registrar Abuse Contact Phone: +1.4165358672
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.
>>> Last update of WHOIS database: 2020-03-23T18:55:35Z <<<

"For more information on Whois status codes, please visit https://icann.org/

This domain is being managed via EASYDNS

The DNS Hosting specialists since 1998

DNS Hosting / Dynamic DNS / Failover DNS / DNS Anycast

Unconditional Guarantee, No tricks, No gimmicks: http://easyDNS.com

System Status Updates: http://easyurl.net/easystatus

( Follow us on Twitter http://twitter.com/easydns )

You have 100 lookups left today



| DOMAINS | WEBSITE | CLOUD | HOSTING | SERVERS | EMAIL | SECURITY | WHOIS |
|---------|---------|-------|---------|---------|-------|----------|-------|

# cheaterreport.com

Updated 1 second ago ⟳

## Domain Information

| | |
|---|---|
| Domain: | cheaterreport.com |
| Registrar: | Tucows Domains Inc. |
| Registered On: | 2013-06-10 |
| Expires On: | 2022-06-10 |
| Updated On: | 2020-11-24 |
| Status: | clientTransferProhibited |
| | clientUpdateProhibited |
| Name Servers: | ali.ns.cloudflare.com |
| | drew.ns.cloudflare.com |

## Registrant Contact

| | |
|---|---|
| State: | Charlestown |
| Country: | KN |
| Email: | https://tieredaccess.com/contact/a57f1d84-9e5b-45cd-bffd-0e6bbc194f10 |

## Raw Whois Data

REDACTED

```
Domain Name: CHEATERREPORT.COM
Registry Domain ID: 1807337660_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.tucows.com
Registrar URL: http://tucowsdomains.com
Updated Date: 2020-11-24T05:21:52
Creation Date: 2013-06-10T00:02:49
Registrar Registration Expiration Date: 2022-06-10T00:02:49
Registrar: TUCOWS, INC.
Registrar IANA ID: 69
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransfer
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProh
Registry Registrant ID:
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Charlestown
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: KN
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext:
Registrant Email: https://tieredaccess.com/contact/a57f1d84-9e5b-45cd-bffd-0
Registry Admin ID:
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext:
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext:
Admin Email: REDACTED FOR PRIVACY
Registry Tech ID:
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
```

Registrant Email: https://tieredaccess.com/contact/a571b84-9e5b-45c0-b1fd-e
Registry Admin ID:
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext:
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext:
Admin Email: REDACTED FOR PRIVACY
Registry Tech ID:
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext:
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext:
Tech Email: REDACTED FOR PRIVACY
Name Server: ali.ns.cloudflare.com
Name Server: drew.ns.cloudflare.com
DNSSEC: unsigned
Registrar Abuse Contact Email: domainabuse@tucows.com
Registrar Abuse Contact Phone: +1.4165350123
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.
>>> Last update of WHOIS database: 2020-12-14T02:59:01Z <<<

"For more information on Whois status codes, please visit https://icann.org/

The Data in the Tucows Registrar WHOIS database is provided to you by Tucows
for information purposes only, and may be used to assist you in obtaining
information about or related to a domain name's registration record.

Tucows makes this information available "as is," and does not guarantee its
accuracy.

By submitting a WHOIS query, you agree that you will use this data only for
lawful purposes and that, under no circumstances will you use this data to:
a) allow, enable, or otherwise support the transmission by e-mail,
telephone, or facsimile of mass, unsolicited, commercial advertising or
solicitations to entities other than the data recipient's own existing

Tech Phone Ext:
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext:
Tech Email: REDACTED FOR PRIVACY
Name Server: ali.ns.cloudflare.com
Name Server: drew.ns.cloudflare.com
DNSSEC: unsigned
Registrar Abuse Contact Email: domainabuse@tucows.com
Registrar Abuse Contact Phone: +1.4165350123
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.
>>> Last update of WHOIS database: 2020-12-14T02:59:01Z <<<

"For more information on Whois status codes, please visit https://icann.org/

The Data in the Tucows Registrar WHOIS database is provided to you by Tucows
for information purposes only, and may be used to assist you in obtaining
information about or related to a domain name's registration record.

Tucows makes this information available "as is," and does not guarantee its
accuracy.

