Vincent Cox (SBN 070511)
 *CoxV@ballardspahr.com*
Loralee Sundra (SBN 162732)
 *SundraL@ballardspahr.com*
**Ballard Spahr LLP**
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Tel.: 424.204.4400; Fax: 424.204.4350

Attorneys for Defendants
BRANDYOURSELF.COM, INC., TOM VITOLO, and CHRISTIAN TRYON

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DR. STEWART LUCAS MURREY, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>AARON MINC, an individual, MINC LAW, a business entity; DOMINGO J. RIVERA, an individual; RIVERA LAW GROUP, PLC a.k.a. DOMINGO J. RIVERA, ATTORNEY AT LAW, PLC, a limited liability company; PRVT L.L.C., a limited liability company, ELIZABETH JORDAN, an individual; INTERNET REPUTATION CONTROL a.k.a. IRC, a business entity; ANTHONY WILL, an individual; DIGITAL REVOLUTION LLC a.k.a. REPUTATION RESOLUTIONS, a business entity; BRANDYOURSELF.COM, INC., a limited liability company, TOM VITOLO, an individual; CHRISTIAN TRYON, an individual; and JOHN DOE NUMBERS 1-10;<br><br>　　　　　　　Defendants. | Case No. 2:20-cv-06217-PA (SKx)<br><br>**DEFENDANTS' OPPOSITION TO PLAINTIFF'S *EX PARTE* MOTION TO EXPEDITE DISCOVERY**<br><br>(Honorable Percy Anderson) |

Defendants BrandYourself.com, Inc. Tom Vitolo, and Christian Tryon oppose the *Ex Parte* Application to Expedite Discovery, Dkt. 53.

The standard used by this circuit to assess applications for *ex parte* relief is that the moving party must establish (1) that his cause will be irreparably prejudiced if the motion is heard according to regularly noticed procedures; and (2) that the moving party is without fault in creating the crisis that requires *ex parte* relief, or that the crisis occurred as a result of excusable neglect. *Mission Power Engineering Co. v. Continental Casualty Co.*, 883 F.Supp. 488, 492 (C.D. Cal. 1995). Plaintiff has satisfied neither prong.

Furthermore, the application would place the cart before the horse. Before discovery commences, we should first resolve where the case is to be venued, and whether plaintiff can state a cognizable claim for relief. There is no basis, at this point, for plaintiff to inflict legal expense upon yet more parties.

DATED:  December 15, 2020         **BALLARD SPAHR LLP**

By:   /s/ *Vincent Cox*
       VINCENT COX
       LORALEE SUNDRA

Attorneys for Defendants
BRANDYOURSELF.COM, INC., TOM VITOLO, and CHRISTIAN TRYON