1

**Dr. Stewart Lucas Murrey**
1217 Wilshire Blvd. # 3655
Santa Monica, CA 90403
Tel.: (310) 994-1711
Email: 2@lucasmurrey.io

2

3

4   **Plaintiff & Plaintiff in Pro Se**

5

6               **UNITED STATES DISTRICT COURT**

7               **CENTRAL DISTRICT OF CALIFORNIA**

8                      **WESTERN DIVISION**

9

| | |
|---|---|
| DR. STEWART LUCAS MURREY, an individual; | Case No. 2:20-cv-06217-PA (SKx) |
| Plaintiff, | **PLAINTIFF'S REPLY TO DEFENDANTS BRANDYOURSELF.COM, INC., TOM VITOLO AND CHRISTIAN TRYON'S OPPOSITION TO PLAINTIFF'S *EX PARTE* MOTION TO EXPEDITE DISCOVERY** |
| vs. | |
| AARON MINC, an individual, MINC LAW, a business entity; DOMINGO J. RIVERA, an individual; RIVERA LAW GROUP, PLC a.k.a. DOMINGO J. RIVERA, ATTORNEY AT LAW, PLC, a limited liability company; PRVT L.L.C., a limited liability company, ELIZABETH JORDAN, an individual; INTERNET REPUTATION CONTROL a.k.a. IRC, a business entity; ANTHONY WILL, an individual; DIGITAL REVOLUTION LLC a.k.a. REPUTATION RESOLUTIONS, a business entity; BRANDYOURSELF.COM, INC., a limited liability company, TOM VITOLO, an individual; CHRISTIAN TRYON, an individual; and JOHN DOE NUMBERS 1-10; | (Honorable Percy Anderson) |
| Defendants. | |

- 1 -

1    Plaintiff Dr. Murrey hereby replies to the opposition of defendants

2   Brandyourself.com, Inc., Tom Vitolo and Christian Tyron to plaintiff's *ex parte*

3

4   motion to expedite discovery.

5    Defendants are wrong, as plaintiff has satisfied both prongs that defendants'

6   counsel addresses.

7

8    Firstly, for his *ex parte* relief, plaintiff has established (1) his cause will be

9   irreparably prejudiced if the motion is heard according to regularly noticed

10  procedures. ***This is a time-sensitive issue.*** As plaintiff has already made clear to this

11  Court, defendants known and unknown who are anonymously operating this

12  extortion ring, in particular the website WWW.CHEATERREPORT.COM, its

13

14  hosting entity(ies), those enhancing its destructive, global impact (***Cloudflare, Inc.***

15  ***in San Francisco***), and those laundering its monies via offshore accounts to and

16

17  from Californian entities (*such as **Rivera**'s payments via **PRVT LLC** from **Puerto***

18  ***Rico** and **Panama** and **Saint Kitts and Nevis** to **Cloudflare, Inc. in San Francisco***),

19

20  have just weeks ago *erratically redacted almost all their online information as well*

21  *as erratically re-registered their hosting entity and place across the Caribbean.*

22  These criminals who intentional harm countless people, ***plaintiff in California***

23

24  ***included***, are on the run, actively covering their digital traces in real time now, and

25  plaintiff has a right to track them immediately.

26

27

28

- 2 -

PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S *EX PARTE*
MOTION TO EXPEDITE DISCOVERY

1  Further, the legal standard to which defendants turn (*Mission Power Engineering*

2
3  *Co. v. Continental Casualty Co.*, 883 F.Supp. 488, 492 (C.D. Cal. 1995)) fails to

4  work in favor of their opposition not only because the erratic movements of this

5  criminal organization to remain anonymous give plaintiff reason, even necessity, for

6
7  his immediate *ex parte* relief. Defendants' opposition is also suspicious. Why would

8  these specific three individual defendants: Brandyourself.com, Inc, Christian Tyron

9  and Tom Vitolo oppose this reasonable *ex parte* motion, especially if they are, as

10
11  they claim, wholly external to this extortion ring? *What could be more productive*

12  *for the efficacy of this **RICO (Racketeering Influenced Corruption Organization)***

13  ***action*** *than a clear picture of its aggressively anonymous defendants, including*

14
15  *their locations i.e. information relevant to the venues and jurisdictions to which they*

16  *belong?* Suspect is therefore defendants' opposition to the vital transparency said

17  expedited discovery would facilitate.

