Dr. Stewart Lucas Murrey
1217 Wilshire Blvd. # 3655
Santa Monica, CA 90403
Tel.: (310) 994-1711
Email: **2@lucasmurrey.io**

**Plaintiff & Plaintiff in Pro Se**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. STEWART LUCAS MURREY, an individual;<br>Plaintiff,<br>vs.<br>AARON MINC, an individual, MINC LAW, a business entity; DOMINGO J. RIVERA, an individual; RIVERA LAW GROUP, PLC a.k.a. DOMINGO J. RIVERA, ATTORNEY AT LAW, PLC, a limited liability company; PRVT L.L.C., a limited liability company, ELIZABETH JORDAN, an individual; INTERNET REPUTATION CONTROL a.k.a. IRC, a business entity; ANTHONY WILL, an individual; DIGITAL REVOLUTION LLC a.k.a. REPUTATION RESOLUTIONS, a business entity; BRANDYOURSELF.COM, INC., a limited liability company, TOM VITOLO, an individual; CHRISTIAN TRYON, an individual; and JOHN DOE NUMBERS 1-10;<br>Defendants. | Case No. 2:20-cv-06217-PA (SKx)<br><br>NOTICE OF MOTION AND MOTION FOR LEAVE TO AMEND TO ADD DEFENDANTS AMAZON A.K.A. AMAZON WEB SERVICES ("AWS"), CLOUDFLARE, INC., WWW.CHEATERREPORT.COM, DOE-52.90.63.226 AND OR DEFENDANTS IDENTIFIED VIA PLAINTIFF'S EXPEDITED DISCOVERY AFTER SAID DISCOVERY IS COMPLETE; DELCARATION OF DR. MURREY<br><br>Hearing Date:   25 January 2021<br>Hearing Time:   1:30 p.m.<br>Courtroom:      9A<br>Judge:          Hon. Percy Anderson |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that on 25 January 2021 at 1:30 p.m. in Courtroom 9A of the above-captioned court, before the Honorable Percy Anderson, plaintiff will

- 1 -
PLAINTIFF DR. MURREY'S MOTION FOR LEAVE TO AMEND TO ADD DEFENDANTS

move this Court for leave to file his Second Amended Complaint following the completion of his expedited discovery. This motion is made for the purpose of amending the Complaint to add newly-discovered and remaining unknown defendants.

This motion is made pursuant to Rule 15(a) of the Federal Rules of Civil Procedure and is based on this Notice, the Memorandum of Points and Authorities, the Declaration of Dr. Lucas Murrey, and such further oral or documentary evidence as may be presented at the hearing.

Although plaintiff has given notice to the opposing parties and their counsels, given that their position is that they are wholly innocent of any wrongdoing, that they have nothing to do with WWW.CHEATERREPORT.COM and that this extortion ring is "imaginary", it is hard to imagine why they would object and or oppose this motion.

DATED: 17 December 2020                Respectfully submitted,

By: _____
Dr. Stewart Lucas Murrey
*Plaintiff & Plaintiff in Pro Se*

## I. STATEMENT OF FACTS

Although plaintiff has done his due diligence in good faith by seeking identification and documentation from Amazon.com, Inc., Amazon Web Services a.k.a. "AWS, and Amazon Technologies, Inc. et. al. regarding the IP address of WWW.CHEATERREPORT.COM – and thus the identity(ies) of other possible defendants –, Amazon has failed to respond with unusually bad faith, thus making it clear that this "big tech" conglomerate/new super-predator is not only aiding and abetting, but also a profiting participant of the extortion ring to which said revenge-porn website belongs. This is abundantly clear in the ongoing subpoena/discovery-conversation plaintiff initiated in good faith giving Amazon, who like of monopoly-entities Microsoft, Google, Facebook, Apple work with military intelligence via contracts in the billions, the chance to distance itself from this criminal organization.

