**Dr. Stewart Lucas Murrey**
1217 Wilshire Blvd. # 3655
Santa Monica, CA 90403
Tel.: (310) 994-1711
Email: **2@lucasmurrey.io**

**Plaintiff & Plaintiff in Pro Se**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

DR. STEWART LUCAS MURREY, an individual;

           Plaintiff,

vs.

AARON MINC, an individual, MINC LAW, a business entity; DOMINGO J. RIVERA, an individual; RIVERA LAW GROUP, PLC a.k.a. DOMINGO J. RIVERA, ATTORNEY AT LAW, PLC, a limited liability company; PRVT L.L.C., a limited liability company, ELIZABETH JORDAN, an individual; INTERNET REPUTATION CONTROL a.k.a. IRC, a business entity; ANTHONY WILL, an individual; DIGITAL REVOLUTION LLC a.k.a. REPUTATION RESOLUTIONS, a business entity; BRANDYOURSELF.COM, INC., a limited liability company, TOM VITOLO, an individual; CHRISTIAN TRYON, an individual; and JOHN DOE NUMBERS 1-10;

           Defendants.

Case No. 2:20-cv-06217-PA (SKx)

**DR. LUCAS MURREY'S DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND TO ADD DEFENDANTS AMAZON A.K.A. AMAZON WEB SERVICES ("AWS"), CLOUDFLARE, INC., WWW.CHEATERREPORT.COM, DOE-52.90.63.226 AND OR DEFENDANTS IDENTIFIED VIA PLAINTIFF'S EXPEDITED DISCOVERY AFTER SAID DISCOVERY IS COMPLETE**

- 1 -

# EXHIBIT A

( continued )

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
California Central District Court

| | |
|---|---|
| Dr. Stewart Lucas Murrey | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. CV20-6217-PA SKx |
| WWW.CHEATERREPORT.COM; and DOES 1 through 10, inclusive. | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Amazon Technologies, Inc.                    Davis Wright Tremaine LLP   James Howard
920 Fifth Ave.. Suite 3300  Seattle, WA 98104  Deanaahn@dwt.com  DonnaCrawford@dwt.com
ZacharyBeetham@dwt.com

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

See Exhibit A

| Place: | Dr. Stewart Lucas Murrey    And/Or Email | Date and Time: |
|---|---|---|
| | 1217 Wilshire Blvd. # 3655  Scanned Copies to: | 30 October 2020  9:00 A.M. |
| | Santa Monica, CA 90403       2@lucasmurrey.io | |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  7-13-20

CLERK OF COURT

_____          OR          _____
*Signature of Clerk or Deputy Clerk*                              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*
Dr. Stewart Lucas Murrey
_____, who issues or requests this subpoena, are:
1217 Wilshire Blvd. # 3655, Santa Monica, CA 90403, Email: 2@lucasmurrey.io, Tel.: (310) 994-1711

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### California Central District Court

| | |
|---|---|
| Dr. Stewart Lucas Murrey | ) |
| *Plaintiff* | ) |
| WWW.CHEATERREPORT.COM; and DOES 1 through 10, inclusive. | )  Civil Action No. **CV20-6217-PA SKx** |
| *Defendant* | ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Amazon Web Services, Inc. a.k.a. AWS / AES    Davis Wright Tremaine LLP   James Howard
920 Fifth Ave.. Suite 3300  Seattle, WA 98104  Deanaahn@dwt.com  DonnaCrawford@dwt.com
ZacharyBeetham@dwt.com

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

See Exhibit A

| Place: | Dr. Stewart Lucas Murrey    And/Or Email | Date and Time: |
|---|---|---|
| | 1217 Wilshire Blvd. # 3655  Scanned Copies to: | 30 October 2020  9:00 A.M. |
| | Santa Monica, CA 90403    2@lucasmurrey.io | |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 7-13-20

CLERK OF COURT

_____          OR          _____
*Signature of Clerk or Deputy Clerk*                              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Dr. Stewart Lucas Murrey                                      , who issues or requests this subpoena, are:
1217 Wilshire Blvd. # 3655, Santa Monica, CA 90403, Email: 2@lucasmurrey.io, Tel.: (310) 994-1711

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### California Central District Court

| | |
|---|---|
| Dr. Stewart Lucas Murrey | ) |
| *Plaintiff* | ) |
| WWW.CHEATERREPORT.COM; and DOES 1 through 10, inclusive. | ) CV20-6217-PA(SKx) Civil Action No. |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Amazon.com, Inc.      Davis Wright Tremaine LLP   James Howard
920 Fifth Ave.. Suite 3300   Seattle, WA 98104  Deanaahn@dwt.com  DonnaCrawford@dwt.com
ZacharyBeetham@dwt.com

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

See Exhibit A

| Place: | Dr. Stewart Lucas Murrey    And/Or Email 1217 Wilshire Blvd. # 3655   Scanned Copies to: Santa Monica, CA 90403    2@lucasmurrey.io | Date and Time: 30 October 2020  9:00 A.M. |
|---|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 7-13-20

CLERK OF COURT

_____         OR         _____
*Signature of Clerk or Deputy Clerk*                          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Dr. Stewart Lucas Murrey                                                   , who issues or requests this subpoena, are:
1217 Wilshire Blvd. # 3655, Santa Monica, CA 90403, Email: 2@lucasmurrey.io, Tel.: (310) 994-1711

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### California Central District Court

| | |
|---|---|
| Dr. Stewart Lucas Murrey | ) |
| *Plaintiff* | ) |
| WWW.CHEATERREPORT.COM; and DOES 1 through 10, inclusive. | ) |
| *Defendant* | ) |

Civil Action No. CV20-6217-PA SKx

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Amazon.com, Inc., c/o Corporation Service Company, 300m Deschutes Way SW, Suite 304 Tumwater, WA 98501, Attn: Legal Department – Legal Process

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

See Exhibit A

| Place: Dr. Stewart Lucas Murrey    And/Or Email 1217 Wilshire Blvd. # 3655  Scanned Copies to: Santa Monica, CA 90403    2@lucasmurrey.io | Date and Time: 6 November 2020  9:00 A.M. |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 7-13-20

CLERK OF COURT

_____          OR          _____
*Signature of Clerk or Deputy Clerk*                              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Dr. Stewart Lucas Murrey _____ , who issues or requests this subpoena, are:
1217 Wilshire Blvd. # 3655, Santa Monica, CA 90403, Email: 2@lucasmurrey.io, Tel.: (310) 994-1711

### *Notice to the person who issues or requests this subpoena*
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
California Central District Court

Dr. Stewart Lucas Murrey

*Plaintiff*

WWW.CHEATERREPORT.COM; and DOES 1 through 10, inclusive.

