# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-6217 PA (SKx) | Date | December 16, 2020 |
|---|---|---|---|
| Title | Stewart Murrey v. Aaron Minc, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Gabriela Garcia | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS — COURT ORDER

Plaintiff Stewart Murrey, PhD ("Plaintiff"), who is appearing pro se, has filed a Reply in support of his Ex Parte Application for Expedited Discovery and to Extend Time for Service (Docket No. 57).  The Court's Standing Orders states:  "Absent leave of Court, the Court will not consider reply papers in support of an ex parte application."

Plaintiff did not obtain leave of Court to file his Reply in support of his Ex Parte Application.  Nor do the issues raised in the Ex Parte Application, and the Opposition to that Ex Parte Application filed by defendants Brandyourself.com Inc., Christian Tryon, and Tom Vitolo, merit the additional argument contained in Plaintiff's Reply.  The Court again warns the parties, as it did in its December 3, 2020 Minute Order, that future violations of the Local Rules, Federal Rules of Civil Procedure, and the Court's Orders may result in the imposition of sanctions.

IT IS SO ORDERED.