Dr. Stewart Lucas Murrey
1217 Wilshire Blvd. # 3655
Santa Monica, CA 90403
Tel.: (310) 994-1711
Email: **2@lucasmurrey.io**

**Plaintiff & Plaintiff in Pro Se**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. STEWART LUCAS MURREY, an individual;<br>Plaintiff,<br><br>vs.<br><br>AARON MINC, an individual, MINC LAW, a business entity; DOMINGO J. RIVERA, an individual; RIVERA LAW GROUP, PLC a.k.a. DOMINGO J. RIVERA, ATTORNEY AT LAW, PLC, a limited liability company; PRVT L.L.C., a limited liability company, ELIZABETH JORDAN, an individual; INTERNET REPUTATION CONTROL a.k.a. IRC, a business entity; ANTHONY WILL, an individual; DIGITAL REVOLUTION LLC a.k.a. REPUTATION RESOLUTIONS, a business entity; BRANDYOURSELF.COM, INC., a limited liability company, TOM VITOLO, an individual; CHRISTIAN TRYON, an individual; and JOHN DOE NUMBERS 1-10;<br><br>Defendants. | Case No. 2:20-cv-06217-PA (SKx)<br><br>**PLAINTIFF'S *EX PARTE* APPLICTION FOR ORDERS 1) EXTENDING TIME TO SERVE DEFEDANT ELIZABETH JORDAN, 2) FOR AMAZON WEB SERVICES ("AWS") TO DISCLOSE THE IDENTITY(IES) OF THOSE ASSOCIATED WITH CHEATERREPORT.COM THAT AWS HOSTED/HOSTS (IP ADDRESS 52.90.63.226), 3) FOR WWW.CHEATERREPORT.COM TO DISCLOSE THOSE RESPONSIBLE FOR SAID WEBSITE AND 4) THE THIRD PARTIES ASSOCIATED WITH MALICIOUS POSTINGS DIRECTED TOWARD PLAINTIFF AND 5) FOR DOMINGO J. RIVERA/PRVT LLC TO DISCLOSE THE IDENTITY AND LOCATION OF ELIZABETH JORDAN**<br><br>**EXPEDITED RULING REQUESTED** |

Plaintiff has given notice of this *Ex Parte* Application to counsel Mr. Vincent Cox for the opposing parties who remain. Mr. Cox made it clear that his clients oppose the relief sought in this application on the grounds that it is not permitted by the *Ex Parte* standards previously relied upon by the Court, that it is at best premature, and probably unnecessary. Opposing counsel noted that there is no showing of any meaningful nexus between the remaining defendants and the parties to whom this discovery would be meaningful.

Plaintiff disagrees. Defendants are close to bad actors including previous defendants (recently dismissed for jurisdictional reasons which shall be appealed). Discovery will be directed to said previous defendants via subpoenas. In fact, said dismissals based on a sketchy "concept" of (in this case Cloudflare, Inc.) *TOO BIG FOR JURISDICTION* (think *TOO BIG TO FAIL* banks) in no way absolve said previous defendants of their involvement in their extortion ring. Thus far only the place where they need be held accountable has been questioned. And this *TOO BIG FOR JURISDICTION* decision itself will be questioned in the Ninth Circuit Court of Appeals.

## PLAINTIFF'S *EX PARTE* MOTION

Pursuant to Federal Rule of Civil Procedure 26 and 45, plaintiff moves the Court *Ex Parte* for an order extending time to serve defendant Elizabeth Jordan as the reason she has not yet been served is through no fault of the plaintiff.

