Dr. Stewart Lucas Murrey
1217 Wilshire Blvd. # 3655
Santa Monica, CA 90403
Tel.: (310) 994-1711
Email: **2@lucasmurrey.io**

**Plaintiff & Plaintiff in Pro Se**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. STEWART LUCAS MURREY, an individual;<br>Plaintiff,<br>vs.<br>AARON MINC, an individual, MINC LAW, a business entity; DOMINGO J. RIVERA, an individual; RIVERA LAW GROUP, PLC a.k.a. DOMINGO J. RIVERA, ATTORNEY AT LAW, PLC, a limited liability company; PRVT L.L.C., a limited liability company, ELIZABETH JORDAN, an individual; INTERNET REPUTATION CONTROL a.k.a. IRC, a business entity; ANTHONY WILL, an individual; DIGITAL REVOLUTION LLC a.k.a. REPUTATION RESOLUTIONS, a business entity; BRANDYOURSELF.COM, INC., a limited liability company, TOM VITOLO, an individual; CHRISTIAN TRYON, an individual; and JOHN DOE NUMBERS 1-10;<br>Defendants. | Case No. 2:20-cv-06217-PA (SKx)<br><br>**PLAINTIFF DR. STEWART LUCAS MURREY'S DECLARATION IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(A)** |

# DECLARATION OF DR. STEWART LUCAS MURREY

I, Dr. Stewart Lucas Murrey, declare:

1. That I am the plaintiff in this action; that I am over the age of 18 years and that I have personal knowledge of the facts contained in this declaration. If called upon to testify I could and would testify competently as to the truth of the facts stated herein.

2. I received my Doctorate of Philosophy (Ph.D) from Yale University in 2011. My academic career has involved teaching in Germany and Switzerland at several universities and colleges. I am the author of two monographs available online as well as at libraries at institutions of higher learning and I am presently writing a new series of books. Based upon these achievements I use the title Doctor in front of my name.

3. This declaration is submitted in support of plaintiff's opposition to defendants' motion to transfer pursuant to 28 U.S.C. § 1404(A).

4. A true and correct copy of the press release of the partnership between Brandyourself.com, Inc. and Anthony Will and Reputation Resolutions a.k.a. Digital Revolutions is hereto attached as Exhibit A.

5. Significantly, I had never heard of Brandyourelf.com, Inc. nor any other such "online reputation business" until AFTER I was extorted by Anthony Will and Will's "Reputation Resolutions" in early 2017 and only during

PLAINTIFF DR. MURREY'S DECLARATION IN SUPPORT OF PLAINTIFF'S OPPOSITION

which and therefore right AFTER Will "referred" i.e. directed to Brandyourself.com, Inc.

6. Further, Will never disclosed to me that he and his "business" were partnered with Brandyourself.com, Inc.

7. Before my victimization and "referral" in early 2017, I had never even heard of such internet reputation companies, much less had had any interest them, which is also why I quickly discontinued their services.

8. Because I was under duress while being extorted and sought to have the defamation removed as soon as possible, I returned the signed contract within hours.

9. The individual who I tried to help and to whom defendants refer in their motion, Flor Edwards, seemed to have defamed me and my girlfriend with Poer while she (my girlfriend) was battling cancer for her life.

10. A true and correct copy of the *Cease and Desist Letters* from my girlfriend's lawyer from 7 November 2017 to Edwards and Poer is hereto attached as Exhibit B.

11. As I have already made clear in several pleadings, Poer and Edwards signed declarations saying they were not responsible for any and all postings on WWW.CHEATERREPORT.COM.

12. A true and correct copy of Poer and Edwards' declarations is hereto attached as Exhibit C.

- 3 -
PLAINTIFF DR. MURREY'S DECLARATION IN SUPPORT OF PLAINTIFF'S OPPOSITION

13. A true and correct copy of Brandyourself.com, Inc.'s registration with the California Secretary of State as a California Business Entity located near the state capital of Sacramento at 4778 Dewey Dr., Fair Oaks, California 95628 is hereto attached as Exhibit D.

I declare that under penalty of perjury under the laws of the United States that the foregoing is true and correct; executed on 30 December 2020 in Los Angeles, CA.

