**Dr. Stewart Lucas Murrey**
1217 Wilshire Blvd. # 3655
Santa Monica, CA 90403
Tel.: (310) 994-1711
Email: **2@lucasmurrey.io**

**Plaintiff & Plaintiff in Pro Se**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. STEWART LUCAS MURREY, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>AARON MINC, an individual, MINC LAW, a business entity; DOMINGO J. RIVERA, an individual; RIVERA LAW GROUP, PLC a.k.a. DOMINGO J. RIVERA, ATTORNEY AT LAW, PLC, a limited liability company; PRVT L.L.C., a limited liability company, ELIZABETH JORDAN, an individual; INTERNET REPUTATION CONTROL a.k.a. IRC, a business entity; ANTHONY WILL, an individual; DIGITAL REVOLUTION LLC a.k.a. REPUTATION RESOLUTIONS, a business entity; BRANDYOURSELF.COM, INC., a limited liability company, TOM VITOLO, an individual; CHRISTIAN TRYON, an individual; and JOHN DOE NUMBERS 1-10;<br><br>Defendants. | Case No. 2:20-cv-06217-PA (SKx)<br><br>**PLAINTIFF DR. STEWART LUCAS MURREY'S DECLARATION IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS FIRST AMENDED COMPLAINT PURUSANT TO F.R.C.P. RULE 12(b)(6) OR, IN THE ALTERNATIVE, FOR LEAVE TO AMEND THE OPERATIVE COMPLAINT** |

- 1 -

PLAINTIFF DR. MURREY'S DECLARATION IN SUPPORT OF PLAINTIFF'S OPPOSITION

# DECLARATION OF DR. STEWART LUCAS MURREY

I, Dr. Stewart Lucas Murrey, declare:

1. That I am the plaintiff in this action; that I am over the age of 18 years and that I have personal knowledge of the facts contained in this declaration. If called upon to testify I could and would testify competently as to the truth of the facts stated herein.

2. I received my Doctorate of Philosophy (Ph.D) from Yale University in 2011. My academic career has involved teaching in Germany and Switzerland at several universities and colleges. I am the author of two monographs available online as well as at libraries at institutions of higher learning and I am presently writing a new series of books. Based upon these achievements I use the title Doctor in front of my name.

3. This declaration is submitted in support of plaintiff's opposition to defendants' motion to dismiss the first amended complaint pursuant to F.R.C.P. Rule 12(b)(6) or, in the alternative, for leave to amend the operative complaint.

4. During the course of my recent due diligence, I have discovered that Brandyourself.com, Inc. and Anthony Will and Reputation Resolutions a.k.a. Digital Revolutions have had a "business partnership" since at least 2015 and that Brandyourself.com, Inc. is a registered California business.

PLAINTIFF DR. MURREY'S DECLARATION IN SUPPORT OF PLAINTIFF'S OPPOSITION

5. A true and correct copy of the press release of the partnership between Brandyourself.com, Inc. and Anthony Will and Reputation Resolutions a.k.a. Digital Revolutions which dates back to at least 2015 is hereto attached as Exhibit A.

6. A true and correct copy of Brandyourself.com, Inc.'s registration with the California Secretary of State as a California Business Entity located near the state capital of Sacramento at 4778 Dewey Dr., Fair Oaks, California 95628 is hereto attached as Exhibit B.

7. Suffering an undue burden from defamation severely harming my life and work on WWW.CHEATERREPORT.COM I was extorted and forced to sign a contract and accept its forum selection clause for "removal services" with Anthony Will and Reputation Resolutions a.k.a. Digital Revolutions on 7 February 2017.

8. A true and correct copy of said Contract with said "removal service" is hereto attached as Exhibit C.

9. While under duress and being extorted by Mr. Will and Reputation Resolutions, Mr. Will aggressively "referred" me to Brandyourself.com, Inc. and claimed that this was "the only way" to rehabilitate my online presence.