By submitting a WHOIS query, you agree that you will use this data only for
lawful purposes and that, under no circumstances will you use this data to:
a) allow, enable, or otherwise support the transmission by e-mail,
telephone, or facsimile of mass, unsolicited, commercial advertising or
solicitations to entities other than the data recipient's own existing
customers; or (b) enable high volume, automated, electronic processes that
send queries or data to the systems of any Registry Operator or
ICANN-Accredited registrar, except as reasonably necessary to register
domain names or modify existing registrations.

The compilation, repackaging, dissemination or other use of this Data is
expressly prohibited without the prior written consent of Tucows.

Tucows reserves the right to terminate your access to the Tucows WHOIS
database in its sole discretion, including without limitation, for excessive
querying of the WHOIS database or for failure to otherwise abide by this
policy.

Tucows reserves the right to modify these terms at any time.

By submitting this query, you agree to abide by these terms.

NOTE: THE WHOIS DATABASE IS A CONTACT DATABASE ONLY.  LACK OF A DOMAIN
RECORD DOES NOT SIGNIFY DOMAIN AVAILABILITY.

**EXHIBIT B**

 **Cox, Vincent**                                          December 2, 2020 at 10:22 AM
Notice re Receipt of Service by Brandyourself.com, Inc, Christian Tryon,...
                                                                                                    Details
**To:** 2@lucasmurrey.io,   Lucas Murrey   & 4 more

**Dear Plaintiff, and Defense Counsel:**

Please note for your records that my three clients, listed above,  have accepted
service of the summons and First Amended Complaint, as of December 1,
2020. We anticipate filing a motion to transfer the action to the Southern District
of New York, based upon 28 USC 1404, and the forum selection clause in the
contract between Brandyourself.com, Inc. and Dr. Murrey. Please note my
contact information for your records and kindly provide to me electronic copies
of any filings that you make in the action until such time as my clients make
their initial appearance. We have also begun the Local Rule 7-3 process with
respect to a potential motion by my clients to dismiss pursuant to F.R.Civ.P.
 Rules 8, 9, and 12(b)(6).

My co-counsel on the matter is Loralee Sundra. Her email address is listed
above.
.

**Vince Cox**
2020 Pro Bono Honor Roll – Silver

# Ballard Spahr
LLP

2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
424.204.4362 DIRECT
424.204.4350 FAX

424.330.4003 MOBILE | coxv@ballardspahr.com
VCARD

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -
www.ballardspahr.com



**Cox, Vincent**                                                          10:36 AM
RE: timing of BY transfer motion
**To:** Lucas Murrey,  **Cc:** 2@lucasmurrey.io                           Details

Due to court closure on MLK Day, the hearing will have to be moved to
January 25.

**From:** Lucas Murrey <drlucasmurrey@gmail.com>
**Sent:** Friday, December 11, 2020 4:52 PM
**To:** Cox, Vincent (LA) <coxv@ballardspahr.com>
**Cc:** 2@lucasmurrey.io
**Subject:** Re: timing of BY transfer motion

⚠ **EXTERNAL**

**See More** from Lucas Murrey

# EXHIBIT C

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| Dr. Stewart Lucas Murrey | ) |
| _Plaintiff_ | ) |
| WWW.CHEATERREPORT.COM; and DOES 1 through 10, inclusive. | )  Civil Action No.  **CV20-6217-PA(SKx)** |
| _Defendant_ | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:        Proton Technologies AG

_____
_(Name of person to whom this subpoena is directed)_

☒ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:     The identity and contact information of the owner of the email address: liarscheatersrus@protonmail.com

| Place: Dr. Stewart Lucas Murrey<br>1217 Wilshire Blvd. # 3655<br>Santa Monica, CA 90403 | Date and Time:<br>21 September 2020, 8:00 A.M. Pacific Standard Time |
|---|---|

☐ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  7-13-20

_____
CLERK OF COURT

        _____          OR          _____
        Signature of Clerk or Deputy Clerk                    Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_
Dr. Stewart Lucas Murrey                                                      , who issues or requests this subpoena, are:
1217 Wilshire Blvd. # 3655, Santa Monica, CA 90403, Email: 2@lucasmurrey.io, Tel.: (310) 994-1711

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**ProtonMail Legal**  📧  📎                              2:14 AM      

Re: US Federal Subpoena

**To:** Dr. Lucas Murrey


Hello,

Thank you for reaching out.