18
19  Secondly, it is clear that (2) that the moving party is without fault in creating the

20  crisis that requires *ex parte* relief. (*Mission Power Engineering Co. v. Continental*

21  *Casualty Co.*, 883 F.Supp. 488, 492 (C.D. Cal. 1995)). *Plaintiff did not create the*

22
23  *anonymous extortion ring that victimized him and countless others. **Defendants***

24  ***both known and unknown did***. Plaintiff is in no way responsible *for the anonymity*

25  *that defendants and their co-conspirators intentionally contrive and ritualize to hide*

26
27  *their criminal organization.*

28

PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S *EX PARTE*
MOTION TO EXPEDITE DISCOVERY

1    One does not have to be a genius to notice a pattern in 1) the named defendants,

2    2) the defendants plaintiff reasonably seeks to add to this case and 3) the entities and

3

4    individuals he seeks to reasonably subpoena as soon as possible: **PRVT** LLC in

5    Puerto Rico (owned by Domingo J. Rivera), **PRVT** LLC in Panama (owned by

6    Domingo J. Rivera), **PRVT** LLC in Saint Kitts and Nevis (owned by Domingo J.

7    Rivera), **MYPRIVACY**.CA, **CONTACT PRIVACY, Inc**., etc. In fact, that any of

8

9    the defendants at this point are aggressively pushing for another venue and

10   jurisdiction instead of the Central District in California is not only astonishing, but

11

12   highly suspicious: 1) **Plaintiff** was harmed within the **Central District of**

13   **California**, 2) **all the defendants did business with him** i.e. received money from

14   him by extorting him via fraudulent contracts **in the Central District of California**,

15

16   3) **Cloudflare, Inc.** whose executive office is located at 101 Townsend St. in **San**

17   **Francisco, California** 94107 receives money secretly from Domingo J. **Rivera's**

18   **PRVT** LLC to enhance WWW.CHEATERREPORT.COM's insidious online

19

20   algorithmic impact, 4) Domingo J. Rivera works for **AVM Technologies** which is

21   located within **the Central District of California** at 26074 Ave. Hall Ste. 15, **Santa**

22   **Clarita, California** 91355, and 5) **Aaron Minc and Minc Law secretly work with**

23

24   **a charged felon in southern California** (See "Exhibit A" attached herewith).

25   Plaintiff hardly has to remind the Court that privacy is a "qualified privilege" and

26   not an absolute right. (*Hill v. National Collegiate Athletic Assoc.* (1994) 7 Cal.4th 1,

27

28

PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S *EX PARTE*
MOTION TO EXPEDITE DISCOVERY

34-35). When one commits a crime, for instance, participates in a criminal organization, he, she or it loses that right.

The 1) named defendants, the 2) recently added defendants and the 3) still unknown defendants represent what one looking at an online cyber-extortion ring should expect: Canada, Switzerland, North Carolina, Colorado, New York, Washington, Virginia, a selection of offshore financial jurisdictions, etc. i.e. an erratic pattern that is finally a collection of secrecy symptoms. That defendants try to blame the singular plaintiff for the plurality of this hidden complex of criminal geography further betrays the location of their despair.

Relevant to the issue of this motion is opposing counsel's reference to the familiar legal – and ancient – metaphor involving a horse and cart. Defendants claim that only after venue is selected can discovery begin. However, not only is it already clear given the facts available that the Central District in California is the proper venue, the geographic nature of this online extortion ring is *by design* rambling and therefore gives plaintiff clear reason to reasonably investigate via subpoena as soon as possible. Only after all known and unknown defendants have been identified and located can this case truly take shape, including its proper Court.

It is true that the legal expenses that defendants have caused plaintiff, beyond the traumatic real damages they have already caused him since 2016 until the present, are astonishing. But this makes the fact that plaintiff is seeking discovery to expedite

- 5 -

1   this case all the more reasonable. If defendants cannot afford counsel, they are

2   welcome to litigate in *pro se*, just as plaintiff has been doing. Federal Courts are

3
4   liberal to *pro se* litigants.

5       Thus defendants are not only wrong, but suspiciously wrong. Why would they

6   oppose this reasonable *ex parte* motion? Defendants' counsel, Mr. Cox, has made it

7
8   abundantly clear to plaintiff during their two (2) telephonic conferences that his

9   clients are wholly innocent and have nothing to do with the other defendants. This

10  raises the question: Why would these three (3) defendants then be concerned about

11
12  the expenses of other parties, if they are not conspiring with them? Would not the

13  thread leading to the proper unknown defendants rehabilitate their innocence, if they

14
15  are, actually, innocent? Similar to the poorly designed front-end of the highly

16  sophistical revenge-porn/shaming website WWW.CHEATERREPORT.COM, the

17  "horse and cart" metaphor of the opposing counsel is misleading. This time-worn

18
19  metaphor hardly does justice to the modern spirit of this case – unless one considers

20  the "horse-play" of offshore financial secrecy, "big-tech" super-predators and the

21  mafia/"intelligence" cart(el).