After identifying the IP address of WWW.CHEATERREPORT.COM as 52.90.63.226 and diligent research, as this information is intentionally hidden by Cloudflare, Inc. in San Francisco, it became clear that this website is hosted by Amazon and or Amazon Web Services a.k.a. "AWS"/Amazon Technologies, Inc/Amazon Technologies LLC. Although plaintiff contacted Amazon in good faith to find out the website's true identity, Amazon egregiously refused to be transparent, despite the severe harm that Amazon knows the website who it hosted/hosts caused and continues to cause countless people, plaintiff in California included; instead of distancing itself from this extortion ring, Amazon profits from being a part of it.

PLAINTIFF DR. MURREY'S MOTION FOR LEAVE TO AMEND TO ADD DEFENDANTS

Specifically, after plaintiff and his books were anonymously harassed and personally targeted on Amazon.com in early 2017 precisely when he was anonymously targeted on WWW.CHEATERREPORT.COM in early 2017, he then contacted Amazon but received no response. Then, after identifying Amazon as the entity that secretly hosts WWW.CHEATERREPORT.COM because the San Francisco based company Cloudflare, Inc. knowingly masks and hides said revenge-porn website's IP address, plaintiff again contacted and then served Amazon (Amazon.com, Inc., Amazon Web Services a.k.a. "AWS", Amazon Technologies LLC) four (4) different federal subpoenas and followed up in good faith with two meet and confer letters only to again receive no significant response from Amazon and its various entities, especially given that all its objections are clearly frivolous. (Exhibit "A" to the Declaration of Dr. Murrey, Par. 4). Instead of clearing up its relationship to the egregious criminal organization to which Amazon is inextricably tied, it believes that it is above the law and even people severely harmed by the websites it knowingly hosts should have no recourse.

Similarly, although plaintiff has reached out to the Cloudflare, Inc. whose executive office is located at 101 Townsend St. in San Francisco, California 94107 it too remains non-responsive while the clarity of its participation in this extortion ring – it too makes a profit from it – has become unmistakable. Cloudflare, Inc. did show evidence of true IP address of said website which tracks back to Amazon and its entities; and Cloudflare, Inc. did show that it receives money in California for

services that it provides to WWW.CHEATERREPORT.COM through secret payments that it receives from defendant Rivera's secret offshore entity PRVT LLC in Puerto Rico. However, Cloudflare, Inc. continues to be non-responsive regarding said website and its exact role in this criminal organization. (Exhibit "B" to the Declaration of Dr. Murrey, Par. 5).

To understand the importance of why plaintiff needs to amend this complaint to add Amazon and the California based business entity Cloudflare, Inc. in San Francisco and WWW.CHEATERREPORT.COM and DOE-52.90.63.226, it is vital to understand how this extortion ring works.

This website is one of hundreds, possibly thousands of such revenge-porn/shaming and often politically motivated websites (by political I mean political and public figures are also targeted). (Exhibit "C" to the Declaration of Dr. Murrey, Par. 6). They secretly target and severely defame countless people across all fifty states, plaintiff in California included. They deteriorate the law by making off-hand comments about the freedom of speech and the First Amendment on their websites. However, these criminals have never defended a journalist who broke a significant story, for instance, the one who published the email showing that the financial conglomerate City Group essentially picked Obama's Cabinet in 2009 has not won their praise for protecting the freedom of speech. These banal con-artists do not actually care about the First Amendment.

What they care about is setting up a new infrastructure of defamation. And since we live in a post-literate visual culture, entire legacies and lives like those of plaintiff's can be wiped out within hours because of unprecedented trillion-dollar AI algorithms. Do not let the intentionally poor design of the front-end of these websites fool you. Their back-end designs include the most highly sophisticated ways of manipulating perception online; they effectively consume any and all search results as big tech-monstrosities secretly eat the reputations of countless people everyday.

Cloudflare, Inc. shows that defendant Elizabeth Jordan – who is linked to the payment account along with PRVT LLC (owned by Rivera and his other entities) to WWW.CHEATERREPORT.COM – has as her email: liarscheatersrus@protonmail.com.