*Defendant*

)
)
)
)
)
)

Civil Action No. **CV20-6217-PA SK**

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Amazon Web Services, Inc. ("AWS"), c/o Corporation Service Company, 300m Deschutes Way SW, Suite 304, Tumwater, WA 98501, Attn: Legal Department – Legal Process

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

See Exhibit A

| Place: Dr. Stewart Lucas Murrey<br>1217 Wilshire Blvd. # 3655<br>Santa Monica, CA 90403 And/Or Email<br>Scanned Copies to:<br>2@lucasmurrey.io | Date and Time:<br>6 November 2020  9:00 A.M. |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: **7-13-20**

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

OR

_____
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Dr. Stewart Lucas Murrey _____, who issues or requests this subpoena, are:
1217 Wilshire Blvd. # 3655, Santa Monica, CA 90403, Email: 2@lucasmurrey.io, Tel.: (310) 994-1711

## Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### California Central District Court

Dr. Stewart Lucas Murrey

*Plaintiff*

WWW.CHEATERREPORT.COM; and DOES 1 through
10, inclusive.

*Defendant*

)
)
)
)
)
)

Civil Action No. CV20-6217-PA SKx

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Amazon Technologies, Inc., c/o Corporation Service Company, 300m Deschutes Way SW, Suite 304, Tumwater, WA 98501, Attn: Legal Department – Legal Process

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

See Exhibit A

| Place: Dr. Stewart Lucas Murrey    And/Or Email 1217 Wilshire Blvd. # 3655  Scanned Copies to: Santa Monica, CA 90403    2@lucasmurrey.io | Date and Time: 6 November 2020  9:00 A.M. |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 7-13-20

CLERK OF COURT

_____                    OR    _____
*Signature of Clerk or Deputy Clerk*                         *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Dr. Stewart Lucas Murrey _____ , who issues or requests this subpoena, are:
1217 Wilshire Blvd. # 3655, Santa Monica, CA 90403, Email: 2@lucasmurrey.io, Tel.: (310) 994-1711

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1) *For a Trial, Hearing, or Deposition.*** A subpoena may command a
person to attend a trial, hearing, or deposition only as follows:
    **(A)** within 100 miles of where the person resides, is employed, or
regularly transacts business in person; or
    **(B)** within the state where the person resides, is employed, or regularly
transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial
expense.

  **(2) *For Other Discovery.*** A subpoena may command:
    **(A)** production of documents, electronically stored information, or
tangible things at a place within 100 miles of where the person resides, is
employed, or regularly transacts business in person; and
    **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1) *Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney
responsible for issuing and serving a subpoena must take reasonable steps
to avoid imposing undue burden or expense on a person subject to the
subpoena. The court for the district where compliance is required must
enforce this duty and impose an appropriate sanction—which may include
lost earnings and reasonable attorney's fees—on a party or attorney who
fails to comply.

  **(2) *Command to Produce Materials or Permit Inspection.***
    **(A)** *Appearance Not Required.* A person commanded to produce
documents, electronically stored information, or tangible things, or to
permit the inspection of premises, need not appear in person at the place of
production or inspection unless also commanded to appear for a deposition,
hearing, or trial.
    **(B)** *Objections.* A person commanded to produce documents or tangible
things or to permit inspection may serve on the party or attorney designated
in the subpoena a written objection to inspecting, copying, testing, or
sampling any or all of the materials or to inspecting the premises—or to
producing electronically stored information in the form or forms requested.
The objection must be served before the earlier of the time specified for
compliance or 14 days after the subpoena is served. If an objection is made,
the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party
may move the court for the district where compliance is required for an
order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the
order must protect a person who is neither a party nor a party's officer from
significant expense resulting from compliance.

  **(3) *Quashing or Modifying a Subpoena.***
    **(A)** *When Required.* On timely motion, the court for the district where
compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits
specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no
exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
    **(B)** *When Permitted.* To protect a person subject to or affected by a
subpoena, the court for the district where compliance is required may, on
motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research,
development, or commercial information; or

      **(ii)** disclosing an unretained expert's opinion or information that does
not describe specific occurrences in dispute and results from the expert's
study that was not requested by a party.
    **(C)** *Specifying Conditions as an Alternative.* In the circumstances
described in Rule 45(d)(3)(B), the court may, instead of quashing or
modifying a subpoena, order appearance or production under specified
conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be
otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1) *Producing Documents or Electronically Stored Information.*** These
procedures apply to producing documents or electronically stored
information:
    **(A)** *Documents.* A person responding to a subpoena to produce documents
must produce them as they are kept in the ordinary course of business or
must organize and label them to correspond to the categories in the demand.
    **(B)** *Form for Producing Electronically Stored Information Not Specified.*
If a subpoena does not specify a form for producing electronically stored
information, the person responding must produce it in a form or forms in
which it is ordinarily maintained or in a reasonably usable form or forms.
    **(C)** *Electronically Stored Information Produced in Only One Form.* The
person responding need not produce the same electronically stored
information in more than one form.
    **(D)** *Inaccessible Electronically Stored Information.* The person
responding need not provide discovery of electronically stored information
from sources that the person identifies as not reasonably accessible because
of undue burden or cost. On motion to compel discovery or for a protective
order, the person responding must show that the information is not
reasonably accessible because of undue burden or cost. If that showing is
made, the court may nonetheless order discovery from such sources if the
requesting party shows good cause, considering the limitations of Rule
26(b)(2)(C). The court may specify conditions for the discovery.

  **(2) *Claiming Privilege or Protection.***
    **(A)** *Information Withheld.* A person withholding subpoenaed information
under a claim that it is privileged or subject to protection as trial-preparation
material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or
tangible things in a manner that, without revealing information itself
privileged or protected, will enable the parties to assess the claim.
    **(B)** *Information Produced.* If information produced in response to a
subpoena is subject to a claim of privilege or of protection as
trial-preparation material, the person making the claim may notify any party
that received the information of the claim and the basis for it. After being
notified, a party must promptly return, sequester, or destroy the specified
information and any copies it has; must not use or disclose the information
until the claim is resolved; must take reasonable steps to retrieve the
information if the party disclosed it before being notified; and may promptly
present the information under seal to the court for the district where
compliance is required for a determination of the claim. The person who
produced the information must preserve the information until the claim is
resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a
motion is transferred, the issuing court—may hold in contempt a person
who, having been served, fails without adequate excuse to obey the
subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## EXHIBIT A

## DEFINITIONS

The following definitions and instructions apply to the requests below and should be considered as part of each such request.

1. "You/your" shall be the subpoenaed party.