To be clear, because vital details of that which plaintiff has previously submitted in support of his pleadings have (somehow) escaped the Court's notice, Elizabeth Jordan, is the name, allegedly of an individual, who is associated along with Domingo J. Rivera's offshore *PRVT LLC* in Puerto Rico/Panama with the account that pays Cloudflare, Inc. for the services that Cloudflare provides to the revenge-porn website WWW.CHEATERREPORT.COM. (See Exhibit "A" hereto attached). Because WWW.CHEATERREPORT.COM's actual IP address was/is masked by Cloudflare and actually tracked/tracks back to AWS (Amazon Web Services) (See Exhibit "B" hereto attached), plaintiff reasonably requested an order from this Court for limited expedited discovery also to ascertain the identity and location of defendant Jordan (Docket # 53) on 15 December 2020. Further, plaintiff filed said *ex parte* application only after he had done his due diligence by trying to obtain information about defendant Jordan via her email address, that is, only after plaintiff had become aware that Court intervention was necessary for said discovery. (See Exhibit "C" hereto attached),

This Court, however, denied plaintiff's his application (Docket # 58), thus leaving him no choice but to continue to seek help from law enforcement to locate and identify defendant Jordan. Here it is necessary to memorialize the astonishing fact that this Court has made it clear that it is of the outlandish opinion that 1) the protracted pandemic of 2020 and 2) the presidential election aftermath have had no

effect on the availability of law enforcement, specifically that if the only recourse left to plaintiff is law enforcement and they are not immediately available, then this is – somehow? – plaintiff's fault. "Here, the 'emergency' is all of Plaintiff's making." (Docket # 58, Page 2, First Full Sentence of Third Paragraph). It is breathtaking and extraordinary what passes for justice in this Court: *Too Big for Jurisdiction* alongside victims of criminal organizations being held responsible for pandemics and the chaos of policies they had no hand in making.

Nevertheless, plaintiff finally heard back from said law enforcement agency (which he contacted months ago) wherein he has been instructed as to the best possible recourse for identifying and locating defendant Jordan (See Exhibit "D" hereto attached). Thus based upon any commonsensical legal standard of any non-deteriorating legal system, it is reasonable that plaintiff should be granted more time to find and serve defendant Jordan. This is necessary, given that this very Court intentionally refused to intervene to productively facilitate and allow plaintiff limited expedited discovery. What other recourse does plaintiff now have? Unless the goal of this Court is, for some other as to yet unidentified reason, to render plaintiff unable to have a right to locate and serve a defendant in his case, this Court has to grant plaintiff more time to locate and serve said defendant.

And plaintiff, once again as this would make this process far more efficient for everyone, requests orders for:

1) for Amazon Web Services to disclose any and all details about any and all individuals and or entities associated with WWW.CHEATERREPORT.COM that AWS hosted/hosts (at IP address 52.90.63.226);

2) WWW.CHEATERREPORT.COM to disclosure any and all details of its identity, including those responsible for operating and maintaining said revenge-porn website;

3) 3) an orde for WWW.CHEATERREPORT.COM to disclose the identities of any and all third parties associated with previous malicious postings directed toward plaintiff; and

4) 4) for Domingo J. Rivera/PRVT LLC to disclose the identity and location of defendant Elizabeth ("Liz") Jordan.

DATED: 22 December 2020                    Respectfully submitted,

By: _____
Dr. Stewart Lucas Murrey
*Plaintiff & Plaintiff in Pro Se*

# EXHIBIT A

user_info

| User ID: | Email Address: | Status: | User Name: | First Name: | Last Name: | Telephone: | Country: | Zip: | Main Websi |
|---|---|---|---|---|---|---|---|---|---|
| 9241115 | liarscheatersrus@protonmail.com | Active | 1cee3af7043a06175e570422fcf0107e | Elizabeth | Jordan | 6467557212 | | | |

| User ID: | Method of Payment: | Status: | First Name: | Last Name: | Company: | Address1: | Address2: | City: | State: | Zip: | Country: |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 241115 | BF | Active | PRVT | | LLC | 220 Calle Manuel Domenech | Unit #631 | San Juan | PR | 918 | US CC |

basic_billing_info

Puerto Rico Online                                                                                         8/19/20, 5:21 AM