_____
DR. STEWART LUCAS MURREY

**EXHIBIT A**

(PRWEB) JUNE 29, 2015

Make no mistake; in 2015 reputation management is serious business. The effects of having negative search results on Google can be a disaster for an individual's personal and professional life. Miami-based reputation management firm Reputation Resolutions is regarded as one of the top companies in the country for helping clients overcome online reputation issues through a wide range of methods and service offerings. Recently, the company announced a partnership with Brandyourself.com in an effort to help clients build and protect their online brands after the removal of negative information online. Brandyourself.com has successfully helped over half a million people control the search results for their name. The partnership is expected to be a win/win for all involved parties, especially customers.

"After we help clients remove negative information from the Internet, it's imperative they take control of their online brand to mitigate the damage of any future personal attacks. Brandyourself.com has a talented team of specialists that will help our clients accomplish this." Commented Anthony Will, CEO of Reputation Resolutions. "We are ecstatic about this partnership; it is the perfect compliment to the services we currently offer."

According to the company, Reputation Resolutions clients will now receive a free personal brand audit from a BrandYourself.com specialist, valued at $250, with the purchase of any service. The detailed audit provides actionable suggestions for improving the clients' online reputation and a recommended course of action to make their online brand shine.

BrandYourself.com will also be offering Reputation Resolutions clients 10% off the price of their premium DIY subscription plans (normally priced at $99.99 a year).

In addition to their new partnership with Brandyourself.com, Reputation Resolutions provides a large number of other reputation management services to their clients. Some highlights include: complete removal of negative information from search engine results for both companies and individuals; removal or suppression of negative reviews; removal of client's personal information from data aggregator sites; removal of photos appearing in search engines without client's permission; and investigative services which can potentially find out the identity of "anonymous" posters who have been writing false and defamatory information online about clients.

About Reputation Resolutions:

Reputation Resolutions was founded in 2013 to help companies and individuals counteract the harmful effects of negative, false & defamatory content online. Since their inception, they have helped hundreds of clients completely remove or suppress harmful search results that are adversely impacting their reputation. Feedback for Reputation Resolutions, which has been selected as one of the top five reputation management firms in the industry, has been resoundingly positive.

For more information on the company be sure to visit http://reputationresolutions.com.
Contact: Anthony Will
Phone: 855-239-5322
Email: info(at)reputationresolutions(dot)com

> We are ecstatic about this partnership; it is the perfect compliment to the services we currently offer.

REPUTATION RESOLUTIONS

**EXHIBIT B**

# FEARS NACHAWATI
## LAW FIRM

4925 Greenville Ave.,
Suite 715
Dallas, TX 75206
www.fnlawfirm.com

214-461-6223 // Phone
214-461-6153 // Fax
kargo@fnlawfirm.com

November 07, 2017

Ms. Flor Edwards
2459 Oakleaf Canyon Road
Walnut, CA 91789

Re: Cease and Desist Contact

Dear Ms. Edwards:

We have been contacted by Ms. Sherrie Martinez and have advised her regarding her legal rights. As you are aware, Ms. Martinez served process upon you on behalf of a third party. Ms. Martinez believes that you are behind several online posts and communications made to her friends, family, and business regarding her personal character. Ms. Martinez believes that this constitutes defamation of her character, and has caused material damage to her reputation.

Ms. Martinez is now demanding that you cease and desist the above-mentioned harassing behavior, including contacting or communicating about her through websites or social media. You are not to post pictures of her, you are not to comment about her or her character, you are to cease and desist all contact with her or with her family, friends, and place of business.

Ms. Martinez also demands that you remove your posts on cheaterreport.com and other sites which pertain to her or which use her picture. She also demands reimbursement for the money she spent having the posts removed from the internet, which cost her a total of $800. Please contact my law firm for instructions on how to make payments.

If you do not remove said posts and contact the law firm regarding payment arrangements within two (2) weeks of receipt of this letter, Ms. Martinez will be forced to pursue all remedies to which she may be entitled at law or in equity, including attorney's fees, court costs, and reimbursement for the money she paid to remove your past posts from the internet.

Please comply by no later than November 21, 2017, so that this matter may be cleared up at the earliest possible convenience.