10. Having never had any experience with defamation, much less online "removal" and "branding" services, I, like all of their countless victims,

PLAINTIFF DR. MURREY'S DECLARATION IN SUPPORT OF PLAINTIFF'S OPPOSITION

was vulnerable to this online extortion scam and those orchestrating it, including, but not limited to, defendants. Thus, less than twenty-four (24) hours later on 8 February 2017 while I was still under the same duress noted above was further extorted by the California defendant Brandyourself.com, Inc., et. al. and forced to sign and accept its forum selection clause on 8 February 2017.

11. A true and correct copy of said Contract with Brandyourself.com, Inc. is hereto attached as Exhibit D.

12. A true and correct copy of Aaron Minc/Minc Law's "removal service" at work in regard to illegal money payments and attempts to keep said payments off the radar is hereto attached as Exhibit E.

13. And as to the services I was provided by defendants, I clearly was not satisfied with them as I quickly sought to end my relationship with this service. They even created a Facebook account that I did not want and from which I have been locked out since 2017 and remain so still today, without any explanation. Just as CHEATERREPORT.COM hijacked and severely harmed my identity, so too have defendants in essence and for all practical purposes.

14. I should also note that Anthony Will and Reputation Resolutions a.k.a. Digital Revolutions never disclosed to me that they were partnered with Brandyourself.com, Inc. et. al. (defendants), nor that Will received

- 4 -

significant "referral" fees essentially victims like myself which he would dump off to them.

15. And to be clear these services that defendants provided me were not worth their value to me and have only harmed my online identity by creating further websites that he cannot even access for years now.

16. The false words that were spoken to me is clear: defendants knowingly lied when they communicated and acted as if they had nothing to do with this online extortion scam i.e. they knowingly failed to disclose that they work closely with other "removal services" who themselves work secretly with those who operate and maintain said despicable website.

17. I have and do claim that defendants 1) misrepresented to me; 2) had knowledge of their falsity; 3) intended to induce reliance; 4) actual and justifiable reliance; and 5) that their actions resulted in more of my money being extorted.

18. On 8 February 2017 I suffered defendants' misrepresentations while they knew they were falsely representing to me as they intended to induce reliance on their "services": actual and justifiable reliance and this caused me to lose a significant sum of money.

19. I have stated and made clear here and elsewhere that my public identity online and off as a historian and person has been severely harmed, to say

PLAINTIFF DR. MURREY'S DECLARATION IN SUPPORT OF PLAINTIFF'S OPPOSITION

nothing of other venues of publicity of my identity, including my reference to online accounts I cannot access, not even to delete.

I declare that under penalty of perjury under the laws of the United States that the foregoing is true and correct; executed on 30 December 2020 in Los Angeles, CA.

DR. STEWART LUCAS MURREY

PLAINTIFF DR. MURREY'S DECLARATION IN SUPPORT OF PLAINTIFF'S OPPOSITION

# EXHIBIT A

(PRWEB) JUNE 29, 2015

Make no mistake, in 2015 reputation management is serious business. The effects of having negative search results on Google can be a disaster for an individual's personal and professional life. Miami-based reputation management firm Reputation Resolutions is regarded as one of the top companies in the country for helping clients overcome online reputation issues through a wide range of methods and service offerings. Recently, the company announced a partnership with Brandyourself.com in an effort to help clients build and protect their online brands after the removal of negative information online. Brandyourself.com has successfully helped over half a million people control the search results for their name. The partnership is expected to be a win/win for all involved parties, especially customers.

"After we help clients remove negative information from the Internet, it's imperative they take control of their online brand to mitigate the damage of any future personal attacks. Brandyourself.com has a talented team of specialists that will help our clients accomplish this." Commented Anthony Will, CEO of Reputation Resolutions. "We are ecstatic about this partnership; it is the perfect compliment to the services we currently offer."

According to the company, Reputation Resolutions clients will now receive a free personal brand audit from a BrandYourself.com specialist, valued at $250, with the purchase of any service. The detailed audit provides actionable suggestions for improving the clients' online reputation and a recommended course of action to make their online brand shine.

BrandYourself.com will also be offering Reputation Resolutions clients 10% off the price of their premium DIY subscription plans (normally priced at $99.99 a year).