We acknowledge the receipt of your request and would be happy to assist.

However, under Swiss law, we can only comply with requests duly instructed by law enforcement. We advise you to contact your local law enforcement authority. It will be required from them to act through international police cooperation to request the relevant data. We can also preserve data of an account in anticipation of proceedings, but we require to be contacted by law enforcement (https://protonmail.com/law-enforcement).

If you would like us to investigate the account for a breach of our Terms & Conditions, please forward the evidence of abuse to our anti-abuse team (abuse@protonmail.com) so appropriate action can be taken.

We stay at your disposal for any information.

Best regards,

--
Marc Løebekken
Legal Counsel
Proton Technologies AG


------- Original Message -------
On Saturday, September 5, 2020 5:13 PM, Dr. Lucas Murrey <2@lucasmurrey.io> wrote:

> Dear Proton Technologies AG,
> Attached is a US Federal Subpoena seeking information and documentation that should be relatively easy for you to locate. I am open to discussing the possibility of you emailing me said information and documentation via email to forego any mailing costs. If you have any questions, please feel free to contact me.
> Thank you,
>
>
>
> Dr. Lucas Murrey
> Ph.D Yale University
> Author of Hölderlin's Dionysiac Poetry and Nietzsche: The Meaning of Earth
> https://lucasmurrey.io

We acknowledge the receipt of your request and would be happy to assist.

However, under Swiss law, we can only comply with requests duly instructed by law enforcement. We advise you to contact your local law enforcement authority. It will be required from them to act through international police cooperation to request the relevant data. We can also preserve data of an account in anticipation of proceedings, but we require to be contacted by law enforcement (https://protonmail.com/law-enforcement).

If you would like us to investigate the account for a breach of our Terms & Conditions, please forward the evidence of abuse to our anti-abuse team (abuse@protonmail.com) so appropriate action can be taken.

We stay at your disposal for any information.

Best regards,

--
Marc Løebekken
Legal Counsel
Proton Technologies AG

------- Original Message -------
On Saturday, September 5, 2020 5:13 PM, Dr. Lucas Murrey <2@lucasmurrey.io> wrote:

Dear Proton Technologies AG,
Attached is a US Federal Subpoena seeking information and documentation that should be relatively easy for you to locate. I am open to discussing the possibility of you emailing me said information and documentation via email to forego any mailing costs. If you have any questions, please feel free to contact me.
Thank you,

Dr. Lucas Murrey
Ph.D Yale University
Author of Hölderlin's Dionysiac Poetry and Nietzsche: The Meaning of Earth
https://lucasmurrey.io
(310) 994-1711
2@lucasmurrey.io



USFedSubpoen
aDrMurrey.pdf

**Lucas Murrey** <dr.lucas.murrey@gmail.com>

to legal ▾

🖎 Wed, Sep 16, 8:45 PM    ☆    ↑    ⋯

Dear Mr. Loebeken,

although I am thankful for your response on 7 September 2020, it is rather cryptic. I doubt that law enforcement in Switzerland would be instructing you as to how to proceed regarding your response to a subpoena in your jurisdiction. Please clarify your statement wherein you claim that you can "only comply" with my (or any) subpoena, only after you have been "duly instructed by law enforcement". I know for a fact that law enforcement does not instruct attorneys at law not only in California, but also in any federal jurisdiction in the United States, of which I am aware. This raises the question: What do you mean exactly you claim that local law enforcement in Switzerland must be contacted for you to respond to any and all subpoenas, including mine? As you can see from the courtesy attached scanned copy of my federal lawsuit, this is a serious case, and my subpoena is reasonable. Since at this point I am only asking you to produce information concerning the identity and registration of the individual(s) and or entity(ies) responsible for just one email address, I don't see why this process has to be difficult and or costly. Also, please provide me with a physical address so that I am aware of where you and or your agent for service of process is located. Thank you.

**3 Attachments**

📄 **FistAmendedComplvCheaterre1.pdf**

📄 **FistAmendedComplvCheaterre2.pdf**

⋮

⋮

📄 USFedSubpoenaDr...    📄 FistAmendedComp...    📄 FistAmendedComp...