22      Last, but not least: plaintiff hereby accents in a clear tone that any conflicts of

23
24  interest between the Court and this case need be made known along with any and all

25  consequences of recusal. Plaintiff iterates this point because it should be clear to the

26  Court by now that plaintiff's references in his pleadings to Jeffrey Epstein,

27
28

- 6 -

PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S *EX PARTE*
MOTION TO EXPEDITE DISCOVERY

1   Alexander Acosta (i.e. Acosta's shameful failure to prosecute Epstein because "he

2   [Epstein] belonged to intelligence") and Ghislaine Maxwell – and this unfortunate

3

4   matrix of American and Israeli "intelligence" working with Silicon Valley *is not*

5   *only metaphorical*. Of course said revenge-porn/shaming website(s) and extortion

6   "removal services" are similar in structure and nature to the extortion and underage

7

8   sex-trafficking rings that Epstein and his "associates" orchestrated, inseparable from

9   the offshore banking geography, to gain leverage over domestic and foreign

10  diplomates et. al. – think English Royals.

11

12      However, in this case, the metaphor ends, rather quickly, for instance, where

13  Amazon begins. As noted, Amazon secretly hosted/hosts the website

14  WWW.CHEATERREPORT.COM – secretly because **Cloudflare, Inc. in San**

15  **Francisco** secretly hides WWW.CHEATERREPORT.COM's true Internet Protocol

16

17  (IP) Address, which was/is: **52.90.63.226**.

18      And this much we should expect. Amazon is well known not only for its savage

19

20  wages, inhumane workers' conditions (worse during pandemics) and surveillance

21  software engineering (inseparable from military contracts in the billions) that

22  Amazon uses secretly on its workers to stop unions – and secretly on all the rest of

23

24  us – as when its AI "wearables" let us know when we are feeling "happy" or "sad" –

25  . Also well-known is Amazon's hosting of child pornography websites, prostitution

26

27

28

PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S *EX PARTE*
MOTION TO EXPEDITE DISCOVERY

1   websites, and Amazon's "inaction of combating child abuse material online" – and

2   so much more (See "Exhibit B" attached herewith).

3
4       It is also well-known that the richest man on the planet, Jeff Bezos, lives on

5   Beverley Glen, that is, directly within the **Central District of California**.

6
7       Perhaps less well-known, however, is the fact that Bezos was in Riyadh meeting

8   with Crown Prince Mohammed bin Salman at the same time as Epstein was in

9   Riyadh on 7 November 2016 (See "Exhibit C" attached herewith).

10
11      This means that, although pandemic conditions require "friends" to take turns

12  golfing in isolation, anyone on the long, shocking list of familiar celebrity/politician

13  personae that the FBI found in Leslie Wexner's Manhattan compound could be

14  grounds, now, for a recusal – this, and *or owning Amazon stock.*

15
16      For the reasons and arguments presented herein, Dr. Murrey respectfully requests

17  the Court to grant plaintiff's *ex parte* motion to expedite discovery.

18
19  DATED: 15 December 2020                    Respectfully submitted,

20
21
22                                      By: _____

23                                      Stewart Lucas Murrey
                                        *Plaintiff & Plaintiff in Pro Se*
24
25
26
27
28

PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S *EX PARTE*
MOTION TO EXPEDITE DISCOVERY

# EXHIBIT A

# AVM Technologies

| Website | Directions | Save |
|---------|-----------|------|

Computer consultant in Santa Clarita, California

**Address:** 26074 Ave Hall STE 15, Santa Clarita, CA
91355

**AVM Technology**

Home - AVM Technology, LLC    Domingo J Rivera    Clients ∨    More ∨    Q

# DOMINGO J RIVERA

Domingo J Rivera is a cyber lawyer who also leads our cyber forensics department. As an attorney, Domingo J Rivera has participated in pioneering decisions. For example, Domingo J Rivera was the first attorney to obtain an acquittal in a Federal criminal copyright case involving an individual client who had been labeled as the leader of the "most prolific music privacy" group in the world. Additionally cyber lawyer Domingo J Rivera obtained summary judgment in cases involving Internet defamation in several states and in cases involving computer trespass. Domingo J. Rivera is also admitted as a patent lawyer by the U.S. Patent and Trademark Office and has experience in Intellectual Property issues related to software and the Internet. After leading pioneering Internet cases, he decided to go back to the technical side and assist businesses and attorneys in cases involving computer forensics.