Defendant Aaron Minc has been caught emailing the anonymous website owners of JOHNSEXPOSED wherein Minc and said anonymous "admin" discuss how they should try wire transfers of money in "batches", since the volume of their "client"-victims is so great. (Exhibit "C" to the Declaration of Dr. Murrey, Par. 6). Never do Minc and the anonymous "admin" discuss whether or not any of these people they are taking money from are actually innocent. The anonymous website administrator and Minc even discuss how they can get themselves more clients i.e. via more severe defamation. It is clear that those people paying Minc, like plaintiff, never knew that Minc was secretly working with these website owners *behind the scenes*,

- 6 -
PLAINTIFF DR. MURREY'S MOTION FOR LEAVE TO AMEND TO ADD DEFENDANTS

thus invalidating any and all contracts regarding payments for "removal services". As we have seen, defendants Minc and Rivera secretly work together the same way, and Minc and Rivera both try to hide the money-trail whether it be via their use of cryptocurrencies like Bitcoin or endless offshore banding accounts that, in turn, pay companies like Cloudflare, Inc. in San Francisco to enhance the impact of their websites, or both.

Hiding behind a mask of common place front-end web-design, these websites use the most sophisticated algorithms and AI advances that the military-"intelligence"/Silicon valley blob can secretly concoct – and without ever putting the implementation of said technological experiments on the populace who pay their salaries through their taxes, to a vote. WWW.CHEATERREPORT.COM and other such websites not only aid and abet defamation as they publish anything without vetting it or doing their own due diligence, they engage in defamation directly, as they know that their anonymity and nonresponsive nature will keep their criminal organization secret i.e they will never be brought to justice.

Plaintiff was defamed by hundreds of postings from 2016 to 2018 and after and paid i.e was extorted for well over $15,000 for said "removal services" and still today he has no idea who wrote these postings, has never seen any evidence, nor ever had a response from said website. These criminals want the people to live in fear of such things happening endlessly to them for the rest of their lives – and they want to profit off of this cynical cyber-destruction of society.

Thus the anonymous and nonresponsive nature of these websites is designed to make those who they severely harm feel helpless by their lack of recourse while suffering defamations. Rivera has never denied his involvement with the revenge-porn website WWW.CHEATERREPORT.COM, nor has Rivera explained why PRVT LLC is both in Puerto Rico and Panama, nor who Elizabeth Jordan is, and why someone who presently himself as a highly sophisticated software engineer working for cybersecurity for the military and nameless big-corporate firms is secretly paying Cloudflare, Inc. in San Francisco to maintain what looks like a revenge-porn website? Their victims, as they know, cannot appeal to the website if they are defamed for any sort of remedy or recourse, even when their entire lives are destroyed by severe defamation within days, sometimes even hours. This is why those who operate this website aggressively hide, to seed new clients out of the despair they intentionally inflict on the populace.

Critical is how said helpless victims are them intentionally bombarded by the targeted advertising of "removal services" ads that are linked, again through highly sophisticated algorithms, to those desperately searching online to salvage their destroyed lives. The fraudulent companies like Minc Law, Rivera's Internet Reputation Control a.k.a "IRC", Reputation Resolutions etc. who then "magically appear" and offer "removal services" to those in desperation then deceitfully portray themselves as "Internet Defamation Heroes" – witness Minc Law and Domingo J. Rivera's entity Internet Reputation Control a.k.a. "IRC". They deceitfully

misrepresent themselves as those who have nothing to do with the operation of the website that is the source of their clients' pain: Attorneys who are openly abusing the law and their licenses to continue this extortion ring. (Exhibit "C" to the Declaration of Dr. Murrey, Par. 6).