2. "Document" shall have the same meaning and scope as the term "documents or electronically stored information" in Rule 34 of the Federal Rules of Civil Procedure, and shall include any handwritten, printed, recorded, or graphic matter, data or data compilations, or information stored in electronic forms (including emails) that is or has been in your actual or constructive possession or control, regardless of the medium on which it was produced, reproduced, or stored, including, without limitation, anything that can be classified as a "writing", "original," or "duplicate." Any document bearing marks, including, without limitation, initials, stamps indicia, comments or notations not part of the original text or photographic reproduction thereof, is a separate document.

3. "And" and "or" shall be construed conjunctively or disjunctively as necessary to make the document request inclusive rather than exclusive.

4. "Any" and "each" shall be construed to included and encompass "all."

5. "Including" shall not be construed as limiting any request, and shall mean the same as "including, but not limited to."

6. "Person" shall include, without limitation, natural persons, corporations, partnerships, business trusts, associations, and business or other entities, and any officer, director, employee, partner, corporate parent, subsidiary, affiliate, agent, representative, attorney or principal thereof.

7. "Communication" shall include, without limitation, any written or oral communication,

1

including any conversation in person, by telephone, or by any other means. A document or thing transferred, whether temporarily or permanently, from one person and or entity to another shall be deemed to be a communication between such persons and or entities whether or not such document or thing was prepared or created by the transferor or addressed to the transferee.

8.   References to any natural person shall include, in addition to the natural person, any agent, employee, representative, attorney, superior, or principal thereof.

9.   References to any entity shall include, in addition to the entity, any officer, director, employee, partner, corporate parent, subsidiary, affiliate, agent, representative, attorney, or principal thereof.

10. "The" shall not be construed as limiting the scope of any document request.

11. The use of the singular shall also include the plural, and vice-versa.

## INSTRUCTIONS

1.   In responding to these document requests, please furnish all information that is available to you or subject to your control, including information in the possession, custody, or control of your officers, directors, employees, representatives, consultants, agents, servants, attorneys, accountants, or any person who has served in any such role at any time, as well as corporate parents, subsidiaries, affiliates, divisions, predecessor companies or proprietorships, any joint venture to which you are a party, and other persons acting on your behalf.

2.   Pursuant to the Federal Rule of Civil Procedure 34(b), please produce the requested documents as they are kept in the usual course of business or organize and label them to correspond to the categories in each request.

3.   If you withhold any document responsive to any of these requests based on a claim of any

privilege or immunity from disclosure, please identify the following information each document
so withheld:

    a.   The type of document (e.g. letter, memorandum, email, email chain, etc.);

    b.   The date the document was prepared, and the date of any meeting or conversation
reflected or referred to in the document;

    c.   The name of each author, co-author, or preparer of the document and the name of
each recipient or addressee, including each recipient of a copy of the document;

    d.   If the document reflects or refers to a meeting or conversation, the names of each
person who was present at or was a party to the meeting or conversation;

    e.   The general subject matter of the document;

    f.   The length of the document;

    g.   The nature of the privilege or immunity asserted; and

    h.   A brief explanation of why the document is believed to be privileged or immune from
production.

4.   If you cannot fully comply with any document request, comply to the maximum extent
possible and explain: (a) what information you refuse to produce and (b) why full compliance is
not possible. If you object to any request or subpart of a request, state with specificity the
grounds for each such objection.

5.   Each document produced by you in response to these requests should indicate a unique
production number.

6.   To the extent that any document is responsive to more than one request, you are only
required to produce one copy of such document.

7.   If, in responding to these requests, you encounter any ambiguities when construing a

request, instruction, or definition, in your response set forth the matter deemed ambiguous and

the construction used in answering.

8.  If any document requested herein has been destroyed or discarded, the document should

be identified to the extent possible by describing: (a) all authors and addressees; (b) all

recipients; (c) the document's date, subject matter, number of pages and attachments or

appendices; (d) all persons to whom the document was distributed, shown, or explained; (e) the

date the document was destroyed or discarded and the reasons for such destruction or discard;

and (f) the persons authorizing and carrying out such destruction and discard.

## REQUESTS FOR PRODUCTION

**REQUEST NO 1:**

A true and correct copy of the identity, contact information and any and all details of the

entity(ies) and or individuals responsible for the website that you host with the internet protocol

(IP) address: **52.90.63.226**.

**REQUEST NO 2:**

A true and correct copy of the identity, contact information and any and all details of the

entity(ies) and or individuals responsible for the website WWW.CHEATERREPORT.COM.

**REQUEST NO 3:**

A true and correct copy of the identity, contact information and any and all details of the

entity(ies) and or individuals responsible for the website WWW.LIARSCHEATERSRUS.COM.

**REQUEST NO 4:**

A true and correct copy of the identity, contact information and any and all details of the

entity(ies) and or individuals responsible for the website WWW.CHEATERLAND.COM.

**REQUEST NO 5:**

4

A true and correct copy of any and all documents, contracts and or agreements created on and or since the time when you entered into business with the entity(ies) and or individuals responsible for the website that you host with the internet protocol (IP) address: **52.90.63.226**.

**REQUEST NO 6:**

A true and correct copy of any and all documents, contracts and or agreements created on and or since the time when you entered into business with the entity(ies) and or individuals responsible for the website WWW.CHEATERREPORT.COM.

**REQUEST NO 7:**

A true and correct copy of any and all documents, contracts and or agreements created on and or since the time when you entered into business with the entity(ies) and or individuals responsible for the website WWW.LIARSCHEATERSRUS.COM.

**REQUEST NO 8:**

A true and correct copy of any and all documents and or contracts created on and or since the time when you entered into business with the entity(ies) and or individuals responsible for the website WWW.CHEATERLAND.COM.

**REQUEST NO 9:**

A true and correct copy of any and all records of payments, receipts, income and or monies you received from the entity(ies) and or individuals responsible for the website that you host with the internet protocol (IP) address: **52.90.63.226**.

**REQUEST NO 10:**

A true and correct copy of any and all records of payments, receipts, income and or monies you received from the entity(ies) and or individuals responsible for the website WWW.CHEATERREPORT.COM.

**REQUEST NO 11:**

A true and correct copy of any and all records of payments, receipts, income and or

monies you received from the entity(ies) and or individuals responsible for the website

WWW.LIARSCHEATERSRUS.COM.

**REQUEST NO 12:**

A true and correct copy of any and all records of payments, receipts, income and or

monies you received from the entity(ies) and or individuals responsible for the website

WWW.CHEATERLAND.COM.

**REQUEST NO 13:**

A true and correct copy of any and all internet protocol (IP) addresses that you provide to

the entity(ies) and or individuals responsible for the website that you host with the internet

protocol (IP) address: **52.90.63.226**.