Government of Puerto Rico    Home (/) | PRDOS | Contact Us | Administration | Español | Help (/Help/Help_en.htm#MAININFO)

# Registry of Corporations and Entities

**Corporations and Entities**
Search (/CorporationSearch.aspx)
Create / Authorize (/CreationFilings/NameAvailability.aspx)
Amend (/CorporationSearch.aspx?m=ca)
Dissolve / Withdraw (/CorporationSearch.aspx?m=dis)
Convert (/CorporationSearch.aspx?m=cnv)
Merge / Consolidate (/Mergers/Selection.aspx)
Restore (/CorporationSearch.aspx?m=rst)
Reserve Name (/NameReservation/Prep.aspx)
Create Account (/Admin/Register.aspx)

**Annual Filings**
2019 Annual Report (/AnnualReportStart.aspx)
2019 LLC Fees (/AnnualReportStart.aspx?m=ad)
LLP Renewal (/CorporationSearch.aspx?m=lr)
Prior Years (/CorporationSearch.aspx?m=pyf)

**Certificates**
Order Good Standing (/CorporationSearch.aspx?m=oc)
Order Existence (/CorporationSearch.aspx?m=oce)
Validate (/Validate/Default.aspx)

## CORPORATION INFORMATION                              (/Help/Help_en.htm#CORPINFO)

### PRVT L.L.C.

Return to Search Results

I want to: Select ▾    Next

**Details    Articles    Annual Filings    Certificates**

**General Information**

| Name | PRVT L.L.C. | | |
|---|---|---|---|
| Register No. | 402490 | Status | ACTIVE |
| Formation Date | 17-Dec-2017 1:20 AM | Effective Date | 17-Dec-2017 1:20 AM |
| Expiration Date | Does not expire | | |
| Class | Limited Liability Company | | |
| Type | For Profit | Jurisdiction | Domestic |

**Designated Office Address**

| Street Address | 165 Ponce de Leon Ave. STE 201 SAN JUAN, PR 00917 | Mailing Address | 1390 Chain Bridge Rd #10042 MC LEAN, VA 22101 |
|---|---|---|---|

**Resident Agent**

| Name | Northwest Registered Agent, LLC | | |
|---|---|---|---|
| Street Address | 165 Ponce de Leon Ave. STE 201 SAN JUAN, PR 00917 | Mailing Address | 165 Ponce de Leon Ave. STE 201 SAN JUAN, PR 00917 |

**Administrators**

| Name / Title(s) | Street Address | Mailing Address |
|---|---|---|
| No records on file | | |

**Authorized Persons**

| Name | Street Address | Mailing Address |
|---|---|---|
| Rivera Law Group, PLC | 1390 Chain Bridge Road, #10042, MC LEAN, VA, 22101 | 1390 Chain Bridge Road, #10042, MC LEAN, VA, 22101 |

**Purpose**

For any lawful purpose authorized under the law.

Return to Search Results

https://prcorpfiling.f1hst.com/CorpInfo/CorporationInfo.aspx?c=402490_1511                                 Page 1 of 2

**EXHIBIT B**



# CLOUDFLARE

07/17/2019

Alexander J. ⎯le
504 Alvarado St. No 207
Los Angeles CA 90057
petaleesq@gmail.com
1.2134135050

To Whom It May Concern:

Please find enclosed Cloudflare's response to the subpoena with Case No. **[SC128407]**. All time stamps are UTC.

Session times, connection time, connection date, and other connection information is included in the document folder(s) named:

**cheaterreport.com**
**audit_log_info.csv**
**single_zone_info.csv**

The current IP addresses for the domain(s) in question are:

**cheaterreport.com is hosted at 52.90.63.226**

Subscriber information including name, address, email address, and any other user-provided information are included in the document named:

**user_info.csv**

Billing information is included in the document named:

**basic_billing_info.csv**

The information returned in the documents mentioned above are representative of all readily accessible data in Cloudflare's possession. In some cases, additional and similar usage data related to newer Cloudflare products, notably rate limiting and load balancing, may not be accessible from the search we have conducted. If you have a need for that specific information or have any other questions or concerns, please feel free to contact Justin Paine, Head of Trust & Safety, at (415) 713-9307 or abuse+law@cloudflare.com.