Very truly yours,

Kayla Argo,
Attorney at Law

# FEARS NACHAWATI
## LAW FIRM

4925 Greenville Ave.,
Suite 715
Dallas, TX 75206
www.fnlawfirm.com

214-461-6223 // Phone
214-461-6153 // Fax
kargo@fnlawfirm.com

November 07, 2017

Ms. Shannyn Poer
575 Grande Blvd.
Venice, CA 90291

Re: Cease and Desist Contact

Dear Ms. Poer:

We have been contacted by Ms. Sherrie Martinez and have advised her regarding her legal rights. As you are aware, Ms. Martinez served process upon you on behalf of a third party. Ms. Martinez believes that you are behind several online posts and communications made to her friends, family, and business regarding her personal character. Ms. Martinez believes that this constitutes defamation of her character, and has caused material damage to her reputation.

Ms. Martinez also demands that you remove your posts on cheaterreport.com and other sites which pertain to her or which use her picture. She also demands reimbursement for the money she spent having the posts removed from the internet, which cost her a total of $800. Please contact my law firm for instructions on how to make payments.

If you do not remove said posts and contact the law firm regarding payment arrangements within two (2) weeks of receipt of this letter, Ms. Martinez will be forced to pursue all remedies to which she may be entitled at law or in equity, including attorney's fees, court costs, and reimbursement for the money she paid to remove your past posts from the internet.

Please comply by no later than November 21, so that this matter may be cleared up at the earliest possible convenience.

Very truly yours,

Kayla Argo,
Attorney at Law

# EXHIBIT C

## DECLARATION OF FLOR EDWARDS

I, FLOR EDWARDS, declare the following:

1. I am a defendant case numbers SC128407 (consolidated with SC128444) and 18SMCV00140. I make in this declaration regarding settlement of the foregoing matters. I have first hand knowledge of the information below.

2. I have reviewed the documents provided by plaintiff Murrey as well as the website, www.cheaterreport.com, and hereby declare that I am not responsible for any current postings on www.cheaterreport.com regarding plaintiff Murrey.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 14, 2019

_____
FLOR EDWARDS

- 1 -
DECLARATION OF FLOR EDWARDS

## DECLARATION OF SHANNYN POER

I, Shannyn Poer, declare the following:

1. I am a defendant case numbers SC128407 (consolidated with SC128444) and 18SMCV00140. I make in this declaration regarding settlement of the foregoing matters. I have first hand knowledge of the information below.

2. I have reviewed the documents provided by plaintiff Murrey as well as the website, www.cheaterreport.com, and hereby declare that I am not responsible for any current postings on www.cheaterreport.com regarding plaintiff Murrey.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 14, 2019

_____
Shannyn Poer

# EXHIBIT D

 **California Secretary of State**
Electronic Filing



## Corporation - Statement of Information

| | |
|---:|:---|
| Entity Name: | BRANDYOURSELF.COM, INC |
| Entity (File) Number: | C4049719 |
| File Date: | 08/25/2020 |
| Entity Type: | Corporation |
| Jurisdiction: | DELAWARE |
| Document ID: | GH94368 |

**Detailed Filing Information**

1. Entity Name: BRANDYOURSELF.COM, INC

2. Business Addresses:
   a. Street Address of Principal Office in California:
      4778 Dewey Dr
      FAIR OAKS, California 95628
      United States of America

   b. Mailing Address:
      4778 Dewey Dr
      FAIR OAKS, California 95628
      United States of America

   c. Street Address of Principal Executive Office:
      4778 Dewey Dr
      FAIR OAKS, California 95628
      United States of America

3. Officers:
   a. Chief Executive Officer:
      PATRICK AMBRON
      4778 Dewey Dr
      FAIR OAKS, California 95628
      United States of America

   b. Secretary:
      ALEC GALANTI
      4778 Dewey Dr
      FAIR OAKS, California 95628
      United States of America

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: GH94368

# California Secretary of State
## Electronic Filing

Officers (cont'd):

   c. Chief Financial Officer:  ALEC GALANTI
                                                     4778 Dewey Dr
                                                     FAIR OAKS, California 95628
                                                     United States of America

4. Director:  Not Applicable

Number of Vacancies on the Board of Directors:  Not Applicable

5. Agent for Service of Process:  LEGALINC REGISTERED AGENTS, INC. (C4249296)

6. Type of Business:  To provide Online reputation management software and services

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:  Patrick Ambron

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: GH94368