In addition to their new partnership with Brandyourself.com, Reputation Resolutions provides a large number of other reputation management services to their clients. Some highlights include: complete removal of negative information from search engine results for both companies and individuals; removal or suppression of negative reviews; removal of client's personal information from data aggregator sites; removal of photos appearing in search engines without client's permission; and investigative services which can potentially find out the identity of "anonymous" posters who have been writing false and defamatory information online about clients.

About Reputation Resolutions:

Reputation Resolutions was founded in 2013 to help companies and individuals counteract the harmful effects of negative, false & defamatory content online. Since their inception, they have helped hundreds of clients completely remove or suppress harmful search results that are adversely impacting their reputation. Feedback for Reputation Resolutions, which has been selected as one of the top five reputation management firms in the industry, has been resoundingly positive.

For more information on the company be sure to visit http://reputationresolutions.com.

Contact: Anthony Will

Phone: 855-239-5322

We are ecstatic about this partnership; it is the perfect compliment to the services we currently offer.

REPUTATION RESOLUTIONS

# EXHIBIT B



# California Secretary of State
## Electronic Filing



FILED
Secretary of State
State of California

## Corporation - Statement of Information

| | |
|---|---|
| **Entity Name:** | BRANDYOURSELF.COM, INC |

| | |
|---|---|
| **Entity (File) Number:** | C4049719 |
| **File Date:** | 08/25/2020 |
| **Entity Type:** | Corporation |
| **Jurisdiction:** | DELAWARE |
| **Document ID:** | GH94368 |

**Detailed Filing Information**

1. Entity Name:

   BRANDYOURSELF.COM, INC

2. Business Addresses:

   a. Street Address of Principal Office in California:

   4778 Dewey Dr
   FAIR OAKS, California 95628
   United States of America

   b. Mailing Address:

   4778 Dewey Dr
   FAIR OAKS, California 95628
   United States of America

   c. Street Address of Principal Executive Office:

   4778 Dewey Dr
   FAIR OAKS, California 95628
   United States of America

3. Officers:

   a. Chief Executive Officer:

   PATRICK AMBRON
   4778 Dewey Dr
   FAIR OAKS, California 95628
   United States of America

   b. Secretary:

   ALEC GALANTI
   4778 Dewey Dr
   FAIR OAKS, California 95628
   United States of America

Document ID: GH94368

# California Secretary of State
## Electronic Filing

Officers (cont'd):

c. Chief Financial Officer:

ALEC  GALANTI
4778 Dewey Dr
FAIR OAKS, California 95628
United States of America

4. Director:

Not Applicable

Number of Vacancies on the Board of
Directors:

Not Applicable

5. Agent for Service of Process:

LEGALINC REGISTERED AGENTS,
INC. (C4249296)

6. Type of Business:

To provide Online reputation
management software and services

By signing this document, I certify that the information is true and correct and that I am authorized by
California law to sign.

Electronic Signature:    Patrick Ambron

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*

Document ID: GH94368

# EXHIBIT C

3. **Duration of Service:** This Agreement will be effective on the Effective Date, and the services will commence immediately upon successful pre-authorization of client credit/debit card. Average Completion time would be within 14 business days from the initiation of this contract.

4. **Late Payments:** If payment is not received within 14 business days of the billing date and/or bill charge date, a late payment fee of 3% a month may apply for all late payments.

5. **Search engine cleansing** – After the postings have been removed, Reputation Resolutions will submit the negative links associated with the posts to be removed from search engines. The removal of the negative links typically take 30 days on average – client will be charged for this service once the content hosted at the links in the job description have been removed from the site.

6. Reputation Resolutions shall have the right to disclose all information obtained from the Client to credit reporting agencies in case of non-payment by the Client.

7. Reputation Resolutions reserves the right to charge and collect remaining balance including late charges.

8. **Refunds and Guarantees:** Reputation Resolutions will guarantee to provide the service as stated in the Job description above. Reputation Resolutions guarantees the negative postings above will be removed within 14 business days of sign up or client can cancel.

9. **Personal Brand Audit** - As a valued Reputation Resolutions customer, you will receive a free personal brand audit ($250 value) from a BrandYourself.com specialist. The detailed audit provides actionable suggestions for improving, building, protecting, and enhancing your online reputation.