**ProtonMail Legal** <legal@protonmail.com>

to me ▾

Thu, Sep 17, 4:30 AM

Dear Dr. Murrey,

As a communication service provider located in Switzerland, we can be liable for a violation of the secret of telecommunications (art. 321ter of Swiss Criminal Code), or acts performed unlawfully for a foreign state (art. 271 of Swiss Criminal Code).

The only way for us to lawfully comply with your request without breaking the law is if your subpoena is addressed according to applicable rules of international cooperation. Depending on the character of your case (civil or criminal), we invite you to refer to the Budapest Convention on Cybercriminality (criminal) or the Hague Convention of 1970 (civil).

We understand well that your demand is reasonable, however, our company is required to strictly follow those processes that are binding legally.

We remain available.

...

↑ Reply       ↓ Forward

**Los Angeles Police Department**
**INVESTIGATIVE REPORT**

UCR CODE ___ CC: ___ | COMBINED EVIDENCE □ | MULTIPLE DRS ON THIS REPORT □

Page ___ of ___   03.01.00 (03/18)   REPORT OF: ___   INVEST DIV. | INC # | DR #

| CASE SCREENING FACTOR(S) |
| --- |
| □ SUSPECT/VEHICLE NOT SEEN |
| □ PRINTS OR OTHER EVIDENCE NOT PRESENT |
| □ MO NOT DISTINCT |
| □ PROPERTY LOSS LESS THAN $5,000 |
| □ NO SERIOUS INJURY TO VICTIM |
| □ ONLY ONE VICTIM INVOLVED |

**VICTIM**

LAST NAME, FIRST, MIDDLE (OR NAME OF BUSINESS) | SEX | DESC | HT | WT | AGE | DOB

ADDRESS | ZIP | PHONE | X
R -
B -

E-MAIL ADDRESS | CELL PHONE

**PREMISES** (SPECIFIC TYPE) □ ATM

DR. LIC. NO. (IF NONE, OTHER ID & NO.) | FOREIGN LANGUAGE SPOKEN | OCCUPATION

**ENTRY** 459/BFV POINT OF ENTRY   POINT OF EXIT | LOCATION OF OCCURRENCE   SAME AS V'S □ RES. □ BUS. □ | R.D. | PRINTS BY PREL. INV.
ATTEMPT □ Y ___ N
OBTAINED □ Y ___ N

□ FRONT
□ REAR
□ SIDE
□ ROOF
□ FLOOR
□ OTHER

METHOD | DATE & TIME OF OCCURRENCE | DATE & TIME REPORTED TO PD

INSTRUMENT/TOOL USED | TYPE PROPERTY STOLEN/LOST/DAMAGED  03.04.00 GIVEN | STOLEN/LOST | RECOVERED | EST. DAMAGED ARSON / VAND.
$ | $ | $

**VICT'S VEH.** (IF INVOLVED) YEAR, MAKE, TYPE, COLOR, LIC. NO. | NOTIFICATION(S) (PERSON & DIVISION) | CONNECTED REPORT(S) (TYPE & DR #)

**MO** IF LONG FORM, LIST UNIQUE ACTIONS. IF SHORT FORM, DESCRIBE SUSPECT'S ACTIONS IN BRIEF PHRASES, INCLUDING WEAPON USED. DO NOT REPEAT ABOVE INFO BUT CLARIFY REPORT AS NECESSARY. IF ANY OF THE MISSING ITEMS ARE POTENTIALLY IDENTIFIABLE, ITEMIZE AND DESCRIBE ALL ITEMS MISSING IN THIS INCIDENT IN THE NARRATIVE.

| TRANSIT-RELATED INCIDENT | MANDATORY MARSY'S RIGHTS CARD PROVIDED TO THE VICTIM □ | MOTIVATED BY HATRED/PREJUDICE □ | DOMESTIC VIOLENCE □ |

**REPORTING EMPLOYEE(S)** | INITIALS, LAST NAME | SERIAL NO. | DIV./DETAIL | PERSON REPORTING | SIGNATURE | OR RECEIVED BY PHONE □

NOTE: IF SHORT FORM AND VICTIM/PR ARE NOT THE SAME, ENTER PR INFORMATION IN INVOLVED PERSONS SECTION.