Computer forensics expert Domingo J Rivera has been admitted as an expert in several State and Federal cases throughout the United States (a complete list can be provided upon request). Regarding technical qualifications, Domingo J Rivera is a CISSP (Certified Information Systems Security Professional. Additionally, Domingo has also obtained GIAC's GPEN (Penetration Tester), GCIH (Incident Management) and GSLC (GIAC Security Leadership). Domingo J Rivera is also a Certified Ethical Hacker (CEH) and has a Master's in Information Technology from Virginia Tech.



FOX11

Live

COVID-19

News

Weather

Good Day LA

Contests

More :

# FOX 11 Investigates: Reputation defense companies utilizing fraudulent lawsuits and illegal hacks to silence online consumer complaints

Melugin | **Published** January 19 | News | FOX 11

2020 Elections

View More

Ad

Medical Malpractice, Accidents

Karasik Law Group, P.C.

Open



r          **LATEST    MAGAZINE ▾    VIDEO    PODCASTS ▾    VOLOKH    NEWSLETTERS**

# The Volokh Conspiracy

Mostly law professors | Sometimes contrarian | Often libertarian | Always independent

About The Volokh Conspiracy ☐

FREE SPEECH

# "Fraudulent Lawsuits and Illegal Hacks to Silence Online Consumer Complaints"

A new story from Fox 11 (L.A.).

**EUGENE VOLOKH** | 1.20.2020 12:30 PM

Some of it may be familiar to our readers (see here for my brief on the "fraudulent lawsuits" side of the analysis), but there's a new item, too:

[Aaron] Minc advertises himself as an internet defamation attorney, capable of "removing damaging content from the internet."

He can be seen in an advertisement with a man named Pierre Zarokian, who runs a reputation management company called Submit Express. "We've helped many companies get rid of Ripoff Report, and we've been successful in doing this," Zarokian says in an online video. In 2018, the FBI [charged Zarokian] with felony conspiracy after he was caught paying an international hacker in [Cyprus] to remove Ripoff Report complaints for his clients.

A FBI search warrant obtained by FOX 11 reveals chat logs between Zarokian and the hacker, in which Zarokian provides Ripoff Report links for the hacker to remove. Federal documents reveal that hacker used brute force methods to get into

the hacker, in which Zarokian provides Ripoff Report links for the hacker to remove.Federal documents reveal that hacker used brute force methods to get into Ripoff Report's system and remove over 100 complaints in total.....

Zarokian [has] pleaded guilty to his felony charges. In a sworn statement he signed with the feds, Zarokian admitted to paying the hacker $1,000 per complaint removal, then charging his client a removal fee of between $1,000 and $5,000.

[UPDAET 7/10/20, 7:46 am: I originally quoted the Fox L.A. story as saying that the FBI had "arrested Zarokian and charged him," but it appears that Zarokian was charged, and pleaded guilty, without being arrested; I've edited the story excerpt accordingly.]

Check out the whole story, either in <u>text</u> or on video (at link). Here's an excerpt from the <u>Zarokian plea agreement</u>:

I, Pierre Zarokian, worked with Joshua Polloso Epifaniou during October 2016 through May 2017 to obtain unauthorized access to Ripoff Report (ROR)'s database and delete information. ROR is a company based in Phoenix, Arizona, that hosts a website where customers can post anonymous complaints about people and businesses. I operated a search engine marketing company in California that offered "reputation management services/ including the removal of negative customer complaints from ROR. In Octoaer 2016 Epifaniou—a computer hacker living in Cyprus—gained unauthorized access to ROR computer servers in Phoemx, Anzona, and then contacted me. In furtherance of the conspiracy, and to achieve the object of the conspiracy, Epifaniou and I committed an overt act—namely that I paid him $1000 per complaint removal and then charged my clients a fee for removal between $1000 to $5000. I knew that Epifaniou was deleting the records through unauthorized access to the ROR computer servers, and I acknowledge that the ROR computer servers were used in and affected interstate commerce.