After extorting thousands of dollars from thousands of "anonymous" postings that need to be urgently removed – again, this is easily a billion dollar hidden in offshore accounts – these fraudulent "removal services" then secretly pay off those who remain in the dark anonymously running these revenge-porn/shaming websites without their "client"-victims ever knowing that they have been extorted. Money is then laundered through a network of offshore banking accounts and sophisticated cryptocurrency schemes involving dark alt-coins like Monero and crypto-mixers, etc. Think of Shaun Bridges, the now jailed FBI agent who not only tracked Ross Ulbricht on the Silk Road, but then himself got caught trying to steal Bitcoin for himself.

And then the entire extortion process begins anew. Those who like Rivera obtain secret "kick-backs" of payments for "removal services" then secretly, via their secret offshore banking accounts, pay fees to continue to operate the websites and maintain the secrecy of other, still unnamed defendants, continue their criminal organization. All they have to do is allow defamation to be posted and or to anonymously post defamatory statements themselves, then pay Cloudflare, Inc. in San Frnacisco to make sure its unprecedented new AI-algorithms will cause the

- 9 -
PLAINTIFF DR. MURREY'S MOTION FOR LEAVE TO AMEND TO ADD DEFENDANTS

most impactful harm to people across all fifty states, plaintiff in California included, and then wait for a new wave of desperate calls.

## II. THE COURT SHOULD GRANT PLAINTIFF LEAVE TO AMEND HIS COMPLAINT.

### A. Federal Policy Favors Granting Leave to Amend.

Rule 15(a) of the Federal Rules of Civil Procedure provides that leave to amend a complaint "shall be freely given when justice so requires." The Supreme Court has observed that "this mandate is to be heeded," in furtherance of the established policy that a plaintiff "ought to be afforded an opportunity to test his claim on the merits." *Forman v. Davis*, 371 U.S. 178, 182 (1962). The Ninth Circuit has further observed that "[R]ule 15's policy of favoring amendments to pleadings should be applied with 'extreme liberality.'" *DCD Programs, Ltd. v. Leighton*, 833 F.2d 183, 186 (9th Cir. 1987) (citations omitted); see also *Keith v. Volpe*, 858 F.2d 467, 473 (9th Cir. 1988) (allowing amendment under Rule 15 permits courts to award "complete relief, or more nearly complete relief, in one action, and to avoid the cost, delay and waste of separate actions").

### B. Plaintiff's Proposed Amended Complaint is a Proper Use of the "Doe" Defendant Mechanism.

Under Ninth Circuit law, federal courts in California apply state law rules regarding the use of fictitiously-named "Doe" defendants, where a plaintiff is unaware of the true identities of the individuals who violated his or her rights. See

*Merritt v. County of Los Angeles*, 875 F.2d 765, 768 (9th Cir. 1989). California Code of Civil Procedure section 474 allows a plaintiff who is "ignorant of the name of a defendant" to sue such an individual as a "doe." When the defendant's "true name is discovered, the pleading or proceeding must be amended accordingly." Cal. Code Civ. Pro. § 474. Plaintiff now moves for leave to amend, as contemplated by the California Code of Civil Procedure and approved of by the Ninth Circuit.

//

//

//

//

//

### C. Defendants Will Suffer No Prejudice as a Result of the Proposed Amended Complaint

Defendants and their counsels have made it abundantly clear that they are innocent, that they have nothing to do with this online criminal organization and that in fact said defamation/removal-extortion ring is imaginary and not real. Therefore, there is absolutely no reason why plaintiff cannot complete his due diligence to pierce the veil of anonymity and bring the individuals casually profiting from the severe suffering they cause to people across all fifty states everyday into this case.

Only after plaintiff obtains more clarity regarding those who orchestrating this online criminal organization can he add all of the proper defendants to this case as well as remedy any and all jurisdiction issues, if necessary.

### III. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court grant him leave to file his proposed Second Amended Complaint adding the true names of any and all new defendants after he has completed his expedited discovery.

DATED: 17 December 2020              Respectfully submitted,

By: _____
Dr. Stewart Lucas Murrey
*Plaintiff & Plaintiff in Pro Se*