**REQUEST NO 14:**

A true and correct copy of any and all internet service providing (ISPs) that you provide

to the entity(ies) and or individuals responsible for the website that you host with the internet

protocol (IP) address: **52.90.63.226**.

**REQUEST NO 13:**

A true and correct copy of any and all internet protocol (IP) addresses that you provide to

the entity(ies) and or individuals responsible for the websites WWW.CHEATERREPORT.COM,

WWW.LIARSCHEATERSRUS.COM and WWW.CHEATERLAND.COM.

**REQUEST NO 14:**

A true and correct copy of any and all internet service providing (ISPs) that you provide

to the entity(ies) and or individuals responsible for the websites

WWW.CHEATERREPORT.COM, WWW.LIARSCHEATERSRUS.COM and

WWW.CHEATERLAND.COM.

**REQUEST NO 15:**

A true and correct copy of the physical address of the server(s) where you host the

website with the internet protocol (IP) address: **52.90.63.226**.

**REQUEST NO 16:**

A true and correct copy of any and all documents which state the physical address of the

server(s) where you host the website WWW.CHEATERREPORT.COM.

**REQUEST NO 17:**

A true and correct copy of any and all documents which state the physical address of the

server(s) where you host the website WWW.LIARSCHEATERSRUS.COM.

**REQUEST NO 18:**

A true and correct copy of any and all documents which state the physical address of the

server(s) where you host the website WWW.CHEATERLAND.COM.

**REQUEST NO 19:**

A true and correct copy of any and all documents, contracts and or letters of your

agreement regarding your relationship with Amazon Web Services, Inc. (AWS), Amazon

Technologies, LLC. and Amazon Technologies, Inc., including, but not limited to whether you

are the majority stock- and or shareholder, if you have a controlling interest, in said companies,

their addresses, including the address of their agents for service of legal documents.

**REQUEST NO 20:**

A true and correct copy of any and all documents, contracts and or agreements regarding

your relationship and or contractual relationship with Doimingo J. Rivera a.k.a. "DJ Rivera".

**REQUEST NO 21:**

A true and correct copy of any and all documents, contracts and or agreements regarding

your relationship and or contractual relationship with The Rivera Law Group.

**REQUEST NO 22:**

A true and correct copy of any and all documents, contracts and or agreements regarding

your relationship and or contractual relationship with PRVT LLC.

**REQUEST NO 23:**

A true and correct copy of any and all documents, contracts and or agreements regarding

your relationship and or contractual relationship with Internet Reputation Control (IRC).

**REQUEST NO 24:**

A true and correct copy of any and all documents, contracts and or agreements regarding

your relationship and or contractual relationship with the entity(ies) and or individuals

responsible for the website WWW.ICYBERLAW.COM.

**REQUEST NO 25:**

A true and correct copy of any and all records of payments, receipts, income and or

monies you received from and or paid to Doimingo J. Rivera a.k.a. "DJ Rivera".

**REQUEST NO 26:**

A true and correct copy of any and all records of payments, receipts, income and or

monies you received from and or paid to The Rivera Law Group.

**REQUEST NO 27:**

A true and correct copy of any and all records of payments, receipts, income and or

monies you received from and or paid to PRVT LLC.

**REQUEST NO 28:**

A true and correct copy of any and all records of payments, receipts, income and or monies you received from and or paid to Internet Reputation Control (IRC).

**REQUEST NO 29:**

A true and correct copy of any and all records of payments, receipts, income and or monies you received from and or paid to the entity(ies) and or individual(s) responsible for the website you host: WWW.ICYBERLAW.COM.

**REQUEST NO 30:**

A true and correct copy of any and all documents, contracts and or agreements regarding your relationship and or contractual relationship with Elizabeth Jordan.

**REQUEST NO 31:**

A true and correct copy of any and all documents, contracts and or agreements regarding your relationship and or contractual relationship with the individual using the email address: liarscheatersrus@protonmail.com.

**REQUEST NO 32:**

A true and correct copy of any and all documents, contracts and or agreements regarding your relationship and or contractual relationship with Cloudflare, Inc.

**REQUEST NO 33:**

A true and correct copy of any and all records of payments, receipts, income and or monies you received from and or paid to Elizabeth Jordan.

**REQUEST NO 34:**

A true and correct copy of any and all records of payments, receipts, income and or monies you received from and or paid to the individual using the email address: liarscheatersrus@protonmail.com.

**REQUEST NO 35:**

A true and correct copy of any and all records of payments, receipts, income and or monies you received from and or paid to Cloudflare, Inc.

**REQUEST NO 36:**

A true and correct copy of any and all documents, contracts and or agreements regarding your relationship and or contractual relationship with easyDNS Technologies, Inc.

**REQUEST NO 37:**

A true and correct copy of any and all records of payments, receipts, income and or monies you received from and or paid to easyDNS Technologies, Inc.

**REQUEST NO 38:**

A true and correct copy of any and all documents, contracts and or agreements regarding your relationship and or contractual relationship with the entity(ies) and or individual(s) responsible for the email: cyberprivacy@myprivacy.ca.

**REQUEST NO 39:**

A true and correct copy of any and all records of payments, receipts, income and or monies you received from and or paid to the entity(ies) and or individual(s) responsible for the email: cyberprivacy@myprivacy.ca.

**REQUEST NO 38:**

A true and correct copy of any and all documents, contracts and or agreements regarding your relationship and or contractual relationship with Mark E. Jeftovic.

**REQUEST NO 39:**

A true and correct copy of any and all records of payments, receipts, income and or monies you received from and or paid to Mark E. Jeftovic.

**REQUEST NO 40:**

A true and correct copy of any and all documents, contracts and or agreements regarding your relationship and or contractual relationship with Tamas Acs.

**REQUEST NO 41:**

A true and correct copy of any and all records of payments, receipts, income and or monies you received from and or paid to Tamas Acs.

**REQUEST NO 40:**

A true and correct copy of any and all documents, contracts and or agreements regarding your relationship and or contractual relationship with Ranko Rodic.

**REQUEST NO 41:**

A true and correct copy of any and all records of payments, receipts, income and or monies you received from and or paid to Ranko Rodic.

**REQUEST NO 42:**

A true and correct copy of any and all contracts into which you have entered with any and all agencies of the United States government within the last five (5) years.

**REQUEST NO 43:**

A true and correct copy of any and all contracts into which you have entered with any and all agencies of any government state within the last five (5) years.

**REQUEST NO 44:**

A true and correct copy of any and all past United States government employees who you have hired within the last five (5) years.

**REQUEST NO 45:**

A true and correct copy of any and all agencies of any government employees who you

have hired within the last five (5) years.