Regards,

Son Lam
Trust and Safety
Cloudflare, Inc.

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, Son Lam, attest under penalty of perjury (or criminal punishment for false statement or false attestation) that I am employed by Cloudflare, Inc., and that my official title is Sr. Trust and Safety Analyst. I am a Sr. Trust and Safety Analyst for Cloudflare, Inc. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of Cloudflare, Inc., and that I am the custodian of the attached records consisting of 1 zip file.

I further state that:

- A. all records attached to this certificate were made at or near the time of the occurrence of the matters set forth, by, or from information transmitted by, a person with knowledge of those matters;

- B. such records were kept in the course of a regularly conducted business activity of Cloudflare, Inc.; and

- C. such records were made by Cloudflare, Inc. as a regular practice.

I further state that this certification is intended to satisfy the Rule 902(11) of the Federal Rules of Evidence.

07/17/2019
Date

Son Lam

## IP Details for 52.90.63.226

This information should not be used for emergency purposes, trying to find someone's exact physical address, or other purposes that would require 100% accuracy.

| 52.90.63.226 | Lookup IP Address |

## Details for 52.90.63.226

IP: 52.90.63.226
Decimal: 878329826
Hostname: ec2-52-90-63-226.compute-1.amazonaws.com
ASN: 14618
ISP: Amazon.com
Organization: Amazon.com
Services: None detected
Type: Corporate
Assignment: Likely Static IP
Blacklist: Click to Check Blacklist Status
Continent: North America
Country: United States
State/Region: Virginia
City: Ashburn
Latitude: 39.0481 (39° 2' 53.16" N)
Longitude: -77.4728 (77° 28' 22.08" W)
Postal Code: 20149

# EXHIBIT C

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Dr. Stewart Lucas Murrey <br><br> *Plaintiff* <br> v. <br> WWW.CHEATERREPORT.COM; and DOES 1 through 10, inclusive. <br><br> *Defendant* | ) ) ) ) ) ) ) ) | Civil Action No. **CV20-6217-PA(SKx)** |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:     Proton Technologies AG

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:  The identity and contact information of the owner of the email address: liarscheatersrus@protonmail.com

| Place: Dr. Stewart Lucas Murrey <br> 1217 Wilshire Blvd. # 3655 <br> Santa Monica, CA 90403 | Date and Time: <br> 21 September 2020, 8:00 A.M. Pacific Standard Time |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 7-13-20

_____   OR   _____
*Signature of Clerk or Deputy Clerk*                *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*  _____
Dr. Stewart Lucas Murrey                            , who issues or requests this subpoena, are:
1217 Wilshire Blvd. # 3655, Santa Monica, CA 90403, Email: 2@lucasmurrey.io, Tel.: (310) 994-1711

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**ProtonMail Legal**  2:14 AM

Re: US Federal Subpoena

To: Dr. Lucas Murrey

Hello,

Thank you for reaching out.

We acknowledge the receipt of your request and would be happy to assist.

However, under Swiss law, we can only comply with requests duly instructed by law enforcement. We advise you to contact your local law enforcement authority. It will be required from them to act through international police cooperation to request the relevant data. We can also preserve data of an account in anticipation of proceedings, but we require to be contacted by law enforcement (https://protonmail.com/law-enforcement).

If you would like us to investigate the account for a breach of our Terms & Conditions, please forward the evidence of abuse to our anti-abuse team (abuse@protonmail.com) so appropriate action can be taken.

We stay at your disposal for any information.