10. Client designates Reputation Resolutions to act as their agent and represent them solely related to this service in case Reputation Resolutions needs to send any legal notices to Google, search engines, review sites or any other parties.

11. Client agrees to not hold Reputation Resolutions liable for any indirect, incidental, consequential, or punitive damages or losses as a result of this service even if Reputation Resolutions has been advised of the possibility of such damages. Reputation Resolutions liability, regardless of the form of action, will be limited to actual damages. Reputation Resolutions does not make any express or implied warranties with respect to the services provided unless otherwise enumerated within this contract. Client agrees that the services offered by Reputation Resolutions are unique, and because of the nature of the Internet other parties may be adversely affected and therefore Reputation Resolutions can make no guarantees or bear responsibility for actions that may be caused by other parties. Client agrees to comply with all city, state and federal laws and requirements and not hold Reputation Resolutions liable for any violations, as Reputation Resolutions is only acting as an agent of the client and performing work as per their instructions.

12. Any claim or legal action arising out of failure, malfunction, or defect or omission in Reputation Resolutions services must be brought within one (1) year of such occurrence, or such claim shall be deemed waived.

13. **Confidential Information**. Client may receive certain Confidential Information and/or Proprietary Information of Reputation Resolutions. The Confidential Information and/or Proprietary Information may include, but is not limited to, pricing structures, marketing plans, removal techniques, sources of supply (including affiliates or agents), trade secrets, design, and sensitive information about Reputation Resolutions. Client agrees to keep all Confidential Information and Proprietary Information strictly confidential. Client agrees it will not use any Confidential Information and/or Proprietary Information for its own, or another's, financial gain and will not solicit any employee, supplier, vendor, or affiliate of Reputation Resolutions without its prior written consent.

14. This Agreement and all acts and transactions pursuant hereto and the rights and obligations of the parties hereto shall be governed, construed, and interpreted in accordance with the laws of the State of North Carolina, without giving effect to principles of conflicts of law.  Each of the parties hereto consents to the exclusive jurisdiction and venue of the courts of Charlotte, NC.  The prevailing party in any action shall be awarded its reasonable attorneys' fees and costs in any lawsuit or dispute arising out of or related to this Agreement.

15. If any part of this Agreement becomes invalid, illegal, or unenforceable it shall in no way affect the legality or validity of the remaining provisions.  No waiver by either party of any breach shall be deemed a waiver of any preceding or succeeding breach of the same or any other provision hereof.  Any provision that would reasonably be expected to survive the termination of this Agreement shall survive and remain in full force until completed.  Reputation Resolutions may assign or transfer its rights under this Agreement in the event it is sold, acquired, dissolved or similar.

16. The person signing below agrees to all the terms and conditions stated in this agreement.

In WITNESS WHEREOF, the parties have executed this Agreement as of the Effective Date.
**Reputation Resolutions**                                      Client:

Signature: _Anthony Will_                                      Signature: _____

Type Name: _Anthony Will_                                    Name: _Lucas Murrey_

Title: ~~CEO~~                                                       Title: _Client_

Date: _02 / 07 / 2017_                                            Date: _02 / 07 / 2017_

Reputation Resolutions Initial: ___AW___   Page 2 of 2                Client Initials:

Case 2:20-cv-06217-PA-SK   Document 32-2   Filed 11/20/20   Page 5 of 7   Page ID #:610



http://reputationresolutions.com/



## Reputation Resolutions Removal Service Agreement

| **Client:** Lucas Murrey | **Phone:** 424-303-1201 |
| | **Email:** |
| | lucasmurrey@moneyandculture.org |

| Job Description | Amount |
|---|---|
| **Reputation Resolutions will remove the negative postings on cheaterreport.com at the below URL's:**<br><br>http://cheaterreport.com/lucas-murrey-sociopathe-from-yale/<br><br>http://cheaterreport.com/lucas-murrey-california/<br><br>http://cheaterreport.com/lucas-murrey-california/<br><br>The amount of $1,500 is due upon successful removal of the above postings from the above website. The card provided below will be pre-authorized for the $1,500 amount at the initiation of this contract. Client will only be charged for this service if Reputation Resolutions is successful in removing the above postings from the above website. | $1,500 |
| **Reputation Monitoring & Insurance**<br>Email alerts will be sent when client is mentioned on social media, Google and online review sites. Future postings on the above website will be removed at no charge. See Term 2B for details. | Included |