## THIS REPORT DOES NOT CONSTITUTE VALID IDENTIFICATION
### KEEP THIS REPORT FOR REFERENCE. INSTRUCCIONES EN ESPAÑOL AL REVERSO.

*Your case will be assigned to a detective for follow-up investigation based upon specific facts obtained during the initial investigation. Studies have shown that the presence of these facts can predict whether a detailed follow-up investigation would likely result in the arrest and prosecution of the suspect(s) or the recovery of property, in a manner that is cost-effective to you, the taxpayer. Significant decreases in personnel have made it impossible for detectives to personally discuss each and every case with all crime victims. A detective will not routinely contact you, unless the detective requires additional information.*

**TO REPORT ADDITIONAL INFORMATION:** If you have specific facts to provide which might assist in the investigation of your case, please contact the detective Monday through Friday, between 8:00 A.M. and 9:30 A.M., or between 2:30 P.M. and 4:00 P.M. at telephone number _____ . If the detective is not available when you call, please leave a message and include the telephone number where you can be reached.

**COPY OF REPORT:** If you wish to purchase a copy of the complete report, phone (213) 486-8130 to obtain the purchase price. Send a check or money order payable to the Los Angeles Police Department to Records and Identification Division, Box 30158, Los Angeles, CA 90030. Include a copy of this report or the following information with your request: 1) Name and address of victims; 2) Type of report and DR number (if listed above); 3) Date and location of occurrence. NOTE: Requests not accompanied by proper payment will not be processed.

**DR NUMBER:** If not entered on this form, the DR number may be obtained by writing to Records and Identification Division and giving the information needed to obtain a copy of the report (see above paragraph). Specify that you only want the DR number. It will be forwarded without delay. There is no charge for this service.

**CREDIT CARDS/CHECKS:** Immediately notify concerned credit corporation or banks to avoid possibility of being liable for someone else using your stolen or lost credit card or check.

**HOW YOU CAN HELP THE INVESTIGATION OF YOUR CASE:**
* Keep this memo for reference.
* If stolen items have serial numbers not available at time of report, attempt to locate them and phone them to the detective at the listed number.
* If you discover additional losses, complete and mail in the Supplemental Property Loss form given to you by the reporting employee.
* Promptly report recovery of property.
* Promptly report additional information such as a neighbor informing you of suspicious activity at time crime occurred.

**VICTIM ASSISTANCE PROGRAM:** The Los Angeles City Attorney's Victim Assistance Program and Los Angeles District Attorney's Office Bureau of Victim Services can help determine if you qualify for victim compensation. If you are a victim of a qualifying crime, they will assist with filing your claim application. If you are a victim or a witness to a crime, they will explain the court procedures to you. To find the program location nearest you, call the Los Angeles City Attorney's Victim Assistance Program at (213) 978-4537, or the Los Angeles County District Attorney's Office, Bureau of Victim Services, at (800) 380-3811.

**CALIFORNIA VICTIM COMPENSATION BOARD:** Refer to paragraph at bottom of reverse side.



www.LAPDOnline.org
www.joinLAPD.com

# Victims' Bill of Rights – Marsy's Law

The California Constitution, Article I, Section 28, confers certain rights to victims of crime as they are defined in the law. Those rights include:

**1. Fairness and Respect**
To be treated with fairness and respect for his or her privacy and dignity, and to be free from intimidation, harassment, and abuse, throughout the criminal or juvenile justice process.

**2. Protection from the Defendant**
To be reasonably protected from the defendant and persons acting on behalf of the defendant.

**3. Victim Safety Considerations in Setting Bail and Release Conditions**
To have the safety of the victim and the victim's family considered in fixing the amount of bail and release conditions for the defendant.

**4. The Prevention of the Disclosure of Confidential Information**
To prevent the disclosure of confidential information or records to the defendant, the defendant's attorney, or any other person acting on behalf of the defendant, which could be used to locate or harass the victim or the victim's family or which disclose confidential communications made in the course of medical or counseling treatment, or which are otherwise privileged or confidential by law.

**5. Refusal to be Interviewed by the Defense**
To refuse an interview, deposition, or discovery request by the defendant, the defendant's attorney, or any other person acting on behalf of the defendant, and to set reasonable conditions on the conduct of any such interview to which the victim consents.