FOX11 | Live | COVID-19 | News | Weather | Good Day LA | Contests | More

The lawsuit includes an affidavit allegedly signed by Cerna in which she supposedly admits to being the author of the online complaint, but Ripoff Report confirmed to FOX 11 that Cerna was not the author, and when our investigative team tracked her down in Benicia, California, and showed her the lawsuit, she denied any involvement. "I have no idea what you are talking about, I don't even know what to say," Cerna said. "I'm not answering any questions, I have no idea, you're freaking me out."

Cerna then walked away and refused to say another word.

FOX 11 tracked Mascot down in Palm Desert and questioned him on accusations of filing fraudulent lawsuits.

He called a FOX 11 producer a "mother****er" and said he had no comment. Mascot isn't the only attorney accused of using these schemes, and they aren't always successful. In Wayne Altman's case, a Blue Haven representative confirmed to FOX 11 that they hired an Ohio attorney named Aaron Minc to remove negative online reviews about their company.

Minc advertises himself as an internet defamation attorney, capable of "removing damaging content from the internet."

He can be seen in an advertisement with a man named Pierre Zarokian, who runs a reputation management company called Submit Express."We've helped many companies get rid of Ripoff Report, and we've been successful in doing this," Zarokian says in an online video.In 2018, the FBI arrested Zarokian and charged him with felony conspiracy after he was caught paying an international hacker in Cypress to remove Ripoff Report complaints for his clients.

A FBI search warrant obtained by FOX 11 reveals chat logs between Zarokian and the hacker, in which Zarokian provides Ripoff Report links for the hacker to remove.Federal documents reveal that hacker used brute force methods to get into Ripoff Report's system and remove over 100 complaints in total. One of them was Wayne Altman's against Blue Haven Pools.

FOX 11's investigative team tracked Zarokian down in Glendale, where he pushed the camera away, and refused to answer any questions.Months after that confrontation, Zarokian pleaded guilty to his felony charges. In a sworn statement he signed with the feds, Zarokian admitted to paying the hacker $1,000 per complaint removal, then charging his client a removal fee of between $1,000 and $5,000.

Zarokian's sentencing hearing is set for March. Aaron Minc never responded to FOX 11's numerous requests for comment.

## In a statement to FOX 11, Blue Haven Pools explained why they hired him.

*"After successfully building and remodeling nearly 90,000 pools in the last 25 years, we wanted to explore legitimate options for addressing a handful of very old, anonymous, online posts. We found an attorney who represented that he had deep expertise addressing these types of issues. We hired him to appropriately handle the work. We had no knowledge about the alleged improper methods that were apparently utilized by the attorney and others to whom he referred us. Had we had any reason to question his integrity, we never would have hired him,"* Blue Haven wrote.

"They're hacking down a consumer complaint," Beebe said. "When the whole scheme was found out, then the reports go back up so the consumer has spent money, and may not be receiving

# EXHIBIT B

MOVE ON Search 🔍

TO: Jeff Bezos

# Amazon: Stop Hosting Child Pornography



Campaign created by
Amanda Kloer



Parents Together Action

Amazon Web Services -- the largest cloud provider in the U.S. which controls ⅓ of the internet - refuses to report images of child sexual abuse, sometimes called child pornography. Amazon CEO Jeff Bezos makes $13 billion a day; it would be pennies to him to find and report these images, saving millions of children from abuse. Parents across the U.S. are asking Amazon: Keep kids safe by finding and reporting child sexual abuse material (CSAM) on Amazon Web Services.

**Why is this important?**

# Parents accuse Amazon of inaction in combatting child abuse material online

5 months ago

www.computerweekly.com

5 min read   DIFFICULT

Science & Technology

Parents protest over Amazon Web Services' alleged inaction in dealing with child sexual abuse material hosted on its servers

Ads by Google

Send feedback    Why this ad? ▷

...oncerned parents have sent hundreds of stuffed animals to the home of Amazon CEO Jeff Bezos in protest against the e-commerce and cloud computing giant's alleged failure to report child sexual abuse material (CSAM).

On 29 July, the day Bezos testified before Congress alongside other tech CEOs, members of ParentsTogether, an online community of more than two million US-based parents, also staged a demonstration with teddy bears outside Capitol Hill.

The issue of CSAM was not discussed during the hearing, however, which focused on the market power and dominance of major technology companies.

Amidst a crisis of child sexual abuse and exploitation online, which has surged during the Covid-19 coronavirus pandemic, ParentsTogether has warned that Amazon is failing to report images of child sexual abuse material to the appropriate authorities at the necessary volume required to keep children safe online.

It said 69 million photos and videos of children being sexually abused were reported to the National Center for Missing and Exploited Children last year, but that just eight of those reports came from Amazon Web Services (AWS).