**REQUEST NO 46:**

A true and correct copy of any and all documents and or records of your involvement in

the "data center valley" and or the Dulles Technology Center located in and around Ashburn,

Virginia.

**REQUEST NO 47:**

A true and correct copy of any and all documents, contracts and or letters of agreement

with non-governmental organizations (NGOs) into which you have entered within the last five

(5) years.

**REQUEST NO 48:**

A true and correct copy of the identity(ies) of any and all employee(s) and the contact

information of said employee(s) responsible for moderating reviews of plaintiff Dr. Lucas

Murrey's books sold on WWW.AMAZON.COM.

**REQUEST NO 49:**

A true and correct copy of the identity(ies) of any and all employee(s) and the contact

information of said employee(s) responsible for moderating "Author Central" for authors of

books sold on WWW.AMAZON.COM.

**REQUEST NO 50:**

A true and correct copy of the identity, contact information, including, but not limited to

subscriber registration information e.g. name, account creation information, associated email

address(es), phone number(s), sign-in IP address(es) and associated time-stamp(s) of the

anonymous reviewer of plaintiff Dr. Stewart Lucas Murrey's books on WWW.AMAZON.COM

at the following uniform resource locators (URLs, see also images below):

https://www.amazon.com/gp/product/B00S16JWAE/ref=dbs_a_def_rwt_hsch_vapi_tkin_p1_i1

https://www.amazon.com/gp/product/B00VCRJAI8/ref=dbs_a_def_rwt_hsch_vapi_tkin_p1_i0



13



**REQUEST NO 51:**

A true and correct copy of any and all records and or documents reflecting sources of revenue for Amazon.com, Inc., Amazon Web Services, Inc. aka AWS, and Amazon Technologies, Inc.

**REQUEST NO 52:**

A true and correct copy of any and all documents describing your monitoring, copying, collecting, surveilling and or selling the data of your customers within the last five (5) years.

**REQUEST NO 53:**

A true and correct copy of any and all documents describing your monitoring, copying, collecting, surveilling and or selling the data of plaintiff Dr. Stewart Lucas Murrey.

**REQUEST NO 54:**

A true and correct copy of any and all documents describing your monitoring, copying, collecting, surveilling and or selling the data of the American citizenry within the last five (5) years.

**REQUEST NO 55:**

A true and correct copy of any and all documents describing your monitoring, copying, collecting, surveilling and or selling the data of people within the last five (5) years.

**REQUEST NO 56:**

A true and correct copy of any and all documents describing your authorization to monitor, copy, collect, surveille and or sell the data of your customers within the last five (5) years.

**REQUEST NO 57:**

A true and correct copy of any and all documents describing your authorization to monitor, copy, collect, surveille and or sell the data of plaintiff Dr. Stewart Lucas Murrey.

**REQUEST NO 58:**

A true and correct copy of any and all documents describing your authorization to monitor, copy, collect, surveille and or sell the data of the American citizenry within the last five (5) years.

**REQUEST NO 59:**

A true and correct copy of any and all documents describing your authorization to monitor, copy, collect, surveille and or sell the data of people within the last five (5) years.

**REQUEST NO 60:**

A true and correct copy of any and all records and or documents of payments, receipts, income and or monies you received as a result of your selling, "sharing" and or "using" any and all of the data that you have collected from your customers within the last five (5) years.

**REQUEST NO 61:**

A true and correct copy of any and all records and or documents of payments, receipts, income and or monies you received as a result of your selling, "sharing" and or "using" any and all of the data that you have collected from plaintiff Dr. Stewart Lucas Murrey.

**REQUEST NO 62:**

A true and correct copy of any and all records and or documents of payments, receipts, income and or monies you received as a result of your selling, "sharing" and or "using" any and all of the data that you have collected from the American citizenry within the last five (5) years.

**REQUEST NO 63:**

A true and correct copy of any and all records and or documents of payments, receipts, income and or monies you received as a result of your selling, "sharing" and or "using" any and all of the data that you have collected from people within the last five (5) years.

**REQUEST NO 64:**

A true and correct copy of any and all records, memorandum and or documents showing monies and or payments that you have paid to lobbyists to lobby states governments within the United States within the last five (5) years.

**REQUEST NO 65:**

A true and correct copy of any and all records, memorandum and or documents showing monies and or payments that you have paid to lobbyists to lobby the federal government of the United States within the last five (5) years.

**REQUEST NO 66:**

A true and correct copy of any and all records, memorandum and or documents showing

monies and or payments that you have paid to lobbyists to lobby foreign governments within the

last five (5) years.

**REQUEST NO 67:**

A true and correct copy of any and all complaints of and or documents reflecting

complaints by members of the United States congress who felt that your surveillance software

was unreliable and or invasive and or racist and or illegal.

**REQUEST NO 68:**

A true and correct copy of any and all records, memorandum and or documents showing

your relationship with the NGO Thorn.

**REQUEST NO 69:**

A true and correct copy of any and all documents and or records that show the volume of

internet traffic running through your servers.

**REQUEST NO 70:**

A true and correct copy of any and all documents and or records that show the address of

where internet traffic runs through your servers.

Dr. Stewart Lucas Murrey
1217 Wilshire Blvd. # 3655
Santa Monica, CA 90403
Tel.: (310) 994-1711
Email: 2@lucasmurrey.io

7 November 2020

***Via Email*** *(A Scanned Copy of the Signed Document sent from **2@lucasmurrey.io** to
**deanaahn@dwt.com**, and cc'd to: **zacharybeetham@dwt.com** and **donnacrawford@dwt.com**)*
*to:*

James Howard and Deana D. Ahn
920 Fifth Ave., Suite 3300
Seattle, WA 98104
Emails: deanaahn@dwt.com, zacharybeetham@dwt.com, donnacrawford@dwt.com

Re:     Dr. Stewart Lucas Murrey v. CheapterReport.com, et. al;
        Case No. CV20-6217-PA-(SKx)
        **Responses and Objections to Subpoeanas Duces Tecum to 1) Amazon.com, Inc., 2)
Amazon Web Services, Inc. ("AWS") and 3) Amazon Technologies, Inc.**

Ms. Ahn:

        As Amazon's second unilateral refusal to produce any of the documents plaintiff
reasonably requested via its frivolous "responses and objections" which I was served by email
only on 5 November 2020 is unacceptable, I hereby request per the Court's Local Rules,
specifically L.R. 37-1, a meet & confer. In our case said meet & confer "may take place
telephonically" and, as it need occur within ten (10) days, let me know when you will be
available.
        In a good faith effort to avoid court intervention, this letter also memorializes that of
which we spoke during our previous telephonic conference per L.R. 37-1 from 26 October 2020
concerning the original duces tecum subpoena with which Amazon.com, Inc. was served on 21
September 2020. Although we spoke of Amazon's unilateral objections and refusal to provide
any responses whatsoever, there seemed to be an agreement between us that it would be
reasonable to move forward by addressing first a few of the requests made by said subpoena to
see whether or not Amazon would provide responses at all.
        One of the key issues here is that the documents and details sought that are very relevant
to this case are often intentionally hidden by Amazon. This makes Amazon's uniform objections
to producing any responsive documents and or details suspect. For example, the original
subpoena requests documents and or details concerning the relationship of Amazon.com, Inc. to
other Amazon companies, including subsidiaries, daughter companies, etc. including those such
as Amazon Web Services, Amazon Technologies, etc. Instead of responding to these requests in
good faith so that we can reasonably move forward productively, however, Amazon refused to
respond at all, just as Amazon refused to respond to all the subpoena's requests unilaterally.
What is even more questionable, however – and which betrays Amazon as using a tactic to

1

illegally sidestep liability –, is that after refusing to respond, Amazon then objected to producing responses on the grounds that the "proper" Amazon company(ies) had not been served. This raises the question: ***Why is Amazon hiding its relationship to its several companies while refusing to respond to a federal subpoena based on the objection that knowledge of its several companies is not proper?***

      Despite Amazon's frivolous refusal to cooperate in good faith, however – and based upon the information discussed during our telephonic conference from 26 October 2020 wherein you claimed that many of the requests should be made to Amazon Web Services –, I have shown still more good faith and patience by having three (3) new federal subpoenas served to Amazon.com, Inc., Amazon Web Serves, and Amazon Technologies, thus giving Amazon still more opportunity to reciprocate with good faith and to respond to said requests.

      On 5 November 2020 Amazon emailed (no physical copy was ever sent) me essentially the same copied and pasted "boilerplate" seven (7) page objections that Amazon had already emailed to me in response to the first original subpoena: one (1) single PDF document that allegedly is supposed to act as a sufficient objection to each of the new three (3) subpoenas served to Amazon companies.

      To make be clear, however, I am going to address and question each of your objections in good faith here so that our telephonic conference can be as productive as possible:

      Firstly, your objection that the wrong entity has been served shows that Amazon is intentionally refusing to comply with this reasonable subpoena. As referenced above, the original subpoena with which Amazon was served approximately two months ago specifically asked Amazon to provide:

"A true and correct copy of any and all documents, contracts and or letters of your agreement regarding your relationship with Amazon Web Services (AWS), Amazon Technologies, LLC. and Amazon Technologies, Inc., including, but not limited to whether you are the majority stock- and or shareholder, if you have a controlling interest, etc."

***In bad faith Amazon recklessly refused to produce any documents whatsoever and even intentionally misdirected me to reissue a subpoena to Amazon Web Service, which I did.*** You also refused to produce any documents that would clarify the relationship of these entities, for which the subpoena specifically asked. This raises an important question relevant to this action: Why are you trying to keep the identities and relationships of these Amazon entities to one another secret?

      Secondly, your objection that plaintiff should have contacted Amazon.com first before serving these three (3) new subpoenas is false as this was dicussed during the prior telephonic conference noted above. Further and as already noted in my earlier letter to Amazon, plaintiff has in good faith been trying to contact Amazon.com for years (since early 2017 until the present – well over three (3) years) to remedy this serious issue. Amazon.com, Inc. has remained, exactly like now, non-responsive.

      Thirdly, your objection in regard to an "Improper Place of Compliance" is also frivolous. Amazon does business in all fifty states and beyond (See *International Shoe Co. v. Washington*, 326 U.S. 310 (1945)). As plaintiff's subpoena(s) make clear, you are welcome to email me scanned copies of any and all documents requested, much of which is electronically stored and therefore has no particular place other than across all states via the air-waves. You should be familiar with this process, as you emailed me your "response and objections" to the original

subpoena in question though I did not stipulate to email i.e. you failed to send me a physical copy in the mail, thus showing the absurdity of your objection.

Fourthly, your objection that notice has not been given to the defendants is also frivolous: Service of this lawsuit is in its final stages and any and all served defendants has and or will receive notice of these subpoenas as soon as possible.

Fifthly, in your objection: "Privacy" you interestingly did not cite any case law. Beyond the fact that Amazon is notorious for its unconstitutional i.e. illegal, invasive surveillance of the American people as well as its own workers who seek to unionize, I would like to remind you that this case concerns an extortion ring that Amazon.com, Inc. and or one of its related entities, such as but not limited to Amazon Web Services, Inc. ("AWS") and or Amazon Technologies, LLC, etc. hosts and or hosted. Amazon has critical documents that need to be produced as soon as possible. The information requested includes, but is not limited to, all the information requested regarding the defamatory and harmful "Reviewer" of plaintiff's books on Amazon.com. The defamatory element of this case is not only critical itself as a stand-alone issue: Defamation as a civil tort, *but also as an essential component to an **extortion ring***. Thus it behooves Amazon.com and its related entities to comply with this reasonable subpoena in good faith and produce all the requested documents given the merits noted above.

Sixthly, it's worth pointing out that the arc of your objections, for instance, as when you claim that the subpoena is "Overbroad and Unduly Burdensome", "Vague and Ambiguous", "Failure to Limit Time Period", "Confidentiality, Proprietary, or Trade Secret Information", "Privileged Information", "Not within Amazon's Possession, Custody, or Control", "Improper Request for Legal Conclusion", No Showing of Relevance" etc. is not only frivolous, but worse: an intentional misrepresentation i.e. abuse of legal process. For instance, plaintiff's original subpoena and all subsequent subpoenas did limit time as when it clearly asks for certain documents "within the last five (5) years." Why you would intentionally falsely misrepresent facts of this exchange shows an astonishing bad faith on your part.

Seventhly, in regard to your objection: "Contrary to the Stored Communications Act." The Stored Communications Act, 18 U.S.C. § 2701 *et seq.* to which you refer was enacted in 1986 i.e. long before our era of titanic online social media platforms and the experience of language that these trillion-dollar tech-leviathans have unleashed. For this reason, this law needs be interpreted with great care, opposite to your regrettable style of hubristic and presumptuous legal thinking, which leaves much to be desired. Why, for instance, do you fail to clarify the meaning of the words: "with limited exceptions" in this objection?

As for the case law you cite, it is all taken out of context and the reckless way in which you apply it, it becomes irrelevant to this action, thus making your objection, once again, frivolous. *Viacom Intern., Inc. v. Youtube, Inc.* from 2008 is about the illegal use of copyrighted material. In this present case with plaintiff Dr. Murrey there are overt and malicious acts of extortion, defamation and other crimes and civil torts. Worse, you either negligently or intentionally fail to cite the most interesting part of the sentence to which you refer in *Thayer v. Chiczewski* from 2012: "decisions analyzing the SCA [Stored Communications Act] have defined its parameters in sometimes competing ways".