Best regards,

--

Marc Løebekken
Legal Counsel
Proton Technologies AG


------- Original Message -------
On Saturday, September 5, 2020 5:13 PM, Dr. Lucas Murrey <2@lucasmurrey.io> wrote:

> Dear Proton Technologies AG,
> Attached is a US Federal Subpoena seeking information and documentation that should be relatively easy for you to locate. I am open to discussing the possibility of you emailing me said information and documentation via email to forego any mailing costs. If you have any questions, please feel free to contact me.
> Thank you,
>
>
>
>
> Dr. Lucas Murrey
> Ph.D Yale University
> Author of Hölderlin's Dionysiac Poetry and Nietzsche: The Meaning of Earth
> https://lucasmurrey.io

**Lucas Murrey** <drlucasmurrey@gmail.com>

to legal ▾

Wed, Sep 16, 8:45 PM ☆ ← ⋮

Dear Mr. Loebeken,

although I am thankful for your response on 7 September 2020, it is rather cryptic. I doubt that law enforcement in Switzerland would be instructing you as to how to proceed regarding your response to a subpoena in your jurisdiction. Please clarify your statement wherein you claim that you can "only comply" with my (or any) subpoena, only after you have been "duly instructed by law enforcement". I know for a fact that law enforcement does not instruct attorneys at law not only in California, but also in any federal jurisdiction in the United States, of which I am aware. This raises the question: What do you mean exactly you claim that local law enforcement in Switzerland must be contacted for you to respond to any and all subpoenas, including mine? As you can see from the courtesy attached scanned copy of my federal lawsuit, this is a serious case, and my subpoena is reasonable. Since at this point I am only asking you to produce information concerning the identity and registration of the individual(s) and or entity(ies) responsible for just one email address, I don't see why this process has to be difficult and or costly. Also, please provide me with a physical address so that I am aware of where you and or your agent for service of process is located. Thank you,

⋮
📄 **FistAmendedComplvCheaterre1.pdf**
📄 **FistAmendedComplvCheaterre2.pdf**
⋮
⋮

**3 Attachments**



📄 USFedSubpoenaDr...   📄 FistAmendedComp...   📄 FistAmendedComp...

**ProtonMail Legal** <legal@protonmail.com>

to me

Thu, Sep 17, 4:30 AM

Dear Dr. Murrey,

As a communication service provider located in Switzerland, we can be liable for a violation of the secret of telecommunications (art. 321ter of Swiss Criminal Code) or acts performed unlawfully for a foreign state (art. 271 of Swiss Criminal Code).

The only way for us to lawfully comply with your request without breaking the law is if your subpoena is addressed according to applicable rules of international cooperation. Depending on the character of your case (civil or criminal), we invite you to refer to the Budapest Convention on Cybercriminality (criminal) or the Hague Convention of 1970 (civil).

We understand well that your demand is reasonable, however, our company is required to strictly follow those processes that are binding legally.

We remain available.

...

↱ Reply    ↳ Forward

# EXHIBIT D



# LOS ANGELES POLICE DEPARTMENT

*A note from...*

## Humberto Tovar, Detective II
Wilshire Theft/Larceny Detectives
30492@lapd.online

WILSHIRE DETECTIVES
4861 W. Venice Blvd
Los Angeles, CA  90019

(213) 922-8257
Fax (213) 473-0452

---

December 22, 2020


To: Stewart Lucas Murrey

Reference: Grand Theft report DR# 200715862


A crime report was taken by the Los Angeles Police Department Wilshire Division, listing Mr. Stewart Lucas Murrey as the victim of a Grand Theft. However, the information obtained during the initial report and the investigation conducted by Det. Tovar suggests it to be a Business dispute only between both parties. After speaking with Mr. Murrey his statements suggest that it involves more of a Cybercrime, Internet crime scheme, which would best be handled by Federal Agencies. I referred Mr. Murrey to The FBI ic3.gov website to report the alleged crime.


Respectfully,

Det. Humberto Tovar #30492
Theft/Larceny section