## TERMS AND CONDITIONS

1. This Reputation Resolution Removal Service Agreement ("Agreement") is made between the Client and Digital Revolution, LLC (Reputation Resolutions) to provide services as outlined herein (Collectively the "Parties"). This Agreement, together with any exhibits, supplements, or schedules attached hereto, constitutes the whole agreement between the Parties. This Agreement will begin on the date set forth below ("Effective Date") and continue until terminated pursuant to this Agreement.

2. **Service Details:**
   a. Reputation Resolutions achieves removals on behalf of the client in various, case specific ways. Strategies for removal are proprietary but may include, but are not limited to, engaging attorneys or third party firms to send letters or otherwise petition websites for removal on our clients' behalf. Reputation Resolutions strategies, contacts, and pricing are considered proprietary and confidential information ("Confidential Information").
   b. Reputation Resolutions will send email alerts when any content appears online about the client. Monitored sites will include forums, blogs, Twitter, Facebook, Social Media, news media, Google search results and local directories. An alert on newly registered or deleted domains containing words with the clients name will also be included. The insurance plan will remove any posting about client on the above website for a full year after the initiation of this contract. The insurance plan does not cover photos or comments "client" may be listed in on other individual's posting.

Reputation Resolutions Initial: ___*AW*___ Page 2 of 2                    Client Initials: ⌐___

# EXHIBIT D

**BRANDYOURSELF.COM, INC.**
**CONCIERGE AGREEMENT**

THIS CONCIERGE AGREEMENT ("Agreement") is made as of the 02/08/2017 _____ by and between Lucas Murrey _____ ("Client"), and BRANDYOURSELF.COM, INC., a Delaware limited liability company (the "Company").

**Payment Plan Option:**

☑ Monthly Payment Plan: 12 monthly payments of $399.99/mo.

❏ Upfront Payment Plan: single payment of $4,560 ($240 savings)

1. <u>Services</u>. Pursuant to the terms and conditions hereof, Company shall provide the package of online reputation management services set forth in Schedule A attached hereto (the "Services").

2. <u>Term; Fees; Payment</u>.
   a. **Monthly Payment Plan:** The fees for the Services shall be $399.99 per month for twelve (12) months (the "Initial Term") with the first such payment payable on the date hereof and each subsequent payment due the same day of each subsequent month. The fees shall be charged to Client's credit card on file with Company's third party payment processing company. In the event of non-payment, Client shall remain responsible for all fees it owes to Company hereunder as well as any and all costs incurred by Company arising from or related to such non-payment, and Company shall have the right to cease providing the Services until Client is current on all such fees and costs owed to Company. If any such payment obligation is outstanding for 30 days or if the client wishes to terminate the agreement before the end of the Initial Term, they will not be responsible for paying the remainder of the engagement. The client will only be responsible for the equivalent of 3 months of fees. In either case, the Company reserves the right to terminate the agreement.

   b. **Upfront Payment Plan:** The fees for the Services shall be $4,560.00 for twelve (12) months (the "Initial Term.") The fees shall be charged to Client's credit card on file with Company's third party payment processing company on the date first written above.

   c. At the end of the Initial Term, unless the Client provides the Company email notice to support@brandyourself.com or written notice prior to the end of the Initial Term, the Services shall continue on a month to month basis at $399.99/month until the Client provides the Company with thirty (30) days  email notice to the above address or by written notice. By way of clarification and not by limitation, the purpose of this  subsection is meant to ensure that there is no period where the Client's websites, profiles and online presence for which the Company provides the Services are left stagnant.

3. <u>Terms of Service; Privacy Policy</u>. Company's Terms of Service and Privacy Policy, each as updated from time to time and posted on Company's website brandyourself.com (respectively, the "Terms of Service" and "Privacy Policy"), are incorporated herein by reference as an integral part of this Agreement.