**6. Conference with the Prosecution and Notice of Pretrial Disposition**
To reasonable notice of and to reasonably confer with the prosecuting agency, upon request, regarding, the arrest of the defendant if known by the prosecutor, the charges filed, the determination whether to extradite the defendant, and, upon request, to be notified of and informed before any pretrial disposition of the case.

**7. Notice of and Presence at Public Proceedings**
To reasonable notice of all public proceedings, including delinquency proceedings, upon request, at which the defendant and the prosecutor are entitled to be present and of all parole or other post-conviction release proceedings, and to be present at all such proceedings.

**8. Appearance at Court Proceedings and Expression of Views**
To be heard, upon request, at any proceeding, including any delinquency proceeding, involving a post-arrest release decision, plea, sentencing, post-conviction release decision, or any proceeding in which a right of the victim is at issue.

**9. Speedy Trial and Prompt Conclusion of the Case**
To a speedy trial and a prompt and final conclusion of the case and any related post-judgment proceedings.

**10. Provision of Information to the Probation Department**
To provide information to a probation department official conducting a pre-sentence investigation concerning the impact of the offense on the victim and the victim's family and any sentencing recommendations before the sentencing of the defendant

**11. Receipt of Pre-Sentence Report**
To receive, upon request, the pre-sentence report when available to the defendant, except for those portions made confidential by law.

**12. Information About Conviction, Sentence, Incarceration, Release, and Escape**
To be informed, upon request, of the conviction, sentence, place and time of incarceration, or other disposition of the defendant, the scheduled release date of the defendant, and the release of or the escape by the defendant from custody.

**13. Restitution**
A.   It is the unequivocal intention of the People of the State of California that all persons who suffer losses as a result of criminal activity shall have the right to seek and secure restitution from the persons convicted of the crimes causing the losses they suffer.

B.   Restitution shall be ordered from the convicted wrongdoer in every case, regardless of the sentence or disposition imposed, in which a crime victim suffers a loss.

C.   All monetary payments, monies, and property collected from any person who has been ordered to make restitution shall be first applied to pay the amounts ordered as restitution to the victim.

**14. The Prompt Return of Property**
To the prompt return of property when no longer needed as evidence.

**15. Notice of Parole Procedures and Release on Parole**
To be informed of all parole procedures, to participate in the parole process, to provide information to the parole authority to be considered before the parole of the offender, and to be notified, upon request, of the parole or other release of the offender.

**16. Safety of Victim and Public are Factors in Parole Release**
To have the safety of a victim, a victim's family, and the general public considered before any parole or other post-judgment release decision is made.

**17. Information About These 16 Rights**
To be informed of the rights enumerated in paragraphs (1) through (16).

For more information on Marsy's Law, visit the Attorney General's Website at: www.ag.ca.gov/victimservices/

To obtain information on the Victim Witness Assistance Center nearest to you contact:

Attorney General's Victim Services Unit
1-877-433-9069

# Derechos Civiles de Víctimas – Ley de Marsy

La Constitución de California, Artículo 1, Sección 28, otorga ciertos derechos a víctimas de crimen, tal como lo define la ley. Los derechos incluyen:

**1. Justicia y Respeto**
De ser tratado con justicia y respeto en su intimidad y dignidad y de ser libre de intimidación, acoso y maltrato durante el proceso completo de justicia penal o juvenil.

**2. Protección contra el acusado**
De ser razonablemente protegido contra el acusado y de personas actuando en nombre del acusado.

**3. Consideración a la seguridad (bien estar) de la víctima cuando afijando la fianza y las condiciones de libertad condicional**
De tomar en consideración la seguridad (bien estar) de la víctima y de su familia cuando afijando fianza y reglas asociadas a libertad condicional para el acusado.

**4. La prevención de divulgación de información confidencial**
De prevenir la revelación de información o registros confidenciales al acusado, su abogado, o cualquier otra persona actuando en nombre del acusado, que podrían ser empleados para focalizar o acosar la víctima o su familia o revelación de comunicaciones confidenciales efectuadas en el transcurso de tratamientos médicos o tratamientos psicológicos, o los cuales se consideran privilegiados y confidenciales ante la ley.