By comparison, it said other major technology companies, such as Google, Facebook and Apple, had each made hundreds of

Amazon Web Services -- the largest cloud provider in the U.S. which controls ⅓ of the internet - refuses to report images of child sexual abuse, sometimes called child pornography. Amazon CEO Jeff Bezos makes $13 billion a day; it would be pennies to him to find and report these images, saving millions of children from abuse. Parents across the U.S. are asking Amazon: Keep kids safe by finding and reporting child sexual abuse material (CSAM) on Amazon Web Services.

## Why is this important?

CSAM is a global crisis that exists in every corner of the internet. Increasingly, these horrific images feature very young children –infants and toddlers – and are growing more violent and extreme. The coronavirus pandemic has created an explosion of CSAM, with reports increasing 400% over the past few months.

Last year tech companies made 17 million reports of CSAM. Of those 17 million, Amazon made 8. Other big companies made hundreds of thousands to millions of reports, but Amazon, with the third of the internet they control, only made 8 reports. By failing to find and report CSAM, Amazon is hurting kids and creating a safe space for child predators to buy, sell, store, and share these illegal images.

Amazon's refusal to report CSAM is part of a growing trend of big tech companies pushing the full responsibility of keeping kids safe online onto parents – many of whom are now in the impossible position of working, parenting, teaching, and policing technology all at the same time. Tech companies like Amazon are making billions off families, and they must share the responsibility to keep kids safe.

By proactively searching for and reporting CSAM photos and videos, Amazon could save thousands of children from abuse and revictimization. Parents across the country are demanding Amazon do their part to keep kids safe online by finding and reporting CSAM.

But Amazon doesn't stop at passively allowing its policies to be systematically violated. **Amazon.com goes a step further, and hosts hardcore pornography and prostitution websites through its server hosting services.**

There is a growing trend within the porn industry of small and start-up pornographers using Amazon's hosting services, which manage their websites and facilitate their accessibility on the Internet. A few years ago, one "entrepreneur" explained to Business Insider that he made hundreds of thousands of dollars owning a porn site. He suggested that other aspiring porn peddlers use Amazon, stating: "You can make use of Amazon Web Services to lower costs substantially."

This man isn't the first to use Amazon to host this explicit content. On a Reddit thread giving advice to pornographers about the best web hosts, one user stated: "I actually use Amazon S3 with CloudFront. I don't know much about any others because Amazon is so great I have never needed to use anything else."

Some posters on another Reddit thread even joked about the lack of concern Amazon has over hosting pornography websites, so long as it doesn't become public knowledge.

One user commented: "They don't advertise [hosting porn sites] as a service they provide, and may look at you funny as you do it, but surely [Amazon isn't] going to stop you so long as the check clears."



# Really, amazon ???

June 2, 201[...]

## Why is Amazon.com Hosting Pornographic Websites?

Amazon.com, the world's largest online retailer, has a shady side business.

While the policies of this corporation technically prohibit the sale of pornography, its practices tell a different story. Hardcore pornographic videos are available on Amazon Instant, and many more are available for quick shipping through Amazon Prime. In addition to this, Amazon's Kindle e-reader has already exposed children to sexually explicit images and content based on themes of incest, rape, and the abuse of minors.

# EXHIBIT C

# INSIDER

- Insider previously reported that Jeffrey Epstein's private jet flew from Paris to somewhere over the Arabian Peninsula on November 7, 2016. The jet returned to Paris 48 hours later.

- Newly located flight data, discovered by the journalist Eric Rosenwald, shows that Epstein's Gulfstream GV-SP landed in Riyadh at King Khalid International, the main airport of the Saudi Arabian capital.

- Crown Prince Mohammed bin Salman, with whom Epstein has claimed to be close friends, was in Riyadh at the same time, holding meetings with Amazon CEO Jeff Bezos.

- Bezos and MBS did not answer questions about whether they met the accused sex trafficker around the same time. Bezos attended at least two dinners with Epstein, in 2004 and 2011.

- The presence of Epstein's jet in Riyadh provides additional evidence of the financier's ties to the Saudi kingdom.

11111111111111111111111111111111111111111111111

INSIDER

# Why did Jeffrey Epstein's private jet fly to Riyadh on the eve of the 2016 election?

J.K. Trotter  Sep 19, 2019, 6:50 AM



Jeffrey Epstein's private jet landed in Riyadh, Saudi Arabia when Mohammed bin Salman was in town.  Getty Images