And while you fail to apply this case law properly, you further fail to see the lack of historical clarity regarding this particular law as well as the everyday facts of this case regarding plaintiff Dr. Murrey. That Amazon is in possession of information critical to entities and individuals who committed extortion and defamation is serious, let me remind you. If someone extorts and or defames and or commits any other serious (or even lesser crime), he or she or it

does not get to hide anonymously. *It is highly questionable, to say the least, that Amazon would aggressively seek to aid and abet the anonymity of said criminal individual(s) and or entity(ies) via your frivolous objections.*

Eighthly, as to your objection: "Violation of the First Amendment.": unfortunately for those who anonymously assault and defame innocent people online – and unfortunately for monstrous platform companies like Amazon who profit from said malice –, the tide is turning so that your protracted exploitation of the First Amendment i.e. weakening of the constitution for your own selfish gain, cannot continue. This year, 2020, in *Kabbabe v. Google LLC*, FCA 126, an Australia federal court granted plaintiff Dr. Kabbabe the right to discover the real identity of an anonymous *Yelp* reviewer for his or her potentially defamatory and damaging publications. As noted above, this case with plaintiff Dr. Murrey is even more severe (and legitimate) as it concerns not only an inquiry into defamation and damages from said defamation: *the reviewer seeking to harm Dr. Murrey's character is potentially involved in an extortion ring wherein defamation and harassment of plaintiff – including the reviews on Amazon.com – contributed to plaintiff falling victim to said extortion.*

Given your failure to comprehend this case, as shown by your recklessly unilateral objections to all plaintiff's requests for production of documents, it is no surprise that the case law you cite in regard to the First Amendment are all intentional misrepresentations of case law: each are taken out of context, applied erroneously and have no relevance, in the way you hope, to this present case with plaintiff Dr. Murrey.

Even the case law you cite can be questioned. In *2TheMart.com, Inc.* from 2001 those who suffered are the ones who sought protection and their identities were not relevant to the matters of that action (*2TheMart.com, Inc.*).

And again you fail to cite the most important references in this case, for instance, when the same court in the same order makes the following reference to *Columbia Ins. Co. v. Seescandy.Com,* 185 F.R.D. 573, 578 (N.D.Cal.1999): "People who have committed no wrongdoing should be free to participate in online forums without fear that their identity will be exposed under the authority of the court." *At issue here is how discovering the identity of the reviewer is directly related to the crimes of extortion, defamation, etc. i.e. "wrongdoing[s]".* This very same federal order you cite goes on to prove the opposite of your position: "The right to speak anonymously is therefore not absolute." And another reference relevant to this present case and to which plaintiff agrees: "discovery requests seeking to identify anonymous Internet users must be subjected to careful scrutiny by the courts." Id. at 13-14. In *Schenk v. United States,* 249 U.S. 47, the Supreme Court established the "clear and present danger rule". *Words can be banned if there is a strong risk that they will encourage criminal activity, for instance, when online defamatory assaults entrap innocent people in extortion rings.*

As a courtesy, furthermore, I would like to advise you to never forget the commonsense of everyday thinking of people and how it can be applied to the law to continue and improve our social, political and legal state. Vital and relevant here is the following serious issue which you thus far have failed to confront: *Conflating the anonymity of speech on the Internet with the fundamental right of free speech during the creation of the Constitution is questionable. The reason why speech was originally protected – and incidentally the reason why the American Constitution contains within it the potential for greatness – is because the Constitution refused to allow the speech of a tyrant (for instance, seditious language against the king) limit the speech of the people. Let us not forget that the first amendment is tied to the topic of religion. The tyrant king, by way of his claim to embody the spirit of god, could not be held accountable individually*

*– and in this sense also represented anonymity.* ***Free speech for the people does not mean
suffering the speech of an anonymous tyrant, such as the reviewer on Amazon.com that
plaintiff suffers.*** And this leads to why your reference to *Awtry v. Glassdoor, Inc.* 2016 is also
intentionally misleading.

     In this case, evidence for potential defamation was weak: "The fact that the Glassdoor
posts occurred almost a year after Awtry allegedly called Mackie a liar also appears to diminish
the significance of this evidence for proving Awtry's truth defense." But in this present case with
plaintiff Dr. Murrey, the reviewer's posting occurred exactly at the same time when plaintiff
was being defamed and extorted through several online platforms simultaneously. As *Awtry v.
Glassdoor* shows, the real measure of this issue is a "real evidentiary basis for believing that the
defendant has engaged in wrongful conduct that has caused real harm to the interests of the
plaintiff that the laws plaintiff has invoked were intended to protect." 85 F. Supp. 2d at 975. Here
there is real evidence that plaintiff was extorted, defamed and suffered further crimes and civil
torts. His requests for production of documents via his subpoena could hardly be clearer and
more legitimate.

Dr. Stewart Lucas Murrey
Plaintiff in Pro Se

# EXHIBIT B



# State of California
## Secretary of State

### Statement of Information
(Foreign Corporation)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

| F |
|---|

## GC59293
## FILED
In the office of the Secretary of State
of the State of California

### JAN-28 2020

---

**1.   CORPORATE NAME**

CLOUDFLARE, INC.

---

**2.   CALIFORNIA CORPORATE NUMBER**      C3274841

*This Space for Filing Use Only*

---

**No Change Statement**  (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3.   **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

☐   If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 13.**

---

**Complete Addresses for the Following**  (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 4.   STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE<br>101 TOWNSEND STREET, SAN FRANCISCO, CA 94107 | | | |
| 5.   STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY<br>101 TOWNSEND STREET, SAN FRANCISCO, CA 94107 | | | |
| 6.   MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |

---

**Names and Complete Addresses of the Following Officers**  (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form may not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7.   CHIEF EXECUTIVE OFFICER/<br>MATTHEW PRINCE | 101 TOWNSEND STREET, SAN FRANCISCO, CA 94107 | | | |
| 8.   SECRETARY<br>DOUGLAS KRAMER | 101 TOWNSEND STREET, SAN FRANCISCO, CA 94107 | | | |
| 9.   CHIEF FINANCIAL OFFICER/<br>THOMAS SEIFERT | 101 TOWNSEND STREET, SAN FRANCISCO, CA 94107 | | | |

---

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 11 must be left blank.