4. <u>Limitation of Warranties</u>. Except as specifically stated in this Agreement, the Terms of Service or Privacy Policy, the Services are provided "as is" without warranty of any kind. **Company expressly disclaims all express, implied and statutory warranties. The total liability of Company for any claim made under this Agreement is limited to the amount Client paid to Company hereunder or, at Company's election, to supply the goods or Services to Client again.**

5. <u>Consent to Use of Social Media</u>. To assist Company in providing the Services, Client consents to Company's creation, accessing, use and updating of any social media in the name of Client.  Client may revoke any portion of such consent by emailing support@brandyourself.com with the subject line "Revocation of Consent – Concierge". Company shall use commercially reasonable efforts to adhere to such revocation within 10 days thereafter. By granting this consent described in this Section, Client disclaims any claims under the Communications Decency Act of 1996, as amended, and for defamation and rights to privacy and publicity.

6. <u>Miscellaneous</u>. This Agreement shall be governed by, and construed and enforced in accordance with, the laws of the State of Delaware, excluding conflict of laws principles, and all actions or proceedings arising in

connection with this Agreement shall be tried and litigated exclusively in the federal or state courts located in New York, New York. This Agreement will bind and inure to the benefit of and be enforceable by Company and Client and their respective permitted assigns; provided that Client may not assign Client's rights or delegate Client's duties under this Agreement without the prior written consent of Company.

7.  <u>Non Disparagement</u>. Neither Party shall make, publish or communicate to any person or entity or in any public forum any comments or statements (written or oral) that intentionally seek to denigrate or disparage, or are detrimental to, the reputation or stature of the other Party or its businesses, or any of its employees, directors and officers and existing and prospective Clients, suppliers, investors and other associated third parties.

The parties have executed this Agreement as of the date first written above.

| Company: BRANDYOURSELF.COM, INC. | Client: Lucas Murrey |
|---|---|
| Signature: | Signature: |
| Name: Tom Vitolo, Director of Customer Relations | Name: Lucas Murrey |

Doc ID: 879bfa677efadcc4eae173423d929e55412fd5e

# EXHIBIT E

Case 2:20-cv-06217-PA-SK    Document 68-1    Filed 01/02/21    Page 19 of 21    Page ID
#:2001
Case 2:18-cv-02423-RFB-BNW    Document 177-8    Filed 05/29/29    Page 2 of 2

## Darcy Buxton

| | |
|---|---|
| **From:** | Exposing Johns <exposingjohnscom@gmail.com> |
| **Sent:** | Thursday, July 23, 2015 9:44 AM |
| **To:** | Aaron Minc |
| **Subject:** | Re: Removal Request for three posts |

Also with wires we can just send them in batches to make things easier/cheaper on the wire transfer fees.

Is there anything we can do to help bring you more clients?  Anything we can do to help just let us know!

On Thu, Jul 23, 2015 at 9:41 AM, Exposing Johns <exposingjohnscom@gmail.com> wrote:
Hey Aaron,

Very sorry about the slow response, we had some issues with our email and have to get it fixed.  Got lucky and saw you emailed here, thanks for the removals.  Did you receive my last couple of emails from the support@exposingjohns.com email?  I never heard back so I don't think you did?

Just got those removals taken care of, will make sure I check here more often so I can remove them immediately after you email.

By the way for the future transfers could you please start doing wire transfers?  Bitcoin is a bit difficult for both of us I think and this might make it easier?

Account Number: ▉▉▉▉▉▉
Routing Number: ▉▉▉▉▉▉

Beneficiary:
Rep Ten, LLC
199 E Flagler, St
Miami, FL 33131

Thanks and have a great day!