**5. Denegación de ser entrevistado por el defensor**
De negar ser entrevistado, declaración bajo jurada, o por petición legal del acusado con su abogado o cualquier otra persona actuando en nombre del acusado o afijar condiciones razonables sobre la manera y forma de realización de realizar cualquier entrevista con el consentimiento de la víctima.

**6. Notificación de disposición a juicio y conferencia con el fiscal**
Antes del inicio de la víctima, de ser notificado razonablemente de y de consultar razonablemente con la fiscalía, sobre cuestiones de arresto del acusado, si es que son conocidos por el fiscal, los cargos, la determinación sobre la extraditura del acusado y ante petición de la víctima, de ser notificado de e informado de antemano sobre resoluciones y disposición del caso, anteriores al juicio.

**7. Notificación de y citación a procedimientos públicos**
De notificación razonablemente de todos los procedimientos públicos, incluyendo procedimientos de delincuencia, ante petición de la víctima a los cuales el acusado y el fiscal son autorizado a estar presente y de todos los procedimientos ante-convicción y libertad condicional y de estar presente a todos tales procedimientos.

**8. Presencia al tribunal y presentación de su declaración**
De tener el derecho a presentar su caso, con permiso de la fiscalía en todo procedimiento legal, incluyendo procedimientos de delincuencia relacionados a decisiones posteriores a el arresto, declaraciones, sentencia, decisiones posteriores de convicción o cualquier procedimiento en el cual se encuentran en balance los derechos de la víctima.

**9. Juicio rápido y conclusión del caso inmediato**
A un juicio rápido y conclusión final inmediata del caso y cualquier procedimiento posterior relacionado al fallo.

**10. Proveer información al departamento de libertad condicional**
De proveer información al departamento de libertad condicional que realiza la investigación previa a sentencia sobre el impacto que el delito tuvo sobre la víctima y la familia de la víctima y cualquier otras recomendaciones de sentencia antes de sentenciar el acusado.

**11. A usar recibo de reporte pre-sentencia**
De recibir ante petición de la víctima, el reporte previo a la sentencia al momento que se haya disponible al acusado, menos aquellas porciones del reporte que se consideren confidenciales ante la ley.

**12. Información sobre convicciones, sentencias, arrestos, libertad o intentos de fuga**
De ser informado ante petición de la víctima, de la convicción, sentencia, lugar y hora de encarcelamiento, o de cualquier otra disposición del acusado, la fecha prevista de emisión a libertad y el lugar de libertad o intentos de fuga.

**13. Restitución**
A.   Es la inequívocable intención de la población del estado de California que toda persona que sufra pérdidas como resultado de actividades criminales, se les otorga el derecho de buscar y obtener restitución de parte de las personas convictas que causaron las pérdidas padecidas.

B.   Restitución será ordenado en todo caso por parte, del convicto malhechor, irrespectable a la disposición o sentencia impuesta, en la cual la víctima sufrió pérdidas.

C.   Todos pagos monetarios, sueldos, y propiedad colectada de cualquier persona que se le ordeno hacer restitución sera primeramente aplicadas a las sumas ordenadas como restitución a la víctima.

**14. Entrega inmediata de propiedad**
A la entrega inmediata de propiedad cuando ya no se necesita como evidencia.

**15. Notificación de procedimientos de libertad condicional y emisión a libertad condicional**
De ser informado de todos los procedimientos, de participar con el proceso de libertad condicional, de proveer información que las autoridades consideren antes de conceder la libertad condicional al acusado y de ser notificado ante petición de la víctima, de cualquier otra forma de libertad del acusado.

**16. Seguridad (bien estar) de víctima y el público en general son factores de consideración para la emisión a libertad condicional del acusado**
De tomar en consideración antes de permitir libertad condicional o decisiones posteriores al fallo, la seguridad (bien estar) de la víctima, la familia de la víctima y el público en general.

**17. De ser informado de los derechos enumerados en los párrafos (1) a (16).**

Para mas información sobre Marsy's Law visite el website del Procurador General de California al:

http://www.ag.ca.gov/victimservices/

Para recibir mas información sobre el Centro de Asistencia para víctimas testigos mas cercano, comuníquese con la Oficina del Procurador General de California:

Oficina de Servicios a Víctimas