10.   NAME OF AGENT FOR SERVICE OF PROCESS

REGISTERED AGENT SOLUTIONS, INC.

| 11.   STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL**   CITY | | STATE | ZIP CODE |
|---|---|---|---|

---

**Type of Business**

12.   DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

GLOBAL CLOUD PLATFORM PROVIDER

---

13.   THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| 01/28/2020 | TJ ALLEN | AUTHORIZED FILER | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-350 (REV 01/2013)                                                          APPROVED BY SECRETARY OF STATE

 **a**                                                December 11, 2020 at 3:13 PM

Details concerning Cloudflare's Business with WWW.CHEATERREPORT.COM

To:  tlam@cloudflare.com                                                    Hide

Mr. Lam,

Again, I would like to ask for you to provide to me any and all information regarding those who are responsible for operating and maintaining the website WWW.CHEATERREPORT.COM from whom Cloudflare, Inc. receives money payments.

Thanks



# CLOUDFLARE

07/17/2019

To Whom It May Concern:

Please find enclosed Cloudflare's response to the subpoena with Case No. **[SC128407]**. All time stamps are UTC.

Session times, connection time, connection date, and other connection information is included in the document folder(s) named:

**cheaterreport.com**
**audit_log_info.csv**
**single_zone_info.csv**

The current IP addresses for the domain(s) in question are:

**cheaterreport.com is hosted at 52.90.63.226**

Subscriber information including name, address, email address, and any other user-provided information are included in the document named:

**user_info.csv**

Billing information is included in the document named:

**basic_billing_info.csv**

The information returned in the documents mentioned above are representative of all readily accessible data in Cloudflare's possession. In some cases, additional and similar usage data related to newer Cloudflare products, notably rate limiting and load balancing, may not be accessible from the search we have conducted. If you have a need for that specific information or have any other questions or concerns, please feel free to contact Justin Paine, Head of Trust & Safety, at (415) 713-9307 or abuse+law@cloudflare.com.

Regards,

Son Lam
Trust and Safety
Cloudflare, Inc.

# EXHIBIT C

February 9, 2016

CheaterReport,
KarmaSiren,
LiarsCheatersRUs,
STDCarriersDatabase

CheaterReport,
CheaterReport
Removal,
CheaterReports,
CheaterReports
Removal, FREE
CheaterReport
Removal, FREE
CheaterReport.com
Removal, FREE
CheaterReports
Removal, FREE
CheaterReports.com
Removal, Free
defamation removal,
FREE KarmaSiren
Removal, FREE
KarmaSiren.com
Removal, FREE
LiarsCheatersRUS
Removal, FREE
LiarsCheatersRUS.com

I hav
an or
anyo
exto
infor
Chea
stdca
**PAY**
the e
secu
foun
infor

For I
relea
exto
2190
off tl
Chea
stdca
kind

Case 2:20-cv-06217-PA-SK    Document 60-2    Filed 12/17/20    Page 38 of 42    Page ID
#:1871
Case 2:18-cv-02423-RFB-BNW    Document 177-8    Filed 05/29/20    Page 2 of 2

**Darcy Buxton**

| | |
|---|---|
| From: | Exposing Johns <exposingjohnscom@gmail.com> |
| Sent: | Thursday, July 23, 2015 9:44 AM |
| To: | Aaron Minc |
| Subject: | Re: Removal Request for three posts |

Also with wires we can just send them in batches to make things easier/cheaper on the wire transfer fees.

Is there anything we can do to help bring you more clients?  Anything we can do to help just let us know!

On Thu, Jul 23, 2015 at 9:41 AM, Exposing Johns <exposingjohnscom@gmail.com> wrote:
Hey Aaron,

Very sorry about the slow response, we had some issues with our email and have to get it fixed.  Got lucky and saw you emailed here, thanks for the removals.  Did you receive my last couple of emails from the support@exposingjohns.com email?  I never heard back so I don't think you did?

Just got those removals taken care of, will make sure I check here more often so I can remove them immediately after you email.

By the way for the future transfers could you please start doing wire transfers?  Bitcoin is a bit difficult for both of us I think and this might make it easier?

Account Number: ███████████
Routing Number: █████████

Beneficiary:
Rep Ten, LLC
199 E Flagler, St
Miami, FL 33131

Thanks and have a great day!

On Wed, Jul 22, 2015 at 12:17 PM, <aminc@dhplaw.com> wrote:
ExposingJohns Admin,

I need the following three posts removed:

https://www.exposingjohns.com/███████████

https://www.exposingjohns.com/███████████

http://exposingjohns.com/███████████

Please confirm receipt of this e-mail and that you are ready to proceed with the removal. I will send three payments of $295.97 (or one for $887.91) to the following bitcoin address upon confirmation:
17oqZb94W89cvJR8yWxT93sLX5gvXG9Pmm

Regards,

From: **Aaron Minc** aminc@minclaw.com  
Subject: RE:
Date: July 15, 2020 at 10:49 AM
To: Dr. Lucas Murrey dr@lucasmurrey.io

No problem, Lucas. Just wanted to make sure I gave you best advice/information possible when disclosing all this.

Domingo's e-mail that we use to contact him is djr@icyberlaw.com.

The third party neutral company that the site requests we work with, is called IRC (Internet Reputation Control, Inc.?). My understanding is that Domingo is (or at least used to be) a part owner email is: internet.reputation.control@gmail.com

As I mentioned on the phone, they are not the most responsive bunch. Domingo has really come through for us with for probably at least a dozen clients over the years acting as an intermediary to help us get IP information from the websites for posters. He's a very private individual. This line of work/association has gotten him targeted by nut cases often... including other shaming site website owners. I wouldn't believe what's online about him (although I don't keep tabs on what if anything is still out there).

Generally, if you want the site or Domingo to be helpful and work with you to remove content or assist in providing IP information for posts the LAST thing you want to do is threaten them legally. Especially since generally speaking claims, regardless of how well intentioned they are, basically never succeed in these situations.

If there is anything else we can assist with, please do not hesitate to reach out and let me know.

Regards,

**Aaron Minc**
Principal

||||| **Minc** | Defamation Removal Law
Online Reputation &
Brand Protection Lawyers

Aminc@MincLaw.com
**Main:** (216) 373-7706
**Cell:** (330) 703-0214
**Fax:** (440) 792-5327

200 Park Avenue
Suite 200
Orange Village, Ohio 44122
Minclaw.com

This transmission is: (i) subject to attorney-client privilege, (ii) contains attorney work product, and/or (iii) is otherwise confidential. If you are not the intended recipient, use and disclosure of this message is prohibited. If you have received this in error, please (i) do

# !¦! Minc

## Giving you peace of mind in a digital world.



**!¦! Minc**

**Aaron Minc**
Principal & Founder

About Minc Law ▽

## We're Here to Help

**Minc Law** provides a full range of services to help businesses of all sizes and individuals from all walks of life control their online reputation and image. At





Live Chat