On Wed, Jul 22, 2015 at 12:17 PM, <aminc@dhplaw.com> wrote:
ExposingJohns Admin,

I need the following three posts removed:

https://www.exposingjohns.com/▉▉▉▉▉▉

https://www.exposingjohns.com/▉▉▉▉▉▉

http://exposingjohns.com/▉▉▉▉▉▉

Please confirm receipt of this e-mail and that you are ready to proceed with the removal. I will send three payments of $295.97 (or one for $887.91) to the following bitcoin address upon confirmation:
17oqZb94W89cvJR8yWxT93sLX5gvXG9Pmm

Regards,

1

| From: | support@predatorsalert.com |
|---|---|
| To: | Aaron Minc |
| Subject: | Re: Findlaw FirmSite Message From www.reputationlawyer.com : Contact |
| Date: | Thursday, June 30, 2016 8:22:59 AM |

Hey aaron

Nice hearing from you.

This is us from exposingjohns. We charge $500

Thanks

Quoting aminc@dhplaw.com:

> Hi there,
>
> I operate in that capacity with a lot of websites.
>
> How much do you charge for a removal?
>
>
> Aaron M. Minc, Esq.
> Of Counsel
> Dinn, Hochman & Potter, LLC
> 5910 Landerbrook Drive, Suite 200
> Cleveland, Ohio 44124
> P: (440) 446-1100
> C: (330) 703-0214
> F: (440) 446-1240
> Aminc@dhplaw.com<mailto:Aminc@dhplaw.com>
> www.dhplaw.com<http://www.dhplaw.com/>
> [dhp logo]
> [cid:image003.png@01CDC33F.8DDCDBB0]<https://www.facebook.com/pages/Dinn-Hochman-Potter-LLC/148503205176175> [cid:image004.png@01CDC33F.8DDCDBB0]
<http://t.sidekickopen32.com/e1t/c/5/f18dQhb0S7lC8dDMPbW2n0x6l2B9nMJN7t5XZsdntCFW5vwfMb64zSnHF7q48d9Y3Lqf2RbcWH03?t=http%3A%2F%2Fwww.twitter.com%2Fdhplaw&si=5024292695179264&pi=1ee96b30-147e-4d70-9933-00430aa0cb49>
>
<http://t.sidekickopen32.com/e1t/c/5/f18dQhb0S7lC8dDMPbW2n0x6l2B9nMJN7t5XZsdntCFW5vwfMb64zSnHF7q48d9Y3Lqf2RbcWH03?t=https%3A%2F%2Fwww.linkedin.com%2Fin%2Faaronminc&si=5024292695179264&pi=1ee96b30-147e-4d70-9933-00430aa0cb49>
> Any federal tax advice contained herein or in any attachment hereto
> is not intended to be used, and cannot be used, to (1) avoid
> penalties imposed under the Internal Revenue Code or (2) support the
> promotion or marketing of any transaction or matter. This legend
> has been affixed to comply with U.S. Treasury Regulations governing
> tax practice. The typewritten signature included with this email is
> not an electronic signature within the meaning of Electronic
> Signatures in Global and National Commerce Act or any other law of
> similar import, including without limitation, the Uniform Electronic
> Transactions Act, as the same may be enacted in any State.
>
>
>
> From: TLR.FindLaw.FirmSite@thomsonreuters.com
> [mailto:TLR.FindLaw.FirmSite@thomsonreuters.com]
> Sent: Thursday, June 30, 2016 9:53 AM
> To: Aaron Minc; Joseph Saponaro
> Subject: Findlaw FirmSite Message From www.reputationlawyer.com : Contact
>
> [FindLaw]
>
>
>

```
> Name:
> DID NOT RESPOND
>
> Email Address:
> support@predatorsalert.com<mailto:support@predatorsalert.com>
>
> Phone:
> DID NOT RESPOND
>
> How would you like to be contacted?
> Email
>
> Brief description of your legal issue. Please include the exact web
> URL(s) you want removed.
> We are looking for more removal outlets that are willing to be
> placed on our site as well.
>
> Let us know if youre interested.
>
>
>
> Predatorswatch.com
>
> This email was initiated at the Findlaw FirmSite
> http://www.reputationlawyer.com/Contact.shtml.
>
> The content of this email is provided by and is the responsibility
> of the person posting the email communication. You acknowledge that
> any reliance on material in email communications is at your own risk.
>
> [Thomson Reuters]
>
> Replies to this form will be sent directly to the original sender.
>
> © 2011 FindLaw, a Thomson Reuters business
```